# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO**: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN _(Noon E.S.T.)_ June 19, 2000**
Panel Fax No.: (202) 502-2888

MDL DOCKET No. **1358**-- In re **Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendants:   Conoco, Inc.
ExxonMobil Corporation

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

England v. Atlantic Richfield Co., et al., Nos. 00-370-WDS, 00-371-DRH, pending
in the Southern District of Illinois.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

June 19, 2000
Date

Dan Ball
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Dan H. Ball
Thompson Coburn LLP
One Firstar Plaza
St. Louis, Missouri   63101

Telephone No.:   (314) 552-6000

Fax No.:   (314) 552-7000

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

## CERTIFICATE OF SERVICE

The foregoing was served via first-class mail, postage prepaid, on this 19th day of June, 2000.

Norbert G. Jaworski, Clerk
United States District Court
Southern District of Illinois
750 Missouri Avenue
P.O. Box 249
East St. Louis, IL 62202

James M. Parkinson, Clerk
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

CLERKS OF DISTRICT COURT

---

Stephen M. Tillery
Christine J. Moody
Carr, Korein, Tillery, Kunin
  Montroy, Cates, Katz & Glass
10 Executive Woods Court
Swansea, Illinois 62226

Scott Summy
Celeste Evangelasti
Cooper & Scully
900 Jackson Street, Suite 100
Dallas, Texas 75202

Edward Masry
Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, California 91362

Victor M. Sher
Duane C. Miller
A. Curtis Sawyer, Jr.
Miller, Sher & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, California 95825-5407

ATTORNEYS FOR PLAINTIFFS
*England, et al. v. Atlantic Richfield Co., et al., Nos.* 00-370-WDS and 00-371-DRH

---

Lewis J. Saul
Lewis Saul & Associates, P.C.
501 Wisconsin Avenue, NW
Suite 550
Washington, D.C. 20015

Stanley Margolies
Kurzman, Karelson & Frank, LLP
230 Park Avenue
23rd Floor
New York, New York 10169

ATTORNEYS FOR PLAINTIFFS
*Berisha, et al. v. Amerada Hess Corp., et al.,* No. 00 CIV 1898 [SAS]

---

RECEIVED CLERK'S OFFICE
2000 JUN 19   II: 51
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Mr. Dan H. Ball
Mr. Kurt E. Reitz
Mr. Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, Missouri 63101
*Attorneys for Defendants Conoco, Inc.,*
*Chevron U.S.A., Inc. and ExxonMobil*
*Corporation*

Mr. Richard E. Wallace, Jr.
Mr. Anthony F. King
Mr. Peter C. Condron
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

Mr. John Galvin
Mr. Lyndon Sommer
Sandberg, Phoenix & von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, Missouri 63101-1880
*Attorneys for Defendant Phillips*
*Petroleum Company*

Mr. Robert W. Jones
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
*Attorneys for Defendants Equilon*
*Enterprises, LLC, Shell Oil Company,*
*and Texaco Refining and Marketing,*
*Inc.*

**ATTORNEYS FOR DEFENDANTS**
*England, et al. v. Atlantic Richfield Co., et al., Nos.* 00-370-WDS and 00-371-DRH

- 2 -

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN _(Noon E.S.T.)_ June 19, 2000**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1358**-- In re **Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

✓CITGO Petroleum Corporation

FILED
CLERK'S OFFICE
JUN 19 2000
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

England, et al. v. ARCO et al. (S.D. Ill., Nos. 00-370-DRH & 00-371-DRH)

Berisha, et al. v. Amerada Hess Corp., et al. (S.D. N.Y., No. 00 CIV 1898 [SAS])

2000 JUN 15 P 1:
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

6/15/00
_____
Date

_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Nathan P. Eimer
SIdley & Austin
Bank One Plaza
10 S. Dearborn Street
Chicago, Illinois 60603

Telephone No.: (312) 853-7594

Fax No.: (312) 853-7036

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO**: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN _(Noon E.S.T.)_ June 19, 2000**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1358**-- In re **Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Sunoco, Inc. (R&M)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Berisha, et al. v. Amerada Hess Corp., et al., 00 Civ. 1898 (SAS) (SDNY)

***************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| June 19, 2000 | Signature of Attorney or Designee |
|---|---|
| Date | |

