# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED TO THE JUDICIAL PANEL NO LATER THAN** *(Noon E.S.T.)* June 19, 2000
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. 1358-- In re **Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation**

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if necessary):**

Defendants: Phillips Petroleum Company
Shell Oil Company
Texaco Refining and Marketing, Inc.
Equilon Enterprises, LLC

Appearance - Richard E. Wallace

FILED CLERK'S OFFICE JUN 21 2000 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

England v. Atlantic Richfield Co., et al., Nos. 00-370-GPM and 00-371-DRH, pending in the Southern District of Illinois.

*****************************************************

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

June 19, 2000
Date

[signature]
Signature of Attorney or Designee

RECEIVED CLERK'S OFFICE 2000 JUN 20 P 3:04 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**Name and Address of Designated Attorney:**
John E. Galvin
Sandberg, Phoenix & von Gontard, P.C.
One City Centre, 15th Floor
St. Louis, MO 63101

Telephone No.: (314) 231-3332

Fax No.: (314) 241-7604

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**

A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

6/21/00 Appearance sent in by Richard E. Wallace, Jr., Esq. Wallace, King, Marraro & Branson, P.L.L.C. on 6/19/00. gma

IMAGED JUN 22 '00

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Certificate of Service

JUN 21 2000

The undersigned certifies that a copy of the foregoing was sent by United States mail, postage pre-paid, this 20 day of June, 2000, to the following:

FILED
CLERK'S OFFICE

ATTORNEYS FOR PLAINTIFFS
*England, et al. v. Atlantic Richfield Co., et al.*, Nos. 00-370-GPM and 00-371-DRH

Mr. Stephen M. Tillery
Ms. Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy, Cates, Katz & Glass
10 Executive Woods Court
Swansea, IL 62226

Mr. Victor M. Sher
Mr. Duane C. Miller
Mr. A. Curtis Sawyer, Jr.
Miller, Sher & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, CA 95825-5407

Mr. Edward Masry
Mr. Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA 91362

Mr. Scott Summy
Ms. Celeste Evangelasti
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Mr. J. Harold Seagle
Roundtree & Seagle, LLP
P. O. Box 1409
Wilmington, NC 28402-1409

ATTORNEYS FOR PLAINTIFFS
*Berisha, et al. v. Amerada Hess Corp., et al.*, No. 00 CIV 1898 [SAS]

Mr. Lewis J. Saul
Lewis Saul & Associates, P.C.
501 Wisconsin Avenue, NW, Suite 550
Washington, D.C. 20015

Mr. Stanley Margolies
Kurzman, Karelson & Frank, LLP
230 Park Avenue, 23rd Floor
New York, NY 10169

ATTORNEYS FOR DEFENDANTS
*England, et al. v. Atlantic Richfield Co., et al.*, Nos. 00-370-GPM and 00-371-DRH

Mr. Dan H. Ball
Mr. Kurt E. Reitz
Mr. Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO 63101

ATTORNEYS FOR DEFENDANTS CONOCO, INC., CHEVRON U.S.A., INC. AND EXXON MOBIL CORPORATION

RECEIVED
CLERK'S OFFICE
2000 JUN 20 P 3:03
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Mr. Nathan P. Eimer
Ms. Pamela R. Hanebutt
Ms. Lisa S. Meyer
Sidley & Austin
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Mr. J. William Lucco
Lucco, Brown & Mudge
224 St. Louis Street
P. O. Box 539
Edwardsville, IL 62025

ATTORNEYS FOR DEFENDANT CITGO

Mr. Richard C. Godfrey
Mr. J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive, #54
Chicago, IL 60601-6636

Mr. Mark E. Holstein
200 East Randolph Drive
Suite 2000
Chicago, IL 60601-7125

ATTORNEYS FOR DEFENDANTS ATLANTIC RICHFIELD COMPANY, BP AMOCO CORPORATION AND AMOCO OIL COMPANY

ATTORNEYS FOR DEFENDANTS
*Berisha, et al. v. Amerada Hess Corp., et al.*, No. 00-CIV-1898 [SAS]

Mr. Christopher S. Colman
Associate General Counsel
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ 07095

Mr. Robert H. Shulman
Ms. Mindy G. Davis
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, D.C. 20006

ATTORNEYS FOR DEFENDANT AMERADA HESS CORP.

Mr. J. Andrew Langan
Mr. Mark S. Lillie
Mr. Thomas Tozer
Kirkland & Ellis
200 East Randolph Drive, #54
Chicago, IL 60601-6636

ATTORNEYS FOR DEFENDANTS BP AMOCO CORPORATION

Mr. Richard E. Wallace, Jr.
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N W
Washington, D.C. 20007

Ms. Sharon M. Dutch
Sedwick, Detert, Moran & Arnold
125 Broad Street, 39th Floor
New York, NY 10004-2400

ATTORNEYS FOR DEFENDANTS CHEVRON USA, INC., EXXON CORP., MOBIL OIL CORP., MOTIVA ENTERPRISES, LLC, SHELL OIL PRODUCTS CO., AND TEXACO INC.

Mr. Nathan P. Eimer
Ms. Lisa S. Meyer
Sidley & Austin
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Ms. Katherine L. Adams
Sidley & Austin
875 Third Avenue
New York, NY 10022

ATTORNEYS FOR DEFENDANT CITGO

Mr. John S. Guttmann
Beverage & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005

Mr. Sy Gruza
Beverage & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022-5802

ATTORNEYS FOR DEFENDANT SUNOCO INC.

Ms. Charlotte Biblow
Rivkin, Radler & Kremer LLP
EAB Plaza (Long Island)
Uniondale, NY 11556-0111

ATTORNEY FOR DEFENDANT GETTY PETROLEUM CORP.

Mr. Mark E. Tully
Goodwin, Procter & Hoar LLP
Exchange Place
Boston, MA 02109-2881

ATTORNEY FOR DEFENDANT GULF OIL LTD. PARTNERSHIP

Mr. John Wagner
Law Department
United Refining Company
15 Bradley Street
Warren, PA 16365

ATTORNEY FOR DEFENDANT UNITED REFINING CO.

Coastal Corporation
Law Department
Coastal Tower
9 Greenway Plaza
Houston, TX 77046

ATTORNEYS FOR DEFENDANT COASTAL CORP.

Mr. Steven L. Leifer
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400

Mr. Kenneth M. Bialo
Baker Botts LLP
599 Lexington Avenue
New York, NY 10022-6030

ATTORNEYS FOR DEFENDANT VALERO ENERGY CORP.

Mr. Kenneth Pasquale
Strook, Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

ATTORNEY FOR DEFENDANT TOSCO CORP.