# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN *(Noon E.S.T.)* June 19, 2000
Panel Fax No.: (202) 502-2888

MDL DOCKET No. **1358**-- In re Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

- David England
  Donna L. Azbill
  James Bauer
  Marvin Owca
  Rhea Susan McMannis
  Claudia Christiansen
  (Individually and on behalf of all others similarly situated)

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

David England, et al. v. Atlantic Richfield Company, et al.
Circuit Court, Third Judicial District, Madison County, Illinois
Cause No. 00-L-331
May 11, 2000 removed to U. S. District Court, Southern District of Illinois
Cause No. 00-371-DRH (Cause No. 00-370-CDS - consolidated)

*********************************************************

    In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

6/20/2000
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Stephen M. Tillery
Carr, Korein, Tillery, Kunin, Montroy, Cates, Katz & Glass, LLC
701 Market Street, Suite 300
St. Louis, MO   63101

Telephone No.: 314/241-4844

Fax No.: 314/241-3525

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

IMAGED JUN 26 '00

JPML Form 18

**CERTIFICATE OF SERVICE**

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUN 26 2000

The undersigned certifies that a true copy of the foregoing NOTICE OF APPEARANCE was served by first-class mail, postage prepaid on this 20th day of June, 2000 to:

FILED
CLERK'S OFFICE

Michael J. Beck
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C.   20002

CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

Norbert G. Jaworski, Clerk
United States District Court
Southern District of Illinois
750 Missouri Avenue
P. O. Box 249
East St. Louis, Illinois   62202

James M. Parkison, Clark
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York   10007

CLERKS OF DISTRICT COURTS

---

Edward Masry
Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA   91362

Scott Summy
Celeste Evangelasti
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, Texas   75202

Victor M. Sher
Duane C. Miller
A. Curtis Sawyer, Jr.
Miller, Sheer & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, CA 95825-5407

J. Harold Seagle
Roundtree & Seagle, LLP
P. O. Box 1409
Wilmington, N.C.   28402

ATTORNEYS FOR PLAINTIFFS
*England, et al v. Atlantic Richfield Co., et al., No. 00-371-DRH*

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2000 JUN 22 P 1:44

RECEIVED
CLERK'S OFFICE

Lewis J. Saul
Lewis Saul & Associates, P.C.
501 Wisconsin Avenue, NW
Suite 550
Washington, D.C.  20015

Stanley Margolies
Kurzman, Karelson Frank, LLP
230 Park Avenue
23rd Floor
New York, New York 10169

ATTORNEYS FOR PLAINTIFFS
*Berisha, et al v. Amerada Hess Corp., et al.,* No. 00 CIV 1898 [SAS]

Mr. Dan H. Ball
Mr. Kurt E. Reitz
Mr. Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO  63101
*Attorneys for Defendants Conoco, Inc.*
*Chevron U.S.A., Inc., and Exxon Mobil*
*Corporation*

Mr. Richard E. Wallace, Jr.
Mr. Anthony F. King
Mr. Peter C. Condron
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007

Mr. John Galvin
Mr. Lyndon Sommer
Sandberg, Phoenix & von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, MO  63101-1880
*Attorneys for defendant Phillips*
*Petroleum Company*

Mr. Robert W. Jones
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201
*Attorneys for Defendants Equilon*
*Enterprises, LLC, Shell Oil Company,*
*and Texaco Refining and Marketing, Inc.*

Richard C. Godfrey
J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive, #54
Chicago, Illinois  60601-6636

Mark E. Holstein
200 East Randolph Drive, Suite 2000
Chicago, IL  60601
*Attorneys for defendants Atlantic*
*Richfield Company, BP Amoco*
*Corporation, Amoco Oil Company*

Nate Eimer
Pamela R. Hannebutt
Lisa S. Meyer
Sidley & Austin
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
*Attorneys for Citgo Petroleum Corp.*

ATTORNEYS FOR DEFENDANTS
*England v. Atlantic Richfield Co., No. 00-371-DRH*

Christopher S. Colman  
Associate General Counsel  
Amerada Hess Corporation  
One Hess Plaza  
Woodbridge, NH 07095  

Robert H. Shulman  
Mindy G. Davis  
Howrey Simon Arnold & White  
1299 Pennsylvania Avenue, NW  
Washington, D.C.   20006  
*Attorneys for Defendant Amerada Hess Corp.*

Richard E. Wallace, Jr.  
Anthony F. King  
Peter C. Condron  
Wallace, King, Marraro & Branson, PLLC  
1050 Thomas Jefferson St., NW.  
Washington, D.C.   20007  

Sharon M. Dutch  
Sedwick, Detert, Moran & Arnold  
125 Broad Street  
Thirty-Ninth Floor  
New York, NY   10004-2400  
*Attorneys for Defendants Chevron USA, Inc., Exxon Corp., Mobil Oil Corp., Motiva Enterprises, LLC Shell Oil Products Co., and Texaco Inc.*

Charlotte Biblow  
Rivkin, Radler & Kremer LLP  
EAB Plaza (Long Island)  
Uniondale, NY   11556-0111  
*Attorney for Defendant Getty Petroleum Corp.*

Mark E. Tully  
Goodwin, Procter & Hoar LLP  
Exchange Place  
Boston, MA 02109-2881  
*Attorney for Defendant Gulf Oil Ltd. Partnership*

John S. Guttmann  
Beverage & Diamond, P.C.  
1350 "I" Street, NW  
Suite 700  
Washington, D.C.   20005  

Sy Gruza  
Beverage & Diamond, P.C.  
15th Floor  
477 Madison Avenue  
New York, NY   10022-5802  
*Attorneys for Defendant Sunoco, Inc.*

Kenneth Pasquale  
Strook, Strook & Lavan LLP  
180 Maiden Lane  
New York, NY 10038-4982  
*Attorney for Defendant Tosco Corp.*

ATTORNEYS FOR DEFENDANTS  
*Berisha, et al v. Amerada Hess Corp., et al., No. 00-CIV-1898 [SAS]*

_____  
Robert L King