# MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 26 2000

IN RE:

METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION

: MDL DOCKET NO. 1358

FILED
CLERK'S OFFICE

### JOINT RESPONSE TO MDL MOTION
### AND
### SUGGESTIONS IN SUPPORT OF TRANSFER TO
### THE SOUTHERN DISTRICT OF ILLINOIS

Pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "Panel Rules"), ExxonMobil Corporation ("ExxonMobil") and Conoco, Inc. ("Conoco") consent to the Motion filed by BP Amoco Corporation, Amoco Oil Company, Atlantic Richfield Co., CITGO Petroleum Corporation, and Chevron U.S.A., Inc. ("the MDL Motion") for an order transferring pending actions ("the Actions") involving the gasoline additive methyl tertiary butyl ether ("MTBE") for coordinated and consolidated pretrial proceedings. In further response to the MDL Motion, ExxonMobil and Conoco respectfully suggest that the Southern District of Illinois is the most convenient and appropriate transferee forum.[1]

### ANSWER

ExxonMobil and Conoco are named defendants in *England v. Atlantic Richfield Co.,* Nos. 00-370-WDS, 00-371-DRH, which is pending in the Southern District of Illinois and one

---

[1] The MDL Motion seeks transfer to either the Southern District of Illinois or the Southern District of New York.

1426675

**OFFICIAL FILE COPY**

**IMAGED JUN 27 '00**

PLEADING NO. 6

of the Actions subject to the MDL Motion.[2] With respect to the averments contained in the MDL Motion, ExxonMobil and Conoco respond as follows:

1. ExxonMobil and Conoco admit the averments contained in paragraph 1.
2. ExxonMobil and Conoco admit the averments contained in paragraph 2.
3. ExxonMobil and Conoco admit the averments contained in paragraph 3.
4. ExxonMobil and Conoco admit the averments contained in paragraph 4.
5. ExxonMobil and Conoco admit the averments contained in paragraph 5.
6. ExxonMobil and Conoco admit the averments contained in paragraph 6.
7. ExxonMobil and Conoco admit the averments contained in paragraph 7.

### THE SOUTHERN DISTRICT OF ILLINOIS IS A MORE APPROPRIATE TRANSFEREE FORUM THAN THE SOUTHERN DISTRICT OF NEW YORK

ExxonMobil and Conoco agree that the transfer and consolidation of the Actions is appropriate and necessary under 28 U.S.C. § 1407 because they involve multiple overlapping questions of fact, and such transfer will be far more convenient for the parties and the witnesses and will promote just and efficient conduct of the litigation. In further support of transfer, ExxonMobil and Conoco adopt and incorporate herein by this reference the previously-filed *Brief In Support of Certain MTBE Litigation Defendants' Motion to Transfer for Coordinated or Consolidated Pretrial Proceedings Under 28 U.S.C. § 1407.*

Once the Panel has determined that transfer and consolidation is appropriate and necessary under 28 U.S.C. § 1407, the Panel must decide upon the most appropriate transferee forum. In making that decision, the Panel weighs factors such as: (1) the respective caseloads of the proposed transferor and transferee courts; and (2) in matters like this involving

---

[2] The Schedule of Actions Pursuant to Rule 10 of the Panel Rules is attached to the Movants' supporting brief as Exhibit A and incorporated herein by this reference.

nationwide litigation, the Panel generally selects an easily accessible, centrally located venue as the most appropriate transferee forum. *See, e.g., In re MCI Non-Subscriber Tel. Rates Litig.*, No. 1275, 1999 U.S. Dist. LEXIS 5076 (J.P.M.L. Apr. 14, 1999); *In re Corrugated Container Antitrust Litig.*, 441 F. Supp. 921, 924 (J.P.M.L. 1977) (the Panel has often acknowledged that centrality of location may be dispositive when a litigation is nationwide in scope).

ExxonMobil and Conoco suggest that the Actions should be transferred to the Southern District of Illinois. The parties, witnesses and documents relevant to the Actions are located throughout the United States. The plaintiffs and putative class members in the Actions reside in various states and Judicial Districts throughout the country. The various defendants maintain offices and facilities throughout the country, and transact business throughout the four corners of the United States. At the same time, the Southern District of Illinois is at the geographic center of the litigation, as it sits in almost the exact population center of the country. For this reason alone, the Southern District of Illinois is more appropriate than the Southern District of New York.

