MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 6 2000

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE:

METHYL-TERTIARY BUTYL ETHER
("MTBE") LITIGATION

MDL Docket No. 1358

PLEADING NO. 8

**RESPONSE OF DEFENDANTS EQUILON ENTERPRISES LLC, MOTIVA
ENTERPRISES LLC, SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY,
TEXACO INC., AND TEXACO REFINING AND MARKETING INC. TO CERTAIN
DEFENDANTS' MOTION TO TRANSFER FOR COORDINATED OR
CONSOLIDATED PRETRIAL PROCEEDINGS UNDER 28 U.S.C. § 1407**

Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Texaco Inc., and Texaco Refining and Marketing Inc. submit this response to the motion of certain defendants to transfer two pending federal court actions, *Berisha, et al. v. Amerada Hess Corp., et al.*, No 00 CIV 1898 [SAS] (S.D.N.Y.), and *England, et al. v. Atlantic Richfield Co., et al.,* No. 00-371-DRH (S.D. Ill.), for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Motion"). Equilon Enterprises LLC, Shell Oil Company, and Texaco Refining and Marketing Inc. are defendants in *England*. Motiva Enterprises LLC, Shell Oil Products Company, and Texaco Inc. are defendants in *Berisha*.

OFFICIAL FILE COPY

IMAGED JUN 27 '00

Equilon, Motiva, the Shell defendants and the Texaco defendants support the relief sought in the MDL Motion and concur that coordination or consolidation of the *Berisha* and *England* actions for pretrial proceedings is appropriate for the reasons set forth in the MDL Motion.

Equilon, Motiva, the Shell defendants and the Texaco defendants reserve their rights to contest the claims in both *Berisha* and *England*, and to contest certification of the claims or purported classes in those cases, on any and all grounds. Nothing in this response should be construed as a waiver of their right to argue that the claims raised in both *Berisha* and *England* should be addressed on an individualized basis, and that those cases are not suitable for class treatment.

Dated: June 26, 2000

Respectfully submitted,

*/s/ Richard E. Wallace, Jr.*
Richard E. Wallace, Jr.
Anthony F. King
Peter C. Condron (PC4818)
WALLACE KING MARRARO & BRANSON PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
Telephone: 202-204-1000
Facsimile: 202-204-1001

Attorneys for Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Texaco Inc., and Texaco Refining and Marketing Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 6 2000

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all parties on the attached MDL service list by first class mail, postage prepaid, as well as on the following:

>Edward S. Weltman
>Schneck Weltman & Hashmall
>1285 Avenue of the Americas
>New York, New York  10019
>Phone: (212) 956-1500
>Fax: (212) 956-3252

>Attorneys for United Refining Corporation

this 26th day of June, 2000.

_____
Peter C. Condron

RECEIVED CLERK'S OFFICE
2000 JUN 26 P 3: 34
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

```
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST              June 19, 2000

DOCKET: 1,358 - In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation    Page: 1
STATUS: Pending

TRANSFEREE INFORMATION
   Dist:
   Judge:

   ATTORNEY - FIRM                          REPRESENTED PARTY(s)
```

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Ball, Dan H.<br>Thompson & Coburn, L.L.P.<br>One Firstar Plaza<br>St. Louis, MO 63101 | => Chevron USA, Inc.; Conoco, Inc.*; Exxon Corp.; Exxon Mobil Corp.*; Mobil Oil Corp. |
| Eimer, Nathan P.<br>Sidley & Austin<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 | => Citgo Petroleum Corp.* |
| Guttmann, John S.<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, DC 20005 | => Sunoco, Inc.* |
| Hinck, Jon<br>Lewis, Saul & Associates, P.C.<br>183 Middle Street<br>Suite 200<br>Portland, ME 04101 | => Arcuri, Melanie J.*; Berisha, Donna*; Greene, Steven C.; La Susa, Ron* |
| Langan, J. Andrew<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | => Amoco Oil Co.*; Atlantic Richfield Co.*; BP Amoco Corp.* |
| Leifer, Steven L.<br>Baker, Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Valero Marketing & Supply Co.* |
| O'Connor, Mark G.<br>Regional Counsel<br>Coastal Oil New York, Inc.<br>611 Rt. 46 West<br>Hasbrouck Heigh, NJ 07604 | => Coastal Corp.* |
| Pasquale, Kenneth<br>Stroock, Stroock & Lavan, L.L.P.<br>180 Maiden Lane<br>New York, NY 10038 | => Tosco Corp.* |
| Shulman, Robert H.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Amerada Hess Corp.* |
| Sommer, Lyndon P.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101 | => Phillips Petroleum Co. |
| Tillery, Stephen M.<br>Carr, Korein, Tillery, Kunin, Montroy &<br>Glass10 Executive Woods Court<br>Swansea, IL 62226 | => Azbill, Donna L.; Bauer, James; Christiansen, Claudia; England, David; McMannis Rhea Susan; Owca, Marvin |
| Tully, Mark E.<br>Goodwin, Procter & Hoar, L.L.P. | => Gulf Oil Ltd. Partnership* |

NOTE: Please refer to the title page for complete report scope and key.
   *   Signifies that an appearance was made on behalf of the party by the representing attorney.
   #   Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST*
(1,358 Panel Attorney Service List Cont'd)

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| 53 State Street<br>Boston, MA 02109 | |
| Wagner, John<br>Law Department<br>One Valero Place<br>San Antonio, TX 78212 | => United Refining Co. |
| Wallace, Richard E. Jr.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | => Equilon Enterprises, L.L.C.*; Motiva Enterprises, L.L.C.*; Shell Oil Co.*; Oil Products Co.*; Texaco Refining & Marketing, Inc.*; Texaco, Inc.* |

NOTE: Please refer to the title page for complete report scope and key.
* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.