ORIGINAL

**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 6 2000

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | MDL No. 1358 |
| MTBE LITIGATION | ) | |
| | ) | **ORAL ARGUMENT REQUESTED** |

**BRIEF OF PLAINTIFFS DAVID ENGLAND, DONNA AZBILL, JAMES BAUER, MARVIN OWCA, RHEA SUSAN McMANNIS AND CLAUDIA CHRISTIANSEN IN SUPPORT OF TRANSFER OF ACTIONS TO THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS**

Defendants BP Amoco, Amoco Oil, ARCO, CITGO and Chevron have asked the Panel to consolidate the *Berisha* and *England* cases and transfer them to either the Southern District of New York or the Southern District of Illinois. If the Panel grants that motion, the *England* plaintiffs request that the Panel transfer the case to District Judge David Herndon[1] of the Southern District of Illinois because the relevant factors favor transferring the cases there, rather than to New York.

First, geographic considerations favor the Southern District of Illinois over a New York forum because of the locations of the parties involved. The defendants, seven of whom are parties in both cases, have their principal places of business in Illinois (BP Amoco and Amoco Oil), Oklahoma (Phillips Petroleum and CITGO), Texas (Exxon, Shell, Conoco, Equilon, Coastal, Valero and Motiva), California (ARCO and Chevron), Pennsylvania (Sunoco, and United Refining), Massachusetts (Gulf Oil), Connecticut (Tosco), and New York (Texaco, Mobil Oil and Amerada Hess). The *England* plaintiffs are residents of Illinois and California, and the

---

[1] Since the filing of the present motion, the *England* case has been assigned to Judge Herndon.

OFFICIAL FILE COPY
IMAGED JUN 2 8 '00

PLEADING NO. 11

putative *England* class includes class members from California, Connecticut, Delaware, Illinois, Indiana, Kentucky, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, Pennsylvania, Rhode Island, Texas, Virginia and Wisconsin. By contrast, the *Berisha* plaintiffs are all residents of New York and the putative *Berisha* class only includes New York class members. In view of the fact that this case includes parties located from coast to coast, and the putative *England* class involves class members from coast to coast and from the Canadian border to the Mexican border, the Southern District of Illinois–centrally located in metropolitan St. Louis, Missouri–is the ideal location for this litigation.

Second, case management considerations favor the Southern District of Illinois. District Judge David Herndon, to whom the *England* case is assigned, has multidistrict litigation experience. In addition, the Administrative Office's statistics on case disposition and the relative docket congestion in the two proposed transferee courts favor the Southern District of Illinois.[1] As of September 30, 1999, the Southern District of New York had 14,961 cases pending, compared to the 1,149 in the Southern District of Illinois. Moreover, the median length of time from filing of a complaint to trial in 1999 was 24 months in the Southern District of New York, compared to only 16 months in the Southern District of Illinois. The slowest ten percent of cases took more than 66 months in the Southern District of New York, compared to half that number– 33–in the Southern District of Illinois. Clearly, the court prepared to handle this litigation more expeditiously is the Southern District of Illinois.

Third and finally, all of the *England* plaintiffs and most, if not all, of the *England* defendants (who are also seven of and most of the largest of the *Berisha* defendants) agree that the case should be transferred to the Southern District of Illinois.

---

[1] The statistics mentioned are from Tables C-6 and C-10 the Administrative Office's 1999 Annual Report of the Judicial Business of the United States Courts.

Accordingly, for the foregoing reasons, if the Panel grants the motion to consolidate, the *England* plaintiffs request that it also transfer the consolidated cases to District Judge David Herndon of the Southern District of Illinois.

Respectfully submitted,

*Stephen M. Tillery*
Stephen M. Tillery
Robert L. King
CARR, KOREIN, TILLERY, KUNIN,
MONTROY, CATES, KATZ & GLASS
701 Market Street, Suite 300
St. Louis, Missouri 63101
(314) 241-4844
fax (314) 241-3525

Case MDL No. 1358   Document 11   Filed 06/26/00   Page 4 of 7

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 6 2000

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing BRIEF OF PLAINTIFFS DAVID ENGLAND, DONNA AZBILL, JAMES BAUER, MARVIN OWCA, RHEA SUSAN McMANNIS AND CLAUDIA CHRISTIANSEN IN SUPPORT OF TRANSFER OF ACTIONS TO THE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS was served by first-class mail, postage prepaid on this 26th day of June, 2000, to:

Michael J. Beck
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C.   20002

CLERK OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

Norbert G. Jaworski, Clerk
United States District Court
Southern District of Illinois
750 Missouri Avenue
P. O. Box 249
East St. Louis, Illinois   62202

James M. Parkison, Clark
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York   10007

CLERKS OF DISTRICT COURTS

---

Edward Masry
Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA   91362

Scott Summy
Celeste Evangelasti
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, Texas   75202

