RECEIVED
CLERK'S OFFICE
2000 JUN 27 A 10: 12
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2000

MDL 1358

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1358 |

PLEADING NO. 12

**DEFENDANT PHILLIPS PETROLEUM COMPANY'S
RESPONSE TO MOTION TO TRANSFER FOR COORDINATED OR
CONSOLIDATED PRETRIAL PROCEEDINGS UNDER 28 U.S.C. § 1407**

Pursuant to 28 U.S.C. § 1407 and the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Phillips Petroleum Company consents to the Motion to Transfer for Coordinated and Consolidated Pretrial Proceedings under 28 U.S.C. § 1407 filed by BP Amoco Corporation, Amoco Oil Company, Atlantic Richfield Co., CITGO Petroleum Corporation, and Chevron U.S.A., Inc. for an order transferring the pending actions involving methyl tertiary butyl ether ("MTBE") for coordinated and consolidated pretrial proceedings. Additionally, defendant Phillips Petroleum Company suggests that the United States District Court for the Southern District of Illinois is the most convenient and appropriate transferee forum for this litigation.

698990.1

OFFICIAL FILE COPY

IMAGED JUN 28 '00

In response to the specific statements contained in the Motion to Transfer for Coordinated and Consolidated Pretrial Proceedings under 28 U.S.C. § 1407, Phillips Petroleum Company states as follows:

1-7. Phillips Petroleum Company admits the statements in paragraphs 1 through 7.

With regard to the Motion to Coordinate or Consolidate these matters in a single pretrial proceeding, Phillips Petroleum agrees with the arguments made in the Brief in Support of Certain MTBE Litigation Defendants' Motion to Transfer for Coordinated or Consolidated Pretrial Proceedings Under 28 U.S.C. § 1407.

Furthermore, Phillips Petroleum Company submits that the United States District Court for the Southern District of Illinois is the most appropriate transferee forum for this litigation. The respective case loads of the Southern District of Illinois and the Southern District of New York favor transfer to the Southern District of Illinois. Furthermore, the allegations made in the England Complaint are nationwide in scope, including putative plaintiffs with counsel located across the nation and seeking damages from defendants with headquarters and facilities across the nation. The location of the District Court in the Southern District of Illinois is convenient for parties and counsel from each coast. Moreover, the Court's location in the central time zone reduces some very real practical problems involved in travel to and from locations on the east coast. The Panel has, in the past, found these types of considerations to be persuasive in finding the Southern District of Illinois a convenient forum. See MCI Non-Subscriber Telephone Rates, 1999 U.S. Dist. LEXIS 5076 at *2.

Defendant Phillips Petroleum Company therefore joins in the request that these actions be coordinated or consolidated for pretrial proceedings under 28 U.S.C. § 1407, and further that

the cases be transferred and consolidated in the United States District Court for the Southern District of Illinois.

        SANDBERG, PHOENIX & von GONTARD, P.C.

By: _____
John E. Galvin
One City Centre, 15th Floor
St. Louis, MO 63101-1880
(314) 231-3332
(314) 241-7604 (Fax)
ATTORNEYS FOR DEFENDANT
PHILLIPS PETROLEUM COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2000

FILED
CLERK'S OFFICE

## Certificate of Service

The undersigned certifies that a copy of the foregoing was sent by United States mail, postage pre-paid, this 26 day of June, 2000, to the following:

Norbert G. Jaworski, Clerk
United States District Court
Southern District of Illinois
750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62201

James M. Parkison, Clerk
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

CLERKS OF DISTRICT COURTS

ATTORNEYS FOR PLAINTIFFS
*England, et al. v. Atlantic Richfield Co., et al.*, Nos. 00-370-GPM and 00-371-DRH

Mr. Stephen M. Tillery
Ms. Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy,
  Cates, Katz & Glass
10 Executive Woods Court
Swansea, IL 62226

Mr. Victor M. Sher
Mr. Duane C. Miller
Mr. A. Curtis Sawyer, Jr.
Miller, Sher & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, CA 95825-5407

Mr. Edward Masry
Mr. Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA 91362

Mr. Scott Summy
Ms. Celeste Evangelasti
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Mr. J. Harold Seagle
Roundtree & Seagle, LLP
P. O. Box 1409
Wilmington, NC 28402-1409

ATTORNEYS FOR PLAINTIFFS
*Berisha, et al. v. Amerada Hess Corp., et al.*, No. 00 CIV 1898 [SAS]

Mr. Lewis J. Saul
Mr. Jon Hinck
Lewis Saul & Associates, P.C.
501 Wisconsin Avenue, NW, Suite 550
Washington, D.C. 20015

Mr. Stanley Margolies
Kurzman, Karelson & Frank, LLP
230 Park Avenue, 23rd Floor
New York, NY 10169

RECEIVED
CLERK'S OFFICE
2000 JUN 27 A 10: 13
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

