/9

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 2 8 2000

FILED
CLERK'S OFFICE

------------------------------------

In re:

MTBE Litigation

------------------------------------

MDL Docket No. MDL-1358

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Schneck Weltman & Hashmall LLP hereby appears in the above-captioned proceedings as counsel on behalf of defendant United Refining Company; such counsel hereby enters its appearance pursuant to the Federal Rules of Civil Procedure, and hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the address set forth below.

Dated: New York, New York
       June 23, 2000

SCHNECK WELTMAN & HASHMALL LLP

By: _____
    Edward S. Weltman (EW 3389)
    Joanne Gray (JG 7287)
    Christopher J. Garvey (CG 3323)
Attorneys for United Refining Company
1285 Avenue of the Americas
New York, New York 10019
(212) 956-1500

TO:  Norbert J. Jaworski, Clerk
     United States District Court
     Southern District of Illinois
     750 Missouri Avenue
     P.O. Box 249
     East St. Louis, Illinois 62202

IMAGED JUL 3 '00

*Need to serve 3 atty's. See page attached. 6/28/00 gmm

James M. Parkison, Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Steven M. Tillery
Christine J. Moody
Carr, Korein, Tillery, Kunin,
 Montroy, Cates, Katz & Glass
10 Executive Woods Court
Swanea, Illinois 62226

Scott Summy
Celeste Evangelasi
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202

Edward Masry
Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, California 91362

Victor M. Sher
Duane C. Miller
A. Curtis Sawyer, Jr.
Miller, Sher & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, California 95825-5407

Lewis J. Saul, Esq.
LEWIS SAUL & ASSOCIATES
5301 Wisconsin Avenue, N.W.
Suite 550
Washington, D.C. 20015
(202) 364-9700

Stanley Margolies
Kurzman, Karelson & Frank LLP
230 Park Avenue
23rd Floor
New York, New York 10169

Dan H. Ball
Kurt E. Reitz
Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, Missouri 63101

Richard E. Wallace, Jr., Esq.
Anthony F. King, Esq.
Peter C. Condron, Esq.
Wallace King Marraro & Branson PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
(202) 204-1000

John Galvin
Lyndon Sommer
Sandberg, Phoenix & von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, Missouri 63101-1880

Robert W. Jones
Thompson & Knoght
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201

Eric M. Kraus
Sharon M. Dutch
Sedgwick Detert Moran & Arnold
125 Broad Street, 39th Floor
New York, New York 10004-2400

James Andrew Langan, Esq.
Mark S. Lillie, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Nathan P. Eimer, Esq.
Lisa S. Meyer, Esq.
Sidley & Austin
One First National Plaza
10 South Dearborn
Chicago, Illinois 60603

Katherine Adams, Esq.
Sidley & Austin
875 Third Avenue
New York, New York 10022

Kenneth Pasquale, Esq.
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

John S. Guttmann, Esq.
Beveridge & Diamond, PC
1350 "I" Street, N.W.
Suite 700
Washington, D.C. 20005-3311

Mark E. Tully, Esq.
Goodwin, Procter & Hoar LLP
Exchange Place
Boston, Massachusetts 02109-2881

Robert Shulman, Esq.
Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
(202) 783-0800

Charlotte Biblow
Rivkin Radler & Kremer LLP
EAB Plaza
Uniondale, New York 11556-0111

Mark E. Holstein, Esq.
Kirkland & Ellis
200 East Randolph Drive
Suite 2000
Chicago, IL 60601

Christopher S. Coleman
Associate General Counsel
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ 07095

Sy Gruza
Beverage & Diamond, P.C.
15th Floor
477 Madison Avenue
New York, New York 10022

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re:

MTBE Litigation

MDL Docket No. MDL-1358

**AFFIDAVIT OF SERVICE BY FEDERAL EXPRESS**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUN 28 2000

FILED
CLERK'S OFFICE

STATE OF NEW YORK   )
                                    ss.:
COUNTY OF NEW YORK  )

Nicole M. Panarella, being duly sworn deposes and says:

I am not a party to this action, am over 18 years of age and reside in Flushing, New York. On June 23, 2000, I served the within Notice of Appearance, by Federal Express, to the following:

Norbert J. Jaworski, Clerk
United States District Court
Southern District of Illinois
750 Missouri Avenue
P.O. Box 249
East St. Louis, Illinois 62202

James M. Parkison, Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

4560 0652 1081

Steven M. Tillery
Christine J. Moody
Carr, Korein, Tillery, Kunin,
    Montroy, Cates, Katz & Glass
10 Executive Woods Court
Swanea, Illinois 62226

4560 0652 1092

Scott Summy
Celeste Evangelasi
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202

