MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2000

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                        *
IN RE:                                                  *
                                                        *
METHYL TERTIARY BUTYL ETHER ("MTBE")                    *   MDL Docket No. 1358
PRODUCTS LIABILITY LITIGATION                           *
                                                        *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

PLEADING NO. 17

## GULF OIL LIMITED PARTNERSHIP'S RESPONSE TO CERTAIN MTBE LITIGATION DEFENDANTS' MOTION TO TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to 28 U.S.C. § 1407 and Rule 7.1(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Gulf Oil Limited Partnership ("Gulf Oil") hereby opposes transfer and consolidation for pretrial proceedings of the three actions entitled *Berisha v. Amerada Hess, et al.*, No. 00-CIV-1898 (SAS), *England v. Atlantic Richfield, et al.*, Nos. 00-370-WDS, 00-371-DRH and *Lynn, et al. v. Amoco Oil Company, et al.*, No. 96-T-940-N which are separately pending in the United States District Courts for the Southern District of New York, the Southern District of Illinois and the Middle District of Alabama, respectively.

Gulf Oil responds to the allegations of the MTBE Litigation Defendants' Motion To Transfer For Coordinated Or Consolidated Pretrial Proceedings Under 28 U.S.C. § 1407 (the "Motion") by incorporating herein by reference paragraphs 1 through 6 of the Response To Certain MTBE Litigation Defendants' Motion To Transfer For Coordinated or Consolidated

IMAGED JUL 11 '00   OFFICIAL FILE COPY

Pretrial Proceedings previously filed by defendant Tosco Corporation on June 23, 2000 ("Tosco's Response").

WHEREFORE, for the reasons set forth in Tosco's Response and for the reasons set forth in Tosco's Brief In Response To Certain MTBE Litigation Defendants' Motion To Transfer For Coordinated Or Consolidated Pretrial Proceedings, Gulf Oil respectfully requests that the Motion be denied. Should the Panel, however, grant the Motion, Gulf Oil respectfully requests that the coordinated or consolidated pretrial proceedings be administered in the Southern District of New York.

GULF OIL LIMITED PARTNERSHIP,

By its attorneys,

Mark E. Tully, Esq.
GOODWIN, PROCTER & HOAR LLP
Exchange Place
Boston, MA  02109-2881
(617) 570-1000

Dated: July 9, 2000
DOCSA\710127.1

2

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2000

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The foregoing was served by first-class mail, postage-prepaid, on this 7th day of July, 2000 to the parties listed in the attached Panel Service List, and to:

Nobert G. Jaworski, Clerk
United States District Court
Southern District of Illinois
750 Missouri Avenue
P.O. Box 249
East St. Louis, IL  62202

James M. Parkison, Clerk
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY  10007

CLERKS OF DISTRICT COURTS

Mark E. Tully, Esq.

DOCSA\710190.1

RECEIVED
CLERK'S OFFICE
2000 JUL 10 A 11: 06
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST                June 29, 2000

DOCKET: 1,358 - In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation                Page: 1
STATUS: Pending

TRANSFEREE INFORMATION
  Dist:
  Judge:

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Ball, Dan H.<br>Thompson & Coburn, L.L.P.<br>One Firstar Plaza<br>St. Louis, MO 63101 | => Chevron USA, Inc.; Conoco, Inc.*; Exxon Corp.; Exxon Mobil Corp.*; Mobil Oil Corp. |
| Eimer, Nathan P.<br>Sidley & Austin<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 | => Citgo Petroleum Corp.* |
| Galvin, John E.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>Suite 1500<br>St. Louis, MO 63101 | => Phillips Petroleum Co.* |
| Gray, Joanne<br>Schneck, Weltman & Hashmall, LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | => United Refining Co.* |
| Guttmann, John S.<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, DC 20005 | => Sunoco, Inc.* |
| Hinck, Jon<br>Lewis, Saul & Associates, P.C.<br>183 Middle Street<br>Suite 200<br>Portland, ME 04101 | => Arcuri, Melanie J.*; Berisha, Donna*; Greene, Steven C.; La Busa, Ron* |
| Langan, J. Andrew<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | => Amoco Oil Co.*; Atlantic Richfield Co.*; BP Amoco Corp.* |
| Leifer, Steven L.<br>Baker, Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Valero Marketing & Supply Co.* |
| O'Connor, Mark G.<br>Regional Counsel<br>Coastal Oil New York, Inc.<br>611 Rt. 46 West<br>Hasbrouck Heigh, NJ 07604 | => Coastal Corp.* |
| Pasquale, Kenneth<br>Stroock, Stroock & Lavan, L.L.P.<br>180 Maiden Lane<br>New York, NY 10038 | => Tosco Corp.* |
| Shulman, Robert H.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Amerada Hess Corp.* |
| Tillery, Stephen M.<br>Carr, Korein, Tillery, Kunin, Montroy & | => Asbill, Donna L.*; Bauer, James*; Christiansen, Claudia*; England, David*; McMannis, Rhea Susan*; Owca, Marvin* |

NOTE: Please refer to the title page for complete report scope and key.
  *·  Signifies that an appearance was made on behalf of the party by the representing attorney.
  #   Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST          June 29, 2000
(1,358 Panel Attorney Service List Cont'd)

Page: 2

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Glass10 Executive Woods Court<br>Swansea, IL 62226 | |
| Tully, Mark E.<br>Goodwin, Procter & Hoar, L.L.P.<br>53 State Street<br>Boston, MA 02109 | => Gulf Oil Ltd. Partnership* |
| Wallace, Richard E. Jr.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | => Equilon Enterprises, L.L.C.*; Motiva Enterprises, L.L.C.*; Shell Oil Co.*; Shell Oil Products Co.*; Texaco Refining & Marketing, Inc.*; Texaco, Inc.* |

NOTE: Please refer to the title page for complete report scope and key.
* signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.