JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

**AUG. 10, 2000**

MICHAEL J. BECK
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)
    *William F. Saiger, et al. v. Owens-Illinois, Inc., et al.*, S.D. Florida, C.A. No. 1:00-2051
    *Margaret Chakarian, et al. v. W.R. Grace & Co., et al.*, D. Massachusetts, C.A. No. 1:00-10934
    *Ella Tolliver v. Union Carbide Corp., et al.*, S.D. Texas, C.A. No. 4:00-888
    *Mary Ann Brown, etc. v. A-Best Products Co., et al.*, N.D. West Virginia, C.A. No. 5:00-74

MDL-1061 -- In re The Prudential Insurance Company of America Sales Practices Litigation
    *Don H. Schmidt, et al. v. Prudential Insurance Co. of America*, S.D. Ohio, C.A. No. 2:00-551

MDL-1091 -- In re Metropolitan Life Insurance Co. Sales Practices Litigation
    *Percy J. Pickett v. Metropolitan Life Insurance Co., et al.*, M.D. Alabama, C.A. No. 2:00-551
    *Dr. Robert Glen Bender, et al. v. Metropolitan Life Insurance Co., et al.*, S.D. Mississippi,
        C.A. No. 4:00-85
    *Delores J. Chambliss, et al. v. Metropolitan Life Insurance Co., et al.*, S.D. Mississippi,
        C.A. No. 5:00-138

MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation
    *Bill Harris, et al. v. Dryvit Systems, Inc., et al.*, N.D. Alabama, C.A. No. 2:00-1072
    *Larry Hillard, et al. v. Dryvit Systems, Inc., et al.*, N.D. Alabama, C.A. No. 2:00-1561

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability
        Litigation
    *Deborah Jo Naraine v. American Home Products Corp., et al.*, M.D. Georgia, C.A. No. 7:00-72
    *Mary Caron Padgett v. American Home Products Corp., et al.*, M.D. Georgia, C.A. No. 7:00-73
    *Jerry Mount v. Wyeth-Ayerst Laboratories Co., et al.*, S.D. Illinois, C.A. No. 4:00-4115
    *Katie B. Jackson v. American Home Products Corp., et al.*, N.D. Mississippi, C.A. No. 4:00-127
    *Betty Brown, et al. v. Wyeth-Ayerst Laboratories Co., et al.*, S.D. Mississippi, C.A. No. 3:00-287
    *Mary Helen Dantzler, et al. v. American Home Products Corp., et al.*, S.D. Mississippi,
        C.A. No. 4:00-68
    *Carol Chambliss, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.*, S.D. Mississippi,
        C.A. No. 5:00-101
    *Margie Louis, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.*, S.D. Mississippi,
        C.A. No. 5:00-102
    *Kathy Sisney, et al. v. American Home Products Corp., et al.*, S.D. Mississippi, C.A. No. 5:00-119
    *Deborah Claypool, et al. v. American Home Products Corp., et al.*, S.D. Mississippi,
        C.A. No. 5:00-122
    *Diane Lee, et al. v. American Home Products Corp., et al.*, D. Nebraska, C.A. No. 8:00-202
    *Monica Boyar v. American Home Products Corp., et al.*, D. Nevada, C.A. No. 2:00-90
    *Judith Jahnke, etc. v. American Home Products Corp., et al.*, D. New Mexico, C.A. No. 1:00-638
    *Diane Francis Morgan, et al. v. American Home Products Corp., et al.*, W.D. Oklahoma,
        C.A. No. 5:00-899

IMAGED   AUG 11 '00

MDL-1273 -- In re LifeUSA Holdings, Inc., Annuity Contracts Sales Practices Litigation
         (No. II)
   *Irwin Applebaum, et al. v. LifeUSA Insurance Co., et al.*, M.D. Florida, C.A. No. 8:00-1045

MDL-1291 -- In re Omeprazole Patent Litigation
   *Astrazeneca AB, et al. v. Impax Laboratories, Inc.*, D. Delaware, C.A. No. 1:00-479
   *Astrazeneca AB, et al. v. Eon Labs Manufacturing, Inc.*, E.D. New York, C.A. No. 1:00-2721

MDL-1293 -- In re Natural Gas Royalties Qui Tam Litigation
   *Harold E. (Gene) Wright, et al. v. Meridian, et al.*, E.D. Texas, C.A. No. 9:98-30
   *M. Glenn Osterhoudt, III, et al. v. Amoco Production Co., et al.*, E.D. Texas, C.A. No. 9:98-101
   *Victor T. Murray, et al. v. Mobil Oil Corp., et al.*, E.D. Texas, C.A. No. 9:99-340

MDL-1311 -- In re Methionine Antitrust Litigation
   *West Bend Elevator, Inc. v. Rhone-Poulenc, SA, et al.*, E.D. Wisconsin, C.A. No. 2:00-701

MDL-1317 -- In re Terazosin Hydrochloride Antitrust Litigation
   *Willie O'Neal v. Abbott Laboratories*, N.D. Alabama, C.A. No. 2:00-1504

MDL-1334 -- In re Humana Inc. Managed Care Litigation
   *Eugene Mangieri, M.D. v. Cigna Corp., et al.*, N.D. Alabama, C.A. No. 7:99-3254
   *Rodney J. Landry, et al. v. Humana, Inc., et al.*, S.D. Florida, C.A. No. 1:00-1658
    (S.D. Mississippi, C.A. No. 2:99-325)

MDL-1339 -- In re United Parcel Service, Inc., Excess Value Insurance Coverage Litigation
   *Bimet Corp. v. United Parcel Service, Inc., et al.*, N.D. Illinois, C.A. No. 1:00-2594
   *John Miller v. UPS, et al.*, E.D. Texas, C.A. No. 6:00-383

MDL-1341 -- In re America Online, Inc., Version 5.0 Software Litigation
   *Paul Barnes, et al. v. America Online, Inc.*, N.D. Alabama, C.A. No. 2:00-1253
   *Galaxy Internet Services, Inc. v. America Online, Inc.*, D. Massachusetts, C.A. No. 1:00-10651
   *Mark Williams v. America Online, Inc.*, D. Massachusetts, C.A. No. 1:00-10694
   *James T. Nash v. America Online, Inc.*, S.D. Texas, C.A. No. 4:00-1361

MDL-1348 -- In re Rezulin Products Liability Litigation
   *Easter Williams, et al. v. Parke-Davis, et al.*, N.D. Mississippi, C.A. No. 2:00-123
   *Zerellene House v. Parke-Davis, et al.*, N.D. Mississippi, C.A. No. 4:00-91
   *Edgar Love, et al. v. Parke-Davis, et al.*, S.D. Mississippi, C.A. No. 3:00-223
   *Robert Teague, et al. v. Parke-Davis, et al.*, S.D. Mississippi, C.A. No. 3:00-224
   *Beatrice Johnson, et al. v. Parke-Davis, et al.*, S.D. Mississippi, C.A. No. 3:00-315
   *Avon Armstrong, et al. v. Warner-Lambert Co., et al.*, S.D. Mississippi, C.A. No. 5:00-56
   *Helen R. Johnson, et al. v. Parke-Davis, et al.*, S.D. Mississippi, C.A. No. 5:00-87
   *Shirley Hill v. Parke-Davis, et al.*, S.D. Mississippi, C.A. No. 5:00-115
   *Helen L. Hunter v. Parke-Davis, et al.*, S.D. Mississippi, C.A. No. 5:00-117
   *Annie Southern v. Parke-Davis, et al.*, S.D. Mississippi, C.A. No. 5:00-118

MDL-1357 -- In re NOS Communications, Inc., Billing Practices Litigation

MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL-1359 -- In re Carnival Cruise Lines Access for Individuals with Disabilities Litigation

MDL-1360 -- In re Rite Aid Corporation Securities Litigation

MDL-1361 -- In re Compact Disc Minimum Advertised Price Antitrust Litigation

MDL-1362 -- In re Cinar Corp. Securities Litigation

MDL-1363 -- In re Industrial Accident at Donaldsonville, Louisiana, on May 24, 2000

MDL-1364 -- In re Health Care Providers/Managed Care Companies Litigation
MDL-1365 -- In re Nationwide Insurance Companies Agent Agreements Litigation
MDL-1366 -- In re Prudential Insurance Co. of America, Inc., Managed Care Litigation
MDL-1367 -- In re Aetna Inc. Managed Care Litigation
MDL-1368 -- In re High Pressure Laminate Antitrust Litigation
MDL-1369 -- In re Napster, Inc., Copyright Litigation
MDL-1370 -- In re Allianz Life Insurance Co. of North America Sales Practices Litigation
MDL-1371 -- In re Monumental Life Insurance Company Industrial Life Insurance Litigation

## HEARING ORDER

IT IS ORDERED that on September 22, 2000, a hearing will be held in New York, New York, to consider transfer of the litigations on the attached Schedule for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.

IT IS FURTHER ORDERED that at said hearing the Panel may, on its own initiative, consider transfer of any or all of the actions to any district or districts.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing to counsel for all parties involved in the litigations described on the attached Schedule.

FOR THE PANEL:

John F. Nangle
Chairman

SCHEDULE OF MATTERS FOR HEARING
September 22, 2000 -- New York, New York

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs William F. Saiger, et al., Margaret Chakarian, et al., Ella Tolliver, and Mary Ann Brown, etc., to transfer of their respective following action to the United States District Court for the Eastern District of Pennsylvania:

Southern District of Florida

*William F. Saiger, et al. v. Owens-Illinois, Inc., et al.*, C.A. No. 1:00-2051

District of Massachusetts

*Margaret Chakarian, et al. v. W.R. Grace & Co., et al.*, C.A. No. 1:00-10934

Southern District of Texas

*Ella Tolliver v. Union Carbide Corp., et al.*, C.A. No. 4:00-888

Northern District of West Virginia

*Mary Ann Brown, etc. v. A-Best Products Co., et al.*, C.A. No. 5:00-74

MDL-1061 -- In re The Prudential Insurance Company of America Sales Practices Litigation

Motion of defendant The Prudential Insurance Company of America to transfer the following action to the United States District Court for the District of New Jersey:

Southern District of Ohio

*Don H. Schmidt, et al. v. Prudential Insurance Co. of America*, C.A. No. 2:00-551

## MDL-1091 -- In re Metropolitan Life Insurance Co. Sales Practices Litigation

Oppositions of plaintiffs Percy J. Pickett, Dr. Robert Glen Bender, et al., and Delores J. Chambliss, et al., to transfer of their respective following action to the United States District Court for the Western District of Pennsylvania:

### Middle District of Alabama

*Percy J. Pickett v. Metropolitan Life Insurance Co., et al.*, C.A. No. 2:00-551

### Southern District of Mississippi

*Dr. Robert Glen Bender, et al. v. Metropolitan Life Insurance Co., et al.*,
    C.A. No. 4:00-85
*Delores J. Chambliss, et al. v. Metropolitan Life Insurance Co., et al.*,
    C.A. No. 5:00-138

## MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation

Oppositions of plaintiffs Bill Harris, et al., and Larry Hillard, et al., to transfer of their respective following action to the United States District Court for the Eastern District of North of Carolina:

### Northern District of Alabama

*Bill Harris, et al. v. Dryvit Systems, Inc., et al.*, C.A. No. 2:00-1072
*Larry Hillard, et al. v. Dryvit Systems, Inc., et al.*, C.A. No. 2:00-1561

Schedule of Matters for Hearing                                          p.3
New York, New York

<u>MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
         Liability Litigation</u>

Oppositions of plaintiffs to transfer of their respective following action to the United
States District Court for the Eastern District of Pennsylvania:

### <u>Middle District of Georgia</u>

*Deborah Jo Naraine v. American Home Products Corp., et al.*, C.A. No. 7:00-72
*Mary Caron Padgett v. American Home Products Corp., et al.*, C.A. No. 7:00-73

### <u>Southern District of Illinois</u>

*Jerry Mount v. Wyeth-Ayerst Laboratories Co., et al.*, C.A. No. 4:00-4115

### <u>Northern District of Mississippi</u>

*Katie B. Jackson v. American Home Products Corp., et al.*, C.A. No. 4:00-127

### <u>Southern District of Mississippi</u>

*Betty Brown, et al. v. Wyeth-Ayerst Laboratories Co., et al.*, C.A. No. 3:00-287
*Mary Helen Dantzler, et al. v. American Home Products Corp., et al.*,
    C.A. No. 4:00-68
*Carol Chambliss, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.*,
    C.A. No. 5:00-101
*Margie Louis, et al. v. Wyeth-Ayerst Pharmaceuticals, Inc., et al.*, C.A. No. 5:00-102
*Kathy Sisney, et al. v. American Home Products Corp., et al.*, C.A. No. 5:00-119
*Deborah Claypool, et al. v. American Home Products Corp., et al.*, C.A. No. 5:00-122

### <u>District of Nebraska</u>

*Diane Lee, et al. v. American Home Products Corp., et al.*, C.A. No. 8:00-202

### <u>District of Nevada</u>

*Monica Boyar v. American Home Products Corp., et al.*, C.A. No. 2:00-90

Schedule of Matters for Hearing                                                    p.4
New York, New York

MDL-1203 (Continued)

### District of New Mexico

*Judith Jahnke, etc. v. American Home Products Corp., et al.*, C.A. No. 1:00-638

### Western District of Oklahoma

*Diane Francis Morgan, et al. v. American Home Products Corp., et al.*,
 C.A. No. 5:00-899

### MDL-1273 -- In re LifeUSA Holdings, Inc., Annuity Contracts Sales Practices Litigation (No. II)

Opposition of defendants LifeUSA Insurance Company and Allianz Life Insurance
Company of North America to transfer of the following action to the United States District
Court for the Eastern District of Pennsylvania:

### Middle District of Florida

*Irwin Applebaum, et al. v. LifeUSA Insurance Co., et al.*, C.A. No. 8:00-1045

### MDL-1291 -- In re Omeprazole Patent Litigation

Oppositions of defendants Eon Labs Manufacturing, Inc., Andrx Pharmaceuticals,
Genpharm Inc., Kremers Urban Development Company, Schwartz Pharma Inc., Cheminor
Drugs Ltd., Cheminor, Inc., Schein Pharmaceuticals, and IMPAX Laboratories, Inc., to
transfer of the following actions to the United States District Court for the Southern District of
New York:

### District of Delaware

*Astrazeneca AB, et al. v. Impax Laboratories, Inc.*, C.A. No. 1:00-479

### Eastern District of New York

*Astrazeneca AB, et al. v. Eon Labs Manufacturing, Inc.*, C.A. No. 1:00-2721

Schedule of Matters for Hearing                                           p.5
New York, New York


MDL-1293 -- In re Natural Gas Royalties Qui Tam Litigation

Oppositions of plaintiffs The United States of America, Harold E. (Gene) Wright, et al., and Victor T. Murray, et al., to transfer of their respective following action(s) to the United States District Court for the District of Wyoming:


Eastern District of Texas

*Harold E. (Gene) Wright, et al. v. Meridian, et al.*, C.A. No. 9:98-30
*M. Glenn Osterhoudt, III, et al. v. Amoco Production Co., et al.*, C.A. No. 9:98-101
*Victor T. Murray, et al. v. Mobil Oil Corp., et al.*, C.A. No. 9:99-340


MDL-1311 -- In re Methionine Antitrust Litigation

Motion of defendants Rhone Poulenc Ag Company, Inc., Rhone-Poulenc Animal Nutrition Inc., Degussa-Huls Corporation, Mitsui & Company (U.S.A.), Inc., and Novus International, Inc., to transfer the following action to the United States District Court for the Northern District of California:


Eastern District of Wisconsin

*West Bend Elevator, Inc. v. Rhone-Poulenc, SA, et al.*, C.A. No. 2:00-701


MDL-1317 -- In re Terazosin Hydrochloride Antitrust Litigation

Opposition of plaintiff Willie O'Neal to transfer of the following action to the United States District Court for the Southern District of Florida:


Northern District of Alabama

*Willie O'Neal v. Abbott Laboratories*, C.A. No. 2:00-1504

MDL-1334 -- In re Humana Inc. Managed Care Litigation

Oppositions of defendants Humana Inc., Humana Health Plan Inc., CIGNA Corporation, CIGNA, Aetna Inc., Aetna U.S. Healthcare Inc., and Richard L. Huber to transfer of certain claims in the following action to the United States District Court for the Southern District of Florida:

### Northern District of Alabama

*Eugene Mangieri, M.D. v. Cigna Corp., et al.*, C.A. No. 7:99-3254

Motion of defendant PacifiCare Health Systems, Inc., for remand of claims against defendant PacifiCare Health Systems, Inc., in the following action to the United States District Court for the Southern District of Mississippi:

### Southern District of Florida

*Rodney J. Landry, et al. v. Humana, Inc., et al.*, C.A. No. 1:00-1658
(S.D. Mississippi, C.A. No. 2:99-325)

MDL-1339 -- In re United Parcel Service, Inc., Excess Value Insurance Coverage Litigation

Oppositions of plaintiffs Bimet Corporation and John Miller to transfer of their respective following action to the United States District Court for the Southern District of New York:

### Northern District of Illinois

*Bimet Corp. v. United Parcel Service, Inc., et al.*, C.A. No. 1:00-2594

### Eastern District of Texas

*John Miller v. UPS, et al.*, C.A. No. 6:00-383

Schedule of Matters for Hearing                                    p.7
New York, New York


MDL-1341 -- In re America Online, Inc., Version 5.0 Software Litigation

  Oppositions of plaintiffs Paul Barnes, et al., Galaxy Internet Services, Inc., Mark Williams, and James T. Nash to transfer of their respective following action to the United States District Court for the Southern District of Florida:


    Northern District of Alabama

*Paul Barnes, et al. v. America Online, Inc.*, C.A. No. 2:00-1253

    District of Massachusetts

*Galaxy Internet Services, Inc. v. America Online, Inc.*, C.A. No. 1:00-10651
*Mark Williams v. America Online, Inc.*, C.A. No. 1:00-10694

    Southern District of Texas

*James T. Nash v. America Online, Inc.*, C.A. No. 4:00-1361


MDL-1348 -- In re Rezulin Products Liability Litigation

  Oppositions of plaintiffs Easter Williams, et al., Zerellene House, Edgar Love, et al., Robert Teague, et al., Beatrice Johnson, et al., Avon Armstrong, et al., Helen R. Johnson, et al., Shirley Hill, Helen L. Hunter, and Annie Southern to transfer of their respective following action to the United States District Court for the Southern District of New York:


    Northern District of Mississippi

*Easter Williams, et al. v. Parke-Davis, et al.*, C.A. No. 2:00-123
*Zerellene House v. Parke-Davis, et al.*, C.A. No. 4:00-91

    Southern District of Mississippi

*Edgar Love, et al. v. Parke-Davis, et al.*, C.A. No. 3:00-223
*Robert Teague, et al. v. Parke-Davis, et al.*, C.A. No. 3:00-224
*Beatrice Johnson, et al. v. Parke-Davis, et al.*, C.A. No. 3:00-315
*Avon Armstrong, et al. v. Warner-Lambert Co., et al.*, C.A. No. 5:00-56

Schedule of Matters for Hearing                                                    p.8
New York, New York


MDL-1348 (Continued)


### Southern District of Mississippi (Continued)

*Helen R. Johnson, et al. v. Parke-Davis, et al.*, C.A. No. 5:00-87
*Shirley Hill v. Parke-Davis, et al.*, C.A. No. 5:00-115
*Helen L. Hunter v. Parke-Davis, et al.*, C.A. No. 5:00-117
*Annie Southern v. Parke-Davis, et al.*, C.A. No. 5:00-118


## MDL-1357 -- In re NOS Communications, Inc., Billing Practices Litigation

Motion of plaintiff Omnipure Filter Company for centralization of the following actions
in the United States District Court for the District of Idaho:


### District of Idaho

*Omnipure Filter Co. v. NOS Communications, Inc.*, C.A. No. 1:00-94

### District of Nevada

*Olga Fisher v. NOS Communications, Inc.*, C.A. No. 2:99-622

### Northern District of Oklahoma

*Kids International, Inc., et al. v. NOS Communications, Inc.*, C.A. No. 4:00-204

Schedule of Matters for Hearing                                    p.9
New York, New York


MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

   Motion of defendants BP Amoco Corporation, Amoco Oil Company, Atlantic Richfield Company, CITGO Petroleum Corporation, and Chevron U.S.A., Inc., for centralization of the following actions in the United States District Court for the Southern District of New York or the United States District Court for the Southern District of Illinois:


### Southern District of Illinois

*David England, et al. v. Atlantic Richfield Co., et al.*, C.A. No. 3:00-370
*David England, et al. v. Atlantic Richfield Co., et al.*, C.A. No. 3:00-371

### Southern District of New York

*Donna Berisha, et al. v. Amerada Hess Corp., et al.*, C.A. No. 1:00-1898


MDL-1359 -- In re Carnival Cruise Lines Access for Individuals with Disabilities Litigation

   Motion of defendants Carnival Corporation and Carnival Cruise Lines for centralization of the following actions in the United States District Court for the Southern District of Florida:


### Northern District of California

*Bernard Walker, et al. v. Carnival Cruise Lines, et al.*, C.A. No. 3:98-2926

### Southern District of Florida

*Access Now, Inc., et al. v. Carnival Corp., Inc.*, C.A. No. 1:98-3081

Schedule of Matters for Hearing                                      p.10
New York, New York


MDL-1360 -- In re Rite Aid Corporation Securities Litigation

       Motion of defendant Rite Aid Corporation for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:


          Northern District of Florida

    *State Board of Administration of Florida v. Rite Aid Corp., et al.*, C.A. No. 4:00-209

          Eastern District of Pennsylvania

    *New Star International Caterers, Inc. v. Rite Aid Corp., et al.*, C.A. No. 2:99-1323
    *Jacob Shafran v. Rite Aid Corp., et al.*, C.A. No. 2:99-1339
    *Arthur Feldman, et al. v. Rite Aid Corp., et al.*, C.A. No. 2:99-1340
    *Ronald Bershad v. Rite Aid Corp., et al.*, C.A. No. 2:99-1348
    *James Pearson, et al. v. Rite Aid Corp., et al.*, C.A. No. 2:99-1349
    *Hyman Rothkopf v. Rite Aid Corp., et al.*, C.A. No. 2:99-1351
    *J&S Trading LP, et al. v. Rite Aid Corp., et al.*, C.A. No. 2:99-1410
    *Vincenza Rinklin v. Rite Aid Corp., et al.*, C.A. No. 2:99-1413
    *Jerry H. Steiner v. Rite Aid Corp., et al.*, C.A. No. 2:99-1549
    *Alfred A. Mousley, Jr. v. Rite Aid Corp., et al.*, C.A. No. 2:99-1677
    *Kevin Olson v. Rite Aid Corp., et al.*, C.A. No. 2:99-1714
    *Edward Finkelstein v. Rite Aid Corp., et al.*, C.A. No. 2:99-1800
    *Marcia Horwitz v. Rite Aid Corp.*, C.A. No. 2:99-1938
    *Bruce W. Hazen v. Rite Aid Corp., et al.*, C.A. No. 2:99-2262
    *In re Rite Aid Corporation Derivative Litigation*, C.A. No. 2:99-2493
    *Jerry Krim v. Alex Grass, et al.*, C.A. No. 2:99-5335
    *American Home Life Insurance Co. v. Rite Aid Corp., et al.*, C.A. No. 2:99-5729
    *Ruth Kaufman I.R.A. v. Rite Aid Corp., et al.*, C.A. No. 2:99-5925
    *Philip J. Berg v. Rite Aid Corp., et al.*, C.A. No. 2:99-6082
    *Argent Classic Convertible Arbitrage Fund v. Rite Aid Corp., et al.*,
      C.A. No. 2:00-1114
    *William E. Johnson, et al. v. Rite Aid Corp.*, C.A. No. 2:00-2496

Schedule of Matters for Hearing                                    p.11
New York, New York

<u>MDL-1361 -- In re Compact Disc Minimum Advertised Price Antitrust Litigation</u>

Motion of plaintiff Kevin Williamson for centralization of certain of the following actions in the United States District Court for the Central District of California and motion of defendants Best Buy Company, Inc., Borders, Inc., Circuit City Stores, Inc., National Association of Recording Merchandisers, Inc., Target Corporation, and Wal-Mart Stores, Inc. for centralization of the following actions in the United States District Court for the Southern District of New York or in the United States District Court for the Northern District of Illinois:

<u>Central District of California</u>

*Jeffrey Michaelson v. Capitol Records, Inc., et al.*, C.A. No. 2:00-5398
*Jeffrey S. Keel v. Time-Warner, Inc., et al.*, C.A. No. 2:00-5568
*Joyce Martinez, et al. v. EMI Music Disstribution, et al.*, C.A. No. 2:00-5730
*Scott E. Kandell v. Capitol Records, Inc., et al.*, C.A. No. 2:00-5846
*Scott D. Levine, et al. v. Capitol Records, Inc., et al.*, C.A. No. 2:00-5899
*Corey Feldman, et al. v. Capitol Records, Inc., et al.*, C.A. No. 2:00-5978
*Marc Kasky v. BMG Music, et al.*, C.A. No. 2:00-6083
*Kevin Williamson, et al. v. BMG Music, Inc., et al.*, C.A. No. 2:00-6112
*Stuart Halper v. EMI Music Distribution, et al.*, C.A. No. 2:00-6268
*John DeQuine v. Sony Music Entertainment, Inc., et al.*, C.A. No. 2:00-6458

<u>Northern District of California</u>

*Stacy Markowitz v. Sony Music Entertainment, Inc., et al.*, C.A. No. 3:00-2006

<u>Southern District of California</u>

*Alexis K. Garcia v. Sony Music Entertainment, Inc., et al.*, C.A. No. 3:00-1106

<u>District of Connecticut</u>

*Thomas Ariola, et al. v. BMG Music, et al.*, C.A. No. 3:00-1006
*Karen Esposito v. Sony Music Entertainment, Inc., et al.*, C.A. No. 3:00-1009

<u>District of District of Columbia</u>

*Michael D. Salzberg v. Sony Music Entertainment, et al.*, C.A. No. 1:00-1190

Schedule of Matters for Hearing                                             p.12
New York, New York


MDL-1361 (Continued)


### Middle District of Florida

*William L. Mayo v. Sony Music Entertainment, Inc., et al.*, C.A. No. 8:00-1106

### Northern District of Illinois

*Arnold Samotny, et al. v. BMG Music, et al.*, C.A. No. 1:00-3338
*John P. Manning v. Sony Music Entertainment, Inc., et al.*, C.A. No. 1:00-3974

### Southern District of Illinois

*Mary Adams v. BMG Music, Inc., et al.*, C.A. No. 3:00-444
*Patricia Mitchell v. BMG Music, et al.*, C.A. No. 3:00-445
*Rebecca Robertson v. EMI Music Distribution, Inc., et al.*, C.A. No. 3:00-455
*Walter Hickey v. Sony Music Entertainment, Inc., et al.*, C.A. No. 3:00-483

### Eastern District of Louisiana

*Rosemarie Chacon, et al. v. Universal Music & Video Distribution, Inc., et al.*,
   C.A. No. 2:00-1455
*James Blesius, et al. v. University Music & Video Distribution Corp., et al.*,
   C.A. No. 2:00-1773

### District of Massachusetts

*Joseph Nardella v. BMG Music, et al.*, C.A. No. 1:00-10992

### Eastern District of New York

*Holly Dornfeld v. BMG Music, et al.*, C.A. No. 0:00-2814
*Michelle Delgado v. Universal Music & Video Distribution, et al.*,
   C.A. No. 1:00-3183
*Adam Schwam v. BMG Music, et al.*, C.A. No. 9:00-2851
*Sharon Noll v. BMG Music, et al.*, C.A. No. 9:00-2852

Schedule of Matters for Hearing                                    p.13
New York, New York


MDL-1361 (Continued)


### Southern District of New York

*Roger Glazebrook v. Universal Music & Video Distribution Corp., et al.*,
   C.A. No. 1:00-3569
*Virginia Brown, et al. v. EMI Music Distribution, et al.*, C.A. No. 1:00-3781
*Gary Goldenstein v. BMG Music, et al.*, C.A. No. 1:00-3788
*St. George Hunt, et al. v. EMI Music Distribution, et al.*, C.A. No. 1:00-3980
*James Regula v. EMI Music Distribution, et al.*, C.A. No. 1:00-3983
*Warren T. Goz v. Universal Music & Video Distribution, et al.*, C.A. No. 1:00-4070
*Michael Rosenberg v. Sony Music Entertainment, Inc., et al.*,
   C.A. No. 1:00-4119
*Adam Ippolito v. Sony Music Entertainment, Inc., et al.*, C.A. No. 1:00-4126

### Eastern District of Pennsylvania

*Michael Gallagher v. BMG Music, et al.*, C.A. No. 2:00-2702
*Keith Markowitz v. Sony Music Entertainment, Inc., et al.*, C.A. No. 2:00-2745
*M. Reinhart v. Time Warner, Inc., et al.*, C.A. No. 2:00-2915

### Eastern District of Texas

*Joseph F. Clark, et al. v. Capitol Records, Inc., et al.*, C.A. No. 1:00-412


## MDL-1362 -- In re Cinar Corp. Securities Litigation

   Motion of defendant Cinar Corporation for centralization of the following actions in the
United States District Court for the Eastern District of New York:


### Western District of North Carolina

*Phillip G. Kelley, et al. v. Cinar Corp., et al.*, C.A. No. 1:00-91

MDL-1362 (Continued)

### Eastern District of New York

*Richard Melanson v. Cinar Corp., et al.*, C.A. No. 1:00-1086
*Chavy Weisz v. Cinar Corp., et al.*, C.A. No. 1:00-1350
*Richard Caudle v. Cinar Corp., et al.*, C.A. No. 1:00-1499
*Chai Ha Tsung, et al. v. Cinar Corp., et al.*, C.A. No. 1:00-1695
*Jim Mobashery v. Cinar Corp., et al.*, C.A. No. 1:00-2121
*Muhammed J. Khan v. Cinar Corp., et al.*, C.A. No. 1:00-2886

### MDL-1363 -- In re Industrial Accident at Donaldsonville, Louisiana, on May 24, 2000

Motion of defendant CF Industries, Inc., for centralization of the following actions in the United States District Court for the Middle District of Louisiana:

### Eastern District of Louisiana

*Gloria Braxton v. CF Industries, Inc.*, C.A. No. 2:00-1642
*Eathan K. Landry, et al. v. CF Industries, Inc.*, C.A. No. 2:00-1644
*Vivian Folse, et al. v. CF Industries, Inc., et al.*, C.A. No. 2:00-1645
*Shawn Letoulle v. CF Industries, Inc.*, C.A. No. 2:00-1667
*Sheila Sanders, et al. v. CF Industries, Inc.*, C.A. No. 2:00-1680

### Middle District of Louisiana

*Dale Dennis v. CF Industries, Inc.*, C.A. No. 3:00-404
*Percy Kelson v. CF Industries, Inc.*, C.A. No. 3:00-405
*Kenneth Bennett, et al. v. CF Industries, Inc.*, C.A. No. 3:00-406
*Torri LeBlanc, et al. v. CF Industries, Inc., et al.*, C.A. No. 3:00-407
*Iris Diggs Cox, et al. v. CF Industries, Inc.*, C.A. No. 3:00-408
*Sedonia Stewart, et al. v. CF Industries, Inc.*, C.A. No. 3:00-409
*Melvin White, Jr., et al. v. CF Industries, Inc.*, C.A. No. 3:00-410

MDL-1364 -- In re Health Care Providers/Managed Care Companies Litigation

Motion of plaintiffs H. Robert Harrison, et al., for centralization of the following actions in the United States District Court for the Northern District of Alabama:

Northern District of Alabama

*Eugene Mangieri, M.D., et al. v. Cigna Corp., et al.*, C.A. No. 2:99-3254

Northern District of California

*Leonard J. Klay, M.D. v. Pacificare Health Systems, Inc., et al.*, C.A. No. 3:00-1890
*California Medical Association v. Blue Cross of California, et al.*, C.A. No. 3:00-1894

Southern District of Florida

*Charles B. Shane, M.D., et al. v. Humana Health Plan, Inc., et al.*, C.A. No. [not yet assigned] (formerly W.D. Kentucky, C.A. No. 3:00-53)

Northern District of Georgia

*H. Robert Harrison, et al. v. Aetna U.S. Healthcare, Inc., et al.*, C.A. No. 1:00-705
*H. Harrison, et al. v. Coventry Healthcare of Georgia, Inc., et al.*,
  C.A. No. 1:00-1260
*H. Robert Harrison, et al. v. United Healthcare of Georgia, Inc., et al.*,
  C.A. No. 1:00-1270
*H. Robert Harrison, et al. v. Prudential Health Care Plan of Georgia, Inc., et al.*,
  C.A. No. 1:00-1319

MDL-1365 -- In re Nationwide Insurance Companies Agent Agreements Litigation

Motion of plaintiffs Richard Fraser, et al., and defendants John Fleming, Joshua Meeder, Lou Fleming, Andrea Meeder, Meeder Fleming & Associates, Inc., Moraine Group, Inc., Moraine Management, Inc., Len McAllister, Inc., Robert Dean, Ray Kiooser, Don McAllister, Craig Vukich, Todd Abraham, Willis James Brandthower, Christopher Joy, Patricia Bland, David H. Donaldson, Bruce J. Mortensen, Bonnie Johnson, and John Marcucilli for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania or in the United States District Court for the Western District of Pennsylvania:

District of Connecticut

*Nationwide Mutual Insurance Co., et al. v. Patricia Bland*, C.A. No. 3:99-2005
*Nationwide Mutual Insurance Co., et al. v. David H. Donaldson, et al.*,
  C.A. No. 3:99-2006
*Nationwide Mutual Insurance Co., et al. v. Bruce J. Mortensen*, C.A. No. 3:99-2007
*Nationwide Mutaul Insurance Co., et al. v. Johnson Agency, Inc., et al.*,
  C.A. No. 3:00-619
*Nationwide Mutual Insurance Co., et al. v. John Marcucilli, et al.*, C.A. No. 3:00-870

Eastern District of New York

*Nationwide Mutual Insurance Co., et al. v. Maria Leitao*, C.A. No. 0:00-2577

Southern District of New York

*Nationwide Mutual Insurance Co., et al. v. Christopher Joy*, C.A. No. 7:99-10194
*Nationwide Mutual Insurance Co., et al. v. Gail S. Finger, et al.*,
  C.A. No. 7:99-12258

Eastern District of Pennsylvania

*Richard Fraser et al. v. Nationwide Mutual Insurance Co., et al.*, C.A. No.  2:98-6726

Western District of Pennsylvania

*Nationwide Mutual Insurance Co., et al. v. John Fleming, et al.*, C.A. No. 2:99-1417

MDL-1366 -- In re Prudential Insurance Co. of America, Inc., Managed Care Litigation

     Motion of defendant Prudential Insurance Company of America, Inc., for centralization of the following actions in the United States District Court for the Southern District of Mississippi:

Southern District of Florida

*Raymond Williamson, III v. Prudential Insurance Co. of America,*
  C.A. No. 1:00-1334

Southern District of Mississippi

*Raymond Williamson, III v. Prudential Insurance Co. of America, et al.,*
  C.A. No. 2:99-326

District of New Jersey

*Jennifer McCarron, et al. v. Prudential Insurance Co. of America, et al.,*
  C.A. No. 1:00-1693

Eastern District of Pennsylvania

*John Romero, et al. v. Prudential Insurance Co. of America, et al.,*
  C.A. No. 2:00-2592

MDL-1367 -- In re Aetna Inc. Managed Care Litigation

     Motion of defendants Aetna Inc., Aetna U.S. Healthcare Inc., and Aetna U.S. Healthcare of California Inc., for centralization of the following actions or claims against the Aetna defendants in these actions in the United States District Court for the Eastern District of Pennsylvania:

Northern District of Alabama

*Eugene Mangieri, M.D. v. Cigna Corp., et al.,* C.A. No. 7:99-3254

Northern District of California

*Jeanne Curtright v. Aetna, Inc., et al.,* C.A. No. 4:99-5300

Schedule of Matters for Hearing                                                    p.18
New York, New York


MDL-1367 (Continued)


### Southern District of Florida

*Jo Ann O'Neill, et al. v. Aetna, Inc., et al.*, C.A. No. 1:00-1334

### Southern District of Mississippi

*Jo Ann O'Neill, et al. v. Aetna, Inc., et al.*, C.A. No. 2:99-284

### District of New Jersey

*Michael V. Amorosi v. Aetna, Inc., et al.*, C.A. No. 1:99-5666

### Eastern District of Pennsylvania

*Anthony Conte v. Aetna U.S. Healthcare, Inc.*, C.A. No. 2:99-4929


## MDL-1368 -- In re High Pressure Laminate Antitrust Litigation

Motion of plaintiff The Chase-Williams Group, Inc., for centralization of certain of the following actions in the United States District Court for the Western District of Texas and motion of plaintiff Raymart, Inc., for centralization of certain of the following actions in the United States District Court for the Western District of Texas:

### Southern District of New York

*Shear Homes, Inc., et al. v. Premark International, Inc., et al.*, C.A. No. 7:00-4720
*Pleasant Distributors, Inc. v. Premark International, Inc., et al.*, C.A. No. 7:00-4758
*Eastern Plywood Corp. v. Premark International, Inc., et al.*, C.A. No. 7:00-4761
*Ajax Philadelphia, Inc. v. International Paper Co., et al.*, C.A. No. 7:00-4825
*Paco Distributors, Inc. v. Formica Corp., et al.*, C.A. No. 7:00-4876
*Viking Acoustical Corp. v. Premark International, Inc., et al.*, C.A. No. 7:00-5031
*Dakota Wood Design v. Premark International, Inc., et al.*, C.A. No. 7:00-5032
*Terese Top Works, Inc. v. Premark International, Inc., et al.*, C.A. No. 7:00-5038

Schedule of Matters for Hearing                                            p.19
New York, New York


MDL-1368 (Continued)


### Southern District of New York

*Plywood Plastics, Inc. v. International Paper Co., et al.*, C.A. No. 7:00-5081
*Wood Barry Creations, Inc. v. Wilsonart International, Inc., et al.*,
   C.A. No. 7:00-5129
*East Bay Floorcoverings, Inc. v. Premark International, Inc., et al.*, C.A. No.
   7:00-5175

### Eastern District of Texas

*Raymart, Inc. v. Wilsonart International, Inc., et al.*, C.A. No. 1:00-462

### Western District of Texas

*The Chase-Williams Group, Inc. v. Wilsonart International, Inc., et al.*,
   C.A. No. 5:00-683


### MDL-1369 -- In re Napster, Inc., Copyright Litigation

Motion of defendant Napster, Inc., for centralization of the following actions in the
United States District Court for the Northern District of California:


### Central District of California

*Metallica, et al. v. Napster, Inc., et al.*, C.A. No. 2:00-3914
*Andre Young, et al. v. Napster, Inc.*, C.A. No. 2:00-4366

### Northern District of California

*A&M Records, Inc., et al. v. Napster, Inc.*, C.A. No. 3:99-5183
*Jerry Leiber, et al. v. Napster, Inc., et al.*, C.A. No. 3:00-74

### Southern District of New York

*Teevee Toons, Inc., et al. v. Napster, Inc.*, C.A. No. 1:00-4237

### MDL-1370 -- In re Allianz Life Insurance Co. of North America Sales Practices Litigation

Motion of defendants LifeUSA Insurance Company and Allianz Life Insurance Company of North America for centralization of the following actions in the United States District Court for the District of Minnesota:

#### Middle District of Florida

*Irwin Applebaum, et al. v. LifeUSA Insurance Co., et al.*, C.A. No. 8:00-1045

#### District of Minnesota

*Keith Snell, et al. v. Allianz Life Insurance Co. of North America, et al.*,
C.A. No. 0:97-2784

### MDL-1371 -- In re Monumental Life Insurance Company Industrial Life Insurance Litigation

Motion of defendants Monumental Life Insurance Company, National Standard Life Insurance Company, Capital Security Life Insurance Company, and Commonwealth Life Insurance Company for centralization of the following actions in the United States District Court for the Middle District of Florida:

#### Middle District of Florida

*Mattie Bratcher, et al. v. National Standard Life Insurance Co., et al.*,
C.A. No. 8:99-2807

#### Southern District of Florida

*Yvonne Williams, et al. v. Monumental life Insurance Co., et al.*, C.A. No. 0:00-6900

#### District of Maryland

*Caroline Brown v. Monumental Life Insurance Co., et al.*, C.A. No. 1:00-1941

PROCEDURES FOR HEARINGS OF THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All hearings are governed by the provisions of Rule 16.1 of the
<u>Rules of Procedure of the Judicial Panel on Multidistrict
Litigation</u>, (filed September 1, 1998 and effective November 2,
1998).  Rule 16.1 allows a maximum of thirty minutes for oral
argument in each new group of actions being considered for
Section 1407 treatment and a maximum of twenty minutes for oral
argument in all other matters.  In most cases, however, less time
is necessary for the expression of all views.  In order to assure
that the argument proceeds in an orderly fashion, Rule 16.1
requires counsel with like positions to confer prior to the
hearing for the purpose of selecting a representative and
organizing their arguments to avoid duplication.  Rule 16.1 will
be strictly enforced.

The Panel reserves the prerogative of reducing the maximum time
suggested in Rule 16.1.  Counsel, in applying for time, should be
careful not to overstate the time requested for oral argument in
supplement to briefs.

The Panel insists that counsel limit all argument to the
appropriate criteria.  <u>See</u> <u>generally</u> <u>In re "East of the Rockies"
Concrete Pipe Antitrust cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for
transfer).

We also invite your attention to Rule 16.2 which permits a party
to waive oral argument <u>in writing</u>.  If a waiver of oral argument
is anticipated notification must be directed to the Panel prior
to the date of the hearing. A form is enclosed for your
convenience in providing this notification.

Rules 16.1 and 16.2 are duplicated in their entirety hereafter
for  your convenience. Complete Rules are cited at 181 F.R.D.
1 (1998).

RULE 16.1:   HEARINGS

(a)      Hearings shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman.  The Chairman shall determine which matters shall be set for hearing at each session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation of the time, place and subject matter of such hearing.

(b)      No transfer or remand determination regarding any action pending in district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing has been held or unless the matter has been submitted on the briefs in accordance with Rule 16.2 of these Rules.  Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(c)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for hearing who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(d)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the hearing for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(e)      Unless otherwise ordered by the Panel, a maximum of thirty minutes shall be allotted for argument in each new group of actions being considered for Section 1407 treatment and a maximum of twenty minutes shall be allotted for arguments in all other matters.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

(f)      So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(g)      After an action or group of actions has been set for hearing, the hearing may be continued only by order of the Panel on good cause shown.

RULE 16.2:    NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT, AND MATTERS SUBMITTED ON THE BRIEFS

(a)    At such time in advance of the date of the hearing as required by the Clerk of the Panel in the notice of hearing, counsel shall notify the Clerk of the Panel in writing of one of the following: (1) counsel will waive oral argument, if all other counsel in the matter set for hearing waive oral argument; (2) counsel will present oral argument, regardless of whether any other counsel in the matter set for hearing presents oral argument; or (3) counsel waives oral argument. All notices of presentation or waiver of oral argument shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(b)    If all parties to a matter set for hearing waive oral argument, the matter shall be submitted for decision by the Panel on the basis of the papers filed. If a party is not present when a matter to be heard is called at the hearing, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed, unless otherwise ordered by the Panel.