

MDL DOCKET NO. 1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   SEPT. 5, 2000

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 1 2000

FILED
CLERK'S OFFICE

*Defendants -- move for centralization in S.D. Illinois; oppose inclusion of hymns in 1407 proceedings and M.D. Alabama as transferee district*

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

X   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
    the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

        Except for leave of the Panel on a showing of good cause, only those parties who have filed a
        motion or written response to a motion or order shall be permitted to appear before the Panel
        and present argument.

        Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
        previously transferred actions.

___   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
      pursuant to Rule 16.2(b).

___   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
      ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
      designated attorney shall present oral argument at the Panel hearing on behalf of the designated
      party/parties pursuant to Rule 16.2.

_August 18, 2000_
Date

_James Andrew Langan_
Authorized Signature

*   *   *   *   *   *   *   *   *   *   *   *   *   *

Party/Parties Represented (**list even if waiving**):

Defendants, BP Amoco Corporation, Amoco Oil Company
and Atlantic Richfield Company

Name and Address of Attorney Designated to Present Oral Argument:

James Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

IMAGED SEP 24 '00

Telephone No.: _312-861-2064_

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing

**NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT OF**

**DEFENDANTS BP AMOCO CORPORATION, AMOCO OIL COMPANY and**

**ATLANTIC RICHFIELD COMPANY,** to be served, by first class mail, upon all counsel on the

attached Service List this _____ day of August, 2000.

J.  Andrew Langan

RECEIVED
CLERK'S OFFICE

John Hinck, Esq.
Lewis Saul & Associates
183 Middle Street, Suite 200
Portland, ME 04101

Robert Shulman
Mindy Davis
Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20005

Richard E. Wallace, Jr.
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson St., N.W.
Washington, D.C.  20007

Nathan P. Eimer
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg
122 S.  Michigan Avenue, Suite 1776
Chicago, IL   60603

Mark E. Tully
Goodwin, Procter & Hoar LLP
Exchange Place
Boston, MA 02109-2881

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I St., N.W.
Suite 700
Washington, D.C.  20005

Kenneth Pasquale
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Dan H.  Ball, Esq.
Thompson & Coburn LLP
One Firstar Plaza
St.  Louis, MO   63101

Steven L.  Leifer, Esq.
Baker, Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC   20004

Mark G.  O'Connor, Esq.
Coastal Oil New York, Inc.
611 Rt.  46 West
Hasbrouck Heights, NJ 07604

John E.  Galvin
Lyndon P.  Sommer, Dsq.
Sandberg, Phoenix & von Gontard
One City Centre
15th Floor
St.  Louis, MO   63101

Stephen M.  Tillery, Esq.
Carr, Korein, Tiller, Kunin, Montroy & Glass
10 Executive Woods Court
Swansea, IL   62226

Edward S.  Weltman
Schneck, Weltman & Hashmall LLP
1285 Avenue of the Americas
New York, NY   10019

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C.  2002-8004

MDL DOCKET NO. _1358_

> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION
>
> SEP 2 1 2000
>
> FILED
> CLERK'S OFFICE

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN ___SEPT. 5, 2000___

TO:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

*Defendants -- support centralization in S. D. Illinois*

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

___     This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a
> motion or written response to a motion or order shall be permitted to appear before the Panel
> and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
> previously transferred actions.

___     This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.2(b).

_X_     This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing on behalf of the designated
party/parties pursuant to Rule 16.2.

_Aug. 17, 2000_                                   _____
Date                                              Authorized Signature

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Party/Parties Represented (**list even if waiving**):

~~Defendants;~~ Equilon Enterprises LLC; Motiva Enterprises LLC;
Shell Oil Company; Shell Oil Products Company; Texaco Inc;
and Texaco Refining ~~and~~ Marketing Inc.

(Please see Attachment A)

> RECEIVED
> CLERK'S OFFICE
> 2000 AUG 25  P 3: 21
> JUDICIAL PANEL ON
> MULTIDISTRICT
> LITIGATION

Name and Address of Attorney Designated to Present Oral Argument:
Richard E. Wallace, Jr.
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007

Telephone No.:   ___(202) 204-1000___

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

## ATTACHMENT A

Mr. Wallace and the firm of Wallace King Marraro & Branson PLLC also represent other parties in *Berisha v. Amerada Hess Corp.*, No. 00 CIV 1898 [SAS] (S.D.N.Y.), which will be represented by other counsel in proceedings before the Multidistrict Litigation Panel.

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2000 AUG 25  P 3: 21

RECEIVED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August 2000, I caused a true and correct copy of the foregoing NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT of Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Texaco Inc., and Texaco Refining and Marketing Inc., to be served, by first class mail, upon the following counsel of record:

Dan H. Ball
Thompson Coburn, LLP
One Firstar Plaza
St. Louis, MO 63101-1693

J. Andrew Langan
Kirkland & Ellis
200 E. Randolph Drive,
Suite 6100
Chicago, IL 60601

Stephen M. Tillery
Car, Korein, Tiller, Kunin,
Montroy & Glass
10 Executive Woods Court
Swansea, IL 62226

Nathan P. Eimer
Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Ave., Suite 1720
Chicago, IL 60603

Steven L. Leifer
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Mark E. Tully
Goodwin, Proctor & Hoar LLP
Exchange Place
Boston, MA 02109-2881

John E. Galvin
Lyndon P. Sommer
Sandberg, Phoenix & Von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, MO 63101

Mark G. O'Connor
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heights, NJ 07604

Edward S. Weltman
Schneck, Weltman &
Hashmall LLP
1285 Avenue of the Americas
New York, NY 10019

John S. Guttmann
Beverage & Diamond, PC
1350 I Street, NW, Suite 700
Washington, DC 20005

Kenneth Pasquale
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Clerk of the Panel
Judicial Panel on Multidistrict
 Litigation
Thurgood Marshall Federal
 Judicial Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20002-8004

John Hinck
Lewis Saul & Associates
183 Middle Street, Suite 200
Portland, ME 04101

Robert Shulman
Mindy Davis
Howrey Simon, Arnold
 & White LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
2000 AUG 25 P 3: 21
RECEIVED
CLERK'S OFFICE

_____
Anthony F. King

MDL DOCKET NO. __1358__

> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION
>
> SEP 21 2000
> (3)
> FILED
> CLERK'S OFFICE

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __SEPT. 5, 2000__

*Plaintiffs in both Illinois actions -- support centralization in S.D. Illinois*

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

__8-31-00__
Date

_____
Authorized Signature

*   *   *   *   *   *   *   *   *   *   *   *   *

*et al.*

Party/Parties Represented (**list even if waiving**):
David England, ~~Donna L. Azbill, James Bauer, Marvin Owea, Rhea Susan McMannis, and Claudia Christiansen, Individually and on Behalf of All Others Similarly Situated~~

Name and Address of Attorney Designated to Present Oral Argument:
Stephen M. Tillery or Stephen A. Katz
Carr, Korein, Tillery, Kunin, Montroy, Cates, Katz & Glass, LLC
Gateway One Building, Suite 300
701 Market Street
St. Louis, MO  63101

Telephone No.: __(314) 241-4844__

RECEIVED
CLERK'S OFFICE
2000 SEP -1  A 10: 25
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing Notice of Presentation or Waiver of Oral Argument was served by first-class mail, postage prepaid on this 31st day of August, 2000, to:

Dan H. Ball
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO  63101
*Attorneys for Defendants Chevron,*
*Conoco, Inc., Exxon Corp., Exxon*
*Mobil Corp., and Mobil Oil Corp.*

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601-6636
*Attorneys for Defendants Amoco*
*Amoco Oil Co., Atlantic Richfield Co.,*
*BP Amoco Corp.*

Nathan P. Eimer
Eimer, Stahl, Klevorn & von Gontard
1222 South Michigan Avenue
Suite 1776
Chicago, IL  63101
*Attorneys for Citgo Petroleum Corp.*

Steven L. Leifer
Bakter, Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004
*Attorneys for Valero Marketing & Supply Co.*

John Galvin
Sandberg, Phoenix & von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, MO  63101-1880
*Attorneys for Defendant Phillips*
*Petroleum Company*

Mark G. O'Connor
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heigh, NY  07604
*Regional Counsel for Coastal Corp.*

John S. Guttmann
Beverage & Diamond, P.C.
1350 "I" Street, NW
Suite 700
Washington, DC  20005
*Attorneys for Defendant Sunoco, Inc.*

Kenneth Pasquale
Strook, Strook & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982
*Attorney for Defendants Tosco Corp.*

Jon Hinck
Lewis Saul & Associates, P.C.
183 Middle Street
Suite 200
Portland, ME  04101
*Attorneys for Plaintiffs Melanie J.*
*Arcuri, Donna Berisha, Steven C.*
*Greene, and Ron La Susa*

Robert H. Shulman
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20006
*Attorneys for Defendant Amerada*
*Hess Corp.*

Richard E. Wallace, Jr.
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
*Attorneys for Defendants Equilon
Enterprises, L.L.C., Motiva Enterprises,
L.L.C., Shell Oil Co., Shell Oil Produce
Co., Texaco Refining& Marketing, Inc.,
Texaco, Inc.*

Edward G. Weltman
Schneck, Weltman & Hashmall, LLP
1285 Avenue of the Americas
New York, NY 10019
*Attorneys for Defendant United
Refining Co.*

Robert L. King /jf

MDL DOCKET NO. __1358__

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 1 2000

FILED
CLERK'S OFFICE

④

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __SEPT. 5, 2000__

TO:    Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC  20002-8004

*Defendant in the New York action only --
agrees that centralization is appropriate,
but favors S.D. New York as transferee
district; opposes inclusion of Lyons and
M.D. Alabama as transferee district*

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

X    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
     the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

         Except for leave of the Panel on a showing of good cause, only those parties who have filed a
         motion or written response to a motion or order shall be permitted to appear before the Panel
         and present argument.

         Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
         previously transferred actions.

___    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
       pursuant to Rule 16.2(b).

___    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
       ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
       designated attorney shall present oral argument at the Panel hearing on behalf of the designated
       party/parties pursuant to Rule 16.2.

__August 30, 2000__                          _Steven L. Leifer_
       Date                                  Authorized Signature

*    *    *    *    *    *    *    *    *    *    *    *    *    *

Party/Parties Represented (list even if waiving):

         Valero Marketing and Supply Company

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2000 AUG 30 P 12: 16

RECEIVED
CLERK'S OFFICE

Name and Address of Attorney Designated to Present Oral Argument:

         Steven L. Leifer
         Baker Botts L.L.P.
         1299 Pennsylvania Avenue, N.W.
         Washington, DC  20004-2400

Telephone No.: ____202-639-7723____

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )   MDL Docket No. 1358 |
| Methyl Tertiary Butyl Ether ("MTBE") Products | ) |
| Liability Litigation | ) |
|  | ) |

**PROOF OF SERVICE**

I certify, this 30th day of August, 2000, that copies of the foregoing Notice of Presentation or Waiver of Oral Argument of Defendant Valero Marketing and Supply Company were served by hand delivery on the Clerk of the Judicial Panel on Multidistrict Litigation and by first-class mail upon each of the parties listed on the attached Panel Service List and Supplemental Service List.

Steven L. Leifer

RECEIVED
CLERK'S OFFICE
2000 AUG 30 P 12: 16
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST

June 19, 200

DOCKET: 1,358 - In re Methyl Tertiary Butyl Ether (*MTBE*) Products Liability Litigation

Page: 1

STATUS: Pending

TRANSFEREE INFORMATION
    Dist:
    Judge:

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|
| Ball, Dan H.<br>Thompson & Coburn, L.L.P.<br>One Firstar Plaza<br>St. Louis, MO 63101 | => Chevron USA, Inc.; Conoco, Inc.*; Exxon Corp.; Exxon Mobil Corp.*; Mobil Oil Corp. |
| Eimer, Nathan P.<br>Sidley & Austin<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL 60603 | => Citgo Petroleum Corp.* |
| Guttmann, John S.<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, DC 20005 | => Sunoco, Inc.* |
| Hinck, Jon<br>Lewis, Saul & Associates, P.C.<br>183 Middle Street<br>Suite 200<br>Portland, ME 04101 | => Arcuri, Melanie J.*; Berisha, Donna*; Greene, Steven C.; La Susa, Ron* |
| Langan, J. Andrew<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | => Amoco Oil Co.*; Atlantic Richfield Co.*; BP Amoco Corp.* |
| ifer, Steven L.<br>aker, Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Valero Marketing  & Supply Co.* |
| O'Connor, Mark G.<br>Regional Counsel<br>Coastal Oil New York, Inc.<br>611 Rt. 46 West<br>Hasbrouck Heigh, NJ 07604 | => Coastal Corp.* |
| Pasquale, Kenneth<br>Stroock, Stroock & Lavan, L.L.P.<br>180 Maiden Lane<br>New York, NY 10038 | => Tosco Corp.* |
| Shulman, Robert H.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Amerada Hess Corp.* |
| Sommer, Lyndon P.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101 | => Phillips Petroleum Co. |
| Tillery, Stephen M.<br>Carr, Korein, Tillery, Kunin, Montroy &<br>Glass10 Executive Woods Court<br>Swansea, IL 62226 | => Azbill, Donna L.; Bauer, James; Christiansen, Claudia; England, David; McManni Rhea Susan; Owca, Marvin |
| Tully, Mark E.<br>dwin, Procter & Hoar, L.L.P. | => Gulf Oil Ltd. Partnership* |

NOTE: Please refer to the title page for complete report scope and key.
    *   Signifies that an appearance was made on behalf of the party by the representing attorney.
    #   Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
    NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

| ATTORNEY - FIRM | REPRESENTED PARTY(#) |
|---|---|
| State Street<br>Boston, MA  02109 | |
| Wagner, John<br>Law Department<br>One Valero Place<br>San Antonio, TX  78212 | => United Refining Co. |
| Wallace, Richard E. Jr.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC  20007 | => Equilon Enterprises, L.L.C.*; Motiva Enterprises, L.L.C.*; Shell Oil Co.*; She:<br>Oil Products Co.*; Texaco Refining & Marketing, Inc.*; Texaco, Inc.* |

NOTE: Please refer to the title page for complete report scope and key.
  *    Signifies that an appearance was made on behalf of the party by the representing attorney.
  #    Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

## Supplemental Service List

Elizabeth J. Cabraser
Morris A. Ratner
Scott P. Nealy
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

Robert J. Gordon
John Broaddus
WEITZ & LUXENBERG
180 Maiden Lane, 17th Floor
New York, NY  10038

Fred D. Gray
GRAY, LANGFORD, SAPP
P.O. Box 830239
Tuskegee, AL 36083-0239

Joseph R. Whatley, Jr.
Russell Jackson Drake
Peter H. Burke
WHATLEY DRAKE, LLC
1100 Financial Center
505 N. 20th Street
Birmingham, AL 35203

Kenneth Ingram, Jr.
INGRAM AND ASSOCIATES
P.O. Box 1750
Alexander City, AL 35011

A. Hoyt Rowell
NESS, MOTLEY, LOADHOLT, RICHARDSON & POOLE
151 Meeting Street, Suite 600
Charleston, SC 29402

Mitchell A. Toups
WELLER, GREEN, MCGOWN, TOUPS
551 Fanin Street
Beaumont, TX 77701

Larry Morris
MORRIS, HAYNES & HORNSBY
131 Main Street
P.O. Box 1660
Alexander City, AL 35011-1660

Timothy J. Crowley
Richard Norman
CROWLEY & DOUGLAS, L.L.P.
1301 McKinney, Suite 3500
Houston, TX 77010

Kenneth G. Gilman
John Martland
GILMAN AND PASTOR
One Boston Place, 28th Floor
Boston, MA 02108

Dennis Reich
REICH AND BINSTOCK
4265 San Felipe, Suite 1000
Houston, TX 77027

William H. Garvin, III
WELLER, GREEN, MCGOWN, TOUPS
2937 A-2 Kerry Forrest Parkway
Tallahassee, FL 32308

David Guin
Pam Slate
DONALDSON, GUIN & SLATE, L.L.C.
The Carriage House
1314 Cobb Lane
Birmingham, AL 35205

T. Roe. Frazer
Richard A. Freese
LANGSTON, FRAZER, SWEET & FREESE
201 North President Street
Jackson, MS 39201

Edward S. Weltman
SCHNECK WELTMAN & HASHMALL
1285 Avenue of the Americas
New York, NY 10019

MDL DOCKET NO. 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 1 2000

FILED
CLERK'S OFFICE

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   SEPT. 5, 2000

TO:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

*Plaintiffs in the New York action — oppose centralization; if the Panel deems centralization appropriate, suggest S.D. New York as transferee district*

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

✓

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

August 28, 2000
Date

_____
Authorized Signature

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Party/Parties Represented (list even if waiving):
Donna Berisha, ~~Robert O'Brien, Ron La Susa,~~ and ~~Melanie J. Arcuri~~
*et al.*

Name and Address of Attorney Designated to Present Oral Argument:
Lewis J. Saul, Esq.
5301 Wisconsin Avenue, Suite 550
Washington, DC  20015

Telephone No.:  202-364-9700

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I served by U.S. Mail a true and correct copy of the Notice of Presentation or Waiver of Oral Argument upon the following persons at the addresses designated for that purpose.

Robert Shulman
Mindy Davis
Howrey, Simon, Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Stephen M. Tillery
Carr, Korein, Tillery, Kunin, Montroy & Glass
10 Executive Woods Court
Swansea, IL 62226

James Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

Richard E. Wallace, Jr.
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson St., N.W.
Washington, D.C. 20007

Nathan P. Eimer
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg
122 S. Michigan Ave., Suite 1776
Chicago, Illinois 60603

Mark E. Tully
Goodwin, Proctor & Hoar LLP
Exchange Place
Boston, Massachusetts 02109-2881

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, D.C. 20005

Mark G. O'Connor
Regional Counsel
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heights, NJ 07604

Kenneth Pasquale
Stroock, Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Ken Bialo, Esq.
Baker & Botts, LLP
599 Lexington Avenue, 28th Flr.
New York, NY 10022

John Wagner
United Refining Company
Law Department
One Valero Place
San Antonio, TX 78212

Dan H. Ball
Thompson & Coburn, LLP
One Firstar Plaza
St. Louis, MO 63101

Certificate of Service
Page 2

Elizabeth J. Cabraser, Esq.
Moriss A. Ratner, Esq.
Scott P. Nealey, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111

A. Hoyt Rowell, Esq.
Ness, Motley, Loadholt, Richardson & Poole
151 Meeting Street, Suite 600
Charleston, SC  29402

Timothy J. Crowley, Esq.
Richard Norman, Esq.
Crowley & Douglas, LLP
1301 McKinney, Suite 3500
Houston, TX  77010

Dennis Reich, Esq.
Reich & Binstock
4265 San Felipe, Suite 1000
Houston, TX  77027

William H. Garvin, III, Esq.
Weller, Green, McGown, Toups
2937 A-2 Kerry Forrest Parkway
Tallahassee, FL  32308

T. Roe Fazer, Esq.
Richard A. Freese, Esq.
Langston, Frazer, Sweet & Freese
201 North President Street
Jackson, MS  39201

Kenneth Ingram, Jr., Esq.
Ingram & Associates
P.O. Box 1750
Alexander City, AL  35011

David Guin, Esq.
Pam Slate, Esq.
Donaldson, Guin & Slate, LLC
The Carriage House
1314 Cobb Lane
Birmingham, AL  35205

Fred D. Gray, Esq.
Gray, Langford, Sapp
P.O. Box 830239
Tuskegee, AL  36073-0239

Mitchell A. Toups, Esq.
Weller, Green, McGown, Toups
551 Fanin Street
Beaumont, TX  77701

Lyndon P. Sommer, Esq.
Sandberg, Phoenix & Von Gontard
One City Centre
15th Floor
St. Louis, MO  63101

Joseph R. Whatley, Jr., Esq.
Russell Jackson Drake, Esq.
Peter H. Burke, Esq.
Whatley Drake, LLC
1100 Financial Center
505 N.20th Street
Birmingham, AL  35203

Larry Morris, Esq.
Morris, Haynes & Hornsby
131 Main Street
P.O. Box 1660
Alexander City, AL  35011-1660

Kenneth G. Gilman, Esq.
John Martland, Esq.
Gilman & Pastor
One Boston Place, 28th Floor
Boston, MA  02108

Certificate of Service
Page 3

Victor M. Sher                          Edward S. Weltman, Esq.
Miller, Sher & Sawyer                   Shneck, Weltman & Hashmall, LLP
100 Howe Avenue, Suite 50120            1285 Ave. S. The Americas
Sacramento, CA  95852-5407              New York, NY  10019


August 28, 2000
Date                                    Jon Hinck
                                        Lewis Saul & Associates, P.C.
                                        183 Middle Street, Suite 200
                                        Portland, Maine  04101

MDL DOCKET NO. **1358**

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **SEPT. 5, 2000**

⑦

TO:    Clerk of the Panel
        Judicial Panel on Multidistrict Litigation
        One Columbus Circle, NE
        Thurgood Marshall Federal Judiciary Building
        Room G-255, North Lobby
        Washington, DC  20002-8004

*Defendant in only the New York action -- opposes centralization; if the Panel deems centralization appropriate supports S.D. New York as transferee district; opposes inclusion of Long and M.D. Alabama as transferee district*

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a
> motion or written response to a motion or order shall be permitted to appear before the Panel
> and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
> previously transferred actions.

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.2(b).

✓    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing on behalf of the designated
party/parties pursuant to Rule 16.2.

**8-14-00**
Date

*Kenneth Pasquale*
Authorized Signature

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 1 2000

FILED
CLERK'S OFFICE

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Party/Parties Represented (**list even if waiving**):

   Tosco Corporation

Name and Address of Attorney Designated to Present Oral Argument:
   Kenneth Pasquale
   Stroock & Stroock & Lavan LLP
   180 Maiden Lane
   New York, New York  10038

Telephone No.: **212-806-5562**

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DONNA BERISHA, ROBERT O'BRIEN,
MELANIE J. ARCURI and RON LA SUSA,                     No. 00 Civ. 1898 (SAS)
on behalf of themselves and all others similarly
situated,

                                    Plaintiffs,

              -against-                                **CERTIFICATE OF SERVICE**

AMERADA HESS CORPORATION;
ATLANTIC RICHFIELD COMPANY;
BP AMOCO CORPORATION; CHEVRON
USA INC.; CITGO PETROLEUM
CORPORATION; COASTAL CORPORATION
d/b/a COASTAL OIL NEW YORK, INC.;
EXXON CORPORATION; GULF OIL LTD.
PARTNERSHIP; MOBIL OIL CORPORATION;
MOTIVA ENTERPRISES, LLC; SHELL OIL
PRODUCTS COMPANY; SUNOCO INC.;
TEXACO, INC.; TOSCO CORPORATION;
UNITED REFINING COMPANY; VALERO
ENERGY INC. d/b/a VALERO MARKETING
AND SUPPLY COMPANY; and DOES 1
through 100, inclusive,

                                    Defendants.
----------------------------------------------------------------x

              KENNETH PASQUALE, declares the following under penalties of perjury:

              1.    I am not a party to the action, am over 18 years of age and am a

member of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038.

              2.    On August 14, 2000 I served a copy of the Notice of Presentation or

Waiver of Oral Argument upon the following persons at the addresses designated for that

purpose by depositing a true copy of the same enclosed in a postpaid properly addressed

wrapper in an official depository under the exclusive care and custody of the United States

Postal Service within the State of New York:

SEE ATTACHED SERVICE LIST

Dated: New York, New York
       August 14, 2000

Kenneth Pasquale

Service List

Dan H. Ball, Esq.
Thompson & Coburn, LLP
One Firstar Plaza
St. Louis, MO  63101

Nathan P. Eimer, Esq.
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg
122 S. Michigan Avenue, Suite 1776
Chicago, IL  60603

John S. Guttman, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC  20005

Jon Hinck, Esq.
Lewis, Saul & Associates, P.C.
183 Middle Street
Suite 200
Portland, ME  04101

J. Andrew Langan, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Steven L. Leifer, Esq.
Baker, Botts, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

Mark G. O'Connor, Esq.
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heights, NJ  07604

Robert H. Shulman, Esq.
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, NW
Washington, DC  20004

Lyndon P. Sommer, Esq.
Sandberg, Phoenix & von Gontard
One City Centre
15th Floor
St. Louis, MO  63101

Stephen M. Tillery, Esq.
Carr, Korein, Tillery, Kunin, Montroy & Glass
10 Executive Woods Court
Swansea, IL  62226

Mark E. Tully, Esq.
Goodwin, Procter & Hoar LLP
Exchange Place
Boston, MA  02109-2881

Elizabeth J. Cabraser, Esq.
Moriss A. Ratner, Esq.
Scott P. Nealey, Esq.
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111

Joseph R. Whatley, Jr., Esq.
Russell Jackson Drake, Esq.
Peter H. Burke, Esq.
Whatley Drake, LLC
1100 Financial Center
505 N. 20th Street
Birmingham, AL  35203

A. Hoyt Rowell, Esq.
Ness, Motley, Loadholt, Richardson & Poole
151 Meeting Street, Suite 600
Charleston, SC  29402

Larry Morris, Esq.
Morris, Haynes & Hornsby
131 Main Street
P.O. Box 1660
Alexander City, AL  35011-1660

Timothy J. Crowley, Esq.
Richard Norman, Esq.
Crowley & Douglas, LLP
1301 McKinney, Suite 3500
Houston, TX  77010

Kenneth G. Gilman, Esq.
John Martland, Esq.
Gilman and Pastor
One Boston Place, 28th Floor
Boston, MA  02108

Dennis Reich, Esq.
Reich and Binstock
4265 San Felipe, Suite 1000
Houston, TX  77027

William H. Garvin, III, Esq.
Weller, Green, McGown, Toups
2937 A-2 Kerry Forrest Parkway
Tallahassee, FL  32308

David Guin, Esq.
Pam Slate, Esq.
Donaldson, Guin & Slate, LLC
The Carriage House
1314 Cobb Lane
Birmingham, AL  35205

T. Roe Frazer, Esq.
Richard a. Freese, Esq.
Langston, Frazer, Sweet & Freese
201 North President Street
jackson, MS  39201

Fred D. Gray, Esq.
Gray, Langford, Sapp
P.O. Box 830239
Tuskegee, AL  36073-0239

John Wagner, Esq.
United Refining Co.
Law Department
One Valero Place
San Antonio, TX  78212

Richard E. Wallace, Jr., Esq.
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson Street, NW
Washington, DC  20007

Kenneth Ingram, Jr., Esq.
Ingram and Associates
P.O. Box 1750
Alexander City, AL  35011

Mitchell A. Toups, Esq.
Weller, Green, McGown, Toups
551 Fanin Street
Beaumont, TX  77701

MDL DOCKET NO. <u>1358</u>

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2000

FILED
CLERK'S OFFICE

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN <u>SEPT. 5, 2000</u>

TO:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

*Defendant in only the New York action -- opposes centralization; if the Panel deems centralization appropriate, supports S.D. New York as transferee district*

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____  This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

____  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

<u>X</u>  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

<u>8/25/00</u>
Date

_____
Authorized Signature

\* \* \* \* \* \* \* \* \* \* \* \* \*

Party/Parties Represented (**list even if waiving**):

Sunoco, Inc. (R&M)

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2000 AUG 28 P 2: 29

RECEIVED
CLERK'S OFFICE

Name and Address of Attorney Designated to Present Oral Argument:

John S. Guttmann, Esq.
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005

Telephone No.: <u>202-789-6020</u>

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*
JPML Form 9 (3/00)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 28th day of August, 2000, true and correct copies of the foregoing Notice of Presentation or Waiver of Oral Argument were hand delivered to the Judicial Panel on Multidistrict Litigation and were served via first class mail upon the following counsel of record in the cases of <u>Berisha, et al. v. Amerada Hess Corp., et al.</u> and <u>England, et al. v. Atlantic Richfield Company, et al.</u>:

Christopher S. Colman, Esq.
Associate General Counsel
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ   07095

Robert Shulman, Esq.
Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue, N.W.
Washington, D.C.   20006

Richard C. Godfrey, Esq.
J. Andrew Langan, Esq.
Thomas Tozer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL   60601

Yosef J. Riemer, Esq.
Kirkland & Ellis
Citicorp Center
153 East 53rd Street
New York, NY   10022-4675

Richard E. Wallace, Jr., Esq.
Anthony F. King, Esq.
Peter C. Condron, Esq.
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C.   20007

Eric M. Kraus, Esq.
Sharon M. Dutch, Esq.
Sedgwick Detert Moran & Arnold
125 Broad Street, 39th Floor
New York, NY   10004-2400

Robert W. Jones, Esq.
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX   75201

Nathan P. Eimer, Esq.
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg
122 S. Michigan Avenue, Suite 1776
Chicago, IL   60603

Charlotte Biblow, Esq.
Rivkin, Radler & Kremer LLP
EAB Plaza
Uniondale, NY   11556-0111

Mark E. Tully, Esq.
Goodwin, Procter & Hoar LLP
Exchange Place
Boston, MA   02109-2881

J. Todd Hahn, Esq.
Goodwin, Procter & Hoar LLP
599 Lexington Avenue, 40th Floor
New York, NY   10022

Kenneth Pasquale, Esq.
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY   10038-4982

Dan H. Ball, Esq.
Kurt E. Reitz, Esq.
Roman P. Wuller, Esq.
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO   63101

John Galvin, Esq.
Lyndon Sommer, Esq.
Sandberg, Phoenix & von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, MO   63101-1880

Lewis Saul, Esq.
Lewis Saul & Associates, P.C.
5301 Wisconsin Avenue., N.W., Suite 550
Washington, D.C.   20015

Stanley E. Margolies, Esq.
Kurzman Karelsen & Frank, LLP
230 Park Avenue, 23rd Floor
New York, NY   10169

Stephen M. Tillery, Esq.
Christine J. Moody, Esq.
Carr, Korein, Tillery, Kunin, Montroy, Cates, Katz & Glass
10 Executive Woods Court
Swansea, IL   62226

Scott Summy, Esq.
Celeste Evangelasti, Esq.
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX   75202

Edward Masry, Esq.
Joseph D. Gonzalez, Esq.
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA   92362

Victor M. Sher, Esq.
Duane C. Miller, Esq.
A. Curtis Sawyer, Jr., Esq.
Miller, Sher & Sawyer
100 Hoe Avenue, Suite S-120
Sacramento, CA   95825-5407

Steven L. Leifer, Esq.
Baker, Botts L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, D.C.   20004-2400

Edward S. Weltman, Esq.
Schneck Weltman & Hashmall LLP
1285 Avenue of the Americas
New York, NY   10019

Elizabeth J. Cabraser
Morris A. Ratner
Scott P. Nealey
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111

A. Hoyt Rowell
Ness, Motley, Loadholt, Richardson & Poole
151 Meeting Street, Suite 600
Charleston, SC  29402

Timothy Crowley
Richard Norman
Crowley & Douglas, LLP
1301 McKinney, Suite 3500
Houston, tX  77010

Dennis Reich
Reich and Binstock
4265 San Felipe, Suite 1000
Houston, TX  77027

David Guin
Pam Slate
Donaldson, Guin & Slate, LLC
The Carriage House
1314 Cobb Lane
Birmingham, AL  35205

Fred D. Gray
Gray, Langford, Sapp
P.O. Box 830239
Tuckegee, AL  36073-0239

Kenneth Ingram, Jr.
Ingram and Associates
P.O. Box 1750
Alexander City, AL  35011

Joseph R. Whatley, Jr.
Russell Jackson Drake
Peter H. Burke
Whatley Drake, LLC
1100 Financial Center
505 N. 20th Street
Birmingham, AL  35203

Larry Morris
Morris, Haynes & Hornsby
131 Main Street
P.O. Box 1660
Alexander City, AL  35011-1660

Kenneth G. Gilman
John Martland
Gilman and Pastor
One Boston Place, 28th Floor
Boston, MA  02108

William H. Garvin, III
Weller, Green, McGown, Toups
2937 A-1 Kerry Forrest Parkway
Tallahassee, FL  32308

T. Roe Frazer
Richard A. Freese
Langston, Frazer, Sweet & Freese
201 North President Street
Jackson, MS  39201

John Wagner
United Refining Co.
Law Department
One Valero Place
San Antonio, TX  78212

Mitchell A. Toups
Weller, Green, McGown, Toups
551 Fanin Street
Beaumont, TX  77701

Joseph R. Whatley, Jr.
Russell Jackson Drake
Peter H. Burke
Whatley Drake, LLC
1100 Financial Center
505 N. 20th Street
Birmingham, AL  35203

Larry Morris
Morris, Haynes & Hornsby
131 Main Street
P.O. Box 1660
Alexander City, AL  35011-1660

Kenneth G. Gilman
John Martland
Gilman and Pastor
One Boston Place, 28th Floor
Boston, MA  02108

William H. Garvin, III
Weller, Green, McGown, Toups
2937 A-1 Kerry Forrest Parkway
Tallahassee, FL  32308

T. Roe Frazer
Richard A. Freese
Langston, Frazer, Sweet & Freese
201 North President Street
Jackson, MS  39201

John Wagner
United Refining Co.
Law Department
One Valero Place
San Antonio, TX  78212

Mitchell A. Toups
Weller, Green, McGown, Toups
551 Fanin Street
Beaumont, TX  77701

Perry Weitz
Robert J. Gordon
Weitz & Luxenberg, P.C.
180 Maiden Lane - 17th Floor
New York, NY  10038

Jon Hinck
Lewis Saul & Associates, P.C.
183 Middle Street, Suite 200
Portland, ME  04101

Mark G. O'Connor
Coastal Oil New York, Inc.
611 Route 46 West
Hasbrouck Heights, NJ  07604

Mark E. Holstein
200 East Randolph Drive
Chicago, IL  60602


John S. Guttmann
Attorney for Sunoco, Inc. (R&M)

O:\CL\09\43\10522\Pldg\JSG 8-28-00 Certificate of Service.wpd

MDL DOCKET NO. 1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN  **SEPT. 5, 2000**

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

(9)

*Plantiffs in M. D. Alabama potential
tag-along (Lynn) -- ask that their
action be included in 1407 proceeding
and suggest M. D. Alabama as
transferee district*

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

✓

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

*Except for leave of the Panel on a showing of good cause, only those parties who have filed a
motion or written response to a motion or order shall be permitted to appear before the Panel
and present argument.*

Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
previously transferred actions.

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
       pursuant to Rule 16.2(b).

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
       ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
       designated attorney shall present oral argument at the Panel hearing on behalf of the designated
       party/parties pursuant to Rule 16.2.

8/23/00                           _____
Date                              Authorized Signature

*   *   *   *   *   *   *   *   *   *   *   *   *   *

Party/Parties Represented (**list even if waiving**):  *et al.*

~~James Peters; Alma Peters; Tommy Peters;~~ Buddy Lynn; Janet Lynn;
~~Robert Pate, Jr.; Gloria Mobley; Rufus J. Vanable; Ola Mae Wells;~~
~~Will R. Peterson; Archie L. Blaxley; Johnnie E. Williams; Earl C.~~
~~Cunningham; Ronnie E. Chappell~~

Name and Address of Attorney Designated to Present Oral Argument:
Lieff, Cabraser, Heimann & Bernstein, LLP
Morris A. Ratner
275 Battery Street, 30th Floor
San Francisco, CA  94111

Telephone No.:  (415) 956-1000

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of eighteen (18) years and not a party to the within action; my business address is 275 Battery Street, San Francisco, California 94111-3339.

I am readily familiar with Lieff, Cabraser, Heimann & Bernstein, LLP's practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On August 24, 2000, I served the within document(s) described as:

1.  **NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT**

on the persons listed below by placing the document(s) in a sealed envelope for deposit in the United States Postal Service through the regular mail collection process at the law offices of Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 30th Floor, Embarcadero Center West, San Francisco, California 94111-3339, to be served by mail addressed as follows:

[see attached list(s)]

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on August 24, 2000.

Sherri L. Stewart

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

For

MDL 1,358 - In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**** REPORT KEY AND TITLE PAGE ****

PARTY REPRESENTATION KEY
    * Signifies that an appearance was made on behalf of the party by the representing attorney.
    # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

NOTE: This report is in alphabetical order by the last name of the attorney.
A party may be represented by more than one attorney.

REPORT INFORMATION UTILIZES THE FOLLOWING DATA SET

MDL Docket: 1,358
District:
Office:
Year:
CTO#:
Actions: All actions

TRANSFEREE INFORMATION:
  Dist:
  Judge:

| Attorney - Firm | Represented Party(s) |
| --- | --- |
| Ball, Dan H.<br>Thompson & Coburn, L.L.P.<br>One Firstar Plaza<br>St. Louis, MO  63101 | Chevron USA, Inc.; Conoco, Inc.*; Exxon Corp.; Exxon Mobil Corp.*; Mobil Oil Corp. |
| Eimer, Nathan P.<br>Sidley & Austin<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL  60603 | Citgo Petroleum Corp.* |
| Guttmann, John S.<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, D.C.  20005 | Sunoco, Inc.* |
| Hinck, Jon<br>Lewis Saul & Associates, P.C.<br>183 Middle Street<br>Suite 200<br>Portland, ME  04101 | Arcuri, Melanie J.*; Berisha, Donna*; Greene, Steven C.; La Susa, Ron* |
| Langan, J. Andrew<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601 | Amoco Oil, Co.*; Atlantic Richfield Co.*; BP Amoco Corp.* |
| Leifer, Steven L.<br>Baker & Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 | Valdero Marketing & Supply Co.* |
| O'Connor, Mark G.<br>Regional Counsel<br>Coastal Oil New York, Inc.<br>611 Rt. 46 West<br>Hasbrouck Heigh, NJ  07604 | Coastal Corp.* |
| Pasquale, Kenneth<br>Stroock, Stroock & Lavan, L.L.P.<br>180 Maiden Lane<br>New York, NY  10038 | Tosco Corp.* |
| Shulman, Robert H.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 | Amerada Hess Corp.* |

NOTE:  Please refer to the title page for complete report scope and key
       *  Signifies that an appearance was made on behalf of the party by the representing attorney.
       #  Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE:  All dismissed parties (and counsel representing only dismissed parties) were suppressed.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST          June 19, 2000
DOCKET:          1,358 - In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Page 3
STATUS:          Pending

TRANSFEREE INFORMATION:
          Dist:
          Judge:

| Attorney - Firm | Represented Party(s) |
| --- | --- |
| Sommer, Lyndon P.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO  63101 | Phillips Petroleum Co. |
| Tillery, Stephen M.<br>Carr, Korein, Tillery, Kunin, Montroy & Glass<br>10 Executive Woods Court<br>Swansea, IL  62226 | Azbill, Donna L.; Bauer, James; Christiansen, Claudia;<br>England, David; McManni Rhea Susan; Owca, Marvin |
| Tully, Mark E.<br>Goodwin, Procter & Hoar, L..L.P.<br>53 State Street<br>Boston, MA  02109 | Gulf Oil Ltd. Partnership* |
| Wagner, John<br>Law Department<br>One Valero Place<br>San Antonio, TX  78212 | United Refining Co. |
| Wallace, Richard E. Jr.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007 | Equilon Enterprises, L.L.C.*; Motiva Enterprises, L.L.C.*;<br>Shell Oil Co.*; Shell Oil Products Co.*; Texaco Refining &<br>Marketing, Inc.*; Texaco, Inc.* |

F:\Data\Wordproc\MTB\master-mdl.mtb

NOTE:  Please refer to the title page for complete report scope and key
          *  Signifies that an appearance was made on behalf of the party by the representing attorney.
          #  Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE:  All dismissed parties (and counsel representing only dismissed parties) were suppressed.

## Supplemental MTBE Service List

Dennis C. Reich
Paul Warner
Mike Howell
Reich & Binstock
4265 San Felipe, Ste. 1000
Houston, Texas 77027

Elizabeth J. Cabraser
Morris Ratner
Scott P. Nealey
Lauri A. Andrus
LIEFF, CABRASER, HEIMANN & BERNSTEIN
Embarcadero Center West
275 Battery Street 30th Floor
San Francisco, CA 94111

Joe R. Whatley, Jr.
Jack Drake
Peter H. Burke
WHATLEY DRAKE
505 North 20th Street
1100 Financial Center
Birmingham, AL 35203

A. Hoyt Rowell
T. Christopher Tuck
NESS, MOTLEY, LOADHOLT,
RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Secretary: Vickye Connelly

Timothy Crowley
Rich Norman
CROWLEY & DOUGLAS
1301 McKinney, Suite 3500
Houston, TX 77010

Mitchell A. Toups
WELLER, GREEN, McGOWN & TOUPS
Nations Bank Bldg.
2615 Calder St., Ste. 400
Beaumont, TX 77701

Richard A. Freese
James S. Robinson
LANGSTON, FRAZER, SWEET, & FREESE
Morgan Keegan Center
2900 Highway 280, Ste. 240
Birmingham, Alabama 35223

T. Roe Frazer
LANGSTON, FRAZER, SWEET & FREESE
201 North President Street
Jackson, Miss. 39201

William H. Garvin, III
Weller, Green, McGown, & Toups
2937 A-2 Kerry Forrest Parkway
Tallahassee, Florida 32308

Kenneth Ingram, Jr.
Jeremy Knowles
INGRAM AND ASSOCIATES
P.O. Box 1750
Alexander City, AL 35011

David Guin
Pam Slate
DONALDSON , GUIN & SLATE, L.L.C.
2900 Highway 280, Ste. 230
Birmingham, AL 35223

Kenneth G. Gilman
John Martland
GILMAN AND PASTOR
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA  01906

William H. Garvin, III
WELLER, GREEN, McGOWN, TOUPS
2937A-02 Kerry Forrest Parkway
Tallahassee, Florida 23208

Larry Morris
MORRIS, HAYNES & HORNSBY
131 Main Street
P.O. Box 1660
Alexander City, AL 35011-1660

Fred D. Gray
GRAY, LANGFORD, SAPP,  McGOWAN
GRAY & NATHASON
P.O. Box 830239
Tuskegee, AL 36083-0239