MDL DOCKET NO.  1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN  SEPT. 5, 2000

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP **2 1** 2000

FILED
CLERK'S OFFICE

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

>    Except for leave of the Panel on a showing of good cause, only those parties who have filed a
>    motion or written response to a motion or order shall be permitted to appear before the Panel
>    and present argument.

>    Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
>    previously transferred actions.

✓      This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.2(b).

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing on behalf of the designated
party/parties pursuant to Rule 16.2.

_8/22/00_                                              _____
Date                                                    Authorized Signature

*      *      *      *      *      *      *      *      *      *      *      *      *

Party/Parties Represented (**list even if waiving**):

      CITGO Petroleum Corporation

Name and Address of Attorney Designated to Present Oral Argument:

Telephone No.: ___(312) 435-9345___

**IMAGED** SEP 2 4 '00

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE*
*SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF*
*SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*
JPML Form 9 (3/00)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the

foregoing Notice of Presentation or Waiver of Oral Argument was served by U.S. Mail, postage

prepaid, upon:

Stephen M. Tillery
Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy, Cates,
    Katz & Glass
10 Executive Woods Court
Swansea, IL  62226

Edward Masry
Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA  91362

Lewis J. Saul
Lewis Saul & Associates, PC
501 Wisconsin Avenue, NW
Suite 550
Washington, DC  20015

Dan H. Ball
Kurt E. Reitz
Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO  63101

Robert W. Jones
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX  75201

Scott Summy
Celeste Evangelasti
Cooper & Scully, PC
900 Jackson Street, Suite 100
Dallas, TX  75202

Victor M. Sher
Duane C. Miller
A. Curtis Sawyer, Jr.
Miller, Sher & Sawyer
100 Howe Avenue, Suite S0120
Sacramento, CA  95825-5407

Stanley Margolies
Kurzman, Karelson & Frank, LLP
230 Park Avenue
23rd Floor
New York, NY  10169

John Galvin
Lyndon Sommer
Sandberg Phoenix & Von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, MO  63101-1880

Christopher S. Colman
Associate General Counsel
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ  07095

Robert H. Shulman
Mindy G. Davis
Howry Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20006

Richard E. Wallace, Jr.
Anthony F. King
Peter C. Condron
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, NW
Washington, DC 20007

Sharon M. Dutch
Sedwick, Detert, Moran & Arnold
125 Broad Street
39th Floor
New York, NY 10004-2400

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60602

Charlotte Biblow
Rivkin, Radler & Kremer LLP
EAB Plaza (Long Island)
Uniondale, NY 11556-0111

Mark E. Tully
Goodwin, Proctor & Hoar LLP
Exchange Place
Boston, MA 02109-2881

Sy Gruza
Beveridge & Diamond, PC
477 Madison Avenue
New York, NY 10022-5802

John S. Guttmann
Beveridge & Diamond, PC
1350 I Street, NW, Suite 700
Washington, DC 20005

Kenneth Pasquale
Strook, Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Mark E. Holstein
200 East Randolph Drive
Chicago, IL 60602

Jon Hinck
Lewis, Saul & Associates, P.C.
183 Middle Street, Suite 200
Portland, ME 04101

Steven L. Leifer
Baker, Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mark G. O'Connor
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heights, NJ 07604

Lyndon P. Sommer
Sandberg, Phoenix & von Gontard
One City Centre
15th Floor
St. Louis, MO 63101

Elizabeth J. Cabraser
Morris A. Ratner
Scott P. Nealey
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisico, CA 94111

A. Hoyt Rowell
Ness, Motley, Loadholt, Richardson & Poole
151 Meeting Street, Suite 600
Charleston, SC 29402

Timothy Crowley
Richard Norman
Crowley & Douglas, LLP
1301 McKinney, Suite 3500
Houston, TX 77010

Dennis Reich
Reich and Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027

David Guin
Pam Slate
Donaldson, Guin & Slate, LLC
The Carriage House
1314 Cobb Lane
Birmingham, AL 35205

Fred D. Gray
Gray, Langford, Sapp
P.O. Box 830239
Tuckegee, AL 36073-0239

Kenneth Ingram, Jr.
Ingram and Associates
P.O. Box 1750
Alexander City, AL 35011

Joseph R. Whatley, Jr.
Russell Jackson Drake
Peter H. Burke
Whatley Drake, LLC
1100 Financial Center
505 N. 20th Street
Birmingham, AL 35203

Larry Morris
Morris, Haynes & Hornsby
131 Main Street
P.O. Box 1660
Alexander City, AL 35011-1660

Kenneth G. Gilman
John Martland
Gilman and Pastor
One Boston Place, 28th Floor
Boston, MA 02108

William H. Garvin, III
Weller, Green, McGown, Toups
2937 A-2 Kerry Forrest Parkway
Tallahassee, FL 32308

T. Roe Frazer
Richard A. Freese
Langston, Frazer, Sweet & Freese
201 North President Street
Jackson, MS 39201

John Wagner
United Refining Co.
Law Depatment
One Valero Place
San Antonio, TX 78212

Mitchell A. Toups
Weller, Green, McGown, Toups
551 Fanin Street
Beaumont, TX 77701

Perry Weitz
Robert J. Gordon
Weitz & Luxenberg, P.C.
180 Maiden Lane – 17th Floor
New York, New York 10038

on this, the 22nd day of August, 2000.

MDL DOCKET NO. __1358__

> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION
>
> SEP 21 2000
>
> FILED
> CLERK'S OFFICE

TO:    Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC 20002-8004

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __SEPT. 5, 2000__

*Defendant in the New York action only -- agrees centralization is appropriate, but favors S.D. New York as transferee district; opposes inclusion of Lynn and M.D. Alabama as transferee district*

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties. Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b). *Choose per Letter*

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

*Sept 5, 2000*
_____
Date

_____
Authorized Signature

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Party/Parties Represented (**list even if waiving**):

     Amerada Hess Corporation

Name and Address of Attorney Designated to Present Oral Argument:

     Mindy G. Davis
     Howrey Simon Arnold & White, LLP
     1299 Pennsylvania Avenue, N.W.
     Washington, D.C. 20004

Telephone No.: __(202) 783-0800__

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2000 SEP -5 P 4: 38

RECEIVED
CLERK'S OFFICE

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION


For


MDL 1,358 - In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation


**** REPORT KEY AND TITLE PAGE ****


PARTY REPRESENTATION KEY
  * Signifies that an appearance was made on behalf of the party by the representing attorney.
  # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE:  All dismissed parties (and counsel representing only dismissed parties) were suppressed.


NOTE:  This report is in alphabetical order by the last name of the attorney.
A party may be represented by more than one attorney.


REPORT INFORMATION UTILIZES THE FOLLOWING DATA SET


MDL Docket:   1,358
District:
Office:
Year:
CTO#:
Actions:   All actions

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST

DOCKET:        1,358 - In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

STATUS:        Pending

TRANSFEREE INFORMATION:
      Dist:
      Judge:

| Attorney - Firm | Represented Party(s) |
| --- | --- |
| Ball, Dan H.<br>Thompson & Coburn, L.L.P.<br>One Firstar Plaza<br>St. Louis, MO  63101 | Chevron USA, Inc.; Conoco, Inc.*; Exxon Corp.; Exxon Mobil Corp.*; Mobil Oil Corp. |
| Eimer, Nathan P.<br>Sidley & Austin<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL  60603 | Citgo Petroleum Corp.* |
| Guttmann, John S.<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, D.C.  20005 | Sunoco, Inc.* |
| Hinck, Jon<br>Lewis Saul & Associates, P.C.<br>183 Middle Street<br>Suite 200<br>Portland, ME  04101 | Arcuri, Melanie J.*; Berisha, Donna*; Greene, Steven C.; La Susa, Ron* |
| Langan, J. Andrew<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601 | Amoco Oil, Co.*; Atlantic Richfield Co.*; BP Amoco Corp.* |
| Leifer, Steven L.<br>Baker & Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 | Valdero Marketing & Supply Co.* |
| O'Connor, Mark G.<br>Regional Counsel<br>Coastal Oil New York, Inc.<br>611 Rt. 46 West<br>Hasbrouck Heigh, NJ  07604 | Coastal Corp.* |
| Pasquale, Kenneth<br>Stroock, Stroock & Lavan, L.L.P.<br>180 Maiden Lane<br>New York, NY  10038 | Tosco Corp.* |
| Shulman, Robert H.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 | Amerada Hess Corp.* |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2000 SEP -5  P 4: 38

RECEIVED CLERK'S OFFICE

NOTE:  Please refer to the title page for complete report scope and key
          *  Signifies that an appearance was made on behalf of the party by the representing attorney.
          #  Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE:  All dismissed parties (and counsel representing only dismissed parties) were suppressed.

TRANSFEREE INFORMATION:
Dist:
Judge:

| Attorney - Firm | Represented Party(s) |
|---|---|
| Sommer, Lyndon P.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO 63101 | Phillips Petroleum Co. |
| Tillery, Stephen M.<br>Carr, Korein, Tillery, Kunin, Montroy & Glass<br>10 Executive Woods Court<br>Swansea, IL 62226 | Azbill, Donna L.; Bauer, James; Christiansen, Claudia;<br>England, David; McManni Rhea Susan; Owca, Marvin |
| Tully, Mark E.<br>Goodwin, Procter & Hoar, L..L.P.<br>53 State Street<br>Boston, MA 02109 | Gulf Oil Ltd. Partnership* |
| Wagner, John<br>Law Department<br>One Valero Place<br>San Antonio, TX 78212 | United Refining Co. |
| Wallace, Richard E. Jr.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007 | Equilon Enterprises, L.L.C.*; Motiva Enterprises, L.L.C.*;<br>Shell Oil Co.*; Shell Oil Products Co.*; Texaco Refining &<br>Marketing, Inc.*; Texaco, Inc.* |

F:\Data\Wordproc\MTB\master-mdl.mtb

NOTE:  Please refer to the title page for complete report scope and key
        *  Signifies that an appearance was made on behalf of the party by the representing attorney.
        #  Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE:  All dismissed parties (and counsel representing only dismissed parties) were suppressed.

Supplemental MTBE Service List

Dennis C. Reich
Paul Warner
Mike Howell
Reich & Binstock
4265 San Felipe, Ste. 1000
Houston, Texas 77027

Elizabeth J. Cabraser
Morris Ratner
Scott P. Nealey
Lauri A. Andrus
LIEFF, CABRASER, HEIMANN & BERNSTEIN
Embarcadero Center West
275 Battery Street 30th Floor
San Francisco. CA 94111

Joe R. Whatley, Jr.
Jack Drake
Peter H. Burke
WHATLEY DRAKE
505 North 20th Street
1100 Financial Center
Birmingham, AL 35203

A. Hoyt Rowell
T. Christopher Tuck
NESS, MOTLEY, LOADHOLT,
RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Secretary: Vickye Connelly

Timothy Crowley
Rich Norman
CROWLEY & DOUGLAS
1301 McKinney, Suite 3500
Houston, TX 77010

Mitchell A. Toups
WELLER, GREEN, McGOWN & TOUPS
Nations Bank Bldg.
2615 Calder St., Ste. 400
Beaumont, TX 77701

Richard A. Freese
James S. Robinson
LANGSTON, FRAZER, SWEET, & FREESE
Morgan Keegan Center
2900 Highway 280, Ste. 240
Birmingham, Alabama 35223

T. Roe Frazer
LANGSTON, FRAZER, SWEET & FREESE
201 North President Street
Jackson, Miss. 39201

William H. Garvin, III
Weller, Green, McGown, & Toups
2937 A-2 Kerry Forrest Parkway
Tallahassee, Florida 32308

Kenneth Ingram, Jr.
Jeremy Knowles
INGRAM AND ASSOCIATES
P.O. Box 1750
Alexander City, AL 35011

David Guin
Pam Slate
DONALDSON , GUIN & SLATE, L.L.C.
2900 Highway 280, Ste. 230
Birmingham, AL 35223

Kenneth G. Gilman
John Martland
GILMAN AND PASTOR
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

William H. Garvin, III
WELLER, GREEN, McGOWN, TOUPS
2937A-02 Kerry Forest Parkway
Tallahassee, Florida 23208

Larry Morris
MORRIS, HAYNES & HORNSBY
131 Main Street
P.O. Box 1660
Alexander City, AL 35011-1660

Fred D. Gray
GRAY, LANGFORD, SAPP,  McGOWAN
GRAY & NATHASON
P.O. Box 830239
Tuskegee, AL 36083-0239

MDL DOCKET NO. _1358_

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN _SEPT. 5, 2000_

TO:    Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC  20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

___    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
       the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a
> motion or written response to a motion or order shall be permitted to appear before the Panel
> and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
> previously transferred actions.

  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
       pursuant to Rule 16.2(b).

       This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
       ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
       designated attorney shall present oral argument at the Panel hearing on behalf of the designated
       party/parties pursuant to Rule 16.2.

Sept 5, 2000
_____              _____
          Date                                    Authorized Signature

*    *    *    *    *    *    *    *    *    *    *    *    *

Party/Parties Represented (list even if waiving):

       Coastal Oil New York, Inc.

Name and Address of Attorney Designated to Present Oral Argument:

       Mindy G. Davis
       Howrey Simon Arnold & White, LLP
       1299 Pennsylvania Ave, N.W.
       Washington, D.C.  20004

Telephone No.: _(202) 783-0800_

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

RECEIVED CLERK'S OFFICE  2000 SEP -5  P 4: 38  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION


For


MDL 1,358 - In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation


**** REPORT KEY AND TITLE PAGE ****


PARTY REPRESENTATION KEY
    * Signifies that an appearance was made on behalf of the party by the representing attorney.
    # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE:  All dismissed parties (and counsel representing only dismissed parties) were suppressed.


NOTE:  This report is in alphabetical order by the last name of the attorney.
        A party may be represented by more than one attorney.


REPORT INFORMATION UTILIZES THE FOLLOWING DATA SET

                    MDL Docket:   1,358
                      District:
                        Office:
                          Year:
                         CTO#:
                       Actions:   All actions

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST          June 19, 2000
DOCKET:          1,358 - In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Page 2
STATUS:          Pending

TRANSFEREE INFORMATION:
        Dist:
        Judge:

| Attorney - Firm | Represented Party(s) |
| --- | --- |
| Ball, Dan H.<br>Thompson & Coburn, L.L.P.<br>One Firstar Plaza<br>St. Louis, MO  63101 | Chevron USA, Inc.; Conoco, Inc.*; Exxon Corp.; Exxon Mobil Corp.*; Mobil Oil Corp. |
| Eimer, Nathan P.<br>Sidley & Austin<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, IL  60603 | Citgo Petroleum Corp.* |
| Guttmann, John S.<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, D.C.  20005 | Sunoco, Inc.* |
| Hinck, Jon<br>Lewis Saul & Associates, P.C.<br>183 Middle Street<br>Suite 200<br>Portland, ME  04101 | Arcuri, Melanie J.*; Berisha, Donna*; Greene, Steven C.; La Susa, Ron* |
| Langan, J. Andrew<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601 | Amoco Oil, Co.*; Atlantic Richfield Co.*; BP Amoco Corp.* |
| Leifer, Steven L.<br>Baker & Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004 | Valdero Marketing & Supply Co.* |
| O'Connor, Mark G.<br>Regional Counsel<br>Coastal Oil New York, Inc.<br>611 Rt. 46 West<br>Hasbrouck Heigh, NJ  07604 | Coastal Corp.* |
| Pasquale, Kenneth<br>Stroock, Stroock & Lavan, L.L.P.<br>180 Maiden Lane<br>New York, NY  10038 | Tosco Corp.* |
| Shulman, Robert H.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004 | Amerada Hess Corp.* |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION   2000 SEP -5  P 4:38   RECEIVED CLERK'S OFFICE

NOTE:  Please refer to the title page for complete report scope and key
           * Signifies that an appearance was made on behalf of the party by the representing attorney.
           # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE:  All dismissed parties (and counsel representing only dismissed parties) were suppressed.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST                    June 19, 2000
DOCKET:        1,358 - In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation              Page 3
STATUS:        Pending

TRANSFEREE INFORMATION:
           Dist:
           Judge:

| Attorney - Firm | Represented Party(s) |
| --- | --- |
| Sommer, Lyndon P.<br>Sandberg, Phoenix & von Gontard<br>One City Centre<br>15th Floor<br>St. Louis, MO  63101 | Phillips Petroleum Co. |
| Tillery, Stephen M.<br>Carr, Korein, Tillery, Kunin, Montroy & Glass<br>10 Executive Woods Court<br>Swansea, IL  62226 | Azbill, Donna L.; Bauer, James; Christiansen, Claudia;<br>England, David; McManni Rhea Susan; Owca, Marvin |
| Tully, Mark E.<br>Goodwin, Procter & Hoar, L..L.P.<br>53 State Street<br>Boston, MA  02109 | Gulf Oil Ltd. Partnership* |
| Wagner, John<br>Law Department<br>One Valero Place<br>San Antonio, TX  78212 | United Refining Co. |
| Wallace, Richard E. Jr.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007 | Equilon Enterprises, L.L.C.*; Motiva Enterprises, L.L.C.*;<br>Shell Oil Co.*; Shell Oil Products Co.*; Texaco Refining &<br>Marketing, Inc.*; Texaco, Inc.* |

F:\Data\Wordproc\MTB\master-mdl.mtb

---

NOTE:  Please refer to the title page for complete report scope and key
         *  Signifies that an appearance was made on behalf of the party by the representing attorney.
         #  Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE:  All dismissed parties (and counsel representing only dismissed parties) were suppressed.

## Supplemental MTBE Service List

Dennis C. Reich
Paul Warner
Mike Howell
Reich & Binstock
4265 San Felipe, Ste. 1000
Houston, Texas 77027

Elizabeth J. Cabraser
Morris Ratner
Scott P. Nealey
Lauri A. Andrus
LIEFF, CABRASER, HEIMANN & BERNSTEIN
Embarcadero Center West
275 Battery Street 30th Floor
San Francisco, CA 94111

Joe R. Whatley, Jr.
Jack Drake
Peter H. Burke
WHATLEY DRAKE
505 North 20th Street
1100 Financial Center
Birmingham, AL 35203

A. Hoyt Rowell
T. Christopher Tuck
NESS, MOTLEY, LOADHOLT,
  RICHARDSON & POOLE
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Secretary: Vickye Connelly

Timothy Crowley
Rich Norman
CROWLEY & DOUGLAS
1301 McKinney, Suite 3500
Houston, TX 77010

Mitchell A. Toups
WELLER, GREEN, McGOWN & TOUPS
Nations Bank Bldg.
2615 Calder St., Ste. 400
Beaumont, TX 77701

Richard A. Freese
James S. Robinson
LANGSTON, FRAZER, SWEET, & FREESE
Morgan Keegan Center
2900 Highway 280, Ste. 240
Birmingham, Alabama 35223

T. Roe Frazer
LANGSTON, FRAZER, SWEET & FREESE
201 North President Street
Jackson, Miss. 39201

William H. Garvin, III
Weller, Green, McGown, & Toups
2937 A-2 Kerry Forrest Parkway
Tallahassee, Florida 32308

Kenneth Ingram, Jr.
Jeremy Knowles
INGRAM AND ASSOCIATES
P.O. Box 1750
Alexander City, AL 35011

David Guin
Pam Slate
DONALDSON, GUIN & SLATE, L.L.C.
2900 Highway 280, Ste. 230
Birmingham, AL 35223

Kenneth G. Gilman
John Martland
GILMAN AND PASTOR
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

William H. Garvin, III
WELLER, GREEN, McGOWN, TOUPS
2937A-02 Kerry Forrest Parkway
Tallahassee, Florida 23208

Larry Morris
MORRIS, HAYNES & HORNSBY
131 Main Street
P.O. Box 1660
Alexander City, AL 35011-1660

Fred D. Gray
GRAY, LANGFORD, SAPP, McGOWAN
  GRAY & NATHASON
P.O. Box 830239
Tuskegee, AL 36083-0239

MDL DOCKET NO. _1358_

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __SEPT. 5, 200__

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2000

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMEN
        the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

            Except for leave of the Panel on a showing of good cause, only those parties who have fil
            motion or written response to a motion or order shall be permitted to appear before the Pi
            and present argument.

            Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
            previously transferred actions.

__x__   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
        pursuant to Rule 16.2(b).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
        ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the follow
        designated attorney shall present oral argument at the Panel hearing on behalf of the designated
        party/parties pursuant to Rule 16.2.

__9/5/00__                                    __D. Ball__
   Date                                      Authorized Signature

*    *    *    *    *    *    *    *    *    *    *    *    *

Party/Parties Represented (list even if waiving):

   Defendants:
            Conoco Inc.
            Chevron USA, Inc.
            Exxon Mobil Corporation

Name and Address of Attorney Designated to Present Oral Argument:

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2000 SEP -5 P 2:03

RECEIVED
CLERK'S OFFICE

Telephone No.: __314-552-6006__

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*
                                                          JPML Form 9 (

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Presentation or Waiver of Oral Argument was served by U.S. Mail, postage prepaid, on this 5th day of September, 2000, upon:

Stephen M. Tillery
Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy,
   Cates, Katz & Glass
10 Executive Woods Court
Swansea, IL 62226

Scott Summy
Celeste Evangelasti
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202

Edward Masry
Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA 91362

Victor M. Sher
Duane C. Miller
A. Curtis Sawyer, Jr.
Miller, Sher & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, CA 95825-5407

Lewis J. Saul
Lewis Saul & Associates, PC
501 Wisconsin Avenue, NW
Suite 550
Washington, DC 20015

Stanley Margolies
Kurzman, Karelson & Frank, LLP
230 Park Avenue
23rd Floor
New York, NY 10169

Nathan P. Eimer
Eimer, Stahl, Klevorn & von Gontard
1222 South Michigan Avenue
Suite 1776
Chicago, IL 63101

John Galvin
Lyndon Sommer
Sandberg Phoenix & Von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, MO 63101-1880

Robert W. Jones
Thompson & Knight
1700 Pacific Avenue, Suite 3300
Dallas, TX 75201

Christopher S. Colman
Associate General Counsel
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ 07095

Robert H. Shulman
Mindy G. Davis
Howrey Simon Arnold & White
1299 Pennsylvania Avenue, NW
Washington, DC 20006

Richard E. Wallace, Jr.
Anthony F. King
Peter C. Condron
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, NW
Washington, DC 20007

Sharon M. Dutch
Sedwick, Detert, Moran & Arnold

J. Andrew Langan
Kirkland & Ellis

JUDICIAL PANEL MULTIDISTRICT LITIGATION
2000 SEP -5 P 4:04
RECEIVED CLERK'S OFFICE

125 Broad Street
39th Floor
New York, NY 10004-2400

Charlotte Biblow
Rivkin, Radler & Kremer LLP
EAB Plaza (Long Island)
Uniondale, NY 11556-0111

Sy Gruza
Beveridge & Diamond, PC
477 Madison Avenue
New York, NY 10022-5802

Kenneth Pasquale
Strook, Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Jon Hinck
Lewis, Saul & Associates, P.C.
183 Middle Street, Suite 200
Portland, ME 04101

Mark G. O'Connor
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heights, NJ 07604

Elizabeth J. Cabraser
Morris A. Ratner
Scott P. Nealey
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

A. Hoyt Rowell
Ness, Motley, Loadholt, Richarson & Poole
151 Meeting Street, Suite 600
Charleston, SC 29402

Timothy Crowley
Richard Norman
Crowley & Douglas, LLP
1301 McKinney, Suite 3500

200 East Randolph Drive
Chicago, IL 60602

Mark E. Tully
Goodwin, Proctor & Hoar LLP
Exchange Place
Boston, MA 02109-2881

John S. Guttmann
Beveridge & Diamond, PC
1350 I Street, NW, Suite 700
Washington, DC 20005

Mark E. Holstein
200 East Randolph Drive
Chicago, IL 60602

Steven L. Leifer
Baker, Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Perry Weitz
Robert J. Gordon
Weitz & Luxenberg, P.C.
180 Maiden Lane – 17th Floor
New York, NY 10038

Joseph R. Whatley, Jr.
Russell Jackson Drake
Peter H. Burke
Whatley Drake, LLC
1100 Financial Center
505 N. 20th Street
Birmingham, AL 35203

Larry Morris
Morris, Haynes & Hornsby
131 Main Street
P.O. Box 1660
Alexander City, AL 35011-1660

Kenneth G. Gilman
John Martland
Gilman and Pastor
One Boston Place, 28th Floor

- 2 -

Houston, TX 77010

Dennis Reich
Reich and Binstock
4265 San Felipe, Suite 1000
Houston, TX 77027

David Guin
Pam Slate
Donaldson, Guin & Slate, LLC
The Carriage House
1314 Cobb Lane
Birmingham, AL 35205

Fred D. Gray
Gray, Langford, Sapp
P.O. Box 830239
Tuckegee, AL 36073-0239

Kenneth Ingram, Jr.
Ingram and Associates
P.O. Box 1750
Alexander City, AL 35011

Boston, MA 02108

William H. Garvin, III
Weller, Green, McGown, Toups
2937 A-2 Kerry Forrest Parkway
Tallahassee, FL 32308

T. Roe Frazer
Richard A. Freese
Langston, Frazer, Sweet & Freese
201 North President Street
Jackson, MS 39201

John Wagner
United Refining Co.
Law Department
One Valero Place
San Antonio, TX 78212

Mitchell A. Toups
Weller, Green, McGown, Toups
551 Fanin Street
Beaumont, TX 77701

- 3 -

MDL DOCKET NO. __1358__

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __SEPT. 5, 2000__

TO:    Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC  20002-8004



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 21 2000

FILED
CLERK'S OFFICE

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

✓
____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

_8/29/00_                          _____
Date                                        Authorized Signature

*     *     *     *     *     *     *     *     *     *     *     *     *

Party/Parties Represented (**list even if waiving**):
        Phillips Petroleum Co.

Name and Address of Attorney Designated to Present Oral Argument:

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2000 SEP -6  A 8: 51

RECEIVED
CLERK'S OFFICE

Telephone No.: 314-231-3332

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*
JPML Form 9 (3/00)

## Certificate of Service

The undersigned certifies that a copy of the foregoing was sent by United States mail, postage pre-paid, this 29 day of _____, 2000, to:

*England, et al. v. Atlantic Richfield Co., et al.*, Southern District of Illinois, No. 00-371-DRH

Mr. Stephen M. Tillery
Ms. Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy,
   Cates, Katz & Glass
10 Executive Woods Court
Swansea, IL  62226

Mr. Edward Masry
Mr. Joseph D. Gonzalez
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA  91362

Mr. J. Harold Seagle
Roundtree & Seagle, LLP
P. O. Box 1409
Wilmington, NC  28402-1409

Mr. Victor M. Sher
Mr. Duane C. Miller
Mr. A. Curtis Sawyer, Jr.
Miller, Sher & Sawyer
100 Howe Avenue, Suite S-120
Sacramento, CA  95825-5407

Mr. Scott Summy
Ms. Celeste Evangelasti
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX  75202

ATTORNEYS FOR PLAINTIFFS

Mr. Dan H. Ball
Mr. Kurt E. Reitz
Mr. Roman P. Wuller
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO  63101

ATTORNEYS FOR DEFENDANTS CONOCO, INC.,
CHEVRON U.S.A., INC. AND EXXON MOBIL CORPORATION

Mr. Nathan P. Eimer
Ms. Pamela R. Hanebutt
Ms. Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg
122 S. Michigan Avenue, Suite 1776
Chicago, IL  60603

ATTORNEYS FOR DEFENDANT CITGO

Mr. J. William Lucco
Lucco, Brown & Mudge
224 St. Louis Street
P. O. Box 539
Edwardsville, IL  62025

696317.1

3

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2000 SEP -6  A 8: 51

RECEIVED
CLERK'S OFFICE

Mr. Richard C. Godfrey                          Mr. Mark E. Holstein
Mr. J. Andrew Langan                            200 East Randolph Drive
Kirkland & Ellis                                Suite 2000
200 East Randolph Drive, #54                    Chicago, IL   60601-7125
Chicago, IL 60601-6636

ATTORNEYS FOR DEFENDANTS ATLANTIC RICHFIELD COMPANY,
BP AMOCO CORPORATION AND AMOCO OIL COMPANY


Mr. Richard E. Wallace, Jr.                     Mr. Robert W. Jones
Mr. Anthony F. King                             Thompson & Knight
Wallace, King, Marraro & Branson, PLLC          1700 Pacific Avenue, Suite 3300
1050 Thomas Jefferson Street, N W               Dallas, TX   75201
Washington, D.C.  20007

ATTORNEYS FOR DEFENDANTS SHELL OIL COMPANY,
SHELL OIL PRODUCTS CO., EQUILON ENTERPRISES, LLC,
MOTIVA ENTERPRISES, LLC, TEXACO REFINING &
MARKETING, INC. AND TEXACO, INC.


*Berisha, et al. v. Amerada Hess Corp., et al.*, Southern District of New York, No. 00-CIV-1898 [SAS]

Mr. Lewis J. Saul                               Mr. Stanley Margolies
Mr. Jon Hinck                                   Kurzman, Karelson & Frank, LLP
Lewis, Saul & Associates, P.C.                  230 Park Avenue, 23rd Floor
183 Middle Street, Suite 200                    New York, NY   10169
Portland, ME 04101

ATTORNEYS FOR PLAINTIFFS


Mr. Christopher S. Colman                        Mr. Robert H. Shulman
Associate General Counsel                        Ms. Mindy G. Davis
Amerada Hess Corporation                         Mr. Brent H. Allen
One Hess Plaza                                   Howrey Simon Arnold & White
Woodbridge, NJ 07095                             1299 Pennsylvania Avenue, NW
                                                 Washington, D.C.   20004

ATTORNEYS FOR DEFENDANT AMERADA HESS CORP.

Mr. J. Andrew Langan
Mr. Mark S. Lillie
Mr. Thomas Tozer
Kirkland & Ellis
200 East Randolph Drive, #54
Chicago, IL 60601-6636

ATTORNEYS FOR DEFENDANTS BP AMOCO CORPORATION,
AMOCO OIL CO., AND ATLANTIC RICHFIELD CO.


Mr. Richard E. Wallace, Jr.                    Ms. Sharon M. Dutch
Wallace, King, Marraro & Branson, PLLC         Sedwick, Detert, Moran & Arnold
1050 Thomas Jefferson Street, N W              125 Broad Street, 39th Floor
Washington, D.C.  20007                        New York, NY 10004-2400

ATTORNEYS FOR DEFENDANTS CHEVRON USA, INC., EXXON CORP.,
MOBIL OIL CORP., MOTIVA ENTERPRISES, LLC, SHELL OIL PRODUCTS
CO., AND TEXACO INC.


Mr. Nathan P. Eimer                            Ms. Katherine L. Adams
Ms. Lisa S. Meyer                              Sidley & Austin
Sidley & Austin                                875 Third Avenue
Bank One Plaza                                 New York, NY 10022
10 South Dearborn Street
Chicago, IL  60603

ATTORNEYS FOR DEFENDANT CITGO


Mr. John S. Guttmann                           Mr. Sy Gruza
Beverage & Diamond, P.C.                       Beverage & Diamond, P.C.
1350 I Street, N.W., Suite 700                 477 Madison Avenue, 15th Floor
Washington, D.C.  20005                        New York, NY 10022-5802

ATTORNEYS FOR DEFENDANT SUNOCO INC.


Ms. Charlotte Biblow                           Mr. Mark E. Tully
Rivkin, Radler & Kremer LLP                    Goodwin, Procter & Hoar LLP
EAB Plaza (Long Island)                        Exchange Place, 53 State Street
Uniondale, NY  11556-0111                      Boston, MA  02109-2881

ATTORNEY FOR DEFENDANT GETTY          ATTORNEY FOR DEFENDANT GULF
PETROLEUM CORP.                        OIL LTD. PARTNERSHIP


696317.1                              5

Mr. Edward S. Weltman
Ms. Joanne Gray
Mr. Christopher J. Garvey
Schneck Weltman & Hashmall, LLP
1285 Avenue of the Americas
New York, NY   10019

Mr. John Wagner
Law Department
United Refining Company
One Valero Place
San Antonio, TX   78212

ATTORNEY FOR DEFENDANT UNITED REFINING CO.


Mr. Steven L. Leifer
Mr. Joshua B. Frank
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.   20004-2402

Mr. Kenneth M. Bialo
Baker Botts LLP
599 Lexington Avenue
New York, NY   10022-6030

ATTORNEYS FOR DEFENDANT VALERO MARKETING & SUPPLY CO.


Mr. Kenneth Pasquale
Strook, Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

ATTORNEY FOR DEFENDANT TOSCO CORP.


Coastal Corporation
Law Department
Coastal Tower
9 Greenway Plaza
Houston, TX 77046

Mr. Mark G. O'Connor
Regional Counsel
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heights, NJ 07604

ATTORNEYS FOR DEFENDANT COASTAL OIL NEW YORK, INC.


ATTORNEYS IN *Lynn, etc. v. Amoco Oil Co., et al.*, Middle District of Alabama, No. 96-T-940-N

Ms. Elizabeth J. Cabraser
Mr. Morris A. Ratner
Mr. Scott P. Nealey
Ms. Lori E. Andrus
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA   94111

Mr. Joseph R. Whatley, Jr.
Mr. Russell Jackson Drake
Mr. Peter H. Burke
Whatley Drake, LLC
1100 Financial Center
505 N. 20th Street
Birmingham, AL   35203

Mr. Fred D. Gray
Gray, Langford, Sapp
P. O. Box 830239
Tuskegee, AL    36083-0239

Mr. A. Hoyt Rowell
Ness, Motley, Loadholt, Richardson & Poole
151 Meeting Street, Suite 600
Charleston, SC    29402

Mr. Larry Morris
Morris, Haynes & Hornsbey
131 Main Street
P. O. Box 1660
Alexander City, AL    35011-1660

Mr. Kenneth C. Gilman
Mr. John Martland
Gilman & Pastor
One Boston Place, 28th Floor
Boston, MA    02108

Mr. William H. Garvin, III
Weller, Green, McGown, Toups
2937 A-2 Kerry Forrest Parkway
Tallahassee, FL    32308

Mr. David Guin
Ms. Pam Slate
Donaldson, Guin & Slate, L.L.C.
The Carriage House
1314 Cobb Lane
Birmingham, AL 35205

Mr. Kenneth Ingram, Jr.
Ingram and Associates
P. O. Box 1750
Alexander City, AL    35011

Mr. Mitchell A. Toups
Weller, Green, McGown, Toups
551 Fanin Street
Beaumont, TX    77701

Mr. Timothy J. Crowley
Mr. Richard Norman
Crowley & Douglas, L.L.P.
1301 McKinney, Suite 3500
Houston, TX    77010

Mr. Dennis Reich
Reich and Binstock
4265 San Felipe, Suite 1000
Houston, TX    77027

Mr. T. Roe Frazer
Mr. Richard A. Freese
Langston, Frazer, Sweet & Freese
201 North President Street
Jackson, MS    39201