**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 1 4 2000

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: <br><br> METHYL-TERTIARY BUTYL ETHER ("MTBE") LITIGATION | MDL Docket No. 1358 |

**DEFENDANT, EXXON MOBIL CORPORATION'S,
NOTICE OF OPPOSITION TO TRANSFER
OF YOUNG V. EXXONMOBIL OIL CORPORATION**

Defendant, Exxon Mobil Corporation ("Exxon Mobil"), by counsel, and pursuant to Rule 7.4 (c), Rules of Procedure of the Judicial Panel on Multidistrict Litigation, gives notice of Exxon Mobil's opposition to the transfer of Young v. ExxonMobil Oil Corp., Case No. 8:00-cv-1912-T-24C (the "Young case") as follows:

1. On or about September 14, 2000, Plaintiff, Paul Douglas Young, commenced the Young case in the United States District Court for the Middle District of

PLEADING NO. 28

OFFICIAL FILE COPY
IMAGED NOV 1 6 '00

2000 NOV 13 P 5:12
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

Florida, Tampa Division. The case has been assigned to United States District Judge Susan C. Bucklew.[1]

2. Unlike Berisha, England, and other pending MTBE class actions, the Young case is against a single defendant, Exxon Mobil. The undersigned has appeared for, and represents, Exxon Mobil in Young.

3. On or about October 11, 2000, Plaintiff's counsel filed a First Amended Complaint, essentially incorporating by reference the entire Complaint, but substituting "Rebecca Young" for "Paul Douglas Young" as plaintiff and class representative.

4. Based on this Notice of Opposition, Exxon Mobil respectfully requests that the Clerk of the Panel "not transmit said [conditional transfer] order to the clerk of the transferee district court [Middle District of Florida] until further order of the Panel." *See* Rule 7.4 (c), Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

5. In addition, Exxon Mobil respectfully requests that "[t]he Clerk of the Panel notify the parties of the briefing schedule" as provided by Rule 7.4 (c).

6. Exxon Mobil will file a Motion to Vacate the Conditional Transfer Order (CTO-1) and a supporting brief, within fifteen days of the filing of this Notice Of Opposition To Transfer as provided by Rule 7.4 (d) or within such other time period as is established by the Panel.

---

[1] The Class Action Complaint for Injunctive Relief for Trespass, Nuisance and Conspiracy ("Complaint") purportedly was filed "on behalf of a class of persons who own or have an interest in real property in the State of Florida who reside near an Exxon Mobil station or other site at which there has been a reported release of gasoline, and who rely on one or more water wells on such property that has been contaminated or is threatened by contamination from the gasoline oxygenate and additive known as MTBE." *See* Complaint at paragraph 1. The Exxon Mobil station at issue with respect to Young is located in Temple Terrace, a suburb of Tampa, Florida.

2

7.  Exxon Mobil requests that copies of orders, pleadings, notices, all other papers concerning this matter be served on the undersigned at the address set forth below.

WHEREFORE, in accordance with Rule 7.4, Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendant, Exxon Mobil, gives notice of its opposition to the transfer of <u>Young v. ExxonMobil Oil Corp.</u>, Case No. 8:00-cv-1912-T-24C, pursuant to Conditional Transfer Order (CTO-1), as set forth, above.

Respectfully submitted,

David B. Weinstein, Esq.
Florida Bar No.: 604410
**BALES & WEINSTEIN, P.A.**
1715 N. Westshore Boulevard
Suite 190
Tampa, Florida 33607
Telephone: (813) 287-8777
Telecopier: (813) 287-1507
Attorneys for Defendant,
Exxon Mobil Corporation.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Defendant, Exxon Mobil Corporation's, Notice of Opposition to Transfer of Young v. ExxonMobil Oil Corporation, has been filed with the Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002, by Facsimile and by Overnight Mail this 13th day of November, 2000.

David B. Weinstein

*S:\Exxon\Young\Pleadings\Notice of Objection to Tranfer.doc*

4

RECEIVED CLERK'S OFFICE 2000 NOV 13 P 5: 12 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION