

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 15 2000

FILED
CLERK'S OFFICE

DOCKET NO. 1358

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: METHYL-TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

### NOTICE OF OPPOSITION OF DEFENDANTS EQUILON, MOTIVA, SHELL AND TEXACO TO THE CONDITIONAL TRANSFER ORDER (CTO-1)

Pursuant to Panel Rule 7.4(c), Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Texaco Inc., and Texaco Refining and Marketing Inc. (hereinafter collectively the "Shell-Texaco Defendants") submit this notice of opposition to the Conditional Transfer Order that the Clerk of the Panel entered in this matter on October 30, 2000 designated CTO-1.

In CTO-1, the Clerk gave notice of the proposed transfer of two cases to the Southern District of New York for consolidation with MDL 1358, which currently consists of only two pending cases.

The two cases already centralized in MDL 1358 are *Berisha, et al. v. Amerada Hess Corp., et al.*, No. 00 CIV 1898 [SAS] (S.D.N.Y.), and *England, et al. v. Atlantic Richfield Co., et al.,* No. 3:00-370 and 3:00-371 (S.D. Ill.). Those are small, modest cases. They purport to be class actions but there are no certified classes in these cases. (Notably, classes have not been certified in these or any similar cases; to the contrary, two courts that have decided class

**OFFICIAL FILE COPY**

IMAGED NOV 16 '00

certification motions in actions alleging claims based on MTBE contamination have both denied certification.) Barring certification in these centralized cases, *Berisha* involves claims of just three named plaintiffs in New York, and *England* asserts claims of five named plaintiffs in Illinois and one in California.

The two cases that CTO-1 proposed to transfer are *Young v. Exxon Mobil Oil Corp.*, C.A. No. 8:00-1912-T-24C (M.D. Fla.) and *Sutton Farms v. Amerada Hess Corp., et al.*, C.A. No. 1:00-3544 (S.D. Fla.). The Shell-Texaco Defendants oppose the transfer of either or both of those cases to MDL 1358.

The Shell-Texaco Defendants are unsure what claims the *Young* and *Sutton Farms* cases involve, but they appear modest and distinct from the cases currently centralized in MDL 1358. *Young* is brought against ExxonMobil only. The Shell-Texaco Defendants are not involved in that case. The *Sutton Farms* case apparently purports to name one or more of the Shell-Texaco Defendants but none of them have been served. Indeed, it appears that none of the defendants in *Sutton Farms* have been served. Thus, of the two cases that CTO-1 proposes to transfer, only one is active, and that is limited to just one defendant. Moreover, both cases are brought on behalf of just one named plaintiff. In sum, the cases do not warrant centralized treatment. Transfer of the cases would not serve "the convenience of parties and witnesses" or "promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a).

The Shell-Texaco Defendants reserve the right to submit a motion to vacate CTO-1 with a supporting brief in accordance with Panel Rule 7.4(d) and to assert then grounds for opposition in addition to those summarized in this notice.

Dated: November 14, 2000

Respectfully submitted,

*[signature]*

Richard E. Wallace, Jr.
WALLACE KING MARRARO & BRANSON PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
Telephone: 202-204-1000
Facsimile: 202-204-1001

Attorneys for Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Texaco Inc., and Texaco Refining and Marketing Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 15 2000

FILED
CLERK'S OFFICE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 14, 2000, a true and correct copy of the foregoing was served on all parties on the attached MDL service list by first class mail, postage prepaid.

_____
Anthony F. King

<u>*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*</u>
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS***)*

*Attorneys for Plaintiffs*

Lewis J. Saul
LEWIS SAUL & ASSOCIATES, P.C.
501 Wisconsin Avenue, N.W., Suite 550
Washington, D.C.  20015
Tel:  202-364-9700
Tel:  800-747-5342
Fax:  202-364-9701
lsaul@lewissaul.com

Jon Hinck
LEWIS SAUL & ASSOCIATES, P.C.
183 Middle Street, Suite 200
Portland, ME  04101
Tel:  207-874-7407
Tel:  888-747-5342
Fax:  207-874-4930
jhinck@lewissaul.com

Robert Gordon                         Fax:  212-558-5506
John Broaddus
Mitchell M. Breit
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY  10083
Tel:  212-558-5500
Fax:  212-344-5461
robbieg@aol.com
mbreit@weitzlux.com

Morris A. Ratner
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue
48th Floor
New York, NY  10017-2024
Tel: 212-355-9500
Fax: 212-355-9592
mratner@lchb.com

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

A. Hoyt Rowell          Fax:  843-216-9440
T. Christopher Tuck     Fax:  843-215-9430
NESS, MOTLEY, LOADHOLT, RICHARDSON
 & POOLE
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
Tel:  843-216-9200
hrowell@nmlrp.com
ctuck@nmlrp.com

Edward Masry
Joseph D.Gonzalez
LAW OFFICES OF MASRY & VITITOE
5707 Corsa Avenue
Second Floor
Westlake Village, CA  91362
Tel:  818-991-8900
Fax:  818-991-6200
jgonzalez@toxicatty.com

J. Harold Seagle
ROUNDTREE & SEAGLE, LLP
2419 Market Street
P.O. Box 1409
Wilmington, NC  28402-1409
Tel:  910-763-3404
Fax:  910-763-0320
hseagle@surfclear.com

Scott Summy
Celeste Evangelasti
COOPER & SCULLY, PC
900 Jackson Street, Suite 100
Dallas, TX  75202
Tel:  214-712-9300
Fax:  214-712-9540
ssummy@coopersculy.com
cevangel@cooperscully.com

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS*)***

Stephen M. Tillery
Christine J.. Moody
CARR, KOREIN, TILLERY, KUNIN, MONTROY,
  CATES, KATZ & GLASS
10 Executive Woods Court
Swansea, IL  62226
Tel:  618-277-1180
Fax:  314-241-3525
stillery@legal-matters.com
cmoody@legal-matters.com

Victor M. Sher
Duance C. Miller
A.Curtis Sawyer, Jr.
MILLER SHER & SAWYER
100 Howe Avenue
Suite S0120
Sacramento, Ca  95825-5407
Tel:  916-924-8600
Fax:  916-924-3426
toxictorts@aol.com

Michael Campbell
CAMPBELL & DENES
6100 Southwest 76th Stret
Miami, FL  33143-5002
Tel:  305-666-3820
Fax:  305-666-8430
mcampbell@campbelllaw.com

Joseph R. Whatley, Jr.
WHATLEY DRAKE, LLC
1100 Financial Center
505 North 20th Street
Birmingham, AL  35203-2605
Tel:  205-328-9576
Fax:  205-328-9669
jwhatley@whatleydrake.com

Dennis C. Reich
REICH & BINSTOCK
4265 San Felipe

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS*)***

Suite 1000
Houston, TX  77027
Tel:   713-622-7271
Fax:   713-623-8724

Timothy J. Crowley
CROWLEY & DOUGLASS
3500 Chevron tower
1301 McKinney Street
Houston, TeX  77010
Tel:   713-651-1771
Fax:   713-651-1775
tcrowley@bpcd.com

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS*)***

*Attorneys for Defendants*

**Amerada Hess Corporation**  Robert H. Shulman
Mindy G. Davis
HOWREY SIMON ARNOLD & WHITE
1299 Pennsylvania Avenue, N.W.
Washington, D.C.   20006
Tel:   202-783-0800
Fax:   202-383-6610
shulmanr@howrey.com
davism@howrey.com


Christopher S. Colman
Associate General Counsel
AMERADA HESS CORPORATION
One Hess Plaza
Woodbridge, NJ  07095
Tel:   732-750-6535
Fax:   732-750-6944
ccolman@hess.com


**BP Amoco Corporation**  Richard C. Godfrey
J. Andrew Langan
Mark S. Lillie
KIRKLAND & ELLIS
200 East Randolp Drive
Chicago, IL  60602
Tel:   312-861-2000
Fax:   312-861-2200
richard_godfrey@chicago.kirkland.com
andrew_langan@chicago.kirkland.com
mark_lillie@chicago.kirkland.com

<u>*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*</u>
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| **Chevron USA, Inc.** | Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@walaceking.com<br><br>Dan H. Ball<br>THOMPSON COBURN LLP<br>One Firstar Plaza<br>Suite 3300<br>St. Louis, MO  63101<br>Tel:  314-552-6000<br>Fax:  314-552-7000<br>dball@thompsoncoburn.com<br>rwuller@thompsoncoburn.com |
| **CITGO Petroleum Corporation** | Nathan P. Eimer<br>Pamela R. Hanebutt<br>Lisa S. Meyer<br>EIMER STAHL KLEVORN & SOLBERG<br>122 South Michigan Avenue<br>Suite 1776<br>Chicago, Illinois  60603<br>Tel:  312-660-7600<br>Fax:  312-692-1718<br>neimer@eimerstahl.com<br>phanebutt@eimerstahl.com<br>lmeyer@eimerstahl.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| **Coastal Corporation** | Robert H. Shulman<br>Mindy G. Davis<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.   20006<br>Tel:   202-783-0800<br>Fax:   202-383-6610<br>shulmanr@howrey.com<br>davism@howrey.com |
| **Coastal Oil New York, Inc.** | Mark O'Connor<br>COASTAL OIL NEW YORK, INC.<br>P.O. Box 818<br>611 Route 46 West<br>Tel:   201-393-4918<br>Fax:   201-393-4565<br><br>Mindy G. Davis<br>Brent H. Allen<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.   20006<br>Tel:   202-783-0800<br>Fax:   202-383-6610<br>davism@howrey.com<br>allenb@howrey.com |
| **Conoco, Inc.** | Dan H. Ball<br>Edward Cohen<br>Roman Wuller<br>THOMPSON COBURN LLP<br>One Firstar Plaza, Suite 3300<br>St. Louis, MO  63101<br>Tel:   314-552-6000<br>Fax:   314-552-7000<br>dball@thompsoncoburn.com<br>ecohen@thompsoncoburn.com<br>rwuller@thompsoncoburn.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS*)***

| | |
|---|---|
| **Equilon Enterprises, LLC** | Richard E. Wallace, Jr.<br>Anthony F. King<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>aking@wallaceking.com<br>pcondron@wallaceking.com |
| **Exxon Corporation** | Richard E. Wallace Jr.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br><br>Peter Sacripanti<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Tel: 212-547-5400<br>Fax 212-547-5444<br>psacripanti@mwe.com |

<u>*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*</u>
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS*)***

| | |
|---|---|
| **Mobil Oil Corporation** | Richard E. Wallace, Jr.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com<br><br>Peter Sacripanti<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>Tel:  212-547-5400<br>Fax  212-547-5444<br>psacripanti@mwe.com |
| **Motiva Enterprises, LLC** | Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com<br><br>Peter Sacripanti<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>Tel:  212-547-5400<br>Fax  212-547-5444<br>psacripanti@mwe.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS*)*

| | |
|---|---|
| **Phillips Petroleum Company** | John E. Galvin<br>Lyndon Sommer<br>SANDBERG, PHOENIX & VON GONTARD<br>One City Centre<br>15th Floor<br>515 North Sixth Street<br>St. Louis, MO  63101-1880<br>Tel:  314-231-3332<br>Fax:   314-241-7604<br>jeg@spvg.com |
| **Shell Oil Products Company** | Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:   202-204-1000<br>Fax:   202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com<br><br>John E. Galvin<br>SANDBERG, PHOENIX & VON GONTARD<br>One City Center, 15th Floor<br>515 North Sixth Street<br>St. Louis, MO  63101-1880<br>Tel:  314-231-3332<br>Fax:   314-241-7604<br>jeg@spvg.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| **Sunoco Inc.** | John S. Guttmann<br>BEVERIDGE & DIAMOND, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, D.C.  20005<br>Tel:   202-789-6020<br>Fax: 202-789-6190<br>jguttmann@bdlaw.com<br><br>Sy Gruza<br>Heather Andrade<br>BEVERIDGE & DIAMOND, P.C.<br>477 Madison Avenue<br>15th Floor<br>New York, NY  10022-5802<br>Tel:   212-702-5400<br>Fax:  212-702-5450<br>sgruza@bdlaw.com<br>handrade@bdlaw.com |
| **Texaco Inc.** | Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:   202-204-1000<br>Fax:   202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com<br><br>Sharon Dutch<br>SEDGWICK DETERT MORAN & ARNOLD<br>125 Broad Street, 39th Floor<br>New York, NY  10004-2400<br>Tel:   212-422-0202<br>Fax:   212-422-0925 |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| **Texaco Refining and Marketing, Inc.** | Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com<br><br>Sharon Dutch<br>SEDGWICK DETERT MORAN & ARNOLD<br>125 Broad Street, 39th Floor<br>New York, NY  10004-2400<br>Tel:  212-422-0202<br>Fax:  212-422-0925 |
| **Tosco Corporation** | Melvin A. Brosterman<br>Kenneth Pasquale<br>Christine Fitzgerald<br>STROOCK, STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>Tel:  212-806-5400<br>Fax:  212-806-6006<br>mbrosterman@stroock.com<br>kpasquale@stroock.com<br>cfitzgerald@stroock.com |
| **United Refining Corp.** | Edward S. Weltman<br>Jonathan Price<br>Christopher J. Garvey<br>SCHNECK WELTMAN & HASHMALL<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Tel: 212-956-1500<br>Fax: 212-956-3252<br>eweltman@swhllp.com<br>jprice@swhllp.com<br>cgarvey@swhllp.com |
| **Valero Marketing and Supply Co.** | Kenneth M. Bialo<br>Matthew McCoy |

<u>*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*</u>
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS***)***

BAKER BOTTS LLP
599 Lexington Avenue
New York, NY  10022-6030
Tel:  212-705-5025
Fax:  212-705-5125
kbialo@bakerbotts.com
sconti@bakerbotts.com

Steven L. Leifer
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400
Tel:  202-639-7723
Fax:  202-585-1040
sleifer@bakerbotts.com