# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**TO:** Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

**THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO LATER
THAN *(Noon E.S.T.)* June 19, 2000**
**Panel Fax No.: (202) 502-2888**

MDL DOCKET No. <u>1358</u>-- In re Methyl Tertiary Butyl Ether (MTBE") Products Liability Litigation

## NOTICE OF APPEARANCE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

NOV 2 0 2000

Plaintiff, Sutton Farms (USA), Inc.

FILED
CLERK'S OFFICE

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if necessary):**

United States District Court, Southern District of Florida
Sutton Farms (USA), Inc. v. Amerada Hess Corporation, et al.
Case No:   00-3544 CIV-MORENO

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 181 F.R.D. 1, 6 (1998), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

9/21/00
Date

Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Scott D. McKay
CAMPBELL & DENES
6100 SW 76 Street
Miami, FL  33143
smckay@campbelllaw.com
Telephone No.:  (305)666-3820

Fax No.:  (305)666-8430

**ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING**
A Certificate of Service will be required if the appearance is received after the due date printed above

## OFFICIAL FILE COPY

JPML Form 18

IMAGED NOV 22'00

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**CERTIFICATE OF SERVICE**

NOV 2 0 2000

MDL No. 1358

In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation FILED
CLERK'S OFFICE

I, D. Michael Campbell, of Campbell & Denes, do hereby state under

penalty of perjury that:

1.      On September 21, 2000, I caused to served the following papers:

     A.      Initial Complaint; and
     B.      This firm's Notice of Appearance for Plaintiff, Sutton Farms
           USA, Inc.

2.      I caused those papers to be served by hand-delivery upon:

     A.      Michael J. Beck, Clerk of the Panel
           Judicial Panel on Multidistrict Litigation
           One Columbus Circle, NE
           Thurgood Marshall Federal
           Judiciary Building
           Room G-255, North Lobby
           Washington, DC  20002; and

     B.      By First Class Mail to counsel on the Attached Service List.

                                D. Michael Campbell

RECEIVED
CLERK'S OFFICE
2000 SEP 22  A 10: 58
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST          September 21, 2

DOCKET: 1,358 - In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation          Page: 1
STATUS: Pending

TRANSFEREE INFORMATION
   Dist:
   Judge:

   ATTORNEY - FIRM                          REPRESENTED PARTY(s)

Ball, Dan H.                            => Chevron USA, Inc.; Conoco, Inc.*; Exxon Corp.; Exxon Mobil Corp.*; Mobil Oil
Thompson & Coburn, L.L.P.                 Corp.
One Firstar Plaza
St. Louis, MO 63101


Eimer, Nathan P.                        *> Citgo Petroleum Corp.*
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL 60603


Galvin, John E.                         => Phillips Petroleum Co.*
Sandberg, Phoenix & von Contard
One City Centre
Suite 1500
St. Louis, MO 63101


Guttmann, John S.                       => Sunoco, Inc.*
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005


Hinck, Jon                              *> Arcuri, Melanie J.*; Berisha, Donna*; Greene, Steven C.; La Susa, Ron*
Lewis, Saul & Associates, P.C.
183 Middle Street
Suite 200
Portland, ME 04101


Langan, J. Andrew                       => Amoco Oil Co.*; Atlantic Richfield Co.*; BP Amoco Corp.*
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601


Leifer, Steven L.                       => Valero Marketing & Supply Co.*
Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004


O'Connor, Mark G.                       => Coastal Corp.*
Regional Counsel
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heigh, NJ 07604


Pasquale, Kenneth                       => Tosco Corp.*
Stroock, Stroock & Lavan, L.L.P.
180 Maiden Lane
New York, NY 10038


Shulman, Robert H.                      => Amerada Hess Corp.*
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.

NOTE: Please refer to the title page for complete report scope and key.
  *   Signifies that an appearance was made on behalf of the party by the representing attorney.
  #   Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
  NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - PANEL ATTORNEY SERVICE LIST
(1,358 Panel Attorney Service List Cont'd)

September 21, 2(

Page: 2

| ATTORNEY - FIRM | REPRESENTED PARTY(s) |
|---|---|

Washington, DC 20004

Tillery, Stephen M.
Carr, Korein, et al.
Gateway One Building
Suite 300
701 Market Street
St. Louis, MO 63101

=> Azbill, Donna L.*; Bauer, James*; Christiansen, Claudia*; England, David*; McMannis, Rhea Susan*; Owca, Marvin*

Wallace, Richard E. Jr.
Wallace, King, Marraro & Branson, P.L.L.C.
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007

=> Equilon Enterprises, L.L.C.*; Motiva Enterprises, L.L.C.*; Shell Oil Co.*; Sh Oil Products Co.*; Texaco Refining & Marketing, Inc.*; Texaco, Inc.*

Weltman, Edward S.
Schneck, Weltman & Hashmall, LLP
1285 Avenue of the Americas
New York, NY 10019

=> United Refining Co.*

---

NOTE: Please refer to the title page for complete report scope and key.
* Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
NOTE: All dismissed parties (and counsel representing only dismissed parties) were suppressed.