

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2000

FILED
CLERK'S OFFICE

DOCKET NO. 1358

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: METHYL-TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

## CONSOLIDATED MOTION AND BRIEF OF DEFENDANTS EQUILON, MOTIVA, SHELL AND TEXACO TO VACATE CONDITIONAL TRANSFER ORDER CTO-1

Pursuant to Panel Rule 7.4(D), Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Texaco Inc., and Texaco Refining and Marketing Inc. (hereinafter collectively the "Shell-Texaco Defendants") submit this consolidated motion and brief to vacate the Conditional Transfer Order that the Clerk of the Panel entered in this matter on October 30, 2000 designated CTO-1.[1]

The only two cases now centralized in MDL 1358 are *Berisha, et al. v. Amerada Hess Corp., et al.*, No. 00 CIV 1898 [SAS] (S.D.N.Y.), and *England, et al. v. Atlantic Richfield Co., et al.*, No. 3:00-370 and 3:00-371 (S.D. Ill.). At this juncture, these are small, albeit complex, cases. While they purport to be class actions, there are no certified classes in these cases.[2]

---

[1] The Shell-Texaco Defendants file this consolidated motion and brief pursuant to the suggestion in CTO-1 that such consolidated motions and briefs are "acceptable and encouraged."

[2] Notably, classes have not been certified in these or any similar cases; to the contrary, two courts that have decided class certification motions in actions alleging claims based on MTBE contamination have both denied certification. *Martin, et al. v. Shell Oil Company, et al.*, No. 3:99CV1428 (JCH) (D. Conn. October 24, 2000); *Millett v. Atlantic Richfield Company*, No. CV-98-555 (Me. Super. Ct. Cumberland Co., Mar. 2, 2000), *interlocutory review denied*, 760 A.2d 250 (Me. 2000).

OFFICIAL FILE COPY   IMAGED DEC 1 '00

Barring certification, *Berisha* involves claims of just three named plaintiffs in New York, and *England* asserts claims of five named plaintiffs in Illinois and one in California.

The two cases that CTO-1 proposes to transfer are *Young v. Exxon Mobil Oil Corp.*, C.A. No. 8:00-1912-T-24C (M.D. Fla.) and *Sutton Farms v. Amerada Hess Corp., et al.*, C.A. No. 1:00-3544 (S.D. Fla.). Each of these cases involves a single plaintiff. If consolidated with the two cases pending in MDL 1358, the entire consolidated action would involve just ten plaintiffs. The Shell-Texaco Defendants remain of the view that centralization of any of these cases is unwarranted and does not "promote the just and efficient conduct" of any of these cases. 28 U.S.C. § 1407(a).

Regarding CTO-1 in particular, the Shell-Texaco Defendants oppose the transfer of both *Young* and *Sutton Farms* to MDL 1358. Stark differences already exist between the *Berisha* and *England* cases. The addition of the *Young* and *Sutton Farms* cases would not "promote the just and efficient conduct" of any of these cases. 28 U.S.C. § 1407(a). To the contrary, these new cases present new differences that would further complicate matters in MDL 1358.

Furthermore, at present, while the Shell-Texaco Defendants are actively involved in MDL 1358, they are not involved at all in either the *Young* or *Sutton Farms* cases. *Young* is only against Exxon Mobil. On information and belief, *Sutton Farms* has not been served on any of the defendants named in that case. Therefore, if the Panel were to transfer these cases to MDL 1358, the effect would be to burden the Shell-Texaco Defendants with cases that currently do not involve them.

## ARGUMENT

## THE PROPOSED TRANSFER OF *YOUNG* AND *SUTTON FARMS* WOULD NOT PROMOTE THE JUST AND EFFICIENT CONDUCT OF THESE CASES OR THE TWO CASES NOW IN MDL 1358

On September 22, 2000, the Shell-Texaco Defendants filed a brief with the Panel opposing consolidation or transfer of the *Berisha* and *England* cases.[3] The Shell-Texaco Defendants noted that those two cases presented disparate factual and legal issues, divergent plaintiffs and different defendants, and that those differences would become exponentially more acute if the cases were combined. Although the Shell-Texaco Defendants recognize that the Panel ultimately disagreed with respect to the *Berisha* and *England* cases, the Shell-Texaco Defendants respectfully suggest that addition of the *Young* and *Sutton Farms* cases present still more differences that would further exacerbate the difficulties and inefficiencies of the cases already combined in MDL 1358, and would create new inefficiencies and management difficulties in the *Young* or *Sutton Farms* cases.

The essential purpose of multidistrict proceedings must be, of course, "for the convenience of parties and witnesses" and to "promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a); *see In re Library Editions of Children's Books*, 299 F. Supp. 1139, 1140 (J.P.M.L. 1969) (before transferring case, Judicial Panel must make affirmative determination that transfer will be for the convenience of the parties and witnesses, as well as promote just and efficient conduct of the action). Consolidation of these two new, disparate

---

[3] *See* Supplemental Submission Of Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Texaco Inc., And Texaco Refining And Marketing Inc. Opposing The Consolidation Or Transfer Of Litigation.

cases with MDL 1358 would not be convenient to all parties and the parties' witnesses, nor would it be "just and efficient."

Young and Sutton Farms involve disparate factual and legal issues, divergent plaintiffs and different defendants, and are at different stages both as to each other and as to the cases already in MDL 1358. These differences counsel against consolidation. *See In re Rely Tampon Prods. Liab. Litig.,* 553 F. Supp. 1346, 1347 (J.P.M.L. 1982) (denying consolidation where individual issues of fact predominated and cases were at different stages); *In re Luminex Int'l, Inc. Prods. Liab. Litig.*, 434 F. Supp. 668, 669-70 (J.P.M.L. 1977) (denying MDL consolidation where there were significant factual questions and pretrial proceedings were at substantially different stages among cases); *In re Asbestos & Asbestos Insulation Material Prods. Liab. Litig.,* 431 F. Supp. 906, 910 (J.P.M.L. 1977) (denying consolidation where factual issues unique to each action predominated, and many of the actions were "well advanced").

### A.      *Young v. Exxon Mobil Oil Corp.*

*Young* is a very different case than either *Berisha* or *England*, in at least the following respects.

*First*, *Young* is a narrowly focused case, brought by a single named plaintiff against a single defendant, Exxon Mobil Oil Corp. By contrast, *England* is brought against 11 companies, several of which are not named in *Berisha*; while *Berisha* is brought against 16 defendants, nearly half of which are not named in *England*. The consolidated MDL proceedings will be complicated enough due to the differences between the defendant rosters in *Berisha* and *England*; no purpose is served by adding this single plaintiff/single defendant case.

*Second*, the single *Young* plaintiff does not assert a products liability claim. Such a claim is asserted in both *Berisha* and *England*, albeit in different forms. Indeed, it is telling that MDL

1358 is designated as "In Re: Methyl-Tertiary Butyl Ether ('MTBE') *Products Liability Litigation*" (emphasis added).

### B. *Sutton Farms v. Amerada Hess Corp., et al.*

Likewise, *Sutton Farms* is different from *Berisha* and *England*, for at least two reasons.

*First*, *Berisha* and *England* are both brought purportedly on behalf of the owners of private residential water wells. The class definitions in those two cases are materially different from each other, but they both restrict class membership to owners of domestic wells. By contrast, the sole plaintiff in *Sutton Farms* is a commercial entity, and the class definitions in *Sutton Farms* explicitly include "persons, firms, corporations, partnerships, proprietorships or other lawful entities who own a water supply well that provides or may provide drinking water and/or water used for domestic *or commercial purposes*...." (*Sutton Farms* Complaint ¶ 1; emphasis supplied.) Presumably, for example, commercial users of water have different claimed injuries involving different proofs as opposed to domestic users of water, which would require discovery on issues that would differ substantially from the other cases. The addition of a purported nationwide class of commercial entities that use well water for commercial purposes to an MDL that involves only water wells used for domestic purposes complicates rather than simplifies pretrial proceedings, which is antithetical to the MDL model.

*Second*, none of the putative defendants in *Sutton Farms* has been served. Panel Rule 7.5(c) does not preclude transfer for "[f]ailure to serve one or more of the defendants in a potential 'tag-along action'." However, that provision does not seem to contemplate a case where *none* of the defendants have been served. Indeed, it is not obvious at this point that the *Sutton Farms* action will ever be prosecuted. While the *Berisha* and *England* cases are proceeding apace under the guidance of the transferee court, *Sutton Farms* lies dormant. At the

very least, it would be premature to transfer *Sutton Farms* before it is clear that the lone named plaintiff in that case will in fact assert claims against any defendant.

## CONCLUSION

For all the foregoing reasons, the Shell-Texaco Defendants request that the Panel vacate CTO-1.

Dated: November 29, 2000

Respectfully submitted,

Richard E. Wallace, Jr.
Anthony F. King
Peter C. Condron (PC4818)
WALLACE KING MARRARO & BRANSON PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
Telephone: 202-204-1000
Facsimile: 202-204-1001

Attorneys for Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Texaco Inc., and Texaco Refining and Marketing Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 9 2000

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2000, a true and correct copy of the foregoing was served on all parties on the attached MDL service list and on:

> David B. Weinstein, Esq.
> Kimberly S. Mello, Esq.
> BALES & WEINSTEIN, P.A.
> 1715 N. Westshore Blvd., Ste. 190
> Tampa, Florida 33607
> 813-223-2206
> Attorneys for Defendant
> Exxon Mobil Corporation

by first class mail, postage prepaid.

_____
Anthony F. King

RECEIVED
CLERK'S OFFICE
2000 NOV 29 P 4: 27
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

<u>*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*</u>
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS*)***

| | |
|---|---|
| ***Attorneys for Plaintiffs*** | Lewis J. Saul |
| | LEWIS SAUL & ASSOCIATES, P.C. |
| | 501 Wisconsin Avenue, N.W., Suite 550 |
| | Washington, D.C. 20015 |
| | Tel: 202-364-9700 |
| | Tel: 800-747-5342 |
| | Fax: 202-364-9701 |
| | lsaul@lewissaul.com |

Jon Hinck
LEWIS SAUL & ASSOCIATES, P.C.
183 Middle Street, Suite 200
Portland, ME 04101
Tel: 207-874-7407
Tel: 888-747-5342
Fax: 207-874-4930
jhinck@lewissaul.com

Robert Gordon           Fax: 212-558-5506
John Broaddus
Mitchell M. Breit
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10083
Tel: 212-558-5500
Fax: 212-344-5461
robbieg@aol.com
mbreit@weitzlux.com

Morris A. Ratner
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue
48th Floor
New York, NY 10017-2024
Tel: 212-355-9500
Fax: 212-355-9592
mratner@lchb.com

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

A. Hoyt Rowell          Fax:  843-216-9440
T. Christopher Tuck     Fax:  843-215-9430
NESS, MOTLEY, LOADHOLT, RICHARDSON
 & POOLE
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
Tel:  843-216-9200
hrowell@nmlrp.com
ctuck@nmlrp.com

Edward Masry
Joseph D. Gonzalez
LAW OFFICES OF MASRY & VITITOE
5707 Corsa Avenue
Second Floor
Westlake Village, CA  91362
Tel:  818-991-8900
Fax:  818-991-6200
jgonzalez@toxicatty.com

J. Harold Seagle
ROUNDTREE & SEAGLE, LLP
2419 Market Street
P.O. Box 1409
Wilmington, NC  28402-1409
Tel:  910-763-3404
Fax:  910-763-0320
hseagle@surfclear.com

Scott Summy
Celeste Evangelasti
COOPER & SCULLY, PC
900 Jackson Street, Suite 100
Dallas, TX  75202
Tel:  214-712-9300
Fax:  214-712-9540
ssummy@coopersculy.com
cevangel@cooperscully.com

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

Stephen M. Tillery
Christine J.. Moody
CARR, KOREIN, TILLERY, KUNIN, MONTROY,
   CATES, KATZ & GLASS
10 Executive Woods Court
Swansea, IL  62226
Tel:   618-277-1180
Fax:   314-241-3525
stillery@legal-matters.com
cmoody@legal-matters.com

Victor M. Sher
Duance C. Miller
A.Curtis Sawyer, Jr.
MILLER SHER & SAWYER
100 Howe Avenue
Suite S0120
Sacramento, Ca  95825-5407
Tel:   916-924-8600
Fax:   916-924-3426
toxictorts@aol.com

Michael Campbell
CAMPBELL & DENES
6100 Southwest 76th Stret
Miami, FL  33143-5002
Tel:   305-666-3820
Fax:   305-666-8430
mcampbell@campbelllaw.com

Joseph R. Whatley, Jr.
WHATLEY DRAKE, LLC
1100 Financial Center
505 North 20th Street
Birmingham, AL  35203-2605
Tel:   205-328-9576
Fax:   205-328-9669
jwhatley@whatleydrake.com

Dennis C. Reich
REICH & BINSTOCK
4265 San Felipe

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

Suite 1000
Houston, TX  77027
Tel:  713-622-7271
Fax:  713-623-8724

Timothy J. Crowley
CROWLEY & DOUGLASS
3500 Chevron tower
1301 McKinney Street
Houston, TeX  77010
Tel:  713-651-1771
Fax:  713-651-1775
tcrowley@bpcd.com

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS*)*

*Attorneys for Defendants*

**Amerada Hess Corporation**   Robert H. Shulman
Mindy G. Davis
HOWREY SIMON ARNOLD & WHITE
1299 Pennsylvania Avenue, N.W.
Washington, D.C.   20006
Tel:   202-783-0800
Fax:   202-383-6610
shulmanr@howrey.com
davism@howrey.com

Christopher S. Colman
Associate General Counsel
AMERADA HESS CORPORATION
One Hess Plaza
Woodbridge, NJ  07095
Tel:   732-750-6535
Fax:   732-750-6944
ccolman@hess.com

**BP Amoco Corporation**   Richard C. Godfrey
J. Andrew Langan
Mark S. Lillie
KIRKLAND & ELLIS
200 East Randolp Drive
Chicago, IL  60602
Tel:  312-861-2000
Fax:  312-861-2200
richard_godfrey@chicago.kirkland.com
andrew_langan@chicago.kirkland.com
mark_lillie@chicago.kirkland.com

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| **Chevron USA, Inc.** | Richard E. Wallace, Jr. |
| | Peter C. Condron |
| | WALLACE KING MARRARO & BRANSON |
| | 1050 Thomas Jefferson Street, N.W. |
| | Washington, D.C.  20007 |
| | Tel:  202-204-1000 |
| | Fax:  202-204-1001 |
| | rwallace@wallaceking.com |
| | pcondron@walaceking.com |
| | |
| | Dan H. Ball |
| | THOMPSON COBURN LLP |
| | One Firstar Plaza |
| | Suite 3300 |
| | St. Louis, MO  63101 |
| | Tel:  314-552-6000 |
| | Fax:  314-552-7000 |
| | dball@thompsoncoburn.com |
| | rwuller@thompsoncoburn.com |
| **CITGO Petroleum Corporation** | Nathan P. Eimer |
| | Pamela R. Hanebutt |
| | Lisa S. Meyer |
| | EIMER STAHL KLEVORN & SOLBERG |
| | 122 South Michigan Avenue |
| | Suite 1776 |
| | Chicago, Illinois  60603 |
| | Tel:  312-660-7600 |
| | Fax:  312-692-1718 |
| | neimer@eimerstahl.com |
| | phanebutt@eimerstahl.com |
| | lmeyer@eimerstahl.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| **Coastal Corporation** | Robert H. Shulman<br>Mindy G. Davis<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>Tel:  202-783-0800<br>Fax:  202-383-6610<br>shulmanr@howrey.com<br>davism@howrey.com |
| **Coastal Oil New York, Inc.** | Mark O'Connor<br>COASTAL OIL NEW YORK, INC.<br>P.O. Box 818<br>611 Route 46 West<br>Tel:  201-393-4918<br>Fax:  201-393-4565<br><br>Mindy G. Davis<br>Brent H. Allen<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>Tel:  202-783-0800<br>Fax:  202-383-6610<br>davism@howrey.com<br>allenb@howrey.com |
| **Conoco, Inc.** | Dan H. Ball<br>Edward Cohen<br>Roman Wuller<br>THOMPSON COBURN LLP<br>One Firstar Plaza, Suite 3300<br>St. Louis, MO  63101<br>Tel:  314-552-6000<br>Fax:  314-552-7000<br>dball@thompsoncoburn.com<br>ecohen@thompsoncoburn.com<br>rwuller@thompsoncoburn.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS*)*

| | |
|---|---|
| **Equilon Enterprises, LLC** | Richard E. Wallace, Jr.<br>Anthony F. King<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:   202-204-1000<br>Fax:   202-204-1001<br>rwallace@wallaceking.com<br>aking@wallaceking.com<br>pcondron@wallaceking.com |
| **Exxon Corporation** | Richard E. Wallace Jr.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br><br>Peter Sacripanti<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>Tel:   212-547-5400<br>Fax   212-547-5444<br>psacripanti@mwe.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| **Mobil Oil Corporation** | Richard E. Wallace, Jr.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com<br><br>Peter Sacripanti<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Tel: 212-547-5400<br>Fax 212-547-5444<br>psacripanti@mwe.com |
| **Motiva Enterprises, LLC** | Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com<br><br>Peter Sacripanti<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Tel: 212-547-5400<br>Fax 212-547-5444<br>psacripanti@mwe.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| **Phillips Petroleum Company** | John E. Galvin<br>Lyndon Sommer<br>SANDBERG, PHOENIX & VON GONTARD<br>One City Centre<br>15th Floor<br>515 North Sixth Street<br>St. Louis, MO 63101-1880<br>Tel: 314-231-3332<br>Fax: 314-241-7604<br>jeg@spvg.com |
| **Shell Oil Products Company** | Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com<br><br>John E. Galvin<br>SANDBERG, PHOENIX & VON GONTARD<br>One City Center, 15th Floor<br>515 North Sixth Street<br>St. Louis, MO 63101-1880<br>Tel: 314-231-3332<br>Fax: 314-241-7604<br>jeg@spvg.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS*)***

| | |
|---|---|
| **Sunoco Inc.** | John S. Guttmann<br>BEVERIDGE & DIAMOND, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, D.C.  20005<br>Tel:  202-789-6020<br>Fax:  202-789-6190<br>jguttmann@bdlaw.com<br><br>Sy Gruza<br>Heather Andrade<br>BEVERIDGE & DIAMOND, P.C.<br>477 Madison Avenue<br>15th Floor<br>New York, NY  10022-5802<br>Tel:  212-702-5400<br>Fax:  212-702-5450<br>sgruza@bdlaw.com<br>handrade@bdlaw.com |
| **Texaco Inc.** | Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com<br><br>Sharon Dutch<br>SEDGWICK DETERT MORAN & ARNOLD<br>125 Broad Street, 39th Floor<br>New York, NY  10004-2400<br>Tel:  212-422-0202<br>Fax:  212-422-0925 |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

| | |
|---|---|
| **Texaco Refining and Marketing, Inc.** | Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com<br><br>Sharon Dutch<br>SEDGWICK DETERT MORAN & ARNOLD<br>125 Broad Street, 39th Floor<br>New York, NY 10004-2400<br>Tel: 212-422-0202<br>Fax: 212-422-0925 |
| **Tosco Corporation** | Melvin A. Brosterman<br>Kenneth Pasquale<br>Christine Fitzgerald<br>STROOCK, STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Tel: 212-806-5400<br>Fax: 212-806-6006<br>mbrosterman@stroock.com<br>kpasquale@stroock.com<br>cfitzgerald@stroock.com |
| **United Refining Corp.** | Edward S. Weltman<br>Jonathan Price<br>Christopher J. Garvey<br>SCHNECK WELTMAN & HASHMALL<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel: 212-956-1500<br>Fax: 212-956-3252<br>eweltman@swhllp.com<br>jprice@swhllp.com<br>cgarvey@swhllp.com |
| **Valero Marketing and Supply Co.** | Kenneth M. Bialo<br>Matthew McCoy |

<u>*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*</u>
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

BAKER BOTTS LLP
599 Lexington Avenue
New York, NY  10022-6030
Tel:   212-705-5025
Fax:   212-705-5125
<u>kbialo@bakerbotts.com</u>
<u>sconti@bakerbotts.com</u>

Steven L. Leifer
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400
Tel:   202-639-7723
Fax:   202-585-1040
<u>sleifer@bakerbotts.com</u>