JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

**DEC. 12, 2000**

MICHAEL J. BECK
CLERK OF THE PANEL

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)
  *Phyllis Hardy, et al. v. Ajax Magnethermic Co., et al.*, W.D. Kentucky, C.A. No. 1:00-169
  *Johnny Lee Hedrick v. Metropolitan Life Insurance Co., et al.*, S.D. Mississippi, C.A. No. 1:00-485
  *D.A. Herring v. Metropolitan Life Insurance Co., et al.*, S.D. Mississippi, C.A. No. 1:00-486
  *Susan B. Grenfell, et al. v. W.R. Grace & Co., et al.*, D. Montana, C.A. No. 9:00-36
  *Francis E. Cole v. W.R. Grace & Co., et al.*, D. Montana, C.A. No. 9:00-184
  *Robert E. Cotner v. Fibreboard Corp., et al.*, E.D. Oklahoma, C.A. No. 6:00-383
  *Ansel Gadberry, et al. v. Asbestos Corp., Ltd.*, E.D. Pennsylvania (E.D. Arkansas,
    C.A. No. 4:91-371)
  *Luther Corbin, et al. v. Owens-Corning Fiberglas Corp., et al.*, D. South Carolina,
    C.A. No. 9:00-3042
MDL-1061 -- In re Prudential Insurance Company of America Sales Practices Litigation
  *Peter Sotire v. Prudential Insurance Co. of America*, S.D. New York, C.A. No. 1:00-7373
  *Francis T. McGilton, et al. v. Prudential Insurance Co., et al.*, S.D. Ohio, C.A. No. 2:00-1006
MDL-1091 -- In re Metropolitan Life Insurance Co. Sales Practices Litigation
  *Maria Josephine Militante, et al. v. Metropolitan Life Insurance Co., et al.*, C.D. California,
    C.A. No. 2:00-10681
MDL-1125 -- In re Air Crash Near Cali, Colombia, on December 20, 1995
  *Juan Carlos Sanchez-Sander, et al. v. American Airlines, Inc.*, S.D Florida, C.A. No. 1: 98-1103
    (N.D. Texas, C.A. No. 4:97-1049)
  *Juan Carlos Sanchez-Sander, et al. v. Jeppesen-Sanderson, Inc., et al.*, S.D Florida,
    C.A. No. 1:98-1034 (S.D. Texas, C.A. No. 4:98-160)
MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation
  *Shorefront Jewish Geriatric Center, Inc. v. Dryvit Systems, Inc.*, E.D. New York,
    C.A. No.1:00-3852

**IMAGED DEC 1 4 '00**

MDL-1141 -- In re Phonometrics, Inc., Electronic Long Distance Call Cost Computer and
        Recorder Patent Litigation

*Phonometrics, Inc. v. ITT Sheraton Corp.*, S.D. Florida, C.A. No. 0:94-6502
*Phonometrics, Inc. v. Hilton Hotels Corp.*, S.D. Florida, C.A. No. 0:94-6503
*Phonometrics, Inc. v. Westin Hotel Co.*, S.D. Florida, C.A. No. 0:94-6504
*Phonometrics, Inc. v. Marriott International, Inc., et al.*, S.D. Florida, C.A. No. 0:94-6533
*Phonometrics, Inc. v. Hyatt Corp.*, S.D. Florida, C.A. No. 0:94-6688
*Phonometrics, Inc. v. Holiday Inns, Inc., et al.*, S.D. Florida, C.A. No. 0:94-6689
*Phonometrics, Inc. v. Best Western International, Inc.*, S.D. Florida, C.A. No. 0:94-6690
*Phonometrics, Inc. v. Inter-Continental Hotels Corp.*, S.D. Florida, C.A. No. 0:94-6691
*Phonometrics, Inc. v. Embassy Suites, Inc.*, S.D. Florida, C.A. No. 0:94-6949
*Phonometrics, Inc. v. Forte Hotels, Inc., et al.*, S.D. Florida, C.A. No. 0:94-7085
*Phonometrics, Inc. v. Concord Hotels, Inc.*, S.D. Florida, C.A. No. 0:94-7087
*Phonometrics, Inc. v. Choice Hotels International, Inc.*, S.D. Florida, C.A. No. 0:94-7097
*Phonometrics, Inc. v. Wyndham Hotel Co., Ltd.*, S.D. Florida, C.A. No. 0:94-7106
*Phonometrics, Inc. v. Hospitality International, Inc.*, S.D. Florida, C.A. No. 0:94-7107
*Phonometrics, Inc. v. Trimark Hotel Corp.*, S.D. Florida, C.A. No. 0:94-7110
*Phonometrics, Inc. v. La Quinta Inns, Inc.*, S.D. Florida, C.A. No. 0:94-7127
*Phonometrics, Inc. v. Resinter North America Corp.*, S.D. Florida, C.A. No. 0:94-7129
*Phonometrics, Inc. v. Continental Cos., Inc.*, S.D. Florida, C.A. No. 0:94-7130
*Phonometrics, Inc. v. Hampton Inns, Inc.*, S.D. Florida, C.A. No. 0:95-6209
*Phonometrics, Inc. v. Hospitality Franchise Systems, Inc., et al.*, S.D. Florida,
    C.A. No. 0:97-8125 (N.D. California, C.A. No. 3:96-707)

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
        Liability Litigation

*Brenda Lee Austin v. American Home Products Corp., et al.*, M.D. Alabama,
    C.A. No. 2:00-1264
*Cecilia Moorer v. American Home Products Corp., et al.*, M.D. Alabama, C.A. No. 3:00-1263
*Margaret Henneberry v. American Home Products Corp., et al.*, N.D. Illinois, C.A. No. 1:00-4476
*Dan Miller v. American Home Products Corp., et al.*, N.D. Illinois, C.A. No. 1:00-4972
*Linda J. Owen, et al. v. A.H. Robins Co., Inc., et al.*, S.D. Iowa, C.A. No. 4:00-90594

MDL-1204 -- In re The Hartford Sales Practices Litigation

*David H. Sanders, et al. v. Hartford Life & Accident Insurance Co.*, D. Minnesota,
    C.A. No. 0:98-1771 (E.D. Wisconsin, C.A. No. 2:97-1119)

MDL-1244 -- In re Graphite Electrodes Antitrust Litigation (No. II)

*Elkem Metals Co., Inc., et al. v. UCAR Carbon Co., et al.*, S.D. West Virginia, C.A. No. 5:00-590

IMAGED  DEC '4 '00

MDL-1286 -- In re Intellectual Property Development, Inc., Patent Litigation

    *Intellectual Property Development, Inc., et al. v. TCI Communications, Inc., et al.*, D. Colorado, C.A. No. 1:00-1505

    *Intellectual Property Development, Inc., et al. v. TCI Southeast, Inc., et al.*, D. Delaware, C.A. No. 1:00-686

    *Intellectual Property Development, Inc., et al. v. TCI Cablevision of Georgia, Inc.*, N.D. Georgia, C.A. No. 1:00-1910

    *Intellectual Property Development, Inc., et al. v. TCI Cablevision of Utah*, M.D. Louisiana, C.A. No. 3:00-569

    *Intellectual Property Development, Inc., et al. v. TCI Cablevision of Montana, Inc.*, D. Montana, C.A. No. 6:00-25

    *Intellectual Property Development, Inc., et al. v. Santa Fe Cablevision Co.*, D. New Mexico, C.A. No. 1:00-1106

MDL-1293 -- In re Natural Gas Royalties Qui Tam Litigation

    *Don Kennard, et al. v. Comstock Resources, Inc., et al.*, E.D. Texas, C.A. No. 9:98-266

    *Mark A. Perry, et al. v. Burlington Resources, Inc., et al.*, E.D. Texas, C.A. No. 9:00-197

MDL-1347 -- In re World War II Era Japanese Forced Labor Litigation

    *Zhang Changchao, et al. v. Mitsui Group, et al.*, C.D. California, C.A. No. 2:00-10870

MDL-1348 -- In re Rezulin Products Liability Litigation

    *Flora Floyd v. Warner-Lambert Co., et al.*, M.D. Alabama, C.A. No. 2:00-1237

    *Lizzie White v. Warner-Lambert Co., et al.*, M.D. Alabama, C.A. No. 2:00-1238

    *Martha Sanks v. Parke-Davis, et al.*, M.D. Alabama, C.A. No. 3:00-1122

    *Betty Neth Hunt, etc. v. Parke-Davis, et al.*, N.D. Alabama, C.A. No. 7:00-2709

    *Betty Sue Clinner v. Parke-Davis, et al.*, S.D. Alabama, C.A. No. 1:00-784

    *Adrianne Halton v. Parke-Davis, et al.*, N.D. Georgia, C.A. No. 1:00-2304

    *David Pearce, et al. v. Parke-Davis, et al.*, N.D. Georgia, C.A. No. 1:00-2451

    *Mary Pendleton, et al. v. Parke-Davis, et al.*, E.D. Louisiana, C.A. No. 2:00-2736

    *Chris Polehouse, et al. v. Parke-Davis, et al.*, S.D. Mississippi, C.A. No. 3:00-757

    *Olivia Cochran, et al. v. Warner-Lambert Co., et al.*, S.D. Mississippi, C.A. No. 5:00-191

    *Beatrice Bell, et al. v. Warner-Lambert Co., et al.*, S.D. Mississippi, C.A. No. 5:00-192

    *Mae Willie Johnson, et al. v. Parke-Davis, et al.*, S.D. Mississippi, C.A. No. 5:00-219

    *Judith Robinson v. Warner-Lambert Co., et al.*, N.D. Texas, C.A. No. 3:00-2243

    *Berta Soto, et al. v. Warner-Lambert Co., et al.*, S.D. Texas, C.A. No. 7:00-258

MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

    *Paul Douglas Young v. Exxon Mobil Oil Corp.*, M.D. Florida, C.A. No. 8:00-1912

    *Sutton Farms (USA), Inc. v. Amerada Hess Corp., et al.*, S.D. Florida, C.A. No. 1:00-3544

MDL-1361 -- In re Compact Disc Minimum Advertised Price Antitrust Litigation

    *Elizabeth Merriweather Patterson, et al. v. Sony Music Entertainment, et al.*, N.D. Alabama, C.A. No. 2:00-2632

MDL-1362 -- In re Cinar Corp. Securities Litigation

    *Stephen T. Carson, et al. v. Cinar Corp., et al.*, M.D. North Carolina, C.A. No. 1:00-626

MDL-1373 -- In re Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products
        Liability Litigation

   *Stamatios Lahaniatis, et al. v. Bridgestone/Firestone, Inc., et al.*, D. Connecticut,
     C.A. No. 3:00-1807

   *Patricia Lujick v. Bridgestone/Firestone, Inc., et al.*, D. Connecticut, C.A. No. 3:00-1928

   *James J. Patterson, et al. v. Bridgestone/Firestone, Inc., et al.*, D. Connecticut, C.A. No. 3:00-1929

   *Ralph Cordasco, et al. v. Bridgestone/Firestone, Inc., et al.*, M.D. Florida, C.A. No. 8:00-2009

   *Gregory S. Glasser, et al. v. Firestone Tire & Rubber Co., et al.*, S.D. Florida, C.A. No. 1:00-3283

   *Lexington Quality Tire & Lube, Inc. v. Bridgestone/Firestone, Inc.*, S.D. Illinois, C.A. No. 3:00-811

   *Sheryl H. McKinney, etc. v. Bridgestone/Firestone, Inc.*, S.D. Indiana, C.A. No. 2:00-5000
     (W.D. Arkansas, C.A. No. 2:00-2164)

   *Kelly T. McMasters, et al. v. Bridgestone/Firestone, Inc., et al.*, D. Kansas, C.A. No. 2:00-2420

   *Mariah J. Leath, et al. v. Bridgestone/Firestone, Inc.*, W.D. Tennessee, C.A. No. 2:00-2943

   *Andrea Barger v. Bridgestone/Firestone, Inc., et al.*, S.D. Texas, C.A. No. 4:00-3299

   *Donna Hinna, et al. v. Bridgestone/Firestone, Inc., et al.*, S.D. Texas, C.A. No. 4:00-3709

   *Michael Cobb v. Bridgestone/Firestone, Inc., et al.*, N.D. West Virginia, C.A. No. 5:00-160

MDL-1384 -- In re Gabapentin Patent Litigation

MDL-1386 -- In re European Rail Pass Antitrust Litigation

MDL-1387 -- In re ProteGen Sling and Vesica System Products Liability Litigation

MDL-1388 -- In re Cruciferous Sprout Patent Litigation

MDL-1389 -- In re Sears, Roebuck and Co. Bankruptcy Debtor Redemption Agreements Litigation

MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

MDL-1391 -- In re American National Insurance Co. Industrial Life Insurance Litigation

MDL-1392 -- In re General Motors Corporation Vehicle Paint Litigation (No. III)

MDL-1393 -- In re Cooper Tire & Rubber Co. Tires Products Liability Litigation

## HEARING ORDER

IT IS ORDERED that on January 18, 2001, a hearing will be held in San Francisco, California, to consider transfer of the litigations on the attached Schedule for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.

IT IS FURTHER ORDERED that at said hearing the Panel may, on its own initiative, consider transfer of any or all of the actions to any district or districts.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing to counsel for all parties involved in the litigations described on the attached Schedule.

FOR THE PANEL:

*[signature]*

Wm. Terrell Hodges
Chairman

## SCHEDULE OF MATTERS FOR HEARING
January 18, 2001 -- San Francisco, California

<u>MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)</u>

Oppositions of plaintiffs Phyllis Hardy, et al., Johnny Lee Hedrick, et al., D.A. Herring, Susan B. Grenfell, et al., Francis E. Cole, Robert E. Cotner, and Luther Corbin, et al., to transfer of their respective following action to the United States District Court for the Eastern District of Pennsylvania:

<u>Western District of Kentucky</u>

*Phyllis Hardy, et al. v. Ajax Magnethermic Co., et al.*, C.A. No. 1:00-169

<u>Southern District of Mississippi</u>

*Johnny Lee Hedrick v. Metropolitan Life Insurance Co., et al.*, C.A. No. 1:00-485
*D.A. Herring v. Metropolitan Life Insurance Co., et al.*, C.A. No. 1:00-486

<u>District of Montana</u>

*Susan B. Grenfell, et al. v. W.R. Grace & Co., et al.*, C.A. No. 9:00-36
*Francis E. Cole v. W.R. Grace & Co., et al.*, C.A. No. 9:00-184

<u>Eastern District of Oklahoma</u>

*Robert E. Cotner v. Fibreboard Corp., et al.*, C.A. No. 6:00-383

<u>District of South Carolina</u>

*Luther Corbin, et al. v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 9:00-3042

Opposition of defendant Asbestos Corporation Limited to remand of the following action to the United States District Court for the Eastern District of Arkansas:

<u>Eastern District of Pennsylvania</u>

*Ansel Gadberry, et al. v. Asbestos Corp., Ltd.*, (E.D. Arkansas C.A. No. 4:91-371)

Schedule of Matters for Hearing
San Francisco, California

p.2

MDL-1061 -- In re The Prudential Insurance Company of America Sales Practices Litigation

Oppositions of plaintiffs Peter Sotire and Francis T. McGilton, et al., to transfer of their respective following action to the United States District Court for the District of New Jersey:

Southern District of New York

*Peter Sotire v. Prudential Insurance Co. of America*, C.A. No. 1:00-7373

Southern District of Ohio

*Francis T. McGilton, et al. v. Prudential Insurance Co., et al.*, C.A. No. 2:00-1006

MDL-1091 -- In re Metropolitan Life Insurance Co. Sales Practices Litigation

Opposition of plaintiffs Maria Josephine Militante, et al., to transfer of the following action to the United States District Court for the Western District of Pennsylvania:

Central District of California

*Maria Josephine Militante, et al. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 2:00-10681

Schedule of Matters for Hearing                                                     p.3
San Francisco, California


MDL-1125 -- In re Air Crash Near Cali, Colombia, on December 20, 1995

     Motion of plaintiffs Juan Carlos Sanchez-Sander, et al., for remand of claims against
defendant American Airlines, Jeppesen-Sanderson, Inc., and Honeywell, Inc., in the following
actions to their respective transferor courts:


     Southern District of Florida

    *Juan Carlos Sanchez-Sander, et al. v. American Airlines, Inc.*, C.A. No. 1: 98-1103
      (N.D. Texas, C.A. No. 4:97-1049)
    *Juan Carlos Sanchez-Sander, et al. v. Jeppesen-Sanderson, Inc., et al.*,
      C.A. No. 1:98-1034 (S.D. Texas, C.A. No. 4:98-160)


MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation

     Oppositions of plaintiff Shorefront Jewish Geriatric Center, Inc., and defendants
Williams Building Diagnostics, Inc., and Donaldson Acoustics Co., Inc., to transfer of the
following action to the United States District Court for the Eastern District of North Carolina:


     Eastern District of New York

    *Shorefront Jewish Geriatric Center, Inc. v. Dryvit Systems, Inc.*, C.A. No. 1:00-3852


MDL-1141 -- In re Phonometrics, Inc., Electronic Long Distance Call Cost Computer and
        Recorder Patent Litigation

     Motion of plaintiff Phonometrics, Inc., for retransfer of litigation to another judge:


     Southern District of Florida

    *Phonometrics, Inc. v. ITT Sheraton Corp.*, C.A. No. 0:94-6502
    *Phonometrics, Inc. v. Hilton Hotels Corp.*, C.A. No. 0:94-6503
    *Phonometrics, Inc. v. Westin Hotel Co.*, C.A. No. 0:94-6504

Schedule of Matters for Hearing                                      p.4
San Francisco, California


MDL-1141 (Continued)


        Southern District of Florida (Continued)

    *Phonometrics, Inc. v. Marriott International, Inc., et al.*, C.A. No. 0:94-6533
    *Phonometrics, Inc. v. Hyatt Corp.*, C.A. No. 0:94-6688
    *Phonometrics, Inc. v. Holiday Inns, Inc., et al.*, C.A. No. 0:94-6689
    *Phonometrics, Inc. v. Best Western International, Inc.*, C.A. No. 0:94-6690
    *Phonometrics, Inc. v. Inter-Continental Hotels Corp.*, C.A. No. 0:94-6691
    *Phonometrics, Inc. v. Embassy Suites, Inc.*, C.A. No. 0:94-6949
    *Phonometrics, Inc. v. Forte Hotels, Inc., et al.*, C.A. No. 0:94-7085
    *Phonometrics, Inc. v. Concord Hotels, Inc.*, C.A. No. 0:94-7087
    *Phonometrics, Inc. v. Choice Hotels International, Inc.*, C.A. No. 0:94-7097
    *Phonometrics, Inc. v. Wyndham Hotel Co., Ltd.*, C.A. No. 0:94-7106
    *Phonometrics, Inc. v. Hospitality International, Inc.*, C.A. No. 0:94-7107
    *Phonometrics, Inc. v. Trimark Hotel Corp.*, C.A. No. 0:94-7110
    *Phonometrics, Inc. v. La Quinta Inns, Inc.*, C.A. No. 0:94-7127
    *Phonometrics, Inc. v. Resinter North America Corp.*, C.A. No. 0:94-7129
    *Phonometrics, Inc. v. Continental Cos., Inc.*, C.A. No. 0:94-7130
    *Phonometrics, Inc. v. Hampton Inns, Inc.*, C.A. No. 0:95-6209
    *Phonometrics, Inc. v. Hospitality Franchise Systems, Inc., et al.*, C.A. No. 0:97-8125
        (N.D. California, C.A. No. 3:96-707)


MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products
          Liability Litigation

    Oppositions of plaintiffs Brenda Lee Austin, Cecilia Moorer, Margaret Henneberry,
Dan Miller, and Linda J. Owen, et al., and defendants Gwen M. Cooper, M.D., and Rosalina
S. Aguilar, M.D., to transfer of their respective following action to the United States District
Court for the Eastern District of Pennsylvania:


        Middle District of Alabama

    *Brenda Lee Austin v. American Home Products Corp., et al.*, C.A. No. 2:00-1264
    *Cecilia Moorer v. American Home Products Corp., et al.*, C.A. No. 3:00-1263

Schedule of Matters for Hearing                                                    p.5
San Francisco, California


MDL-1203 (Continued)


### Northern District of Illinois

*Margaret Henneberry v. American Home Products Corp., et al.*, C.A. No. 1:00-4476
*Dan Miller v. American Home Products Corp., et al.*, C.A. No. 1:00-4972

### Southern District of Iowa

*Linda J. Owen, et al. v. A.H. Robins Co., Inc., et al.*, C.A. No. 4:00-90594


## MDL-1204 -- In re The Hartford Sales Practices Litigation

Opposition of plaintiffs David H. Sanders, et al., to remand of the following action to the United States District Court for the Eastern District of Wisconsin:


### District of Minnesota

*David H. Sanders, et al. v. Hartford Life & Accident Insurance Co.*,
    C.A. No. 0:98-1771 (E.D. Wisconsin, C.A. No. 2:97-1119)


## MDL-1244 -- In re Graphite Electrodes Antitrust Litigation (No. II)

Opposition of plaintiffs Elkem Metals Co., Inc., et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:


### Southern District of West Virginia

*Elkem Metals Co., Inc., et al. v. UCAR Carbon Co., et al.*, C.A. No. 5:00-590

Schedule of Matters for Hearing                                                    p.6
San Francisco, California


MDL-1286 -- In re Intellectual Property Development, Inc., Patent Litigation

    Opposition of plaintiffs Intellectual Property Development, Inc., et al., to transfer of
the following actions to the United States District Court for the Central District of California:


        District of Colorado

*Intellectual Property Development, Inc., et al. v. TCI Communications, Inc., et al.*,
   C.A. No. 1:00-1505

        District of Delaware

*Intellectual Property Development, Inc., et al. v. TCI Southeast, Inc., et al.*,
   C.A. No. 1:00-686

        Northern District of Georgia

*Intellectual Property Development, Inc., et al. v.  TCI Cablevision of Georgia, Inc.*,
   C.A. No. 1:00-1910

        Middle District of Louisiana

*Intellectual Property Development, Inc., et al. v. TCI Cablevision of Utah*,
   C.A. No. 3:00-569

        District of Montana

*Intellectual Property Development, Inc., et al. v. TCI Cablevision of Montana*,
   Inc., C.A. No. 6:00-25

        District of New Mexico

*Intellectual Property Development, Inc., et al. v. Santa Fe Cablevision Co.*,
   C.A. No. 1:00-1106

Schedule of Matters for Hearing                                                          p.7
San Francisco, California


## MDL-1293 -- In re Natural Gas Royalties Qui Tam Litigation

Oppositions of plaintiffs United States of America and Mark A. Perry and defendants Willow Creek Resources, Inc., Comstock Resources, Inc., and Comstock Oil & Gas to transfer of their respective following action(s) to the United States District Court for the District of Wyoming:

### Eastern District of Texas

*Don Kennard, et al. v. Comstock Resources, Inc., et al.*, C.A. No. 9:98-266
*Mark A. Perry, et al. v. Burlington Resources, Inc., et al.*, C.A. No. 9:00-197


## MDL-1347 -- In re World War II Era Japanese Forced Labor Litigation

Opposition of plaintiffs Zhang Changchao, et al., to transfer of the following action to the United States District Court for the Northern District of California:

### Central District of California

*Zhang Changchao, et al. v. Mitsui Group, et al.*, C.A. No. 2:00-10870


## MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs and defendants Eugene W. Alldredge, M.D., Ernesto Aqui, M.D., Donald B. Sanders, M.D., Carlos Japas, M.D., and Internal Medicine Center, L.L.C., to transfer of their respective following action to the United States District Court for the Southern District of New York:

### Middle District of Alabama

*Flora Floyd v. Warner-Lambert Co., et al.*, C.A. No. 2:00-1237
*Lizzie White v. Warner-Lambert Co., et al.*, C.A. No. 2:00-1238
*Martha Sanks v. Parke-Davis, et al.*, C.A. No. 3:00-1122

Schedule of Matters for Hearing                                        p.8
San Francisco, California


MDL-1348 (Continued)


### Northern District of Alabama

*Betty Neth Hunt, etc. v. Parke-Davis, et al.*, C.A. No. 7:00-2709

### Southern District of Alabama

*Betty Sue Clinner v. Parke-Davis, et* al., C.A. No. 1:00-784

### Northern District of Georgia

*Adrianne Halton v. Parke-Davis, et al.*, C.A. No. 1:00-2304
*David Pearce, et al. v. Parke-Davis, et al.*, C.A. No. 1:00-2451

### Eastern District of Louisiana

*Mary Pendleton, et al. v. Parke-Davis, et al.*, C.A. No. 2:00-2736

### Southern District of Mississippi

*Chris Polehouse, et al. v. Parke-Davis, et al.*, C.A. No. 3:00-757
*Olivia Cochran, et al. v. Warner-Lambert Co., et al.*, C.A. No. 5:00-191
*Beatrice Bell, et al. v. Warner-Lambert Co., et al.*, C.A. No. 5:00-192
*Mae Willie Johnson, et al. v. Parke-Davis, et al.*, C.A. No. 5:00-219

### Northern District of Texas

*Judith Robinson v. Warner-Lambert Co., et al.*, C.A. No. 3:00-2243

### Southern District of Texas

*Berta Soto, et al. v. Warner-Lambert Co., et al.*, C.A. No. 7:00-258

MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Oppositions of defendants Exxon Mobil Oil Corporation, Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Texaco Inc., and Texaco Refining & Marketing Inc., to transfer of their respective following action to the United States District Court for the Southern District of New York:

Middle District of Florida

*Paul Douglas Young v. Exxon Mobil Oil Corp.*, C.A. No. 8:00-1912

Southern District of Florida

*Sutton Farms (USA), Inc. v. Amerada Hess Corp., et al.*, C.A. No. 1:00-3544

MDL-1361 -- In re Compact Disc Minimum Advertised Price Antitrust Litigation

Opposition of defendant Wherehouse Entertainment, Inc., to transfer of the following action to the United States District Court for the District of Maine:

Northern District of Alabama

*Elizabeth Merriweather Patterson, et al. v. Sony Music Entertainment, et al.*, C.A. No. 2:00-2632

MDL-1362 -- In re Cinar Corp. Securities Litigation

Opposition of plaintiffs Stephen T. Carson, et al., to transfer of the following action to the United States District Court for the Eastern District of New York:

Middle District of North Carolina

*Stephen T. Carson, et al. v. Cinar Corp., et al.*, C.A. No. 1:00-626

## MDL-1373 -- In re Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products Liability Litigation

Oppositions of plaintiffs Stamatios Lahaniatis, et al., Patricia Lujick, James J. Patterson, et al., Ralph Cordasco, et al., Gregory S. Glasser, et al., Lexington Quality Tire & Lube, Inc., Kelly T. McMasters, et al., Mariah J. Leath, et al., Andrea Barger, Donna Hinna, et al., and Michael Cobb to transfer of their respective following action to the United States District Court for the Southern District of Indiana:

### District of Connecticut

*Stamatios Lahaniatis, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 3:00-1807
*Patricia Lujick v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 3:00-1928
*James J. Patterson, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 3:00-1929

### Middle District of Florida

*Ralph Cordasco, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 8:00-2009

### Southern District of Florida

*Gregory S. Glasser, et al. v. Firestone Tire & Rubber Co., et al.*, C.A. No. 1:00-3283

### Southern District of Illinois

*Lexington Quality Tire & Lube, Inc. v. Bridgestone/Firestone, Inc.*,
    C.A. No. 3:00-811

### District of Kansas

*Kelly T. McMasters, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 2:00-2420

### Western District of Tennessee

*Mariah J. Leath, et al. v. Bridgestone/Firestone, Inc.*, C.A. No. 2:00-2943

MDL-1373 (Continued)

### Southern District of Texas

*Andrea Barger v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 4:00-3299
*Donna Hinna, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 4:00-3709

### Northern District of West Virginia

*Michael Cobb v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 5:00-160

Motion of plaintiff Sheryl H. McKinney, etc., for remand in the following action to the United States District Court for the Western District of Arkansas:

### Southern District of Indiana

*Sheryl H. McKinney, etc. v. Bridgestone/Firestone, Inc.*, C.A. No. 2:00-5000
(W.D. Arkansas, C.A. No. 2:00-2164)

## MDL-1384 -- In re Gabapentin Patent Litigation

Motion of plaintiffs Pfizer, Inc., et al., for centralization of the following actions in the United States District Court for the District of New Jersey:

### Northern District of Illinois

*Pfizer, Inc., et al. v. Apotex Corp., et al.*, C.A. No. 1:00-4398

### District of New Jersey

*Pfizer, Inc., et al. v. Purepac Pharmaceutical Co., et al.*, C.A. No. 2:00-3522
*Pfizer, Inc., et al. v. Teva Pharmaceuticals USA, et al.*, C.A. No. 2:00-4168
*Pfizer, Inc., et al. v. Teva Pharmaceuticals, et al.*, C.A. No. 2:00-4589

Schedule of Matters for Hearing                                          p.12
San Francisco, California

MDL-1386 -- In re European Rail Pass Antitrust Litigation

     Motion of defendants Rail Europe Group, Inc., and DERTOUR America, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

### Northern District of California

*Lake Front Travel v. Rail Europe, Inc., et al.*, C.A. No. 3:00-3787

### Northern District of Illinois

*Travelogue Inc. v. DER Travel Services, Inc., et al.*, C.A. No. 1:00-5951

### Southern District of New York

*All Airlines Travel, Inc. v. Rail Europe, Inc., et al.*, C.A. No. 7:00-6911
*Complete Traveler, Inc. v. Rail Europe, Inc., et al.*, C.A. No. 7:00-6932
*10-N-10 Travel, Inc. v. Rail Europe, Inc., et al.*, C.A. No. 7:00-7158
*Kitty Ward Travel, Inc. v. Rail Europe, Inc., et al.*, C.A. No. 7:00-7221
*Panorama Travel, Inc. v. Rail Europe, Inc., et al.*, C.A. No. 7:00-7223
*Uniglobe Preferred Travel, Inc. v. Rail Europe, Inc.*, C.A. No. 7:00-7244
*MMB L.L.C. v. Rail Europe, Inc.*, et al., C.A. No. 7:00-7275
*Accent on Travel v. Rail Europe, Inc., et al.*, C.A. No. 7:00-7340
*Center Travel of Bensalem, Inc. v. Rail Europe, Inc., et al.*, C.A. No. 7:00-7499
*Packer Society Hill Travel v. Rail Europe, Inc., et al.*, C.A. No. 7:00-7501
*Southdale Travel Consultants, Inc. v. Rail Europe, Inc., et al.*, C.A. No. 7:00-7856
*Get-A-Way Travel, Inc. v. Rail Europe, Inc., et al.*, C.A. No. 7:00-7857
*HISA Travel Service v. Rail Europe, Inc., et al.*, C.A. No. 7:00-8011

Schedule of Matters for Hearing                                                                      p.13
San Francisco, California


MDL-1387 -- In re ProteGen Sling and Vesica System Products Liability Litigation

    Motion of plaintiffs Brenda Gass, Reba Chaney, Dorothy Blackstock, et al., Shelby
Bradford, et al., Barbara Irving, et al., Dollie Nelson, Ruth Ann Joyce, and Michelle Salmon
for centralization of the following actions in the United States District Court for the Northern
District of Alabama:


      Northern District of Alabama

*Brenda Gass v. Boston Scientific Corp.*, C.A. No. 2:00-348
*Reba Chaney v. Boston Scientific Corp.*, C.A. No. 3:00-1664
*Dorothy Blackstock, et al. v. Boston Scientific Corp.*, C.A. No. 3:00-2336
*Shelby Bradford, et al. v. Boston Scientific Corp.*, C.A. No. 3:00-2341

      Eastern District of Arkansas

*Deborah A. Maxey v. Boston Scientific Corp.*, C.A. No. 5:00-343

      Central District of California

*Susan Robertson v. Boston Scientific Corp.*, C.A. No. 5:00-624

      District of Colorado

*Raedean Sharp, et al. v. Boston Scientific Corp.*, C.A. No. 1:00-1920

      Central District of Illinois

*Alice M. Heaton v. Boston Scientific Corp.*, C.A. No. 2:00-2152

      Southern District of Illinois

*Carla M. Hicks, et al. v. John L. Griffith, et al.*, C.A. No. 3:99-781
*Kathryn J. Dooley v. Boston Scientific Corp.*, C.A. No. 3:99-820

      Northern District of Indiana

*Barbara Irving, et al. v. Boston Scientific Corp.*, C.A. No. 1:00-346

Schedule of Matters for Hearing                                    p.14
San Francisco, California

MDL-1387 (Continued)

### District of Maryland

*Darlene Sandra Schaefer, et al. v. Boston Scientific Corp.*, C.A. No. 1:00-1178

### Eastern District of Missouri

*Sandy L. Gibson, et al. v. Boston Scientific Corp.*, C.A. No. 4:98-1829

### Northern District of New York

*Ethyl A. Williams v. Boston Scientific Corp.*, C.A. No. 1:00-686

### Southern District of New York

*Natalie Figueroa v. Boston Scientific Corp.*, C.A. No. 7:00-7922

### Eastern District of Oklahoma

*Dollie Nelson v. Boston Scientific Corp.*, C.A. No. 6:00-329

### Eastern District of Tennessee

*Ruth Ann Joyce v. Boston Scientific Corp.*, C.A. No. 4:99-41

### Western District of Tennessee

*Michelle Salmon v. Boston Scientific Corp.*, C.A. No. 2:00-2713

Schedule of Matters for Hearing                                          p.15
San Francisco, California


MDL-1388 -- In re Cruciferous Sprout Patent Litigation

 Motion of plaintiffs Brassica Protection Products, LLC, et al., for centralization of the following actions in the United States District Court for the District of Maryland:


  Eastern District of California

Brassica Protection Products, LLC, et al. v. Banner Mountain Sprouts, et al.,
 C.A. No. 2:00-2197

  District of Maryland

Brassica Protection Products, LLC, et al. v. Chau Minh Do, C.A. No. 1:00-2950
Brassica Protection Products, LLC, et al. v. Edrich Farms, Inc., et al.,
 C.A. No. 1:00-2951

  Middle District of Tennessee

Brassica Protection Products, LLC, et al. v. International Specialty Supply, et al.,
 C.A. No. 2:00-89

  Western District of Washington

Brassica Protection Products, LLC, et al. v. Harmony Farms, et al.,
 C.A. No. 2:00-1544

  Eastern District of Wisconsin

Brassica Protection Products, LLC, et al. v. Sunrise Farms, et al.,
 C.A. No. 2:00-1315

## MDL-1389 -- In re Sears, Roebuck and Co. Bankruptcy Debtor Redemption Agreements Litigation

Motion of plaintiffs Donald Pastreck, Dorothy Arruda, et al., and Vincent Kowal, et al., for centralization of the following actions in the United States District Court for the District of Rhode Island or the United States District Court for the District of Massachusetts or the United States District Court for the Northern District of Illinois:

### District of Massachusetts

*Donald M. Pastreck v. Sears, Roebuck & Co., et al.*, C.A. No. 3:99-30206

### District of Rhode Island

*Dorothy Arruda, et al. v. Debra DeGrenier, et al.*, C.A. No. 1:99-170
*Vincent Kowal, et al. v. Sears, Roebuck & Co., et al.*, C.A. No. 1:00-447

### Southern District of Texas

*Thomas R. Bolin, et al. v. Sears, Roebuck & Co.*, C.A. No. 4:97-1389

## MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Motion of plaintiff Nathan S. Dupree for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:

### Northern District of Florida

*Rosebud Montgomery, et al. v. Life Insurance Co. of Georgia*, C.A. No. 1:99-252

### Eastern District of Louisiana

*Nathan S. Dupree v. Life Insurance Co. of Georgia*, C.A. No. 2:00-2302
*Henry Cole, et al. v. Life Insurance Co. of Georgia*, C.A. No. 2:00-3341

MDL-1390 (Continued)


### Southern District of Mississippi

*Howard Chambers, Sr. v. Life Insurance Co. of Georgia*, C.A. No. 1:00-520
*Alvin Bacon v. Life Insurance Co. of Georgia*, C.A. No. 5:00-288

### Western District of Tennessee

*Azalee Morris, et al. v. Life Insurance Co. of Georgia*, C.A. No. 2:00-2821


## MDL-1391 -- In re American National Insurance Co. Industrial Life Insurance Litigation

Motion of defendant American National Life Insurance Company for centralization of the following actions in the United States District Court for the Western District of Louisiana or the United States District Court for the Southern District of Texas:


### Eastern District of Louisiana

*Debra Jefferson Lain v. American National Life Insurance Co.*, C.A. No. 2:00-3340

### Western District of Louisiana

*Warren Sonnier, et al. v. American National Insurance Co.*, C.A. No. 6:00-1875

### Eastern District of Oklahoma

*Jo Ella Brown v. American National Insurance Co.*, C.A. No. 6:00-275

Schedule of Matters for Hearing                                                    p.18
San Francisco, California


MDL-1392 -- In re General Motors Corporation Vehicle Paint Litigation (No. III)

Motion of defendant General Motors Corporation for centralization of the following
actions in the United States District Court for the Northern District of Illinois:


Northern District of Illinois

*Craig Friedman v. General Motors Corp.*, C.A. No. 1:98-2851
*Cherise Miller, et al. v. General Motors Corp.*, C.A. No. 1:98-7386

Southern District of Texas

*Ernesto Bravo, et al. v. General Motors Corp., et al.*, C.A. No. 7:00-285


MDL-1393 -- In re Cooper Tire & Rubber Co. Tires Products Liability Litigation

Motion of defendant Cooper Tire & Rubber Company for centralization of the
following actions in the United States District Court for the Eastern District of North Carolina:


Western District of Arkansas

*Tammy D. Edwards v. Cooper Tire & Rubber Co.*, C.A. No. 6:00-6214

District of Arizona

*William L. Morris v. Cooper Tire & Rubber Co.*, C.A. No. 2:00-2206

Eastern District of Louisiana

*Peter Rusck, Sr. v. Cooper Tire & Rubber Co.*, C.A. No. 2:00-3435

Eastern District of North Carolina

*Diane Justice, et al. v. Cooper Tire & Rubber Co.*, C.A. No. 7:00-236

MDL-1393 (Continued)

### District of North Dakota

*Craig W. Dunn v. Cooper Tire & Rubber Co.*, C.A. No. 1:00-136

### District of New Jersey

*Anthony Talalai, et al. v. Cooper Tire & Rubber Co.*, C.A. No. 2:00-5694

### District of New Mexico

*Pierre Villanueva v. Cooper Tire & Rubber Co.*, C.A. No. 1:00-1642

### Southern District of Ohio

*William Renold Skeens, et al. v. Cooper Tire & Rubber Co.*, C.A. No. 2:00-1334

### Northern District of Oklahoma

*Scott Hobbs v. Cooper Tire & Rubber Co.*, C.A. No. 4:00-998

### Southern District of Texas

*Michael Deck v. Cooper Tire & Rubber Co.*, C.A. No. 3:00-4047

PROCEDURES FOR HEARINGS OF THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All hearings are governed by the provisions of Rule 16.1 of the
Rules of Procedure of the Judicial Panel on Multidistrict
Litigation, (filed May 22, 2000 and effective June 1, 2000).
Rule 16.1 allows a maximum of thirty minutes for oral argument in
each new group of actions being considered for Section 1407
treatment and a maximum of twenty minutes for oral argument in
all other matters.  In most cases, however, less time is
necessary for the expression of all views.  In order to assure
that the argument proceeds in an orderly fashion, Rule 16.1
requires counsel with like positions to confer prior to the
hearing for the purpose of selecting a representative and
organizing their arguments to avoid duplication.  Rule 16.1 will
be strictly enforced.

The Panel reserves the prerogative of reducing the maximum time
suggested in Rule 16.1.  Counsel, in applying for time, should be
careful not to overstate the time requested for oral argument in
supplement to briefs.

The Panel insists that counsel limit all argument to the
appropriate criteria.  See generally In re "East of the Rockies"
Concrete Pipe Antitrust cases, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for
transfer).

We also invite your attention to Rule 16.2 which permits a party
to waive oral argument in writing.  If a waiver of oral argument
is anticipated notification must be directed to the Panel prior
to the date of the hearing. A form is enclosed for your
convenience in providing this notification.

Rules 16.1 and 16.2 are duplicated in their entirety hereafter
for  your convenience. Complete Rules are cited at 192 F.R.D.
459 (2000).

## RULE 16.1:   HEARINGS

(a)    Hearings shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman.  The Chairman shall determine which matters shall be set for hearing at each session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation of the time, place and subject matter of such hearing.

(b)    No transfer or remand determination regarding any action pending in district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing has been held or unless the matter has been submitted on the briefs in accordance with Rule 16.2 of these Rules.  Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(c)    Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for hearing who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(d)    Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the hearing for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(e)    Unless otherwise ordered by the Panel, a maximum of thirty minutes shall be allotted for argument in each new group of actions being considered for Section 1407 treatment and a maximum of twenty minutes shall be allotted for arguments in all other matters.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

(f)    So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(g)    After an action or group of actions has been set for hearing, the hearing may be continued only by order of the Panel on good cause shown.

**RULE 16.2:   NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT, AND
MATTERS SUBMITTED ON THE BRIEFS**

      (a)     At such time in advance of the date of the hearing as required by the Clerk of the
Panel in the notice of hearing, counsel shall notify the Clerk of the Panel in writing of one of the
following:  (1) counsel will waive oral argument, if all other counsel in the matter set for hearing
waive oral argument; (2) counsel will present oral argument, regardless of whether any other
counsel in the matter set for hearing presents oral argument; or (3) counsel waives oral argument.
All notices of presentation or waiver of oral argument shall be filed and served in conformity with
Rules 5.12 and 5.2 of these Rules.

      (b)     If all parties to a matter set for hearing waive oral argument, the matter shall be
submitted for decision by the Panel on the basis of the papers filed.  If a party is not present when
a matter to be heard is called at the hearing, the matter shall not be rescheduled and that party's
position shall be treated as submitted for decision by the Panel on the basis of the papers filed,
unless otherwise ordered by the Panel.