**1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 21 2000

FILED
CLERK'S OFFICE

REQUEST FOR EXTENSION OF TIME FOR
FILING REPLY -- filed by Deft. Exxon Corp.
GRANTED TO DEFT. EXXON CORP. TO
AND INCLUDING DECEMBER 28, 2000
(12/21/00 - cdm)

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEADING NO. 37

| IN RE: | : | |
| --- | --- | --- |
| METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | : | MDL Docket No. 1358 |
| | : | |

**APPLICATION FOR EXTENSION OF TIME
TO FILE REPLY TO CERTAIN DEFENDANTS'
CONSOLIDATED RESPONSE TO ALL MOTIONS TO VACATE
THE FIRST CONDITIONAL TRANSFER ORDER (CTO-1) AND
PLAINTIFF'S RESPONSE TO MOTION TO VACATE
CONDITIONAL TRANSFER ORDER (CTO-1)**

Exxon Mobil Corporation, by counsel and pursuant to Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby files this Application for Extension of Time to File Reply to Certain Defendant's Consolidated Response to All Motions to Vacate the First Conditional Transfer Order (CTO-1) and Plaintiff's Response

**OFFICIAL FILE COPY**

1

IMAGED DEC 27 '00 *left voice message cdm 12/21/00*

to Motion to Vacate Conditional Transfer Order (CTO-1). The grounds upon which this Motion is based are set forth below.

1. On November 29, 2000, Exxon Mobil Corporation ("Exxon") filed a Motion to Vacate Conditional Transfer Order (CTO-1) Entered in MDL 1358 – In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation ("Motion to Vacate Conditional Transfer Order"). (Dkt. #31, 32)

2. Pursuant to Rule 7.2, Rules of Procedure of the Judicial Panel on Multidistrict Litigation, responses to Exxon's Motion to Vacate Conditional Transfer Order were due to be filed on December 19, 2000. According to the docket sheet, the following responses were filed:

    (1) Plaintiff's Response to Motion to Vacate Conditional Transfer Order (CTO-1) filed December 19, 2000. (Dkt. #34)[1]

    (2) Certain Defendants' Consolidated Response to All Motions to Vacate the First Conditional Transfer Order (CTO-1), filed December 20, 2000. (Dkt. #35)[2]

3. Consequently, pursuant to Rule 7.2, Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Exxon's Reply is due to be filed December 26, 2000.

---

[1] As of the filing of this Application for Extension of Time, Exxon still has not received a copy of Plaintiff's Response to Motion to Vacate Conditional Transfer Order (CTO-1).

[2] Certain Defendants' Consolidated Response to All Motions to Vacate the First Conditional Transfer Order (CTO-1) was filed after the expiration of the twenty day period for filing a response. See Rule 7.2. Therefore, the Response should be stricken and the Defendants should be deemed to have acquiesced to the action requested in Exxon's Motion to Vacate Conditional Transfer Order (CTO-1).

4. Exxon requests that the Court grant an extension to file its Reply until Friday, December 29, 2000, due to counsel's previously scheduled holiday vacation. The additional three days will allow Exxon's counsel to fully research and brief the issues necessary for the filing of the Reply. This extension will not prejudice the parties to this cause and will allow the Court adequate time to review the Reply Brief prior to the January 18, 2000, hearing.

WHEREFORE, Exxon respectfully requests that this Honorable Court grant an extension of time to file the Reply until December 29, 2000.

Respectfully submitted,

David B. Weinstein, Esq.
Florida Bar No.: 604410
Kimberly S. Mello, Esq.
Florida Bar No. 0002968
**BALES & WEINSTEIN, P.A.**
1715 N. Westshore Boulevard
Suite 190
Tampa, Florida 33607
Telephone: (813) 287-8777
Telecopier: (813) 287-1507

Attorneys for Defendant,
Exxon Mobil Corporation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 21 2000

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I HEREBY CERTIFY that Defendant, Exxon Mobil Corporation's, Application for Extension of Time to File Reply to Certain Defendants' Consolidated Response to all Motions to Vacate the First Conditional Transfer Order (CTO-1) and Plaintiff's response to Motion to Vacate Conditional Transfer Order (CTO-1) has been filed with the Clerk of the Panel, One Columbus Circle, NE, Thurgood Marshall Federal Judiciary Building, Room G-255, North Lobby, Washington, DC 20002, by Facsimile; on Nathan P. Eimer, and J. Andrew Langan by Facsimile; and on all remaining parties on the attached Panel Service List by U. S. Mail this 21st day of December, 2000.

David B. Weinstein

S:\Exxon\Young\Pleadings\AppExtendTimeReply.doc

**PANEL SERVICE LIST (EXCERPTED FROM CTO-1)**
**DOCKET NO. 1358**
**IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS**
**LIABILITY LITIGATION**

Elizabeth J. Cabraser
Lieff, Cabraser Heimann
    & Bernstein, L.L.P.
275 Battery Street, Suite 3000
San Francisco, CA 94111

Mitchell A. Toups
Weller, Green, McGown & Toups, L.L.P.
2615 Calder, Suite 400
PO Box 350
Beaumont, TX 77704

Joe R. Whatley
Whatley Drake, L.L.C.
505 North 20th Street
1100 Financial Center
Birmingham, AL 35203

Dan H. Ball
Thompson & Coburn, L.L.P.
One Firstar Plaza
St. Louis, MO 63101

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue, Suite 1776
Chicago, IL 60603

John E. Galvin
Sandberg, Phoenix & von Gontard
One City Center, Suite 1500
St. Louis, MO 63101

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, DC 20005

Jon Hinck
Lewis, Saul & Associates, P.C.
183 Middle Street, Suite 200
Portland, ME 04101

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Steven L. Leifer
Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mark G. O'Connor
Regional Counsel
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heights, NJ 07604

Kenneth Pasquale
Stroock, Stroock & Lavan, L.L.P.
180 Maiden Lane
New York, NY 10038

Robert H. Shulman
Howrey, Simon, Arnold & White, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Stephen M. Tillery
Carr, Korein, et al
Gateway One Building, Suite 300
701 Market Street
St. Louis, MO 63101

Richard E. Wallace
Wallace, King, Marraro & Branson
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007

Edward S. Weltman
Schneck, Weltman & Hashmall, L.L.P.
1285 Avenue of the Americas
New York, NY 10019

David B. Weinstein
Bales & Weinstein, P.A.
1715 N. Westshore Boulevard, Suite 190
Tampa, FL 33607