# MDL 1358

Before The Judicial Panel On Multidistrict Litigation

RE: MDL-1358 - In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

| | |
|---|---|
| THEODORE HOLTEN, et al., | UNITED STATES DISTRICT COURT |
| Plaintiffs, | DISTRICT OF NEW JERSEY |
| vs. | TRENTON DIVISION |
| CHEVRON U.S.A., INC., et al. | C.A. No. 3:00-4703 (AET) |
| Defendants. | |

## NOTICE OF OPPOSITION

**PLEASE TAKE NOTICE** that defendant, Cumberland Farms, Inc. in the above-captioned action, opposes the filing of the Conditional Transfer Order (CTO-2) entered by the Judicial Panel on Multidistrict Litigation on December 21, 2000, and opposes transferring the above action, under 28 U.S.C. §1407, to the Southern District of New York for coordinated or consolidated pre-trial proceedings.

Respectfully submitted,

ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, New Jersey 08033
(856) 795-2121
Attorneys for Defendant, Cumberland Farms, Inc.

By: _____
DEBRA S. ROSEN

DATED: January 4, 2001

818968-1

OFFICIAL FILE COPY
IMAGED JAN 5 '01

Before The Judicial Panel On Multidistrict Litigation

RE: MDL-1358 - In Re. Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

| | |
|---|---|
| THEODORE HOLTEN, et al., | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiffs, | TRENTON DIVISION |
| vs. | |
| CHEVRON U.S.A., INC., et al. | C.A. No. 3:00-4703 (AET) |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2001, I caused to be served a copy of the Notice of Opposition of defendant, Cumberland Farms, Inc., via facsimile and regular mail, postage prepaid, to those counsel noted on the Involved Counsel List (CTO-2), to the following addresses:

Nathan P. Eimer, Esquire
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL 60603

Peter Sacripanti, Esquire
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
Liaison Counsel for Defendants

Stuart J. Lieberman, Esquire
Lieberman & Blecher
31 Jefferson Plaza
Princeton, NJ 08540
Counsel for Holten Plaintiffs

Morris A. Ratner, Esquire
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY 10017
Liaison Counsel for Plaintiffs

Matthew S. Slowinski, Esquire
Slowinski Atkins, LLP
One Newark Center
Newark, NJ 07102
Counsel for Chevron U.S.A., Inc. and Gulf Oil Corporation

DEBRA S. ROSEN

DATED: January 4, 2001

818980-1