# MDL 1358

*JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

JAN -5 2001

DOCKET NO. 1358

FILED
CLERK'S OFFICE

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE:* METHYL-TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

**JOINT NOTICE OF OPPOSITION OF BOTH
PLAINTIFFS AND DEFENDANTS IN THE *HOLTEN* CASE
TO CONDITIONAL TRANSFER ORDER (CTO-2)**

PLEADING NO. 40

Pursuant to Panel Rule 7.4(c), the undersigned counsel hereby give notice that all parties involved in the case of *Holten v. Chevron U.S.A. Inc., et al.*, No. 3:00-4703 (D. N.J.), oppose the Conditional Transfer Order that the Clerk of the Panel entered in this matter on December 21, 2000 designated CTO-2.

In CTO-2, the Clerk gave notice of the proposed transfer of the *Holten* case to the Southern District of New York for consolidation with MDL 1358. All parties in *Holten* oppose that proposed transfer.

This notice is submitted jointly by counsel for the plaintiffs in *Holten* and counsel for two of the defendants in that case, Chevron U.S.A. Inc. and Gulf Oil Corporation. Counsel for the third remaining defendant, Cumberland Farms, Inc., has filed a separate notice stating the opposition of that defendant to CTO-2. Thus, all parties in the *Holten* case oppose the proposed transfer.

**OFFICIAL FILE COPY**

IMAGED JAN 8 '01

The Holten case is significantly different from the cases currently consolidated in MDL 1358. The proposed transfer of the Holten case to MDL 1358 would not fit within the statutory purposes of multidistrict litigation. It would not serve "the convenience of parties and witnesses" in Holten or the cases currently centralized in MDL 1358, nor would it "promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a).

The parties reserve the right to submit joint or separate motions to vacate CTO-2 with supporting briefs in accordance with Panel Rule 7.4(d) and to assert then the specific grounds for their opposition to CTO-2.

Dated: January 5, 2001

Respectfully submitted,

Joseph D. Gonzalez
Jeffrey A. White
LAW OFFICES OF MASRY & VITITOE
5707 Corsa Avenue, Second Floor
Westlake Village, California 91362
Phone: 818.991.8900
Fax: 818.991.6200

Attorneys for Plaintiffs

Richard E. Wallace, Jr.
Peter C. Condron
Steven C. Dubuc
WALLACE KING MARRARO & BRANSON PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
Telephone: 202-204-1000
Facsimile: 202-204-1001

Attorneys for Defendants Chevron U.S.A. Inc.
and Gulf Oil Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2001, I caused to be served a true and correct copy of the Joint Notice of Opposition of Both Plaintiffs and Defendants in the *Holten* Case to Conditional Transfer Order (CTO-2), via facsimile and regular mail, postage prepaid, to those counsel noted on the Involved Counsel List (CTO-2), to the following addresses:

> Debra Rosen, Esquire
> Archer & Greiner, P.C.
> One Centennial Square
> P.O. Box 3000
> Haddonfield, NJ 08033
> Counsel for Cumberland Farms, Inc. in *Holten*
>
> Nathan P. Eimer, Esquire
> Eimer, Stahl, Klevorn & Solberg
> 122 South Michigan Avenue
> Suite 1776
> Chicago, IL 60603
>
> Peter Sacripanti, Esquire
> McDermott, Will & Emery
> 50 Rockefeller Plaza
> New York, NY 10020-1605
> Liaison Counsel for Defendants in MDL 1358
>
> Morris A. Ratner, Esquire
> Lieff, Cabraser, Heimann & Bernstein
> 780 Third Avenue
> 48th Floor
> New York, NY 10017
> Liaison Counsel for Plaintiffs in MDL 1358

*[signature]*
Steven C. Dubuc