MDL DOCKET NO.  1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   DEC. 29, 2000

TO:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

*Defendant approves exclusion of [illegible handwriting]*

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

**X**

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

December 19, 2000
Date

Authorized Signature

*    *    *    *    *    *    *    *    *    *    *    *    *    *

**Party/Parties Represented (list even if waiving):**

Exxon Mobil Corporation

Name and Address of Attorney Designated to Present Oral Argument:

David B. Weinstein
Bales & Weinstein, P.A.
1715 North Westshore Boulevard, Suite 190
Tampa, FL  33607

**IMAGED  JAN 1 9 '01**

Telephone No.:  813-223-2206

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following:  Defendant, Exxon

Mobil's, Notice of Presentation or Waiver of Oral Argument, in MDL 1358 – *In re Methyl*

*Tertiary Butyl Ether ("MTBE") Products Liability Litigation* has been forwarded by FedEx USA

Airbill to the Clerk of the Panel, and furnished to all counsel listed on the attached PANEL

SERVICE LIST by U. S. Mail, this 19th day of December, 2000.

David B. Weinstein
Florida Bar No.:  604410
**BALES & WEINSTEIN, P.A.**
1715 . Westshore Boulevard, Suite 190
Tampa, Florida  33607
Telephone:  (813) 287-8777
Telecopier: (813) 287-1507
Attorneys for Defendant,
Exxon Mobil Corporation

**PANEL SERVICE LIST (EXCERPTED FROM CTO-1)**
**DOCKET NO. 1358**
**IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS**
**LIABILITY LITIGATION**

Elizabeth J. Cabraser
Lieff, Cabraser Heimann
    & Bernstein, L.L.P.
275 Battery Street, Suite 3000
San Francisco, CA  94111

Mitchell A. Toups
Weller, Green, McGown & Toups, L.L.P.
2615 Calder, Suite 400
PO Box 350
Beaumont, TX  77704

Joe R. Whatley
Whatley Drake, L.L.C.
505 North 20th Street
1100 Financial Center
Birmingham, AL  35203

Dan H. Ball
Thompson & Coburn, L.L.P.
One Firstar Plaza
St. Louis, MO  63101

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue, Suite 1776
Chicago, IL  60603

John E. Galvin
Sandberg, Phoenix & von Gontard
One City Center, Suite 1500
St. Louis, MO  63101

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, DC  20005

Jon Hinck
Lewis, Saul & Associates, P.C.
183 Middle Street, Suite 200
Portland, ME  04101

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Steven L. Leifer
Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

Mark G. O'Connor
Regional Counsel
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heights, NJ  07604

Kenneth Pasquale
Stroock, Stroock & Lavan, L.L.P.
180 Maiden Lane
New York, NY  10038

Robert H. Shulman
Howrey, Simon, Arnold & White, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

Stephen M. Tillery
Carr, Korein, et al
Gateway One Building, Suite 300
701 Market Street
St. Louis, MO  63101

Richard E. Wallace
Wallace, King, Marraro &  Branson
1050 Thomas Jefferson Street, N.W.
Washington, DC  20007

Edward S. Weltman
Schneck, Weltman & Hashmall, L.L.P.
1285 Avenue of the Americas
New York, NY  10019

MDL DOCKET NO. __1358__

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN __DEC. 29, 2000__

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

*(handwritten, top right)* ② *Defendants appear inclusion of Young and Sutter for... providing... S.D. Mis...*

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

⊠    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
     the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a
> motion or written response to a motion or order shall be permitted to appear before the Panel
> and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
> previously transferred actions.

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
        pursuant to Rule 16.2(b).

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
        ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
        designated attorney shall present oral argument at the Panel hearing on behalf of the designated
        party/parties pursuant to Rule 16.2.

_12/28/00_                              _____
Date                                    Authorized Signature

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

Party/Parties Represented (**list even if waiving**):

      Shell Oil Company, Equilon and Texaco, Inc.

Name and Address of Attorney Designated to Present Oral Argument:

      Stephen W. Jones, Esq. or Nicholas Heldt, Esq.

      (415) 781-7900

Telephone No.: _____

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE*
*SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF*
*SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

## <u>CERTIFICATE OF SERVICE</u>

I, Lin M. Petro, hereby certify that on December 28, 2000, I caused a true and correct copy of the **NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT** to be served by facsimile on the following counsel of record:  SEE SERVICE LIST ATTACHED.

LIN M. PETRO

# SEDGWICK,
# DETERT, MORAN
# & ARNOLD

## TELECOMMUNICATIONS COVER PAGE

**DATE:** DECEMBER 28, 2000          **TIME:**

THE FOLLOWING DOCUMENT, INCLUDING THIS COVER PAGE, IS __11__ PAGES.

IF ANY PORTION OF THE FOLLOWING DOCUMENT IS ILLEGIBLE OR MISSING, PLEASE CALL THE
TELECOMMUNICATIONS OPERATOR LISTED BELOW AS SOON AS POSSIBLE.

THIS DOCUMENT IS FROM:
NAME: Lin Petro for Stephen W. Jones

CASE NAME: MDL DOCKET NO. 1358          OPERATOR'S FACSIMILE NUMBER: (415) 781-2635
(BERISHA)

OUR FILE NUMBER: 1635-85151          OPERATOR'S TELEPHONE NUMBER: (415) 781-7900, x2161

### PRIVILEGE AND CONFIDENTIALITY NOTICE
The information in this facsimile is intended for the named recipients only. It may contain privileged and confidential matter. If you
have received this facsimile in error, please notify us immediately by a collect call to (415) 781-7900 and return the original to the
sender by mail. We will reimburse you for postage. Do not disclose the contents to anyone. Thank you.

PLEASE DELIVER IMMEDIATELY TO THE FOLLOWING PARTIES:

| NAME | FAX NO. | PHONE NO. |
|---|---|---|
| SEE ATTACHED LIST, INCLUDING FAX NUMBERS | SEE ATTACHED LIST | SEE ATTACHED LIST |

Message:

One Embarcadero Center, 16th Floor, San Francisco, California  94111-3628

| LOS ANGELES | ORANGE COUNTY | CHICAGO | NEW YORK | LONDON | ZURICH |
|---|---|---|---|---|---|
| (213) 426-6900 | (714) 852-8200 | (312) 641-9050 | (212) 422-0202 | (020) 7929-1829 | (01) 201-1730 |

ENV-SF/54672

SERVICE LIST

*Attorneys for Plaintiffs*

Morris A. Ratner (By Facsimile and First Class Mail)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue
48th Floor
New York, NY  10017-2024
Tel:  212-355-9500
Fax:  212-355-9592
mratner@lchb.com

*Attorneys for Defendants:*

**Amerada Hess Corporation**

Robert H. Shulman (By First Class Mail)
Mindy G. Davis
HOWREY SIMON ARNOLD & WHITE
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel:  202-783-0800
Fax:  202-383-6610
shulmanr@howrey.com
davism@howrey.com

Christopher S. Colman (By First Class Mail)
Associate General Counsel
AMERADA HESS CORPORATION
One Hess Plaza
Woodbridge, NJ  07095
Tel:  732-750-6535
Fax:  732-750-6944
ccolman@hess.com

**Chevron USA, Inc.**

Richard E. Wallace, Jr.
Peter C. Condron
WALLACE KING MARRARO & BRANSON
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
Tel: 202-204-1000
Fax: 202-204-1001
rwallace@wallaceking.com
pcondron@walaceking.com

Dan H. Ball (By First Class Mail)
THOMPSON COBURN LLP
One Firstar Plaza
Suite 3300
St. Louis, MO 63101
Tel: 314-552-6000
Fax: 314-552-7000
dball@thompsoncoburn.com
rwuller@thompsoncoburn.com

**CITGO Petroleum Corporation**

Nathan P. Eimer (By First Class Mail)
Pamela R. Hanebutt
Lisa S. Meyer
EIMER STAHL KLEVORN & SOLBERG
122 South Michigan Avenue
Suite 1776
Chicago, Illinois 60603
Tel: 312-660-7600
Fax: 312-692-1718
neimer@eimerstahl.com
phanebutt@eimerstahl.com
lmeyer@eimerstahl.com

**BP Amoco Corporation**

Richard C. Godfrey (By First Class Mail)
J. Andrew Langan
Mark S. Lillie
KIRKLAND & ELLIS
200 East Randolp Drive
Chicago, IL 60602
Tel: 312-861-2000
Fax: 312-861-2200
richard_godfrey@chicago,kirkland.com
andrew_langan@chicago.kirkland.com
mark_lillie@chicago.kirkland.com

**Coastal Corporation**

Robert H. Shulman (By First Class Mail)
Mindy G. Davis
HOWREY SIMON ARNOLD & WHITE
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel:  202-783-0800
Fax:  202-383-6610
shulmanr@howrey.com
davism@howrey.com

**Coastal Oil New York, Inc.**

Mark O'Connor (By First Class Mail)
COASTAL OIL NEW YORK, INC.
P.O. Box 818
611 Route 46 West
Tel:  201-393-4918
Fax:  201-393-4565

Mindy G. Davis (By First Class Mail)
Brent H. Allen
HOWREY SIMON ARNOLD & WHITE
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Tel:  202-783-0800
Fax:  202-383-6610
davism@howrey.com
allenb@howrey.com

**Conoco, Inc.**

Dan H. Ball (By First Class Mail)
Edward Cohen
Roman Wuller
THOMPSON COBURN LLP
One Firstar Plaza, Suite 3300
St. Louis, MO  63101
Tel:  314-552-6000
Fax:  314-552-7000
dball@thompsoncoburn.com
ecohen@thompsoncoburn.com
rwuller@thompsoncoburn.com

**Mobil Oil Corporation**

**Exxon Corporation**

Richard E. Wallace, Jr.
WALLACE KING MARRARO & BRANSON
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
Tel:  202-204-1000
Fax:  202-204-1001
rwallace@wallaceking.com
pcondron@wallaceking.com

Peter Sacripanti (By First Class Mail)
MCDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, NY  10020-1605
Tel:  212-547-5400
Fax  212-547-5444
psacripanti@mwe.com

*Co-Counsel*

**Motiva Enterprises, LLC**

Richard E. Wallace, Jr.
Peter C. Condron
WALLACE KING MARRARO & BRANSON
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
Tel:  202-204-1000
Fax:  202-204-1001
rwallace@wallaceking.com
pcondron@wallaceking.com

Peter Sacripanti (By First Class Mail)
MCDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, NY  10020-1605
Tel:  212-547-5400
Fax  212-547-5444
psacripanti@mwe.com

**Phillips Petroleum Company**

John E. Galvin (By First Class Mail)
Lyndon Sommer
SANDBERG, PHOENIX & VON GONTARD
One City Centre
15th Floor
515 North Sixth Street
St. Louis, MO  63101-1880
Tel:  314-231-3332
Fax:  314-241-7604
jeg@spvg.com

**Shell Oil Products Company**

Richard E. Wallace, Jr.
Peter C. Condron
WALLACE KING MARRARO & BRANSON
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
Tel:  202-204-1000
Fax:  202-204-1001
rwallace@wallaceking.com
pcondron@wallaceking.com

John E. Galvin (By First Class Mail)
SANDBERG, PHOENIX & VON GONTARD
One City Center, 15th Floor
515 North Sixth Street
St. Louis, MO  63101-1880
Tel: 314-231-3332
Fax: 314-241-7604
jeg@spvg.com

Co-Counsel

**Sunoco Inc.**

John S. Guttmann (By First Class Mail)
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W.
Suite 700
Washington, D.C. 20005
Tel: 202-789-6020
Fax: 202-789-6190
jguttmann@bdlaw.com

Sy Gruza (By First Class Mail)
Heather Andrade
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue
15th Floor
New York, NY 10022-5802
Tel: 212-702-5400
Fax: 212-702-5450
sgruza@bdlaw.com
handrade@bdlaw.com

**Texaco Inc.**

Richard E. Wallace, Jr.
Peter C. Condron
WALLACE KING MARRARO & BRANSON
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
Tel: 202-204-1000
Fax: 202-204-1001
rwallace@wallaceking.com
pcondron@wallaceking.com

Sharon Dutch (By First Class Mail)
SEDGWICK DETERT MORAN & ARNOLD
125 Broad Street, 39th Floor
New York, NY 10004-2400
Tel: 212-422-0202
Fax: 212-422-0925

Co-
Counsel

| Texaco Refining and Marketing, Inc. | Richard E. Wallace, Jr.<br>Peter C. Condron<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| --- | --- |
| | Sharon Dutch (By First Class Mail)<br>SEDGWICK DETERT MORAN & ARNOLD<br>125 Broad Street, 39th Floor<br>New York, NY  10004-2400<br>Tel:  212-422-0202<br>Fax:  212-422-0925 |
| Tosco Corporation | Melvin A. Brosterman (By First Class Mail)<br>Kenneth Pasquale<br>Christine Fitzgerald<br>STROOCK, STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>Tel:  212-806-5400<br>Fax:  212-806-6006<br>mbrosterman@stroock.com<br>kpasquale@stroock.com<br>cfitzgerald@stroock.com |
| United Refining Corp. | Edward S. Weltman (By First Class Mail)<br>Jonathan Price<br>Christopher J. Garvey<br>SCHNECK WELTMAN & HASHMALL<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Tel: 212-956-1500<br>Fax: 212-956-3252<br>eweltman@swhllp.com<br>jprice@swhllp.com<br>cgarvey@swhllp.com |

Co counsel

**Valero Marketing and Supply Co.**

Kenneth M. Bialo (By First Class Mail)
Matthew McCoy

BAKER BOTTS LLP
599 Lexington Avenue
New York, NY  10022-6030
Tel:  212-705-5025
Fax:  212-705-5125
kbialo@bakerbotts.com
sconti@bakerbotts.com

Steven L. Leifer (By First Class Mail)
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400
Tel:  202-639-7723
Fax:  202-585-1040
sleifer@bakerbotts.com

MDL DOCKET NO.  1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN  **DEC. 29, 2000**

TO:    Clerk of the Panel
       Judicial Panel on Multidistrict Litigation
       One Columbus Circle, NE
       Thurgood Marshall Federal Judiciary Building
       Room G-255, North Lobby
       Washington, DC  20002-8004



## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

___X___    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

_____12/28/00_____                         _Morris A. Ratner_/px
        Date                                   Authorized Signature
                                               Morris A. Ratner, Esq.

*    *    *    *    *    *    *         *    *    *    *    *    *    *    *

Party/Parties Represented (**list even if waiving**):    *Young*, Plaintiffs' Counsel

--Rebecca Young, Plaintiff

Name and Address of Attorney Designated to Present Oral Argument:
   Morris A. Ratner, Esq.
   Lieff, Cabraser, Heimann & Bernstein
   780 Third Avenue, 48th Floor
   New York, NY 10017-2024

Telephone No.: _____(212) 355-9500_____

**ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LISTED MUST BE ATTACHED TO THIS HEARING APPEARANCE.***
                                                        JMPL Form 9 (3/00)

### *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
### MDL No. 1358
### Master File C.A. No. 1:00-1898 (SAS)

| *Attorneys for Plaintiffs* | |
|---|---|
| **Berisha** | Lewis J. Saul, Esq.<br>LEWIS SAUL & ASSOCIATES, P.C.<br>501 Wisconsin Avenue, N.W., Suite 550<br>Washington, D.C.  20015<br>Tel:  202-364-9700<br>Tel:  800-747-5342<br>Fax: 202-364-9701<br>lsaul@lewissaul.com |
| | Jon Hinck, Esq.<br>LEWIS SAUL & ASSOCIATES, P.C.<br>183 Middle Street, Suite 200<br>Portland, ME  04101<br>Tel:  207-874-7407<br>Tel:  888-747-5342<br>Fax: 207-874-4930<br>jhinck@lewissaul.com |
| | Mitchell M. Breit, Esq.<br>WEITZ & LUXENBERG, P.C.<br>180 Maiden Lane, 17th Floor<br>New York, NY  10083<br>Tel:  212-558-5500<br>Fax: 212-344-5461<br>mbreit@weitzlux.com |

***In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation***
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS***)***

| | |
|---|---|
| **Young** | Elizabeth J. Cabraser, Esq.<br>Morris A. Ratner, Esq.<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, LLP<br>780 Third Avenue<br>48th Floor<br>New York, NY  10017-2024<br>Tel:  212-355-9500<br>Fax: 212-355-9592<br>ecabraser@lchb.com<br>mratner@lchb.com |
| | Joe R. Whatley, Jr., Esq.<br>WHATLEY DRAKE, L.L.C.<br>1100 Financial Center<br>505 North 20th Street<br>Birmingham, AL  35203-2605<br>Tel:  205-328-9576<br>Fax: 205-328-9669<br>jwhatley@whatleydrake.com |
| **England** | Stephen M. Tillery, Esq.<br>Steven A. Katz, Esq.<br>CARR, KOREIN, TILLERY, et al.<br>#10 Executive Woods Court<br>Belleville, IL  62226<br>Tel:  618-277-1180<br>Fax: 618-277-9840<br>stillery@legal-matters.com<br>katzman001@worldnet.att.net |

**_In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation_**
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

|  | Scott Summy, Esq.<br>COOPER & SCULLY, PC<br>900 Jackson Street, Suite 100<br>Dallas, TX  75202<br>Tel:  214-712-9300<br>Fax:  214-712-9540<br>ssummy@cooperscully.com<br>cevangel@cooperscully.com |
|---|---|
| **Sutton Farms** | D. Michael Campbell, Esq.<br>Gregory L. Denes, Esq.<br>Scott D. McKay, Esq.<br>CAMPBELL & DENES<br>6100 Southwest 76th Street<br>Miami, FL  33143-5002<br>Tel:  305-666-3820<br>Fax:  305-666-8430<br>mcampbell@campbelllaw.com<br>gdenes@campbelllaw.com<br>smckay@campbelllaw.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| *Attorneys for Defendants* | |
|---|---|
| **Amerada Hess Corporation** | Robert H. Shulman, Esq.<br>Mindy G. Davis, Esq.<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.   20006<br>Tel:  202-783-0800<br>Fax: 202-383-6610<br>shulmanr@howrey.com<br>davism@howrey.com |
| | Christopher S. Colman, Esq.<br>Associate General Counsel<br>AMERADA HESS CORPORATION<br>One Hess Plaza<br>Woodbridge, NJ  07095<br>Tel:  732-750-6535<br>Fax: 732-750-6944<br>ccolman@hess.com |

040.mtb

- 4 -

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| **BP Amoco Corporation** | Richard C. Godfrey, Esq.<br>J. Andrew Langan, Esq.<br>Mark S. Lillie, Esq.<br>KIRKLAND & ELLIS<br>200 East Randolph Drive<br>Chicago, IL  60602<br>Tel:  312-861-2000<br>Fax: 312-861-2200<br>richard_godfrey@chicago.kirkland.com<br>andrew_langan@chicago.kirkland.com<br>mark_lillie@chicago.kirkland.com |
| **Chevron USA, Inc.** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@walaceking.com |
| | Dan H. Ball, Esq.<br>THOMPSON COBURN LLP<br>One Firstar Plaza<br>Suite 3300<br>St. Louis, MO  63101<br>Tel:  314-552-6000<br>Fax:  314-552-7000<br>dball@thompsoncoburn.com<br>rwuller@thompsoncoburn.com |

### *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
### MDL No. 1358
### Master File C.A. No. 1:00-1898 (SAS)

| | |
|---|---|
| **CITGO Petroleum Corporation** | Nathan P. Eimer, Esq.<br>Pamela R. Hanebutt, Esq.<br>Lisa S. Meyer, Esq.<br>EIMER STAHL KLEVORN & SOLBERG<br>122 South Michigan Avenue<br>Suite 1776<br>Chicago, Illinois  60603<br>Tel:  312-660-7600<br>Fax: 312-692-1718<br>neimer@eimerstahl.com<br>phanebutt@eimerstahl.com<br>lmeyer@eimerstahl.com |
| **Coastal Corporation** | Robert H. Shulman, Esq.<br>Mindy G. Davis, Esq.<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>Tel:  202-783-0800<br>Fax: 202-383-6610<br>shulmanr@howrey.com<br>davism@howrey.com |
| **Coastal Oil New York, Inc.** | Mark O'Connor, Esq.<br>COASTAL OIL NEW YORK, INC.<br>P.O. Box 818<br>611 Route 46 West<br>Hasbrouck Heights, New Jersey 07604<br>Tel:  201-393-4918<br>Fax: 201-393-4565<br>mark.o'connor@coastalcorp.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS*)***

| | |
|---|---|
| | Mindy G. Davis, Esq.<br>Brent H. Allen, Esq.<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel: 202-783-0800<br>Fax: 202-383-6610<br>davism@howrey.com<br>allenb@howrey.com |
| **Conoco, Inc.** | Dan H. Ball, Esq.<br>Edward Cohen, Esq.<br>Roman Wuller, Esq.<br>THOMPSON COBURN LLP<br>One Firstar Plaza, Suite 3300<br>St. Louis, MO 63101<br>Tel: 314-552-6000<br>Fax: 314-552-7000<br>dball@thompsoncoburn.com<br>ecohen@thompsoncoburn.com<br>rwuller@thompsoncoburn.com |
| **Equilon Enterprises, LLC** | Richard E. Wallace, Jr., Esq.<br>Anthony F. King, Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>aking@wallaceking.com<br>pcondron@wallaceking.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| Exxon Corporation | Richard E. Wallace Jr., Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com |
|---|---|
| | Peter Sacripanti, Esq.<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>Tel:  212-547-5400<br>Fax  212-547-5444<br>psacripanti@mwe.com |
| Mobil Oil Corporation | Richard E. Wallace, Jr., Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | Peter Sacripanti, Esq.<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>Tel:  212-547-5400<br>Fax  212-547-5444<br>psacripanti@mwe.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

| | |
|---|---|
| **Motiva Enterprises, LLC** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | Peter Sacripanti, Esq.<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>Tel:  212-547-5400<br>Fax  212-547-5444<br>psacripanti@mwe.com |
| **Phillips Petroleum Company** | John E. Galvin, Esq.<br>Lyndon Sommer, Esq.<br>SANDBERG, PHOENIX & VON GONTARD<br>One City Centre<br>15th Floor<br>515 North Sixth Street<br>St. Louis, MO  63101-1880<br>Tel:  314-231-3332<br>Fax:  314-241-7604<br>jeg@spvg.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
### MDL No. 1358
### Master File C.A. No. 1:00-1898 (SAS)

| | |
|---|---|
| **Shell Oil Products Company** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | John E. Galvin, Esq.<br>SANDBERG, PHOENIX & VON GONTARD<br>One City Center, 15th Floor<br>515 North Sixth Street<br>St. Louis, MO  63101-1880<br>Tel: 314-231-3332<br>Fax:  314-241-7604<br>jeg@spvg.com |
| **Sunoco Inc.** | John S. Guttmann, Esq.<br>BEVERIDGE & DIAMOND, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, D.C.  20005<br>Tel:  202-789-6020<br>Fax: 202-789-6190<br>jguttmann@bdlaw.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| | Sy Gruza, Esq.<br>Heather Andrade, Esq.<br>BEVERIDGE & DIAMOND, P.C.<br>477 Madison Avenue<br>15th Floor<br>New York, NY  10022-5802<br>Tel:  212-702-5400<br>Fax:  212-702-5450<br>sgruza@bdlaw.com<br>handrade@bdlaw.com |
| **Texaco Inc.** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | Sharon Dutch, Esq.<br>SEDGWICK DETERT MORAN & ARNOLD<br>125 Broad Street, 39th Floor<br>New York, NY  10004-2400<br>Tel:  212-422-0202<br>Fax:  212-422-0925<br>sharondutch@sdma.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

| | |
|---|---|
| **Tosco Corporation** | Melvin A. Brosterman, Esq.<br>Kenneth Pasquale, Esq.<br>Christine Fitzgerald, Esq.<br>STROOCK, STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>Tel:  212-806-5400<br>Fax:  212-806-6006<br>mbrosterman@stroock.com<br>kpasquale@stroock.com<br>cfitzgerald@stroock.com |
| **United Refining Corp.** | Edward S. Weltman, Esq.<br>Jonathan Price, Esq.<br>Christopher J. Garvey, Esq.<br>SCHNECK WELTMAN & HASHMALL<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Tel: 212-956-1500<br>Fax: 212-956-3252<br>eweltman@swhllp.com<br>jprice@swhllp.com<br>cgarvey@swhllp.com |
| **Valero Marketing and Supply Co.** | Kenneth M. Bialo, Esq.<br>Matthew McCoy, Esq.<br>BAKER BOTTS LLP<br>599 Lexington Avenue<br>New York, NY  10022-6030<br>Tel:  212-705-5025<br>Fax:  212-705-5125<br>kbialo@bakerbotts.com<br>sconti@bakerbotts.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

|  | Steven L. Leifer, Esq.<br>BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2400<br>Tel:  202-639-7723<br>Fax:  202-585-1040<br>sleifer@bakerbotts.com |
|---|---|

040.mtb