MDL DOCKET NO. _1358_

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN__DEC. 29, 2000_

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b)

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

_12/23/00_
Date

_____
Authorized Signature

*     *     *     *     *     *     *     *     *     *     *     *     *

Party/Parties Represented **(list even if waiving)**:

    Sutton Farms (USA) Inc.

Name and Address of Attorney Designated to Present Oral Argument:

    D. Michael Campbell
    CAMPBELL &DENES
    6100 SW 76 Street
    Miami, FL   33143

**IMAGED JAN 1 9 '01**

Telephone No.: _(305) 666-3820_

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

**MDL DOCKET NO. 1358**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**PANEL ATTORNEY SERVICE LIST**

<u>**ATTORNEY – FIRM**</u>

**Ball, Dan H.**
Thompson Coburn, L.L.P.
One Firestar Plaza
St. Louis, MO   63101

**Eimer, Nathan P.**
Eimer, Stahl, Klevorn, & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL  60603

**Galvin, John E.**
Sandberg,  Phoenix & Von Gontard
One City Centre
Suite 1500
St. Louis,  MO  63101

**Guttman,  John S.**
Beveridge & Diamond,  P.C.
1350 I Street, N.W.
Suite 700
Washington,  DC  20005

**Hinck, Jon**
Lewis, Saul, & Associates, P.C.
183 Middle Street
Suite 200
Portland, ME   04101

**Langan, J. Andrew**
Kirkland & Ellis
200 East Randolph Drive
Chicago,  IL  60601

**Leifer,  Steven L.**
Baker Botts, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

**O'Connor, Mark G.**
Regional Counsel
Coastal Oil New York, Inc.
611 Rt. 46 West
Harsbrouck Heights, NJ 07604

**Pasquale, Kenneth**
Stroock, Stroock & Lavan, L.L.P
180 Maiden Lane
New York, NY 10036

**Shulman, Robert H.**
Howrey, Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

**Tillery, Stephen M.**
Carr, Korein, et. al.
Gateway One Building
Suite 300
701 Market Street
St. Louis, MO 63101

**Wallace, Richard E. Jr.**
Wallace, King, Marrero
 & Branson, P.L.L.C.
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007

**Weinstein, David B.**
Bales & Weinstein, P.A.
1715 N. Westshore Boulevard
Suite 190
Tampa, FL 33607

**Weltman, Edward S.**
Schneck, Weltman & Hashmall, LLP
1285 Avenue of the Americas
3rd Floor
New York, NY 10019

MDL DOCKET NO. __1358__

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN___ **DEC. 29, 2000**___

TO:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a
> motion or written response to a motion or order shall be permitted to appear before the Panel
> and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
> previously transferred actions.

X    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.2(b).

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing on behalf of the designated
party/parties pursuant to Rule 16.2.

__12/21/00__                              _Jean Avil Fay_
Date                                 Authorized Signature
                                  J. Andrew Langan

*    *    *    *    *    *    *    *    *    *    *    *    *    *

Party/Parties Represented (**list even if waiving**):

        BP Amoco Corporation
        Amoco Oil Company
        Atlantic Richfield Co.

Name and Address of Attorney Designated to Present Oral Argument:

        J. Andrew Langan, Esq.
        Kirkland & Ellis
        200 East Randolph Drive
        Chicago, IL   60601

Telephone No.: __312-861-2064__

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL Docket No. 1358 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT OF DEFENDANTS BP

AMOCO CORPORATION, AMOCO OIL COMPANY and ATLANTIC RICHFIELD

COMPANY, to be served, by first class mail, upon all counsel on the attached Service List this

27th day of December 2000.

J. Andrew Langan

RECEIVED CLERK'S OFFICE  2000 DEC 28 A 10 24  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**In re:  Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation**

MDL Docket No. 1358

## SERVICE LIST

Court

The Honorable Shira A. Scheindlin
United States District Judge
United States District Court for
  the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1050
New York, New York  10007-1312

**Counsel for Plaintiffs:**

Jon Hinck
Lewis Saul & Associates, P.C.
183 Middle St., Suite 200
Portland, ME 04101

Morris A. Ratner
LIEFF, CABRASER, HEIMANN
  & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024

1358panelservicelist1227.wpd

Stephen M. Tillery
Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy, Cates,
    Katz & Glass
10 Executive Woods Court
Swansea, IL  62226

Scott McKay
Campbell & Denes
6100 Southwest 76th Street
Miami, Florida 33143-5002

**Attorneys for Defendants:**

John S. Guttmann
Beveridge & Diamond
1350 I Street, N.W., Suite 700
Washington, D.C.  20005-3311

Mark O'Connor
Coastal Corporation
P.O. Box 818
611 Route 46 West
Hasbrouck Heights, NJ  07604

Dan H. Ball
Edward Cohen
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO  63101

Nathan P. Eimer
Eimer Stahl Klevorn & Solberg
122 South Michigan Avenue, Suite 1776
Chicago, IL  60603
Counsel for:  Citgo Petroleum Company

Robert H. Shulman
Mindy G. Davis
Howrey, Simon, Arnold & White
1299 Pennsylvania Avenue, NW
Washington, D.C.  20005

John Galvin
Lyndon Sommer
Sandberg Phoenix & Von Gontard
One City Centre, 15th Floor
515 North Sixth Street
St. Louis, MO  63101-1880

Edward S. Weltman
Christopher J. Garvey
Schneck Weltman & Hashmall, LLP
1285 Avenue of the Americas
New York, NY  10019

Kenneth Pasquale
Stroock Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038-4982
Counsel for:  Tosco Corporation

Richard E. Wallace, Jr.
Peter C. Condron
Wallace King, Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007

David B. Weinstein
Bales & Weinstein, P.A.
1715 N. Westshore Blvd.
Suite 190
Tampa, FL  33607

MDL DOCKET NO.  1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   **DEC. 29, 2000**

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a
> motion or written response to a motion or order shall be permitted to appear before the Panel
> and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
> previously transferred actions.

X   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.2(b).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing on behalf of the designated
party/parties pursuant to Rule 16.2.

_12/12/00_                                      _____
     Date                                        Authorized Signature

*     *     *     *     *     *     *     *     *     *     *     *     *     *

Party/Parties Represented (**list even if waiving**):

PHILLIPS PETROLEUM

Name and Address of Attorney Designated to Present Oral Argument:

Telephone No.:  _314-231-3332_

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

Certificate of Service

    The undersigned certifies that a copy of the foregoing was sent by United States mail, postage pre-paid, this 19th day of December, 2000, to the following counsel of record:


Attorneys for Plaintiffs

Berisha                                   Lewis J. Saul, Esq.
                                          LEWIS SAUL & ASSOCIATES, P.C.
                                          501 Wisconsin Avenue, N.W., Suite 550
                                          Washington, D.C.  20015
                                          202-364-9700
                                          800-747-5342
                                          202-364-9701 (fax)
                                          lsaul@lewissaul.com

                                          John Hinck, Esq.
                                          LEWIS SAUL & ASSOCIATES, P.C.
                                          183 Middle Street, Suite 200
                                          Portland, ME  04101
                                          207-874-7407
                                          888-747-5342
                                          207-874-4930 (fax)
                                          jhinck@lewissaul.com

                                          Mitchell M. Breit, Esq.
                                          WEITZ & LUXENBERG, P.C.
                                          180 Maiden Lane, 17th Floor
                                          New York, NY  10083
                                          212-558-5500
                                          212-344-5461 (fax)
                                          mbreit@weitzlux.com

Young

Elizabeth J. Cabraser, Esq.
Morris A. Ratner, Esq.
LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
212-355-9500
212-355-9592 (fax)
ecabraser@lchb.com
mratner@lchb.com

Joe R. Whatley, Jr., Esq.
WHATLEY DRAKE, L.L.C.
1100 Financial Center
505 North 20th Street
Birmingham, AL 35203-2605
205-328-9576
205-328-9669 (fax)
jwhatley@whatleydrake.com

Dennis C. Riech
REICH & BINSTOCK
4265 San Felipe, Suite 1000
Houston, TX 77027
713-622-7271
713-623-8724 (fax)
dreich@reichandbinstock.com

England

Stephen M. Tillery, Esq.
Steven A. Katz, Esq.
CARR, KOREIN, TILLERY, et al.
#10 Executive Woods Court
Belleville, IL 62226
618-277-1180
618-277-9840 (fax)
stillery@legal-matters.com
katzman001@worldnet.att.net

Scott Summy, Esq.
COOPER & SCULLY, PC
900 Jackson Street, Suite 100
Dallas, TX 75202
214-712-9300
214-712-9540 (fax)
ssummy@cooperscully.com
cevangel@cooperscully.com

Sutton Farms

D. Michael Campbell, Esq.
Gregory L. Denes, Esq.
Scott D. McKay, Esq.
CAMPBELL & DENES
6100 Southwest 76th Street
Miami, FL  33143-5002
305-666-3820
305-666-8430 (fax)
mcampbell@campbelllaw.com
cdenes@campbelllaw.com
smckay@campbelllaw.com

## Attorneys for Defendants

Amerada Hess Corporation

Robert H. Shulman, Esq.
Mindy G. Davis, Esq.
HOWREY SIMON ARNOLD & WHITE
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
202-783-0800
202-383-6610 (fax)
shulmanr@howrey.com
davism@howrey.com

Christopher S. Colman, Esq.
Associate General Counsel
AMERADA HESS CORPORATION
One Hess Plaza
Woodbridge, NJ  07095
732-750-6535
732-750-6944 (fax)
ccolman@hess.com

BP Amoco Corporation

Richard C. Godfrey, Esq.
J. Andrew Langan, Esq.
Mark S. Lillie, Esq.
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL  60602
312-861-2000
312-861-2200 (fax)
richard_godfrey@chicago.kirkland.com
andrew_langan@chicago.kirkland.com
mark_lillie@chicago.kirkland.com

Chevron USA, Inc.

Richard E. Wallace, Jr., Esq.
Peter C. Condron, Esq.
WALLACE KING MARRARO & BRANSON
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
202-204-1000
202-204-1001 (fax)
rwallace@wallaceking.com
pcondron@wallaceking.com

Dan H. Ball, Esq.
Roman Wuller, Esq.
THOMPSON COBURN LLP
One Firstar Plaza, Suite 3300
St. Louis, MO 63101
314-552-6000
314-552-7000 (fax)
dball@thompsoncoburn.com
rwuller@thompsoncoburn.com

CITGO Petroleum Corporation

Nathan P. Eimer, Esq.
Pamela R. Hanebutt, Esq.
Lisa S. Meyer, Esq.
EIMER STAHL KLEVORN & SOLBERG
122 South Michigan Avenue, Suite 1776
Chicago, IL 60603
312-660-7600
312-692-1718 (fax)
neimer@eimerstahl.com
phanebutt@eimerstahl.com
lmeyer@eimerstahl.com

Coastal Corporation

Robert H. Shulman, Esq.
Mindy G. Davis, Esq.
HOWREY SIMON ARNOLD & WHITE
1299 Pennsylvania Avenue, N.W.
Washington, D.C.
202-783-0800
202-383-6610 (fax)
shulmanr@howrey.com
davism@howrey.com

Coastal Oil New York, Inc.

Mark O'Connor, Esq.
COASTAL OIL NEW YORK, INC.
P.O. Box 818
611 Route 46 West
Hasbrouck Heights, NJ 07604
201-393-4918
201-393-4565 (fax)
mark.o'connor@coastalcorp.com

Mindy G. Davis, Esq.
Brent H. Allen, Esq.
HOWREY SIMON ARNOLD & WHITE
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
202-783-0800
202-383-6610 (fax)
davism@howrey.com
allenbrent@howrey.com

Conoco, Inc.

Dan H. Ball, Esq.
Edward Cohen, Esq.
Roman Wuller, Esq.
THOMPSON COBURN LLP
One Firstar Plaza, Suite 3300
St. Louis, MO 63101
314-552-6000
314-552-7000 (fax)
dball@thompsoncoburn.com
ecohen@thompsoncoburn.com
rwuller@thompsoncoburn.com

Equilon Enterprises, LLC

Richard E. Wallace, Jr., Esq.
Anthony F. King, Esq.
Peter C. Condron, Esq.
WALLACE KING MARRARO & BRANSON
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
202-204-1000
202-204-1001 (fax)
rwallace@wallaceking.com
aking@wallaceking.com
pcondron@wallaceking.com

Exxon Corporation                    Richard E. Wallace, Jr., Esq.
                                     WALLACE KING MARRARO & BRANSON
                                     1050 Thomas Jefferson Street, N.W.
                                     Washington, D.C.  20007
                                     202-204-1000
                                     202-204-1001 (fax)
                                     rwallace@wallaceking.com

                                     Peter Sacripanti, Esq.
                                     McDERMOTT, WILL & EMERY
                                     50 Rockefeller Plaza
                                     New York, NY  10020-1605
                                     212-547-5400
                                     212-547-5444 (fax)
                                     psacripanti@mwe.com

Mobil Oil Corporation                Richard E. Wallace, Jr., Esq.
                                     WALLACE KING MARRARO & BRANSON
                                     1050 Thomas Jefferson Street, N.W.
                                     Washington, D.C.  20007
                                     202-204-1000
                                     202-204-1001 (fax)
                                     rwallace@wallaceking.com

                                     Peter Sacripanti, Esq.
                                     McDERMOTT, WILL & EMERY
                                     50 Rockefeller Plaza
                                     New York, NY  10020-1605
                                     212-547-5400
                                     212-547-5444 (fax)
                                     psacripanti@mwe.com

Motiva Enterprises, LLC

Richard E. Wallace, Jr., Esq.
Peter C. Condron, Esq.
WALLACE KING MARRARO & BRANSON
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
202-204-1000
202-204-1001 (fax)
rwallace@wallaceking.com
pcondron@wallaceking.com

Peter Sacripanti, Esq.
McDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, NY  10020-1605
212-547-5400
212-547-5444 (fax)
psacripanti@mwe.com

Shell Oil Products Company

Richard E. Wallace, Jr., Esq.
WALLACE KING MARRARO & BRANSON
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
202-204-1000
202-204-1001 (fax)
rwallace@wallaceking.com

Sunoco, Inc.

John S. Guttmann, Esq.
BEVERIDGE & DIAMOND, P.C.
1350 I Street, N.W.
Suite 700
Washington, D.C.  20005
202-789-6020
202-789-6190 (fax)
jguttmann@bdlaw.com

Sy Gruza, Esq.
Heather Andrade, Esq.
477 Madison Avenue, 15th Floor
New York, NY  10022-5802
212-702-5400
212-702-5450 (fax)
sgruza@bdlaw.com
handrade@bdlaw.com

| | |
|---|---|
| Texaco, Inc. | Richard E. Wallace, Jr., Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>202-204-1000<br>202-204-1001 (fax)<br>rwallace@wallaceking.com<br><br>Sharon Dutch, Esq.<br>SEDGWICK, DETERT MORAN & ARNOLD<br>125 Broad Street, 39th Floor<br>New York, NY  10004-2400<br>212-422-0202<br>212-422-0925 (fax) |
| Tosco Corporation | Melvin A. Brosterman, Esq.<br>Kenneth Pasquale, Esq.<br>Christine Fitzgerald, Esq.<br>STROOCK, STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>212-806-5400<br>212-806-6006 (fax)<br>mbrosterman@stroock.com<br>kpasquale@stroock.com<br>cfitzgerald@stroock.com |
| United Refining Corp. | Edward S. Weltman, Esq.<br>Jonathan Price, Esq.<br>Christopher J. Garvey, Esq.<br>SCHNECK WELTMAN & HASHMALL<br>1285 Avenue of the Americas<br>New York, NY  10019<br>212-956-1500<br>212-956-3252 (fax)<br>eweltman@swhllp.com<br>jprice@swhllp.com<br>cgarvey@swhllp.com |

Valero Marketing and Supply Co.

Kenneth M. Bialo, Esq.
Matthew McCoy, Esq.
BAKER BOTTS LLP
599 Lexington Avenue
New York, NY  10022-6030
212-705-5025
212-705-5125 (fax)
kbialo@bakerbotts.com
sconti@bakerbotts.com

Steven L. Leifer, Esq.
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400
202-639-7723
202-585-1040 (fax)
sleifer@bakerbotts.com

MDL DOCKET NO. 1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   **DEC. 29, 2000**

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a
> motion or written response to a motion or order shall be permitted to appear before the Panel
> and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
> previously transferred actions.

X   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.2(b).

_____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing on behalf of the designated
party/parties pursuant to Rule 16.2.

12/27/2000                          _Pamela R Hanebutt_
_____                    _____
Date                                Authorized Signature

  *     *     *     *     *     *     *     *     *     *     *     *     *     *

**Party/Parties Represented (list even if waiving):**

CITGO Petroleum Corporation


Name and Address of Attorney Designated to Present Oral Argument:


Telephone No.: _____

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, certify that on December 27, 2000 I caused a copy of the attached **Notice of Presentation Or Waiver Of Oral Argument** to be served on all parties on the attached service list by regular mail.

Christine M. Johnson

| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358<br><br>Master File C.A. No. 1:00-1898 (SAS) |
|---|---|
| This Document Relates To:   All Cases | **SERVICE LIST** |

## *Attorneys for Plaintiffs*

Lewis J. Saul
LEWIS SAUL & ASSOCIATES, P.C.
501 Wisconsin Avenue, N.W., Suite 550
Washington, D.C.  20015

Tel:  202-364-9700
Tel:  800-747-5342
Fax:  202-364-9701
lsaul@lewissaul.com

Jon Hinck
LEWIS SAUL & ASSOCIATES, P.C.
183 Middle Street, Suite 200
Portland, ME  04101

Tel:  207-874-7407
Tel:  888-747-5342
Fax:  207-874-4930
jhinck@lewissaul.com

Robert Gordon          Fax:  212-558-5506
John Broaddus
Mitchell M. Breit
WEITZ & LUXENBERG, P.C.
180 Maiden Lane, 17th Floor
New York, NY  10083

Tel:  212-558-5500
Fax:  212-344-5461
robbieg@aol.com
mbreit@weitzlux.com

Morris A. Ratner
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue
48th Floor
New York, NY  10017-2024

Tel: 212-355-9500
Fax: 212-355-9592
mratner@lchb.com

A. Hoyt Rowell          Fax:  843-216-9440
T. Christopher Tuck     Fax:  843-215-9430
NESS, MOTLEY,
LOADHOLT, RICHARDSON & POOLE
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464

Tel:  843-216-9200
hrowell@nmlrp.com
ctuck@nmlrp.com

Edward Masry
Joseph D. Gonzalez
LAW OFFICES OF MASRY & VITITOE
5707 Corsa Avenue
Second Floor
Westlake Village, CA  91362

Tel:  818-991-8900
Fax:  818-991-6200
jgonzalez@toxicatty.com

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**


## *Attorneys for Plaintiffs*


J. Harold Seagle
ROUNDTREE & SEAGLE, LLP
2419 Market Street
P.O. Box 1409
Wilmington, NC  28402-1409

Tel:  910-763-3404
Fax:  910-763-0320
hseagle@surfclear.com


Scott Summy
Celeste Evangelasti
COOPER & SCULLY, PC
900 Jackson Street, Suite 100
Dallas, TX  75202

Tel:  214-712-9300
Fax:  214-712-9540
ssummy@cooperscully.com
cevangel@cooperscully.com


Stephen M. Tillery
Christine J. Moody
CARR, KOREIN, TILLERY, KUNIN, MONTROY,
   CATES, KATZ & GLASS
10 Executive Woods Court
Swansea, IL  62226

Tel:  618-277-1180
Fax:  314-241-3525
stillery@legal-matters.com
cmoody@legal-matters.com


Victor M. Sher
Duane C. Miller
A. Curtis Sawyer, Jr.
MILLER SHER & SAWYER
100 Howe Avenue, Suite S0120
Sacramento, Ca  95825-5407

Tel:  916-924-8600
Fax:  916-924-3426
toxictorts@aol.com


Michael Campbell
CAMPBELL & DENES
6100 Southwest 76th Stret
Miami, FL  33143-5002

Tel:  305-666-3820
Fax:  305-666-8430
mcampbell@campbelllaw.com


Joseph R. Whatley, Jr.
WHATLEY DRAKE, LLC
1100 Financial Center
505 North 20th Street
Birmingham, AL  35203-2605

Tel:  205-328-9576
Fax:  205-328-9669
jwhatley@whatleydrake.com


Dennis C. Reich
REICH & BINSTOCK
4265 San Felipe, Suite 1000
Houston, TX  77027

Tel:  713-622-7271
Fax:  713-623-8724
dcr@neosoft.com

94_1

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

## *Attorneys for Plaintiffs*

Timothy J. Crowley
CROWLEY & DOUGLASS
3500 Chevron tower
1301 McKinney Street
Houston, TX  77010

Tel:  713-651-1771
Fax:  713-651-1775
tcrowley@bpcd.com

Dennis C. Reich
REICH & BINSTOCK
4265 San Felipe
Suite 1000
Houston, TX  77027

Tel:  713-622-7271
Fax:  713-623-8724
dreich@reichandbinstock.com

94_1

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

## *Attorneys for Defendants*

**Amerada Hess Corporation**

Robert H. Shulman                     Tel:  202-783-0800
Mindy G. Davis                        Fax:  202-383-6610
HOWREY SIMON ARNOLD & WHITE           shulmanr@howrey.com
1299 Pennsylvania Avenue, N.W.        davism@howrey.com
Washington, D.C.  20006


Christopher S. Colman                 Tel:  732-750-6535
Associate General Counsel             Fax:  732-750-6944
AMERADA HESS CORPORATION              ccolman@hess.com
One Hess Plaza
Woodbridge, NJ  07095

**BP Amoco Corporation**
**Atlantic Richfield Company**

Richard C. Godfrey                    Tel:  312-861-2000
J. Andrew Langan                      Fax:  312-861-2200
Mark S. Lillie                        richard_godfrey@chicago.kirkland.com
KIRKLAND & ELLIS                      andrew_langan@chicago.kirkland.com
200 East Randolph Drive               mark_lillie@chicago.kirkland.com
Chicago, IL  60601

**Chevron USA, Inc.**

Richard E. Wallace, Jr.               Tel:  202-204-1000
Peter C. Condron                      Fax:  202-204-1001
WALLACE KING MARRARO & BRANSON        rwallace@wallaceking.com
1050 Thomas Jefferson Street, N.W.    pcondron@wallaceking.com
Washington, D.C. 20007


Dan H. Ball                           Tel:  314-552-6000
Roman Wuller                          Fax:  314-552-7000
THOMPSON COBURN LLP                   dball@thompsoncoburn.com
One Firstar Plaza                     rwuller@thompsoncoburn.com
Suite 3300
St. Louis, MO  63101

94_1

## CITGO Petroleum Corporation

| | |
|---|---|
| Nathan P. Eimer | Tel:  312-660-7600 |
| Pamela R. Hanebutt | Fax:  312-692-1718 |
| Lisa S. Meyer | neimer@eimerstahl.com |
| EIMER STAHL KLEVORN & SOLBERG | phanebutt@eimerstahl.com |
| 122 South Michigan Avenue | lmeyer@eimerstahl.com |
| Suite 1776 | |
| Chicago, Illinois  60603 | |

## Coastal Corporation

| | |
|---|---|
| Robert H. Shulman | Tel:  202-783-0800 |
| Mindy G. Davis | Fax:  202-383-6610 |
| HOWREY SIMON ARNOLD & WHITE | shulmanr@howrey.com |
| 1299 Pennsylvania Avenue, N.W. | davism@howrey.com |
| Washington, D.C.  20006 | |

## Coastal Oil New York, Inc.

| | |
|---|---|
| Mark O'Connor | Tel:  201-393-4918 |
| COASTAL OIL NEW YORK, INC. | Fax:  201-393-4565 |
| P.O. Box 818 | |
| 611 Route 46 West | |
| Hasbrouck Heights, NJ  07604 | |

| | |
|---|---|
| Mindy G. Davis | Tel:  202-783-0800 |
| Brent H. Allen | Fax:  202-383-6610 |
| HOWREY SIMON ARNOLD & WHITE | davism@howrey.com |
| 1299 Pennsylvania Avenue, N.W. | allenbrent@howrey.com |
| Washington, D.C.  20006 | |

## Conoco, Inc.

| | |
|---|---|
| Dan H. Ball | Tel:  314-552-6000 |
| Edward Cohen | Fax:  314-552-7000 |
| Roman Wuller | dball@thompsoncoburn.com |
| THOMPSON COBURN LLP | ecohen@thompsoncoburn.com |
| One Firstar Plaza, Suite 3300 | rwuller@thompsoncoburn.com |
| St. Louis, MO  63101 | |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

**Equilon Enterprises, LLC**

Richard E. Wallace, Jr.                          Tel:  202-204-1000
Anthony F. King                                  Fax:  202-204-1001
Peter C. Condron                                 rwallace@wallaceking.com
WALLACE KING MARRARO & BRANSON                   aking@wallaceking.com
1050 Thomas Jefferson Street, N.W.               pcondron@wallaceking.com
Washington, D.C.  20007

**Exxon Corporation**

Richard E. Wallace Jr.                           Tel:  202-204-1000
WALLACE KING MARRARO & BRANSON                   Fax:  202-204-1001
1050 Thomas Jefferson Street, N.W.               rwallace@wallaceking.com
Washington, D.C.  20007

Peter Sacripanti                                 Tel:  212-547-5400
MCDERMOTT, WILL & EMERY                           Fax   212-547-5444
50 Rockefeller Plaza                             psacripanti@mwe.com
New York, NY  10020-1605

**Mobil Oil Corporation**

Richard E. Wallace, Jr.                          Tel:  202-204-1000
WALLACE KING MARRARO & BRANSON                   Fax:  202-204-1001
1050 Thomas Jefferson Street, N.W.               rwallace@wallaceking.com
Washington, D.C.  20007                          pcondron@wallaceking.com

Peter Sacripanti                                 Tel:  212-547-5400
MCDERMOTT, WILL & EMERY                           Fax   212-547-5444
50 Rockefeller Plaza                             psacripanti@mwe.com
New York, NY  10020-1605

94_1

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

**Motiva Enterprises, LLC**

Richard E. Wallace, Jr.                          Tel:   202-204-1000
Peter C. Condron                                 Fax:  202-204-1001
WALLACE KING MARRARO & BRANSON                   rwallace@wallaceking.com
1050 Thomas Jefferson Street, N.W.               pcondron@wallaceking.com
Washington, D.C.  20007

Peter Sacripanti                                 Tel:  212-547-5400
MCDERMOTT, WILL & EMERY                           Fax   212-547-5444
50 Rockefeller Plaza                             psacripanti@mwe.com
New York, NY  10020-1605

**Phillips Petroleum Company**

John E. Galvin                                   Tel:  314-231-3332
Lyndon P. Sommer                                 Fax:  314-241-7604
SANDBERG, PHOENIX & VON GONTARD                  jeg@spvg.com
One City Center, 15th Floor                      lps@spvg.com
515 North Sixth Street
St. Louis, MO  63101-1880

**Shell Oil Products Company**

Richard E. Wallace, Jr.                          Tel:  202-204-1000
Peter C. Condron                                 Fax:  202-204-1001
WALLACE KING MARRARO & BRANSON                   rwallace@wallaceking.com
1050 Thomas Jefferson Street, N.W.               pcondron@wallaceking.com
Washington, D.C.  20007

John E. Galvin                                   St. Louis, MO  63101-1880
SANDBERG, PHOENIX & VON GONTARD                  Tel:  314-231-3332
One City Center, 15th Floor                      Fax:  314-241-7604
515 North Sixth Street                           jeg@spvg.com

94_1

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

**Sunoco Inc.**

| | |
|---|---|
| John S. Guttmann | Tel:  202-789-6020 |
| BEVERIDGE & DIAMOND, P.C. | Fax: 202-789-6190 |
| 1350 I Street, N.W. | jguttmann@bdlaw.com |
| Suite 700 | |
| Washington, D.C.  20005 | |

| | |
|---|---|
| Sy Gruza | Tel:  212-702-5400 |
| Heather Andrade | Fax:  212-702-5450 |
| BEVERIDGE & DIAMOND, P.C. | sgruza@bdlaw.com |
| 477 Madison Avenue, 15th Floor | handrade@bdlaw.com |
| New York, NY  10022-5802 | |

**Texaco Inc.**

| | |
|---|---|
| Richard E. Wallace, Jr. | Tel:  202-204-1000 |
| Peter C. Condron | Fax:  202-204-1001 |
| WALLACE KING MARRARO & BRANSON | rwallace@wallaceking.com |
| 1050 Thomas Jefferson Street, N.W. | pcondron@wallaceking.com |
| Washington, D.C.  20007 | |

| | |
|---|---|
| Sharon Dutch | Tel:  212-422-0202 |
| SEDGWICK DETERT MORAN & ARNOLD | Fax:  212-422-0925 |
| 125 Broad Street, 39th Floor | sharon.dutch@sdma.com |
| New York, NY  10004-2400 | |

**Texaco Refining and Marketing, Inc.**

| | |
|---|---|
| Richard E. Wallace, Jr. | Tel:  202-204-1000 |
| Peter C. Condron | Fax:  202-204-1001 |
| WALLACE KING MARRARO & BRANSON | rwallace@wallaceking.com |
| 1050 Thomas Jefferson Street, N.W. | pcondron@wallaceking.com |
| Washington, D.C.  20007 | |

| | |
|---|---|
| Sharon Dutch | Tel:  212-422-0202 |
| SEDGWICK DETERT MORAN & ARNOLD | Fax:  212-422-0925 |
| 125 Broad Street, 39th Floor | |
| New York, NY  10004-2400 | |

94_1

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

**Tosco Corporation**

Melvin A. Brosterman
Kenneth Pasquale
Christine Fitzgerald
STROOCK, STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY  10038-4982

Tel:  212-806-5400
Fax:  212-806-6006
mbrosterman@stroock.com
kpasquale@stroock.com
cfitzgerald@stroock.com

**United Refining Corp.**

Edward S. Weltman
Jonathan Price
Christopher J. Garvey
SCHNECK WELTMAN & HASHMALL
1285 Avenue of the Americas
New York, NY  10019

Tel:  212-956-1500
Fax:  212-956-3252
eweltman@swhllp.com
jprice@swhllp.com
cgarvey@swhllp.com

**Valero Marketing and Supply Co.**

Kenneth M. Bialo
Matthew McCoy
BAKER BOTTS LLP
599 Lexington Avenue
New York, NY  10022-6030

Tel:  212-705-5025
Fax:  212-705-5125
kbialo@bakerbotts.com
sconti@bakerbotts.com
matthew.mccoy@bakerbotts.com


Steven L. Leifer
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2400

Tel:  202-639-7723
Fax:  202-585-1040
sleifer@bakerbotts.com

94_1

MDL DOCKET NO. 1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN  DEC. 29, 2000

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 7 2001

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

\_\_\_\_    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

Except for leave of the Panel on a showing of good cause, only those parties who have filed a
motion or written response to a motion or order shall be permitted to appear before the Panel
and present argument.

Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
previously transferred actions.

 X
\_\_\_\_    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.2(b).

\_\_\_\_    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing on behalf of the designated
party/parties pursuant to Rule 16.2.

December 26, 2000
_____
Date

_____
Authorized Signature

*   *   *   *   *   *   *   *   *   *   *   *   *   *

**Party/Parties Represented (list even if waiving):**

Amerada Hess Corporation; The Coastal Corporation, Coastal Oil New York, Inc.

Name and Address of Attorney Designated to Present Oral Argument:



Telephone No.: _____

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)



Clerk of the Panel
December 26, 2000
Page 2

## PANEL SERVICE LIST (EXCERPTED FROM CTO-1)
## DOCKET NO. 1358
## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS
## LIABILITY LITIGATION

Elizabeth J. Cabraser
Lieff, Cabraser Heimann & Bernstein, L.L.P.
275 Battery Street, Suite 3000
San Francisco, CA  94111

Mitchell A. Toups
Weller, Green, McGown & Toups, L.L.P.
2615 Calder, Suite 400
PO Box 350
Beaumont, TX  77704

Joe R. Whatley
Whatley Drake, L.L.C.
505 North 20th Street
1100 Financial Center
Birmingham, AL  35203

Dan H. Ball
Thompson & Coburn, L.L.P.
One Firstar Plaza
St. Louis, MO  63101

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue, Suite 1776
Chicago, IL  60603

John E. Galvin
Sandberg, Phoenix & von Gontard
One City Center, Suite 1500
St. Louis, MO  63101

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, N.W. Suite 700
Washington, DC  20005

Jon Hinck
Lewis, Saul & Associates, P.C.
183 Middle Street, Suite 200
Portland, ME  04101



J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Steven L. Leifer
Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

Mark G. O'Connor
Regional Counsel
Coastal Oil New York, Inc.
611 Rt. 46 West
Hasbrouck Heights, NJ  07604

Kenneth Pasquale
Stroock, Stroock & Lavan, L.L.P.
180 Maiden Lane
New York, NY  10038

Stephen M. Tillery
Carr, Korein, et al.
Gateway One Building, Suite 300
701 Market Street
St. Louis, MO  63101

Richard E. Wallace
Wallace, King, Marraro & Branson
1050 Thomas Jefferson Street, N.W.
Washington, DC  20007

Edward S. Weltman
Schneck, Weltman & Hashmall, L.L.P.
1285 Avenue of the Americas
New York, NY  10019

David B. Weinstein
Bales & Weinstein, P.A.
1715 Westshore Boulevard, Suite 190
Tampa, FL  33607

MDL DOCKET NO. <u>1358</u>

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN <u>DEC. 29, 2000</u>

TO:   Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

<u>X</u>   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

<u>Dec. 28, 2000</u>
Date

*Steven L. Leifer*
Authorized Signature
Steven L. Leifer, Baker Botts L.L.P.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Party/Parties Represented **(list even if waiving)**:
Valero Marketing and Supply Company

Name and Address of Attorney Designated to Present Oral Argument:

Telephone No.: <u>202-639-7723</u>

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING. *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )    MDL Docket No. 1358 |
| Methyl Tertiary Butyl Ether ("MTBE") Products | ) |
| Liability Litigation | ) |
|  | ) |

### PROOF OF SERVICE

I certify that on this 28th day of December, 2000, copies of the foregoing Notice of Presentation or Waiver of Oral Argument of Defendant Valero Marketing and Supply Company were served by hand delivery on the Clerk of the Judicial Panel on Multidistrict Litigation and by first-class mail upon each of the parties listed on the attached Panel Service List.

Steven L. Leifer

**PANEL SERVICE LIST (EXCERPTED FROM CTO-1)**
**DOCKET NO. 1358**
**IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS**
**LIABILITY LITIGATION**

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann &
Bernstein, L.L.P
275 Battery Street, Suite 3000
San Francisco, CA  94111

Scott David McKay
Campbell & Denes
6100 SW 76th Street
2nd Floor
Miami, FL 33143

Mitchell A. Toups
Weller, Green, McGown & Toups,
L.L.P.
2615 Calder, Suite 400
P.O. Box 350
Beaumont, TX  77704

Richard E. Wallace, Jr.
Wallace, King, Marraro & Branson,
P.L.L.P
1050 Thomas Jefferson Street, N.W.
Washington, DC  20007

David B. Weinstein
Bales & Weinstein, P.A.
1715 N. Westshore Boulevard
Suite 190
Tampa, FL  33607

Joe R. Whatley
Whatley Drake, LLC
505 North 20th Street
1100 Financial Center
Birmingham, AL  35203

Dan H. Ball
Thompson & Coburn, L.L.P.
One Firstar Plaza
St. Louis, MO  63101

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL  60603

John E. Galvin
Sandberg, Phoenix & von Gontard
One City Centre
Suite 1500
St. Louis, MO  63101

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC  20005

Jon Hinck
Lewis, Saul & Associates, P.C.
183 Middle Street
Suite 200
Portland, ME  04101

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Edward S. Weltman
Schneck, Weltman & Hashmall,
L.L.P.
1285 Avenue of the Americas
New York, NY 10019

Mark G. O'Connor
Regional Counsel
Coastal Oil New York, Inc.
611 RT. 46 West
Hasbrouck Heigh, NJ  07604

Kenneth Pasquale
Stroock, Stroock & Lavan, L.L.P.
180 Maiden Lane
New York, NY  10038

Robert H. Shulman
Howrey Simon Arnold & White ,
L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004

Stepehn M. Tillery
Carr, Korein, et al.
Gateway One Building
Suite 300
701 Market Street
St. Louis, MO  63101

MDL DOCKET NO.  1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   DEC. 29, 2000

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

\_\_\_\_    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
        the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

           Except for leave of the Panel on a showing of good cause, only those parties who have filed a
           motion or written response to a motion or order shall be permitted to appear before the Panel
           and present argument.

           Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
           previously transferred actions.

 ⨯      This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
        pursuant to Rule 16.2(b).

\_\_\_\_    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
        ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
        designated attorney shall present oral argument at the Panel hearing on behalf of the designated
        party/parties pursuant to Rule 16.2.

12/29/00
_____                         _____
Date                                    Authorized Signature

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Party/Parties Represented (**list even if waiving**):

     Sunoco, Inc.

Name and Address of Attorney Designated to Present Oral Argument:

     John S. Guttmann, Esq.
     Beveridge & Diamond, P.C.
     1350 I Street, N.W., Suite 700
     Washington, DC  20005

Telephone No.:   202-789-6020

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

MDL DOCKET NO. **1358**

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN **DEC. 29, 2000**

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a
> motion or written response to a motion or order shall be permitted to appear before the Panel
> and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
> previously transferred actions.

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.2(b).

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing on behalf of the designated
party/parties pursuant to Rule 16.2.

**12/27/00**
_____
Date

_____
Authorized Signature

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Party/Parties Represented (**list even if waiving**):
      Donna Berisha
      Robert O'Brien
      Ronald La Susa

Name and Address of Attorney Designated to Present Oral Argument:

      Lewis J. Saul, Esq.
      Lewis Saul & Associates, P.C.
      5301 Wisconsin Avenue, N.W., Suite 550
      Washington, D.C. 20015

Telephone No.:  **(202)364-9700**

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| *Attorneys for Plaintiffs* | |
|---|---|
| **Berisha** | Lewis J. Saul, Esq.<br>LEWIS SAUL & ASSOCIATES, P.C.<br>501 Wisconsin Avenue, N.W., Suite 550<br>Washington, D.C.  20015<br>Tel:  202-364-9700<br>Tel:  800-747-5342<br>Fax: 202-364-9701<br>lsaul@lewissaul.com |
| | Jon Hinck, Esq.<br>LEWIS SAUL & ASSOCIATES, P.C.<br>183 Middle Street, Suite 200<br>Portland, ME  04101<br>Tel:  207-874-7407<br>Tel:  888-747-5342<br>Fax: 207-874-4930<br>jhinck@lewissaul.com |
| | Mitchell M. Breit, Esq.<br>WEITZ & LUXENBERG, P.C.<br>180 Maiden Lane, 17th Floor<br>New York, NY  10083<br>Tel:  212-558-5500<br>Fax: 212-344-5461<br>mbreit@weitzlux.com |
| **Young** | Elizabeth J. Cabraser, Esq.<br>Morris A. Ratner, Esq.<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, LLP<br>780 Third Avenue<br>48th Floor<br>New York, NY  10017-2024<br>Tel:  212-355-9500 |

SERVICE LIST 11-13-00 FROM M.RATNER                - 1 -

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

|  | Fax: 212-355-9592<br>ecabraser@lchb.com<br>mratner@lchb.com |
|---|---|
|  | Joe R. Whatley, Jr., Esq.<br>WHATLEY DRAKE, L.L.C.<br>1100 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203-2605<br>Tel: 205-328-9576<br>Fax: 205-328-9669<br>jwhatley@whatleydrake.com |
| **England** | Stephen M. Tillery, Esq.<br>Steven A. Katz, Esq.<br>CARR, KOREIN, TILLERY, et al.<br>#10 Executive Woods Court<br>Belleville, IL 62226<br>Tel: 618-277-1180<br>Fax: 618-277-9840<br>stillery@legal-matters.com<br>katzman001@worldnet.att.net |
|  | Scott Summy, Esq.<br>COOPER & SCULLY, PC<br>900 Jackson Street, Suite 100<br>Dallas, TX 75202<br>Tel: 214-712-9300<br>Fax: 214-712-9540<br>ssummy@cooperscully.com<br>cevangel@cooperscully.com |
| **Sutton Farms** | D. Michael Campbell, Esq.<br>Gregory L. Denes, Esq. |

**_In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation_**
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| | Scott D. McKay, Esq.<br>CAMPBELL & DENES<br>6100 Southwest 76th Street<br>Miami, FL  33143-5002<br>Tel:  305-666-3820<br>Fax:  305-666-8430<br>mcampbell@campbelllaw.com<br>gdenes@campbelllaw.com<br>smckay@campbelllaw.com |
| **_Attorneys for Defendants_** | |
| **Amerada Hess Corporation** | Robert H. Shulman, Esq.<br>Mindy G. Davis, Esq.<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.   20006<br>Tel:  202-783-0800<br>Fax: 202-383-6610<br>shulmanr@howrey.com<br>davism@howrey.com |
| | Christopher S. Colman, Esq.<br>Associate General Counsel<br>AMERADA HESS CORPORATION<br>One Hess Plaza<br>Woodbridge, NJ  07095<br>Tel:  732-750-6535<br>Fax: 732-750-6944<br>ccolman@hess.com |
| **BP Amoco Corporation** | Richard C. Godfrey, Esq.<br>J. Andrew Langan, Esq.<br>Mark S. Lillie, Esq.<br>KIRKLAND & ELLIS<br>200 East Randolph Drive |

**In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

| | |
|---|---|
| | Chicago, IL  60602<br>Tel:  312-861-2000<br>Fax: 312-861-2200<br>richard_godfrey@chicago.kirkland.com<br>andrew_langan@chicago.kirkland.com<br>mark_lillie@chicago.kirkland.com |
| **Chevron USA, Inc.** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@walaceking.com |
| | Dan H. Ball, Esq.<br>THOMPSON COBURN LLP<br>One Firstar Plaza<br>Suite 3300<br>St. Louis, MO  63101<br>Tel:  314-552-6000<br>Fax:  314-552-7000<br>dball@thompsoncoburn.com<br>rwuller@thompsoncoburn.com |
| **CITGO Petroleum Corporation** | Nathan P. Eimer, Esq.<br>Pamela R. Hanebutt, Esq.<br>Lisa S. Meyer, Esq.<br>EIMER STAHL KLEVORN & SOLBERG<br>122 South Michigan Avenue<br>Suite 1776<br>Chicago, Illinois  60603<br>Tel:  312-660-7600<br>Fax: 312-692-1718 |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS***)***

| | |
|---|---|
| | neimer@eimerstahl.com<br>phanebutt@eimerstahl.com<br>lmeyer@eimerstahl.com |
| **Coastal Corporation** | Robert H. Shulman, Esq.<br>Mindy G. Davis, Esq.<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>Tel:  202-783-0800<br>Fax: 202-383-6610<br>shulmanr@howrey.com<br>davism@howrey.com |
| **Coastal Oil New York, Inc.** | Mark O'Connor, Esq.<br>COASTAL OIL NEW YORK, INC.<br>P.O. Box 818<br>611 Route 46 West<br>Tel:  201-393-4918<br>Fax:  201-393-4565 |
| | Mindy G. Davis, Esq.<br>Brent H. Allen, Esq.<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>Tel:  202-783-0800<br>Fax:  202-383-6610<br>davism@howrey.com<br>allenb@howrey.com |
| **Conoco, Inc.** | Dan H. Ball, Esq.<br>Edward Cohen, Esq.<br>Roman Wuller, Esq. |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS***)***

| | THOMPSON COBURN LLP<br>One Firstar Plaza, Suite 3300<br>St. Louis, MO 63101<br>Tel: 314-552-6000<br>Fax: 314-552-7000<br>dball@thompsoncoburn.com<br>ecohen@thompsoncoburn.com<br>rwuller@thompsoncoburn.com |
|---|---|
| **Equilon Enterprises, LLC** | Richard E. Wallace, Jr., Esq.<br>Anthony F. King, Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>aking@wallaceking.com<br>pcondron@wallaceking.com |
| **Exxon Corporation** | Richard E. Wallace Jr., Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com |
| | Peter Sacripanti, Esq.<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Tel: 212-547-5400<br>Fax 212-547-5444<br>psacripanti@mwe.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS***)***

| | |
|---|---|
| **Mobil Oil Corporation** | Richard E. Wallace, Jr., Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | Peter Sacripanti, Esq.<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>Tel:  212-547-5400<br>Fax  212-547-5444<br>psacripanti@mwe.com |
| **Motiva Enterprises, LLC** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | Peter Sacripanti, Esq.<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY  10020-1605<br>Tel:  212-547-5400<br>Fax  212-547-5444<br>psacripanti@mwe.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS*)*

| | |
|---|---|
| **Phillips Petroleum Company** | John E. Galvin, Esq.<br>Lyndon Sommer, Esq.<br>SANDBERG, PHOENIX & VON GONTARD<br>One City Centre<br>15th Floor<br>515 North Sixth Street<br>St. Louis, MO 63101-1880<br>Tel: 314-231-3332<br>Fax: 314-241-7604<br>jeg@spvg.com |
| **Shell Oil Products Company** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | John E. Galvin, Esq.<br>SANDBERG, PHOENIX & VON GONTARD<br>One City Center, 15th Floor<br>515 North Sixth Street<br>St. Louis, MO 63101-1880<br>Tel: 314-231-3332<br>Fax: 314-241-7604<br>jeg@spvg.com |
| **Sunoco Inc.** | John S. Guttmann, Esq.<br>BEVERIDGE & DIAMOND, P.C.<br>1350 I Street, N.W.<br>Suite 700 |

**In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

| | |
|---|---|
| | Washington, D.C.  20005<br>Tel:  202-789-6020<br>Fax: 202-789-6190<br>jguttmann@bdlaw.com |
| | Sy Gruza, Esq.<br>Heather Andrade, Esq.<br>BEVERIDGE & DIAMOND, P.C.<br>477 Madison Avenue<br>15th Floor<br>New York, NY  10022-5802<br>Tel:  212-702-5400<br>Fax:  212-702-5450<br>sgruza@bdlaw.com<br>handrade@bdlaw.com |
| **Texaco Inc.** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax:  202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | Sharon Dutch, Esq.<br>SEDGWICK DETERT MORAN & ARNOLD<br>125 Broad Street, 39th Floor<br>New York, NY  10004-2400<br>Tel:  212-422-0202<br>Fax:  212-422-0925 |
| **Tosco Corporation** | Melvin A. Brosterman, Esq.<br>Kenneth Pasquale, Esq. |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| | Christine Fitzgerald, Esq.<br>STROOCK, STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>Tel:  212-806-5400<br>Fax:  212-806-6006<br>mbrosterman@stroock.com<br>kpasquale@stroock.com<br>cfitzgerald@stroock.com |
| **United Refining Corp.** | Edward S. Weltman, Esq.<br>Jonathan Price, Esq.<br>Christopher J. Garvey, Esq.<br>SCHNECK WELTMAN & HASHMALL<br>1285 Avenue of the Americas<br>New York, NY  10019<br>Tel: 212-956-1500<br>Fax: 212-956-3252<br>eweltman@swhllp.com<br>jprice@swhllp.com<br>cgarvey@swhllp.com |
| **Valero Marketing and Supply Co.** | Kenneth M. Bialo, Esq.<br>Matthew McCoy, Esq.<br>BAKER BOTTS LLP<br>599 Lexington Avenue<br>New York, NY  10022-6030<br>Tel:  212-705-5025<br>Fax:  212-705-5125<br>kbialo@bakerbotts.com<br>sconti@bakerbotts.com |
| | Steven L. Leifer, Esq.<br>BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2400 |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

| | Tel:  202-639-7723 |
| | Fax:  202-585-1040 |
| | sleifer@bakerbotts.com |

MDL DOCKET NO.  1386

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   DEC. 29, 2000

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
      One Columbus Circle, NE
      Thurgood Marshall Federal Judiciary Building
      Room G-255, North Lobby
      Washington, DC  20002-8004

### NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
         the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

         Except for leave of the Panel on a showing of good cause, only those parties who have filed a
         motion or written response to a motion or order shall be permitted to appear before the Panel
         and present argument.

         Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
         previously transferred actions.

         This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
         pursuant to Rule 16.2(b).  *Choose to waive (all in 1-9-01*

         This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
         ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
         designated attorney shall present oral argument at the Panel hearing on behalf of the designated
         party/parties pursuant to Rule 16.2.

   Dec.18,2000                              R. Alexander Saveri
   _____                      _____
         Date                                   Authorized Signature

   *    *    *    *    *    *    *    *    *    *    *    *    *    *

Party/Parties Represented (**list even if waiving**):
      Lake Front Travel, et al.

Name and Address of Attorney Designated to Present Oral Argument:
      R. Alexander Saveri,    Saveri and Saveri, Inc.
      One Embarcadero Center, Suite 1020
      San Francisco, CA 94111

Telephone No.: ___(415) 217-6810___

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*
                                                    JPML Form 9 (3/00)

**PROOF OF SERVICE**

I, Cadio Zirpoli, declare that I am over the age of 18 years and not a party to the above-entitled action.  My business address is One Embarcadero Center, Suite 1020, San Francisco, CA 94111.

On December 19, 2000, I caused to be served true and correct copies of the following document(s) in the following manner:

**NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT**

by depositing said copies in the United States mail in San Francisco, California, in a sealed envelope, with postage fully prepaid, addressed to the following persons:

See Attached Service List

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 19th day of December, 2000 at San Francisco, California.

Cadio Zirpoli

Eur.pos

## SERVICE LIST

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Colombus Circle, NE
Thurgood Marshall Federal Judiciary
Building
Room G-255, North Lobby
Washington, DC 20002-8004

**DEFENDANTS' COUNSEL**

Daniel J. Fetterman
Gibson, Dunn & Crutcher, LLP.
200 Park Avenue
New York, N.Y. 10025

George M. Sanders
McBride Baker & Coles
500 West Madison Street, 40th Floor
Chicago, IL 60661

Michael L. Denger
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, DC 20036

Paul A. Engelmayer
Wilmer, Cutler & Pickering
520 Madison Avenue
New York, N.Y. 10022

**MDL COUNSEL**

Stanley M. Grossman
Pomerantz, Haudek, Block,
Grossman & Gross, LLP
100 Park Avenue, 26th Floor
New York, N.Y. 10017

Mark Reinhardt
Reinhardt & Anderson
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101

Craig G. Harley
Chitwood & Harley
2900 Promenad II
1230 Peachtree Street, N.E.
Atlanta, Georgia 3039-3575

Karl L. Cambronne
Chestnut & Cambronne , P.A.
3700 Piper Jaffray Tower
222 South Ninth Street
Minneapolis, Minnesota 55402

Charles H. Johnson
Charles H. Johnson & Associate, P.A.
2599 Mississippi Street
New Brighton, Minnesota 55112-5015

Howard J. Sedran
Levin, Fishbein, Sedran, & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Jay S. Cohen
Gwynedd Office Park, Suite 200
768 North Bethlehem Pike
Lower Gwynedd, PA 19002

Thomas S. McNamara
Indik & McNamara
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110

Robert D. Liebenberg
Donald L. Perelman
Fine, Kaplan & Black
1845 Walnut Street, 23rd Floor
Philadelphia, PA 19103

Joseph Goldberg
Freedman, Boyd, Daniels, Hollander,
Goldberg & Cline, P.A.
20 First Plaza, Suite 700
Albuquerque, New Mexico 87102

Robert K. Finell
The Finell Firm
One West Fourth Avenue, Suite 200
P.O. Box 63
Rome, Georgia 30162-0063

Scott R. Shepherd
Shepherd & Associates, LLC
117 Gayley Street, Suite 200
Media, PA 19063

Michael D. Shaffer
Law Offices of Michael D. Shaffer
Constitution Place, Suite 1212
325 Chestnut Street
Philadelphia, PA 19106

Marc H. Edelson
Hoffman & Edelson, LLC
45 West Court Street
Doylestown, PA 18901

H. Laddie Montague, JR.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

John Phillip McCarthy
Gwynedd Office Park, Suite 200
768 N. Bethlehem Pike
Lower Gwynedd, PA 19002

Philip A. Steinberg
124 Rockland Avenue
Bala Cynwyd, PA 19004

Richard A. Lockridge
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401-2179

Russell A. Ingebritson
Ingebritson & Associates
100 South Fifth Street, Suite 450
Minneapoli, Minnesota 55402-1212

D. Michael Campbell
Campell & Denes
6100 S.W. 76th Street
Miami, Florida 33143

Gregory N. McEwen
McEwen Law Firm
1600 Pioneer Building
336 North Robert Street
St. Paul, Minnesota 55101

Mager & White
The Pavilion, Suite 810
261 Old York Road
Jenkintown, PA 19046

Michael J. Freed
Much, Shelist, Freed, Denenberg,
Ament & Rubenstein, P.C.
200 North LaSalle Street, Suite 2100
Chicago, Illinois 60601

Steven J. Greenfogel
Meredith, Cohen, Greenfogel
& Skirnick, P.C.
Architects Building
117 S. 17th Street, 22nd Floor
Philadelphia, PA 19103

Anthony Bolognese
Spector, Roseman & Kodroff, P.C.
1818 Market Street
Philadelphia, PA 19103

Ben Furth
The Furth Firm
Furth Building
201 Sansome Street, Suite 1000
San Francisco, CA 94104

Brian Murray
Rabin & Garland LLP
275 Madison Avenue, 34th Floor
New York, N.Y. 10016

Robert G. Eisler
Lieff, Cabraser, Heimann, & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, N.Y. 10017-2024

Robert A. Skirnick
Meredith, Cohen, Greenfogel
& Skirnick, P.C.
61 Wall Street, 32nd Floor
New York, N.Y. 1005

Anthony D. Shapiro
Hagens Berman LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101

Martin E. Grossman
Law Offices of Martin E. Grossman
2121 Green Briar Drive
Villanova, PA 19084

Ann D. White
Mager & White, P.C.
The Pavilion
261 Old York Road, Suite 810
Jenkintown, PA 19046

MDL DOCKET NO. 1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   DEC. 29, 2000

TO:  Clerk of the Panel
     Judicial Panel on Multidistrict Litigation
     One Columbus Circle, NE
     Thurgood Marshall Federal Judiciary Building
     Room G-255, North Lobby
     Washington, DC  20002-8004

NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____  This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a
> motion or written response to a motion or order shall be permitted to appear before the Panel
> and present argument.

> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
> previously transferred actions.

This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
pursuant to Rule 16.2(b). Change per phone call 1-8-01

__X__  This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
designated attorney shall present oral argument at the Panel hearing on behalf of the designated
party/parties pursuant to Rule 16.2.

_____1-3-01_____                    _____Robert L. K_____
        Date                                 Authorized Signature

  *    *    *    *    *    *    *    *    *    *    *    *    *    *

Party/Parties Represented (list even if waiving):
David England, Donna L. Azbill, James Bauer, Marvin Owca, Rhea Susan McMannis and Claudia
 Christiansen, individually and on behalf of all others similarly situated

Name and Address of Attorney Designated to Present Oral Argument:

Stephen M. Tillery or Robert L. King
Carr, Korein, Tillery, Kunin, Montroy, Cates, Katz & Glass, L.L.C.
Gateway One Building, Suite 300
701 Market Street
Sst. Louis, MO   63101

Telephone No.:  ___314/241-4844___

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

JPML Form 9 (3/00)

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

| *Attorneys for Plaintiffs* | |
|---|---|
| **Berisha** | Lewis J. Saul, Esq.<br>LEWIS SAUL & ASSOCIATES, P.C.<br>501 Wisconsin Avenue, N.W., Suite 550<br>Washington, D.C.  20015<br>Tel:  202-364-9700<br>Tel:  800-747-5342<br>Fax:  202-364-9701<br>lsaul@lewissaul.com |
| | Jon Hinck, Esq.<br>LEWIS SAUL & ASSOCIATES, P.C.<br>183 Middle Street, Suite 200<br>Portland, ME  04101<br>Tel:  207-874-7407<br>Tel:  888-747-5342<br>Fax:  207-874-4930<br>jhinck@lewissaul.com |
| | Mitchell M. Breit, Esq.<br>WEITZ & LUXENBERG, P.C.<br>180 Maiden Lane, 17th Floor<br>New York, NY  10083<br>Tel:  212-558-5500<br>Fax:  212-344-5461<br>mbreit@weitzlux.com |
| **Young** | Elizabeth J. Cabraser, Esq.<br>Morris A. Ratner, Esq.<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, LLP<br>780 Third Avenue<br>48th Floor<br>New York, NY  10017-2024<br>Tel:  212-355-9500 |

SERVICE LIST 11-13-00 FROM M.RATNER

- 1 -

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

| | |
|---|---|
| | Fax: 212-355-9592<br>ecabraser@lchb.com<br>mratner@lchb.com |
| | Joe R. Whatley, Jr., Esq.<br>WHATLEY DRAKE, L.L.C.<br>1100 Financial Center<br>505 North 20th Street<br>Birmingham, AL 35203-2605<br>Tel: 205-328-9576<br>Fax: 205-328-9669<br>jwhatlev@whatleydrake.com |
| England | Stephen M. Tillery, Esq.<br>Steven A. Katz, Esq.<br>CARR, KOREIN, TILLERY, et al.<br>#10 Executive Woods Court<br>Belleville, IL 62226<br>Tel: 618-277-1180<br>Fax: 618-277-9840<br>stillery@legal-matters.com<br>katzman001@worldnet.att.net |
| | Scott Summy, Esq.<br>COOPER & SCULLY, PC<br>900 Jackson Street, Suite 100<br>Dallas, TX 75202<br>Tel: 214-712-9300<br>Fax: 214-712-9540<br>ssummy@cooperscully.com<br>cevangel@cooperscully.com |
| Sutton Farms | D. Michael Campbell, Esq.<br>Gregory L. Denes, Esq. |

| | |
|---|---|
| | Scott D. McKay, Esq.<br>CAMPBELL & DENES<br>6100 Southwest 76th Street<br>Miami, FL 33143-5002<br>Tel: 305-666-3820<br>Fax: 305-666-8430<br>mcampbell@campbelllaw.com<br>gdenes@campbelllaw.com<br>smckay@campbelllaw.com |
| ***Attorneys for Defendants*** | |
| **Amerada Hess Corporation** | Robert H. Shulman, Esq.<br>Mindy G. Davis, Esq.<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel: 202-783-0800<br>Fax: 202-383-6610<br>shulmanr@howrey.com<br>davism@howrey.com |
| | Christopher S. Colman, Esq.<br>Associate General Counsel<br>AMERADA HESS CORPORATION<br>One Hess Plaza<br>Woodbridge, NJ 07095<br>Tel: 732-750-6535<br>Fax: 732-750-6944<br>ccolman@hess.com |
| **BP Amoco Corporation** | Richard C. Godfrey, Esq.<br>J. Andrew Langan, Esq.<br>Mark S. Lillie, Esq.<br>KIRKLAND & ELLIS<br>200 East Randolph Drive |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| | Chicago, IL  60602<br>Tel:  312-861-2000<br>Fax: 312-861-2200<br>richard_godfrey@chicago.kirkland.com<br>andrew_langan@chicago.kirkland.com<br>mark_lillie@chicago.kirkland.com |
| **Chevron USA, Inc.** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C.  20007<br>Tel:  202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>pcondron@walaceking.com |
| | Dan H. Ball, Esq.<br>THOMPSON COBURN LLP<br>One Firstar Plaza<br>Suite 3300<br>St. Louis, MO  63101<br>Tel:  314-552-6000<br>Fax: 314-552-7000<br>dball@thompsoncoburn.com<br>rwuller@thompsoncoburn.com |
| **CITGO Petroleum Corporation** | Nathan P. Eimer, Esq.<br>Pamela R. Hanebutt, Esq.<br>Lisa S. Meyer, Esq.<br>EIMER STAHL KLEVORN & SOLBERG<br>122 South Michigan Avenue<br>Suite 1776<br>Chicago, Illinois  60603<br>Tel:  312-660-7600<br>Fax: 312-692-1718 |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*

**MDL No. 1358**

**Master File C.A. No. 1:00-1898 (SAS)**

| | |
|---|---|
| | neimer@eimerstahl.com<br>phanebutt@eimerstahl.com<br>lmeyer@eimerstahl.com |
| **Coastal Corporation** | Robert H. Shulman, Esq.<br>Mindy G. Davis, Esq.<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>Tel:  202-783-0800<br>Fax:  202-383-6610<br>shulmanr@howrey.com<br>davism@howrey.com |
| **Coastal Oil New York, Inc.** | Mark O'Connor, Esq.<br>COASTAL OIL NEW YORK, INC.<br>P.O. Box 818<br>611 Route 46 West<br>Tel:  201-393-4918<br>Fax:  201-393-4565 |
| | Mindy G. Davis, Esq.<br>Brent H. Allen, Esq.<br>HOWREY SIMON ARNOLD & WHITE<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20006<br>Tel:  202-783-0800<br>Fax:  202-383-6610<br>davism@howrey.com<br>allenb@howrey.com |
| **Conoco, Inc.** | Dan H. Ball, Esq.<br>Edward Cohen, Esq.<br>Roman Wuller, Esq. |

|  | THOMPSON COBURN LLP<br>One Firstar Plaza, Suite 3300<br>St. Louis, MO 63101<br>Tel: 314-552-6000<br>Fax: 314-552-7000<br>dball@thompsoncoburn.com<br>ecohen@thompsoncoburn.com<br>rwuller@thompsoncoburn.com |
|---|---|
| **Equilon Enterprises, LLC** | Richard E. Wallace, Jr., Esq.<br>Anthony F. King, Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>aking@wallaceking.com<br>pcondron@wallaceking.com |
| **Exxon Corporation** | Richard E. Wallace Jr., Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com |
|  | Peter Sacripanti, Esq.<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Tel: 212-547-5400<br>Fax 212-547-5444<br>psacripanti@mwe.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS*)*

| | |
|---|---|
| **Mobil Oil Corporation** | Richard E. Wallace, Jr., Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | Peter Sacripanti, Esq.<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Tel: 212-547-5400<br>Fax 212-547-5444<br>psacripanti@mwe.com |
| **Motiva Enterprises, LLC** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | Peter Sacripanti, Esq.<br>MCDERMOTT, WILL & EMERY<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Tel: 212-547-5400<br>Fax 212-547-5444<br>psacripanti@mwe.com |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*

MDL No. 1358

Master File C.A. No. 1:00-1898 (SAS)

| | |
|---|---|
| **Phillips Petroleum Company** | John E. Galvin, Esq.<br>Lyndon Sommer, Esq.<br>SANDBERG, PHOENIX & VON GONTARD<br>One City Centre<br>15th Floor<br>515 North Sixth Street<br>St. Louis, MO 63101-1880<br>Tel: 314-231-3332<br>Fax: 314-241-7604<br>jeg@spvg.com |
| **Shell Oil Products Company** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
| | John E. Galvin, Esq.<br>SANDBERG, PHOENIX & VON GONTARD<br>One City Center, 15th Floor<br>515 North Sixth Street<br>St. Louis, MO 63101-1880<br>Tel: 314-231-3332<br>Fax: 314-241-7604<br>jeg@spvg.com |
| **Sunoco Inc.** | John S. Guttmann, Esq.<br>BEVERIDGE & DIAMOND, P.C.<br>1350 I Street, N.W.<br>Suite 700 |

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
**MDL No. 1358**
**Master File C.A. No. 1:00-1898 (SAS)**

|  |  |
|---|---|
|  | Washington, D.C. 20005<br>Tel: 202-789-6020<br>Fax: 202-789-6190<br>jguttmann@bdlaw.com |
|  | Sy Gruza, Esq.<br>Heather Andrade, Esq.<br>BEVERIDGE & DIAMOND, P.C.<br>477 Madison Avenue<br>15th Floor<br>New York, NY 10022-5802<br>Tel: 212-702-5400<br>Fax: 212-702-5450<br>sgruza@bdlaw.com<br>handrade@bdlaw.com |
| **Texaco Inc.** | Richard E. Wallace, Jr., Esq.<br>Peter C. Condron, Esq.<br>WALLACE KING MARRARO & BRANSON<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: 202-204-1000<br>Fax: 202-204-1001<br>rwallace@wallaceking.com<br>pcondron@wallaceking.com |
|  | Sharon Dutch, Esq.<br>SEDGWICK DETERT MORAN & ARNOLD<br>125 Broad Street, 39th Floor<br>New York, NY 10004-2400<br>Tel: 212-422-0202<br>Fax: 212-422-0925 |
| **Tosco Corporation** | Melvin A. Brosterman, Esq.<br>Kenneth Pasquale, Esq. |




*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

|  |  |
|---|---|
|  | Christine Fitzgerald, Esq.<br>STROOCK, STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>Tel: 212-806-5400<br>Fax: 212-806-6006<br>mbrosterman@stroock.com<br>kpasquale@stroock.com<br>cfitzgerald@stroock.com |
| **United Refining Corp.** | Edward S. Weltman, Esq.<br>Jonathan Price, Esq.<br>Christopher J. Garvey, Esq.<br>SCHNECK WELTMAN & HASHMALL<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Tel: 212-956-1500<br>Fax: 212-956-3252<br>eweltman@swhllp.com<br>jprice@swhllp.com<br>cgarvey@swhllp.com |
| **Valero Marketing and Supply Co.** | Kenneth M. Bialo, Esq.<br>Matthew McCoy, Esq.<br>BAKER BOTTS LLP<br>599 Lexington Avenue<br>New York, NY 10022-6030<br>Tel: 212-705-5025<br>Fax: 212-705-5125<br>kbialo@bakerbotts.com<br>sconti@bakerbotts.com |
|  | Steven L. Leifer, Esq.<br>BAKER BOTTS LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2400 |

Case MDL No. 1358   Document 43   Filed 01/17/01   Page 65 of 65

*In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*
MDL No. 1358
Master File C.A. No. 1:00-1898 (SAS)

| | Tel:  202-639-7723 |
| | Fax:  202-585-1040 |
| | sleifer@bakerbotts.com |