# MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 23 2001

FILED
CLERK'S OFFICE

RECEIVED
CLERK'S OFFICE
2001 JAN 22 P 4:26
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

## DOCKET NO. 1358

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

### PLAINTIFFS' JOINDER IN JOINT MOTION OF DEFENDANTS CHEVRON U.S.A., GULF OIL CORPORATION, AND CUMBERLAND FARMS, INC. TO VACATE CONDITIONAL TRANSFER ORDER (CTO-2)

Plaintiffs Theodore Holten, et. al., in the action *Holten, et al., v. Chevron, et al.*, Civ. No. 3-00-CV-04703 (D.NJ.), hereby join in the Motion of defendants Chevron U.S.A. (Chevron), Gulf Oil Corporation (Gulf), and Cumberland Farms, Inc. (Cumberland Farms) to Vacate Conditional Transfer Order (CTO-2), pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. Although, plaintiffs do not adopt all of the reasoning set forth by defendants, plaintiffs nonetheless join in defendants' opposition to the Order to Transfer this Action pursuant to Rule 7.4(d).

Transfer of this Action would benefit neither the Class nor the plaintiffs. The discovery timeline in the *Holten* Action is different than that of MDL 1358, the issues are different, and plaintiffs' Counsel in the *Holten* Action has already accumulated much of the discovery being sought in MDL 1358. As such, the *Holten* plaintiffs respectfully request that the Panel not adopt its Conditional Transfer Order.

OFFICIAL FILE COPY

IMAGED JAN 25 '01

PLEADING NO. 46

For all the foregoing reasons and those stated in the Motion of defendants Chevron, Gulf, and Cumberland Farms to Vacate Conditional Transfer Order (CTO-2), plaintiffs respectfully request that this Panel vacate the Conditional Transfer Order (CTO-2).

Jeffrey A. White
Joseph D. Gonzalez
LAW OFFICES OF MASRY & VITITOE
5707 Corsa Avenue, Second Floor
Westlake Village, California 91362
Telephone: (818) 991-8900
Facsimile: (818) 991-6200

Stuart J. Leiberman
Sheri M. Blecher
LEIBERMAN & BLECHER
31 Jefferson Plaza
Princeton, New Jersey 08540
Telephone: (732) 355-1311
Facsimile: (732) 355-1310

Attorneys for Plaintiffs
Theodore Holten, et al.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2001, I caused to be served a true and correct copy of the foregoing via regular mail, postage prepaid, to those counsel noted on the Involved Counsel List (CTO-2), to the following addresses:

Joseph D. Gonzalez, Esquire
Jeffrey A. White, Esquire
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA 91362
Counsel for Plaintiffs in *Holten*

Nathan P. Eimer, Esquire
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL 60603

Peter Sacripanti, Esquire
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
Liaison Counsel for Defendants in MDL 1358

Morris A. Ratner, Esquire
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY 10017
Liaison Counsel for Plaintiffs in MDL 1358

_____

Jeffrey A. White

DOCKET NO. 1358

JUDICIAL PANEL MULTIDISTRICT LITIGATION
2001 JAN 24 A 6: 33
RECEIVED CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE: METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

### SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2001 or January 23, 2001 (as specified below), I caused to be served a true and correct copy of the following three documents via regular mail, postage prepaid, to those counsel noted on the Panel Service List (CTO-2) at the addresses listed on the next two pages:

1. Joint Motion of Defendants Chevron, Gulf, and Cumberland Farms to Vacate Conditional Transfer Order (CTO-2),

2. Plaintiffs' Joinder in Joint Motion of Defendants Chevron U.S.A., Gulf Oil Corporation, and Cumberland Farms, Inc. to Vacate Conditional Transfer Order (CTO-2), and

3. Consolidated Motion and Brief of Defendants Equilon, Motiva, Shell and Texaco to Vacate Conditional Transfer Order CTO-2,

and I FURTHER CERTIFY that on January 23, 2001, I caused to be served a true and correct copy of this Supplemental Certificate of Service, via regular mail, postage prepaid, to those counsel noted on the Panel Service List (CTO-2) at the following addresses:

Dan H. Ball (January 23, 2001)
Thompson & Coburn, LLP
One Firstar Plaza
St. Louis, MO 63101

Nathan P. Eimer, Esquire (January 22, 2001)
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL 60603

Peter Sacripanti, Esquire (January 22, 2001)
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
Liaison Counsel for Defendants in MDL 1358

Joseph D. Gonzalez, Esquire (January 22, 2001)
Jeffrey A. White, Esquire
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA 91362

Stuart J. Lieberman (January 23, 2001)
Lieberman & Blecher, PC
31 Jefferson Plaza
Princeton, NJ 08540
Counsel for Plaintiffs in *Holten*

Morris A. Ratner, Esquire (January 22, 2001)
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY 10017
Liaison Counsel for Plaintiffs in MDL 1358

Debra S. Rosen (January 22, 2001)
Archer & Greiner, P.C.
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033

Matthew S. Slowinski (January 23, 2001)
Slowinski Atkins, LLP
One Neward Center

Newark, NJ 07102

_signature_
Steven C. Dubuc