JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB. 13, 2001

MICHAEL J. BECK
CLERK OF THE PANEL

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)
   *Jesse D. Bowman v. Owens-Corning Fiberglas Corp., et al.*, M.D. Louisiana,
      C.A. No. 3:00-898
   *Harry Davis, et al. v. ACandS, Inc., et al.*, E.D. Texas, C.A. No. 1:00-869
   *Weldon R. Moake, et al. v. Reynolds Metals Co.*, S.D. Texas, C.A. No. 4:00-4226

MDL-920 -- In re Pantopaque Products Liability Litigation
   *Rory Dean Williford, et al. v. Alcon Laboratories, Inc.*, E.D. Texas, C.A. No. 5:00-330

MDL-926 -- In re Silicone Gel Breast Implants Products Liability Litigation
   *Sarah Jane Crane v. Collagen Aesthetics, Inc., et al.*, N.D. California, C.A. No. 3:00-2873
   *Rachel Kerr v. Inamed Corp., et al.*, N.D. California, C.A. No. 3:00-3026

MDL-1061 -- In re Prudential Insurance Company of America Sales Practices Litigation
   *Gottfried A. Kappelmeier v. Prudential Insurance Co. of America*, D. New Jersey,
      C.A. No. 2:98-552 (N.D. Georgia, C.A. No. 1:97-2981)

MDL-1091 -- In re Metropolitan Life Insurance Co. Sales Practices Litigation
   *Linda Haynes, et al. v. Metropolitan Life Insurance Co., et al.*, N.D. Alabama,
      C.A. No. 3:00-3470

MDL-1095 -- In re General Instrument Corp. Securities Litigation
   *BKP Partners, L.P., et al. v. General Instrument Corp., et al.*, N.D. Illinois,
      C.A. No. 1:96-1644 (N.D. California, C.A. No. 3:96-532)
   *Michael Golding v. Daniel F. Akerson, et al.*, N.D. Illinois, C.A. No. 1:96-1394
      (E.D. Pennsylvania, C.A. No. 2:95-6466)
   *Mark Fisher v. Daniel F. Akerson, et al.*, N.D. Illinois, C.A. No. 1:96-1500
      (E.D. Pennsylvania, C.A. No. 2:95-6677)
   *Selma Molder v. Daniel F. Akerson, et al.*, N.D. Illinois, C.A. No. 1:96-1501
      (E.D. Pennsylvania, C.A. No. 2:95-6706)
   *Lynne D. Lewis v. Daniel F. Akerson, et al.*, N.D. Illinois, C.A. No. 1:96-1502
      (E.D. Pennsylvania, C.A. No. 2:95-6728)
   *Patricia Shively v. Daniel F. Akerson, et al.*, N.D. Illinois, C.A. No.1:96-1503
      (E.D. Pennsylvania, C.A. No. 2:95-6521)

MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation
   *Alcoa of South Carolina, Inc. v. Dryvit Systems, Inc., et al.*, D. South Carolina,
      C.A. No. 9:00-3117

**IMAGED FEB 1 4 '01**

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation
    *Betty P. Youngblood v. American Home Products Corp., et al.*, M.D. Alabama, C.A. No. 2:00-1478
    *Betty Jean Ledbetter v. American Home Products Corp., et al.*, M.D. Alabama, C.A. No. 2:00-1479
    *Brenda Hurts Christian v. American Home Products Corp., et al.*, M.D. Alabama, C.A. No. 2:00-1480
    *Marie Person v. American Home Products Corp., et al.*, M.D. Alabama, C.A. No. 2:00-1640
    *Alan Rubens, et al. v. American Home Products Corp., et al.*, N.D. Illinois, C.A. No. 1:00-7930
    *Harriet Pearson, et al. v. American Home Products Corp.*, D. Maryland, C.A. No. 8:00-3586
    *Vivian Hirschberg, et al. v. American Home Products Corp.*, D. Maryland, C.A. No. 8:00-3590
    *June Rose Lamb, et al. v. American Home Products Corp.*, D. Maryland, C.A. No. 8:00-3591

MDL-1276 -- In re Air Crash Near Palembang, Indonesia, on December 19, 1997 (No. II)
    *Singapore Aviation & General Insurance Co. (PTE) Ltd., et al. v. The Boeing Co., et al.*, S.D. New York, C.A. No. 1:00-9542

MDL-1315 -- In re SmarTalk TeleServices, Inc., Securities Litigation
    *The Official Committee of Unsecured Creditors v. PricewaterhouseCoopers LLP*, N.D. Texas, C.A. No. 3:00-2671

MDL-1334 -- In re Managed Care Litigation
    *State of Connecticut v. Anthem Blue Cross & Blue Sheild of Connecticut, et al.*, D. Connecticut, C.A. No. 3:00-1716
    *Stephen C. Albert, et al. v. Cigna Healthcare of Connecticut, et al.*, D. Connecticut, C.A. No. 3:00-1717
    *Douglas Page Chapman, Sr. v. Aetna Life Insurance Co., Inc.*, D. Connecticut, C.A. No. 3:00-1723

MDL-1337 -- In re Holocaust Era German Industry, Bank & Insurance Litigation
    *Dorit Whiteman, et al. v. Federal Republic of Austria, et al.*, S.D. New York, C.A. No. 1:00-8006

MDL-1348 -- In re Rezulin Products Liability Litigation
    *Debra Hansen, etc. v. Warner-Lambert Co., et al.*, M.D. Alabama, C.A. No. 1:00-1590
    *Timothy James v. Parke-Davis, et al.*, N.D. Georgia, C.A. No. 1:00-1203
    *Bertha Pruitt, et al. v. Pfizer, Inc., et al.*, S.D. Mississippi, C.A. No. 4:00-192
    *Lula Skinner, et al. v. Pfizer, Inc., et al.*, S.D. Mississippi, C.A. No. 4:00-193
    *Curtis Sanders, et al. v. Pfizer, Inc., et al.*, S.D. Mississippi, C.A. No. 4:00-194
    *Orlean Maxwell, et al. v. Pfizer, Inc., et al.*, S.D. Mississippi, C.A. No. 4:00-195
    *Lottie Grayer, et al. v. Pfizer, Inc., et al.*, S.D. Mississippi, C.A. No. 5:00-258
    *Barbara Cason, et al. v. Pfizer, Inc., et al.*, S.D. Mississippi, C.A. No. 5:00-259
    *Hudson Wolfe, et al. v. Pfizer, Inc., et al.*, S.D. Mississippi, C.A. No. 5:00-283



MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation
    *Theodore Holten, et al. v. Chevron U.S.A., Inc., et al.*, D. New Jersey, C.A. No. 3:00-4703
MDL-1361 -- In re Compact Disc Minimum Advertised Price Antitrust Litigation
    *Margaret Roy v. Sony Music Entertainment, Inc., et al.*, S.D. New York,
      C.A. No. 1:00-6065
MDL-1368 -- In re High Pressure Laminate Antitrust Litigation
    *Dougherty-Hanna Resources Co., et al. v. Wilsonart International, Inc.*, E.D. Michigan,
      C.A. No. 2:00-74853
MDL-1373 -- In re Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products
          Liability Litigation
    *Gregg Perr v. Bridgestone/Firestone, Inc.*, D. New Jersey, C.A. No. 1:00-5674
    *Jose Menendez, et al. v. Bridgestone/Firestone, Inc., et al.*, D. New Mexico,
      C.A. No. 6:00-904
    *John Gilmore, M.D., et al. v. Bridgestone/Firestone, Inc., et al.*, N.D. Texas,
      C.A. No. 5:00-315
MDL-1383 -- In re Ciprofloxacin Hydrochloride Antitrust Litigation
    *Barry Garber v. Bayer AG, et al.*, N.D. California, C.A. No. 3:00-4529
MDL-1394 -- In re Air Crash at Taipei, Taiwan, on October 31, 2000
MDL-1395 -- In re The Western & Southern Life Insurance Co. Industrial Life Insurance
          Litigation
MDL-1396 -- In re St. Jude Medical, Inc., Silzone Heart Valves Products Liability Litigation
MDL-1397 -- In re Laidlaw Inc. Securities Litigation
MDL-1398 -- In re Metropolitan Life Insurance Co. Industrial Life Insurance Litigation
MDL-1399 -- In re AT&T Corp. Securities Litigation
MDL-1400 -- In re Pharmatrak, Inc., Privacy Litigation

## HEARING ORDER

    IT IS ORDERED that on March 29, 2001, a hearing will be held in Kansas City, Missouri, to consider transfer of the litigations on the attached Schedule for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407.

    IT IS FURTHER ORDERED that at said hearing the Panel may, on its own initiative, consider transfer of any or all of the actions to any district or districts.

    IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing to counsel for all parties involved in the litigations described on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

## SCHEDULE OF MATTERS FOR HEARING
March 29, 2001 -- Kansas City, Missouri

### MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs Jesse D. Bowman, Harry Davis, et al., and Weldon R. Moake, et al., in the following actions to transfer of their respective action to the United States District Court for the Eastern District of Pennsylvania:

#### Middle District of Louisiana

*Jesse D. Bowman v. Owens-Corning Fiberglas Corp., et al.*, C.A. No. 3:00-898

#### Eastern District of Texas

*Harry Davis, et al. v. ACandS, Inc., et al.*, C.A. No. 1:00-869

#### Southern District of Texas

*Weldon R. Moake, et al. v. Reynolds Metals Co.*, C.A. No. 4:00-4226

### MDL-920 -- In re Pantopaque Products Liability Litigation

Opposition of plaintiffs Rory Dean Williford, et al., to transfer of the following action to the United States District Court for the District of New Jersey:

#### Eastern District of Texas

*Rory Dean Williford, et al. v. Alcon Laboratories, Inc.*, C.A. No. 5:00-330

Schedule of Matters for Hearing                                                    p.2
Kansas City, Missouri


## MDL-926 – In re Silicone Gel Breast Implants Products Liability Litigation

Oppositions of plaintiffs Sarah Jane Crane and Rachel Kerr and defendants Vernon Leroy Young, M.D., Collagen Aesthetics, Inc., Cohesion Technologies, Inc., Inamed Corporation, McGhan Medical Corporation, Lipomatrix, Inc., Sierra Medical Technologies, Inc., AEI, Inc., and Washington University in St. Louis to transfer of the following actions to the United States District Court for the Northern District of Alabama:

### Northern District of California

*Sarah Jane Crane v. Collagen Aesthetics, Inc., et al.*, C.A. No. 3:00-2873
*Rachel Kerr v. Inamed Corp., et al.*, C.A. No. 3:00-3026


## MDL-1061 -- In re Prudential Insurance Company of America Sales Practices Litigation

Opposition of plaintiff Gottfried A. Kappelmeier to remand of the following action to the United States District Court for the Northern District of Georgia:

### District of New Jersey

*Gottfried A. Kappelmeier v. Prudential Insurance Co. of America*,
C.A. No. 2:98-552 (N.D. Georgia, C.A. No. 1:97-2981)


## MDL-1091 -- In re Metropolitan Life Insurance Co. Sales Practices Litigation

Opposition of plaintiffs Linda Haynes, et al., to transfer of the following action to the United States District Court for the Western District of Pennsylvania:

### Northern District of Alabama

*Linda Haynes, et al. v. Metropolitan Life Insurance Co., et al.*, C.A. No. 3:00-3470

Schedule of Matters for Hearing                                              p.3
Kansas City, Missouri


MDL-1095 -- In re General Instrument Corp. Securities Litigation

    Motion of plaintiffs BKP Partners, L.P., et al., Michael Golding, Mark Fisher, Selma
Molder, Lynne D. Lewis, and Patricia Shively for remand of their respective following action
to their respective transferor court:


        Northern District of Illinois

    *BKP Partners, L.P., et al. v. General Instrument Corp., et al.*, C.A. No. 1:96-1644
        (N.D. California, C.A. No. 3:96-532)
    *Michael Golding v. Daniel F. Akerson, et al.*, C.A. No. 1:96-1394
        (E.D. Pennsylvania, C.A. No. 2:95-6466)
    *Mark Fisher v. Daniel F. Akerson, et al.*, C.A. No. 1:96-1500 (E.D. Pennsylvania,
        C.A. No. 2:95-6677)
    *Selma Molder v. Daniel F. Akerson, et al.*, C.A. No. 1:96-1501 (E.D. Pennsylvania,
        C.A. No. 2:95-6706)
    *Lynne D. Lewis v. Daniel F. Akerson, et al.*, C.A. No. 1:96-1502 (E.D. Pennsylvania,
        C.A. No. 2:95-6728)
    *Patricia Shively v. Daniel F. Akerson, et al.*, C.A. No. 1:96-1503 (E.D. Pennsylvania,
        C.A. No. 2:95-6521)


MDL-1132 -- In re Exterior Insulation Finish System (EIFS) Products Liability Litigation

    Opposition of plaintiff Alcoa of South Carolina, Inc., to transfer of the following action
to the United States District Court for the Eastern District of North Carolina:


        District of South Carolina

    *Alcoa of South Carolina, Inc. v. Dryvit Systems, Inc., et al.*, C.A. No. 9:00-3117

Schedule of Matters for Hearing                                                    p.4
Kansas City, Missouri


**MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products**
**Liability Litigation**

Oppositions of plaintiffs Betty P. Youngblood, Betty Jean Ledbetter, Brenda Hurts
Christian, Marie Person, Alan Rubens, et al., Harriet Pearson, et al., Vivian Hirschberg, et al.,
and June Rose Lamb, et al., to transfer of their respective following action to the United States
District Court for the Eastern District of Pennsylvania:


Middle District of Alabama

*Betty P. Youngblood v. American Home Products Corp., et al.*, C.A. No. 2:00-1478
*Betty Jean Ledbetter v. American Home Products Corp., et al.*, C.A. No. 2:00-1479
*Brenda Hurts Christian v. American Home Products Corp., et al.*, C.A. No. 2:00-1480
*Marie Person v. American Home Products Corp., et al.*, C.A. No. 2:00-1640

Northern District of Illinois

*Alan Rubens, et al. v. American Home Products Corp., et al.*, C.A. No. 1:00-7930

District of Maryland

*Harriet Pearson, et al. v. American Home Products Corp.*, C.A. No. 8:00-3586
*Vivian Hirschberg, et al. v. American Home Products Corp.*, C.A. No. 8:00-3590
*June Rose Lamb, et al. v. American Home Products Corp.*, C.A. No. 8:00-3591


**MDL-1276 -- In re Air Crash Near Palembang, Indonesia, on December 19, 1997 (No. II)**

Opposition of defendant The Boeing Company to transfer of the following action to the
United States District Court for the Western District of Washington:


Southern District of New York

*Singapore Aviation & General Insurance Co. (PTE) Ltd., et al. v. The Boeing Co.,*
*et al.*, C.A. No. 1:00-9542

Schedule of Matters for Hearing                                              p.5
Kansas City, Missouri


MDL-1315 -- In re SmarTalk TeleServices, Inc., Securities Litigation

     Opposition of plaintiff The Official Committee of Unsecured Creditors to transfer of the following action to the United States District Court for the Southern District of Ohio:


          Northern District of Texas

     *The Official Committee of Unsecured Creditors v. PricewaterhouseCoopers LLP,*
        C.A. No. 3:00-2671


MDL-1334 -- In re Managed Care Litigation

     Oppositions of defendants Oxford Health Plans, Inc., Oxford Health Plans (CT), Inc., Anthem Blue Cross & Blue Shield of Connecticut, Anthem Health Plans, Inc., Physicians Health Services of Connecticut, Inc., Foundation Health Systems Inc., WellCare Management Group, Inc., and WellCare of Connecticut, Inc., to transfer of their respective following action to the United States District Court for the Southern District of Florida:


          District of Connecticut

     *State of Connecticut v. Anthem Blue Cross & Blue Sheild of Connecticut, et al.,*
        C.A. No. 3:00-1716
     *Stephen C. Albert, et al. v. Cigna Healthcare of Connecticut, et al.,*
        C.A. No. 3:00-1717


     Opposition of plaintiff Douglas Page Chapman, Sr., to transfer of the following action to the United States District Court for the Southern District of Florida:


          District of Connecticut

     *Douglas Page Chapman, Sr. v. Aetna Life Insurance Co., Inc.,* C.A. No. 3:00-1723

Schedule of Matters for Hearing                                        p.6
Kansas City, Missouri


## MDL-1337 -- In re Holocaust Era German Industry, Bank & Insurance Litigation

Opposition of plaintiffs Dorit Whiteman, et al., to transfer of the following action to the United States District Court for the District of New Jersey:


### Southern District of New York

*Dorit Whiteman, et al. v. Federal Republic of Austria, et al.*, C.A. No. 1:00-8006


## MDL-1348 -- In re Rezulin Products Liability Litigation

Oppositions of plaintiffs Debra Hansen, etc., Timothy James, Bertha Pruitt, et al., Lula Skinner, et al., Curtis Sanders, et al., Orlean Maxwell, et al., Lottie Grayer, et al., Barbara Cason, et al., and Hudson Wolfe, et al., to transfer of their respective following action to the United States District Court for the Southern District of New York:


### Middle District of Alabama

*Debra Hansen, etc. v. Warner-Lambert Co., et al.*, C.A. No. 1:00-1590


### Northern District of Georgia

*Timothy James v. Parke-Davis, et al.*, C.A. No. 1:00-1203


### Southern District of Mississippi

*Bertha Pruitt, et al. v. Pfizer, Inc., et al.*, C.A. No. 4:00-192
*Lula Skinner, et al. v. Pfizer, Inc., et al.*, C.A. No. 4:00-193
*Curtis Sanders, et al. v. Pfizer, Inc., et al.*, C.A. No. 4:00-194
*Orlean Maxwell, et al. v. Pfizer, Inc., et al.*, C.A. No. 4:00-195
*Lottie Grayer, et al. v. Pfizer, Inc., et al.*, C.A. No. 5:00-258
*Barbara Cason, et al. v. Pfizer, Inc., et al.*, C.A. No. 5:00-259
*Hudson Wolfe, et al. v. Pfizer, Inc., et al.*, C.A. No. 5:00-283

Schedule of Matters for Hearing                                                    p.7
Kansas City, Missouri

<u>MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation</u>

 Oppositions of plaintiffs Theodore Holten, et al., and defendants Chevron U.S.A. Inc., Gulf Oil Corporation, Cumberland Farms, Inc., Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Texaco Inc., and Texaco Refining & Marketing Inc. to transfer of the following action to the United States District Court for the Southern District of New York:

 <u>District of New Jersey</u>

 *Theodore Holten, et al. v. Chevron U.S.A., Inc., et al.*, C.A. No. 3:00-4703

<u>MDL-1361 -- In re Compact Disc Minimum Advertised Price Antitrust Litigation</u>

 Opposition of defendants Bertelsmann Music Group, EMI Music Distribution, Sony Music Entertainment Inc., Universal Music & Video Distribution Corporation, UMG Recordings Inc., UMG, Inc., Time Warner Inc., and Warner-Elektra-Atlantic Corporation to transfer of the following action to the United States District Court for the District of Maine:

 <u>Southern District of New York</u>

 *Margaret Roy v. Sony Music Entertainment, Inc., et al.*, C.A. No. 1:00-6065

<u>MDL-1368 -- In re High Pressure Laminate Antitrust Litigation</u>

 Opposition of plaintiffs Dougherty-Hanna Resources Co., et al., to transfer of the following action to the United States District Court for the Southern District of New York:

 <u>Eastern District of Michigan</u>

 *Dougherty-Hanna Resources Co., et al. v. Wilsonart International, Inc.*, C.A. No. 2:00-74853

Schedule of Matters for Hearing                                                    p.8
Kansas City, Missouri


<u>MDL-1373 -- In re Bridgestone/Firestone, Inc., ATX, ATX II and Wilderness Tires Products</u>
          <u>Liability Litigation</u>

 Oppositions of plaintiffs Gregg Perr, Jose Menendez, et al., and John Gilmore, M.D.,
et al., to transfer of their respective following action to the United States District Court for the
Southern District of Indiana:


  <u>District of New Jersey</u>

 *Gregg Perr v. Bridgestone/Firestone, Inc.*, C.A. No. 1:00-5674

  <u>District of New Mexico</u>

 *Jose Menendez, et al. v. Bridgestone/Firestone, Inc., et al.*, C.A. No. 6:00-904

  <u>Northern District of Texas</u>

 *John Gilmore, M.D., et al. v. Bridgestone/Firestone, Inc.*, C.A. No. 5:00-315

<u>MDL-1383 -- In re Ciprofloxacin Hydrochloride Antitrust Litigation</u>

 Opposition of plaintiff Barry Garber to transfer of the following action to the United
States District Court for the Eastern District of New York:


  <u>Northern District of California</u>

 *Barry Garber v. Bayer AG, et al.*, C.A. No. 3:00-4529

Schedule of Matters for Hearing                                    p.9
Kansas City, Missouri


**MDL-1394 -- In re Air Crash at Taipei, Taiwan, on October 31, 2000**

Motion of plaintiffs John Diaz and Johnna Renee Thomas for centralization of the following actions in the United States District Court for the Central District of California:

Central District of California

*John Diaz v. Singapore Airlines, Inc.*, C.A. No. 2:00-11879
*Johnna Renee Thomas v. Singapore Airlines, Inc.*, C.A. No. 2:00-12555

Northern District of California

*Walter Young v. Singapore Airlines, Inc.*, C.A. No. 3:00-4612


**MDL-1395 -- In re The Western & Southern Life Insurance Co. Industrial Life Insurance Litigation**

Motion of plaintiffs Savannah L. Butler and Joseph Bell for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:

Western District of Louisiana

*Savannah L. Butler v. The Western & Southern Life Insurance Co.*,
  C.A. No. 5:00-2594
*Joseph Bell v. The Western & Southern Life Insurance Co.*, C.A. No. 6:00-2119

Southern District of Mississippi

*Elois Tillis v. The Western & Southern Life Insurance Co.*, C.A. No. 4:00-215

Schedule of Matters for Hearing                                          p.10
Kansas City, Missouri


<u>MDL-1396 -- In re St. Jude Medical, Inc., Silzone Heart Valves Products Liability Litigation</u>

Motion of plaintiff Lester Grovatt for centralization of the following actions in the United States District Court for the District of New Jersey:


<u>Central District of California</u>

*Evelyn R. Fox v. St. Jude Medical, Inc.*, C.A. No. 5:00-943

<u>District of Colorado</u>

*Joe W. Sanchez v. St. Jude Medical, Inc.*, C.A. No. 1:00-2430

<u>District of Minnesota</u>

*Beatrice Bailey v. St. Jude Medical, Inc.*, C.A. No. 0:00-1025
*Bonnie L. Sliger v. St. Jude Medical, Inc.*, C.A. No. 0:00-2707

<u>Western District of Missouri</u>

*John McFadden, Jr. v. St. Jude Medical, Inc.*, C.A. No. 4:00-1204

<u>District of New Jersey</u>

*Lester Grovatt v. St. Jude Medical, Inc.*, C.A. No. 1:00-2657

<u>District of Nevada</u>

*Patricia Maronen v. St. Jude Medical, Inc.*, C.A. No. 2:00-1439

<u>District of South Carolina</u>

*James M. Macolly v. St. Jude Medical, Inc.*, C.A. No. 9:00-3796

Schedule of Matters for Hearing                                     p.11
Kansas City, Missouri


MDL-1397 -- In re Laidlaw Inc. Securities Litigation

Motion of defendants John R. Grainger, Leslie W. Haworth, PricewaterhouseCoopers LLP, and Laidlaw Inc. for centralization of the following actions in the United States District Court for the District of South Carolina:


Southern District of New York

*John Hancock Life Insurance Co., et al. v. John R. Grainger, et al.,*
   C.A. No. 1:00-7233

District of South Carolina

*David I.L. Sunstein v. John R. Grainger, et al.,* C.A. No. 3:00-855
*Sandra Steele v. John R. Grainger, et al.,* C.A. No. 3:00-1261
*Todd Pedersen v. John R. Grainger, et al.,* C.A. No. 3:00-1341
*Barbara Meltzer v. John R. Grainger, et al.,* C.A. No. 3:00-2518


MDL-1398 -- In re Metropolitan Life Insurance Co. Industrial Life Insurance Litigation

Motion of plaintiffs Marguerite Guillmette Justin, et al., for centralization of the following actions in the United States District Court for the Eastern District of Louisiana:


District of Kansas

*Charlene H. McCallup v. Metropolitan Life Insurance Co.,* C.A. No. 2:00-2530

Southern District of New York

*Karl Thompson, et al. v. Metropolitan Life Insurance Co.,* C.A. No. 1:00-5071
*Marguerite Guillmette Justin, et al. v. Metropolitan Life Insurance Co.,*
   C.A. No.1:00-9068

Schedule of Matters for Hearing                                    p.12
Kansas City, Missouri


## MDL-1399 -- In re AT&T Corp. Securities Litigation

Motion, as amended, of defendants AT&T Corporation, C. Michael Armstrong, and
Charles H. Noski for centralization of the following actions in the United States District Court
for the District of New Jersey:


### District of New Jersey

*Blanca T. Bogran v. AT&T Corp., et al.*, C.A. No. 2:00-5571
*International Brotherhood of Electrical Workers Local 98 v. AT&T Corp., et al.*,
   C.A. No. 3:00-5364
*William Roberts v. AT&T Corp., et al.*, C.A. No. 3:00-5427
*Lawrence Hume v. AT&T Corp., et al.*, C.A. No. 3:00-5512
*James R. Knapp v. AT&T Corp., et al.*, C.A. No. 3:00-5515
*Harold Futransky v. AT&T Corp., et al.*, C.A. No. 3:00-5581
*Janice L. Cox v. AT&T Corp., et al.*, C.A. No. 3:00-5597
*New Hampshire Retirement System v. AT&T Corp., et al.*, C.A. No. 3:00-5785
*Marc Taub v. AT&T Corp., et al.*, C.A. No. 3:00-5931
*Abe Borenstein v. AT&T Corp., et al.*, C.A. No. 3:00-6040

### Southern District of New York

*Laurence Paskowitz v. C. Michael Armstrong, et al.*, C.A. No. 1:00-8754
*John A. Civic v. AT&T Corp., et al.*, C.A. No. 1:00-9085
*James Blaine v. AT&T Corp., et al.*, C.A. No. 1:00-9146
*Robert J. Rodriguez, Jr. v. AT&T Corp., et al.*, C.A. No. 1:00-9162
*Ronald Kassover, et al. v. AT&T Corp., et al.*, C.A. No. 1:00-9185
*Adele Selinger v. C. Michael Armstrong, et al.*, C.A. No. 1:00-9301
*Barnett Stepak v. C. Michael Armstrong, et al.*, C.A. No. 1:00-9601
*John L. Najarian v. AT&T Corp., et al.*, C.A. No. 1:00-9671
*Janice L. Cox v. AT&T Corp., et al.*, C.A. No. 1:00-9705
*Robert Robins v. C. Michael Armstrong, et al.*, C.A. No. 1:00-9795
*Bryna Sarokin v. AT&T Corp., et al.*, C.A. No. 1:01-7
*Steinberg Family Partnership v. C. Michael Armstrong, et al.*, C.A. No. 1:01-215
*Anthony D. Reagoso v. AT&T Corp., et al.*, C.A. No. 1:01-287
*Lawrence Metzger v. C. Michael Armstrong, et al.*, C.A. No. 2:01-292
*Carol P. Fisher v. C. Michael Armstrong, et al.*, C.A. No. 2:01-340

Schedule of Matters for Hearing                                        p.13
Kansas City, Missouri


MDL-1400 -- In re Pharmatrak, Inc., Privacy Litigation

     Motion of plaintiffs Marcus Schroers, Rob Barring, Robin McClary, and Jim A. Darby for centralization of the following actions in the United States District Court for the Southern District of New York:


     District of Massachusetts

*Noah Blumofe, et al. v. Pharmatrak, Inc., et al.*, C.A. No. 1:00-11672

     Southern District of New York

*Marcus Schroers v. Pfizer, Inc., et al.*, C.A. No. 1:00-6121
*Rob Barring v. Pfizer, Inc., et al.*, C.A. No. 1:00-6122
*Robin McClary v. Pharmatrak, Inc., et al.*, C.A. No. 1:00-6173
*Harris Perlman v. Pharmatrak, Inc., et al.*, C.A. No. 1:00-6980
*Noah Blumofe, et al. v. Pharmatrak, Inc., et al.*, C.A. No. 1:00-7954
*Jim A. Darby v. Pharmatrak, Inc., et al.*, C.A. No. 1:00-8900

## PROCEDURES FOR HEARINGS OF THE
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All hearings are governed by the provisions of Rule 16.1 of the
Rules of Procedure of the Judicial Panel on Multidistrict
Litigation, (filed May 22, 2000 and effective June 1, 2000).
Rule 16.1 allows a maximum of thirty minutes for oral argument in
each new group of actions being considered for Section 1407
treatment and a maximum of twenty minutes for oral argument in
all other matters.  In most cases, however, less time is
necessary for the expression of all views.  In order to assure
that the argument proceeds in an orderly fashion, Rule 16.1
requires counsel with like positions to confer prior to the
hearing for the purpose of selecting a representative and
organizing their arguments to avoid duplication.  Rule 16.1 will
be strictly enforced.

The Panel reserves the prerogative of reducing the maximum time
suggested in Rule 16.1.  Counsel, in applying for time, should be
careful not to overstate the time requested for oral argument in
supplement to briefs.

The Panel insists that counsel limit all argument to the
appropriate criteria.  See generally In re "East of the Rockies"
Concrete Pipe Antitrust cases, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for
transfer).

We also invite your attention to Rule 16.2 which permits a party
to waive oral argument in writing.  If a waiver of oral argument
is anticipated notification must be directed to the Panel prior
to the date of the hearing. A form is enclosed for your
convenience in providing this notification.

Rules 16.1 and 16.2 are duplicated in their entirety hereafter
for  your convenience. Complete Rules are cited at 192 F.R.D.
459 (2000).

## RULE 16.1:   HEARINGS

(a)   Hearings shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman.   The Chairman shall determine which matters shall be set for hearing at each session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation of the time, place and subject matter of such hearing.

(b)   No transfer or remand determination regarding any action pending in district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing has been held or unless the matter has been submitted on the briefs in accordance with Rule 16.2 of these Rules.  Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(c)   Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for hearing who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(d)   Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the hearing for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(e)   Unless otherwise ordered by the Panel, a maximum of thirty minutes shall be allotted for argument in each new group of actions being considered for Section 1407 treatment and a maximum of twenty minutes shall be allotted for arguments in all other matters.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

(f)   So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(g)   After an action or group of actions has been set for hearing, the hearing may be continued only by order of the Panel on good cause shown.

RULE 16.2:   NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT, AND MATTERS SUBMITTED ON THE BRIEFS

(a)     At such time in advance of the date of the hearing as required by the Clerk of the Panel in the notice of hearing, counsel shall notify the Clerk of the Panel in writing of one of the following:  (1) counsel will waive oral argument, if all other counsel in the matter set for hearing waive oral argument; (2) counsel will present oral argument, regardless of whether any other counsel in the matter set for hearing presents oral argument; or (3) counsel waives oral argument. All notices of presentation or waiver of oral argument shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(b)     If all parties to a matter set for hearing waive oral argument, the matter shall be submitted for decision by the Panel on the basis of the papers filed.  If a party is not present when a matter to be heard is called at the hearing, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed, unless otherwise ordered by the Panel.