MDL DOCKET NO. 1358                JUDICIAL PANEL ON            THIS FORM MUST BE RETURNED
                                   MULTIDISTRICT LITIGATION     TO THE JUDICIAL PANEL NO
                                                                LATER THAN __MAR. 12, 2001__
                                        MAR 28 2001

TO:   Clerk of the Panel
      Judicial Panel on Multidistrict Litigation
                                           FILED               _Holten defendant -- opposes inclusion_
      One Columbus Circle, NE         CLERK'S OFFICE           _of Holten in MDL proceedings in_
      Thurgood Marshall Federal Judiciary Building             _S.D. New York._
      Room G-255, North Lobby
      Washington, DC  20002-8004

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

__X__   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at
        the Panel hearing on behalf of the designated party/parties. Panel Rule 16.1(c) states that:

        Except for leave of the Panel on a showing of good cause, only those parties who have filed a
        motion or written response to a motion or order shall be permitted to appear before the Panel
        and present argument.

        Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and
        previously transferred actions.

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT
        pursuant to Rule 16.2(b).

____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF
        ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following
        designated attorney shall present oral argument at the Panel hearing on behalf of the designated
        party/parties pursuant to Rule 16.2.

   __March 9, 2001__                                  _[signature]_
         Date                                         Authorized Signature

      *   *   *   *   *   *   *   *   *   *   *   *   *   *

Party/Parties Represented (list even if waiving):

      Cumberland Farms, Inc.


Name and Address of Attorney Designated to Present Oral Argument:
      Debra S. Rosen, Esquire
      Archer & Greiner, P.C.
      One Centennial Square
      Haddonfield, NJ  08033

Telephone No.: __856-354-3084__

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE
SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF
SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

            IMAGED MAR 29 '01                                JPML Form 9 (3/00)

## CERTIFICATE OF SERVICE

I, an attorney, hereby certify that on March 9, 2001 I caused to be served a true and correct copy of the attached Cumberland Farms, Inc.'s Notice of Presentation of Oral Argument via regular mail, postage prepaid, to the counsel listed below at the following addresses:

Joseph D. Gonzalez
Jeffrey A. White
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA  91362
Attorneys for Plaintiffs in *Holten*

Peter Sacripanti
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY  10020-1605
Liaison Counsel for Defendants in MDL 1358

Morris A. Ratner
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY  10017-2024
Liaison Counsel for Plaintiffs in MDL 1358

Matthew S. Slowinski, Esquire
Slowinski & Atkins
One Newark Center
Newark, NJ  07102

Richard E. Wallace, Jr., Esquire
Steven DuBuc, Esquire
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Suite 500
Washington, DC  20007

_____
DEBRA S. ROSEN

844977-1

MDL DOCKET NO. 1358

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MAR 28 2001

FILED
CLERK'S OFFICE

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002-8004

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN  MAR. 12, 2001

*Two oil company defendants -- oppose inclusion of [illegible] in 1407 proceedings*

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

____   This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties. Panel Rule 16.1(c) states that:

> Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.
>
> Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

____   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

__X__   This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

__March 12, 2001__                  __[signature: Richard E. Wallace Jr.]__
Date                                Authorized Signature

*   *   *   *   *   *   *   *   *   *   *   *   *   *

Party/Parties Represented (**list even if waiving**):

      Chevron U.S.A. Inc.
      Gulf Oil Corporation

Name and Address of Attorney Designated to Present Oral Argument:

      Richard E. Wallace, Jr.
      Wallace King Marraro & Branson, pllc
      1050 Thomas Jefferson Street, N.W.
      Washington, DC  20007

Telephone No.:  __202-204-1000__

2001 MAR 12  P 4: 03
RECEIVED CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.***

JPML Form 9 (3/00)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2001, I caused a true and correct copy of the foregoing *Notice of Presentation or Waiver of Oral Argument* to be served by regular U.S. mail, postage prepaid, to those counsel noted on the Involved Counsel List (CTO-2) at the following addresses:

Stuart J. Lieberman
Shari M. Blecher
Lieberman & Blecher
31 Jefferson Plaza
Princeton, NJ 08540
 *Counsel for Plaintiffs in Holten*

Joseph D. Gonzalez, Esquire
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA 91362
 *Counsel for Plaintiffs in Holten*

Debra Rosen, Esquire
Archer & Greiner, P.C.
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033
 *Counsel for Cumberland Farms, Inc.*
 *in Holten*

Nathan P. Eimer, Esquire
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL 60603
 *Liaison Counsel for Defendants in*
 *MDL 1358*

Peter Sacripanti, Esquire
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
 *Liaison Counsel for Defendants in*
 *MDL 1358*

Morris A. Ratner, Esquire
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY 10017
 *Liaison Counsel for Plaintiffs in*
 *MDL 1358*

Richard E. Wllace, Jr.