MDL DOCKET NO.  1358

THIS FORM MUST BE RETURNED
TO THE JUDICIAL PANEL NO
LATER THAN   MAR. 12, 2001

TO:    Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC  20002-8004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 8 2001

FILED
CLERK'S OFFICE

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT

_____    This is to give notice that the following designated attorney shall PRESENT ORAL ARGUMENT at the Panel hearing on behalf of the designated party/parties.  Panel Rule 16.1(c) states that:

Except for leave of the Panel on a showing of good cause, only those parties who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present argument.

Also note Rule 16.1(d) dealing with transfer of potential tag-along actions, remand and previously transferred actions.

X    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT pursuant to Rule 16.2(b).

_____    This is to give notice that the party/parties noted hereafter will WAIVE ORAL ARGUMENT IF ALL OTHER PARTIES IN THIS MATTER WAIVE ORAL ARGUMENT; otherwise the following designated attorney shall present oral argument at the Panel hearing on behalf of the designated party/parties pursuant to Rule 16.2.

February 21, 2001
Date

_Pamela R. Hanebutt_
Authorized Signature

*     *     *     *     *     *     *     *     *     *     *     *     *     *

**Party/Parties Represented (list even if waiving):**

CITGO PETROLEUM CORPORATION

Name and Address of Attorney Designated to Present Oral Argument:

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2000 MAR -9 P 2:47

RECEIVED
CLERK'S OFFICE

Telephone No.: _____

ORIGINAL ONLY OF HEARING APPEARANCE NEEDED FOR FILING.  *THIS NOTICE MUST BE SERVED ON ALL OTHER PARTIES IN THE AFFECTED LITIGATION AND A CERTIFICATE OF SERVICE WITH PANEL SERVICE LIST MUST BE ATTACHED TO THIS HEARING APPEARANCE.*

IMAGED MAR 29 '01

JPML Form 9 (3/00)

## CERTIFICATE OF SERVICE

I, an attorney, hereby certify that on March 7, 2001 I caused to be served a true and

correct copy of the attached CITGO PETROLEUM CORPORATION's **Notice of Waiver of**

**Oral Argument** via electronic mail and regular mail, postage prepaid, to the counsel listed

below at the following addresses:

Joseph D. Gonzalez
Jeffrey A. White
Law Offices of Masry & Vititoe
5707 Corsa Avenue, Second Floor
Westlake Village, CA  91362
jgonzalez@toxicatty.com
Attorneys for Plaintiffs in *Holten*

Debra Rosen
Archer & Greiner, P.C.
One Centennial Square
P.O. Box 3000
Haddonfield, NJ  08033
drosen@archerlaw.com
Attorneys for Cumberland Farms, Inc. in *Holten*

Peter Sacripanti
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY  10020-1605
psacripanti@mwe.com
Liaison Counsel for Defendants in MDL 1358

Moriss A. Ratner
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY  10017-2024
mratner@lchb.com
Liaison Counsel for Plaintiffs in MDL 1358