JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 18 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

*Theodore Holten, et al. v. Chevron U.S.A., Inc., et al.,* D. New Jersey, C.A. No. 3:00-4703

## BEFORE WM. TERRELL HODGES, CHAIRMAN, LOUIS C. BECHTLE, JOHN F. KEENAN, MOREY L. SEAR,* BRUCE M. SELYA,* JULIA SMITH GIBBONS AND D. LOWELL JENSEN, JUDGES OF THE PANEL

## ORDER VACATING CONDITIONAL TRANSFER ORDER

Presently before the Panel is a motion by certain defendants,[1] pursuant to Rule 7.4, R.P.J.P.M.L., 192 F.R.D. 459, 468-69 (2000), to vacate the Panel's order conditionally transferring this action (*Holten*) to the Southern District of New York for inclusion in the Section 1407 proceedings occurring there in this docket. The *Holten* plaintiffs also oppose inclusion of *Holten* in MDL-1358 pretrial proceedings.

On the basis of the papers filed and the hearing held, the Panel is persuaded that inclusion of *Holten* in MDL-1358 pretrial proceedings is not warranted. *Holten* is an individual action brought by more than 50 families who are residents or former residents of Bayville, New Jersey, seeking compensatory damages and other relief for MTBE and/or benzene toluene ethybenzene and xylene (BTEX) well water contamination emanating from one local gas station's underground storage tanks and piping and dispensing systems. Most MDL-1358 actions, on the other hand, are purported class actions which focus on claims by persons or entities whose well water has not yet tested positive for the presence of MTBE, i.e., an uncontaminated well class. The Panel also notes that all *Holten* parties along with several MDL-1358 oil company defendants oppose inclusion of *Holten* in Section 1407 proceedings. Suitable alternatives to inclusion of *Holten* in Section 1407 proceedings are available as a means of minimizing the possibility of duplicative discovery and/or conflicting pretrial rulings on any common issues relating to MTBE. *See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation,* 446 F. Supp. 242, 244 (J.P.M.L. 1978).

---

* Judges Sear and Selya took no part in the decision of this matter.

[1] Defendants in *Holten*: Chevron U.S.A., Inc.; Gulf Oil Corp.; and Cumberland Farms, Inc. Defendants in previously centralized MDL-1358 actions: Equilon Enterprises LLC; Motiva Enterprises LLC; Shell Oil Company; Shell Oil Products Company; Texaco Inc.; and Texaco Refining and Marketing Inc.

**IMAGED APR 20 '01**

- 2 -

IT IS THEREFORE ORDERED that the Panel's conditional transfer order entered with respect to the action entitled *Theodore Holten, et al. v. Chevron U.S.A., Inc., et al.*, D. New Jersey, C.A. No. 3:00-4703, is hereby VACATED.

FOR THE PANEL:

/s/ Wm. Terrell Hodges

Wm. Terrell Hodges
Chairman
