MDL 1358

DOCKET NO. 1358

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

*Village of East Alton v. Premcor Refining Group, Inc., et al.* S.D. Illinois, C.A. No. 3:01-596

NOTICE OF OPPOSITION BY PLAINTIFFS
TO CONDITIONAL TRANSFER ORDER (CTO-3)

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), the plaintiff in the case of *Village of East Alton v. Premcor Refining Group, Inc., et al.*, S.D. Illinois, C.A. No. 3:01-596, by and through its undersigned counsel, hereby gives notice that it opposes the Conditional Transfer Order that the Clerk of the Panel entered in this matter on October 5, 2001, designated CTO-3. The *Village of East Alton* case is significantly different from the cases currently consolidated in MDL 1358. Contrary to the cases consolidated in MDL 1358, this case is not a class action. It involves one plaintiff – the water provider (the Village of East Alton) to the residents of the Village of East Alton, all located in East Alton, Illinois. The case involves issues of local significance, namely the water supply of a city in Illinois. The proposed transfer of the *Village of East Alton* case to MDL 1358 would not fit within the statutory purposes of multidistrict litigation. It would not serve "the convenience of parties and witnesses" in the Village of East Alton or the cases currently consolidated in MDL 1358, nor would it "promote the just and efficient conduct of such actions." 28 U.S.C. §1407(a). Plaintiff reserves the right to submit a motion to vacate

IMAGED OCT 22 '01

**OFFICIAL FILE COPY**

CTO-3 with a supporting brief in accordance with Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation and to assert then more specific grounds for its opposition to CTO-3.

Dated: __October 16, 2001__

Respectfully submitted,

**CARR, KOREIN, TILLERY, KUNIN, MONTROY, CATES, KATZ & GLASS, LLC**

_____
CHRISTINE J. MOODY
701 Market Street, Suite 300
St. Louis, MO 63101
Telephone:    314/241-4844
Facsimile:    314/241-3525

**Cooper & Scully, P.C.**
SCOTT SUMMY (Admitted in Texas)
CELESTE EVANGELISTI (Admitted in Texas)
900 Jackson Street, Suite 100
Dallas, TX 75202
Telephone:    214/712-9550
Facsimile:    214/712-9540

**The Lakin Law Firm**
THOMAS L. LAKIN, ESQ.
BRADLEY LAKIN, ESQ.
301 Evans Avenue
Wood River, IL 62095-0027
Telephone:    618/254-1127
Facsimile:    618/254-0193

*Attorneys for Plaintiff*