MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

PLEADING NO. 54

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:

MTBE PRODUCTS LIABILITY
LITIGATION

MDL Docket No. 1358

## CERTAIN DEFENDANTS' NOTICE OF OPPOSITION TO TRANSFER OF *VILLAGE OF EAST ALTON V. PREMCOR REFINING GROUP INC., et al.*, S.D. Illinois C.A. No. 3:01-596 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS UNDER 28 U.S.C. § 1407

Richard C. Godfrey
J. Andrew Langan
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60602

Karen K. Gase
333 South Hope Street
Los Angeles Cal. 90071

**Attorneys for Defendants**
BP Products North America Inc. (formerly Amoco Oil Company) and BP Amoco Chemical Company

Dan H. Ball
Edward A. Cohen
Robert J. Wagner
THOMPSON COBURN LLP
One Firstar Plaza

St. Louis, Missouri 63101
**Attorneys for Defendant**
Conoco Inc.

John C. Berghoff, Jr.
Russell R. Eggert
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL 60603

Dennis E. Rose
Peter J. Barkofske
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, IL 62220-2190

**Attorneys For Defendant Premcor Refining Group, Inc., F/k/a Clark Refining & Marketing**

October 22, 2001

**OFFICIAL FILE COPY**
IMAGED OCT 24 '01

BP Products North America Inc.[1], BP Amoco Chemical Company, Conoco Inc. and Premcor Refining Group Inc. are among several defendants in the action captioned <u>Village of East Alton v. Premcor Refining Group Inc., et al.</u>, pending in the Southern District of Illinois C.A. No. 3:01-596. These defendants oppose transfer of this action the Southern District of New York, for reasons to be set forth in joint or separate motions to vacate the Conditional Transfer Order dated October 5, 2001, and brief in support thereof, and hereby notify the Panel of their opposition to the October 5, 2001 Conditional Transfer Order.

Dated October 22, 2001                        Respectfully submitted,

                                              [signature]
                                              Richard C. Godfrey
                                              J. Andrew Langan
                                              Thomas A. Tozer
                                              KIRKLAND & ELLIS
                                              200 East Randolph Drive
                                              Chicago, Illinois 60602

                                              Attorneys for Defendants
                                              BP PRODUCTS NORTH AMERICA
                                              INC., (formerly AMOCO OIL
                                              COMPANY) and BP AMOCO
                                              CHEMICAL COMPANY

---

[1] As of October 1, 2001, Amoco Oil Company, the named defendant in the case, underwent a name change, becoming BP Products North America Inc.

Respectfully submitted,

*Edward A. Cohen* (by TAT with permission)

Dan H. Ball, #06192613
Edward A. Cohen, #06194012
Robert J. Wagner, #06231377
One Firstar Plaza
Suite 3300
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

OF COUNSEL:
THOMPSON COBURN LLP

Attorneys for Defendant CONOCO INC.

Respectfully Submitted,

*Russell R. Eggert* (by JAT with permission)

John C. Berghoff, Jr.
Russell R. Eggert
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL 60603
(312) 701-7315
(312) 706-8605 (Fax)

Dennis E. Rose
Peter J. Barkofske
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, IL 62220-2190
(618) 235-2020
(618) 235-9632 (Fax)

ATTORNEYS FOR PREMCOR REFINING GROUP, INC., f/k/a CLARK REFINING & MARKETING

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

# SERVICE LIST
## DOCKET NO. 1358
### IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Dan H. Ball
Thompson & Coburn, L.L.P.
One Firstar Plaza
St. Louis, MO 63101

John C. Berghoff, Jr.
Mayer, Brown & Platt
190 South LaSalle Street
Suite 3900
Chicago, IL 60603

Gordon R. Broom
Burroughs, Hepler, Broom,
 MacDonald & Hebrank
P.O. Box 510
Edwardsville, IL 62025

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL 60603

John E. Galvin
Fox, Gavin LLC
One Memorial Drive
Eighth Floor
St. Louis, MO 63101

D. Jeannine Kelly
Law Office of Jeannine Kelly
322 East Broadway
Alton, IL 62202

Frederic R. Klein
Goldberg, Kohn, Bell, Black, et al.
55 East Monroe Street
Suite 3700
Chicago, IL 60603

L. Thomas Lakin
Lakin Law Firm
301 Evans Avenue
P.O. Box 229
Wood River, IL 62095

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Suite 6100
Chicago, IL 60601

Juli W. Marshall
Latham & Watkins
233 South Wacker Drive
Suite 5800
Chicago, IL 60606

Lisa A. Nielsen
Greensfelder, Hemker & Gale, P.C.
Equitable Building, Suite 2000
10 South Broadway
St. Louis, MO 63102

Morris A. Ratner
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY 10017

Dennis E. Rose
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, IL 62220

Scott Summy
Cooper & Scully, P.C.
900 Jackson Street
Suite 100
Dallas, TX 75202

Stephen M. Tillery
Carr, Korein, et al.
10 Executive Woods Court
Swansea, IL 62226

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2001 OCT 22 P 2:22

RECEIVED
CLERK'S OFFICE