MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL Docket No. 1358**

**In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

*Village of East Alton v. Premcor Refining Group, Inc., et al.*, S.D. Illinois, C.A. No. 3:01-596

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

COMES NOW Defendant Thomeczek Oil Company ("Thomeczek Oil"), by and through its undersigned counsel, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and hereby respectfully submits its Notice of Opposition to the Panel's Conditional Transfer Order (CTO-3) of October 5, 2001.

WHEREFORE Thomeczek Oil requests that the Clerk of the Panel preserve the stay on the Conditional Transfer Order and withhold transmittal of said Order to the Clerk of the Southern District of New York pursuant to Rule 7.4(c).

Dated: October 22, 2001

Respectfully submitted,

Lisa A. Nielsen
Ill. Reg. No. 6212066

GREENSFELDER, HEMKER
& GALE, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, Missouri 63102
(314) 241-9090
(314) 345-5465

Attorney for Defendant
Thomeczek Oil Company

PLEADING NO. 55

495537

**OFFICIAL FILE COPY**
**IMAGED OCT 24 '01**

## CERTIFICATE OF SERVICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

The undersigned certifies that a copy of foregoing Notice of Opposition to Conditional Transfer Order was served by depositing same in envelopes addressed to such attorneys, with postage fully prepaid and by depositing said envelopes in a U.S. Post Office mailbox in St. Louis, Missouri, on the 22nd day of October, 2001:

Stephen M. Tillery, Esq.
Christine J. Moody, Esq.
CARR, KOREIN, TILLERY, KUNIN, MONTROY,
CATES, KATZ & GLASS, LLC
10 Executive Woods Court
Belleville, Illinois 62226

Scott Summy, Esq.
Celeste Evangelisti, Esq.
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202

Thomas L. Lakin, Esq.
Bradley Lakin, Esq.
THE LAKIN LAW FIRM
301 Evans Avenue
Wood River, Illinois 62095-0027
**Attorneys for Plaintiff**

John E. Galvin, Esq.
FOX GALVIN, LLC
One Memorial Drive, 8th Floor
St. Louis, Missouri 63102
**Attorneys for Shell Oil Company
and Shell Oil Products Company**

John C. Berghoff, Jr., Esq.
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, Illinois 60603
**Attorneys for Premcor Refining
Group**

Dan H. Ball, Esq.
Edward A. Cohen, Esq.
THOMPSON COBURN LLP
One Firstar Plaza, Suite 3500
St. Louis, Missouri 63101
**Attorneys for Conoco, Inc.**

Richard C. Godfrey, Esq.
J. Andrew Langan, Esq.
Mark S. Lillie, Esq.
Thomas A. Tozer, Esq.
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
**Attorneys for Amoco Oil Company
and BP Amoco Chemical
Company**

Frederic R. Klein, Esq.
Kenneth S. Ulrich, Esq.
GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603
**Attorneys for Union Oil Company
of California**

Juli Wilson Marshall, Esq.
LATHAM & WATKINS
5800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
**Attorneys for Tosco Corporation**

Gordon R. Broom, Esq.
BURROUGHS, HEPLER, BROOM,
MACDONALD, HEBRANK & TRUE
103 West Vandalia Street, Suite 300
P. O. Box 510
Edwardsville, Illinois 62025
**Attorneys for Piasa Motor Fuels,
Inc.**

D. Jeannine Kelly, Esq.
Law Offices of D. Jeannine Kelly
322 East Broadway
Alton, Illinois 62002
**Attorney for Thomas Oil
Company, Inc.**

*/s/ Lisa A. Niels*

495537