MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ('MTBE') Products Liability Litigation | MDL No. 1358 (SAS)<br>Case No. 01-596-MJR |
| This Document Relates to: | |
| Village of East Alton, | |
| Plaintiff, | |
| v. | |
| Premcor Refining Group, Inc., f/k/a Clark Refining & Marketing, Inc.; Shell Oil Products Company; Conoco, Inc.; Amoco Oil Company; BP Amoco Chemical Company; Union Oil Company of California; Tosco Corporation; Thomas Oil Company, Inc.; Piasa Motor Fuels, Inc.; Thomeczek Oil Company; and Does 1 through 600, inclusive, | |
| Defendants. | |

PLEADING NO. 56

RECEIVED
CLERK'S OFFICE
2001 OCT 22 P 3: 05
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

### TOSCO CORPORATION'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Tosco Corporation ("Tosco") is one of several defendants in the action captioned Village of East Alton v. Premcor Refining Group Inc., et al., pending in the Southern District of Illinois, Case No. 01-596-MJR (the "potential tag-along action"). Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "MDL Rules"), Tosco,

**OFFICIAL FILE COPY**
IMAGED OCT 24 '01

through its attorneys, hereby gives notice of its opposition to the transfer of the potential tag-along action to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings. Within the next fifteen days, Tosco will file a motion to vacate the conditional transfer order and a brief in support thereof stating the basis for its opposition as required by Rule 7.5 of the MDL Rules.

Dated:   October 22, 2001                    Respectfully submitted,

*Juli Wilson Marshall*
Juli Wilson Marshall
LATHAM & WATKINS
233 S. Wacker Drive
Suite 5800
Chicago, Illinois 60606
Telephone: 312-876-7700
Facsimile: 312-993-9767

Attorney for Defendant Tosco Corporation

FROM                Case MDL No. 1358   Document 56   Filed 10/23/01   Page 3 of 4 1325516 P 4
                                    (MON) 10. 22' 01 15:39/ST. 15:36/NO. 4861325516 P 4
                                                                    JUDICIAL PANEL ON
                                                                  MULTIDISTRICT LITIGATION

                                                                        OCT 23 2001

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2001, I caused one (1) copy of **TOSCO CORPORATION'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER** to be filed with the Clerk of the Panel by facsimile and first class mail, postage prepaid, and to be served by first class mail, postage prepaid, to those counsel of record identified on the "Panel Service List," a copy of which is attached hereto.

*Juli Wilson Marshall*
Juli Wilson Marshall

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2001 OCT 22 P 3:05

RECEIVED
CLERK'S OFFICE

## INVOLVED COUNSEL LIST (CTO-3)
## DOCKET NO. 1358
## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Dan H. Ball
Thompson & Coburn, L.L.P.
One Firstar Plaza
St. Louis, MO 63101

John C. Berghoff, Jr.
Mayer, Brown & Platt
190 South LaSalle Street
Suite 3900
Chicago, IL 60603

Gordon R. Broom
Burroughs, Hepler, Broom, MacDonald & Hebrank
P.O. Box 510
Edwardsville, IL 62025

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL 60603

John E. Galvin
Fox, Galvin LLC
One Memorial Drive
Eighth Floor
St. Louis, MO 63101

D. Jeannine Kelly
Law Office of Jeannine Kelly
322 East Broadway
Alton, IL 62202

Frederic R. Klein
Goldberg, Kohn, Bell, Black, et al.
55 East Monroe Street
Suite 3700
Chicago, IL 60603

L. Thomas Lakin
Lakin Law Firm
301 Evans Avenue
P.O. Box 229
Wood River, IL 62095

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Suite 6100
Chicago, IL 60601

Juli W. Marshall
Latham & Watkins
233 S. Wacker Drive
Suite 5800
Chicago, IL 60606

Lisa A. Nielsen
Greensfelder, Hemker & Gale, P.C.
Equitable Building, Suite 2000
10 South Broadway
St. Louis, MO 63102

Morris A. Ratner
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY 10017

Dennis E. Rose
Donovan, Rose, Nester & Joley, P.C.
8 E. Washington Street
Belleville, IL 62220

Scott Summy
Cooper & Scully, P.C.
900 Jackson Street
Suite 100
Dallas, TX 75202

Stephen M. Tillery
Carr, Korein, et al.
10 Executive Woods Court
Swansea, IL 62226