JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL No. 1358 (SAS) |
| This document relates to: | |
| VILLAGE OF EAST ALTON, Plaintiff, v. PREMCOR REFINING GROUP, INC., F/K/A CLARK REFINING & MARKETING, INC., SHELL OIL PRODUCTS COMPANY, CONOCO, INC., AMOCO OIL COMPANY, BP AMOCO CHEMICAL COMPANY, UNION OIL COMPANY OF CALIFORNIA, TOSCO CORPORATION, THOMAS OIL COMPANY, INC., PIASA MOTOR FUELS, INC., THOMECZEK OIL COMPANY, AND DOES 1 THROUGH 600, INCLUSIVE, Defendants. | Case No. 01-596-DRH |

## UNION OIL COMPANY OF CALIFORNIA'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

Union Oil Company of California ("Unocal") is one of several defendants in the action captioned Village of East Alton v. Premcor Refining Group Inc., et al., pending in the United States District Court for the Southern District of Illinois, Case No. 01-596-DRH (the "potential tag-along action"). Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (the "MDL Rules"), Unocal, through its attorneys, hereby gives notice of its opposition to the transfer of the potential tag-along action to the United States District Court for the Southern District of New York for coordinated or

#310048.v01 10/22/01 10:04 AM 6N8G01!.DOC

4633.005

OFFICIAL FILE COPY
IMAGED OCT 24 '01

consolidated pretrial proceedings. Within the next 15 days, Unocal will file a motion to vacate the conditional transfer order and a brief in support thereof stating the basis for its opposition as required by Rule 7.5 of the MDL Rules.

DATED: October 22, 2001

Respectfully submitted,

By: _____
Frederic R. Klein
Kenneth S. Ulrich
Eli M. Rollman
GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.

55 East Monroe Street
Suite 3700
Chicago, Illinois 60603
(312) 201-4000
(312) 332-2196 (fax)

Attorneys for Defendant
UNION OIL COMPANY OF CALIFORNIA

-2-

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

**INVOLVED COUNSEL LIST (CTO-3)**
**DOCKET NO. 1358**
**IN RE METHYL TERTIARY BUTYL ETHER ("MTBE")**
**PRODUCTS LIABILITY LITIGATION**

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 22, 2001, he caused a copy of the attached **UNION OIL COMPANY OF CALIFORNIA'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER** to be served by facsimile upon:

Mr. Dan H. Ball
Thompson Coburn LLP
One Firstar Plaza
Suite 3300
St. Louis, Missouri 63101
Fax No. (314) 552-7000
Counsel for Conoco, Inc.

Mr. J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636
Fax No. (312) 861-2064
Counsel for Amoco Oil Company and BP Amoco Chemical Company

Mr. John C. Berghoff, Jr.
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, Illinois 60603
Fax No. (312) 706-8605
Counsel for Premcor Refining Group, Inc., f/k/a Clark Refining & Marketing, Inc.

Ms. Juli W. Marshall
Latham & Watkins
233 So. Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Fax No. (312) 993-9767
Counsel for Tosco Corporation

Mr. Gordon R. Broom
Burroughs Hepler Broom MacDonald Hebrank & True
103 W. Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, Illinois 62025
Fax No. (618) 656-1364
Counsel for Piasa Motor Fuels, Inc.

Ms. Lisa A. Nielsen
Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, Missouri 63102
Fax No. (314) 345-5465
Counsel for Thomeczek Oil Company and Thomas Oil Company, Inc.

# 309598 v01 10/22/01 12:12 PM 6MVY01!.DOC

4633.005

Mr. Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, Illinois 60603
Fax No. (312) 692-1718
Counsel for CITGO Petroleum

Mr. John E. Galvin
Fox & Galvin
One Memorial Drive
Eighth Floor
St. Louis, Missouri 63102
Fax No. (314) 588-1965
Counsel for Shell Oil Company and
Shell Oil Products Company

Ms. D. Jeannine Kelly
Law Offices of D. Jeannine Kelly
322 East Broadway
Alton, Illinois 62002
Fax No. (618) 465-6789
Counsel for Thomas Oil Company

Mr. L. Thomas Lakin
The Lakin Law Firm
301 Evans Avenue
Woodriver, Illinois 62095-0027
Fax No. (618) 254-0193
Counsel for Village of East Alton

Mr. Morris A. Rattner
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, New York 10017
Fax No. (212) 355-9592
Counsel for Plaintiffs

Mr. Dennis E. Rose
Donovan, Rose, Nester & Joley, PC
8 East Washington Street
Belleville, Illinois 62220
Fax No. (618) 235-9632
Counsel for Premcor Refining Group, Inc.,
f/k/a Clark Refining & Marketing, Inc.

Mr. Scott Summy
Cooper & Scully, P.C.
900 Jackson Street
Suite 100
Dallas, Texas 75202
Fax No. (214) 712-9540
Counsel for Village of East Alton

Mr. Stephen M. Tillery
Carr, Korein, Tillery, Kunin, Montroy, Cates,
Katz & Glass
10 Executive Woods Court
Belleville, Illinois 62226
Fax No. (618) 277-9804
Counsel for Village of East Alton

_____
Frederic R. Klein

-2-