MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL Docket No. 1358

In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

*Village of East Alton v. Premcor Refining Group, Inc., et al.*, S.D. Illinois, C.A. No. 3:01-596

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

COMES NOW Defendant Thomas Oil Company, Inc. ("Thomas Oil"), by and through its undersigned counsel, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and hereby respectfully submits its Notice of Opposition to the Panel's Conditional Transfer Order (CTO-3) of October 5, 2001.

WHEREFORE Thomas Oil requests that the Clerk of the Panel preserve the stay on the Conditional Transfer Order and withhold transmittal of said Order to the Clerk of the Southern District of New York pursuant to Rule 7.4(c).

Dated: October 22, 2001

Respectfully submitted,

*D. Jeannine Kelly by L.A.K.*
D. Jeannine Kelly
Law Offices of D. Jeannine Kelly
Ill. Reg. No. 6229561
322 East Broadway
Alton, Illinois 62002
(618) 465-0123
(618) 465-6789

PLEADING NO. 58

495555

**OFFICIAL FILE COPY**
IMAGED OCT 24 '01

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

OF COUNSEL:
GREENSFELDER, HEMKER
& GALE, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, Missouri 63102
(314) 241-9090
(314) 345-5465

Lisa A. Nielsen
Ill. Reg. No. 6212066

Attorneys for Defendant
Thomas Oil Company, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of foregoing Defendant Thomas Oil Company, Inc.'s Notice of Opposition to Transfer Order was served by depositing same in envelopes addressed to the following attorneys of record, with postage fully prepaid and by depositing said envelopes in a U.S. Post Office mailbox in St. Louis, Missouri, on the 22nd day of October, 2001:

Stephen M. Tillery, Esq.
Christine J. Moody, Esq.
CARR, KOREIN, TILLERY, KUNIN, MONTROY,
CATES, KATZ & GLASS, LLC
10 Executive Woods Court
Belleville, Illinois 62226

Scott Summy, Esq.
Celeste Evangelisti, Esq.
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202

Thomas L. Lakin, Esq.
Bradley Lakin, Esq.
THE LAKIN LAW FIRM
301 Evans Avenue
Wood River, Illinois 62095-0027
**Attorneys for Plaintiff**

John E. Galvin, Esq.
FOX GALVIN, LLC
One Memorial Drive, 8th Floor
St. Louis, Missouri 63102
**Attorneys for Shell Oil Company
and Shell Oil Products Company**

John C. Berghoff, Jr., Esq.
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, Illinois 60603
**Attorneys for Premcor Refining
Group**

Dan H. Ball, Esq.
Edward A. Cohen, Esq.
THOMPSON COBURN LLP
One Firstar Plaza, Suite 3500
St. Louis, Missouri 63101
**Attorneys for Conoco, Inc.**

Richard C. Godfrey, Esq.
J. Andrew Langan, Esq.
Mark S. Lillie, Esq.
Thomas A. Tozer, Esq.
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60601
**Attorneys for Amoco Oil Company
and BP Amoco Chemical
Company**

2

Frederic R. Klein, Esq.
Kenneth S. Ulrich, Esq.
GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3700
Chicago, Illinois 60603
    **Attorneys for Union Oil Company of California**

Gordon R. Broom, Esq.
BURROUGHS, HEPLER, BROOM,
MACDONALD, HEBRANK & TRUE
103 West Vandalia Street, Suite 300
P. O. Box 510
Edwardsville, Illinois 62025
    **Attorneys for Piasa Motor Fuels, Inc.**

Juli Wilson Marshall, Esq.
LATHAM & WATKINS
5800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
    **Attorneys for Tosco Corporation**

*/s/ Lisa A. Nielsen*