10/22/2001 13:59 FAX 3145881965    FOX GALVIN    ☒003
Case MDL No. 1358   Document 59   Filed 10/23/01   Page 1 of 4
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
OCT 23 2001
FILED
CLERK'S OFFICE

MDL 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: | : |
| MTBE PRODUCTS LIABILITY LITIGATION | : MDL Docket No. 1358 |
|  | : |

### DEFENDANTS SHELL OIL COMPANY AND SHELL OIL PRODUCTS COMPANY's NOTICE OF OPPOSITION TO TRANSFER OF *VILLAGE OF EAST ALTON V. PREMCOR REFINING GROUP INC., et al.,* S.D. Illinois C.A. No. 3:01-596 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS UNDER 28 U.S.C. § 1407

COME NOW defendants, Shell Oil Company and Shell Oil Products Company, two of the defendants in *Village of East Alton v. Premcor Refining Group, Inc., et al.*, U.S.D.C., S.D. Illinois, C.A. No. 3:01-596, by and through its attorneys, Fox Galvin, LLC, and hereby give notice of their opposition to the Conditional Transfer Order filed October 5, 2001, by the Judicial Panel on Multi-District Litigation.

Respectfully submitted,

FOX GALVIN, LLC

By: /s/ John E. Galvin

John E. Galvin
Suzanne P. Galvin
One Memorial Drive, Eighth Floor
St. Louis, MO 63102
(314) 588-7000
(314) 588-1965 (Fax)

Attorneys for Defendants
Shell Oil Company and
Shell Oil Products Company

PLEADING NO. 59

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2001 OCT 22 P 3:04
RECEIVED
CLERK'S OFFICE

IMAGED OCT 24 '01    OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent by United States mail, postage pre-paid, this 22 day of _October_, 2001, to the following counsel of record:

Mr. Stephen M. Tillery
Ms. Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy,
   Cates, Katz & Glass
10 Executive Woods Court
Belleville, IL  62226

Mr. Scott Summy
Ms. Celeste Evangelasti
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX  75202

Mr. Thomas L. Lakin
Mr. Bradley Lakin
The Lakin Law Firm
301 Evans Avenue
Woodriver, IL 62095-0027

ATTORNEYS FOR PLAINTIFF

Mr. John C. Berghoff, Jr.
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL  60603

Mr. Dennis E. Rose
Mr. Peter J. Barkofske
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, IL  62220-2190

ATTORNEYS FOR PREMCOR f/k/a CLARK REFINING & MARKETING

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2001 OCT 22  P 3: 04

RECEIVED
CLERK'S OFFICE

Mr. Dan H. Ball
Mr. Edward A. Cohen
Mr. Robert J. Wagner
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO 63101

ATTORNEYS FOR CONOCO INC.


Mr. Richard C. Godfrey
Mr. J. Andrew Langan
Mr. Mark S. Lillie
Mr. Thomas A. Tozer
Kirkland & Ellis
200 East Randolph Drive, #54
Chicago, IL 60601-6636

ATTORNEYS FOR BP PRODUCTS NORTH AMERICA INC.
f/k/a AMOCO OIL COMPANY


Mr. Frederic R. Klein
Mr. Kenneth S. Ulrich
Goldberg, Kohn, Bell, Black,
  Rosenbloom & Moritz, Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL 60603

ATTORNEYS FOR UNION OIL CO. OF CALIFORNIA


Ms. Juli W. Marshall
Latham & Watkins
233 S. Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606-6401

ATTORNEYS FOR TOSCO

Ms. D. Jeannine Kelly
Law Offices of D. Jeannine Kelly
322 East Broadway
Alton, IL 62002

ATTORNEY FOR THOMAS OIL


Ms. Lisa A. Nielsen
Greensfelder, Hemker & Gale, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, MO 63102

ATTORNEYS FOR THOMAS OIL AND THOMECZEK OIL


Mr. Gordon R. Broom
103 W. Vandalia Street, Suite 300
P. O. Box 510
Edwardsville, IL 62025

ATTORNEYS FOR PIASA MOTOR FUELS

Nathan P. Eimer, Esq.
EIMER STAHL KLEVORN & SOLBERG
122 South Michigan Avenue, Suite 1776
Chicago, IL 60603

ATTORNEYS FOR CITGO PETROLEUM CORPORATION