MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**MDL Docket No. 1358**

**In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

*Village of East Alton v. Premcor Refining Group, Inc. et al.*, S.D. Illinois C.A. No. 3:01-596

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

COMES NOW Defendant Piasa Motor Fuels, Inc. ("Piasa"), by and through its undersigned counsel, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, and hereby respectfully submits its Notice of Opposition to the Panel's Conditional Transfer Order (CTO-3) of October 5, 2001.

WHEREFORE Piasa requests that the Clerk of the Panel preserve the stay on the Conditional Transfer Order and withhold transmittal of said Order to the Clerk of the Southern District of New York pursuant to Rule 7.4 (c).

Dated:  October 22, 2001

Respectfully submitted,

BURROUGHS, HEPLER, BROOM,
MacDONALD, HEBRANK & TRUE

By _____
Gordon R. Broom – 00308447
Mark Twain Plaza
103 West Vandalia St., Ste. 300
P. O. Box 510
Edwardsville, IL 62025
Telephone:  618-656-0184

RECEIVED
CLERK'S OFFICE
2001 OCT 22  P 3: 05
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

PLEADING NO.

IMAGED OCT 24 '01 OFFICIAL FILE COPY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent by United States mail, postage pre-paid, this _22_ day October, 2001, to the following counsel of record:

Mr. Stephen M. Tillery
Ms. Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy,
   Cates, Katz & Glass
10 Executive Woods Court
Belleville, IL  62226

Mr. Scott Summy
Ms. Celeste Evangelasti
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX  75202

Mr. Thomas L. Lakin
Mr. Bradley Lakin
The Lakin Law Firm
301 Evans Avenue
Woodriver, IL 62095-0027

ATTORNEYS FOR PLAINTIFF

Mr. John C. Berghoff, Jr.
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, IL  60603

Mr. Dennis E. Rose
Mr. Peter J. Barkofske
Donovan, Rose, Nester & Joley, P.C.
8 East Washington Street
Belleville, IL  62220-2190

ATTORNEYS FOR PREMCOR f/k/a CLARK REFINING & MARKETING

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2001 OCT 22  P 3: 05

RECEIVED
CLERK'S OFFICE

Mr. Dan H. Ball
Mr. Edward A. Cohen
Mr. Robert J. Wagner
Thompson Coburn LLP
One Firstar Plaza, Suite 3300
St. Louis, MO  63101

ATTORNEYS FOR CONOCO


Mr. Richard C. Godfrey
Mr. J. Andrew Langan
Mr. Mark S. Lillie
Mr. Thomas A. Tozer
Kirkland & Ellis
200 East Randolph Drive, #54
Chicago, IL 60601-6636

ATTORNEYS FOR AMOCO OIL COMPANY and
BP AMOCO CHEMICAL COMPANY


Mr. Frederic R. Klein
Mr. Kenneth S. Ulrich
Goldberg, Kohn, Bell, Black,
  Rosenbloom & Moritz, Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL  60603

ATTORNEYS FOR UNION OIL CO. OF CALIFORNIA


Ms. Juli W. Marshall
Latham & Watkins
233 S. Wacker Drive
Sears Tower, Suite 5800
Chicago, IL 60606-6401

ATTORNEYS FOR TOSCO


Ms. D. Jeannine Kelly
Law Offices of D. Jeannine Kelly
322 East Broadway
Alton, IL  62002

ATTORNEY FOR THOMAS OIL

Ms. Lisa A. Nielsen
Greensfelder, Hemker & Gale, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, MO  63102

ATTORNEYS FOR THOMAS OIL AND THOMECZEK OIL

John E. Galvin
FOX GALVIN, LLC
One Memorial Drive, Eighth Floor
St. Louis, MO 63102

ATTORNEYS FOR SHELL OIL COMPANY AND
SHELL OIL PRODUCTS COMPANY