MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates to:<br><br>Village of East Alton,<br><br>                    Plaintiff,<br>          v.<br><br>Premcor Refining Group, Inc., f/k/a Clark Refining & Marketing, Inc.; Shell Oil Products Company; Conoco, Inc.; Amoco Oil Company; BP Amoco Chemical Company; Union Oil Company of California; Tosco Corporation; Thomas Oil Company, Inc.; Piasa Motor Fuels, Inc.; Thomeczek Oil Company; and Does 1 through 600, inclusive,<br><br>                    Defendants. | MDL No. 1358 (SAS)<br>Case No. 01-596-DRH |

### UNOCAL AND PREMCOR'S JOINT MOTION TO VACATE
### THE OCTOBER 5, 2001 CONDITIONAL TRANSFER ORDER

Defendants Union Oil Company of California ("Unocal") and Premcor Refining Group, Inc., f/k/a Clark Refining & Marketing, Inc. ("Premcor") respectfully move the Judicial Panel on Multidistrict Litigation (the "Panel") to vacate its October 5, 2001

#311802.v01 11/5/01 3:31 PM 6_L601!.DOC        **OFFICIAL FILE**        4633.005

IMAGED NOV 8 '01

Conditional Transfer Order (the "Conditional Transfer Order") for the reasons set forth below:

1.  Unocal and Premcor are not parties in the case of In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation, MDL No. 1358 (SAS) (the "MDL Litigation"). The MDL Litigation has been going on for a year, substantial discovery has already been conducted, and important legal issues have already been decided by the presiding judge. If Unocal and Premcor are now forced to tag along in that case, they will have missed out on a year of discovery, as well as the opportunity to be heard on important issues already decided. Thus, it would be especially unfair and contrary to the interests of justice to force these two parties to be a part of the MDL Litigation.

2.  Unocal and Premcor furthermore do hereby state their agreement with and intent to adopt in its entirety "Certain Defendants' Motion to Vacate the October 5, 2001 Conditional Transfer Order" and the accompanying memorandum in support thereof.

**WHEREFORE**, for the reasons set forth in the instant motion and the accompanying memorandum in support thereof, Union Oil Company of California and Premcor Refining Group, Inc., f/k/a Clark Refining & Marketing, Inc. respectfully request

that the Panel vacate the Conditional Transfer Order.

Dated: November 6, 2001

Respectfully submitted,

By: _____
Frederic R. Klein, #03127304
Kenneth S. Ulrich, #06195603
Eli M. Rollman #6270514
GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3700
Chicago, Illinois 60603
(312) 201-4000
(312) 201-2196 (fax)

Attorneys for Defendant
Union Oil Company of California


By: _____
John C. Berghoff, Jr.
Russell R. Eggert
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, Illinois 60603
(312) 701-7315
(312) 706-8605 (fax)

Attorneys for Defendant
Premcor Refining Group, Inc., f/k/a Clark
Refining & Marketing, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

INVOLVED COUNSEL LIST (CTO-3)
DOCKET NO. 1358
IN RE METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

NOV - 6 2001

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 5, 2001, he caused a copy of **UNION OIL COMPANY OF CALIFORNIA AND PREMCOR REFINING GROUP, INC. f/k/a CLARK REFINING & MARKETING INC's JOINT MOTION TO VACATE THE OCTOBER 5, 2001 CONDITIONAL TRANSFER ORDER** to be served via United States Mail upon:

Mr. Dan H. Ball
Thompson Coburn LLP
One Firstar Plaza
Suite 3300
St. Louis, Missouri 63101
Fax No. (314) 552-7000
Counsel for Conoco, Inc.

Mr. J. Andrew Langan
Thomas A. Tozer
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636
Fax No. (312) 861-2200
Counsel for Amoco Oil Company and BP
Amoco Chemical Company

Mr. John C. Berghoff, Jr.
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, Illinois 60603
Fax No. (312) 706-8605
Counsel for Premcor Refining Group, Inc.,
f/k/a Clark Refining & Marketing, Inc.

Ms. Juli W. Marshall
Latham & Watkins
233 So. Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Fax No. (312) 993-9767
Counsel for Tosco Corporation

Mr. Gordon R. Broom
Burroughs Hepler Broom MacDonald
Hebrank & True
103 W. Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, Illinois 62025
Fax No. (618) 656-1364
Counsel for Piasa Motor Fuels, Inc.

Ms. Lisa A. Nielsen
Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, Missouri 63102
Fax No. (314) 345-5465
Counsel for Thomeczek Oil Company
and Thomas Oil Company, Inc.

Mr. Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, Illinois 60603
Fax No. (312) 692-1718
Counsel for CITGO Petroleum

Mr. John E. Galvin
Fox & Galvin
One Memorial Drive
Eighth Floor
St. Louis, Missouri 63102
Fax No. (314) 588-1965
Counsel for Shell Oil Company and
Shell Oil Products Company

Ms. D. Jeannine Kelly
Law Offices of D. Jeannine Kelly
322 East Broadway
Alton, Illinois 62002
Fax No. (618) 465-6789
Counsel for Thomas Oil Company

Mr. L. Thomas Lakin
The Lakin Law Firm
301 Evans Avenue
Woodriver, Illinois 62095-0027
Fax No. (618) 254-0193
Counsel for Village of East Alton

Mr. Morris A. Rattner
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, New York 10017
Fax No. (212) 355-9592
Counsel for Plaintiffs

Mr. Dennis E. Rose
Donovan, Rose, Nester & Joley, PC
8 East Washington Street
Belleville, Illinois 62220
Fax No. (618) 235-9632
Counsel for Premcor Refining Group, Inc.,
f/k/a Clark Refining & Marketing, Inc.

Mr. Scott Summy
Cooper & Scully, P.C.
900 Jackson Street
Suite 100
Dallas, Texas 75202
Fax No. (214) 712-9540
Counsel for Village of East Alton

Mr. Stephen M. Tillery
Ms. Christine J. Moody
Carr, Korein, Tillery, Kunin, Montroy, Cates,
Katz & Glass
10 Executive Woods Court
Belleville, Illinois 62226
Fax No. (618) 277-9804
Counsel for Village of East Alton

Eli M. Rollman

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2001

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates to:<br><br>Village of East Alton,<br><br>　　　　　　　　Plaintiff,<br>　　　v.<br><br>Premcor Refining Group, Inc., f/k/a Clark Refining & Marketing, Inc.; Shell Oil Products Company; Conoco, Inc.; Amoco Oil Company; BP Amoco Chemical Company; Union Oil Company of California; Tosco Corporation; Thomas Oil Company, Inc.; Piasa Motor Fuels, Inc.; Thomeczek Oil Company; and Does 1 through 600, inclusive,<br><br>　　　　　　　　Defendants. | ) MDL No. 1358 (SAS)<br>) Case No. 01-596-DRH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MEMORANDUM IN SUPPORT OF UNOCAL AND PREMCOR'S JOINT MOTION TO VACATE THE OCTOBER 5, 2001 CONDITIONAL TRANSFER ORDER

　　Defendants Union Oil Company of California ("Unocal") and Premcor Refining Group, Inc., f/k/a Clark Refining & Marketing, Inc. ("Premcor") submit this

RECEIVED
CLERK'S OFFICE
2001 NOV -6  A 10: 29
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
4633.005

memorandum of law in support of their Joint Motion to Vacate the October 5, 2001 Conditional Transfer Order.

The issue before the Judicial Panel on Multidistrict Litigation (the "Panel") is whether the case of <u>Village of East Alton v. Premier Refining Group, Inc., f/k/a Clark Refining & Marketing, Inc.</u>, Case No. 01-596-DRH (the "East Alton Litigation") should be transferred and consolidated with the matter of <u>In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation</u>, MDL No. 1358 (SAS) (the "MDL Litigation"). All of the parties in the East Alton Litigation oppose the transfer. A number of reasons for the opposition are discussed in "Certain Defendants' Motion to Vacate the October 5, 2001 Conditional Transfer Order" and accompanying memorandum, which Unocal and Premcor support and adopt in their entirety. There is an additional, and significant, reason that the Panel should not consolidate the East Alton Litigation with the MDL Litigation.

Unocal and Premcor are not parties to the MDL Litigation, nor are they parties to any of the individual cases which comprise the MDL Litigation. As a result, Unocal and Premcor were not involved in any of the extensive motion practice which has occurred in the MDL Litigation, and have not had an opportunity to be heard in regard to the complicated and important issues which have already been decided in several decisions rendered by the Honorable Shira A. Scheindlin. If the East Alton Litigation is transferred to and consolidated with the MDL Litigation, it is highly likely that Unocal's and Premcor's positions on these issues (motions to dismiss on grounds of preemption, material pleading deficiencies, etc.) will not be entertained by Judge Scheindlin, even though her extensive rulings on these issues were made without having heard the views of Unocal or Premcor. A denial of a meaningful opportunity to be heard in this manner would be unfair.

In addition, the MDL Litigation has been proceeding for one year, and Unocal and Premcor have been informed that substantial discovery has already been conducted. Having played no part in the MDL Litigation to this point, Unocal and Premcor would find themselves in the unenviable and unfair position of being a year behind in the conduct of their defenses. Where actions are at different stages, consolidation does not promote justice or judicial economy or benefit the parties. See, e.g., In re A.H. Robins Co., Inc. "Dalcon Shield" IUD Prods. Liab. Litig., 570 F.Supp. 1480 (J.P.M.L. 1983); In re G.D. Searle & Co. "Copper 7" IUD Prods. Liab. Litig., 483 F.Supp. 1343 (J.P.M.L. 1980).

For both of these reasons, it would be substantially unjust to Unocal and Premcor, and contrary to the best interests of justice, to consolidate the East Alton Litigation with the MDL Litigation. Therefore, Unocal and Premcor respectfully ask the Panel to rule that the East Alton Litigation will not be consolidated with the pending MDL Litigation.

Dated: November 6, 2001

Respectfully submitted,

By: *(signature)*

Frederic R. Klein, #03127304
Kenneth S. Ulrich, #06195603
Eli M. Rollman #6270514
GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3700
Chicago, Illinois  60603
(312) 201-4000
(312) 201-2196 (fax)

-4-

By: *Russell Eggert/EMR*
John C. Berghoff, Jr.
Russell R. Eggert
MAYER, BROWN & PLATT
190 South LaSalle Street
Chicago, Illinois 60603
(312) 701-7315
(312) 706-8605 (fax)

Attorneys for Defendant
Premcor Refining Group, Inc., f/k/a Clark
Refining & Marketing, Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2001

FILED
CLERK'S OFFICE

INVOLVED COUNSEL LIST (CTO-3)
DOCKET NO. 1358
IN RE METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 5, 2001, he caused a copy of **UNION OIL COMPANY OF CALIFORNIA AND PREMCOR REFINING GROUP, INC. f/k/a CLARK REFINING & MARKETING INC's MEMORANDUM IN SUPPORT OF UNOCAL AND PREMCOR'S JOINT MOTION TO VACATE THE OCTOBER 5, 2001 CONDITIONAL TRANSFER ORDER** to be served via United States Mail upon:

Mr. Dan H. Ball
Thompson Coburn LLP
One Firstar Plaza
Suite 3300
St. Louis, Missouri 63101
Fax No. (314) 552-7000
Counsel for Conoco, Inc.

Mr. J. Andrew Langan
Thomas A. Tozer
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636
Fax No. (312) 861-2200
Counsel for Amoco Oil Company and BP
Amoco Chemical Company

Mr. John C. Berghoff, Jr.
Mayer, Brown & Platt
190 South LaSalle Street
Chicago, Illinois 60603
Fax No. (312) 706-8605
Counsel for Premcor Refining Group, Inc.,
f/k/a Clark Refining & Marketing, Inc.

Ms. Juli W. Marshall
Latham & Watkins
233 So. Wacker Drive
Sears Tower, Suite 5800
Chicago, Illinois 60606
Fax No. (312) 993-9767
Counsel for Tosco Corporation

Mr. Gordon R. Broom
Burroughs Hepler Broom MacDonald
Hebrank & True
103 W. Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, Illinois 62025
Fax No. (618) 656-1364
Counsel for Piasa Motor Fuels, Inc.

Ms. Lisa A. Nielsen
Greensfelder, Hemker & Gale, PC
2000 Equitable Building
10 South Broadway
St. Louis, Missouri 63102
Fax No. (314) 345-5465
Counsel for Thomeczek Oil Company
and Thomas Oil Company, Inc.

# 312285.v01 11/5/01 4:01 PM 6_YL01!.DOC

| | |
|---|---|
| Mr. Nathan P. Eimer<br>Eimer, Stahl, Klevorn & Solberg<br>122 South Michigan Avenue<br>Suite 1776<br>Chicago, Illinois 60603<br>Fax No. (312) 692-1718<br>Counsel for CITGO Petroleum | Mr. Morris A. Rattner<br>Lieff, Cabraser, Heimann & Bernstein<br>780 Third Avenue<br>48th Floor<br>New York, New York 10017<br>Fax No. (212) 355-9592<br>Counsel for Plaintiffs |
| Mr. John E. Galvin<br>Fox & Galvin<br>One Memorial Drive<br>Eighth Floor<br>St. Louis, Missouri 63102<br>Fax No. (314) 588-1965<br>Counsel for Shell Oil Company and<br>Shell Oil Products Company | Mr. Dennis E. Rose<br>Donovan, Rose, Nester & Joley, PC<br>8 East Washington Street<br>Belleville, Illinois 62220<br>Fax No. (618) 235-9632<br>Counsel for Premcor Refining Group, Inc.,<br>f/k/a Clark Refining & Marketing, Inc. |
| Ms. D. Jeannine Kelly<br>Law Offices of D. Jeannine Kelly<br>322 East Broadway<br>Alton, Illinois 62002<br>Fax No. (618) 465-6789<br>Counsel for Thomas Oil Company | Mr. Scott Summy<br>Cooper & Scully, P.C.<br>900 Jackson Street<br>Suite 100<br>Dallas, Texas 75202<br>Fax No. (214) 712-9540<br>Counsel for Village of East Alton |
| Mr. L. Thomas Lakin<br>The Lakin Law Firm<br>301 Evans Avenue<br>Woodriver, Illinois 62095-0027<br>Fax No. (618) 254-0193<br>Counsel for Village of East Alton | Mr. Stephen M. Tillery<br>Ms. Christine J. Moody<br>Carr, Korein, Tillery, Kunin, Montroy, Cates,<br>Katz & Glass<br>10 Executive Woods Court<br>Belleville, Illinois 62226<br>Fax No. (618) 277-9804<br>Counsel for Village of East Alton |

_____
Eli M. Rollman