MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2001

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: | |
| MTBE PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1358 |

## CERTAIN DEFENDANTS' MOTION IN OPPOSITION TO TRANSFER OF *VILLAGE OF EAST ALTON V. PREMCOR REFINING GROUP INC., et al.*, S.D. Illinois C.A. No. 3:01-596 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS UNDER 28 U.S.C. § 1407

Richard C. Godfrey
J. Andrew Langan
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60602

Karen K. Gase
333 South Hope Street
Los Angeles Cal. 90071

**Attorneys for Defendants
BP Products North America Inc. (formerly Amoco
Oil Company) and BP Amoco Chemical Company**

Dan H. Ball
Edward A. Cohen
Robert J. Wagner
THOMPSON COBURN LLP
One Firstar Plaza
St. Louis, Missouri 63101
**Attorneys for Defendant
Conoco Inc.**

November 5, 2001

OFFICIAL FILE             IMAGED NOV 8 '01

Pursuant to Rule 7.4(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), certain defendants in the action captioned <u>Village of East Alton v. Premcor Refining Group, Inc., et al.</u>, Case No. 01-596-DRH, (formerly C.A. No. 3:01-596), BP Products North America Inc., BP Amoco Chemical Co., Conoco Inc., Shell Oil Company and Shell Oil Products Company hereby move to vacate the Conditional Transfer Order entered October 5, 2001 by the Clerk of the Panel.

1.  <u>Village of East Alton v. Premcor Refining Group, Inc., et al.</u>, Case No. 01-596-DRH, (formerly C.A. No. 3:01-596), is a lawsuit brought by the Village of East Alton against certain petroleum refiners, suppliers and retailers based on its claim that some of its wells contain MTBE, alleging causes of action for product liability, negligence, trespass, and nuisance.

2.  <u>In re Methyl Tertiary Butyl Ether Products Liability Litigation</u>, MDL 1358 (SAS), is a group of putative class actions that has been consolidated by this Panel. In MDL 1358, plaintiffs assert class claims alleging that certain gasoline refiners and suppliers have caused MTBE contamination of groundwater at multiple locations across the country. The venue for the MDL Litigation is the United States District Court for the Southern District of New York.

3.  On October 5, 2001, the Panel conditionally ordered transfer of the <u>Village of East Alton</u> action to MDL 1358 for coordinated pretrial proceedings. Every party to the <u>Village of East Alton</u> Action has filed or joined a notice of opposition to the

Consolidated Transfer Order. Defendants BP Products North America Inc., BP Amoco Chemical Company and Conoco Inc. file this motion and Brief in Support asking the Panel to vacate the Conditional Transfer Order.

4.  For the reasons stated in the supporting brief filed by these defendants on this date, defendants BP Products North America Inc., BP Amoco Chemical Company, Conoco Inc., Shell Oil Company and Shell Oil Products Company oppose transfer, and respectfully request that the Panel therefore vacate the Conditional Transfer Order in this matter.

Dated: November 5, 2001                    Respectfully submitted,

*[signature]*

Richard C. Godfrey
J. Andrew Langan
Thomas A. Tozer
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois  60602

Attorneys for Defendants
BP PRODUCTS NORTH AMERICA
INC., (formerly AMOCO OIL
COMPANY) and BP AMOCO
CHEMICAL COMPANY

Respectfully submitted,

*Edward A. Cohen*
_____
Dan H. Ball, #06192613
Edward A. Cohen, #06194012          by TAT
Robert J. Wagner, #06231377         w/
One Firstar Plaza                   permission
Suite 3300
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

OF COUNSEL:
THOMPSON COBURN LLP

Attorneys for Defendant CONOCO INC.


Respectfully submitted,

*John E. Galvin* (signed by JAT w/ permission)

John E. Galvin, #06205935
Suzanne P. Galvin, #06209276
One Memorial Drive, Eighth Floor
St. Louis, MO 63102
(314) 588-7000
(314) 588-1965 (Fax)

ATTORNEYS FOR SHELL OIL COMPANY
AND SHELL OIL PRODUCTS COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2001

FILED
CLERK'S OFFICE

CERTIFICATE OF SERVICE

I, Thomas A. Tozer, an attorney, certify that I served that attached Certain Defendants' Motion and Brief in Opposition to Transfer of Village of East Alton v. Premcor Refining Group Inc., et al., S.D. Illinois C.A. No. 3:01-596 for Coordinated or Consolidated Pretrial Proceedings Under 28 U.S.C. § 1407 by U.S. Mail, postage prepaid, this 5th day of November, 2001, upon the following:

Dan H. Ball
Thompson & Coburn, L.L.P.
One Firstar Plaza
St. Louis, MO 63101

Frederic R. Klein
Goldberg, Kohn, Bell, Black, et al.
55 East Monroe Street
Suite 3700
Chicago, IL 60603

John C. Berghoff, Jr.
Mayer, Brown & Platt
190 South LaSalle Street
Suite 3900
Chicago, IL 60603

Juli W. Marshall
Latham & Watkins
233 S. Wacker Drive
Suite 5800
Chicago, IL 60606

Gordon R. Broom
Burroughs, Hepler, Broom, MacDonald & Hebrank
P. O. Box 510
Edwardsville, IL 62025

Christine J. Moody
Carr, Korein, Tillery, Kunin, et al.
701 Market Street, Suite 300
St. Louis, MO 63101

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL 60603

Lisa A. Nielsen
Greensfelder, Hemker & Gale, P.C.
Equitable Building, Suite 2000
10 South Broadway
St. Louis, MO 63101

John E. Galvin
Fox, Galvin LLC
One Memorial Drive
Eighth Floor
St. Louis, MO 63101

Morris A. Ratner
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, New York 10017

D. Jeannine Kelly
Law Office of Jeannine Kelly
322 East Broadway
Alton, IL 62202

Dennis E. Rose
Donovan Rose, Nester & Joley, P.C.
8 E. Washington Street
Belleville, IL

_____
Thomas A. Tozer

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 6 2001

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

IN RE:

MTBE PRODUCTS LIABILITY
LITIGATION

: MDL Docket No. 1358

---

**CERTAIN DEFENDANTS' BRIEF IN OPPOSITION TO TRANSFER
OF *VILLAGE OF EAST ALTON V. PREMCOR REFINING GROUP INC.*, et al.,
S.D. Illinois C.A. No. 3:01-596 FOR COORDINATED OR CONSOLIDATED
<u>PRETRIAL PROCEEDINGS UNDER 28 U.S.C. § 1407</u>**

Richard C. Godfrey
J. Andrew Langan
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois 60602

Karen K. Gase
333 South Hope Street
Los Angeles Cal. 90071

**Attorneys for Defendants
BP Products North America Inc. (formerly Amoco
Oil Company) and BP Amoco Chemical Company**

Dan H. Ball
Edward A. Cohen
Robert J. Wagner
THOMPSON COBURN LLP
One Firstar Plaza
St. Louis, Missouri 63101
**Attorneys for Defendant
Conoco Inc.**

November 5, 2001

Defendants BP Products North America Inc., BP Amoco Chemical Co., Conoco Inc., Shell Oil Company and Shell Oil Products Company for the reasons stated herein request that the Panel vacate the Conditional Transfer Order transferring the case captioned <u>Village of East Alton v. Premcor Refining Group, Inc., et al.</u>, Case No. 01-596-DRH (formerly C.A. No. 3:01-596) to MDL 1358 now pending before the S.D. of New York, Hon. Shira Ann Scheindlin.

## BACKGROUND

The Village of East Alton, located in southwest Illinois, alleges that its water wells have been contaminated with methyl tertiary butyl ether ("MTBE"). The Village sued petroleum refiners, suppliers and retailers in its geographic area. <u>Village of East Alton v. Premcor Refining Group, Inc., et al.</u>, Case No. 01-596-DRH (formerly C.A. No. 3:01-596). The Village asserts causes of action for product liability, negligence, trespass, and nuisance, seeking compensatory damages for investigation and remediation of its wells, costs to obtain water from alternate sources, and punitive damages. The <u>Village of East Alton</u> case was removed from Illinois state court to the United States District Court for the Southern District of Illinois on September 7, 2001. A motion to remand and various motions to dismiss are pending there.

The Judicial Panel on Multidistrict Litigation has consolidated several putative class actions involving claims that certain petroleum refiners and suppliers have caused contamination of groundwater with MTBE. <u>In re Methyl Tertiary Butyl Ether Products</u>

Liability Litigation, MDL 1358 (SAS).  In contrast to Village of East Alton, MDL 1358 consists of several class action lawsuits filed by residents of 18 states against ten oil companies that refine and distribute gasoline.

On October 5, 2001, the Clerk of the Panel served on parties in Village of East Alton a Conditional Transfer Order to consolidate that case into MDL 1358 for coordinated or consolidated pretrial proceedings.  All parties to the Village of East Alton case have given notice or joined notice of opposition to the CTO.

## ARGUMENT

The Conditional Transfer Order to transfer the Village of East Alton case to MDL 1358 appears to be opposed by all parties to that case.  Although that fact is not dispositive, *see* In Re Asbestos and Asbestos Insulation Material Products Liability Litigation, 431 F. Supp. 906, 910 (JPML 1977), it is a factor the Panel has considered in vacating such Orders.[1]  Indeed, in one case, the Panel found insufficient basis to transfer where all but one of the parties opposed transfer, even though the action involved a single accident.  In re USS Trenton Disaster Litigation, 383 F. Supp. 1406, 1407 (JPML 1974).

Perhaps more importantly, Village of East Alton action involves a single site with a single plaintiff, involving few, if any, of the additional complicating issues presented by

---

[1] Id.; In re Asbestos School Products Liability Litigation, 606 F. Supp. 713 (JPML 1985); In Re Women's Clothing Antitrust Litigation, 455 F. Supp. 1388, 1391 (JPML 1978) (listing opposition of majority of parties as a factor that "help[ed] tip the scales against transfer. . ."); In re National Gas Liquids Regulation Litigation, 434 F. Supp. 665 (JPML 1977); In re Hamilton Bank (of Atlanta) Securities Litigation, 438 F. Supp. 940 (JPML 1977).

the class action allegations currently before the Southern District of New York in MDL 1358, In re Methyl Tertiary Butyl Ether Products Liability Litigation. The cases consolidated before the Southern District of New York cases are "much broader in scope" than Village of East Alton, a factor arguing against transfer. In re Hamilton Bank, 438 F. Supp. at 942. There are two reasons why the single-site, single plaintiff nature of Village of East Alton is important to the Panel's decision whether to transfer this case.

First, given that Village of East Alton involves a single site in southwestern Illinois, there is unlikely to be a great deal of added convenience to witnesses – especially those testifying solely about the lone Illinois location at issue – to be gained by moving the Village of East Alton action to New York.

Second, because it is a single site, much of the discovery involved will concern the many complex, scientific, site-specific issues that affect site groundwater contamination – such as local geology, topography of the immediate area, the size of any contaminant release, well location and depth, and a host of other individualized site-specific issues. In short, the "[m]any factual questions unique to" and inherent in a single alleged contamination site argue against transfer of this action. Asbestos Insulation Materials, 431 F. Supp. at 910.

**WHEREFORE**, for these reasons, Defendants BP Products North America Inc., BP Amoco Chemical Company, Co., Conoco Inc., Shell Oil Company and Shell Oil Products Company request that the Panel vacate the Conditional Transfer Order in this matter.

November 5, 2001

Respectfully submitted,

*/s/ Thomas A. Tozer*

Richard C. Godfrey
J. Andrew Langan
Thomas A. Tozer
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, Illinois  60602

Attorneys for Defendants
BP PRODUCTS NORTH AMERICA INC., (formerly AMOCO OIL COMPANY) and BP AMOCO CHEMICAL COMPANY

Respectfully submitted,

*Edward A. Cohen* BY DAB w/ permission

Dan H. Ball, #06192613
Edward A. Cohen, #06194012
Robert J. Wagner, #06231377
One Firstar Plaza
Suite 3300
St. Louis, Missouri 63101
314-552-6000
FAX 314-552-7000

OF COUNSEL:
THOMPSON COBURN LLP

Attorneys for Defendant CONOCO INC.

Respectfully submitted,

*John E. Galvin*    BY TAT
                    w/ Permission

John E. Galvin, #06205935
Suzanne P. Galvin, #06209276
One Memorial Drive, Eighth Floor
St. Louis, MO 63102
(314) 588-7000
(314) 588-1965 (Fax)

ATTORNEYS FOR SHELL OIL COMPANY
AND SHELL OIL PRODUCTS COMPANY