JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2001

FILED
CLERK'S OFFICE

## DOCKET NO. 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

*Village of East Alton v. Premcor Refining Group, Inc., et al.*, S.D. Illinois, C.A. No. 3:01-596

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*East Alton*) on October 5, 2001. Prior to expiration of the mandatory fifteen-day stay of execution, various parties in *East Alton* filed notices of opposition to the proposed transfer and the subsequent motions and briefs to vacate the conditional transfer order. The Panel has now been advised that *East Alton* was remanded to the Madison County, Illinois Circuit Court by the Honorable David R. Herndon in an order filed on November 15, 2001.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-3" filed on October 5, 2001, is VACATED.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel