JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 0 6 2004

FILED
CLERK'S OFFICE

**DOCKET NO. 1358**

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION*

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-4)**

On October 10, 2000, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, two additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED FEB 09 '04

# SCHEDULE CTO-4 - TAG ALONG CASES
# DOCKET NO. 1358
# IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

## DISTRICT  DIV. CIVIL ACTION#

**CALIFORNIA NORTHERN**
| | | | |
|---|---|---|---|
| CAN | 3 | 03-5378 | City of Fresno v. Chevron U.S.A., Inc., et al. |
| CAN | 5 | 03-5379 | California-American Water Co. v. Atlantic Richfield Co., et al. |

**CONNECTICUT**
| | | | |
|---|---|---|---|
| CT | 3 | 03-1921 | Canton Board of Education v. Amerada Hess Corp., et al. |
| CT | 3 | 03-1923 | Columbia Board of Education v. Amerada Hess Corp., et al. |
| CT | 3 | 03-1924 | Childhood Memories v. Amerada Hess Corp., et al. |
| CT | 3 | 03-1925 | Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al. |
| CT | 3 | 03-1926 | American Distilling & Maufacturing Co., Inc. v. Amerada Hess Corp., et al. |
| CT | 3 | 03-1927 | Town of East Hampton v. Amerada Hess Corp., et al. |
| CT | 3 | 03-2017 | United Water CT, Inc. v. Amerada Hess Corp., et al. |

**FLORIDA NORTHERN**
| | | | |
|---|---|---|---|
| FLN | 3 | 03-539 | Escambia County Utilities Authority v. Adcock Petroleum, Inc., et al. |

**IOWA SOUTHERN**
| | | | |
|---|---|---|---|
| IAS | 4 | 03-90663 | City of Sioux City, Iowa, et al., v. Amerada Hess Corp., et al. |

**INDIANA SOUTHERN**
| | | | |
|---|---|---|---|
| INS | 3 | 03-201 | City of Rockport v. Amerada Hess Corp., et al. |

**MASSACHUSETTS**
| | | | |
|---|---|---|---|
| MA | 1 | 03-12399 | Town of Duxbury, et al. v. Amerada Hess Corp., et al. |

**NEW HAMPSHIRE**
| | | | |
|---|---|---|---|
| NH | 1 | 03-486 | State of New Hampshire v. Amerada Hess Corp., et al. |

**NEW JERSEY**
| | | | |
|---|---|---|---|
| NJ | 1 | 03-5562 | New Jersey American Water Co., Inc., et al. v. Amerada Hess Corp., et al. |

**NEW YORK EASTERN**
| | | | |
|---|---|---|---|
| NYE | 2 | 03-6077 | Water Authority of Great Neck North v. Amerada Hess Corp., et al. |