JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 19 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: <br><br> METHYL-TERTIARY BUTYL ETHER <br> PRODUCTS LIABILITY <br> LITIGATION | : <br> : <br> : MDL Docket No. 1358 <br> : <br> : <br> : |

### NOTICE OF APPEARANCE FOR DEFENDANTS ATLANTIC RICHFIELD COMPANY, ARCO PRODUCTS COMPANY, BP AMERICA INC., BP AMOCO CHEMICAL COMPANY, BP COMPANY NORTH AMERICA INC., BP CORPORATION NORTH AMERICA INC., BP GLOBAL SPECIAL PRODUCTS (AMERICA) INC., BP PRODUCTS NORTH AMERICA INC., AND BP WEST COAST PRODUCTS LLC

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc., BP Products North America Inc., and BP West Coast Products LLC[1] designate the following attorney to receive

---

[1] The complaints in certain actions covered by CTO-4 erroneously name BP entities that do not exist or no longer exist such as "BP," "BP Amoco," "BP Global Products North America Inc." and "BP Corporation America Inc." An appearance cannot be filed for fictitious or non-existent entities.

OFFICIAL FILE COPY

IMAGED FEB 19 '04

service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation:

>   J. Andrew Langan
>   Kirkland & Ellis LLP
>   200 East Randolph Drive
>   Chicago, Illinois  60601-6636
>   Telephone No: 312-861-2064
>   Facsimile No: 312-861-2200

This designation shall apply for all the actions listed in Schedule CTO-4 to the Conditional Transfer Order filed on February 6, 2004 as well as any actions involving any of the above-named defendants that may be transferred by future Conditional Transfer Orders.

Respectfully submitted,

*Andrew Langan / RCJL*
J. Andrew Langan
Mark S. Lillie
R. Chris Heck
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601-6636
312-861-2000
312-861-2200 (Facsimile)

Attorneys for Defendants:
Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc., BP Products North America Inc., and BP West Coast Products LLC

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 19 2004

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

I, R. Christopher Heck, an attorney, hereby certify that I caused a copy of the foregoing **Notice Of Appearance** to be forwarded on February 18, 2004, by United States mail to the following counsel:

*R. Chris Heck* (signature)
R. Christopher Heck

Robert J. Gordon, Esq.
WEITZ & LUXENBERG, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500
(212) 558-5461 (fax)

Scott Summy, Esq.
BARON & BUDD, P.C.
3102 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
(214) 520-1181

*Attorneys for Escambia County Utilities Authority, City of Sioux City, et al., City of Rockport, Town of Duxbury, et al., Canton Board of Education, Columbia Board of Education, Childhood Memories, Our Lady of the Rosary Chapel, American Distilling & Manufacturing Co, Inc., Town of East Hampton, United Water Connecticut, New Jersey American Water Co., Inc., et al, and Water Authority of Great Neck North*

Duane C. Miller
MILLER & SAWYER
1651 Response Road
Second Floor
Sacramento, CA 95825-5253
916-927-8600
916-927-9267 (fax)

*Attorneys for City of Fresno*

Peter W. Heed
Maureen D. Smith
Environmental Protection Bureau
Office of the Attorney General
33 Capital Street
Concord, NH 03301-6397

*Attorneys for State of New Hampshire*

Victor M. Sher
Sher & Leff
450 Mission Street, Suite 500
San Francisco, CA 94105
(415) 348-8300
(415) 348-8333 (fax)

*Attorneys for California-American Water Company and State of New Hampshire*

**Attorneys for Defendants**

Tracie Renfroe
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781
(713) 223-2900
(713) 221-1212 (fax)

*Attorney for Alon USA Energy, Inc.; Alon USA, LP; Atofina Petrochemicals, Inc.; Total Holdings USA, Inc.; Ultramar Energy, Inc., Ultramar Limited, Valero Energy Corporation; Valero Marketing and Supply Company; Valero Refining and Marketing Company*

Randle B. Carpenter
McMillan Constabile, LLP
2180 Boston Post Road
Larchmont, New York 10538
914-834-3500
914-834-0620 (fax)

*Attorneys for Star Supply Petroleum Inc.*

Mindy G. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 783-0800
(202) 383-6610 (fax)

*Attorneys for Amerada Hess Corporation; Coastal Eagle Point Oil Company; Coastal Mobile Refining Company; Coast States Trading Inc., El Paso CGP Company; El Paso Corporation; and El Paso Merchant Energy-Petroleum Company*

Richard E. Wallace, Jr.
Peter C. Condron
Brandon Diket
Wallace King Marraro & Branson
1050 Thomas Jefferson St., NW
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)

*Attorneys for Chevron Chemical Company, Chevron Corporation, ChevronTexaco Corporation, Chevron U.S.A., Inc., Equilon Enterprises, LLC; Motiva Enterprises, LLC; Shell Oil Company; Shell Oil Products Company; Shell Oil Products Company, LLC; Shell Petroleum, Inc.; Shell Trading (US) Company; Texaco, Inc.; Texaco Refining & Marketing (East) Inc.; TRMI Holdings*

Rod G. Smith
Senior Counsel
ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-3826 (fax)

Jon D. Anderson
Michele Johnson
Latham & Watkins
650 Town Center Drive, Ste. 2000
Costa Mesa, CA 92626
(714) 540-1235
(714) 755-8290 (fax)

**Attorney for ConocoPhillips Company; and Tosco Corporation**

Andrew Lapayowker
Vice President, General Counsel and Secretary
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)
and
Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
(860) 240-2926
(860) 240-2818 (fax)

**Attorneys for Crown Central Petroleum Corporation**

Peter J. Sacripanti
James A. Pardo
Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)

**Attorneys for ExxonMobil Chemical Company Inc., Exxon Mobil Corporation; ExxonMobil Oil Corporation; Exxon Mobil Pipe Line Company; Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

Mark E. Tully
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
(617) 523-1231 (fax)

**Attorneys for Gulf Oil Corporation and Gulf Oil Limited Partnership**

Joseph C. Kearfott
Stuart A. Raphael
Shawn A. Copeland
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
(804) 788-8200
(804) 788-8218 (fax)

*Attorneys for Koch Industries Inc.*

Alan J. Hoffman
Laurence S. Shtasel
Blank Rome LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998
(215) 569-5500
(215) 832-5505 (fax)

*Attorneys for Lyondell Chemical Company*

Steven L. Leifer
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)

*Attorneys for Marathon Ashland Petroleum LLC and Marathon Oil Corporation*

Dan H. Ball
John W. Rogers
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2200 (Ball)
(314) 259-2009 (Rogers)
(314) 259-2020 (fax)

*Attorneys for Premcor, Inc. and The Premcor Refining Group, Inc.*

Brendan M. Dixon
Deputy General Counsel
Unocal Corporation
376 S. Valencia Avenue
Brea, CA 92823
(714) 577-2933
(714) 577-2980 (fax)

*Attorney for Unocal Corporation*

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, NW
Suite 700
Washington, DC 20005
(202) 789-6020
(202) 789-6190 (fax)

*Attorneys for Sunoco Inc. and Sunoco Inc. (R&M)*

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)

*Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemicals Company, LP*

Jesse Adcock
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL 32822
(407) 275-7253

*Attorney for Adcock Petroleum, Inc.*

Paul S. Aronowitz
Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Ste. 305
Auburn, CA 95603

*Attorneys for Nella Oil Company LLC*

Timothy F. Burr
Thomas J. Smith
Galloway, Johnson, Tompkins, Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850) 934-3800
(850) 934-3848 (fax)

*Attorney for Central Florida Pipeline Corp.*

Robert P. Doty
Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585

*Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc., Northridge Petroleum Marketing U.S., Inc.*

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA 02453

*For Global Petroleum Corp.*

John Fanning
Cullen and Dykman Bleakley Platt LLP
177 Montague Street
Brooklyn, NY 11201
(718) 780-0085
(718) 935-1509 (fax)

*Attorney for Getty Petroleum Marketing Inc. and Getty Terminals Corporation*

John McGahren
Kristi Midboe Miller
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)

*Attorneys for ConocoPhillips Company, Conoco Inc., Getty Properties Corp., Phillips Petroleum Company, Phillips 66 Company, and Tosco Corporation,*

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
PO Box 326
Manchester, NH 03105-0326
(603) 625-6464
(603) 625-5650 (fax)

*Attorneys for Irving Oil Limited, Irvin Oil Corporation*

Jeffrey L. Fillerop
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582

*Attorney for Pacific Southwest Trading*

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343

*Attorney for Inland Fuel Terminals Inc.*

Larry G. Gutz
Moyer & Bergman, PLC
2720 1st Avenue, NE
Cedar Rapids, IA 52402-1943
(19) 366-7331
(319) 366-3668 (fax)

*Attorney for Fauser Oil Co., Inc.*

Jeffrey R. Hellman
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
(203) 367-9678 (fax)

*Attorney for New Haven Terminal Inc.*

Hojoon Hwang
Karin S. Schwartz
William D. Temko
Munger, Tolles & Olson, LLP
355 Grand Ave. Ste. 3500
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)

*Attorneys for Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc., Equilon Enterprises LLC*

Brian M. Ledger
Rudy R. Perrino
Gordon & Rees, LLP
101 West Broadway, Ste. 1600
San Diego, CA 92101-3541

*Attorneys for Kern Oil & Refining Co.*

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670

*Attorneys for New West Petroleum, New West Petroleum LLC*

Karen T. Moses
J. Stephhen Bennett
Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 (fax)

*Attorneys for Lassus Bros. Oil, Inc.*

Charles T. O'Brien
225 High Ridge Road
Stamford, CT 06905
(203) 978-6988
(203) 978-6952 (fax)

W. Scott O'Connell
Nixon & Peabody, L.L.P.
889 Elm Street
Manchester, NH 03101-2019
(603) 628-4000
(603) 628-4087

*Attorneys for StatOil Marketing and Trading (US) Inc.*

9

Thomas F. Panebianco
Thomas Frederic Panebianco, PA
1801 N. Meridian Rd., Ste. A
P.O. Box 3546
Tallahassee, FL 32315-3546

**Attorneys for McKenzie Service Co., Inc.**

Marc M. Seltzer
David C. Marcus
Susman Godfrey, LLP
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067
310-789-3100
310-789-3150 (fax)

**Attorneys for Lyondell Chemical Company**

Robert K. Stanley
Melissa M. Hinds
Baker & Daniels
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
(317) 237-0300
(317) 237-1000 (fax)

**Attorneys for Countrymark Cooperative, LLC**