MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 19 2004

FILED
CLERK'S OFFICE

# BEFORE THE JUDIICAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: | ) MDL Docket No. 1358 |
| METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-4)

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned parties hereby state as follows:

1. Plaintiff the State of New Hampshire is the plaintiff in the action *State of New Hampshire v. Amerada Hess Corp., et al.*, Case No. 03-486 (D.N.H.), 03-0529 (D.R.I.), which is identified as a "tag-along case" in the schedule of district court civil actions subject to CTO-4, issued by the Panel on February 6, 2004.

2. Plaintiff California-American Water Company is the plaintiff in the action *California-American Water Co. v. Atlantic Richfield Co., et al.*, Case No. 03-5379 (N.D. Cal.), which is identified as a "tag-along case" in the schedule of district court civil actions subject to CTO-4, issued by the Panel on February 6, 2004.

3. The State of New Hampshire and California-American Water Company oppose transfer of their respective actions to MDL No. 1358.

WHEREFORE, Plaintiff the State of New Hampshire hereby notifies the Panel that it opposes the transfer of the action *State of New Hampshire v. Amerada Hess Corp., et al.*, Case No. 03-486 (D.N.H.), 03-0529 (D.R.I.), to MDL No. 1358, and intends to move to vacate the above-referenced conditional transfer order as it applies to that action; and

Plaintiff California-American Water Company hereby notifies the Panel that it opposes the transfer of the action *California-American Water Co. v. Atlantic Richfield Co., et al.*, Case No. 03-5379 (N.D. Cal.), to MDL No. 1358, and intends to move to vacate the above-referenced conditional transfer order as it applies to that action.

Dated: February 17, 2004

Respectfully submitted,

/s/ Victor M. Sher

VICTOR M. SHER
SHER LEFF, LLP
450 Mission Street, Suite 500
San Francisco, CA 94105
Tel: (415) 348-8300
Fax: (415) 348-8333

Counsel for Plaintiff State of New Hampshire (*State of New Hampshire v. Amerada Hess Corp., et al.*, Case No. 03-486 (D.N.H.), 03-0529 (D.R.I.))

Counsel for Plaintiff California-American Water Co. (*California-American Water Co. v. Atlantic Richfield Co., et al.*, Case No. 03-5379 (N.D. Cal.))

## SCHEDULE CTO-4 - TAG ALONG CASES
## DOCKET NO. 1358
## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

### DISTRICT  DIV.  CIVIL ACTION#

**CALIFORNIA NORTHERN**
- CAN    3   03-5378    City of Fresno v. Chevron U.S.A., Inc., et al.
- CAN    5   03-5379    California-American Water Co. v. Atlantic Richfield Co., et al.

**CONNECTICUT**
- CT     3   03-1921    Canton Board of Education v. Amerada Hess Corp., et al.
- CT     3   03-1923    Columbia Board of Education v. Amerada Hess Corp., et al.
- CT     3   03-1924    Childhood Memories v. Amerada Hess Corp., et al.
- CT     3   03-1925    Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al.
- CT     3   03-1926    American Distilling & Maufacturing Co., Inc. v. Amerada Hess Corp., et al.
- CT     3   03-1927    Town of East Hampton v. Amerada Hess Corp., et al.
- CT     3   03-2017    United Water CT, Inc. v. Amerada Hess Corp., et al.

**FLORIDA NORTHERN**
- FLN    3   03-539     Escambia County Utilities Authority v. Adcock Petroleum, Inc., et al.

**IOWA SOUTHERN**
- IAS    4   03-90663   City of Sioux City, Iowa, et al., v. Amerada Hess Corp., et al.

**INDIANA SOUTHERN**
- INS    3   03-201     City of Rockport v. Amerada Hess Corp., et al.

**MASSACHUSETTS**
- MA     1   03-12399   Town of Duxbury, et al. v. Amerada Hess Corp., et al.

**NEW HAMPSHIRE**
- NH     1   03-486     State of New Hampshire v. Amerada Hess Corp., et al.

**NEW JERSEY**
- NJ     1   03-5562    New Jersey American Water Co., Inc., et al. v. Amerada Hess Corp., et al.

**NEW YORK EASTERN**
- NYE    2   03-6077    Water Authority of Great Neck North v. Amerada Hess Corp., et al.

2004 FEB 18  P 3: 46
MDL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## CERTIFICATE OF SERVICE

FEB 19 2004

FILED
CLERK'S OFFICE

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN FRANCISCO )

*In re: Methyl Tertiary Butyl Ether Products Liability Litigation*
MDL Docket No. 1358

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 450 Mission Street, Suite 500, San Francisco, CA 94105.

    On **February 18, 2004**, I served the following documents described as:

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-4)**

[ X ]    by placing true copies thereof in sealed envelope(s) addressed as follows:

### SEE ATTACHED SERVICE LIST

[ X ]  **(BY MAIL)** I caused to such envelope to be deposited in the mail at San Francisco, California with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit. Executed on **February 18, 2004**, at San Francisco, California.

[ X ]  **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Julie Choate

2004 FEB 18 P 3: 47
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

## MASTER COUNSEL LIST
(updated 02-18-04)

### IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, LLP
300 Park Avenue, 18th Floor
New York, NY 10022-7402
(212) 609-6805
(212) 935-1893 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL 32822
(407) 275-7253

Carolyn G. Anderson
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
(612) 341-0400
(612) 341-0844 (fax)
**Attorneys for Plaintiff City of Rockport**

Jon D. Anderson
    Michele Johnson
Latham & Watkins, LLP
650 Town Center Drive, Ste. 2000
Costa Mesa, CA 92626-1918
(714) 540-1235
(714) 755-8290 (fax)
**Attorneys for Tosco Corporation, ConocoPhillips Company**

Paul S. Aronowitz
    Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Ste. 305
Auburn, CA 95603
**Attorneys for Nella Oil Company LLC**

Mark S. Baldwin
Brown, Rudnick, Berlack & Israels, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3402
(860) 509-6514
(860) 509-6501 (fax)

**Attorneys for Koch Industries Inc.**

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Ste. 3600
St. Louis, MO 63102
(314) 259-2200
(314) 259-2020 (fax)
**Attorneys for Premcor Refining Group**

Deborah E. Barnard
    Robin L. Main
    Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

M. Scott Barrett
Barrett & Associates
520 North Walnut Street
PO Box 5233
Bloomington, IN 47407-5233
(812) 336-4664
(812) 337-8850 (fax)
**Attorneys for Plaintiff City of Rockport**
William W. Barrett
Williams Hewitt & Robbins, LLP
600 N. Emerson Avenue
Greenwood, IN 46143
(317) 888-1121
(318) 887-4669 (fax)
**Attorneys for Plaintiff City of Rockport**

Charles F. Becker
Belin, Larnson, McCormick, Zurnbach & Flynn
Financial Center
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
(515) 283-4609
(515) 558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Peter G. Beeson
Devine, Millimet & Branch
111 Amherst Street
P. O. Box 719
Manchester, NH 03105
(603) 669-1000
(603) 669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

Peter A. Bellacosa
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800
(212) 446-4900 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Rebecca J. Bernstein
ATOFINA Chemicals, Inc.
2000 Market Street
Philadelphia PA 19103
(215) 419-5415
(215) 419-7933 (fax)
**Attorneys for Total Holdings USA, Inc. formerly known as Total Fina Elf**

Elizabeth L. Bevington
Holland & Knight, LLP
P.O. Box 810
Tallahassee, FL 32302-0810
(850) 224-7000
(850) 224-8832 (fax)
**Attorneys for Exxon Mobil Chemical Company, Inc., individually and formerly known as Mobil Chemical Company, Inc., Exxon Mobil Corporation, individually and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), and Exxon Mobil Oil Corporation, individually and formerly known as Mobil Oil Corporation**

Anthony A. Bongiorno
McDermott, Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4044
(617) 535-3800 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

F. Wesley Bowers
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P. O. Box 1287
Evansville, IN 47706-1287
(812) 426-1231
(812) 464-3676 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Timothy F. Burr
Galloway, Johnson, Tompkins, Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Chelsea Sandwich, LLC
800 South Street
Waltham, MA 02254-9161

Roxanne Conlin
Conlin & Associates, PC
319 7th Street, Suite 600
Des Moines, IA 50309
(515) 283-1111
(515) 282-0477 (fax)
**Attorneys for Plaintiffs City of Galva, City of Sioux City, City of Ida Grove**

Thomas Constabile
McMillan Constabile, LLP
2180 Boston Post Road
Larchmont, NY 10538
(914) 834-3500
(914) 834-0620 (fax)
**Attorneys for Star Supply Petroleum Inc.**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL 32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Plaintiff Escambia County Utilities Authority**

David J. Crotta, Jr.
    Francis J. Drumm, III
    Robert G. Oliver
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06510
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH 03301
**For El Paso Merchant Energy Petroleum**

Angelo A. Cuonzo
Slowinski, Atkins & Czyz, LLP
One Newark Center
Newark, NJ 07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

George A. Dagon, Jr.
Murtha Cullina, LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Barry R. Davidson
Hunton & Williams, LLP
1111 Brickell Avenue
Miami, FL 33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA 30339-5673
**Attorneys for Chevron**

Mindy G. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800
(202) 383-6610 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company and El Paso Corporation**

Jennifer M. DelMonico
Murtha Cullina, LLP
Whitney Grove Square
2 Whitney Avenue
P. O. Box 704-A
New Haven, CT 06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc.; BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Michael DeMarco
    Daniel E. Rosenfeld
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109
(617) 261-3100
(617) 261-3175 (fax)
**Attorneys for ConocoPhillips Company**

Wayne F. Dennison
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Ste. 4000
El Segundo, CA 90245
**Corporate Secretary for Unocal Corp.**

Brendan M. Dixon
Unocal Corp.
376 S. Valencia Avenue
Brea, CA 92626
(714) 577-2933
(714) 577-2980 (fax)
**Attorneys for Unocal Corporation, Union Oil Company of California**

Robert P. Doty
    Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
(415) 392-4200
(415) 392-4250 (fax)
**Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc., Northridge Petroleum Marketing U.S., Inc.**

Colleen P. Doyle
    Diana Pfeffer Martin
    Catherine M. Stites
Bingham McCutchen, LLP
355 South Grand Avenue, Ste. 4400
Los Angeles, CA 90071-3106
(213) 680-6400
(213) 680-6499 (fax)
**Attorneys for Exxon Mobil Corporation, Mobil Corporation, Tesoro Refining and Marketing, Inc.**

John V. Dwyer
Winer & Bennett, LLP
110 Concord Street
PO Box 488
Nashua, NH 03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp., Exxon Mobil Oil Corp.**

Joseph G. Eaton
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH 03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical Company**

Nathan P. Eimer
    Pamela R. Hanebutt
    Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA 02453

John J. Fanning
Cullen & Dykman, LLP
177 Montague Street
Brooklyn, NY 11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing Inc. and Getty Terminals Corporation**

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
PO Box 326
Manchester, NH 03105-0326
(603) 625-6464
(603) 625-5650 (fax)
**Attorneys for Irving Oil Limited, Irving Oil Corporation**

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
(415) 356-4600
(415) 356-4610 (fax)
**Attorneys for Pacific Southwest Trading**

Heather M. Fusco
Beveridge & Diamond, PC
477 Madison Avenue
New York, NY 10022
(212) 702-5400
(212) 702-5450 (fax)
**Attorneys for Sunoco, Inc.**

John C. Gillespie
      Joseph J. McGovern
Parker, McCay & Criscuolo, P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ 08053
(856) 596-8900
(856) 596-9631 (fax)
**Attorneys for Plaintiffs in New Jersey American Water Company, Inc., et al.**

Robert J. Gordon
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038
(212) 558-5500
(212) 344-5461 (fax)
**Attorney for Plaintiffs Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority, City of Galva, City of Sioux City, City of Ida Grove, City of Rockport, Town of Duxbury, et al., New Jersey American Water Company, et al., and Water Authority of Great Neck North**

Steven M. Gordon
Shaheen & Gordon, PA
Two Capital Plaza
P. O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
(603) 225-5112
**Attorneys for Ultramar Energy, Inc., Ultramar Limited, Valero Energy Corp., Valero Marketing & Supply Company**

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
**Attorneys for Inland Fuel Terminals Inc.**

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th Avenue, Ste. 1200
Des Moines, IA 50309-4195
(515) 288-6041
(515) 246-1474 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA, LP, Fina Oil and Chemical Company, Total Holdings USA, Inc. (erroneously named as Total Fina Elf), Diamond Shamrock Refining and Marketing, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Colorado Refining Company, Valero Refining Company Louisiana, Valero Refining Company Texas, Valero Refining Company New Jersey, Conoco, Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips Company, Phillips Petroleum Company n/k/a ConocoPhillips Company, and Tosco Refining Company, n/k/a ConocoPhillips**

J. Clifford Gunter, III
      Tracie J. Renfroe
      M. Coy Connelly
      Mike Dimnore
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002
(713) 223-2900
(713) 221-1212 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero- Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining**

Company Texas, Ultramar Energy Inc.

John S. Guttmann
Beveridge & Diamond, PC
1350 I Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000
(202) 789-6190 (fax)
**Attorneys for Sunoco Inc.**

Larry G. Gutz
Moyer & Bergman, PLC
2720 1st Avenue, NE
Cedar Rapids, IA 52402-1943
(319) 366-7331
(319) 366-3668 (fax)
**Attorneys for Fauser Oil Co., Inc.**

David S. Hardy
    Dorit S. Heimer
Levett Rockwood, PC
33 Riverside Avenue
P. O. Box 5116
Westport, CT 06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company, El Paso Corporation, Marathon Ashland Petroleum LLC, Marathon Oil Corporation, Sunoco Inc.**

Matthew T. Heartney
    Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
(213) 243-4199 (fax)
**Attorneys for Atlantic Richfield Company, BP Products North America, Inc.**

Peter W. Heed, Attorney General
    Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH 03301-6397
**Attorneys for Plaintiff State of New Hampshire**

Donna Nelson Heller
Finn, Dixon & Herling, LP
One Landmark Square, Suite 1400
Stamford, CT 06901
(203) 325-5000
(203) 348-5777 (fax)
**Attorneys for Lyondell Chemical Company**

Jeffrey R. Hellman
Zeisler & Zeisler, PC
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

Alan J. Hoffman
    Laurence S. Shtasel
Blank Rome, LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA 19103-6998
(215) 569-5500
(215) 569-5555 (fax)
**Attorneys for ARCO Chemical Company, Lyondell Chemical Company**

Hojoon Hwang
    Karin S. Schwartz
    William D. Temko
Munger, Tolles & Olson, LLP
355 Grand Ave. Ste. 3500
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc., Equilon Enterprises LLC**

Vivian Imperial *for*
    Equiva Services, LLC
    Westport Petroleum, Inc.
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA 90017

William J. Kayatta, Jr.
Pierce, Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)
**Attorneys for Lyondell Chemical Company**

Joseph C. Kearfott
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
(804) 788-8218 (fax)
**Attorneys for Koch Industries Inc.**

Frederic R. Klein
Goldberg Kohn, Ltd.
55 East Monroe Street, Ste. 3700
Chicago, IL 60603-5802
(312) 201-4000
(312) 332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil Company of California**

Trenten D. Klingerman
Stuart & Branigin, LLP
The Life Building, Suite 800
600 Main Street
P. O. Box 1010
Lafayette, IN 47902
(765) 423-1561
(765) 742-8175 (fax)

Peter R. Knight
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT 06103
(860) 293-3550
(860) 293-3555 (fax)
**Attorneys for Getty Petroleum Marketing Inc.**
Ben M. Krowicki
    Eric H. Gaston
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2926
(860) 240-2818 (fax)
**Attorneys for Crown Central Petroleum Corp., Tesoro Petro Corporation, Tesoro Refining and Marketing and Tesoro West Coast**

J. Andrew Langan
    Mark S. Lillie
    R. Chris Heck
Kirkland & Ellis, LLP
200 East Randolph Drive, Suite 6100
Chicago, IL 60601-6636
(312) 861-2000
(312) 861-2200 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Andrew Lapayowker
Vice President, General Counsel and Secretary
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)
**Attorneys for Crown Central Petroleum Corporation**

Brian M. Ledger
    Rudy R. Perrino
Gordon & Rees, LLP
101 West Broadway, Ste. 1600
San Diego, CA 92101-3541
(619) 696-6700
(619) 696-7124 (fax)
**Attorneys for Kern Oil & Refining Co.**

Steven L. Leifer
Baker, Botts, LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)
**Attorneys for Marathon Ashland Petroleum LLC and Marathon Oil Corporation**

Scott L. Long
Brown, Winick, Graves, Gross, Baskerville
    and Schoenebaum, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
(515) 242-2400
(515) 283-0231 (fax)

Tracie L. Longman
    Andrew G. Wailgum
    Seth M. Wilson
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company, BP**

...

America, Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc., BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.)

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
**Attorneys for New West Petroleum, New West Petroleum LLC**

Joseph W. Martini
    Karen Mignone
    Paul J. Hogan
    Amy McCallan
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**

John McGahren
    Kristi Midboe Miller
Latham & Watkins, LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)
**Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation**

Matthew F. Medeiros
Little, Bulman, Medeiros & Whitney, PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195 or (401) 490-6918 (fax)
**Attorneys for CITGO Petroleum Corp.**

Duane C. Miller
Miller & Sawyer
1651 Response Road, Second Floor
Sacramento, CA 95825-5253
**Attorneys for Plaintiff City of Fresno**

Jeffrey W. Moryan
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
(973) 535-9217 (fax)
**Attorneys for Motiva Enterprises LLC**

Karen T. Moses
    J. Stephen Bennett
    Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Neal L. Moskow
    Valerie J. Payne
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393
(203) 610-6399 (fax)
**Attorneys for Plaintiffs Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc.**

Peter W. Mosseau
    Jeffrey A. Meyers
Nelson, Kinder, Mosseau & Saturley, PC
99 Middle Street
Manchester, NH 03101
(603) 647-1800
(603) 647-1900 (fax)
**Attorneys for CITGO Petroleum Corp.**

Samuel P. Moulthrop
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
(973) 538-1984 (fax)
**Attorneys for Koch Industries, Inc.**

Charles T. O'Brien
225 High Ridge Road
Stamford, CT 06905
(203) 978-6988
(203) 978-6952 (fax)

Attorneys for StatOil Marketing and Trading (US) Inc.

W. Scott O'Connell
Nixon & Peabody, LLP
889 Elm Street
Manchester, NH 03101-2019
(603) 628-4000
(603) 628-4087 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Ste. A
P. O. Box 3546
Tallahassee, FL 32315-3546
**Attorneys for McKenzie Service Co., Inc.**

James A. Pardo
    Peter J. Sacripanti
        Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

William L. Parker
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)
**Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P. O. Box 1271
Pensacola, FL 32502-1271
(850) 433-6581
(850) 434-5856 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Co. LP**

Matthew F. Pawa
Law Offices of Matthew F. Pawa, PC
1280 Centre Street, Ste. 230
Newton Center, MA 02459
(617) 641-9550
(617) 641-9551 (fax)
**Attorneys for Plaintiff State of New Hampshire**

Barry Richard
Greenberg Traurig, PA
101 East College Ave.
Post Office Drawer 1838
Tallahassee, FL 32302
(850) 222-6891
(850) 681-0207 (fax)
**Attorneys for ConocoPhillips Company, individually and as successor-in-interest to Conoco, Inc. and Phillips Petroleum Company and d/b/a Phillips 66 Company, Tosco Corporation, individually and a/k/a Tosco Refining Company and a/k/a Tosco Marketing Company**

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
(213) 439-9599 (fax)

Marc A. Rollo
    Frank D. Allen
        Carlos M. Bollar
Archer & Greiner, PC
One Centennial Square
PO Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
(856) 795-0574 (fax)
**Attorneys for Exxon Mobil Chemical Company, Inc. (individually and f/k/a Mobil Chemical Company, Inc.), Exxon Mobil Corporation [individually and as successor-in-interest to Exxon Corporation and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil**

Refining and Supply Company), Exxon Mobil Oil Corporation (individually and f/k/a Mobil Oil Corporation), Exxon Mobil Pipeline Company

Lauren E. Rosenblatt
Hunton & Williams, LLP
200 Park Avenue
New York City, NY 10166-0136
(212) 309-1000
(212) 309-1100 (fax)
**Attorneys for Koch Industries, Inc.**

C. Joseph Russell
Bose, McKinney & Evans, LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (fax)
**Attorneys for Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., Mobil Corporation**

Richard M. Sandman
Rodman, Rodman & Sandman, PC
442 Main Street, Suite 300
Malden, MA 02148-5122
(781) 322-3720
(781) 324-6906 (fax)
**Attorneys for Plaintiffs in Town of Duxbury, et al.**

Daniel P. Scapellati
Halloran & Sage, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
(860) 548-0006 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining Company Texas**

Fred E. Schulz
Wildman Harrold Allen & Dixon, LLP
225 W. Wacker Dr.
Chicago, IL 60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Marc M. Seltzer
David C. Marcus
Susman Godfrey, LLP
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067
310-789-3100
310-789-3150 (fax)
**Attorneys for ARCO Chemical Company, Lyondell Chemical Company**

Andrew W. Serell
Rath, Young & Pignatelli
One Capital Plaza
P. O. Box 1500
Concord, NH 03302-1500
(603) 226-2600
(603) 226-2700 or (603) 228-2294 (fax)
**Attorneys for Chevron Texaco Corp., Chevron U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil Co., Texaco Refining & Marketing, Inc.**

Victor M. Sher
Sher & Leff
450 Mission Street, Suite 500
San Francisco, CA 94105
(415) 348-8300
(415) 348-8333 (fax)
**Attorneys for Plaintiffs California-American Water Company and State of New Hampshire**

Charles Siddons
McMillan Constabile, LLP
777 Summer Street
Stamford, CT 06901
**Attorneys for Star Supply Petroleum, Inc.**

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY 11753
(516) 478-5451
(516) 478-5490 (fax)
**Attorneys for Getty Properties Corp.**

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-3826 (fax)
**Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation**

Thomas J. Smith
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, Ste. 4040
New Orleans, LA 70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Donald M. Snemis
Ice Miller
One American Square
P. O. Box 82001
Indianapolis, IN 46282
(317) 236-2100
(317) 236-2219 or (317) 592-4765 (fax)

Robert K. Stanley
Melissa M. Hinds
Baker & Daniels
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative, LLC, successor by merger to Countrymark Cooperative, Inc.**

Jeffrey G. Stark
Meyer, Suozzi, English & Klein, PC
1505 Kellum Place
Mineola, NY 11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum Inc., Shell Trading (US) Company, Texaco Refining & Marketing (East) Inc.**

Anthony J. Stoik
Klass, Stoos, Stoik, Mugan, et al.
627 Fourth Street, Suite 300
P. O. Box 327
Sioux City, IA 51102
(712) 252-1866
(712) 252-5822 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical, Inc.**

Shaun S. Sullivan
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P. O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)

P. Scott Summy
Baron & Budd, PC
3102 Oak Lawn Avenue
The Centrum Building, Ste. 1100
Dallas, TX 75219
(214) 521-3605
(214) 520-1181 (fax)
**Attorneys for Plaintiffs California-American Water Company, Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority, City of Galva, City of Sioux City, City of Ida Grove , City of Rockport, Town of Duxbury, et al., New Jersey American Water Company, et al., and Water Authority of Great Neck North**

Stephen L. Tober
Tober Law Offices, PA
381 Middle Street
P. O. Box 1377
Portsmouth, NH 03801
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

Owen J. Todd
Kathleen M. Genova
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(617) 720-2626 (fax)
**Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.**

Mark E. Tully
Goodwin Procter, LLP
Exchange Place, Second Floor
Boston, MA  02109-2881
(617) 570-1000
(617) 523-1231 (fax)
**Attorneys for Gulf Oil Corporation and Gulf Oil Limited Partnership**

Martha Van Oot
Orr & Reno, PA
One Eagle Square
P. O. Box 3550
Concord, NH  03302-3550
(603) 224-2381
(603) 224-2318 (fax)
**Attorneys for Plaintiff State of New Hampshire**

Richard E. Wallace, Jr.
Peter C. Condron
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC  20007
(202) 204-1000
(202) 204-1001 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc., Star Enterprise**

John J. Wasilczyk
Allison N. Shue
David L. Schrader
Michael T. Zarro
Morgan, Lewis & Bockius, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco Inc., Chevron Texaco Corporation, Chevron Environmental Services Company**

Robert V. Waterman, Jr.
Lane & Waterman, LLP
220 North Main Street, Suite 600
Davenport, IA  52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**

Joseph P. Williams
Paul D. Sanson
Shipman & Goodwin, LLP
One American Row
Hartford, CT  06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S. and Shell Petroleum Inc.**

Lynn Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY  10022
(212) 308-4411
(212) 308-4844 (fax)
**Attorneys for Unocal Corporation**

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606
(312) 372-2000
(312) 984-7700 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**