**MDL 1358**

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 20 2004

FILED
CLERK'S OFFICE

| | |
|---|---|
| In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | ) ) ) |
| This document relates to: | ) Docket No. 1358 ) ) |
| State of New Hampshire,<br>            Plaintiff | ) **IRVING OIL CORPORATION'S**<br>) **CORPORATE DISCLOSURE**<br>) **STATEMENT** |
| v. | ) |
| Amerada Hess Corp., et al.,<br>            Defendants | ) ) |

Case No. 03-0486

_____

The Defendant, Irving Oil Corporation, by and through its attorneys, McLane, Graf, Raulerson & Middleton, Professional Association, files this Corporate Disclosure Statement for Irving Oil Corporation pursuant to Rules of Judicial Panel Multidistrict Litigation Rule 5.3(a) and (b):

The filing party, a nongovernmental corporation, identifies the following parent corporations:

    Ocean Investments Corporation
    Ocean Investments LLC
    F.M.B. Co. Ltd.
    Clydesdale Investments Ltd.
    Irving Oil Ltd.
    Irving Oil Co. Ltd.
    IOC Energy Holdings Ltd.
    IOC Oil Holdings Ltd.
    F.M.O. Co. Ltd.
    F.M.E. Co. Ltd.
    F.M.R. Co. Ltd.

No publicly held corporation owns 10% or more of its stock.

RECEIVED CLERK'S OFFICE 2004 FEB 13 P 3:23 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IMAGED FEB 20 '04          **OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 0 2004

FILED
CLERK'S OFFICE

Respectfully submitted,

IRVING OIL CORPORATION

By its attorneys,

MCLANE, GRAF, RAULERSON & MIDDLETON,
PROFESSIONAL ASSOCIATION

Dated: February 13, 2004

By: _____
Bruce W. Felmly, N.H. Bar #787
900 Elm Street, P.O. Box 326
Manchester, NH 03105-0326
(603) 625-6464

Rule 5.2(a) Certification

I hereby certify that I have this 13 day of February, 2004, served by First Class Mail, postage prepaid, a copy of this Corporate Disclosure Statement to all parties identified in the attached service record.

_____
Bruce W. Felmly

2004 FEB 13 P 3: 23
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Page 1 of 4

# INVOLVED COUNSEL LIST (CTO-4)
## DOCKET NO. 1358
## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, LLP
300 Park Avenue
18th Floor
New York, NY 10022-7402

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL 32822

Carolyn G. Anderson
Zimmerman Reed
651 Nicollet Mall Ste 501
Minneapolis, MN 55402-4123

Jon D. Anderson
Latham & Watkins
650 Town Center Drive
Suite 2000
Costa Mesa, CA 92626

Paul S. Aronowitz
Aronowitz & Skidmore
200 Auburn Folsom Road
Suite 305
Auburn, CA 95603

Mark S. Baldwin
Brown, Rudnick, Berlack & Israels
City Place I
185 Asylum Street
Hartford, CT 06103-3402

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

M. Scott Barrett
Barrett & Associates
Two North LaSalle Street
Suite 1600
Chicago, IL 60602

William W. Barrett
Williams Hewitt & Robbins, Inc.
600 N. Emerson Avenue
Greenwood, IN 46143

Charles F. Becker
Belin, Lamson, McCormick, Zumbach & Flynn
Financial Center
666 Walnut Street
Suite 2000
Des Moines, IA 50309

Peter G. Beeson
Devine, Millimet & Branch
P.O. Box 719
Manchester, NH 03105

Peter A. Bellacosa
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022

Elizabeth L. Bevington
Holland & Knight
P.O. Box 810
Tallahassee, FL 32302

F. Wesley Bowers
Bowers Harrison, LLP
25 N.W. Riverside Drive
2nd Floor
P.O. Box 1287
Evansville, IN 47706-1287

Timothy Fuller Burr
Galloway, Johnson, Tompkins, etc.
1101 Gulf Breeze Parkway
Suite 2
Gulf Breeze, FL 32561

Chelsea Sandwich, LLC
800 South Street
Waltham, MA 02254-9161

Peter C. Condron
Wallace, King, Marraro & Branson
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007

Roxanne Conlin
Conlin & Associates
319 7th Street
Suite 600
Des Moines, IA 50309

Thomas Constabile
Mcmillan Constabile, LLP
2180 Boston Post Road
Larchmont, NY 10538

James M. Corrigan
James Martin Corrigan, PA
1015 12th Avenue
Pensacola, FL 32501

David J. Crotta, Jr.
Mulvey, Oliver & Gould
83 Trumbull Street
New Haven, CT 06510

Angelo A. Cuonzo
Slowinski, Atkins & Czyz, LLP
One Newark Center
Newark, NJ 07102

George A. Dagon, Jr.
Murtha Cullina, LLP
Cityplace I
185 Asylum Street
Hartford, CT 06103

Barry R. Davidson
Coll, Davidson, Carter, Smith, Salter, et al.
Miami Center, Suite 3200
201 South Biscayne Boulevard
Miami, FL 33131

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway
Suite 800
Atlanta, GA 30339-5673

Mindy G. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

INVOLVED COUNSEL LIST (CTO-4) - MDL-1358 Cont.

Page 2 of 4

Jennifer M. Del Monico
Murtha Cullina, LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704-A
New Haven, CT 06503-0704

Michael DeMarco
Murphy, DeMarco & O'Neill, P.C.
20 Custom House Street
Boston, MA 02110

Brendan M. Dixon
Unocal Corp.
376 S. Valencia Avenue
Brea, CA 92626

Robert P. Doty
Cox, Castle & Nicholson, LLP
555 Montgomery Street
15th Floor
San Francisco, CA 94111-2585

Colleen P. Doyle
Bingham McCutchen, LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071

Francis J. Drumm, III
Mulvey, Oliver & Gould
83 Trumbull Street
New Haven, CT 06510

John V. Dwyer
Winer & Bennett
110 Concord Street
Nashua, NH 03060

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue
Suite 350
Portsmouth, NH 03801

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL 60603

Edward Faneuil
Global Petroleum Corp
800 South Street
Waltham, MA 02453

John J. Fanning
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
Manchester, NH 03105

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripps
Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA 94105

Heather Fusco
Beveridge & Diamond-NY
477 Madison Avenue
New York, NY 10022

Eric H. Gaston
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178

Robert L. Gordon
Weitz & Lutzenberg
180 Maiden Lane
New York, NY 10038

Steven M. Gordon
Shaheen & Gordon
Two Capital Plaza
P.O. Box 2703
Concord, NH 03302

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT 06103

J. Clifford Gunter, III
Bracewell & Patterson
South Tower Pennzoil Place, Suite 2900
711 Louisiana Street
Houston, TX 77002

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005

Larry G. Gutz
Moyer & Bergman, P.L.C.
2720 1st Avenue, NE
Cedar Rapids, IA 52402

David S. Hardy
Levett Rockwood, PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881

Matthew T. Heartney
Arnold & Porter
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017

Dorit S. Heimer
Levett Rockwood, PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881

Donna Nelson Heller
Finn, Dixon & Herling
One Landmark Square
Suite 1400
Stamford, CT 06901

Jeffrey R. Hellman
Zeisler & Zeisler, P.C.
558 Clinton Ave.
P.O. Box 3186
Bridgeport, CT 06605-0186

Alan J. Hoffman
Blank Rome L.L.P.
One Logan Square
Philadelphia, PA 19103-6998

Hojoon Hwang
Munger, Tolles & Olson, LLP
33 New Montgomery Street
19th Floor
San Francisco, CA 94105

William J. Kayatta, Jr.
Pierce, Atwood
One Monument Square
Portland, ME 04101

Joseph Conrad Kearfott
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

INVOLVED COUNSEL LIST (CTO-4) - MDL-1358 Cont.                                                      Page 3 of 4

Trenten D. Klingerman
Stuart & Branigin
The Life Building, Suite 800
300 Main Street
P.O. Box 1010
Lafayette, IN 47902

Ben M. Krowicki
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Suite 6100
Chicago, IL 60601

Brian M. Ledger
Gordon & Rees, LLP
101 West Broadway
Suite 1600
San Diego, CA 92101-3541

Steven L. Leifer
Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Mark S. Lillie
Kirkland & Ellis
200 East Randolph Drive
Suite 5800
Chicago, IL 60602

Scott L. Long
Brown, Winick, Graves, Gross,
Baskerville, et al.
666 Grand Avenue
Suite 2000
Des Moines, IA 50309-2510

Spencer T. Malysiak
11335 Gold Express Drive
Suite 105
Gold River, CA 95670

Joseph W. Martini
Pepe & Hazard
30 Jelliff Lane
Southport, CT 06890-1436

Joseph J. McGovern
Parker, McCay & Criscuolo, P.C.
The Greentree Center
Suite 401
Route 73 & Greentree Road
Marlton, NJ 08053

Matthew F. Medeiros
Little, Bulman, Medeiros & Whitney
72 Pine Street
Providence, RI 02903

Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604

Duane C. Miller
Miller & Sawyer
1651 Response Road
Second Floor
Sacramento, CA 95825-5253

Neal L. Moskow
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT 06825

Peter W. Mosseau
Nelson, Kinder, Mosseau & Saturley
99 Middle Street
Manchester, NH 03101

W. Scott O'Connell
Nixon & Peabody, L.L.P.
889 Elm Street
Manchester, NH 03101

Thomas F. Panebianco
Thomas Fredric Panebianco, P.A.
P.O. Box 938
Tallahassee, FL 32302

James A. Pardo
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605

Patrick M. Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P.O. Box 1271
Pensacola, FL 32502-1271

Valerie J. Payne
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT 06825

Morris A. Ratner
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY 10017

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street
Suite 700
Los Angeles, CA 90071

Marc A. Rollo
Archer & Greiner, P.C.
One Centennial Square
Haddonfield, NJ 08033

Lauren E. Rosenblatt
Hunton & Williams
200 Park Avenue
New York City, NY 10166

C. Joseph Russell
Bose, McKinney & Evans
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204

Richard M. Sandman
Law Office of Allen Rodman
442 Main Street
Malden, MA 02148

Daniel P. Scapellati
Halloran & Sage
Goodwin Square
225 Asylum Street
Hartford, CT 06103

Andrew W. Serell
Rath, Young & Pignatelli
P.O. Box 1500
Concord, NH 03302-1500

Victor M. Sher
Sher & Leff
450 Mission St.
Suite 500
San Francisco, CA 94105

INVOLVED COUNSEL LIST (CTO-4) - MDL-1358 Cont.                                    Page 4 of 4

Andrew M. Smith  
Getty Properties Corp.  
General Counsel  
125 Jericho Turnpike, Suite 103  
Jericho, NY 11753  

Maureen D. Smith  
Attorney General's Office  
Environmental Protection Bureau  
33 Capitol Street  
Concord, NH 03301  

Rod G. Smith  
ConocoPhillips  
600 North Dairy Ashford  
Houston, TX 77079  

Donald M. Snemis  
Ice Miller  
One American Square  
P.O. Box 82001  
Indianapolis, IN 46282  

Jeffrey G. Stark  
Meyer, Suozzi, English & Klein, P.C.  
1505 Kellum Place  
Mineola, NY 11501  

Anthony J. Stoik  
Klass, Stoos, Stoik, Mugan, et al.  
P.O. Box 327  
Sioux City, IA 51102  

Shaun S. Sullivan  
Wiggins & Dana  
One Century Tower  
265 Church Street  
P.O. Box 1832  
New Haven, CT 06508-1832  

Scott Summy  
Baron & Budd  
3102 Oak Lawn Avenue  
The Centrum Building  
Suite 1100  
Dallas, TX 75219  

Stephen L. Tober  
Tober Law Offices, P.A.  
P.O. Box 1377  
Portsmouth, NH 03801  

Owen J. Todd  
Todd & Weld, LLP  
28 State Street  
31st Floor  
Boston, MA 02109  

Mark E. Tully  
Goodwin Procter  
Exchange Place  
Second Floor  
Boston, MA 02109-2881  

Martha Van Oot  
Orr & Reno, P.A.  
P.O. Box 3550  
Concord, NH 03302  

Richard E. Wallace, Jr.  
Wallace, King, Marraro & Branson  
1050 Thomas Jefferson Street, N.W.  
Washington, DC 20007  

John J. Wasilczyk  
Morgan, Lewis & Bockius  
300 South Grand Avenue  
22nd Floor  
Los Angeles, CA 90071-3132  

Robert V. Waterman, Jr.  
Lane & Waterman  
220 North Main Street  
Suite 600  
Davenport, IA 52801  

Joseph P. Williams  
Shipman & Goodwin, L.L.P.  
One American Row  
Hartford, CT 06103-2819