JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 25 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1358

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-5)

On October 10, 2000, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, two additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

# OFFICIAL FILE COPY

IMAGED FEB 26 '04

# SCHEDULE CTO-5 - TAG ALONG CASES
## DOCKET NO. 1358
## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

**DISTRICT  DIV. CIVIL ACTION#**

**CALIFORNIA CENTRAL**

| | | | |
|---|---|---|---|
| CAC | 5 | 03-1460 | City of Riverside v. Atlantic Richfield Co., et al. |
| CAC | 8 | 03-1742 | Orange County Water District v. Unocal Corp.,  et al. |

**CALIFORNIA EASTERN**

| | | | |
|---|---|---|---|
| CAE | 2 | 03-2582 | Quincy Community Services District v. Atlantic Richfield Co., et al. |
| CAE | 2 | 03-2601 | City of Roseville v. Atlantic Richfield Co., et al. |
| CAE | 2 | 03-2653 | People of the State of California, et al. v. Atlantic Richfield Co., et al. |

**CALIFORNIA SOUTHERN**

| | | | |
|---|---|---|---|
| CAS | 3 | 03-2408 | Martin Silver, et al. v. Alon USA Energy, Inc., et al. |

**CONNECTICUT**

| | | | |
|---|---|---|---|
| CT | 3 | 03-2252 | Exxon Mobil Corp., et al. v. American Distilling & Manufacturing Co., Inc., et al. |

**FLORIDA NORTHERN**

| | | | |
|---|---|---|---|
| FLN | 3 | 03-597 | Exxon Mobil Corp., et al. v. Escambia County Utilities Authority |

**IOWA NORTHERN**

| | | | |
|---|---|---|---|
| IAN | 5 | 03-4124 | ExxonMobil Corp., et al. v. City of Galva, et al. |

**ILLINOIS NORTHERN**

| | | | |
|---|---|---|---|
| ILN | 1 | 03-8973 | City of Crystal Lake, et al. v. Amerada Hess Corp., et al. |
| ILN | 1 | 03-9026 | Exxon Mobil Corp., et al. v. City of Crystal Lake, et al. |

**INDIANA NORTHERN**

| | | | |
|---|---|---|---|
| INN | 3 | 03-904 | City of Mishawaka v. Amerada Hess Corp., et al. |
| INN | 3 | 03-905 | City of South Bend, Indiana v. Amerada Hess Corp., et al. |
| INN | 4 | 03-103 | North Newton School Corp. v. Amerada Hess Corp., et al. |

**INDIANA SOUTHERN**

| | | | |
|---|---|---|---|
| INS | 3 | 03-223 | Exxon Mobil Corp., et al. v. City of Rockport, et al. |

**KANSAS**

| | | | |
|---|---|---|---|
| KS | 6 | 03-1455 | City of Park City, Kansas v. Alon USA Energy Inc., et al. |
| KS | 6 | 03-1456 | City of Dodge City, Kansas v. Alon USA Energy Inc., et al. |
| KS | 6 | 03-1457 | Chisholm Creek Utility Authority v. Alon USA Energy Inc., et al. |
| KS | 6 | 03-1458 | City of Bel Aire v. Alon USA Energy Inc., et al. |
| KS | 6 | 04-1009 | Exxon Mobil Corp., et al. v. Chisholm Creek Utility Authority, et al. |

**MASSACHUSETTS**

| | | | |
|---|---|---|---|
| MA | 1 | 03-12539 | Exxon Mobil Corp. v. Brimfield Housing Authority, et al. |

**NEW HAMPSHIRE**

| | | | |
|---|---|---|---|
| NH | 1 | 03-518 | Exxon Mobil Corp., et al. v. City of Portsmouth, New Hampshire, et al. |
| NH | 1 | 03-542 | City of Portsmouth, New Hampshire v. Amerada Hess Corp., et al. |
| NH | 1 | 03-546 | City of Dover v. Amerada Hess Corp., et al. |

**NEW YORK EASTERN**

| | | | |
|---|---|---|---|
| NYE | 2 | 03-6125 | Long Island Water Corp. v. Amerada Hess Corp., et al. |
| NYE | 2 | 03-6274 | Exxon Mobile Corp., et al. v. Long Island Water Corp., et al. |

## DISTRICT  DIV. CIVIL ACTION#

VIRGINIA WESTERN
|     |   |        |                                                                |
|-----|---|--------|----------------------------------------------------------------|
| VAW | 4 | 03-104 | Patrick County School Board v. Amerada Hess Corp., et al.      |
| VAW | 4 | 03-105 | Exxon Mobil Corp., et al. v. Patrick County School Board, et al. |

VERMONT
|    |   |        |                                                 |
|----|---|--------|-------------------------------------------------|
| VT | 2 | 03-337 | Town of Hartland v. Amerada Hess Corp., et al.  |
| VT | 2 | 03-343 | Exxon Mobil Corp., et al. v. Town of Hartland   |