**MDL 1358**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 26 2004

FILED
CLERK'S OFFICE

### Exxon Corporation's Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Exxon Corporation certifies that Exxon Corporation is the former name of Exxon Mobil Corporation, the corporate parent, and that there are no publicly traded corporations (domestic or foreign) that own 10% or more of Exxon Mobil Corporation's stock.

Dated: New York, New York
       February 24, 2004

EXXON CORPORATION

By: _____
Peter John Sacripanti
McDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, New York 10020
Tel: (212) 547-5400
Fax: (212) 547-5444

2004 FEB 25 A 11: 13
RECEIVED
CLERK'S OFFICE

IMAGED FEB 26 '04          OFFICIAL FILE COPY

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 6 2004

FILED
CLERK'S OFFICE

### Exxon Mobil Corporation's Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Exxon Mobil Corporation ("ExxonMobil") certifies that ExxonMobil is the corporate parent, and that there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of ExxonMobil's stock.

Dated: New York, New York
February 24, 2004

EXXON MOBIL CORPORATION

By: _____
Peter John Sacripanti
McDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, New York 10020
Tel: (212) 547-5400
Fax: (212) 547-5444

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | MDL No. 1358 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 26 2004

FILED
CLERK'S OFFICE

### ExxonMobil Chemical Company's Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Exxon Mobil Chemical Company certifies that Exxon Mobil Chemical Company is a division of Exxon Mobil Corporation, and that there are no publicly held corporations (domestic or foreign) that own 10% or more of Exxon Mobil Corporation's stock.

Dated: New York, New York
February 24, 2004

EXXONMOBIL CHEMICAL COMPANY

By: _____
Peter John Sacripanti
McDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, New York 10020
Tel: (212) 547-5400
Fax: (212) 547-5444

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | MDL No. 1358 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FEB 26 2004

FILED
CLERK'S OFFICE

### ExxonMobil Oil Corporation's Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant ExxonMobil Oil Corporation ("ExxonMobil Oil") certifies that ExxonMobil Oil's corporate parent is Exxon Mobil Corporation, and that Exxon Mobil Corporation owns 100% of ExxonMobil Oil's stock.

Dated: New York, New York
       February 24, 2004

                                        EXXONMOBIL OIL CORPORATION

                                        By: _____
                                        Peter John Sacripanti
                                        McDERMOTT, WILL & EMERY
                                        50 Rockefeller Plaza
                                        New York, New York 10020
                                        Tel: (212) 547-5400
                                        Fax: (212) 547-5444

RECEIVED CLERK'S OFFICE FEB 25 A 11: 13

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | MDL No. 1358 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FEB 26 2004
FILED
CLERK'S OFFICE

### ExxonMobil Pipe Line Company's Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant ExxonMobil Pipe Line Company certifies that 100% pf ExxonMobil Pipe Line Company's stock is owned by Exxon Pipeline Holdings, Inc., and that 100% of Exxon Pipeline's Stock is owned by Exxon Mobil Corporation.

Dated: New York, New York
February 24, 2004

EXXONMOBIL PIPE LINE COMPANY

By: _____
Peter John Sacripanti
McDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, New York 10020
Tel: (212) 547-5400
Fax: (212) 547-5444

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | MDL No. 1358 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FEB 26 2004
FILED
CLERK'S OFFICE

### ExxonMobil Refining and Supply Company's Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant ExxonMobil Refining and Supply Company certifies that ExxonMobil Refining and Supply Company is a division of Exxon Mobil Corporation, and that there are no publicly held corporations (domestic or foreign) that own 10% or more of Exxon Mobil Corporation's stock.

Dated: New York, New York
       February 24, 2004

EXXONMOBIL REFINING AND SUPPLY COMPANY

By: _____
Peter John Sacripanti
McDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, New York 10020
Tel: (212) 547-5400
Fax: (212) 547-5444

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** <br><br> JUDICIAL PANEL ON MULTIDISTRICT LITIGATION <br> FEB 26 2004 <br> FILED <br> CLERK'S OFFICE |

### Mobil Corporation's Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Mobil Corporation certifies that Mobil Corporation's corporate parent is Exxon Mobil Corporation, and that Exxon Mobil Corporation owns 100% Mobil Corporation's stock.

Dated: New York, New York
       February 24, 2004

MOBIL CORPORATION

By: _____
Peter John Sacripanti
McDERMOTT, WILL & EMERY
50 Rockefeller Plaza
New York, New York 10020
Tel: (212) 547-5400
Fax: (212) 547-5444