# MDL 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 26 2004

FILED
CLERK'S OFFICE

| | |
|---|---|
| In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | ) MDL Docket No. 1358 ) |
| This document related to: | ) **TESORO REFINING AND** ) **MARKETING COMPANY'S** ) **CORPORATE DISCLOSURE** ) **STATEMENT PURSUANT TO** |
| California-American Water Company               Plaintiff | ) **JUDICIAL PANEL** ) **OF MULTIDISTRICT LITIGATION** ) **RULE 5.3** |
| v. | ) |
| Atlantic Richfield Company, et al.,               Defendants | ) ) ) |
| Case No. 03-5379 | ) ) |

Pursuant to Judicial Panel of Multidistrict Litigation Rule 5.3(a) and (b), the undersigned counsel for record for defendant Tesoro Refining And Marketing Company ("Tesoro"), certifies that, to the best of their knowledge, as follows:

1. Tesoro Refining and Marketing Company is a wholly owned subsidiary of Tesoro Petroleum Corporation. Tesoro Petroleum Corporation is a publicly held company in the United States. No other entity owns 10 percent or more of Tesoro Petroleum Corporation's stock.

> Respectfully submitted,
>
> TESORO REFINING AND
> MARKETING COMPANY
>
> By its attorneys,
>
> BINGHAM MCCUTCHEN LLP

Dated: February 24, 2004

By: _Colleen Doyle/dpm_
Colleen Doyle