# MDL 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 2 6 2004

FILED
CLERK'S OFFICE

| | |
|---|---|
| In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation ) | MDL Docket No. 1358 |
| ) | |
| This document related to: ) | **WESTPORT PETROLEUM, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO JUDICIAL PANEL OF MULTIDISTRICT LITIGATION RULE 5.3** |
| City of Fresno ) | |
| Plaintiff ) | |
| v. ) | |
| Chevron U.S.A., Inc., et al., ) | |
| Defendants ) | |
| Case No. 03-5378 ) | |

Pursuant to Judicial Panel of Multidistrict Litigation Rule 5.3(a) and (b), the undersigned, counsel for record for defendant Westport Petroleum, Inc. ("Westport"), certifies that, to the best of their knowledge, as follows:

1. Westport Petroleum, Inc. is a wholly-owned subsidiary of Mitsui Mining USA, Inc.

2. Mitsui Mining USA, Inc. is a 100% subsidiary of Mitsui Mining Co., Ltd. Mitsui Mining Co., Ltd. is a Japanese public company and is listed on the Tokyo Stock Exchange. No publicly held company owns 10% or more of its stock.

IMAGED FEB 26 '04    **OFFICIAL FILE COPY**

2004 FEB 25 A 6: 57
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Respectfully submitted,

WESTPORT PETROLEUM, INC.

By its attorneys,

BINGHAM MCCUTCHEN LLP

Dated: February 24, 2004

By: *Diana Pfeffer Martin*
Diana Pfeffer Martin

## Rule 5.2(a) Certification

I hereby certify that I have this 24th day of February, 2004, served by First-Class Mail, postage prepaid, a copy of this Corporate Disclosure Statement to all parties identified in the attached service record.

*Diana Pfeffer Martin*
Diana Pfeffer Martin