

MDL 1358

# BAKER ❖ DANIELS

Est. 1863    111 E. Wayne Street, Suite 800    Fort Wayne, Indiana 46802    260.424.8000    Fax 260.460.1700    www.bakerdaniels.com

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2004

J. STEPHEN BENNETT
260.460.1725
stephen.bennett@bakerd.com

FILED
CLERK'S OFFICE

Indiana

Washington, D.C.

China

February 21, 2004

Michael J. Beck
Clerk of the Panel
United States of America
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, DC  20002

# CONFIRMATION
# COPY

*Re:    MDL-1358 - In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*

Dear Mr. Beck:

Pursuant to Panel Rule 5.2(c), Lassus Bros. Oil, Inc., by and through its attorneys, hereby designates for the above-referenced matter the following attorney to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation:

J. Stephen Bennett
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802
Telephone:  260-424-8000
Facsimile:  260-460-1700

If you have any questions, comments or concerns, please do not hesitate to contact me.

Sincerely,

J. Stephen Bennett

JSB:ml

cc:    All Counsel of Record on Attached Service List

IMAGED MAR 4 '04

OFFICIAL FILE COPY

FWIMAN1 324971v1

-2-

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
February 21, 2004
MAR - 3 2004

FILED
CLERK'S OFFICE

## MASTER COUNSEL LIST

## IN RE:  METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, LLP
300 Park Avenue, 18th Floor
New York, NY 10022-7402
(212)609-6805
(212)935-1893 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical, Inc.**

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL 32822
(407)275 7253

Carolyn G. Anderson
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
(612)341-0400
(612)341-0844 (fax)
**Attorneys for Plaintiff City of Rockport**

Jon D. Anderson
Michele Johnson
Latham & Watkins
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626
(714)540-1235
(714)755-8290 (fax)
**Attorneys for Tusco Corporation,
ConocoPhillips Company**

Paul S. Aronowitz
Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Suite 305
Auburn, CA 95603
**Attorneys for Nella Oil Company, LLC**

Mark S. Baldwin
Brown, Rudnick, Berlack & Israels, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3402
(860)509-6514
(860)509-6501 (fax)
**Attorneys for Koch Industries, Inc.**

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314)259-2200
(314)259-2020 (fax)
**Attorneys for Premcor Refining Group**

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
(617)523-2700
(617)523-6850 (fax)
**Attorneys for Exxon Mobil Chemical
Company, Inc., Exxon Mobil Corporation,
Exxon Mobil Oil Corporation, Exxon Mobil
Pipe Line Company, Exxon Mobil Refining
and Supply Company, Mobil Corporation
and Mobil Oil Corporation**

M. Scott Barrett
Barrett & Associates
Two North LaSalle Street, Suite 1600
Chicago, IL 60602
(312)332-4664
(312)332-2996 (fax)
**Attorneys for Plaintiff City of Rockport**

February 21, 2004

William W. Barrett
Williams Hewitt & Robbins, LLP
600 N. Emerson Avenue
Greenwood, IN  46143
(317)888-1121
(318)887-4669 (fax)
**Attorneys for Plaintiff City of Rockport**

Charles F. Becker
Belin, Larnson, McCormick, Zurnbach & Flynn
Financial Center
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
(515)283-4609
(515)558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Peter G. Beesn
Devine, Millinet & Branch
111 Amherst Street
PO Box 719
Manchester, NH  03105
(603)669-1000
(603)669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

Peter A. Bellacosa
Kirkland & Ellis
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212)446-4800
(212)446-4900 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America, Inc.,
BP Amoco Chemical Company, BP Company
North America, Inc., BP Corporation North
America, Inc. (fka BP Amoco Corporation
and Amoco Corporation), BP Products North
America, Inc. (fka Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products, LLC**

Rebecca J. Bernstein
ATOFINA Chemicals, Inc.
2000 Market Street
Philadelphia, PA  19103
(215)419-5415
**Attorneys for Total Holdings USA, Inc., fka
Total Fina Elf**

Elizabeth L. Bevington
Holland & Knight, LLP
PO Box 810
Tallahassee, FL  32302-0810
(850)224-7000
(850)224-8832 (fax)
**Attorneys for Exxon Mobil Chemical
Company, Inc., individually and formerly
known as Mobil Chemical Company, Inc.,
Exxon Mobil Corporation, individually and
as successor-in-interest to Mobil Corporation
(and dba Exxon Mobil Refining and Supply
Company), and Exxon Mobil Oil
Corporation, individually and formerly
known as Mobil Oil Corporation**

Anthony A. Bongiorno
McDermott, Will & Emery
28 State Street
Boston, MA  02109
(617)535-4044
(617)535-3800 (fax)
**Attorneys for Exxon Mobil Chemical
Company, Inc., Exxon Mobil Corporation,
Exxon Mobil Oil Corporation, Exxon Mobil
Pipe Line Company, Exxon Mobil Refining
and Supply Company, Mobil Corporation
and Mobil Oil Corporation**

F. Wesley Bowers
Bowers Harrison, LLP
25 NW Riverside Drive, 2nd Floor
PO Box 1287
Evansville, IN  47706-1287
(812)426-1231
(812)464-3676 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical, Inc.**

-3-                                                    February 21, 2004

Timothy F. Burr
Galloway, Johnson, Tompkins, Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850)934-3800
(850)934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Chelsea Sandwich, LLC
800 South Street
Waltham, MA 02254-9161

Roxanne Conlin
Conlin & Associates, PC
319 7th Street, Suite 600
Des Moines, IA 50309
**Attorneys for Plaintiffs City of Galva, City of Sioux City, City of Ida Grove**

Thomas Constabile
McMillan Constabile, LLP
2180 Boston Post Road
Larchmont, NY 10538
(914)834-3500
(914)834-0620 (fax)
**Attorneys for Star Supply Petroleum, Inc.**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL 32501
(850)434-9999
(850)438-8979 (fax)
**Attorneys for Plaintiff Escambia County Utilities Authority**

David J. Crotta, Jr.
Francis J. Drumm, III
Robert G. Oliver
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06510
(203)624-5111
(203)789-8371 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical, Inc.**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH 03301
**For El Paso Merchant Energy Petroleum**

Angelo A. Cuonzo
Slowinski, Atkins & Czyz, LLP
One Newark Center
Newark, NJ 07102
(973)824-0900
(973)824-8009 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical, Inc.**

George A. Dagon, Jr.
Murtha Cullina, LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860)240-6000
(860)240-6150 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America, Inc., BP Corporation North America, Inc. (fka BP Amoco Corporation and Amoco Corporation), BP Products North America, Inc. (fka Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products, LLC**

Barry R. Davidson
Hunton & Williams, LLP
1111 Brickell Avenue
Miami, FL 33131-3136
(305)810-2500
(305)810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA 30339-5673
**Attorneys for Chevron**

-4-                                                    February 21, 2004

Mindy G. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
(202)783-0800
(202)383-6610 (fax)
**Attorneys for Amerada Hess Corporation,
Coastal Eagle Point Oil Company, Coastal
Mobile Refining Company, Coastal States
Trading, Inc., Coastal F\Refining and
Marketing, El Paso CGP Company and El
Paso Corporation**

Jennifer M. DelMonico
Murtha Cullina, LLP
Witney Grove Square
2 Whitney Avenue
PO Box 704-A
New Haven, CT 06503-0704
(203)772-7700
(203)772-7723 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America, Inc.,
BP Amoco Chemical Company, BP Company
North America, Inc., BP Corporation North
America, Inc., (dka BP Amoco Corporation
and Amoco Corporation), BP Products North
America, Inc., (fka Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products, LLC**

Michael DeMarco
Daniel E. Rosenfeld
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109
**Attorneys for ConocoPhillips Company**

Wayne F. Dennison
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
(617)856-8247
(617)856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Suite 4000
El Segundo, CA 90245
**Corporate Secretary for Unocal Corp.**

Brendan M. Dixon
Unocal Corp.
376 S. Valencia Avenue
Brea, CA 92626
(714)577-2933
(714)577-2980 (fax)
**Attorneys for Unocal Corporation, Union Oil
Company of California**

Robert P. Doty
Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
**Attorneys for Duke Energy Merchants, LLC,
Duke Energy Trading and Marketing, LLC,
Duke Energy Merchants California, Inc.,
Northridge Petroleum Marketing US, Inc.**

Colleen P. Doyle
Diana Pfeffer Martin
Catherine M. Stites
Bingham McCutchen, LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
(213)680-6400
(213)680-6499 (fax)
**Attorneys for Exxon Mobil Corporation,
Mobil Corporation, Tesoro Refining and
Marketing, Inc.**

John V. Dwyer
Winer & Bennett
110 Concord Street
PO Box 488
Nashua, NH 03061-0488
(603)882-5157
(603)882-2694 (fax)
**Attorneys for Exxon Mobil Corp., Exxon
Mobil Oil Corp.**

-5-                                                    February 21, 2004

Joseph J. Eaton
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204-3535
(317)231-7705
(317)231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH  03801
(603)373-2004
(603)433-6372 (fax)
**Attorneys for Lyondell Chemical Company**

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
(312)660-7600
(312)692-1718 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical, Inc.**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA  02453

John F. Fanning
Cullen & Dykman
177 Montague Street
Brooklyn, NY  11201
(718)780-0085
(718)935-1509 (fax)
**Attorneys for Getty Petroleum Marketing,
Inc. and Getty Terminals Corporation**

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
PO Box 326
Manchester, NH  03105-0326
(603)625-6464
(603)625-5650 (fax)
**Attorneys for Irving Oil Limited, Irving Oil
Corporation**

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
**Attorneys for Pacific Southwest Trading**

Heather M. Fusco
Beveridge & Diamond, PC
477 Madison Avenue
New York, NY  10022
(212)702-5400
(212)702-5450
**Attorneys for Sunoco, Inc.**

John C. Gillespie
Joseph J. McGovern
Parker, McCay & Criscuolo, PC
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ  08053
**Attorneys for Plaintiffs in New Jersey
American Water Company, Inc., et al**

-6-                                                              February 21, 2004

Robert J. Gordon
Weitz & Lutzenberg
180 Maiden Lane
New York, NY  10038
(212)558-5500
(212)344-5461 (fax)
**Attorney for Plaintiffs Canton Board of
Education, Chhildhood Memories, Columbia
Board of Education, Town of East Hampton,
American Distilling and Mfg. Co., Inc., Our
Lady of the Rosary Chapel, United Water
Connecticut, Inc., Escambia County Utilities
Authority, City of Galva, City of Sioux City,
City of Ida Grove, City of Rockport, Town of
Duxbury, et al., New Jersey American Water
Company, et al, and Water Authority of
Great Neck North**

Steven M. Gordon
Shaheen & Gordon
Two Capital Plaza
PO Box 2703
Concord, NH  03302-2703
**Attorneys for Ultramar Energy, Inic.,
Ulramar Limited, Valero Energy Corp.,
Valero Marketing & Supply Company**

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3499
(860)275-0100
(860)275-0343
**Attorneys for Inland Fuel Terminals, Inc.**

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th Avenue, Suite 1200
Des Moines, IA  50309-4195
(515)288-6041
(515)246-1474 (fax)
**Attorneys for Alon USA Energy, Inc., Alon
USA, LP, Fina Oil and Chemical Company,
Total Holdings USA, Inc. (erroneously named
as Total Fina Elf), Diamond Shamrock
Refining and Marketing, Valero Energy
Corporation, Valero Marketing and Supply
Company, Valero Refining and Marketing
Cmpany, Valero Colorado Refining
Company, Valero Refining Company
Louisiana, Valero Refining Company Texas,
Valero Refining Company New Jersey,
Conoco, Inc., ConocoPhillips, Phillips 66
Company, Phillips 66 Company nka
ConocoPhillips Company, Phillips Petroleum
Company nka ConocoPhillips Company, and
Tosco Refining Company, nka
ConocoPhillips**

J. Clifford Gunter, III
Tracie J. Renfroe
M. Coy Connelly
Mike Dimnore
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, TX  77002
(713)223-2900
(713)221-1212 (fax)
**Attorneys for Alon USA Energy, Inc., Alon
USA, LP, Diamond Shamrock Refining and
Marketing, Fina Oil and Chemical Company,
Ultramar, Inc., Valero Energy Corporation,
Valero Marketing and Supply Company,
Valero Refining and Marketing Company,
Valero-Colorado Refining Company, Valero
Refining Company, Valero Refining
Company-California, Valero Refining
Company New Jersey, Valero Refining
Company Louisiana, Valero Refining
Company Texas, Ultramar Energy, Inc.**

John S. Guttmann
Beveridge & Diamond, PC
1350 I Street, NW, Suite 700
Washington, DC  20005
(202)789-6000
(202)789-6190 (fax)
**Attorneys for Sunoco, Inc.**

Larry G. Gutz
Moyer & Bergman, PLC
2720 1st Avenue, NE
Cedar Rapids, IA  52402-1943
(319)366-7331
(319)366-3668 (fax)
**Attorneys for Fauser Oil Co., Inc.**

David S. Hardy
Dorit S. Heimer
Levett Rockwood, PC
33 Riverside Avenue
PO Box 5116
Westport, CT  06881
(203)222-0885
(203)226-8025 (fax)
**Attorneys for Amerada Hess Corporation,
Coastal Eagle Point Oil Company, Coastal
Mobile Refining Company, Coastal States
Trading, Inc., Coastal Refining and
Marketing, El Paso CGP Company, El Paso
Corporation, Marathon Ashland Petroleum,
LLC, Marathon Oil Corporation, Sunoco,
Inc.**

Matthew T. Heartney
Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
(213)243-4000
(213)243-4199 (fax)
**Attorneys for Atlantic Richfield Company,
BP Products North America, Inc.**

Peter W. Heed, Attorney General
Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH  03301-6397
**Attorneys for Plaintiff State of New
Hampshire**

Donna Nelson Heller
Finn, Dixon & Herling, LP
One Landmark Square, Suite 1400
Stamford, CT  06901
(203)325-5000
(203)348-5777 (fax)
**Attorneys for Lyondell Chemical Company**

Jeffrey R. Hellman
Zeisler & Zeisler, PC
558 Clinton Avenue
PO Box 3186
Bridgeport, CT  06605-0186
(203)368-4234
(203)367-9678 (fax)
**Attorneys for New Haven Terminal, Inc.**

Alan J. Hoffman
Laurence S. Shtasel
Blank Rome, LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA  19103-6998
(215)569-5500
(215)569-5555 (fax)
**Attorneys for ARCO Chemical Company,
Lyondell Chemical Company**

Hojoon Hwang
Karin S. Schwartz
William D. Temko
Munger, Tolles & Olson, LLP
355 Grand Ave., Suite 3500
Los Angeles, CA  90071
(213)683-9100
(213)687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil
Products US., Texaco Refining & Marketing,
Inc., Equilon Enterprises, LLC**

-8-                                                February 21, 2004

Vivian Imperial *for*
Equiva Services, LLC
Westport Petroleum, Inc.
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA  90017

William J. Kayatta, Jr.
Pierce, Atwood
One Monument Square
Portland, ME  04101
(207)791-1100
(207)791-1350 (fax)
**Attorneys for Lyondell Chemical Company**

Joseph C. Kearfott
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219
(804)788-8200
(804)788-8218 (fax)
**Attorneys for Koch Industries, Inc.**

Frederic R. Klein
Goldberg Kohn
55 East Monroe Street, Suite 3700
Chicago, IL  60603-5802
(312)201-4000
(312)332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil
Company of California**

Trenten D. Klingerman
Stuart & Branigin, LLP
The Life Building, Suite 800
600 Main Street
PO Box 1010
Lafayette, IN  47902

Peter R. Knight
LeBoeuf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT  06103
(860)293-3550
(860)293-3555 (fax)
**Attorneys for Getty Petroleum Marketing,
Inc.**

Ben M. Krowicki
Eric H. Gaston
Bingham McCutchen, LLP
One State Street
Hartford, CT  06103-3178
(860)240-2926
(860)240-2818 (fax)
**Attorneys for Crown Central Petroleum
Corp., Tesoro Petro Corporation, Tesoro
Refining and Marketing and Tesoro West
Coast**

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis
200 East Randolph Drive, Suite 6100
Chicago, IL  60601-6636
(312)861-2000
(312)861-2200 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America, Inc.,
BP Amoco Chemical Company, BP Company
North America, Inc., BP Corporation North
America, Inc. (fka BP Amoco Corporation
and Amoco Corporation), BP Products
North America, Inc. (fka Amoco Oil
Company and misnamed as BP Product
North Americas, Inc.), and BP West Coast
Products, LLC**

Andrew Lapayowker
Vice President, General Counsel and Secretary
Crown Central Petroleum Corporation
One North Charles Street (21201)
PO Box 1168
Baltimore, MD  20203
(410)659-4834
(410)659-4763 (fax)
**Attorneys for Crown Central Petroleum
Corporation**

Brian M. Ledger
Rudy R. Perrino
Gordon & Rees, LLP
101 West Broadway, Suite 1600
San Diego, CA  92101-3541
**Attorneys for Kern Oil & Refining Co.**

February 21, 2004

Steven L. Leifer
Baker, Botts, LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC  20004-2400
(202)639-7723
(202)585-1040 (fax)
**Attorneys for Marathon Ashland Petroleum,
LLC and Marathon Oil Corporation**

Scott L. Long
Brown, Winick, Graves, Gross, et al.
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA  02110
(617)457-4000
(617)482-3868 (fax)
**Attorneys for Atlantic Richfield Company,
BP America, Inc., BP Amoco Chemical
Company, BP Company North America, Inc.,
BP Corporation North America, Inc., BP
Global Special Products (America), Inc., BP
Products North America, Inc. (formerly
known as Amoco Oil Company and
misnamed as BP Products North Americas,
Inc.)**

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
11335 Gold Express Drive, Suite 105
Gold River, CA  95670
**Attorneys for New West Petroleum, New
West Petroleum, LLC**

Joseph W. Martini
Karen Mignone
Paul J. Hogan
Amy McCallan
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT  06890-1436
(203)319-4000
(203)259-0251 (fax)
**Attorneys for Premcor Refining Group**

John McGahren
Kristi Midboe Miller
Latham & Watkins
One Newark Center, 16th Floor
Newark, NJ  07101-3174
(973)639-7270
(973)639-7298 (fax)
**Attorneys for ConocoPhillips Company,
Conoco, Inc., Phillips Petroleum Company,
Phillips 66 Company and Tosco Corporation**

Matthew F. Medeiros
Little, Bulman, Medeiros & Whitney
72 Pine Street
Providence, RI  02903
(401)272-8080
(401)272-8195
**Attorneys for CITGO Petroleum Corp.**

Duane C. Miller
Miller & Sawyer
1651 Response Road, Second Floor
Sacramento, CA  95825-5253
**Attorneys for Plaintiff City of Fresno**

Jeffrey W. Moryan
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ  07068
(973)535-0500
(973)535-9217 (fax)
**Attorneys for Motiva Enterprises, LLC**

FWIMAN1 324971v1

-10-                                                        February 21, 2004

J. Stephen Bennett
Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802
(260)424-8000
(260)460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Neal L. Moskow
Valerie J. Payne
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT  06825
(203)610-6393
(203)610-6399 (fax)
**Attorneys for Plaintiffs Canton Board of
Education, Childhood Memories, Columbia
Board of Education, Town of East Hampton,
American Distilling and Mfg. Co., Inc., Our
Lady of the Rosary Chapel, United Water
Connecticut, Inc.**

Peter W. Mosseau
Jeffrey A. Meyers
Nelson, Kinder, Mosseau & Saturley, PC
99 Middle Street
Manchester, NH  03101
(603)647-1800
(603)647-1900
**Attorneys for CITGO Petroleum Corp.**

Samuel P. Moulthrop
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981
(973)538-0800
**Attorneys for Koch Industries, Inc.**

Charles T. O'Brien
225 High Ridge Road
Stamford, CT  06905
(203)978-6988
(203)978-6952 (fax)
**Attorneys for StatOil Marketing and Trading
(US), Inc.**

W. Scott O'Connell
Nixon & Peabody, LLP
889 Elm Street
Manchester, NH  03101-2019
(603)628-4000
(603)628-4087
**Attorneys for StatOil Marketing and Trading
(US), Inc.**

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Road, Suite A
PO Box 3546
Tallahassee, FL  32315-3546
**Attorneys for McKenzie Service Co., Inc.**

James A. Pardo
Peter J. Sacripanti
Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY  10020-1605
(212)547-5400
(212)547-5444 (fax)
**Attorneys for Exxon Mobil Chemical
Company, Inc., Exxon Mobil Corporation,
Exxon Mobil Oil Corporation, Exxon Mobil
Pipe Line Company, Exxon Mobil Refining
and Supply Company, Mobil Corporation
and Mobil Oil Corporation**

FWIMAN1 324971v1

-11-                                        February 21, 2004

William L. Parker
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617)695-2330
(617)695-2335 (fax)
**Attorneys for Chevron USA, Inic.,
individually and formerly known as Gulf Oil
Corp. (dba Chevron Products Company and
dba Chevron Chemical Company), Equilon
Enterprises, LLC, individually and also
known as Shell Oil Products US, Motiva
Enterprises, LLC, Shell Oil Company, Shell
Oil Products Company, Shell Oil Products
Company, LlC, Shell Petroleum, Inc., Shell
Trading (US) Company, individually and
formerly known as Equiva Trading
Company, and also known as Stusco**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
PO Box 1271
Pensacola, FL 32502-1271
(850)433-6581
(850)434-5856 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemicals Co., LP**

Mathew F. Pawa
Law Offices of Mathew Pawa, PC
1280 Centre Street, Suite 230
Newton Center, MA 02459
**Attorneys for Plaintiff State of New
Hampshire**

Barry Richard
Greenberg Traurig, PA
101 East College Avenue
PO Drawer 1838
Tallahassee, FL 32302
(850)222-6891
(850)681-0207 (fax)
**Attorneys for ConocoPhillips Company,
individually and as successor-in-interest to
Conoco, Inc. and Phillips Petroleum
Company and dba Phillips 66 Company,
Tosco Corporation, individually and aka
Tosco Refining Company and aka Tosco
Marketing Company**

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071

Marc A. Rollo
Frank D. Allen
Carlos M. Bollar
Archer & Greiner, PC
One Centennial Square
PO Box 3000
Haddonfield, NJ 08033-0968
(856)795-2121
**Attorneys for Exxon Mobil Chemical
Company, Inc. (individually and fka Mobil
Chemical Company, Inc.), Exxon Mobil
Corporation (individually and as successor-
in-interest to Exxon Corporation) and as
successor-in-interest to Mobil Corporation
(and dba Exxon Mobil Refining and Supply
Company), Exxon Mobil Oil Corporation
(individually and fka Mobil Oil Corporation),
Exxon Mobil Pipeline Company**

Lauren E. Rosenblatt
Hunton & Williams
200 Park Avenue
New York City, NY 10166-0136
(212)309-1000
(212)309-1100 (fax)
**Attorneys for Koch Industries, Inc.**

FWIMAN1 324971v1

-12-                                          February 21, 2004

C. Joseph Russell
Bose, McKinney & Evans, LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204
(317)684-5000
**Attorneys for Exxon Mobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Co., Inc., Mobil Corporation**

Richard M. Sandman
Rodman, Rodman & Sandman, PC
442 Main Street, Suite 300
Malden, MA 02148-5122
(781)322-3720
(781)324-6906 (fax)
**Attorneys for Plaintiffs in Town of Duxbury,
et al**

Daniel P. Scapellati
Halloran & Sage
Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860)522-6103
(860)548-0006 (fax)
**Attorneys for Alon USA Energy, Inc., Alon
USA, LP, Diamond Shamrock Refining and
Marketing, Fina Oil and Chemical Company,
Ultramar, Inc., Valero Energy Corporation,
Valero Marketing and Supply Company,
Valero Refining and Marketing Company,
Valero-Colorado Refining Company, Valero
Refining Company, Valero Refining
Company-California, Valero Refining
Company New Jersey, Valero Refining
Company Louisiana, Valero Refining
Company Texas**

Fred E. Schulz
Wildman Harrold Allen & Dixon, LLP
225 W. Wacker Drive
Chicago, IL 60606-1229
(312)201-2658
(312)201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Marc M. Seltzer
David C. Marcus
Susman Godfrey, LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
(310)789-3100
(310)789-3150 (fax)
**Attorneys for ARCO Chemical Company,
Lyondell Chemical Company**

Andrew W. Serell
Rath, Young & Pignatelli
One Capital Plaza
PO Box 1500
Concord, NH 03302-1500
**Attorneys for Chevron Texaco Corp.,
Chevron USA, Inc., Motiva Enterprises, LIC,
Shell Oil Co., Texaco Refining & Marketing,
Inc.**

Victor M. Sher
Sher & Leff
450 Mission Street, Suite 500
San Francisco, CA 94105
(415)348-8300
(415)348-8333 (fax)
**Attorneys for Plaintiffs California-American
Water Company and State of New
Hampshire**

Charles Siddons
McMillan Constabile, LLP
777 Summer Street
Stamford, CT 06901
**Attorneys for Star Supply Petroleum, Inc.**

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY 11753
(516)478-5451
(516)478-5490 (fax)
**Attorneys for Getty Properties Corp.**

February 21, 2004

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX  77079
(281)293-1740
(281)293-3826 (fax)
**Attorneys for ConocoPhillips Company,**
**Conoco, Inc., Phillips Petroleum Company,**
**Phillips 66 Company and Tosco Corporation**

Thomas J. Smith
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA  70139-4004
(504)525-6802
(504)525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Donald M. Snemis
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN  46282

Robert K. Stanley
Melissa M. Hinds
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative,**
**LLC, successor by merger to Countrymark**
**Cooperative, Inc.**

Jeffrey G. Stark
Meyer, Suozzi, English & Klein, PC
1505 Kellum Place
Mineola, NY  11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC,**
**Motiva Enterprises LLC, Shell Oil Company,**
**Shell Oil Products Company, Shell Oil**
**Products Company LLC, Shell Petroleum**
**Inc., Shell Trading (US) Company, Texaco**
**Refining & Marketing (East) Inc.**

Anthony J. Stoik
Klass, Stoos, Stoik, Mugan, et al.
627 Fourth Street, Suite 300
P.O. Box 327
Sioux City, IA  51102
**Attorneys for CITGO Petroleum Corp. and**
**CITGO Refining and Chemical, Inc.**

Shaun S. Sullivan
Wiggins & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508-1832

Scott Summy
Baron & Budd
3102 Oak Lawn Avenue
The Centrum Building, Ste. 1100
Dallas, TX  75219
(214) 521-3605
(214) 520-1181 (fax)
**Attorneys for Plaintiffs California-American**
**Water Company, Canton Board of**
**Education, Childhood Memories, Columbia**
**Board of Education, Town of East Hampton,**
**American Distilling and Mfg. Co. Inc., Our**
**Lady of the Rosary Chapel, United Water**
**Connecticut, Inc., Escambia County Utilities**
**Authority, City of Galva, City of Sioux City,**
**City of Ida Grove, City of Rockport, Town of**
**Duxbury, et al., New Jersey American Water**
**Company, et al., and Water Authority of**
**Great Neck North**

Stephen L. Tober
Tober Law Offices, P.A.
381 Middle Street
P.O. Box 1377
Portsmouth, NH  03801
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

-14-                                                      February 21, 2004

Owen J. Todd
Kathleen M. Genova
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626
(617) 720-2626 (fax)
**Attorneys for CITGO Petroleum Corporation
and CITGO Refining and Chemical Inc.**

Mark E. Tully
Goodwin Procter
Exchange Place, Second Floor
Boston, MA  02109-2881
(617) 570-1000
(617) 523-1231 (fax)
**Attorneys for Gulf Oil Corporation and Gulf
Oil Limited Partnership**

Martha Van Oot
Orr & Reno, P.A.
P.O. Box 3550
Concord, NH  03302-3550
**Attorneys for Plaintiff State of New
Hampshire**

Richard E. Wallace, Jr.
Peter C. Condron
Wallace, King, Marraro & Bransom
1050 Thomas Jefferson Street, N.W.
Washington, DC  20007
(202) 204-1000
(202) 204-1001 (fax)
**Attorneys for Chevron Chemical Company,
Chevron Corporation, Chevron Texaco
Corporation, Chevron USA Inc., Gulf Oil
Corporation, Texaco Inc., Texaco Refining
and Marketing Inc., Texaco Refining and
Marketing (East) Inc., TRMI Holdings,
Equilon Enterprises LLC, Equiva Trading
Company, Motiva Enterprises LLC, Shell Oil
Company, Shell Oil Products Company, Shell
Oil Products Company LLC, Shell Oil
Products U.S., Shell Petroleum Inc., Star
Enterprise**

John J. Wasilczyk
Allison N. Shue
David L. Shrader
Michael T. Zarro
Morgan, Lewis & Bockius
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco
Inc., Chevron Texaco Corporation, Chevron
Environmental Services Company**

Robert V. Waterman, Jr.
Lane & Waterman
220 North Main Street, Suite 600
Davenport, IA  52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Co. Inc., ExxonMobil Pipeline
Company, ExxonMobil Refining & Supply
Company, Mobil Corporation, Mobil Oil
Corp.**

Joseph P. Williams
Paul D. Sanson
Shipman & Goodwin, L.L.P.
One American Row
Hartford, CT  06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company,
Chevron Corporation, Chevron Texaco
Corporation, Chevron USA Inc., Gulf Oil
Corporation, Texaco Inc., Texaco Refining
and Marketing Inc., Texaco Refining &
Marketing (East) Inc., TRMI Holdings,
Equilon Enterprises LLC, Equiva Trading
Company, Motiva Enterprises LLC, Shell Oil
Company, Shell Oil Products Company, Shell
Oil Products Company LLC, Shell Oil
Products U.S. and Shell Petroleum Inc.**

-15-                                              February 21, 2004

Lynn Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY  10022
(212) 308-4411
(212) 308-4844 (fax)
**Attorneys for Unocal Corporation**

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606
(312) 372-2000
(312) 984-7700 (fax)
**Attorneys for ExxonMobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Co. Inc., ExxonMobil Pipeline
Company, ExxonMobil Refining & Supply
Company, Mobil Corporation, Mobil Oil
Corp.**