

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR - 3 2004

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: : | |
| : | MDL Docket No. 1358 |
| METHYL-TERTIARY BUTYL ETHER : | |
| PRODUCTS LIABILITY LITIGATION : | |

### NOTICE OF APPEARANCE FOR DEFENDANTS LYONDELL CHEMICAL COMPANY, LYONDELL PETROCHEMICAL COMPANY, ARCO CHEMICAL COMPANY

Pursuant to Rule 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendant Lyondell Chemical Company, f/k/a Lyondell Petrochemical Company and f/k/a ARCO Chemical Company[1] designate the following attorney to receive service of all pleadings, notices, order and other parties relating to practice before the Judicial Panel on Multidistrict Litigation:

> Alan J. Hoffman
> Blank Rome LLP
> One Logan Square
> Philadelphia, PA 19103
> Telephone No. 215-569-5505
> Facsimile No. 215-832-5505

This designation shall apply for all of the actions listed in Schedule CTO-4 to the Conditional Transfer Order filed on February 6, 2004 as well as any action involving any

---

[1] The complaints in certain actions covered by CTO-4 erroneously name Lyondell Chemical Company entities that do not exist or no longer exist such as "Lyondell Petrochemical Company" or "ARCO Chemical Company". An appearance cannot be filed for fictitious or non-existent entities.



014580.00002/21245913v1

**OFFICIAL FILE COPY**

of the above-named defendants that may be transferred by future Conditional Transfer Orders.

Respectfully submitted,

_____
Alan J. Hoffman
Laurence S. Shtasel
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103
(215) 569-5505
(215) 832-5505 (Facsimile)

Attorneys for Defendant:
Lyondell Chemical Company

Dated: February 25, 2004

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 3 2004

FILED
CLERK'S OFFICE

# MDL SERVICE LIST

Samuel J. Abate, Jr.
McCarter & English LLP
300 Park Avenue, 18th Floor
New York, NY  10022-7402
(212) 609-6805
(212) 935-1893 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL  32822
(407) 275-7253

Carolyn G. Anderson
Zimmerman Reed PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402-4123
(612) 341-0400
(612) 341-0844 (fax)
**Attorneys for Plaintiff City of Rockport**

Jon D. Anderson
Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA  92626-1918
(714) 540-1235
(714) 755-8290 (fax)
**Attorneys for Tosco Corporation and ConocoPhillips Company**

Paul S. Aronowitz
Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Suite 305
Auburn, CA  95603
(530) 823-9736
(530) 823-5241 (fax)
**Attorneys for Nella Oil Company LLC**

Mark S. Baldwin
Brown Rudnick Berlack & Israels LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3402
(860) 509-6514
(860) 509-6501 (fax)
**Attorneys for Koch Industries Inc.**

Dan H. Ball
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO  63102
(314) 259-2200
(314) 259-2020 (fax)
**Attorneys for Premcor Refining Group**

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
(617) 523-6850 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, and Mobil Corporation and Mobil Oil Corporation**



1

M. Scott Barrett
Barrett & Associates
520 North Walnut Street
P.O. Box 5233
Bloomington, IN  47407-5233
(812) 336-4664
(812) 337-8850 (fax)
**Attorneys for Plaintiff City of Rockport**

William W. Barrett
Williams Hewitt & Robbins LLP
600 N. Emerson Avenue
Greenwood, IN  46143
(317) 888-1121
(318) 887-4669 (fax)
**Attorneys for Plaintiff City of Rockport**

Charles F. Becker
Belin Larnson McCormick Zurnbach & Flynn
Financial Center
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
(515) 283-4609
(515) 558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Peter G. Beeson
Devine Millimet & Branch
111 Amherst Street
P. O. Box 719
Manchester, NH  03105
(603) 669-1000
(603) 669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

Rebecca J. Bernstein
ATOFINA Chemicals, Inc.
2000 Market Street
Philadelphia PA  19103
(215) 419-5415
(215) 419-7933 (fax)
**Attorneys for Total Holdings USA, Inc. formerly known as Total Fina Elf**

Elizabeth L. Bevington
Holland & Knight LLP
P.O. Box 810
Tallahassee, FL  32302-0810
(850) 224-7000
(850) 224-8832 (fax)
**Attorneys for Exxon Mobil Chemical Company, Inc., individually and formerly known as Mobil Chemical Company, Inc., Exxon Mobil Corporation, individually and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), and Exxon Mobil Oil Corporation, individually and formerly known as Mobil Oil Corporation**

Anthony A. Bongiorno
McDermott Will & Emery
28 State Street
Boston, MA  02109
(617) 535-4044
(617) 535-3800 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

F. Wesley Bowers
Bowers Harrison LLP
25 N.W. Riverside Drive, 2nd Floor
P. O. Box 1287
Evansville, IN  47706-1287
(812) 426-1231
(812) 464-3676 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

2

Peter A. Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800
(212) 446-4900 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Timothy F. Burr
Galloway Johnson Tompkins Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Chelsea Sandwich, LLC
800 South Street
Waltham, MA 02254-9161

Roxanne Conlin
Conlin & Associates PC
319 7th Street, Suite 600
Des Moines, IA 50309
(515) 283-1111
(515) 282-0477 (fax)
**Attorneys for Plaintiffs City of Galva, City of Sioux City, City of Ida Grove**

Thomas Constabile
McMillan Constabile LLP
2180 Boston Post Road
Larchmont, NY 10538
(914) 834-3500
(914) 834-0620 (fax)
**Attorneys for Star Supply Petroleum Inc.**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL 32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Plaintiff Escambia County Utilities Authority**

David J. Crotta, Jr.
Francis J. Drumm, III
Robert G. Oliver
Mulvey Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06511
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH 03301
**For El Paso Merchant Energy Petroleum**

3

Angelo A. Cuonzo
Slowinski Atkins & Czyz LLP
One Newark Center, 14th Floor
Newark, NJ 07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Mindy G. Davis
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800
(202) 383-6610 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company and El Paso Corporation**

George A. Dagon, Jr.
Murtha Cullina LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Jennifer M. DelMonico
Murtha Cullina LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704-A
New Haven, CT 06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Barry R. Davidson
Hunton & Williams LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Michael DeMarco
Daniel E. Rosenfeld
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 261-3100
(617) 261-3175 (fax)
**Attorneys for ConocoPhillips Company**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA 30339-5673
**Attorneys for Chevron**

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

4

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Ste. 4000
El Segundo, CA 90245
**Corporate Secretary for Unocal Corp.**


Brendan M. Dixon
Unocal Corporation
376 S. Valencia Avenue
Brea, CA 90245
(714) 577-2933
(714) 577-2980 (fax)
**Attorneys for Unocal Corporation, Union Oil Company of California**

Robert P. Doty
Alicia Vaz
Cox, Castle & Nicholson LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
(415) 392-4200
(415) 392-4250 (fax)
**Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc., Northridge Petroleum Marketing U.S., Inc.**

Colleen P. Doyle
Diana Pfeffer Martin
Catherine M. Stites
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
(213) 680-6400
(213) 680-6499 (fax)
**Attorneys for Exxon Mobil Corporation, Mobil Corporation, Tesoro Refining and Marketing, Inc.**

John V. Dwyer
Winer & Bennett LLP
110 Concord Street
P.O. Box 488
Nashua, NH 03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp., Exxon Mobil Oil Corp.**

Joseph G. Eaton
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH 03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical Company**

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA 02453

5

John J. Fanning
Cullen & Dykman LLP
177 Montague Street
Brooklyn, NY  11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing Inc. and Getty Terminals Corporation**

John C. Gillespie
Joseph J. McGovern
Parker McCay & Criscuolo P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ  08053
(856) 596-8900
(856) 596-9631 (fax)
**Attorneys for Plaintiffs in New Jersey American Water Company, Inc., et al.**

Bruce W. Felmly
McLane Graf Raulerson & Middleton
900 Elm Street
P.O. Box 326
Manchester, NH  03105-0326
(603) 625-6464
(603) 625-5650 (fax)
**Attorneys for Irving Oil Limited and Irving Oil Corporation**

Robert J. Gordon
Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY  10038
(212) 558-5500
(212) 344-5461 (fax)
**Attorney for Plaintiffs Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority, City of Galva, City of Sioux City, City of Ida Grove, City of Rockport,  Town of Duxbury, et al., New Jersey American Water Company, et al., and Water Authority of Great Neck North**

Jeffrey L. Fillerup
Luce Forward Hamilton & Scripps LLP
Two Rincon Center
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
(415) 356-4600
(415) 356-4610 (fax)
**Attorneys for Pacific Southwest Trading**

Steven M. Gordon
Shaheen & Gordon PA
Two Capital Plaza
P.O. Box 2703
Concord, NH  03302-2703
(603) 225-7262
(603) 225-5112
**Attorneys for Ultramar Energy, Inc., Ultramar Limited, Valero Energy Corp., Valero Marketing & Supply Company**

Heather M. Fusco
Beveridge & Diamond PC
477 Madison Avenue
New York, NY  10022
(212) 702-5400
(212) 702-5450 (fax)
**Attorneys for Sunoco, Inc.**

Steven M. Greenspan
Day Berry & Howard LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 (fax)
**Attorneys for Inland Fuel Terminals Inc.**

| | |
|---|---|
| Frank M. Grenard<br>Whitfield & Eddy PLC<br>317 6th Avenue, Suite 1200<br>Des Moines, IA   50309-4195<br>(515) 288-6041<br>(515) 246-1474 (fax)<br>**Attorneys for Alon USA Energy, Inc., Alon USA, LP, Fina Oil and Chemical Company, Total Holdings USA, Inc. (erroneously named as Total Fina Elf), Diamond Shamrock Refining and Marketing, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Colorado Refining Company, Valero Refining Company Louisiana, Valero Refining Company Texas, Valero Refining Company New Jersey, Conoco, Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips Company, Phillips Petroleum Company n/k/a ConocoPhillips Company, and Tosco Refining Company, n/k/a ConocoPhillips** | John S. Guttmann<br>Beveridge & Diamond, PC<br>1350 I Street, N.W., Suite 700<br>Washington, DC  20005<br>(202) 789-6000<br>(202) 789-6190 (fax)<br>**Attorneys for Sunoco Inc.** |
| J. Clifford Gunter, III<br>Tracie J. Renfroe<br>M. Coy Connelly<br>Mike Dimnore<br>Bracewell & Patterson LLP<br>711 Louisiana Street, Suite 2900<br>Houston, TX  77002<br>(713) 223-2900<br>(713) 221-1212 (fax)<br>**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company, Valero Refining Company-California,  Valero Refining Company New Jersey, Valero  Refining Company Louisiana, Valero Refining  Company Texas, Ultramar Energy Inc.** | Larry G. Gutz<br>Moyer & Bergman PLC<br>2720 1st Avenue, NE<br>Cedar Rapids, IA  52402-1943<br>(319) 366-7331<br>(319) 366-3668 (fax)<br>**Attorneys for Fauser Oil Co., Inc.** |

7

David S. Hardy
Dorit S. Heimer
Levett Rockwood PC
33 Riverside Avenue
P. O. Box 5116
Westport, CT  06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company, El Paso Corporation, Marathon Ashland Petroleum LLC, Marathon Oil Corporation, Sunoco Inc.**

Jeffrey R. Hellman
Zeisler & Zeisler PC
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT  06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

Matthew T. Heartney
Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
(213) 243-4000
(213) 243-4199 (fax)
**Attorneys for Atlantic Richfield Company, BP Products North America, Inc.**

Robert P. Doty
Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA  94111-2585
(415) 392-4200
(415) 392-4250 (fax)
**Attorneys for Duke Energy Merchants, LLC; Duke Energy Trading and Marketing, LLC; Duke Energy Merchants California, Inc.; and Northridge Petroleum Marketing U.S., Inc.**

Peter W. Heed, Attorney General
Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH  03301-6397
**Attorneys for Plaintiff State of New Hampshire**

Hojoon Hwang
William D. Temko
Munger Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA  90071
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc., Equilon Enterprises LLC**

Donna Nelson Heller
Finn Dixon & Herling LP
One Landmark Square, Suite 1400
Stamford, CT  06901
(203) 325-5000
(203) 348-5777 (fax)
**Attorneys for Lyondell Chemical Company**

Vivian Imperial *for*
   Equiva Services, LLC
   Westport Petroleum, Inc.
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA   90017

8

William J. Kayatta, Jr.
Pierce Atwood
One Monument Square
Portland, ME  04101
(207) 791-1100
(207) 791-1350 (fax)
**Attorneys for Lyondell Chemical Company**

Joseph C. Kearfott
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219
(804) 788-8200
(804) 788-8218 (fax)
**Attorneys for Koch Industries Inc.**

Frederic R. Klein
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL  60603-5802
(312) 201-4000
(312) 332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil Company of California**

Trenten D. Klingerman
Stuart & Branigin LLP
The Life Building, Suite 800
600 Main Street
P.O. Box 1010
Lafayette, IN  47902
(765) 423-1561
(765) 742-8175 (fax)

Peter R. Knight
LeBoeuf Lamb Greene & MacRae LLP
225 Asylum Street
Hartford, CT  06103
(860) 293-3550
(860) 293-3555 (fax)
**Attorneys for Getty Petroleum Marketing Inc.**

Ben M. Krowicki
Eric H. Gaston
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178
(860) 240-2926
(860) 240-2818 (fax)
**Attorneys for Crown Central Petroleum Corp., Tesoro Petro Corporation, Tesoro Refining and Marketing and Tesoro West Coast**

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis LLP
200 East Randolph Drive, Suite 6100
Chicago, IL  60601-6636
(312) 861-2000
(312) 861-2200 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Andrew Lapayowker
Vice President, General Counsel and Secretary
Crown Central Petroleum Corporation
One North Charles Street (21201)
P.O. Box 1168
Baltimore, MD  21203
(410) 659-4834
(410) 659-4763 (fax)
**Attorneys for Crown Central Petroleum Corporation**

Brian M. Ledger
Rudy R. Perrino
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA  92101-3541
(619) 696-6700
(619) 696-7124 (fax)
**Attorneys for Kern Oil & Refining Co.**

Steven L. Leifer
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7723
(202) 585-1040 (fax)
**Attorneys for Marathon Ashland Petroleum LLC and Marathon Oil Corporation**

Scott L. Long
Brown Winick Graves Gross Baskerville
and Schoenebaum PLC
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510
(515) 242-2400
(515) 283-0231 (fax)

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA  02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc., BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.)**

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
1180 Iron Point Road, Suite 145-B
Folsom, CA  95630
(916) 985-4400
(916) 985-0100 (fax)
**Attorneys for New West Petroleum and New West Petroleum LLC**

Joseph W. Martini
Karen Mignone
Paul J. Hogan
Amy McCallan
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**

John McGahren
Kristi Midboe Miller
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ  07101-3174
(973) 639-7270
(973) 639-7298 (fax)
**Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation**

Matthew F. Medeiros
Little Bulman Medeiros & Whitney PC
72 Pine Street
Providence, RI  02903
(401) 272-8080
(401) 272-8195 or (401) 490-6918 (fax)
**Attorneys for CITGO Petroleum Corp.**

Duane C. Miller
Miller & Sawyer
1651 Response Road, Second Floor
Sacramento, CA  95815
(916) 927-8600
(916) 927-9267 (fax)
**Attorneys for Plaintiff City of Fresno**

Jeffrey W. Moryan
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ  07068
(973) 535-0500
(973) 535-9217 (fax)
**Attorneys for Motiva Enterprises LLC**

Samuel P. Moulthrop
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981
(973) 538-0800
(973) 538-1984 (fax)
**Attorneys for Koch Industries, Inc.**

Karen T. Moses
J. Stephen Bennett
Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802
(260) 424-8000
(260) 460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Charles T. O=Brien
225 High Ridge Road
Stamford, CT   06905
(203) 978-6988
(203) 978-6952 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

Neal L. Moskow
Valerie J. Payne
Ury & Moskow LLC
888 Black Rock Turnpike
Fairfield, CT  06825
(203) 610-6393
(203) 610-6399 (fax)
**Attorneys for Plaintiffs Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc.**

W. Scott O'Connell
Nixon Peabody LLP
889 Elm Street
Manchester, NH  03101-2019
(603) 628-4000
(603) 628-4087 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

Peter W. Mosseau
Jeffrey A. Meyers
Nelson Kinder Mosseau & Saturley PC
99 Middle Street
Manchester, NH  03101
(603) 647-1800
(603) 647-1900 (fax)
**Attorneys for CITGO Petroleum Corp.**

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Ste. A
P. O. Box 3546
Tallahassee, FL  32315-3546
**Attorneys for McKenzie Service Co., Inc.**

| | |
|---|---|
| James A. Pardo<br>Peter J. Sacripanti<br>Stephen J. Riccardulli<br>McDermott Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>(212) 547-5400<br>(212) 547-5444 (fax)<br>**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation** | Matthew F. Pawa<br>Law Offices of Matthew F. Pawa, PC<br>1280 Centre Street, Suite 230<br>Newton Center, MA 02459<br>(617) 641-9550<br>(617) 641-9551 (fax)<br>**Attorneys for Plaintiff State of New Hampshire** |
| William L. Parker<br>Fitzhugh Parker & Alvaro LLP<br>155 Federal Street, Suite 1700<br>Boston, MA 02110-1727<br>(617) 695-2330<br>(617) 695-2335 (fax)<br>**Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco** | Barry Richard<br>Greenberg Traurig PA<br>101 East College Avenue<br>P.O. Drawer 1838<br>Tallahassee, FL 32302<br>(850) 222-6891<br>(850) 681-0207 (fax)<br>**Attorneys for ConocoPhillips Company, individually and as successor-in-interest to Conoco, Inc. and Phillips Petroleum Company and d/b/a Phillips 66 Company, Tosco Corporation, individually and a/k/a Tosco Refining Company and a/k/a Tosco Marketing Company** |
| Patrick Michael Patterson<br>Emmanuel Sheppard & Condon<br>30 S. Spring Street<br>P. O. Box 1271<br>Pensacola, FL 32502-1271<br>(850) 433-6581<br>(850) 434-5856 (fax)<br>**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Co. LP** | Vineet Bhatia, Esquire<br>Susman Godfrey LLP<br>1000 Louisiana<br>Suite 5100<br>Houston, TX 77002-5095<br>(713) 653-7855<br>(713) 654-3344<br>**Attorneys for Lyondell Chemical Company** |

Marc A. Rollo
Frank D. Allen
Carlos M. Bollar
Archer & Greiner PC
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
(856) 795-0574 (fax)
**Attorneys for Exxon Mobil Chemical Company, Inc. (individually and f/k/a Mobil Chemical Company, Inc.), Exxon Mobil Corporation [individually and as successor-in-interest to Exxon Corporation and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), Exxon Mobil Oil Corporation (individually and f/k/a Mobil Oil Corporation), Exxon Mobil Pipeline Company**

Lauren E. Rosenblatt
Hunton & Williams LLP
200 Park Avenue
New York City, NY 10166-0136
(212) 309-1000
(212) 309-1100 (fax)
**Attorneys for Koch Industries, Inc.**

C. Joseph Russell
Bose McKinney & Evans LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (fax)
**Attorneys for Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., Mobil Corporation**

Richard M. Sandman
Rodman Rodman & Sandman PC
442 Main Street, Suite 300
Malden, MA 02148-5122
(781) 322-3720
(781) 324-6906 (fax)
**Attorneys for Plaintiffs in Town of Duxbury, et al.**

Daniel P. Scapellati
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
(860) 548-0006 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining Company Texas**

Fred E. Schulz
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive
Chicago, IL 60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

13

Marc M. Seltzer
David C. Marcus
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
310-789-3100
310-789-3150 (fax)
**Attorneys for ARCO Chemical Company, Lyondell Chemical Company**

Andrew W. Serell
Rath Young & Pignatelli
One Capital Plaza
P.O. Box 1500
Concord, NH  03302-1500
(603) 226-2600
(603) 226-2700 or (603) 228-2294 (fax)
**Attorneys for Chevron Texaco Corp., Chevron U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil Co., Texaco Refining & Marketing, Inc.**

Victor M. Sher
Sher Leff LLP
450 Mission Street, Suite 500
San Francisco, CA  94105
(415) 348-8300
(415) 348-8333 (fax)
**Attorneys for Plaintiffs California-American Water Company and State of New Hampshire**

Charles Siddons
McMillan Constabile LLP
777 Summer Street
Stamford, CT  06901
**Attorneys for Star Supply Petroleum, Inc.**

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY  11753
(516) 478-5451
(516) 478-5490 (fax)
**Attorneys for Getty Properties Corp.**

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX  77079
(281) 293-1740
(281) 293-3826 (fax)
**Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation**

Thomas J. Smith
Galloway Johnson Tompkins Burrr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA  70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Donald M. Snemis
Ice Miller
One American Square
P. O. Box 82001
Indianapolis, IN  46282
(317) 236-2100
(317) 236-2219 or  (317) 592-4765 (fax)

Robert K. Stanley
Melissa M. Hinds
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative,  LLC, successor by merger to  Countrymark Cooperative, Inc.**

14

Jeffrey G. Stark
Meyer Suozzi English & Klein PC
1505 Kellum Place
Mineola, NY  11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC,  Motiva Enterprises LLC, Shell Oil  Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell  Petroleum Inc., Shell Trading (US) Company, Texaco Refining & Marketing (East) Inc.**

P. Scott Summy
Baron & Budd PC
3102 Oak Lawn Avenue
The Centrum Building, Suite 1100
Dallas, TX  75219
(214) 521-3605
(214) 520-1181 (fax)
**Attorneys for Plaintiffs California-American Water Company, Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority, City of Galva, City of Sioux City, City of Ida Grove, City of Rockport,  Town of Duxbury, et al., New Jersey American Water Company, et al., and Water Authority of Great Neck North**

Anthony J. Stoik
Klass Stoik Mugan, et al.
627 Fourth Street, Suite 300
P. O. Box 327
Sioux City, IA  51102
(712) 252-1866
(712) 252-5822 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical, Inc.**

Stephen L. Tober
Tober Law Offices
381 Middle Street
P.O. Box 1377
Portsmouth, NH  03802
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

Shaun S. Sullivan
Wiggin & Dana LLP
One Century Tower
265 Church Street
P. O. Box 1832
New Haven, CT  06508-1832
(203) 498-4400
(203) 782-2889 (fax)

Owen J. Todd
Kathleen M. Genova
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626
(617) 720-2626 (fax)
**Attorneys for CITGO Petroleum Corporation  and CITGO Refining and Chemical Inc.**

Mark E. Tully
Goodwin Procter LLP
Exchange Place, Second Floor
Boston, MA  02109-2881
(617) 570-1000
(617) 523-1231 (fax)
**Attorneys for Gulf Oil Corporation and Gulf Oil Limited Partnership**

Martha Van Oot
Orr & Reno PA
One Eagle Square
P. O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
(603) 224-2318 (fax)
**Attorneys for Plaintiff State of New Hampshire**

Robert V. Waterman, Jr.
Lane & Waterman LLP
220 North Main Street, Suite 600
Davenport, IA 52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**

Richard E. Wallace, Jr.
Peter C. Condron
Wallace King Marraro & Branson PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc., Star Enterprise**

Joseph P. Williams
Paul D. Sanson
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S. and Shell Petroleum Inc.**

John J. Wasilczyk
Allison N. Shue
David L. Schrader
Michael T. Zarro
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco Inc., Chevron Texaco Corporation, Chevron Environmental Services Company**

Lynn Wright
Edwards & Angell LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
(212) 308-4844 (fax)
**Attorneys for Unocal Corporation**

Craig H. Zimmerman
McDermott Will & Emery
227 West Monroe Street
Chicago, IL   60606
(312) 372-2000
(312) 984-7700 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**

17