```
                                        MDL 1358
```

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 0 8 2004

FILED
CLERK'S OFFICE

1  JAN SCULLY, District Attorney
   ALBERT LOCHER, Assistant Chief Deputy District Attorney SBN 66616
2  RUSS DETRICK, Supervising Deputy District Attorney SBN 119255
   SACRAMENTO COUNTY DISTRICT ATTORNEY
3  Environmental Protection Division
   906 G Street, Suite 700
4  Sacramento, CA 95814
   Telephone: (916) 874-6174
5  Facsimile: (916) 874-7660

6  Attorney for Plaintiff the People of the State of California

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NUMBER 1358

## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ATLANTIC RICHFIELD COMPANY, et al., <br><br> Defendants. | Case No. CIV.S-03-2653 GEB DAD <br><br> ATTORNEY DESIGNATION; J.P.M.L. RULE 5.2(c) |

### ATTORNEY DESIGNATION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiffs the People of the State of California hereby designate the following attorney to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation, within the meaning of the provisions of Rule 5.2(c) of the Judicial Panel on Multidistrict Litigation:

Russ Detrick, Supervising Deputy District Attorney
Sacramento County District Attorney
Environmental Protection Division
906 G Street, Suite 700
Sacramento, CA 95814

OFFICIAL FILE COPY

IMAGED MAR -9 '04

1

Notice of Motion to Vacate Conditional Transfer Order and to Remand by Plaintiff the People of the State of California

1
2  DATED: 3/5, 2004
3
4  By:
5
6
7
...
28

Respectfully submitted,

JAN SCULLY, DISTRICT ATTORNEY
ALBERT LOCHER,
Assistant Chief Deputy District Attorney

_____
RUSS DETRICK,
Supervising Deputy District Attorney
Attorney for Plaintiff

Notice of Motion to Vacate Conditional Transfer Order and to Remand by Plaintiff the People of the State of California.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 0 8 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA           )
                              ) ss
COUNTY OF SACRAMENTO          )

I am a citizen of the United States and a resident of the County of Sacramento; I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 906 G Street, Suite 700, Sacramento, California, 95814.

On March 5, 2004, I served the foregoing document(s) described as:

**ATTORNEY DESIGNATION STATEMENT, J.P.M.L. RULE 5.2 (a)**

on the party(s) in this action as follows:

Please see attached Service List.

☒ (Mail) placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Sacramento, California.

☐ (By Federal Express) placing a true copy thereof enclosed in a sealed envelope, prepaid and deposited with the Federal Express carrier-box at Sacramento, California.

☐ (By Personal Service) delivering by hand and leaving a true copy with the person and/or secretary at the address shown above.

☐ (By Facsimile) placing a true copy thereof into a facsimile machine addressed as stated above to said person and thereafter confirming the receipt of same

☒ (Federal) I declare that I am employed in the office of the bar of this court at whose direction the service as made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 5, 2004, at Sacramento, California.

_____
VALERIE CROW

ATTORNEY DESIGNATION STATEMENT, J.P.M.L. RULE 5.2 (a) - Case No. 03-cv-2653 GEB DAD

| | | |
|---|---|---|
| VICTOR M SHER<br>TODD E ROBINS<br>SHER & LEFF<br>450 MISSION ST STE 500<br>SAN FRANCISCO CA 94105 | BRENDAN M DIXON<br>UNOCAL CORPORATION<br>376 S VALENCIA AVE<br>BREA CA 90245 | NATHAN P EIMER<br>PAMELA R HANEBUTT<br>LISA S MEYER<br>EIMER STAHL KLEVORN & SOLBERG LLP<br>224 S MICHIGAN AVE STE 1100<br>CHICAGO IL 60604 |
| SCOTT SUMMY<br>CELESTE A EVANGELISTI<br>BARON & BUDD<br>3102 OAK LANE AVE STE 1100<br>DALLAS TX 75219-4281 | H LEE GODFREY<br>VENEET BHATIA<br>SUSMAN GODFREY LLP<br>1000 LOUISIANA ST STE 5100<br>HOUSTON TX 77002-5096 | MINDY G DAVIS<br>HOWREY SIMON ARNOLD & WHITE LLP<br>1299 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004 |
| MARK DOANE<br>OFFICE OF THE CITY ATTORNEY<br>CITY OF ROSEVILLE<br>311 VERNON STREET<br>ROSEVILLE CA 956678 | MARC M SELTZER<br>DAVID C MARCUS<br>JOSHUA M RODIN<br>SUSMAN GODFREY LLP<br>1901 AVENUE OF THE STARS STE 950<br>LOS ANGELES CA 90067-6029 | CHRISTOPHER J MCNEVIN<br>PILLSBURY WINTHROP LLP<br>725 S FIGUEROA ST STE 2800<br>LOS ANGELES CA 90017-5406 |
| JOHN J WASILCZYK<br>DAVID L SCHRADER<br>MICHAEL T ZARRO<br>ALLISON N SHUE<br>MORGAN LEWIS & BOCKIUS<br>300 S GRAND AVE 22ND FL<br>LOS ANGELES CA 90071-3132 | DUANE C MILLER, A CURTIS SAWYER, JR.,<br>TRACEY L O'REILLY, TAMARIN E AUSTIN,<br>EVAN EICKMEYER, DANIEL BOONE,<br>MILLER & SAWYER<br>1651 RESPONSE RD 2ND FL<br>SACRAMENTO CA 95815 | MARK E TULLY<br>GOODWIN PROCTER LLP<br>EXCHANGE PLACE<br>BOSTON MA 02109<br>CHRISTOPHER J GARVEY<br>GOODWIN PROCTOR LLP<br>599 LEXINGTON AVE<br>NEW YORK, NY |
| JOHN J LYONS<br>JON D ANDERSON<br>MICHELE D JOHNSON<br>LATHAM & WATKINS<br>650 TOWN CENTER DR STE 2000<br>COSTA MESA CA 92626 | ROBERT P DOTY<br>COX CASTLE & NICHOLSON LLP<br>555 MONTGOMERY ST 15TH FL<br>SAN FRANCISCO CA 94111 2585<br>FREDERICK H KRANZ<br>ALICIA N VAZ<br>COX CASTLE & NICHOLSON LLP<br>2049 CENTURY PARK E 28TH FL<br>LOS ANGELES CA 90067-3284 | JOSEPH C KEARFOTT<br>STUART A RAPHAEL<br>SHAWN A COPELAND<br>HUNTON & WILLIAMS<br>1751 PINNACLE DR STE 1700<br>MCLEAN VA 22102 |
| HOJOON HWANG<br>PATRICK J CAFFERTY<br>MUNGER TOLLES & OLSON LLP<br>33 NEW MONTGOMERY ST 19TH FL<br>SAN FRANCISCO CA 94105 | BRIAN M LEDGER<br>RUDY R PERRINO<br>GORDON & REES LLP<br>101 W BROADWAY STE 1600<br>SAN DIEGO CA 92101-3541 | GERALD L MCMAHON<br>G SCOTT WILLIAMS<br>SELTZER CAPLAN MCMAHON VITEK<br>750 B ST STE 2100<br>SAN DIEGO CA 92101-8177 |
| WILLIAM D TEMKO<br>MUNGER TOLLES & OLSON LLP<br>355 S GRAND AVE 35TH FL<br>LOS ANGELES CA 90071-1560 | PAUL S ARONOWITZ<br>LAWRENCE E SKIDMORE<br>ARONOWITZ & SKIDMORE<br>200 AUBURN FOLSOM RD STE 305<br>AUBURN CA 95603 | LAREN ROSENBLATT<br>HUNTON & WILLIAMS LLP<br>200 PARK AVE 43RD FL<br>NEW YORK NY 10166-0136 |
| JEFFREY J PARKER<br>LORI OSMUNDSEN<br>NICKLAS A AKERS<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>333 S HOPE ST 48TH FL<br>LOS ANGELES CA 90071 | SPENCER T MALYSIAK<br>SPENCER T MALYSIAK LAW CORPORATION<br>1180 IRON POINT RD STE 145B<br>FOLSOM CA 95630 | STEVEN L LEIFER<br>LILA RAY<br>BAKER BOTTS LLP<br>1299 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2400 |
| COLLEEN P DOYLE<br>DIANA PFEFER MARTIN<br>CATHERINE M STITES<br>BINGHAM MCCUTCHEN LLP<br>355 S GRAND AVE STE 4400<br>LOS ANGELES CA 90071 | JEFFREY L FILLERUP<br>LUCE FORWARD HAMILTON & SCRIPPS LLP<br>TWO RINCON CENTER<br>121 SPEAR ST STE 200<br>SAN FRANCISCO CA 94105 | DAN H BALL<br>JOHN W ROGERS<br>BRYAN CAVE LLP<br>ONE METROPOLITAN SQ<br>211 N BROADWAY STE 3600<br>ST LOUIS MO 63102 |
| ALAN J HOFFMAN<br>LAURENCE S SHTASEL<br>BLANK ROME LLP<br>ONE LOGAN SQ<br>18TH AND CHERRY STREETS<br>PHILADELPHIA PA 19103-6998 | CRAIG J DE RECAT<br>MANATT PHELPS & PHILLIPS LLP<br>11355 W OLYMPIC BLVD<br>LOS ANGELES CA 90064<br>DAVID MOORE<br>REID & HELLYER<br>3880 LEMON ST FIFTH FL<br>RIVERSIDE CA 92501 | CHRISTOPHER F WONG<br>BRYAN CAVE LLP<br>120 BROADWAY STE 300<br>SANTA MONICA CA 90401-2386<br>JOHN GUTTMANN<br>BEVERIDGE & DIAMOND<br>1350 I STREET NW STE 700<br>WASHINGTON DC 20005-3311 |
| DAVID S RICHMAN<br>STEPHEN ORINGER RICHMAN & THEODORA<br>2029 CENTURY PARK E 6TH FL<br>LOS ANGELES CA 90067-2907 | RUSS DETRICK SUPERVISING DEPUTY DA<br>SACRAMENTO COUNTY DISTRICT ATTORNEY<br>ENVIRONMENTAL PROTECTION DIVISION<br>906 G ST STE 700<br>SACRAMENTO CA 95814 | HEATHER M FUSCO<br>KEITH T TASHIMA<br>477 MADISON AVE 15TH FL<br>NEW YORK NY 10022 |
| J CLIFFORD GUNTER<br>TRACIE RENFROE<br>M COY CONNELLY<br>BRACEWELL & PATTERSON LLP<br>711 LOUISIANA ST STE 2900<br>HOUSTON TX 77002-2781 | | RANDLE BE CARPENTER<br>29 HAZEL LANE<br>RIVER HOUSE, STE 2<br>LARCHMONT NY 10538 |

```
GREGORY P PRIAMOS                    PETER C CONDRON                      REBECCA J BERNSTEIN
EILEEN TEICHERT                      RICHARD E WALLACE JR                 ATOFINA CHEMICALS INC
OFFICE OF THE CITY ATTORNEY          WALLACE KING MARRARO & BRANSON       2000 MARKET ST
CITY OF RIVERSIDE                    1050 THOMAS JEFFERSON ST NW          PHILADELPHIA PA 19103
3900 MAIN ST                         WASHINGTON DC 20007
RIVERSIDE CA 92522                                                        STEVE M GREENSPAN
                                     MARK S BALDWIN                       DAY BERRY & HOWARD LLP
RUSTY RINEHART RINEHART LAW OFFICES  BROWN RUDNICK BERLACK ISRAELS LLP    CITY PLACE I
200 S SANTA CRUZ AVE STE 101C        CITY PLACE I 38TH FL                 HARTFORD CT 06103-3499
LOS GATOS CA 95030                   185 ASYLUM STREET
                                     HARTFORD CT 06103-3492               ROXANNE BARTON CONLIN
M TAYLOR FLORENCE                                                         ROXANNE CONLIN & ASSOCIATES
SEAN K HUNGER FORD                   DORIT S HEIMER                       600 GRIFFIN BUILDING
BULLIVANT HOUSER BAILEY PC           DAVID HARDY                          319 7TH ST
11335 GOLD EXPRESS DR STE 105        LEVETT ROCKWOOD                      DES MOINES IA 50309
GOLD RIVER CA 95670                  33 RIVERSIDE AVE
                                     P O BOX 5116                         FRANK M GRENARD
EDWARD ROMERO                        WESTPORT CT 06881                    WHITFIELD & EDDY
GREENAN PEFFER SALLANDER & LALLY LLP                                      317 6TH AVE STE 1200
BISHOP RANCH BUSINESS PARK           KAREN MIGNONE                        DES MOINES IA 50309-4195
TWO ANNABEL LN STE 200               JOSEPH W MARTINI
SAN RAMON CA 94583-0010              PEPE & HAZARD LLP                    ROBERT V P WATERMAN JR
NEAL L MOSKOW                        30 JELLIFF LN                        JUDITH L HERMANN
URY & MOSKOW LLC                     SOUTHPORT CT 06490-1436              LANE & WATERMAN
883 BLACK ROCK TURNPIKE                                                   220 N MAIN ST STE 600
FAIRFIELD CT 06825                   CHARLES SIDDONS                      DAVENPORT IA 52801
                                     MCMILLAN CONSTABILE LLP
DORIT S HEIMER                       777 SUMMER ST                        CRAIG H ZIMMERMAN
DAVID HARDY LEVETT ROCKWOOD          STAMFORD CT 06901                    MCDERMOTT WILL & EMERY
33 RIVERSIDE AVE                                                          227 W MONROE ST
P O BOX 5116                         ANDREW LAPAYOWKER                    CHICAGO IL 60606
WESTPORT CT 06881                    VICE PRESIDENT & GENERAL COUNSEL
                                     CROWN CENTRAL PETROLEUM CORP         LARRY G GUTZ
GEORGE A DAGON JR                    ONE N CHARLES ST (21201)             LISA A STEPHENSON
MURTHA CULLINA LLP                   P O BOX 1168                         MOYER & BERGMANN
CITY PLACE I - 185 ASYLUM ST         BALTIMORE MD 21203                   2720 FIRST AVE NE
HARTFORD CT 06103-3469                                                    P O BOX 1943
                                     BEN M KROWICKI                       CEDAR RAPIDS IA 52406-1943
J ANDREW LANGAN                      ERICH H GASTON
MARK S LILLIE                        BINGHAM MCCUTCHEN LLP                CHARLES F BECKER
R CHRIS HECK                         ONE STATE STREET                     BELIN LAMSON MCCORMICK
KIRKLAND & ELLIS LLP                 HARTFORD CT 06103                    ZUMBACH FLYNN
200 E RANDOLPH DR                                                         666 WALNUT ST STE 2000
CHICAGO IL 60601-6636                PETER J SACRIPANTI                   DES MOINES IA 50309-3989
                                     JAMES A PARDO
PETER BELLACOSA                      STEPHEN J RICCARDULLI                A J STOIK
KIRKLAND & ELLIS LLP                 MCDERMOTT WILL & EMERY               KLASS STOIL MUGAN VILLONE PHILLIPS
CITIGROUP CENTER                     50 ROCKEFELLER PLAZA                 ORZECHOWSKI CLAUSEN & LAPIERRE
153 E 53RD ST                        NEW YORK NY 10020-1605               4280 SERGEANT RD STE 290
NEW YORK NY 10022-4675                                                    SIOUX CITY IA 51106
                                     ANTHONY A BONGIORNO
JOHN FANNING                         MCDERMOTT WILL & EMERY               WILLIAM W BARRETT
CULLEN AND DYKMAN BLEAKLEY PLATT LLP 28 STATE ST                          WILLIAMS HEWITT & ROBBINS LLP
177 MONTAGUE STREET                  BOSTON MA 02109                      600 N EMERSON AVE
BROOKLYN NY 11201                                                         GREENWOOD IN 46143
                                     ROD G SMITH
JOHN MCGAHREN                        CONOCOPHILLIPS                       CAROLYN ANDERSON
KRISTI MIDBOE MILLER                 600 N DAIRY ASHFORD                  ZIMMERMANN REED
LATHAM & WATKINS LLP                 HOUSTON TX 77079                     651 NICOLLET MALL STE 501
ONE NEWARK CTR 16TH FL                                                    MINNEAPOLIS MN 55402
NEWARK NJ 07101-3174                 JEFFREY HELLMAN
                                     ZEISLER & ZEISLER                    ROBERT K STANLEY
DONNA NELSON HELLER                  558 CLINTON AVE                      MELISSA M HINDS
JAMES R HAWKINS                      BRIDGEPORT CT 06605-0186             BAKER & DANIELS
MEGHAN H ALGER                                                            300 N MERIDIAN ST STE 2700
FINN DIXON & HERLING LLP             ROBERT G OLIVER                      INDIANAPOLIS IN 46204
ONE LANDMARK SQ STE 1400             MULVEY OLIVER GOULD & GROTTA
STAMFORD CT 06091-2689               83 TRUMBULL ST                       C JOSEPH RUSSELL
                                     NEW HAVEN CT 06511                   BOSE MCKINNEY & EVANS LLP
LYNN WRIGHT                                                               2700 FIRST INDIANA ST
EDWARDS & ANGELL LLP                 PETER C CONDRON                      135 N PENNSYLVANIA ST
750 LEXINGTON AVE                    RICHARD E WALLACE JR                 INDIANAPOLIS IN 46204
NEW YORK NY 10022                    WALLACE KING MARRARO & BRANSON
JOSEPH P WILLIAMS                    1050 THOMAS JEFFERSON ST NW          JOSEPH J EATON
SHIPMAN & GOODWIN LLP                WASHINGTON DC 20007                  BARNES & THORNBURG
ONE AMERICAN ROW                                                          11 S MERIDIAN STREET
HARTFORD CT 06103-2819                                                    INDIANAPOLIS IN 46204-3535
```

KAREN T MOSES
J STEPHEN BENNETT
MICHAEL L JAMES
BAKER & DANIELS
111 E WAYNE ST STE 800
FOR WAYNE IN 46802

FRED E SCHULZ
WILDMAN HARROLD ALLEN & DIXON LLP
225 W WACKER DRIVE
CHICAGO IL 60606-1229

F WESLEY BOWERS
BOWERS HARRISON LLP
25 N W RIVERSIDE DRIVE
P O BOX 1287
EVANSVILLE IN 47706-1287

DEBORAH E BARNARD
ROBIN L MAIN
TARA MYSLINKSI
HOLLAND & KNIGHT LLP
10 ST JAMES AVE
BOSTON MA 02116

SAMUEL J ABATE JR
MCCARTER & ENGLISH LLP
245 PARK AVE
NEW YORK NY 10167

JEFFREY G STARK
MEYER SUOZZI ENGLISH & KLEIN
1505 KELLUM PL
MINEOLA NY 11501

THOMAS CONSTABILE
MCMILLAN CONSTABILE LLP
2180 BOSTON POST RD
LARCHMONT NY 10538

JAMES M CORRIGAN
1015 N 12TH AVE
PENSACOLA FL 32501

TIMOTHY F BURR
J MICHAEL GRIMLEY
JAMES A SHEA JR
GALLOWAY JOHNSON TOMPKINS BURR & SMITH
1101 GULF BREEZE PKWY STE 2
GULF BREEZE FL 32561

THOMAS J SMITH
GALLOWAY JOHNSON TOMPKINS BURR & SMITH
ONE SHELL SQUARE
701 POYDRAS ST STE 4040
NEW ORLEANS LA 70139-4004

JESSE ADCOCK
ADCOCK PETROLEUM INC
2967 MARSHFIELD COURT
ORLANDO FL 32822

BARRY RICHARD
GREENBERG TRAURIG
101 E COLLEGE AVE
P O DRAWER 1838
TALLAHASSEE FL 32302

THOMAS F PANEBIANCO
1801 N MERIDIAN RD STE A
P O BOX 3546
TALLAHASSEE FL 32315-3546

P MICHAEL PATTERSON
EMMANUEL SHEPPARD & CONDON
30 S SPRING ST
PENASCOLA FL 32501

RICHARD M SHANDMAN
RODMAN RODMAN & SANDMAN
442 MAIN ST STE 300
MALDEN MA 02148-5122

TRACIE L LONGMAN
ANDREW G WAILGUM
SETH M WILSON
MURTHA CULLINA LLP
99 HIGH ST 20TH FL
BOSTON MA 02110

WILLIAM KAYATTA
PIERCE ATWOOD
ONE MONUMENT SQUARE
PORTLAND ME 04101

WILLIAM L PARKER
FITZHUGH PARKER & ALVARO LLP
155 FEDERAL STREET STE 1700
BOSTON MA 02110-1727

WAYNE F DENNISON
BROWN RUDNICK BERLACK ISRAELS LLP
ONE FINANCIAL CENTER
BOSTON MA 02111

PETER W HEED ATTORNEY GENERAL
MAUREEN D SMITH SR ASST
ATTORNEY GENERAL OF NEW HAMPSHIRE
33 CAPITOL STREET
CONCORD NH 03301-6397

MARTHA VAN OOT
ORR & RENO
ONE EAGLE SQUARE
P O BOX 3550
CONCORD NH 03302-3550

MATTHEW F PAWA
LAW OFFICES OF MATTHEW PAWA
1280 CENTRE ST STE 230
NEWTON CENTER MA 02459

GEORGE E WATTENDORF
OFFICE OF THE CITY MANAGER
LEGAL DIVISION
CITY OF DOVER
288 CENTRAL AVE
DOVER NY 03820

BRUCE W FELMLY
MCLANE GRAF RAULERSON & MIDDLETON
900 ELM STREET
P O BOX 326
MANCHESTER NH 03105-0326

LAWRENCE M EDELMAN
DAVID A ANDERSON
PIERCE ATWOOD
PEASE INTERNATIONAL TRADEPORT
ONE NEW HAMPSHIRE AVE STE 350
PORTSMOUTH NH 03801

WILLIAM KAYATTA JR
DAVID A ANDERSON
PIERCE ATWOOD
ONE MONUMENT SQUARE
PORTLAND ME 04101

STEVEN M GORDON
SHAHEEN & GORDON
P O BOX 2703
CONCORD NH 03302

ANDREW SERRELL
SHERLYN B YOUNG
RATH YOUNG & PIGNATELLI
ONE CAPITAL PLAZA
P O BOX 1500
CONCORD NH 03302-1500

JOHN DWYER JR
WINER AND BENNETT LLP
111 CONCORD ST
P O BOX 488
NASHAU NH 03061-0488

CHARLES O'BRIEN
STATOIL MARKETING AND TRADING (US) INC.
225 HIGH RIDGE ROAD
STAMFORD CT 06905

W SCOTT O'CONNELL
NIXON PEOBODY LLP
889 ELM ST
MANCHESTER NH 03101

PETER G BEESON
DEVINE MILIMET & BRANCH
111 AMHERST ST
MANCHESTER NH 03101

STEPHEN L TOBER
TOBER LAW OFFICES
381 MIDDLE STREET
MANCHESTER NH 03101

MICHAEL DEMARCO
DANIEL E ROSENFELD
KIRKPATRICK & LOCKHART LLP
75 STATE ST
BOSTON MA 02109

PETER W MOSSEAU
JEFFREY A MEYERS
NELSON KINDER MOSSEAU & SATURLEY
99 MIDDLE ST
MANCHESTER NH 03101

MATTHEW F MEDEIROS
LITTLE MEDEIROS BULMAN & WHITNEY
72 PINE STREET
PROVIDENCE RI 02903

LAW OFFICE OF PARKER MCCAY & CRISCUOLO
THREE GREENTREE CENTRE STE 401
ROUTE 73 & GREENTREE RD
P O BOX 974
MARLTON NJ 08053

FRANK D ALLEN, MARC A ROLLO, CARLOS M BOLLAR
ARCHER & GREINER
ONE CENTENNIAL SQUARE
P O BOX 3000
HADDONFIELD NJ 08033-0968

SAMUEL P MOULTHROP
RIKER DANZIG SCHERER HYLAND & PERRETTI
HEADQUARTERS PLAZA
ONE SPEEDWELL AVENUE
MORRISTOWN NJ 07962-1981

JEFFREY W MORYAN
CONNELL FOLEY LLPO
85 LIVINGSTON AVENUE
ROSELAND NJ 07068

ANGELO A CUONZO
SLOWINSKI ATKINS & CZYZ LLP
ONE NEWARD CTR 14TH FL
NEWARK NJ 07102

DORIT S HEIMER
DAVID S HARDY
LEVETT ROCKWOOD
33 RIVERSIDE AVENUE
P O BOX 5116
WESTPORT CT 06881

GEORGE A DAGON JR
JENNIFER M DELMONICO
MURTHA CULINA LLP
CITY PLACE I - 185 ASYLUM STREET
HARTFORD CT 06103-3469

DONNA NELSON HELLER
JAMES R HAWKINS
MEGHAN H ALGER
FINN DIXON & HERLING LLP
ONE LANDMARK SQUARE STE 1400
STAMFORD CT 06091-2689

PETER R KNIGHT
LEBOUEF LAMB GREENE & MACRAE
225 ASYLUM STREET
HARTFORD CT 06103

DANIEL SCAPELLATI
HALLORAN & SAGE LLP
ONE GOODWIN SQUARE
225 ASLYUM ST
HARTFORD CT 06103

ROBERT J GORDON
C SANDER MCNEW
STANLEY N ALPERT
WEITZ & LUXENERG
180 MAIDEN LN 17TH FL
NEW YORK NY 10038-4926

FRANK V FLORIANI
THOMAS DEAS
SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO
120 BROADWAY
NEW YORK NY 10271

MARC JAY BERN
NAPOLI KAISER & BERN LLP
115 BROADWAY 12TH FL
NEW YORK NY 10006

MATTHEW T HEARTNEY
LAWRENCE A COX
STEPHANIE M BONNETT
ARNOLD & PORTER
777 S FIGUEROA ST 44TH ST
LOS ANGELES 90017

KARL MORTHOLD
MORTHOLE LAW OFFICS
57 POST ST STE 801
SAN FRANCISCO CA 94104

DAVID W WARNER
5 KELVIN COURT
CHICO CA 95927

DAVID W WARNER
WARNER PETROLEUM INC
310 NORD AVENUE
CHICO CA 95926

LAWRENCE P RIFF
LAURENCE F JANSSEN
JAY SMITH
STEPTOE & JOHNSON LLP
633 W FIFTH ST STE 700
LOS ANGELES CA 90071

MICHAEL GRAY
16868 A STREET
HUNTINGTON BEACH CA 92647

PHILIP G WYELS
ASST CHIEF COUNSEL
STATE WATER RESOURCES CONTROL BOARD
1001 I STREET
SACRAMENTO CA 95814

LISA BROWN
ASST COUNSEL FOR ENFORCEMENT
OFFICE OF THE SECRETARY
CA ENVIRONMENTAL PROTECTION AGENCY
1001 I STREET 25TH FL
SACRAMENTO CA 95814

RICHARD SHERWOOD
SENIOR STAFF COUNSEL
DEPT OF TOXIC SUBSTANCES CONTROL
1011 I STREET
SACRAMENTO CA 95812

J CLIFFORD CUNTER III ESQ
TRACIE J RENFROE ESQ
M COY CONNELLY ESQ
BRACEWELL & PATTERSON LLP
711 LOUISIANA ST STE 2900
HOUSTON TX 77002

ANN S MALCOLM
DEPUTY GENERAL COUNSEL
THE RESOURCES AGENCY DPG
1416 9TH ST 9TH FL
SACRAMENTO CA 95814

BRENT H. ALLEN
HOWREY SIMON ARNOLD & WHITE LLP
1299 PENNSYLVANIA AVE NW
WASHINGTON DC 20004-2402

JAMES M ARMSTRONG
FOULSTON & SIEFKIN LLP
700 BANK OF AMERICA CENTER
100 NORTH BROADWAY
WICHITA KS 67202

RONIT C BARRETT
EIMER STAHL KLEVON & SOLBERG LLP
224 S MICHIGAN AVENUTE STE 1100
CHICAGO IL 60604

JOSEPH G BATON
BARNES & THORNBURG
11 S MERIDIAN ST STE 1313
INDIANAPOLIS IN 46204

DAVID E BENGSTON
STINSON MARRISON HECKER LLP
600 COMMERCE BANK CENTER
150 N MAIN STREET
WICHITA KS 67202

ELIZABETH L BEVINGTON
HOLLAND & KNIGHT LLP
315 S CALHOUN ST STE 600
P O BOX 810
TALLAHASSEE FL 32302-0810

DANIEL C BLANEY
BLANEY CASEY & WALTON - MOR/IN
86 E STATE ST
P O BOX 500
MOROCCO IN 47963

STEPHEN F BOLTON
MOOR, HILL & WESTMORELAND
P O BOX 1792
PENASCOLA FL 32598

ANTON J BOROVINA
BOROVINA & MARULLO PLLC
425 BROADHOLLOW RD
MELVILLE NY 11747

MARK HUNTER CHURCHILL
MCDERMOTT WILL & EMERY
600 13TH ST NW
WASHINGTON DC 20005-3096

DAVID L CLEARY
CLEARY SHAHI ASSOCIATES PC
110 MERCHANTS ROW
P O BOX 6740
RUTLAND VT 05702-6740

JOHN D COONEY
COONEY & CONWAY
120 N LASALLE ST 30TH FL
CHICAGO IL 60602

DAVID J CROTTA JR
MULVEY OLIVER & GOULD
83 TRUMBULL ST
NEW HAVEN CT 06510

HARRY DAVIS
WALLACE KING MARRARO & BRANSON
1050 THOMAS JEFFERSON ST NW
WASHINGTON DC 20007

CRAIG J DERECAT
MANATT PHELPS & PHILLIPS
11355 W OLYMPIC BLVD
LOS ANGELES CA 90064-1614

JENNIFER M. DEL MONICO
MURTHA CULLINA LLP
2 WHITNEY AVENUE
P O BOX 704-A
NEW HAVEN CT 06503-0704

M JEROME DIAMOND
DIAMOND & ROBINSON
15 EAST STATE ST
P O BOX 1460
MONTPELIER VT 05601

BRANDON DIKET
WALLACE KING MARRARO & BRANSON
1050 THOMAS JEFFERSON ST NW
WASHINGTON DC 20007

JAMES W DRAUGHN JR
KIRKLAND & ELLIS
655 FIFTEENTH ST NW 12TH FL
WASHINGTON DC 20005

JOHN C DUFFEY
STUART & BRANIGIN
THE LIFE BUILDING STE 800
300 MAIN ST
P O BOX 1010
LAFAYETTE IN 47902

JAY EATON
NYEMASTER GOODE VOIGTS WEST & HANSELL
700 WALNUT ST STE 1600
DES MOINES IA 50309

DALE W EIKENBERRY
WOODEN & MCLAUGHLIN LLP
ONE INDIANA SQUARE STE 1800
INDIANAPOLIS IN 46204-2019

DENNIS L GILLEN
DEPEW & GILLEN LLC
151 N MAIN ST STE 800
WICHITA KS 67202

STEVEN R GUSTAVSON
BAKER & BOTTS
30 ROCKEFELLER PLAZA
NEW YORK NY 10112

MITCHELL L HERREN
HINKLE ELKOURI LAW FIRM LLC
2000 EPIC CENTER
301 NORTH MAIN STREET
WICHITA KS 67202-4820

GEORGE HOFFMAN III
JONES HOFFMAN & ULLRICH
150 N MAIN STREET
P O BOX 365
FRANKLIN IN 46131

MICHAEL J HULKA
BARNES & THORNBURG
11 S MERIDIAN ST STE 1313
INDIANAPOLIS IN 46204

ANDREW W HUTTON
HUTTON & HUTTON
8100 E 22ND ST
NORTH BUILDING 1200
P O BOX 638
WICHITA KS 67201-0638

MARGARET M JONES
JONES LAW FIRM
215 S ST JOSEPH ST STE 600
SOUTH BEND IN 47407

JOSEPH W KENNEDY
MORRIS LAING EVANS BROCK & KENNEDY CHTD
430 OLIVE W GARVEY BUILDING
200 W DOUGLAS AVE
WICHITA KS 67202

FREDERIC R KLEIN
GOLDBERG KOHN BELL BLACK, ET AL.
55 E MONROE ST STE 3700
CHICAGO IL 60603

KENNETH M KLIEBARD
HOWREY SIMON ARNOLD & WHITE LLP
321 N CLARK ST STE 3400
CHICAGO IL 60610

CHARLES S LEONE
ATTORNEY FOR THE CITY OF SOUTH BEND, IN
1400 COUNTY CITY BUILDING
SOUTH BEND IN 46601

ROBERT W MANN
YOUNG HASKINS MANN & GREGORY PC
60 W CHURCH ST
P O BOX 72
MARTINSVILLE VA 24112

MICHAEL J MARKS
TARRANT MARKS & GILLES
P O BOX 1440
MONTPELIER VT 05601-1440

MARK A MILLER
BAKER & BOTTS
1299 PENNSYLVANIA AVE NW
WASHINGTON DC 20004-2400

CATHERN NOEL MITCHEL
MORGAN LEWIS & BOCKIUS LLP
300 S GRAND AVE 22ND FL
LOS ANGELES CA 90071-3132

ANTHONY H MONIOUDIS
WOODS ROGERS PCS
P O BOX 560
DANVILLE VA 24543-0560

HOWEARD B MYERS
MYERS ASSOCIATES PLLC
240 MECHANIC ST
LEBANON NH 03766

BARRY NEEDLEMAN
MCLANE GRAF RAULERSON & MIDDLETON
BICENTENNIAL SQUARE
125 NORTH MAIN STREET
CONCORD NH 03301

THOMAS J PAPPAS
WIGGIN & NOURIE PA
P O BOX 808
MANCHESTER NH 03105

JEFFREY D PEIER
KLENDA MITCHELL AUSTERMAN & ZUERCHER
301 N MAIN ST STE 1600
WICHITA KS 67202-4888

MORRIS A RATNER
LIEFF CABRASER HEIMANN & BERNSTEIN
780 THIRD AVE 48TH FL
NEW YORK NY 10017

PAUL J REILLY
BAKER & BOTTS
30 ROCKEFELLER PLAZA 44TH FL
NEW YORK NY 10112

STEPHEN H ROBERTS
MCNEIL & TAYLOR
P O BOX 815
DOVER NH 03820

BRENT D ROSENBERG
ROSENBERG STOWERS & MORSE
505 FIFTH AVE STE 1010
DES MOINES IA 50309

DAVID F SILVER
BARR STERNBERG MOSS ET AL
507 MAIN STREET
BENNINGTON VT 05201-2143

ELIZABETH E SKILLING
HARMAN CLAYTOR CORRIGAN & WELLMAN
P O BOX 70280
RICHMOND VA 23255

ANDREW M SMITH
GETTY PROPERTIES CORP
GENERAL COUNSEL
125 JERICHO TURNPIKE STE 103
JERICHO NY 11753

DONALD M SNEMIS
ICE MILLER
ONE AMERICAN SQUARE
P O BOX 82001
INDIANAPOLIS IN 46282

LARRY B SPIKES
MARTIN PRINGLE OLIVER WALLACE & BAUER
100 N BROADWAY STE 500
WICHITA KS 67202

POTTER STEWART JR
POTTER STEWART LAW OFFICES PC
205 MAIN ST STE 8
BRATTLEBORO VT 05301-0868

JOHN V WACHTEL
KLENDA MITCHELL AUSTERMAN & ZUERCHER
1600 EPIC CENTER
301 N MAIN
WICHITA KS 67202

THOMAS R WATSON
WATSON BOSEN HARMAN VENCI & LEMIRE
P O BOX 469
PORTSMOUTH NH 03802-0469

CRAIG WEATHERLY
GRAVEL & SHEA
P O BOX 369
76 ST PAUL ST
BURLINGTON VT 05402

GREGORY A WEIMER
HOFF CURTIS
P O BOX 1124
BURLINGTON VT 05402-1124

PETER JOHN WILSON
LATHAM & WATKINS
650 TOWN CENTER DR STE 2000
COSTA MESA CA 92626

ALAN M WISEMAN
HOWREY SIMON ARNOLD & WHITE LLP
1299 PENNSYLVANIA AVE NW
WASHINGTON DC 20004

PATRICK E CAFFERTY
MUNGER TOLLES & OLSEN LLP
355 S GRAND AVE 35TH FL
LOS ANGELES CA 90071-1560

NATHAN P EIMER
EIMER STAHL KLEVORN & SOLBERG
122 S MICHIGAN AVE STE 1776
CHICAGO IL 60603

JOSEPH C KEARFOTT
HUNTON & WILLIAMS
RIVERFRONT PLAZA EAST TOWER
951 E BYRD ST
RICHMOND VA 23219

RANDLE B CARPENTER JR
MCMILLAN CONSTANTIBLE LLP
RIVER HOUSE STE 2
2180 BOSTON POST ROAD
LARCHMONT NY 10539

PETER C CONDRON
HOWREY SIMON ARNOLD & WHITE LLP
1299 PENNSYLVANIA NW
WASHINGTON DC 20004-2402

ANTHONY J STOIK
KLASS STOOS STOIK MUGAN ET AL
P O BOX 327
SIOUX CITY IA 51102

GEORGE E WATTENDORF
CITY OF DOVER
MUNICIPAL BUILDING
46 LOCUST ST
DOVER NH 03820

OFFICE OF THE

# DISTRICT ATTORNEY

SACRAMENTO COUNTY



JAN SCULLY
DISTRICT ATTORNEY

CYNTHIA G. BESEMER
CHIEF DEPUTY

## FAX COVER SHEET

| MESSAGE TO: | Clerk of the Panel, Judicial Panel on Multidistrict Litigation |
|---|---|
| TELEPHONE NO: | 202-502-2800 |
| SENT TO FAX: | 202-502-2888 |
| DATE: | 3/5/04 |
| RE: | Attorney Designation; J.P.M.L. Rule 5.2(d) - Atlantic Richfield Company, et al., Case No. CIV.S-03-2653 GEB DAD |
| FROM: | Russ Detrick, Supervising Deputy District Attorney |
| COMMENTS: | |
| | |
| | |
| | |

NUMBER OF PAGES BEING TRANSMITTED: 10 (including this cover sheet)

*IMPORTANT/CONFIDENTIAL:* This communication is intended for the use of the individual or entity to which it is addressed. This message contains information from the Sacramento County District Attorney's Office, which may be privileged, confidential and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, or the employee, or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited.

IF YOU HAVE PROBLEMS RECEIVING THIS FAX, PLEASE CALL (916) 874-6174

CONSUMER & ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 749 • 906 G Street, Suite 700 • Sacramento, California 95812-0749
(916) 874-6174 • FAX (916) 874-7660