

**SHER · LEFF** LLP

LAWYERS PROTECTING WATER

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MAR 0 8 2004**

Victor M. Sher
(415) 348-8300 ext. 20
vsher@sherleff.com

March 5, 2004

_Via Facsimile and U.S. Mail_
(202) 502-2888

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Re: MDL 1358 – In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability
Litigation (CTO-5)

Dear Clerk:

Pursuant to Rule 5.2 (c) of the Rules of Procedure Of The Judicial Panel on Multidistrict
Litigation, Plaintiff The City of Riverside in the action _City of Riverside v. Atlantic
Richfield Company, et al.,_ Case No. 04-53 JVS (C.D. CA); Plaintiff Orange County
Water District in the action _Orange County Water District v. Unocal Corp., et al.,_ Case
No. 03-1742 JVS (C.D. CA); Plaintiff Quincy Community Services District in the action
_Quincy community Services District v. Atlantic Richfield Co., et al._ Case No. 03-2582
LKK (E.D. CA); Plaintiff City of Roseville in the action _City of Roseville v. Atlantic
Richfield Co., et al._ Case No. 03-2601 MCE (E.D. CA); Plaintiffs Martin Silver, et al., in
the action _Martin Silver, et al. v. Alon USA Energy, Inc. et al.,_ Case No. 03-2408 WQH
(S.D. CA); and all Plaintiffs <u>except</u> the People of the State of California in the action _The
People of the State of California, et al. v. Atlantic Richfield, Co., et al._ Case No. 03-2653
GEB (E.D. CA) hereby designate the following attorney to receive service of all
pleadings, notices, orders and other papers relating to practice before the JPML:

Victor M. Sher
SHER LEFF LLP
450 Mission Street, Suite 500
San Francisco, CA 94105
Tel: (415) 348-8300
Fax: (415) 348-8333

**OFFICIAL FILE COPY**

RECEIVED CLERK'S OFFICE
2004 MAR -5 P 3: 42
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**IMAGED MAR 9 '04**

Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Victor M. Sher

VMS:jac
cc:  All Counsel on attached service list
{1015-001 / 00006057.DOC;1}

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# MASTER COUNSEL LIST
(updated 03-04-04)

MAR 0 8 2004

FILED
CLERK'S OFFICE

## IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, LLP
300 Park Avenue, 18th Floor
New York, NY 10022-7402
(212) 609-6805
(212) 935-1893 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.**

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL 32822
(407) 275-7253

Carolyn G. Anderson
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
(612) 341-0400
(612) 341-0844 (fax)
**Attorneys for City of Rockport, City of
Mishawaka, City of South Bend, North Newton
School**

Jon D. Anderson
    Michele D. Johnson
    John J. Lyons
    Peter John Wilson
Latham & Watkins, LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1918
(714) 540-1235
(714) 755-8290 (fax)
**Attorneys for Tosco Corporation, ConocoPhillips
Company**

James M. Armstrong
Foulston & Siefkin, LLP
700 Bank of America Center
100 North Broadway
Wichita, KS 67202-2295
(316) 267-6371
(316) 267-6345 (fax)

Paul S. Aronowitz
    Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Suite 305
Auburn, CA 95603
**Attorneys for Nella Oil Company LLC**

Mark S. Baldwin
Brown, Rudnick, Berlack & Israels, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3402
(860) 509-6514
(860) 509-6501 (fax)
**Attorneys for Koch Industries Inc.**

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2200
(314) 259-2020 (fax)
**Attorneys for Premcor Refining Group**



Deborah E. Barnard
        Robin L. Main
        Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

M. Scott Barrett
Barrett & Associates
520 North Walnut Street
PO Box 5233
Bloomington, IN  47407-5233
(812) 336-4664
(812) 337-8850 (fax)
**Attorneys for City of Rockport, City of Mishawaka, City of South Bend, North Newton School**

William W. Barrett
Williams Hewitt & Robbins, LLP
600 N. Emerson Avenue
Greenwood, IN  46143
(317) 888-1121
(317) 887-4069 (fax)
**Attorneys for City of Rockport, City of Mishawaka, City of South Bend, North Newton School**

Charles F. Becker
Belin, Larnson, McCormick, Zurnbach & Flynn
Financial Center
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
(515) 283-4609
(515) 558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Peter G. Beeson
Devine, Millimet & Branch
111 Amherst Street
P. O. Box 719
Manchester, NH  03105-0719
(603) 669-1000
(603) 669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

Peter A. Bellacosa
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
(212) 446-4900 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

David E. Bengtson
Stinson Morrison Hecker, LLP
600 Commerce Bank Center
150 North Main Street
Wichita, KS  67202
(316) 265-8800
(316) 265-1349 (fax)

Rebecca J. Bernstein
ATOFINA Chemicals, Inc.
2000 Market Street
Philadelphia PA 19103
(215) 419-5415
(215) 419-7933 (fax)
**Attorneys for Total Holdings USA, Inc. formerly known as Total Fina Elf**

Elizabeth L. Bevington
Holland & Knight, LLP
P.O. Box 810
Tallahassee, FL 32302-0810
(850) 224-7000
(850) 224-8832 (fax)
**Attorneys for Exxon Mobil Chemical Company, Inc., individually and formerly known as Mobil Chemical Company, Inc., Exxon Mobil Corporation, individually and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), and Exxon Mobil Oil Corporation, individually and formerly known as Mobil Oil Corporation**

Daniel C. Blaney
Blaney, Casey Walton - Mor/IN
86 E. State Street
PO Box 500
Morocco, IN 47963

Stephen F. Bolton
Moore, Hill & Westtmoreland
PO Box 1792
Pensacola, FL 32598

Anthony A. Bongiorno
McDermott, Will & Emery
28 State Street
Boston, MA 02109-1775
(617) 535-4044
(617) 535-3800 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

Anton J. Borovina
Borovina & Marullo, PLLC
425 Broadhollow Road
Melville, NY 11747

F. Wesley Bowers
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P. O. Box 1287
Evansville, IN 47706-1287
(812) 426-1231
(812) 464-3676 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Timothy F. Burr
Galloway, Johnson, Tompkins, Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Chelsea Sandwich, LLC
800 South Street
Waltham, MA 02254-9161

Mark H. Churchill
McDermott, Will & Emery
600 13th Street, NW
Washington, DC 20005-3096

David L. Cleary
Cleary Shahi Associates, PC
110 Merchants Row
PO Box 6740
Rutland, VT 05702-6740

Roxanne Conlin
Conlin & Associates, PC
319 7th Street, Suite 600
Des Moines, IA 50309
(515) 283-1111
(515) 282-0477 (fax)
**Attorneys for City of Galva, City of Sioux City, City of Ida Grove**

Thomas Constabile
Randle B. Carpenter, Jr.
McMillan Constabile, LLP
River House - Suite 2
2180 Boston Post Road
Larchmont, NY 10538
(914) 834-3500
(914) 834-0620 (fax)
**Attorneys for Star Supply Petroleum Inc.**

John D. Cooney
Kevin Conway
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602
(312) 236-6166
(312) 236-3029 (fax)
**Attorneys for Village of Island Lake**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL 32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Escambia County Utilities Authority**

David J. Crotta, Jr.
    Francis J. Drumm, III
    Robert G. Oliver
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06510
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH 03301
**For El Paso Merchant Energy Petroleum**

Angelo A. Cuonzo
Slowinski, Atkins & Czyz, LLP
One Newark Center
Newark, NJ 07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

George A. Dagon, Jr.
Murtha Cullina, LLP
City Place I
185 Asylum Street
Hartford, CT 06103

(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Barry R. Davidson
Hunton & Williams, LLP
1111 Brickell Avenue
Miami, FL 33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA 30339-5673
**Attorneys for Chevron**

Mindy G. Davis
    Brent H. Allen
    Alan M. Wiseman
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800
(202) 383-6610 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company and El Paso Corporation**

Jennifer M. DelMonico
Murtha Cullina, LLP
Whitney Grove Square
2 Whitney Avenue
P. O. Box 704-A
New Haven, CT 06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc.,**

**BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Michael DeMarco
     Daniel E. Rosenfeld
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109
(617) 261-3100
(617) 261-3175 (fax)
**Attorneys for ConocoPhillips Company**

Wayne F. Dennison
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA  02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Craig J. DeRecat
Manatt Phelps & Phillips
11355 W. Olympic Blvd.
Los Angeles, CA  90064-1614
(310) 312-4000
(310) 312-4224 (fax)

Russ Detrick
Sacramento County District Attorney
PO Box 749
901 G Street
Sacramento, CA  95814
(916) 874-5857

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Suite 4000
El Segundo, CA 90245
**Corporate Secretary for Unocal Corp.**

M. Jerome Diamond
Diamond & Robinson
15 East State Street
PO Box 1460
Montpelier, VT  05601-1460
(802) 223-6166 or (802) 862-5195
(802) 229-4457 (fax)

Brendan M. Dixon
Unocal Corp.
376 S. Valencia Avenue
Brea, CA  92626
(714) 577-2933
(714) 577-2980 (fax)
**Attorneys for Unocal Corporation, Union Oil Company of California**

Robert P. Doty
     Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA  94111-2585
(415) 392-4200
(415) 392-4250 (fax)
**Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc., Northridge Petroleum Marketing U.S., Inc.**

Colleen P. Doyle
     Diana Pfeffer Martin
     Catherine M. Stites
Bingham McCutchen, LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071
(213) 680-6400
(213) 680-6499 (fax)
**Attorneys for Exxon Mobil Corporation, Mobil Corporation, Tesoro Refining and Marketing, Inc.**

James W. Draughn, Jr.
Kirkland & Ellis
655 Fifteenth Street, NW
12th Floor
Washington, DC   20005
(202) 879-5000
(202) 879-5200 (fax)

Mark C. Durkin
Durkin & Polera, PC
1111 Summer Street, 5th Floor
Stamford, CT 06905
(203) 327-0044
(203) 327-0088 (fax)

John V. Dwyer
Winer & Bennett, LLP
110 Concord Street
PO Box 488
Nashua, NH  03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp., Exxon Mobil Oil Corp.**

Jay Eaton
Nycmaster, Goode, Voigts, West & Hansell
700 Walnut Street, Suite 1600
Des Moines, IA    50309
(515) 283-3100
(515) 283-3108 (fax)
Joseph G. Eaton
        Joseph G. Baton
        Michael J. Hulka
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN   46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH  03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical Company**

Dale W. Eikenberry
Wooden & McLaughlin, LLP
One Indiana Square, Suite 1800
Indianapolis, IN   46204-4208
(317) 639-6151
(317) 639-6444 (fax)

Nathan P. Eimer
        Pamela R. Hanebutt
        Lisa S.Meyer
        Ronit C. Barrett
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, Il. 60604
(312) 660-7600
(312) 692-1718 (fax)

**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA  02453

John J. Fanning
Cullen & Dykman, LLP
177 Montague Street
Brooklyn, NY  11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing Inc. and Getty Terminals Corporation**

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
PO Box 326
Manchester, NH  03105-0326
(603) 625-6464
(603) 625-5650 (fax)
**Attorneys for Irving Oil Limited, Irving Oil Corporation**

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
(415) 356-4600
(415) 356-4610 (fax)
**Attorneys for Pacific Southwest Trading**

Taylor M. Florence
Bullivant, Houser, Bailey, et al.
11335 Gold Express Drive, Suite 105
Goldriver, CA   95670-4491
(916) 852-9100
(916) 852-5777 (fax)

Heather M. Fusco
Beveridge & Diamond, PC
477 Madison Avenue
New York, NY  10022
(212) 702-5400
(212) 702-5450 (fax)
**Attorneys for Sunoco, Inc.**

Christopher J. Garvey
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY   10022
(212) 813-8800
(212) 355-3333 (fax)

Dennis L. Gillen
Depew & Gillen, LLC
151 North Main Street, Suite 800
Wichita, KS   67202-1409
(316) 262-4000
(316) 265-3819 (fax)

John C. Gillespie
        Joseph J. McGovern
Parker, McCay & Criscuolo, P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ  08053
(856) 596-8900
(856) 596-9631 (fax)
**Attorneys for Plaintiffs in New Jersey American
Water Company, Inc., et al.**

Robert J. Gordon
        Charles S. McNew
Weitz & Luxenberg
180 Maiden Lane
New York, NY  10038
(212) 558-5500
(212) 344-5461 (fax)
**Attorneys for Canton Board of Education,
Childhood Memories, Columbia Board of
Education, Town of East Hampton, American
Distilling and Mfg. Co. Inc., Our Lady of the
Rosary Chapel, United Water Connecticut, Inc.,
Escambia County Utilities Authority, Village of
Island Lake, City of Rockport, City of
Mishawaka, City of South Bend, North Newton
School, City of Galva, City of Sioux City, City
of Ida Grove, City of Bel Aire, Chisholm Creek
Utility Authority, City of Dodge City, and City
of Park City, Town of Duxbury, et al., City of
Portsmouth, City of Dover, New Jersey
American Water Company, et al., Long Island
Water Corporation, Water Authority of Great
Neck North, Buchanan County School Board,
Greensville Water & Sewer Authority, Patrick
County School Board, Town of Hartland**

Steven M. Gordon
Shaheen & Gordon, PA
Two Capital Plaza
P. O. Box 2703
Concord, NH  03302-2703
(603) 225-7262
(603) 225-5112
**Attorneys for Ultramar Energy, Inc., Ultramar
Limited, Valero Energy Corp., Valero
Marketing & Supply Company**

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 (fax)
**Attorneys for Inland Fuel Terminals Inc.**

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th Avenue, Suite 1200
Des Moines, IA 50309-4195
(515) 288-6041
(515) 246-1474 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA, LP, Fina Oil and Chemical Company, Total Holdings USA, Inc. (erroneously named as Total Fina Elf), Diamond Shamrock Refining and Marketing, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Colorado Refining Company, Valero Refining Company Louisiana, Valero Refining Company Texas, Valero Refining Company New Jersey, Conoco, Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips Company, Phillips Petroleum Company n/k/a ConocoPhillips Company, and Tosco Refining Company, n/k/a ConocoPhillips**

J. Clifford Gunter, III
Tracie J. Renfroe
M. Coy Connelly
Mike Dinmore
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002
(713) 223-2900
(713) 221-1212 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero- Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining Company Texas, Ultramar Energy Inc.**

Steven R. Gustavson
Paul J. Reilly
Baker & Botts
30 Rockefeller Plaza
New York, NY 10112-4498
(212) 408-2500
(212) 408-2501 (fax)

John S. Guttmann
Beveridge & Diamond, PC
1350 I Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000
(202) 789-6190 (fax)
**Attorneys for Sunoco Inc.**

Larry G. Gutz
Moyer & Bergman, PLC
2720 1st Avenue, NE
Cedar Rapids, IA 52402-1943
(319) 366-7331
(319) 366-3668 (fax)
**Attorneys for Fauser Oil Co., Inc.**

David S. Hardy
Dorit S. Heimer
Levett Rockwood, PC
33 Riverside Avenue
P. O. Box 5116
Westport, CT 06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company, El Paso Corporation, Marathon Ashland Petroleum LLC, Marathon Oil Corporation, Sunoco Inc.**

Matthew T. Heartney
Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
(213) 243-4199 (fax)
**Attorneys for Atlantic Richfield Company, BP Products North America, Inc.**

Peter W. Heed, Attorney General
Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH 03301-6397
**Attorneys for Plaintiff State of New Hampshire**

Donna Nelson Heller
Finn, Dixon & Herling, LP
One Landmark Square, Suite 1400
Stamford, CT 06901
(203) 325-5000
(203) 348-5777 (fax)
**Attorneys for Lyondell Chemical Company**

Jeffrey R. Hellman
Zeisler & Zeisler, PC
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

Mitchell L. Herren
Hinkle Elkouri Law Firm, LLC
2000 Epic Center
301 North Main Street
Wichita, KS 67202-4820
(316) 267-2000
(316) 264-1518 (fax)

Alan J. Hoffman
          Laurence S. Shtasel
Blank Rome, LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA 19103-6998
(215) 569-5500
(215) 569-5555 (fax)
**Attorneys for ARCO Chemical Company,
Lyondell Chemical Company**

George Hoffman, III
Jones, Hoffman & Ullrich
150 N. Main Street
PO Box 365
Franklin, IN 46131

Andrew W. Hutton
Hutton & Hutton, LLC
8100 East 22nd Street
North Building 1200
PO Box 638
Wichita, KS 67201-0638
(316) 688-1166
(316) 686-1077 (fax)
**Attorneys for City of Bel Aire, Chisholm
Creek Utility Authority, City of Dodge City,
City of Park City**

Hojoon Hwang
          William D. Temko
          Patrick E. Cafferty, Jr.
Munger, Tolles & Olson, LLP
355 Grand Ave. Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil
Products U.S., Texaco Refining & Marketing,
Inc., Equilon Enterprises LLC**

Vivian Imperial *for*
   Equiva Services, LLC
   Westport Petroleum, Inc.
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA 90017

Margaret M. Jones
Jones Law Office
215 S. St. Joseph St., Suite 600
South Bend, IN 47407
**Attorneys for Town of Mishawaka**

William J. Kayatta, Jr.
Pierce, Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)
**Attorneys for Lyondell Chemical Company**

Joseph C. Kearfott
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
(804) 788-8218 (fax)
**Attorneys for Koch Industries Inc.**

Joseph W. Kennedy
Morris, Laing, Evans, Brock & Kennedy
430 Olive W. Garvey Building
200 West Douglas Avenue
Wichita, KS 67202
(316) 262-2671
(316) 262-6226 (fax)

Frederic R. Klein
Goldberg Kohn, Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL 60603-5802
(312) 201-4000
(312) 332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil Company of California**

Kenneth M. Kliebard
Howrey Simon Arnold & White, LLP
321 North Clark Street, Suite 3400
Chicago, IL 60610
(312) 595-1239
(312) 595-2250 (fax)

Trenten D. Klingerman
    John C. Duffey
Stuart & Branigin, LLP
The Life Building
300 Main Street
P. O. Box 1010
Lafayette, IN 47902
(765) 423-1561
(765) 742-8175 (fax)

Peter R. Knight
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT 06103
(860) 293-3550
(860) 293-3555 (fax)
**Attorneys for Getty Petroleum Marketing Inc.**

Ben M. Krowicki
    Eric H. Gaston
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2926
(860) 240-2818 (fax)
**Attorneys for Crown Central Petroleum Corp., Tesoro Petro Corporation, Tesoro Refining and Marketing and Tesoro West Coast**

J. Andrew Langan
    Mark S. Lillie
    R. Chris Heck
Kirkland & Ellis, LLP
200 East Randolph Drive, Suite 6100
Chicago, IL 60601-6636
(312) 861-2000
(312) 861-2200 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Andrew Lapayowker
Vice President, General Counsel and Secretary
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)
**Attorneys for Crown Central Petroleum Corporation**

Brian M. Ledger
    Rudy R. Perrino
Gordon & Rees, LLP
101 West Broadway, Suite 1600
San Diego, CA 92101-3541
(619) 696-6700
(619) 696-7124 (fax)
**Attorneys for Kern Oil & Refining Co.**

Steven L. Leifer
    Mark A. Miller
    Lila Pankey Ray
Baker Botts, LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7723
(202) 585-1040 (fax)
**Attorneys for Marathon Ashland Petroleum LLC and Marathon Oil Corporation**

Charles S. Leone
Attorney for the City of South Bend, IN
1400 County City Building
South Bend, IN  46601

Scott L. Long
Brown, Winick, Graves, Gross, Baskerville
    and Schoenebaum, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510
(515) 242-2400
(515) 283-0231 (fax)

Tracie L. Longman
    Andrew G. Wailgum
    Seth M. Wilson
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA  02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc., BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.)**

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
11335 Gold Express Drive, Suite 105
Gold River, CA  95670
**Attorneys for New West Petroleum, New West Petroleum LLC**

Robert W. Mann
Young, Haskins, Mann & Gregory, PC
60 W. Church Street
PO Box 72
Martinsville, VA  24112
(276) 638-2367
(276) 638-1214 (fax)
**Attorneys for Patrick County School Board**

Michael J. Marks
Tarrant, Marks & Gilles
PO Box 1440
Montpelier, VT  05601-1440
(802) 223-1112
(802) 223-6225 (fax)

Joseph W. Martini
    Karen Mignone
    Paul J. Hogan
    Amy McCallan
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT  06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**

John McGahren
    Kristi Midboe Miller
Latham & Watkins, LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)
**Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation**

Gerald L. McMahon
Seltzer, Caplan, McMahon & Vitek
2100 Symphony Towers
750 B Street
San Diego, CA  92101-8177
(619) 685-3003
(619) 685-3100 (fax)

Christopher J. McNevin
Pillsbury Winthrop, LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
(213) 488-7100
(213) 629-1033 (fax)

Matthew F. Medeiros
Little, Bulman, Medeiros & Whitney, PC
72 Pine Street
Providence, RI  02903
(401) 272-8080
(401) 272-8195 or (401) 490-6918 (fax)
**Attorneys for CITGO Petroleum Corp.**

Duane C. Miller
        A. Curtis Sawyer, Jr.
Miller, Axline & Sawyer, PC
1050 Fulton Avenue, Suite 100
Sacramento, CA  95825-4272
(916) 488-6688
(916) 488-4288 (fax)
**Attorneys for Plaintiff City of Fresno and
Orange County Water District**

Anthony H. Monioudis
Woods Rogers, PLC
530 Main Street
PO Box 560
Danville, VA  24543-0560
(434) 797-8200
(434) 797-8214 (fax)

Jeffrey W. Moryan
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
(973) 535-9217 (fax)
**Attorneys for Motiva Enterprises LLC**

Karen T. Moses
        J. Stephen Bennett
        Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Neal L. Moskow
        Valerie J. Payne
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT  06825
(203) 610-6393
(203) 610-6399 (fax)
**Attorneys for Canton Board of Education,
Childhood Memories, Columbia Board of
Education, Town of East Hampton, American
Distilling and Mfg. Co. Inc., Our Lady of the
Rosary Chapel, United Water Connecticut, Inc.**

Peter W. Mosseau
        Jeffrey A. Meyers
Nelson, Kinder, Mosseau & Saturley, PC
99 Middle Street
Manchester, NH  03101
(603) 647-1800
(603) 647-1900 (fax)
**Attorneys for CITGO Petroleum Corp.**

Samuel P. Moulthrop
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
(973) 538-1984 (fax)
**Attorneys for Koch Industries, Inc.**

Howard B. Myers
Myers Associates, PLLC
240 Mechanic Street
Lebanon, NH  03766
(603) 448-1021
(603) 448-1029 (fax)

Barry Needleman
McLane, Graf, Raulerson & Middleton
Bicentennial Square
15 North Main Street
Concord, NH  03301
(603) 226-0400
(603) 224-8180 (fax)

Charles T. O'Brien
225 High Ridge Road
Stamford, CT   06905
(203) 978-6988
(203) 978-6952 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

W. Scott O'Connell
Nixon & Peabody, LLP
889 Elm Street
Manchester, NH 03101-2019
(603) 628-4000
(603) 628-4040 or (603) 628-4022 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**
Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Suite A
P. O. Box 3546
Tallahassee, FL 32315-3546
**Attorneys for McKenzie Service Co., Inc.**

Thomas J. Pappas
Wiggin & Nourie, PA
20 Market Street
PO Box 808
Manchester, NH 03105-0808
(603) 669-2211
(603) 623-8442 (fax)

James A. Pardo
        Peter J. Sacripanti
        Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

Jeffrey John Parker
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street, Suite 4800
Los Angeles, CA 90071-1448
(213) 620-1780
(213) 620-1398 (fax)

William L. Parker
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)
**Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P. O. Box 1271
Pensacola, FL 32502-1271
(850) 433-6581
(850) 434-5856 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Co. LP**

Matthew F. Pawa
Law Offices of Matthew F. Pawa, PC
1280 Centre Street, Suite 230
Newton Center, MA 02459
(617) 641-9550
(617) 641-9551 (fax)
**Attorneys for Plaintiff State of New Hampshire**

Jeffrey D. Peier
        John V. Wachtel
Klenda, Mitchell, Austerman & Zuercher
301 North Main Street, Suite 1600
Wichita, KS 67202-4888
(316) 267-0331
(316) 267-0333 (fax)

Gregory P. Priamos
Deputy City Attorney
3900 Main Street, 5th Floor
Riverside, CA 92522

Barry Richard
Greenberg Traurig, PA
101 East College Ave.
Post Office Drawer 1838
Tallahassee, FL 32302
(850) 222-6891
(850) 681-0207 (fax)
**Attorneys for ConocoPhillips Company,
individually and as successor-in-interest    to
Conoco, Inc. and Phillips Petroleum Company
and d/b/a Phillips 66 Company, Tosco
Corporation, individually and a/k/a Tosco
Refining Company and a/k/a Tosco Marketing
Company**

David S. Richman
Stephan, Oringher, Richman
2029 Century Park East, 6th Floor
Los Angeles, CA  90067-2009
(310) 557-2009
(310) 551-0283 (fax)

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA  90071
(213) 439-9400
(213) 439-9599 (fax)

Stephen H. Roberts
McNeill & Taylor
180 Locust Street
PO Box 815
Dover, NH  03820
(603) 749-5535
(603) 749-1187 (fax)

Marc A. Rollo
        Frank D. Allen
        Carlos M. Bollar
Archer & Greiner, PC
One Centennial Square
PO Box 3000
Haddonfield, NJ  08033-0968
(856) 795-2121
(856) 795-0574 (fax)
**Attorneys for Exxon Mobil Chemical Company,
Inc. (individually and f/k/a Mobil Chemical
Company, Inc.), Exxon Mobil Corporation
(individually and as successor-in-interest to
Exxon Corporation and as successor-in-interest
to Mobil Corporation (and d/b/a Exxon Mobil
Refining and Supply Company), Exxon Mobil
Oil Corporation (individually and f/k/a Mobil
Oil Corporation), Exxon Mobil Pipeline
Company**

Brent D. Rosenberg
Rosenberg, Stowers & Morse
505 Fifth Avenue, Suite 1010
Des Moines, IA  50309
(515) 243-7600

Lauren E. Rosenblatt
Hunton & Williams, LLP
200 Park Avenue
New York City, NY  10166-0136
(212) 309-1000
(212) 309-1100 (fax)
**Attorneys for Koch Industries, Inc.**

C. Joseph Russell
Bose, McKinney & Evans, LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (fax)
**Attorneys for Exxon Mobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Co. Inc., Mobil Corporation**

Richard M. Sandman
Rodman, Rodman & Sandman, PC
442 Main Street, Suite 300
Malden, MA  02148-5122
(781) 322-3720
(781) 324-6906 (fax)
**Attorneys for Plaintiffs in Town of Duxbury,
et al. and Defendants in Exxon Mobil v. Brimfield
Housing Authority, et al.**

Daniel P. Scapellati
Halloran & Sage, LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
(860) 548-0006 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA
LP, Diamond Shamrock Refining and Marketing,
Fina Oil and Chemical Company, Ultramar, Inc.,
Valero Energy Corporation, Valero Marketing
and Supply Company, Valero Refining and
Marketing Company, Valero-Colorado Refining
Company, Valero Refining Company, Valero
Refining Company-California, Valero Refining
Company New Jersey, Valero Refining Company
Louisiana, Valero Refining Company Texas**

Fred E. Schulz
Wildman Harrold Allen & Dixon, LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Marc M. Seltzer
        David C. Marcus
Susman Godfrey, LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA   90067
310-789-3100
310-789-3150 (fax)
**Attorneys for ARCO Chemical Company,
Lyondell Chemical Company**

Andrew W. Serell
Rath, Young & Pignatelli
One Capital Plaza
P. O. Box 1500
Concord, NH  03302-1500
(603) 226-2600
(603) 226-2700 or (603) 228-2294 (fax)
**Attorneys for Chevron Texaco Corp., Chevron
U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil
Co., Texaco Refining & Marketing, Inc.**

Victor M. Sher
        Todd Eric Robins
Sher & Leff
450 Mission Street, Suite 500
San Francisco, CA  94105
(415) 348-8300
(415) 348-8333 (fax)
**Attorneys for California-American Water
Company, Carmichael Water District, Citrus
Heights Water District, City of Elk Grove, City
of Riverside, City of Roseville, City of
Sacramento, Del Paso Manor Water District,
Fair Oaks Water District, Florin Resource
Conservation District, Martin Silver, et. al.,
Quincy Community Services District, Rio Linda
Elverta Community Water District, Sacramento
County Water Agency, Sacramento
Groundwater Authority, Sacramento Suburban
Water District, San Juan Water District,
Orange County Water District, and State of
New Hampshire**

Charles Siddons
McMillan Constabile, LLP
777 Summer Street
Stamford, CT 06901
**Attorneys for Star Supply Petroleum, Inc.**

David F. Silver
Barr, Sternberg, Moss, Lawrence,
        Silver & Saltonstall, PC
507 Main Street
Bennington, VT  05201-2143
(802) 442-6341
(802) 442-1151 (fax)
**Attorneys for Town of Hartland**

Elizabeth E. S. Skilling
Harman, Clayton, Corrigan & Wellman
PO Box 70280
Richmond, VA   23255
(804) 747-5200
(804) 747-6085 (fax)

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY  11753
(516) 478-5451
(516) 478-5490 (fax)
**Attorneys for Getty Properties Corp.**

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX  77079
(281) 293-1740
(281) 293-3826 (fax)
**Attorneys for ConocoPhillips Company, Conoco
Inc., Phillips Petroleum Company, Phillips 66
Company and Tosco Corporation**

Thomas J. Smith
Galloway, Johnson, Tompkins, Burrr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA  70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Donald M. Snemis
Ice Miller
One American Square
P. O. Box 82001
Indianapolis, IN  46282
(317) 236-2100
(317) 236-2219 or  (317) 592-4765 (fax)

Larry B. Spikes
Martin, Pringle, Oliver, Wallace & Bauer
100 N. Broadway, Suite 500
Wichita, KS   67202
(316) 315-0222
(316) 636-5996 (fax)

Robert K. Stanley
    Melissa M. Hinds
Baker & Daniels
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative, LLC,
successor by merger to Countrymark
Cooperative, Inc.**

Jeffrey G. Stark
Meyer, Suozzi, English & Klein, PC
1505 Kellum Place
Mineola, NY  11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC, Motiva
Enterprises LLC, Shell Oil Company, Shell Oil
Products Company, Shell Oil Products
Company LLC, Shell Petroleum Inc., Shell
Trading (US) Company, Texaco Refining &
Marketing (East) Inc.**

Potter Stewart, Jr.
Potter Stewart Law Offices, PC
205 Main Street, Suite 8
Brattleboro, VT  05301-0868
(802) 257-7244
(802) 257-7256 (fax)

Anthony J. Stoik
Klass, Stoos, Stoik, Mugan, et al.
627 Fourth Street, Suite 300
P. O. Box 327
Sioux City, IA  51102
(712) 252-1866
(712) 252-5822 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical, Inc.**

Shaun S. Sullivan
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P. O. Box 1832
New Haven, CT  06508-1832
(203) 498-4400
(203) 782-2889 (fax)

Scott Summy
      Celeste A. Evangelisti
Baron & Budd, PC
3102 Oak Lawn Avenue
The Centrum Building, Suite 1100
Dallas, TX 75219
(214) 521-3605
(214) 520-1181 (fax)
**Attorneys for City of Riverside, Quincy Community Services District, City of Roseville, California-American Water Company, Carmichael Water District, Citrus Heights Water District, City of Elk Grove, City of Sacramento, Del Paso Manor Water District, Fair Oaks Water District, Florin Resource Conservation District, Martin Silver, et. al., Rio Linda Elverta Community Water District, Sacramento County Water Agency, Sacramento Groundwater Authority, Sacramento Suburban Water District, San Juan Water District, Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority , Village of Island Lake, City of Mishawaka, City of South Bend, North Newton School, City of Galva, City of Sioux City, City of Ida Grove, City of Rockport, City of Bel Aire, Chisholm Creek Utility Authority, City of Dodge City, and City of Park City Town of Duxbury, et al., New Jersey American Water Company, et al., Long Island Water Corporation, Water Authority of Great Neck North, City of Portsmouth, City of Dover, Patrick County School Board, Town of Hartland**
Stephen L. Tober
Tober Law Offices, PA
381 Middle Street
P. O. Box 1377
Portsmouth, NH 03801
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

J. Owen Todd
      Kathleen M. Genova
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(617) 227-5777 (fax)
**Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.**

Mark E. Tully
Goodwin Procter, LLP
Exchange Place, Second Floor
Boston, MA 02109-2881
(617) 570-1000
(617) 523-1231 (fax)
**Attorneys for Gulf Oil Corporation and Gulf Oil Limited Partnership**

Martha Van Oot
Orr & Reno, PA
One Eagle Square
P. O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
(603) 224-2318 (fax)
**Attorneys for Plaintiff State of New Hampshire**

Richard E. Wallace, Jr.
      Peter C. Condron
      Harry Davis
      Brandon Diket
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc., Star Enterprise**

John J. Wasilczyk
     Allison N. Shue
     David L. Schrader
     Michael T. Zarro
     Catherine Noel Mitchell
Morgan, Lewis & Bockius, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco Inc., Chevron Texaco Corporation, Chevron Environmental Services Company**

Robert V. Waterman, Jr.
     Judith L. Herrmann
Lane & Waterman, LLP
220 North Main Street, Suite 600
Davenport, IA  52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**

Thomas R. Watson
Watson, Bosen, Harman, Venci & Lemire, PA
75 Congress Street, Suite 211
PO Box 469
Portsmouth, NH  03801-0469
(603) 436-7667
(603) 433-3020 (fax)
**Attorneys for City of Portsmouth, City of Dover**

George E. Wattendorf
City of Dover
Municipal Building
46 Locust Street
Dover, NH  03820

Craig Weatherly
Gravel & Shea
76 St. Paul Street
PO Box 369
Burlington, VT  05402-0369
(802) 658-0220
(802) 658-1456 (fax)

Gregory A. Weimer
Hoff Curtis
100 Main Street
PO Box 1124
Burlington, VT  05402-1124
(802) 864-4531
(802) 860-1565 (fax)

Joseph P. Williams
     Paul D. Sanson
Shipman & Goodwin, LLP
One American Row
Hartford, CT  06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S. and Shell Petroleum Inc.**

Christopher F. Wong
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
(310) 576-2100
(310) 576-2200 (fax)

Lynn Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
(212) 308-4844 (fax)
**Attorneys for Unocal Corporation**

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000
(312) 984-7700 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**