**Name and Address of Designated Attorney:**

John S. Guttmann, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, D.C. 20005
Telephone No.: 202-789-6020

Fax No.: 202-789-6190

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN _(Noon E.S.T.)_ June 19, 2000**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1358**-- In re **Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

PLAINTIFF:  ✓ Donna Berisha
            Robert O'Brien
          ✓ Melanie J. Arcuri    — *not included in civil action*
          ✓ Ron La Susa

*FILED  JUN 19 2000  CLERK'S OFFICE  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

**Berisha, et al. v. Amerada Hess, et al.**, File No. 00-CIV 1898 (SAS),
United States District Court for the Southern District of New York.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____        _____
Date                            Signature of Attorney or Designee

*2000 JUN 15 P 1:08  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION  RECEIVED CLERK'S OFFICE*

**Name and Address of Designated Attorney:**
Jon Hinck, Esq.
Lewis Saul & Associates P.C.
183 Middle Street, Suite 200
Portland, ME  04101

Telephone No.: (207) 874-7407

Fax No.: (207) 874-4930

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:**  Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN _(Noon E.S.T.)_ June 19, 2000
Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1358**-- In re **Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation**

## NOTICE OF APPEARANCE

### PARTIES REPRESENTED (indicate plaintiff or defendant—attach list if necessary):

```
DEFENDANTS: ✓BP Amoco Corporation, ✓Amoco Oil Company
            and ✓Atlantic Richfield Company
```

### SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).– attach list if necessary):

```
Berisha v. Amerada Hess et al.
No. 00-CIV 1898 (SAS)
United States District Court for the Southern District of New York

England v. Atlantic Richfield Co., et al.
00-370-WDS / 00-371-DRH - Southern District of Illinois
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

| | |
|---|---|
| _June 9, 2000_ | _James Andrew Langan_ |
| Date | Signature of Attorney or Designee |
| | J. Andrew Langan |

**Name and Address of Designated Attorney:**

```
J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL   60601
```

Telephone No.: _312-861-2064_          Fax No.: _312-861-2200_

### ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING

A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN *(Noon E.S.T.)* June 19, 2000
Panel Fax No.: (202) 502-2888**

MDL DOCKET No. <u>1358</u>-- In re **Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

```
Valero Marketing and Supply Company  --  Defendant

[Incorrectly identified in the Berisha complaint as Valero Energy Inc.
d/b/a Valero Marketing and Supply Company]
```

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

```
Berisha, et al. v. Amerada Hess Corp., et al., No. 00 CIV 1898 (SAS)
Southern District of New York
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

<u>June 19, 2000</u>
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

```
Steven L. Leifer
Baker Botts L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402
```

Telephone No.: <u>202-639-7723</u>                    Fax No.: <u>202-585-1040</u>

## ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

## CERTIFICATE OF SERVICE

        The undersigned attorney hereby certifies that on this 19th day of June, 2000, a true and correct copy of Valero Marketing and Supply Company's Notice of Appearance was hand delivered to the Judicial Panel on Multidistrict Litigation and was served via first class mail upon the following counsel of record in the cases of <u>Berisha, et al. v. Amerada Hess Corp., et al.</u> and <u>England, et al. v. Atlantic Richfield Company, et al.</u>

Christopher S. Colman
Associate General Counsel
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ  07095

Robert Shulman
Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
COUNSELF FOR  AMERADA HESS CORP. (In <u>Berisha</u>)

Richard C. Godfrey
J. Andrew Langan
Thomas Tozer
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Yosef J. Riemer
Kirkland & Ellis
Citicorp Center
153 East 53rd Street
New York, NY  10022-4675
COUNSEL FOR BP AMOCO CORP. AND ATLANTIC
    RICHFIELD CO. (In <u>Berisha</u> and <u>England</u>)

Richard E. Wallace, Jr.
Anthony F. King
Peter C. Condron
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson St., N.W.
Washington, D.C.  20007
COUNSEL FOR CHEVRON CORP., EXXON CORP.,

MOBIL OIL CORP., MOTIVA ENTERPRISES LLC,
SHELL OIL PRODUCTS CO., AND TEXACO, INC. (In <u>Berisha</u>) and
COUNSEL FOR EQUILON ENTERPRISES, LLC, SHELL OIL CO.,
AND TEXACO REFINING AND MARKETING, INC. (In <u>England</u>)

Eric M. Kraus
Sharon M. Dutch
Sedgwick Detert Moran & Arnold
125 Broad Street, 39th Floor
New York, NY 10004-2400
COUNSEL FOR CHEVRON CORP., EXXON CORP.,
    MOBIL OIL CORP., MOTIVA ENTERPRISES LLC,
    SHELL OIL PRODUCTS CO., AND TEXACO, INC. (In <u>Berisha</u>)

Robert W. Jones
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX  75201
COUNSEL FOR EQUILON ENTERPRISES, LLC, SHELL OIL CO.,
    AND TEXACO REFINING AND MARKETING, INC. (In <u>England</u>)

Nathan P. Eimer
Sidley & Austin
One First National Plaza
10 South Dearborn
Chicago, IL  60603

Katherine Adams
875 Third Avenue
New York, New York 10022
COUNSEL FOR CITGO PETROLEUM (In <u>Berisha</u> and <u>England</u>)

Charlotte Biblow
Rivkin, Radler & Kremer LLP
EAB Plaza
Uniondale, N.Y.  11556-0111
COUNSEL FOR GETTY PETROLEUM CORP. (In <u>Berisha</u>)

Mark E. Tully
Goodwin, Procter & Hoar LLP
Exchange Place
Boston, MA 02109-2881

J. Todd Hahn
Goodwin, Procter & Hoar LLP
599 Lexington Avenue, 40th Floor
New York, NY  10022
COUNSEL FOR GULF OIL LTD., PARTNERSHIP (In Berisha)

John S. Guttmann
Beveridge & Diamond, PC
1350 I St., N.W.
Suite 700
Washington, D.C. 20005-3311

Robert Brager
Sy Gruza
477 Madison Ave.
15th Floor
New York, N.Y. 10022-5802
COUNSEL FOR SUNOCO INC. (In Berisha)

Kenneth Pasquale
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, N.Y.   10038-4982
COUNSEL FOR TOSCO CORP. (In Berisha)

Dan H. Ball
Kurt E. Reitz
Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO  63101
COUNSEL FOR CONOCO, INC., CHEVRON U.S.A., INC.
    AND EXXON MOBIL CORP. (In England)

John Galvin
Lyndon Sommer
Sandberg, Phoenix & von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, MO  63101-1880
COUNSEL FOR PHILLIPS PETROLEUM CO. (In England)

Lewis Saul
Lewis Saul & Associates, PC
5301 Wisconsin Ave., N.W., Suite 550
Washington, DC  20015

Stanley E. Margolies
Kurzman Karelsen & Frank, LLP
230 Park Ave., 23rd Floor
New York, NY  10169
COUNSEL FOR PLAINTIFFS (In Berisha)

Stephen M. Tillery
Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy, Cates, Katz & Glass
10 Executive Woods Court
Swansea, IL  62226

Scott Summy
Celeste Evangelasti
Cooper & Scully, P.C.
900 Jackson St., Suite 100
Dallas, TX  75202

Edward Masry
Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Ave., Second Floor
Westlake Village, CA  92362

Victor M. Sher
Duane C. Miller
A. Curtis Sawyer, Jr.
Miller, Sher & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, CA  95825-5407
COUNSEL FOR PLAINTIFFS (In England)


Steven L. Leifer
Counsel for Valero Marketing and Supply Co.

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 19 2000

FILED
CLERK'S OFFICE

IN RE:

MTBE LITIGATION

MDL DOCKET NO. _1358_

## NOTICE OF ATTORNEY DESIGNATION ON
## BEHALF OF COASTAL OIL NEW YORK, INC.

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, Defendant Coastal Oil New York, Inc. hereby designates the undersigned attorney to

receive on its behalf service of all pleadings, notices, orders, and other papers relating to practice

in this case pending before the Judicial Panel on Multidistrict Litigation.

Dated: June 9, 2000

RECEIVED
CLERK'S OFFICE

2000 JUN 12  A 10: 45

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Respectfully submitted,

MARK G. O'CONNOR
Regional Counsel
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heights, New Jersey 07604
(Tel)  201-393-4918
(Fax) 201-393-4565

y.berisha.wpd

## CERTIFICATE OF SERVICE

The foregoing was served by first-class mail, postage-prepaid, on this 9th day of June, 2000, to:

Stephen M. Tillery
Christine J. Moody
Carr, Korein, Tillery, Kunin,
    Montroy, Cates, Katz & Glass
10 Executive Woods Court
Swansea, Illinois 62226

Edward Masry
Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, California 91362

Scott Summy
Celeste Evangelasti
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202

Victor M. Sher
Duane C. Miller
A. Curtis Sawyer, Jr.
Miller, Sher & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, California 95825-5407

ATTORNEYS FOR PLAINTIFFS
*England, et al. V. Atlantic Richfield Co., et al., Nos. 00-370WDS and 00-371-DRH*

Lewis J. Saul
Lewis Saul & Associates, P.C.
501 Wisconsin Avenue, NW
Suite 550
Washington, DC 20015

Stanley Margolies
Kurzman, Karelson & Frank, LLP
230 Park Avenue
23rd Floor
New York, New York 10169

ATTORNEYS FOR PLAINTIFFS
*Berisha, et al. v. Amerada Hess Corp., et al., No. 00 CIV 1898 [ SAS]*

Mr. Dan H. Ball
Mr. Kurt E. Reitz
Mr. Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO 63101
*Attoenrys for Defendants Conoco, Inc.,
Chevron U.S.A., Inc., and Exxon Mobil
Corporation*

Mr. Richard E. Wallace, Jr.
Mr. Anthony F. King
Mr. Peter C. Condron
Wallace King Marraro & Branson,
    PLLC
1050 Thomas Jefferson Street, N.W.

Mr. John Galvin
Mr. Lyndon Sommer
Sandberg, Phoenix & von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, MO 63101-1880
*Attorneys for Defendant Phillips
Petroleum Company*

Mr. Robert W. Jones
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201
*Attorneys for Defendants Equilon
Enterprises, LLC, Shell Oil Company,
and Texaco Refining and Marketing,
Inc.*

ATTORNEYS FOR DEFENDANTS
*England v. Atlantic Richfield Co., Nos. 00-370-WDS and 00-371-DRH*

Christopher S. Colman
Associate General Counsel
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ 07095

Charlotte Biblow
Rivkin, Radler & Kremer LLP
EAB Plaza (Long Island)
Uniondale, NY 11556-0111
*Attoenry for Defendant Getty Petroleum
Corp.*

Robert H. Shulman
Mindy G. Davis
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20006
*Attorneys for Defendant Amerada Hess
Corp.*

Mark E. Tully
Goodwin, Procter & Hoar LLP
Exchange Place
Boston, MA 02109-2881
*Attorney for Defendant Gulf Oil Ltd.
Partnership*

Richard E. Wallace, Jr.
Mr. Anthony F. King
Mr. Peter C. Condron
Wallace, King, Marrano & Branson, PLLC
1050 Thomas Jefferson St., NW
Washington, DC 20007

John S. Guttmann
Beverage & Diamond, P.C.
1350 I Street, NW
Suite 700
Washington, D.C. 20005

Sharon M. Dutch
Sedwick, Detert, Moran & Arnold
125 Broad Street
Thirty-Ninth Floor
New York, NY 10004-2400
*Attorneys for Defendants Chevron USA,
Inc., Exxon Corp., Mobil Oil Corp., Motiva
Enterprises, LLC, Shell Oil Products Co.,
and Texaco Inc.*

Sy Gruza
Beverage & Diamond, P.C.
477 Madison Avenue
New York, NY 10022-5802
*Attorneys for Defendant Sunoco Inc.*

Kenneth Pasquale
Strook, Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*Attorney for Defendant Tosco Corp.*

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60602

Nathan P. Eimer
Sidley & Austin
Bank One Plaza
10 South Dearborn Street
*Attorneys for Defendant Citgo
Petroleum Corporation*

Mark E. Holstein
200 East Randolph Drive
Chicago, Illinois 60602
*Attorneys for Defendants BP Amoco
Corporation, Amoco Oil Company and
Atlantic Richfield Company*

Dan H. Ball
One Firstar Plaza, Suite 3300
St. Louis, Missouri 63101
*Attorneys for Defendant Chevron
U.S.A.., Inc.*

ATTORNEYS FOR DEFENDANTS
*Berisha, et al. v. Amerada Hess Corp., et al., No. 00-CIV-1898 [SAS]*

_____

MARK G. O'CONNOR

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN _(Noon E.S.T.)_ June 19, 2000**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1358**-- In re **Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

✓ Defendant - Tosco Corporation

FILED CLERK'S OFFICE   JUN 19 2000   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Berisha et al v. Amerada Hess
Corp., et al.

U.S. District Court
Southern District of New York
No. 00Civ.1898(SAS)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

6/8/00
Date

_Kenneth Pasquale_
Signature of Attorney or Designee

RECEIVED CLERK'S OFFICE   2000 JUN 13 A 8:49   JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**Name and Address of Designated Attorney:**

Kenneth Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038

Telephone No.: 212-806-5400

Fax No.: 212-806-9000

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN _(Noon E.S.T.)_ June 19, 2000**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. <u>1358</u>-- In re **Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

✓AMERADA HESS CORPORATION (Defendant)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Donna Berisha, et al., v. Amerada Hess Corporation, et al.,
No. 00 Civ. 1898 (SAS) SDNY

FILED
CLERK'S OFFICE
JUN 19 2000
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

6-8-2000
_____
Date

Robert H Shulman
_____
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**
Robert H. Shulman, Esq.
Howrey, Simon, Arnold + White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

2000 JUN 13 A 8:00
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

Telephone No.: (202) 383-7419

Fax No.: (202) 383-6610

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO**: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN _(Noon E.S.T.)_ June 19, 2000
Panel Fax No.: (202) 502-2888**

MDL DOCKET No. **1358**-- In re **Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

✓Gulf Oil, Limited Partnership (Defendant)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Berisha, et al. v. Amerada Hess Corporation, et al.; United States
District Court for the Southern District of New York;
Civil Action No. 00 CIV 1898[SAS]

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| June 9, 2000 | _(signature)_ |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**   Mark E. Tully, Esquire
Goodwin, Procter & Hoar,
53 State Street
Boston, MA  02109

Telephone No.: 617-570-1000                    Fax No.: 617-523-1231

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN _(Noon E.S.T.)_ June 19, 2000**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. __1358__-- In re Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

```
Equilon Enterprises LLC
Motiva Enterprises LLC
Shell Oil Company                    (Please see Attachment A)
Shell Oil Products Company
Texaco Inc.
Texaco Refining and Marketing Inc.
```

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

Berisha v. Amerada Hess Corp., No. 00CIV 1898 [SAS] (S.D.N.Y.)

England v. Atlantic Richfield Co., No. 00-371-DRH (S.D. Ill.)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_June 16, 2000_
Date

_____
Signature of Attorney of Designee

**Name and Address of Designated Attorney:**
```
Richard E. Wallace, Jr.
Wallace King Marraro & Branson PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
```

Telephone No.: __(202) 204-1000__          Fax No.: __(202) 204-1001__

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

## **ATTACHMENT A**

Mr. Wallace and the firm of Wallace King Marraro & Branson PLLC also represent other parties in *Berisha v. Amerada Hess Corp.,* No. 00 CIV 1898 [SAS] (S.D.N.Y.), which will be represented by other counsel in proceedings before the Multidistrict Litigation Panel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and complete copy of the foregoing was served by first class mail, postage prepaid, upon the persons on the attached service lists this 16th day of June, 2000.

_____

RECEIVED
CLERK'S OFFICE
2000 JUN 19  A 10: 49
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## <u>SERVICE LIST -- ENGLAND V. ARCO</u>

Stephen M. Tillery
Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy,
  Cates, Katz & Glass
10 Executive Woods Court
Swansea, Illinois  622226

Scott Summy
Celeste Evangelasti
Cooper & Scully, PC
900 Jackson Street
Suite 100
Dallas, Texas  75202

Edward Masry
Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue
Westlake Village, California  91362

Victor M. Sher
Duane C. Miller
A.  Curtis Sawyer, Jr.
Miller, Sher & Sawyer
100 Howe Avenue
Suite S-120
Sacramento, California  95825-5407

Dan Ball
Kurt E. Reitz
Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza
Suite 3300
St. Louis, Missouri  63101

John Galvin
Lyndon Sommer
Sandberg, Phoenix & von Gontard
One City Center
15th Floor
515 North Sixth Street
St. Louis, Missouri  63101-1880

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois  60601

Nathan P. Eimer
Lisa S. Meyer
Sidley & Austin
One First National Plaza
Chicago, Illinois  60601

*Berisha v. Amerada Hess*                    SERVICE LIST                              Page 3

|  |  |
|---|---|
|  | Sy Gruza<br>15th Floor<br>477 Madison Ave.<br>New York, N.Y. 10022-5802<br>Phone: (212) 702-5400<br>Fax: (212) 702-5450 |
| Tosco Corp. | Kenneth Pasquale<br>Stroock, Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, N.Y.   10038-4982<br>Phone: (212) 806-5562<br>Fax: (212) 806-6006 |
| Valero Energy Corp. | Steven L. Leifer<br>Baker Botts LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC  20004-2400<br>Phone:  202-639-7723<br>Fax: 202-585-1040<br><br>Kenneth M. Bialo<br>Baker Botts LLP<br>599 Lexington Avenue<br>New York, NY  10022-6030<br>Phone:  212-705-5025<br>Fax:  212-705-5125 |

_Berisha, et al. v. Amerada Hess Corp., et al._, No. 00 CIV 1898 [SAS]

## SERVICE LIST

| **Parties** | **Counsel** |
|---|---|

Plaintiffs

Lewis Saul
LEWIS SAUL & ASSOCIATES, PC
5301 Wisconsin Ave., N.W., Suite 550
Washington, DC  20015
Phone:  (202) 364-9700
Fax:  (202) 364-9701

Plaintiffs

Stanley E. Margolies
KURZMAN KARELSEN & FRANK, LLP
230 Park Avenue, 23rd Floor
New York, NY  10169
Phone:  (212) 867-9500
Fax:  (212) 599-1759

Amerada Hess Corp.

Robert Shulman
Mindy Davis
HOWREY, SIMON, ARNOLD & WHITE
1299 Pennsylvania Avenue, NW
Washington, D.C.  20005
Phone:  (202) 783-0800
Fax:  (202) 383-6610

Christopher S. Colman
Associate General Counsel
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ  07095
Phone: (732) 750-6535
Fax: (732) 750-6944

BP Amoco Corp.

James Andrew Langan
Mark S. Lillie
Thomas Tozer
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Phone:  (312) 861-2000
Fax:  (312) 861-2200

| | |
|---|---|
| Chevron USA, Inc., Exxon Corp.,<br>Mobil Oil Corp., Shell Oil Products Co.,<br>Texaco Inc. | Richard E. Wallace, Jr.<br>Wallace, King, Marraro & Branson, PLLC<br>1050 Thomas Jefferson St., N.W.<br>Washington, D.C.  20007<br>Phone: (202) 204-1000<br>Fax: (202) 204-1001 |
| Citgo Petroleum Corp. | Nathan P. Eimer<br>Lisa S. Meyer<br>Sidley & Austin<br>One First National Plaza<br>10 South Dearborn<br>Chicago, IL  60603<br>Phone: (312) 853-7594<br>Fax: (312) 853-7036 |
| | Katherine L. Adams<br>Sidley & Austin<br>875 Third Ave.<br>New York, NY  10022<br>Phone: (212) 906-2361<br>Fax: (212) 906-2021 |
| Getty Petroleum Corp. | Charlotte Biblow<br>Rivkin, Radler & Kremer LLP<br>EAB Plaza (Long Island)<br>Uniondale, N.Y.  11556-0111<br>Phone: (516) 357-3000<br>Fax: (516) 357-3333 |
| Gulf Oil Ltd., Partnership | Mark E. Tully<br>Goodwin, Procter & Hoar  LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>Phone: (617) 570-1289<br>Fax: (617) 523-1231 |
| Sunoco Inc. | John S. Guttmann<br>Beveridge & Diamond, P.C.<br>1350 I St., N.W.<br>Suite 700<br>Washington, D.C. 20005<br>Phone: (202) 789-6020<br>Fax: (202) 789-6190 |