Furthermore, the Southern District of Illinois is more readily accessible than the Southern District of New York. The Southern District of Illinois is within twenty minutes of the St. Louis Lambert International Airport, which has direct flights virtually to and from everywhere in the United States, making it convenient to all parties. Moreover, the St. Louis Metrolink Mass Transport Rail System provides direct transportation from Lambert to within yards of the courthouse in the Southern District of Illinois.

The availability of judicial resources and economy also is an important factor in determining the appropriate transferee court. *See, e.g., In re Peruvian Road Litig.*, 380 F. Supp. 796, 798 (J.P.M.L. 1974) ("[T]he District of Idaho has a significantly lighter civil action docket than the Southern District of Texas and, therefore, the transferee judge will be able to devote

quick attention to this litigation."). The courts in the Southern District of Illinois have a significantly lighter docket than the courts in the Southern District of New York. As of September 30, 1998, the Southern District of Illinois had approximately 1,200 cases pending, while the Southern District of New York had over 14,000 cases pending. [Exhibit 1]. The lighter overall caseload statistics for the Southern District of Illinois will facilitate the expedited disposition of these complex cases. *See, e.g., Aktiensgesellschaft v. Babcock & Wilcox Co.,* 1998 U.S. Dist. LEXIS 17275 (S.D.N.Y. 1998) ("It is unlikely that any court bears as crushing a burden as does the Southern District of New York.").

Moreover, several of the defendants have significant fuel storage and/or distribution facilities in the Southern District of Illinois. All of the foregoing factors confirm the relative convenience of that District over the Southern District of New York. *See MCI Non-Subscriber Tel. Rates,* 1999 U.S. Dist. LEXIS 5076, at *2 (with cases pending throughout the country, including the Southern District of New York, the Panel found that "i) the geographic location of the Southern District of Illinois makes it a convenient forum for parties located throughout the United States, and ii) the Southern Illinois caseload makes it a good candidate for a multidistrict docket").

## CONCLUSION

The Southern District of Illinois offers a centrally located, easily accessible forum with an uncongested docket. As already noted, the MDL Motion itself contemplates the Southern District of Illinois as the transferee forum. Note 1, *supra.* Furthermore, "[c]entralization under Section 1407 in the Southern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation, while accordingly being desirable in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary." *MCI Non-*

*Subscriber Tel. Rates*, 1999 U.S. Dist. LEXIS 5076, at *2. For these reasons, transfer and consolidation of the Actions to the Southern District of Illinois for pretrial proceedings is both appropriate and necessary under 28 U.S.C. § 1407.

                                        Respectfully submitted,

                                        THOMPSON COBURN LLP

                                        By _/s/ Dan H. Ball_

                                        Dan H. Ball
                                        Roman P. Wuller
                                        One Firstar Plaza
                                        St. Louis, Missouri  63101
                                        314-552-6000
                                        FAX 314-552-7000

                                        Attorney for ExxonMobil Corporation and
                                        Conoco, Inc.

EXHIBIT 1

## U.S. DISTRICT COURT -- JUDICIAL CASELOAD PROFILE

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 26 2000

FILED
CLERK'S OFFICE

| ILLINOIS SOUTHERN | | | TWELVE MONTH PERIOD ENDED SEPTEMBER 30 | | | | | | NUMERICAL STANDING WITHIN U.S. CIRCUIT | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1998 | 1997 | 1996 | 1995 | 1994 | 1993 | | |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,624 | 1,659 | 1,653 | 1,576 | 1,516 | 1,466 | | |
| | Terminations | | 1,751 | 1,714 | 1,635 | 1,572 | 1,441 | 1,555 | | |
| | Pending | | 1,274 | 1,386 | 1,432 | 1,422 | 1,434 | 1,375 | | |
| | Percent Change in Total Filings Current Year | | Over Last Year... -2.1 Over Earlier Years... | | -1.8 | 3.0 | 7.1 | 10.8 | 48 / 41 | 3 / 1 |
| | Number of Judgeships | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | Vacant Judgeship Months** | | 19.0 | 22.0 | 12.0 | 12.7 | 24.0 | 22.7 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 406 | 415 | 413 | 394 | 379 | 367 | 54 | 5 |
| | | Civil | 335 | 378 | 367 | 340 | 337 | 309 | 58 | 6 |
| | | Criminal Felony | 71 | 37 | 46 | 54 | 42 | 58 | 28 | 1 |
| | Pending Cases | | 319 | 347 | 358 | 356 | 359 | 344 | 66 | 6 |
| | Weighted Filings** | | 452 | 395 | 388 | 424 | 365 | 386 | 145 | 2 |
| | 95% Confidence | Upper | 479 | 420 | 412 | 450 | 388 | 410 | | |
| | | Lower | 424 | 369 | 365 | 399 | 343 | 363 | | |
| | Terminations | | 438 | 429 | 409 | 393 | 360 | 389 | 46 | 3 |
| | Trials Completed | | 39 | 30 | 39 | 32 | 34 | 36 | 13 | 1 |
| MEDIAN TIMES (MONTHS) | From Filing to Disposition | Criminal Felony | 6.6 | 8.2 | 7.7 | 6.4 | 7.4 | 5.4 | 42 | 4 |
| | | Civil** | 10 | 8 | 9 | 8 | 8 | 9 | 54 | 5 |
| | From Filing to Trial** (Civil Only) | | 22 | 23 | 24 | 30 | 21 | 15 | 64 | 5 |
| OTHER | Number (and %) of Civil Cases Over 3 Years Old | | 44 / 4.0 | 58 / 4.5 | 47 / 3.6 | 59 / 4.7 | 68 / 5.2 | 77 / 6.3 | 49 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.6 | 1.7 | 1.7 | 1.8 | 1.7 | 1.6 | | |
| | Jurors | Avg. Present for Jury Selection | 31.42 | 32.89 | 38.23 | 44.20 | 36.26 | 34.69 | 33 | 5 |
| | | Percent Not Selected or Challenged | 34.0 | 27.2 | 40.4 | 39.2 | 31.7 | 34.0 | 60 | 6 |

FOR NATIONAL PROFILE AND NATURE OF SUIT AND OFFENSE CLASSIFICATIONS SHOWN BELOW -- OPEN THE FOLD-OUT PAGE AT THE BACK COVER

### 1998 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE

| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 1341 | 39 | 92 | 397 | 21 | 71 | 106 | 107 | 240 | 11 | 194 | 2 | 61 |
| Criminal* | 282 | 59 | 6 | 26 | 1 | 3 | 131 | ** | 4 | 28 | 3 | 4 | 15 |

- Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
- See "Explanation of Selected Terms."

## U.S. DISTRICT COURT --- JUDICIAL CASELOAD PROFILE

### NEW YORK SOUTHERN

| | | TWELVE MONTH PERIOD ENDED SEPTEMBER 30 | | | | | | NUMERICAL STANDING WITHIN U.S. CIRCUIT | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1998 | 1997 | 1996 | 1995 | 1994 | 1993 | | |
| OVERALL CASELOAD STATISTICS | Filings* | 11,039 | 11,416 | 11,562 | 11,367 | 10,591 | 10,630 | | |
| | Terminations | 11,116 | 11,055 | 12,383 | 10,048 | 9,852 | 9,830 | | |
| | Pending | 14,593 | 14,628 | 14,097 | 14,760 | 13,862 | 14,633 | | |
| | Percent Change in Total Filings Current Year — Over Last Year | | -3.3 | | | | | [54] | [4] |
| | Over Earlier Years | | | -4.5 | -2.9 | 4.2 | 3.8 | [57] | [4] |
| | Number of Judgeships | 28 | 28 | 28 | 28 | 28 | 28 | | |
| | Vacant Judgeship Months | 51.9 | 39.3 | 20.7 | 31.5 | 111.1 | 70.1 | | |
| ACTIONS PER JUDGESHIP | FILINGS Total | 394 | 408 | 413 | 406 | 378 | 380 | [58] | [4] |
| | Civil | 353 | 367 | 377 | 367 | 348 | 343 | [51] | [4] |
| | Criminal Felony | 41 | 41 | 36 | 39 | 30 | 37 | [70] | [5] |
| | Pending Cases | 521 | 522 | 503 | 527 | 495 | 523 | [19] | [4] |
| | Weighted Filings** | 467 | 451 | 447 | 449 | 407 | 407 | [38] | [4] |
| | 95% Confidence Upper | 504 | 484 | 481 | 478 | 438 | 438 | | |
| | Lower | 431 | 418 | 412 | 408 | 375 | 376 | | |
| | Terminations | 397 | 396 | 442 | 359 | 352 | 351 | [58] | [4] |
| | Trials Completed | 22 | 26 | 26 | 22 | 20 | 23 | [55] | [4] |
| MEDIAN TIMES (MONTHS) | From Filing to Disposition — Criminal Felony | 12.4 | 11.5 | 11.9 | 10.8 | 10.3 | 8.9 | [93] | [6] |
| | Civil | 9 | 9 | 8 | 9 | 8 | 7 | [98] | [1] |
| | From Filing to Trial** (Civil Only) | 20 | 23 | 24 | 27 | 22 | 18 | [49] | [2] |
| OTHER | Number (and %) of Civil Cases Over 3 Years Old | 1,360 / 11.6 | 1,309 / 11.1 | 1,150 / 9.9 | 1,434 / 11.5 | 1,606 / 13.5 | 2,234 / 17.5 | [85] | [3] |
| | Average Number of Felony Defendants Filed per Case | 1.6 | 1.6 | 1.6 | 1.5 | 1.7 | 1.6 | | |
| | Jurors — Avg. Present for Jury Selection | 53.41 | 54.03 | 51.26 | 56.86 | 57.30 | 64.03 | [86] | [5] |
| | Percent Not Selected or Challenged | 49.6 | 43.7 | 39.5 | 43.0 | 43.6 | 49.6 | 89 | 6 |

FOR NATIONAL PROFILE AND NATURE OF SUIT AND OFFENSE CLASSIFICATIONS SHOWN BELOW -- OPEN THE FOLD-OUT PAGE AT THE BACK COVER

| 1998 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 9870 | 294 | 152 | 1269 | 78 | 87 | 785 | 2130 | 1471 | 786 | 1524 | 28 | 1246 |
| Criminal* | 1160 | 104 | 20 | 80 | 12 | 47 | 282 | ** | 50 | 396 | 10 | 13 | 127 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
-- See "Explanation of Selected Terms."

48

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## **CERTIFICATE OF SERVICE**
(per Panel Attorney Service List)

JUN 26 2000

The foregoing was served via first-class mail, postage prepaid, on this 26th day of June, 2000.

FILED
CLERK'S OFFICE

Norbert G. Jaworski, Clerk
United States District Court
Southern District of Illinois
750 Missouri Avenue
P.O. Box 249
East St. Louis, IL  62202

James M. Parkinson, Clerk
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

CLERKS OF DISTRICT COURTS

Ball, Dan H.
Thompson Coburn LLP
One Firstar Plaza
St. Louis, MO  63101

CHEVRON USA, INC; CONOCO, INC.; EXXON CORP.; EXXON MOBIL CORP.; MOBIL OIL CORP.

Eimer, Nathan P.
Sidley & Austin
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603

CITGO PETROLEUM CORP.

Guttmann, John S.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC  20005

SUNOCO, INC.

1426675

- 6 -

Hinck, Jon
Lewis, Saul & Associates, P.C.
183 Middle Street
Suite 200
Portland, ME  04101

ARCURI, MELANIE J.; BERISHA, DONNA; GREENE, STEVEN C.; LA SUSA, RON

Langan, J. Andrew
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

AMOCO OIL CO.; ATLANTIC RICHFIELD CO.; BP AMOCO CORP.

Leifer, Steven L.
Baker, Botts, LLP
1299 Pennsylvania Ave., N.W.
Washington DC  20004

VALERO MARKETING & SUPPLY CO.

O'Connor, Mark G.
Regional Counsel
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heigh, NJ  07604

COASTAL CORP.

Pasquale, Kenneth
Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

TOSCO CORP.

Shulman, Robert H.
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., N.W.
Washington, DC  20004

AMERADA HESS CORP.

Sommer, Lyndon P.
Sandberg, Phoenix & von Gontard
One City Centre
15th Floor
St. Louis, MO 63101

PHILLIPS PETROLEUM CORP.

Tillery, Stephen M.
Carr, Korein, Tillery, Kunin, Montroy & Glass
10 Executive Woods Court
Swansea, Illinois 62226

AZBILL, DONNA L.; BAUER, JAMES; CHRISTIANSEN, CLAUDIA; ENGLAND, DAVID; MCMANNIS, RHEA SUSAN; OWCA, MARVIN

Tully, Mark E.
Goodwin, Procter & Hoar, LLP
53 State Street
Boston, MA 02109

GULF OIL LTD. PARTNERSHIP

Wagner, John
Law Department
One Valero Place
San Antonio, TX 78212

UNITED REFINING CO.

Wallace, Richard E. Jr.
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson, N.W.
Washington, D.C. 20007

EQUILON ENTERPRISES, LLC; MOTIVA ENTERPRISES, LLC; SHELL OIL CO.; SHELL OIL PRODUCTS CO.; TEXACO REFINING & MARKETING, INC.; TEXACO, INC.

_[signature]_

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST

June 19, 2000

DOCKET: 1,358 - In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation
STATUS: Pending

Page: 1

TRANSFEREE INFORMATION
  Dist:
  Judge:

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Ball, Dan H.<br>Thompson & Coburn, L.L.P.<br>One Firstar Plaza<br>St. Louis, MO 63101 | => Chevron USA, Inc.; Conoco, Inc.*; Exxon Corp.; Exxon Mobil Corp.*; Mobil Oil Corp. |
| Eimer, Nathan P.<br>Sidley & Austin<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 | => Citgo Petroleum Corp.* |
| Guttmann, John S.<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, DC 20005 | => Sunoco, Inc.* |
| Hinck, Jon<br>Lewis, Saul & Associates, P.C.<br>183 Middle Street<br>Suite 200<br>Portland, ME 04101 | => Arcuri, Melanie J.*; Berisha, Donna*; Greene, Steven C.; La Susa, Ron* |
| Langan, J. Andrew<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | => Amoco Oil Co.*; Atlantic Richfield Co.*; BP Amoco Corp.* |
| Leifer, Steven L.<br>Baker, Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Valero Marketing & Supply Co.* |
| O'Connor, Mark O<br>Regional Counsel<br>Coastal Oil New York, Inc.<br>611 Rt. 46 West<br>Hasbrouck Heigh, NJ 07604 | => Coastal Corp.* |
| Pasquale, Kenneth<br>Stroock, Stroock & Lavan, L.L.P.<br>180 Maiden Lane<br>New York, NY 10030 | => Tosco Corp * |
| Shulman, Robert H.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Amerada Hess Corp.* |
| Commer, Lyndon P.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101 | => Phillips Petroleum Co. |
| Tillery, Stephen M.<br>Carr, Korein, Tillery, Kunin, Montroy &<br>Glassio Executive Woods Court<br>Swansea, IL 62226 | => Askill, Donna L.; Bauer, James; Christiansen, Claudia; England, David; McMannis, Rhea Susan; Owen, Marvin |
| Tully, Mark E.<br>Goodwin, Procter & Hoar, L.L.P. | => Gulf Oil Ltd. Partnership* |

NOTE: Please refer to the title page for complete report scope and key.
* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST  
(1,358 Panel Attorney Service List Cont'd)

June 13,

Page: 3

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| 53 State Street<br>Boston, MA 02109 | |
| Wagner, John<br>Law Department<br>One Valero Place<br>San Antonio, TX 78212 | => United Refining Co. |
| Wallace, Richard E. Jr.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | => Equilon Enterprises, L.L.C.*; Motiva Enterprises, L.L.C.*; Shell Oil Co.*; Shell Oil Products Co.*; Texaco Refining & Marketing, Inc.*; Texaco, Inc.* |

NOTE: Please refer to the title page for complete report scope and key.
* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

** TOTAL PAGE.05 **