Victor M. Sher
Duane C. Miller
A. Curtis Sawyer, Jr.
Miller, Sheer & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, CA 95825-5407

J. Harold Seagle
Roundtree & Seagle, LLP
P. O. Box 1409
Wilmington, N.C.   28402

ATTORNEYS FOR PLAINTIFFS
*England, et al v. Atlantic Richfield Co., et al., No. 00-371-DRH*

RECEIVED CLERK'S OFFICE
2000 JUN 26  P 4: 02
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Lewis J. Saul  
Lewis Saul & Associates, P.C.  
501 Wisconsin Avenue, NW  
Suite 550  
Washington, D.C. 20015

Stanley Margolies  
Kurzman, Karelson Frank, LLP  
230 Park Avenue  
23rd Floor  
New York, New York 10169

ATTORNEYS FOR PLAINTIFFS  
*Berisha, et al v. Amerada Hess Corp., et al.,* No. 00 CIV 1898 [SAS]

---

Dan H. Ball  
Kurt E. Reitz  
Roman P. Wuller  
Thompson Coburn LLP  
One Firstar Plaza, Suite 3300  
St. Louis, MO 63101  
*Attorneys for Defendants Conoco, Inc.*  
*Chevron U.S.A., Inc., and Exxon Mobil*  
*Corporation*

Richard E. Wallace, Jr.  
Anthony F. King  
Peter C. Condron  
Wallace King Marraro & Branson, PLLC  
1050 Thomas Jefferson Street, N.W.  
Washington, D.C. 20007

John Galvin  
Lyndon Sommer  
Sandberg, Phoenix & von Gontard  
One City Centre, 15th Floor  
515 North Sixth Street  
St. Louis, MO 63101-1880  
*Attorneys for defendant Phillips*  
*Petroleum Company*

Robert W. Jones  
Thompson & Knight  
1700 Pacific Avenue, Suite 3300  
Dallas, TX 75201  
*Attorneys for Defendants Equilon*  
*Enterprises, LLC, Shell Oil Company,*  
*and Texaco Refining and Marketing, Inc.*

Richard C. Godfrey  
J. Andrew Langan  
Kirkland & Ellis  
200 East Randolph Drive, #54  
Chicago, Illinois 60601-6636

Mark E. Holstein  
200 East Randolph Drive, Suite 2000  
Chicago, IL 60601  
*Attorneys for defendants Atlantic*  
*Richfield Company, BP Amoco*  
*Corporation, Amoco Oil Company*

Nate Eimer  
Pamela R. Hannebutt  
Lisa S. Meyer  
Sidley & Austin  
Bank One Plaza  
10 South Dearborn Street  
Chicago, IL 60603  
*Attorneys for Citgo Petroleum Corp.*

ATTORNEYS FOR DEFENDANTS  
*England v. Atlantic Richfield Co.,* No. 00-371-DRH

5

Christopher S. Colman
Associate General Counsel
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NH 07095

Robert H. Shulman
Mindy G. Davis
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, D.C. 20006
*Attorneys for Defendant Amerada
Hess Corp.*

Richard E. Wallace, Jr.
Anthony F. King
Peter C. Condron
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson St., NW.
Washington, D.C. 20007

Sharon M. Dutch
Sedwick, Detert, Moran & Arnold
125 Broad Street
Thirty-Ninth Floor
New York, NY 10004-2400
*Attorneys for Defendants Chevron
USA, Inc., Exxon Corp., Mobil Oil
Corp., Motiva Enterprises, LLC
Shell Oil Products Co., and
Texaco Inc.*

Steven L. Leifer
Bakter, Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Valero Marketing & Supply Co.*

Charlotte Biblow
Rivkin, Radler & Kremer LLP
EAB Plaza (Long Island)
Uniondale, NY 11556-0111
*Attorney for Defendant Getty Petroleum
Corp.*

Mark E. Tully
Goodwin, Procter & Hoar LLP
Exchange Place
Boston, MA 02109-2881
*Attorney for Defendant Gulf Oil Ltd.
Partnership*

John S. Guttmann
Beverage & Diamond, P.C.
1350 "I" Street, NW
Suite 700
Washington, D.C. 20005

Sy Gruza
Beverage & Diamond, P.C.
15th Floor
477 Madison Avenue
New York, NY 10022-5802
*Attorneys for Defendant Sunoco, Inc.*

Kenneth Pasquale
Strook, Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*Attorney for Defendant Tosco Corp.*

Mark G. O'Connor
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heigh, N.Y.  07604
*Regional Counsel for Coastal Corp.*


John Wagner
One Valero Place
San Antonio, TX 78212
*Attorney for United Refining Co.*

ATTORNEYS FOR DEFENDANTS
*Berisha, et al v. Amerada Hess Corp., et al., No. 00-CIV-1898 [SAS]*

_____
Stephen M. Tilley