ATTORNEYS FOR DEFENDANTS
*England, et al. v. Atlantic Richfield Co., et al.*, Nos. 00-370-GPM and 00-371-DRH

Mr. Dan H. Ball
Mr. Kurt E. Reitz
Mr. Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO  63101

ATTORNEYS FOR DEFENDANTS CONOCO, INC.,
CHEVRON U.S.A., INC. AND EXXON MOBIL CORPORATION

Mr. Nathan P. Eimer
Ms. Pamela R. Hanebutt
Ms. Lisa S. Meyer
Sidley & Austin
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603

Mr. J. William Lucco
Lucco, Brown & Mudge
224 St. Louis Street
P. O. Box 539
Edwardsville, IL  62025

ATTORNEYS FOR DEFENDANT CITGO

Mr. Richard C. Godfrey
Mr. J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive, #54
Chicago, IL 60601-6636

Mr. Mark E. Holstein
200 East Randolph Drive
Suite 2000
Chicago, IL  60601-7125

ATTORNEYS FOR DEFENDANTS ATLANTIC RICHFIELD COMPANY,
BP AMOCO CORPORATION AND AMOCO OIL COMPANY

ATTORNEYS FOR DEFENDANTS
*Berisha, et al. v. Amerada Hess Corp., et al.*, No. 00-CIV-1898 [SAS]

Mr. Christopher S. Colman
Associate General Counsel
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ 07095

Mr. Robert H. Shulman
Ms. Mindy G. Davis
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, D.C.  20006

ATTORNEYS FOR DEFENDANT AMERADA HESS CORP.

Mr. J. Andrew Langan
Mr. Mark S. Lillie
Mr. Thomas Tozer
Kirkland & Ellis
200 East Randolph Drive, #54
Chicago, IL 60601-6636

ATTORNEYS FOR DEFENDANTS BP AMOCO CORPORATION


Mr. Richard E. Wallace, Jr.             Ms. Sharon M. Dutch
Wallace, King, Marraro & Branson, PLLC  Sedwick, Detert, Moran & Arnold
1050 Thomas Jefferson Street, N W       125 Broad Street, 39th Floor
Washington, D.C. 20007                  New York, NY 10004-2400

ATTORNEYS FOR DEFENDANTS CHEVRON USA, INC., EXXON CORP.,
MOBIL OIL CORP., MOTIVA ENTERPRISES, LLC, SHELL OIL PRODUCTS
CO., AND TEXACO INC.


Mr. Nathan P. Eimer            Ms. Katherine L. Adams
Ms. Lisa S. Meyer              Sidley & Austin
Sidley & Austin                875 Third Avenue
Bank One Plaza                 New York, NY 10022
10 South Dearborn Street
Chicago, IL 60603

ATTORNEYS FOR DEFENDANT CITGO


Mr. John S. Guttmann               Mr. Sy Gruza
Beverage & Diamond, P.C.           Beverage & Diamond, P.C.
1350 I Street, N.W., Suite 700     477 Madison Avenue, 15th Floor
Washington, D.C. 20005             New York, NY 10022-5802

ATTORNEYS FOR DEFENDANT SUNOCO INC.


Ms. Charlotte Biblow               Mr. Mark E. Tully
Rivkin, Radler & Kremer LLP        Goodwin, Procter & Hoar LLP
EAB Plaza (Long Island)            Exchange Place
Uniondale, NY 11556-0111           Boston, MA 02109-2881

ATTORNEY FOR DEFENDANT GETTY       ATTORNEY FOR DEFENDANT GULF
PETROLEUM CORP.                    OIL LTD. PARTNERSHIP


698990.1                              6

| | |
|---|---|
| Mr. Edward S. Weltman<br>Ms. Joanne Gray<br>Mr. Christopher J. Garvey<br>Schneck Weltman & Hashmall, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | Mr. John Wagner<br>Law Department<br>United Refining Company<br>15 Bradley Street<br>Warren, PA 16365 |

ATTORNEY FOR DEFENDANT UNITED REFINING CO.

| | |
|---|---|
| Mr. Steven L. Leifer<br>Baker Botts LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2402 | Mr. Kenneth M. Bialo<br>Baker Botts LLP<br>599 Lexington Avenue<br>New York, NY 10022-6030 |

ATTORNEYS FOR DEFENDANT VALERO ENERGY CORP.

Mr. Kenneth Pasquale
Strook, Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

ATTORNEY FOR DEFENDANT TOSCO CORP.

| | |
|---|---|
| Coastal Corporation<br>Law Department<br>Coastal Tower<br>9 Greenway Plaza<br>Houston, TX 77046 | Mr. Mark G. O'Connor<br>Regional Counsel<br>Coastal Oil New York, Inc.<br>611 Rt. 46 West<br>Hasbrouck Heigh, NJ 07604 |

ATTORNEYS FOR DEFENDANT COASTAL CORP.

_____