4560 0652 1118

Edward Masry     4560 0652 1107
Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, California 91362

Victor M. Sher
Duane C. Miller
A. Curtis Sawyer, Jr.     4560 0652 1129
Miller, Sher & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, California 95825-5407

Lewis J. Saul, Esq.
LEWIS SAUL & ASSOCIATES
5301 Wisconsin Avenue, N.W.     4560 0652 1313
Suite 550
Washington, D.C. 20015

Stanley Margolies
Kurzman, Karelson & Frank LLP
230 Park Avenue     4560 0652 1140
23rd Floor
New York, New York 10169

4560 0652 1070
Dan H. Ball
Kurt E. Reitz
Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, Missouri 63101

4560 0652 1162
Richard E. Wallace, Jr., Esq.
Anthony F. King, Esq.
Peter C. Condron, Esq.
Wallace King Marraro & Branson PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

4560 0652 1151
John Galvin
Lyndon Sommer
Sandberg, Phoenix & von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, Missouri 63101-1880

4560 0652 1173
Robert W. Jones
Thompson & Knoght
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201

4560 0652 1232
Eric M. Kraus
Sharon M. Dutch
Sedgwick Detert Moran & Arnold
125 Broad Street, 39th Floor
New York, New York 10004-2400

4560 0652 1048
James Andrew Langan, Esq.
Mark S. Lillie, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

4560 0652 1060
Nathan P. Eimer, Esq.
Lisa S. Meyer, Esq.
Sidley & Austin
One First National Plaza
10 South Dearborn
Chicago, Illinois 60603

Katherine Adams, Esq.
Sidley & Austin    4560 0652 1324
875 Third Avenue
New York, New York 10022

Kenneth Pasquale, Esq.
Stroock, Stroock & Lavan LLP
180 Maiden Lane    4560 0652 1254
New York, New York 10038-4982

John S. Guttmann, Esq.
Beveridge & Diamond, PC
1350 "I" Street, N.W.    4560 0652 1302
Suite 700
Washington, D.C. 20005-3311

Mark E. Tully, Esq.
Goodwin, Procter & Hoar LLP    4560 0652 1210
Exchange Place
Boston, Massachusetts 02109-2881

Robert Shulman, Esq.    4560 0652 1200
Howrey & Simon
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402

Charlotte Biblow
Rivkin Radler & Kremer LLP    4560 0652 1195
EAB Plaza
Uniondale, New York 11556-0111

Mark E. Holstein, Esq.
Kirkland & Ellis
200 East Randolph Drive    4560 0652 1059
Suite 2000
Chicago, IL 60601

Christopher S. Coleman
Associate General Counsel
Amerada Hess Corporation    4560 0652 1184
One Hess Plaza
Woodbridge, NJ 07095

2

Sy Gruza
Beverage & Diamond, P.C.
15th Floor
477 Madison Avenue
New York, New York 10022

4560 0652 1243

*Nicole M. Panarella* (signature)
Nicole M. Panarella

Sworn to before me this
23 day of June, 2000

_____
Notary Public

CHRISTOPHER J. GARVEY
Notary Public, State of New York
No. 02GA5009446
Qualified in New York County
Commission Expires April 22, 2001

3

JUN-28-2000  Case 2:05-cv-01887-SHM  Document 45-14  Filed 06/29/2021  Page 8 of 8  JUDICIAL PANEL ON 03
MULTIDISTRICT LITIGATION

JUN 28 2000

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re:

MTBE Litigation

MDL Docket No. MDL-1358

**AMENDED**
**AFFIDAVIT OF SERVICE**
**BY FEDERAL EXPRESS**

STATE OF NEW YORK  )
                    ) ss.:
COUNTY OF NEW YORK )

LAUREN SKAVOLD, being duly sworn deposes and says:

I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York. On June 28, 2000, I served the within Notice of Appearance, by Federal Express, to the following:

> Jon Hinck, Esq.
> Lewis, Saul & Associates, P.C.
> 183 Middle Street
> Suite 200
> Portland, Maine 04101
>
> Steven L. Leifer, Esq.
> Baker, Botts, L.L.P.
> 1299 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
>
> Mark G. O'Connor, Esq.
> Regional Counsel
> Coastal Oil New York, Inc.
> 611 Rt. 46 West
> Hasbrouck Heights, New Jersey 07604

_____
LAUREN SKAVOLD

Sworn to before me this
28th day of June, 2000

_____
Notary Public

LAINIE RITTER
Notary Public, State of New York
No. 31-4972501
Qualified in New York County
Commission Expires Oct. 1, 2000

2000 JUN 28 P 2:38
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE