MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 0 8 2004

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm identified below represents defendant Getty Properties Corporation in all of the matters proposed for transfer to MDL 1358 and, in accordance with JPML Rule 5.2(c), the following attorney is designated to receive service of all pleadings, notices, orders and other papers relating to this matter:

John McGahren, Esq.
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: 973-639-1234
Fax: 973-639-7298

Dated: March 4, 2004

Respectfully submitted,

Kristi Midboe Miller, Esq.
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: 973-639-1234
Fax: 973-639-7298

RECEIVED
CLERK'S OFFICE
'04 MAR -5 A 11:31
PANEL ON
DISTRICT
LITIGATION

**OFFICIAL FILE COPY**

IMAGED MAR 10 '04

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | MDL No. 1358 |

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 05 2004

FILED
CLERK'S OFFICE

## RULE 5.2 CERTIFICATION

I hereby certify that I have this 4th day of March, 2004, served by First Class Mail, postage prepaid, a copy of the accompanying Notice of Appearance and Corporate Disclosure Statement to all parties identified in the attached service record.

Dated: March 4, 2004

Respectfully submitted,

Kristi Midboe Miller, Esq.
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: 973-639-1234
Fax: 973-639-7298



INVOLVED COUNSEL LIST (CTO-5)
DOCKET NO. 1358
IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY
LITIGATION

FILED
MAR 0 8 2004
CLERK'S OFFICE

| | | |
|---|---|---|
| Samuel J. Abate, Jr.<br>McCarter & English, LLP<br>245 Park Avenue<br>New York, NY 10167 | Brent H. Allen<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2402 | Carolyn G. Anderson<br>Zimmerman Reed<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402-4123 |
| Jon D. Anderson<br>Latham & Watkins<br>650 Town Center Drive<br>Suite 2000<br>Costa Mesa, CA 92626 | James M. Armstrong<br>Foulston & Siefkin, LLP<br>700 Bank of America Center<br>100 North Broadway<br>Wichita, KS 67202 | Dan H. Ball<br>Bryan Cave, LLP<br>One Metropolitan Square<br>Suite 3600<br>211 N. Broadway<br>St. Louis, MO 63102 |
| Deborah E. Barnard<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA 02116 | M. Scott Barrett<br>Barrett and Associates<br>520 N. Walnut<br>P.O. Box 5233<br>Bloomington, IN 47407 | Ronit C. Barrett<br>Eimer, Stahl, Klevorn & Solberg, LLP<br>224 S. Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 |
| William W. Barrett<br>Williams Hewitt & Robbins, Inc.<br>600 N. Emerson Avenue<br>Greenwood, IN 46143 | Joseph G. Baton<br>Barnes & Thornburg<br>11 S. Meridian Street<br>Suite 1313<br>Indianapolis, IN 46204 | Peter G. Beeson<br>Devine, Millimet & Branch, P.A.<br>111 Amherst Street<br>P.O. Box 719<br>Manchester, NH 03105-0719 |
| Peter A. Bellacosa<br>Kirkland & Ellis<br>153 East 53rd Street<br>New York, NY 10022 | David E. Bengston<br>Stinson Morrison Hecker, LLP<br>600 Commerce Bank Center<br>150 North Main Street<br>Wichita, KS 67202 | J. Stephen Bennett<br>Baker & Daniels<br>111 E. Wayne Street<br>Suite 800<br>Fort Wayne, IN 46802 |
| Elizabeth L. Bevington<br>Holland & Knight LLP<br>315 South Calhoun Street<br>Suite 600<br>PO Box 810<br>Tallahassee, FL 32302-0810 | Daniel C. Blaney<br>Blaney, Casey & Walton – Mor/IN<br>86 E. State Street<br>P. O. Box 500<br>Morocco, IN 47963 | Stephen F. Bolton<br>Moore, Hill & Westmoreland<br>P.O. Box 1792<br>Pensacola, FL 32598 |
| Anthony A. Bongiorno<br>McDermott, Will & Emery, P.C.<br>28 State Street, 33rd Floor<br>Boston, MA 02109-1775 | Anton J. Borovina<br>Borovina & Marullo, PLLC<br>425 Broadhollow Road<br>Melville, NY 11747 | F. Wesley Bowers<br>Bowers Harrison, LLP<br>25 N.W. Riverside Drive<br>2nd Floor<br>P.O. Box 1287<br>Evansville, IN 47706-1287 |
| Patrick E. Cafferty, Jr.<br>Munger, Tolles & Olson<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560 | Randle B. Carpenter, Jr.<br>McMillan Constantible, LLP<br>River House – Suite 2<br>2180 Boston Post Road<br>Larchmont, NY 10538 | Mark Hunter Churchill<br>McDermott, Will & Emery<br>600 13th Street, NW<br>Washington, DC 20005-3096 |

| | | |
|---|---|---|
| David L. Cleary<br>Cleary Shahi Associates, P.C.<br>110 Merchants Row<br>P. O. Box 6740<br>Rutland, VT 05702-6740 | Peter C. Condron<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | M. Coy Connelly<br>Bracewell & Patterson<br>South Tower Pennzoil Place<br>Suite 2900<br>711 Louisiana Street<br>Houston, TX 77002 |
| John D. Cooney<br>Cooney & Conway<br>120 North LaSalle Street<br>30th Floor<br>Chicago, IL 60602 | Lawrence Allen Cox<br>Arnold & Porter<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017-2513 | David J. Crotta, Jr.<br>Mulvey, Oliver & Gould<br>83 Trumbull Street<br>New Haven, CT 06510 |
| George A. Dagon, Jr.<br>Murtha Cullina LLP<br>Cityplace I<br>185 Asylum Street<br>Hartford, CT 06103 | Harry Davis<br>Wallace, King, Marraro & Branson<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | Mindy G. Davis<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 |
| Craig J. De Recat<br>Manatt Phelps & Phillips<br>11355 W. Olympic Boulevard<br>Los Angeles, CA 90064-1614 | Michael DeMarco<br>Kirkpatrick & Lockhart, LLP<br>75 State Street<br>Boston, MA 02109 | Jennifer M. Del Monico<br>Murtha Cullina, LLP<br>Whitney Grove Square<br>2 Whitney Avenue<br>P. O. Box 704-A<br>New Haven, CT 06503-0704 |
| Russ Detrick<br>Sacramento County District Attorney<br>P. O. Box 749<br>901 G Street<br>Sacramento, CA 95814 | M. Jerome Diamond<br>Diamond & Robinson<br>15 East State Street<br>P. O. Box 1460<br>Montpelier, VT 05601 | Brandon Diket<br>Wallace, King, Marraro & Branson<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 |
| Brendan M. Dixon<br>Unocal Cjorp.<br>376 S. Valencia Avenue<br>Brea, CA 92626 | Colleen P. Doyle<br>McCutchen, Doyle, Brown & Enersen<br>355 South Grand Avenue<br>Suite 440<br>Los Angeles, CA 90071-1560 | James W. Draughn, Jr.<br>Kirkland & Ellis<br>655 Fifteenth Street, NW<br>12th Floor<br>Washington, DC 20005 |
| John C. Duffey<br>Stuart & Branigin<br>The Life Building<br>300 Main Street, Suite 800<br>P.O. Box 1010<br>Lafayette, IN 47902 | Mark C. Durkin<br>Durkin & Polera, PC<br>1111 Summer Street<br>5th Floor<br>Stamford, CT 06905 | John V. Dwyer<br>Winer & Bennett<br>110 Concord Street<br>P. O. Box 488<br>Nashua, NH 03060 |
| Jay Eaton<br>Nyemaster, Goode, Voigts, West & Hansell<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309 | Joseph G. Eaton<br>Barnes & Thornburg<br>11 S. Meridian Street<br>Suite 1313<br>Indianapolis, IN 46204 | Lawrence M. Edelman<br>Pierce Atwood<br>Pease International Tradeport<br>One New Hampshire Avenue<br>Suite 350<br>Portsmouth, NH 03801 |
| Dale W. Eikenberry<br>Wooden & Mclaughlin, LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN 46204-2019 | Nathan P. Eimer<br>Eimer, Stahl, Klevorn & Solberg<br>122 South Michigan Avenue<br>Suite 1776<br>Chicago, IL 60603 | Celeste A. Evangelisti<br>Barron & Budd<br>3102 Oaklawn Avenue, Suite 1100<br>Dallas, TX 75219-4281 |

OC\662439.1

| | | |
|---|---|---|
| John J. Fanning<br>Cullen & Dykman<br>177 Montague Street<br>Brooklyn, NY 11201 | Bruce W. Felmly<br>McLane, Graf, Raulerson &<br>Middleton<br>900 Elm Street<br>Manchester, NH 03105 | Taylor M. Florence<br>Bullivant, Houser, Bailey, et al.<br>11335 Gold Express Drive<br>Suite 105<br>Goldriver, CA 95670-4491 |
| Heather Fusco<br>Beveridge & Diamond, P.C.<br>477 Madison Avenue, 15th Floor<br>New York, NY 10022 | Christopher J. Garvey<br>Goodwin & Procter, LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Dennis L. Gillen<br>Depew & Gillen, L.L.C.<br>151 North Main Street<br>Suite 800<br>Wichita, KS 67202 |
| Robert J. Gordon<br>Weitz & Lutzenberg<br>180 Maiden Lane, 17th Floor<br>New York, NY 10038 | Frank M. Grenard<br>Whitefield & Eddy, PlC<br>317 Sixth Avenue, Suite 1200<br>Des Moines, IA 50309-1474 | J. Clifford Gunter, III<br>Bracewell & Patterson<br>South Tower Pennzoil Place<br>Suite 2900<br>711 Louisiana Street<br>Houston, TX 77002 |
| Steven R. Gustavson<br>Baker & Botts<br>30 Rockefeller Plaza<br>New York, NY 10112 | John S. Guttmann<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, DC 20005 | Pamela R. Hanebutt<br>Eimer, Stahl, Klevorn & Solberg,<br>LLP<br>224 S. Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 |
| David S. Hardy<br>Levett Rockwood, PC<br>33 Riverside Avenue<br>P. O. Box 5116<br>Westport, CT 06881 | Matthew T. Heartney<br>Arnold & Porter, LLP<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017 | Dorit S. Heimer<br>Levett Rockwood, PC<br>33 Riverside Avenue<br>P. O. Box 5116<br>Westport, CT 06881 |
| Mitchell L. Herren<br>Hinkle Elkouri Law Firm, LLC<br>2000 Epic Center<br>301 North Main Street<br>Wichita, KS 67202-4820 | Judith L. Herrmann<br>Lane & Waterman<br>220 North Main Street<br>Suite 600<br>Davenport, IA 52801 | Melissa Hinds<br>Bakers & Daniels<br>300 North Meridian Street<br>Suite 2700<br>Indianapolis, IN 46204 |
| Alan J. Hoffman, Jr.<br>Blank Rome, L.L.P.<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | George Hoffman, III<br>Jones, Hoffman & Ullrich<br>150 N. Main Street<br>P. O. Box 365<br>Franklin, IN 46131 | Michael J. Hulka<br>Barnes & Thornburg<br>11 S. Meridian Street<br>Suite 1313<br>Indianapolis, IN 46204 |
| Andrew W. Hutton<br>Hutton & Hutton<br>8100 East 22nd Street<br>North Building 1200<br>P. O. Box 638<br>Wichita, KS 67201-0638 | Hojoon Hwant<br>Munger, Tolles & Olson, LLP<br>33 New Montgomery Street<br>19th Floor<br>San Francisco, CA 94105 | Michele D. Johnson<br>Latham & Watkins<br>650 Town Center Drive<br>Suite 2000<br>Costa Mesa, CA 92626 |
| Margaret M. Jones<br>Jones Law Office<br>215 S. St. Joseph Street<br>Suite 600<br>South Bend, IN 47407 | Joseph Conrad Kearfott<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | Joseph W. Kennedy<br>Morris, Laing, Evans, Brock &<br>Kennedy, Chtd.<br>430 Olive W. Garvey Building<br>200 West Douglas Avenue<br>Wichita, KS 67202 |
| Frederic R. Klein<br>Goldberg, Kohn, Bell, Black, et al.<br>55 East Monroe Street<br>Suite 3700<br>Chicago, IL 60603 | Kenneth M. Kliebard<br>Howrey Simon Arnold & White,<br>LLP<br>321 North Clark Street<br>Suite 3400<br>Chicago, IL 60610 | Ben M. Krowicki<br>Bingham McCutchen, LLP<br>One State Street<br>Hartford, CT 06103-3178 |

OC\662439.1

| | | |
|---|---|---|
| J. Andrew Langan<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Suite 5400<br>Chicago, IL 60601 | Andrew Lapayowker<br>Crown, Central Petroleum Corp.<br>One N. Charles Street (21203)<br>P. O. Box 1168<br>Baltimore, MD 21203 | Steven L. Leifer<br>Baker, Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| Charles S. Leone<br>Attorney for the City of South Bend, IN<br>1400 County City Building<br>South Bend, IN 46601 | John J. Lyons<br>Latham & Watkins<br>6633 West Fifth Street<br>Suite 4000<br>Los Angeles, CA 90071-2007 | Robert W. Mann<br>Young, Haskins, Mann & Gregory, P.C.<br>600 W. Church Street<br>P. O. Box 72<br>Martinsville, VA 24112 |
| Michael J. Marks<br>Tarrant, Marks & Gilles<br>P. O. Box 1440<br>Montpelier, VT 05601-1440 | John McGahren<br>Kristi, Midboe, Miller, Latham & Watkins<br>One Newark Center<br>16th Floor<br>Newark, NJ 07101-3174 | Gerald L. McMahon<br>Seltzer, Caplan, McMahon & Vitek<br>2100 Symphony Towers<br>750 B Street<br>San Diego, CA 92101-8177 |
| Christopher J. McNevin<br>Pillsbury Winthrop, LLP<br>725 South Figueroa Street<br>Suite 2800<br>Los Angeles, CA 90017-2513 | Charles S. McNew<br>Weitz & Lutzenberg<br>180 Maiden Lane<br>New York, NY 10038 | Lisa S. Meyer<br>Eimer, Stahl, Klevorn & Solberg, LLP<br>224 S. Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 |
| Jeffery A. Meyers<br>Nelson, Kinder, Mosseau & Saturley<br>99 Middle Street<br>Manchester, NH 03101 | Mark A. Miller<br>Baker & Botts<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400 | Catherine Noel Mitchell<br>Morgan Lewis & Bockius, LLP<br>300 S. Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 |
| Anthony H. Monioudis<br>Woods Rogers, PLC<br>P. O. Box 560<br>Danville, VA 24543-0560 | Peter W. Mosseau<br>Nelson, Kinder, Mosseau & Saturley<br>99 Middle Street<br>Manchester, NH 03101 | Howard B. Myers<br>Myers Associates, P.L.L.C.<br>240 Mechanic Street<br>Lebanon, NH 03766 |
| Barry Needleman<br>McLane, Graf, Raulerson & Middleton<br>Bicentennial Square<br>15 North Main Street<br>Concord, NH 03301 | Thomas J. Pappas<br>Wiggin & Nourie, P.A.<br>P. O. Box 808<br>Manchester, NH 03105 | James A. Pardo<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020-1605 |
| Jeffrey John Parker<br>Sheppard, Mullin, Richter & Hampton<br>333 South Hope Street<br>Suite 4800<br>Los Angeles, CA 90071-1448 | Patrick M. Patterson<br>Emmanuel Sheppard & Condon<br>30 S. Spring Street<br>P. O. Box 1271<br>Pensacola, FL 32502-1271 | Jeffrey D. Peier<br>Klenda, Mitchell, Austerman & Zuercher<br>301 North Main Street<br>Suite 1600<br>Wichita, KS 67202-4888 |
| Gregory P. Priamos<br>3900 Main Street<br>5th Floor<br>Riverside, CA 92522 | Morris A. Ratner<br>Lieff, Cabraser, Heimann & Bernstein<br>780 Third Avenue, 48th Floor<br>New York, NY 10017 | Lila Pankey Ray<br>Baker & Botts<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400 |
| Paul J. Reilly<br>Baker & Botts<br>30 Rockefeller Plaza<br>44th Floor<br>New York, NY 10112 | Tracie J. Renfroe<br>Bracewell & Patterson<br>South Tower Pennzoil Place<br>Suite 2900<br>711 Louisiana<br>Houston, TX 77002 | David S. Richman<br>Stephan, Oringher, Richman<br>2029 Century Park East<br>6th Floor<br>Los Angeles, CA 90067 |

| | | |
|---|---|---|
| Stephen H. Roberts<br>McNeill & Taylor<br>P. O. Box 815<br>Dover, NH 03820 | Todd Eric Robins<br>Sher & Leff<br>450 Mission Street, Suite 500<br>San Francisco, CA 94105 | Brent D. Rosenberg<br>Rosenberg, Stowers & Morse<br>505 Fifth Avenue, Suite 1010<br>Des Moines, IA 50309 |
| C. Joseph Russell<br>Bose, McKinney & Evans<br>2700 First Indiana Plaza<br>135 N. Pennsylvania Street<br>Indianapolis, IN 46204 | Peter J. Sacripanti<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 | A. Curtis Sawyer, Jr.<br>Miller & Sawyer<br>1651 Response Road<br>Second Floor<br>Sacramento, CA 95825-5253 |
| David L. Schrader<br>Morgan, Lewis & Bockius<br>300 South Grand Avenue<br>22nd Floor<br>Los Angeles, CA 90071-3132 | Fred E. Schulz<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Andrew W. Serell<br>Rath, Young & Pignatelli<br>P. O. Box 1500<br>Concord, NH 03302-1500 |
| Victor M. Sher<br>Miller, Sher & Sawyer<br>100 Howe Avenue<br>Suite S-120<br>Sacramento, CA 95825 | Lawrence S. Shtasel<br>Blank, Rome, Comisky & McCauley<br>One Logan Square<br>Philadelphia, PA 19103-6998 | Alison N. Shue<br>Morgan, Lewis & Bockius<br>300 South Grand Avenue<br>22nd Floor<br>Los Angeles, CA 90071-3132 |
| David F. Silver<br>Barr, Sternberg, Moss, et al.<br>507 Main Street<br>Bennington, VT 05201-2143 | Elizabeth E. Skilling<br>Harman, Claytor, Corrigan & Wellman<br>P. O. Box 70280<br>Richmond, VA 23255 | Andrew M. Smith<br>Getty Properties Corp.<br>General Counsel<br>125 Jericho Turnpike, Suite 103<br>Jericho, NY 11753 |
| Rod G. Smith<br>ConocoPhillips<br>600 North Dairy Ashford<br>Houston, TX 77079 | Donald M. Snemis<br>Ice Miller<br>One American Square<br>P. O. Box 82001<br>Indianapolis, IN 46282 | Larry B. Spikes<br>Martin, Pringle, Oliver, Wallace & Bauer<br>100 N. Broadway, Suite 500<br>Wichita, KS 67202 |
| Robert K. Stanley<br>Baker & Daniels<br>300 N. Merdian Street<br>Suite 2700<br>Indianapolis, IN 46204 | Jeffrey G. Stark<br>Meyer, Suozzi, English & Klein, P.C.<br>1505 Kellum Place<br>Mineola, NY 11501 | Potter Stewart, Jr.<br>Potter Stewart Law Offices, PC<br>205 Main Street, Suite 8<br>Brattleboro, VT 05301-0868 |
| Catherine M. Stites<br>Bingham McCutchen, LLP<br>355 South Grand Avenue<br>Suite 4400<br>Los Angeles, CA 90071-3106 | Anthony J. Stoik<br>Klass, Stoos, Stoik, Mugan, et al.<br>P. O. Box 327<br>Sioux City, IA 51102 | Scott Summy<br>Baron & Budd<br>The Centrum Building, Suite 1100<br>3102 Oak Lawn Avenue<br>Dallas, TX 75219-3605 |
| William D. Temko<br>Munger, Tolles & Olson<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, CA 90071-1560 | Stephen L. Tober<br>Tober Law Offices, P.A.<br>P.O. Box 1377<br>Portsmouth, NH 03801 | Mark E. Tully<br>Goodwin Procter<br>Exchange Place<br>Second Floor<br>Boston, MA 02109-2881 |
| John V. Wachtel<br>Klenda, Mitchell, Austerman & Zuercher<br>1600 Epic Center<br>301 North Main<br>Wichita, KS 67202 | Rickard E. Wallace, Jr.<br>Wallace, King, Marraro & Branson<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | Thomas R. Watson<br>Watson, Bosen, Harman, Venci & Lemire<br>P. O. Box 469<br>Portsmouth, NH 03802-0469 |
| George E. Wattendorf<br>City of Dover<br>Municipal Building<br>46 Locust Street<br>Dover, NH 03820 | Craig Weatherly<br>Gravel & Shea<br>P. O. Box 369<br>76 St. Paul Street<br>Burlington, VT 05402 | Gregory A. Weimer<br>Hoff Curtis<br>P. O. Box 1124<br>Burlington, VT 05402-1124 |

| | | |
|---|---|---|
| Joseph P. Williams<br>Shipman & Goodwin, L.L.P.<br>One American Row<br>Hartford, CT 06103-2819 | Peter John Wilson<br>Latham & Watkins<br>650 Town Center Drive<br>Suite 2000<br>Costa Mesa, CA 92626 | Alan M. Wiseman<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| Christopher F. Wong<br>Bryan Cave L.L.P.<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 | Lynn Wright<br>Edwards & Angell<br>750 Lexington Avenue<br>New York, NY 10022 | Michael T. Zarro<br>Morgan, Lewis & Bockius<br>300 South Grand Avenue<br>22nd Floor<br>Los Angeles, CA 90071-3132 |
| Craig H. Zimmerman<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606 | Jesse Adcock<br>Registered Agent<br>Adcock Petroleum, Inc.<br>2967 Marshfield Court<br>Orlando, FL 32822 | Edward Faneuil<br>Global Petroleum Corp.<br>800 South Street<br>Waltham, MA 02453 |
| Trenten D. Klingerman<br>Stuart & Branigin<br>The Life Building, Suite 800<br>300 Main Street<br>P. O. Box 1010<br>Lafayette, IN 47902 | Robert P. Doty<br>Cox, Castle & Nicholson, LLP<br>555 Montgomery Street<br>15th Floor<br>San Francisco, CA 94111-2585 | Paul S. Aronowitz<br>Aronowitz & Skidmore<br>200 Auburn Folsom Road<br>Suite 305<br>Auburn, CA 95604 |
| J. Andrew Langan<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Suite 6100<br>Chicago, IL 60601 | Mark S. Baldwin<br>Brown, Rudnick Berlack & Israels<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103-3402 | Francis J. Drumm, III<br>Mulvey, Oliver & Gould<br>83 Trumbull Street<br>New Haven, CT 06510 |
| Brian M. Ledger<br>Gordon & Rees, LLP<br>101 West Broadway<br>Suite 1600<br>San Diego, CA 92101-3541 | Mark S. Lillie<br>Kirkland & Ellils<br>200 East Randolph Drive<br>Suite 5800<br>Chicago, IL 60602 | Scott L. Long<br>Brown, Winick, Graves, Gross, Baskerville, et al.<br>666 Grand Avenue<br>Suite 2000<br>Des Moines, IA 50309-2510 |
| Spencer T. Malysiak<br>11335 Gold Express Drive<br>Suite 105<br>Gold River, CA 95670 | Joseph W. Martini<br>Pepe & Hazard<br>30 Jelliff Lane<br>Southport, CT 06890-1436 | Maureen D. Smith<br>Attorney General's Office<br>Environmental Protection Bureau<br>33 Capitol Street<br>Concord, NH 03301 |
| Charles F. Becker<br>Belin, Lamson, McCormick, Zwnbach & Flynn<br>Financial Center<br>666 Walnut Street<br>Suite 2000<br>Des Moines, IA 50309 | Timothy Fuller Burr<br>Galloway, Johnson, Tompkins, etc.<br>1101 Gulf Breeze Parkway<br>Suite 2<br>Gulf Breeze, FL 32561 | Chelsea Sandwich, LLC<br>800 South Street<br>Waltham, MA 02254-9161 |
| Jeffrey L. Fillerup<br>Luce, Forward, Hamilton & Scripps<br>Rincon Center 11<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105 | Eric H. Gaston<br>Bingham McCutchen, LLP<br>One State Street<br>Hartford, CT 06103-3178 | Steven M. Greenspan<br>Day, Berry & Howard, LLP<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103 |
| Joseph J. McGovern<br>Parker, McCay & Criscuolo, PC<br>The Greentree Center<br>Suite 401<br>Route 73 & Greentree Road<br>Marlton, NJ 08053 | Matthew F. Madeiros<br>Little, Buhnan, Medeiros & Whitney<br>72 Pine Street<br>Providence, RI 02903 | Duane C. Miller<br>Miller & Sawyer<br>1651 Response Road<br>Second Floor<br>Sacramento, CA 95825-5253 |

| Neal L. Moskow<br>Ury & Moskow, LLC<br>888 Black Rock Turnpike<br>Fairfield, CT 06825 | W. Scott O'Connell<br>Nixon & Peabody, L.L.P.<br>889 Elm Street<br>Manchester, NH 03101 | Thomas F. Panebianco<br>Thomas Fredric Panebianco, PA<br>P. O. Box 938<br>Tallahassee, FL 32302 |
|---|---|---|
| Patrick M Patterson<br>Emmanuel Sheppard & Condon<br>30 S. Spring Street<br>P. O. Box 1271<br>Pensacola, FL 32502-1271 | Robert V. Waterman, Jr.<br>Lane & Waterman<br>220 North Main Street<br>Suite 600<br>Davenport, IA 52801 | Shaun S. Sullivan<br>Wiggins & Dana<br>One Century Tower<br>265 Church Street<br>P. O. Box 1832<br>New Haven, CT 06508-1832 |
| Roxanne Conlin<br>Conlin & Associates<br>319 7th Street<br>Suite 600<br>Des Moines, IA 50309 | Thomas Constabile<br>Mcmillan Constabile, LLP<br>2180 Boston Post Road<br>Larchmont, NY 10538 | James M. Corrigan<br>James Martin Corrigan, PA<br>1015 12th Avenue<br>Pensacola, FL 32501 |
| Angelo A. Cuonzo<br>Slowinski, Atkins & Czyz, LLP<br>One Newark Center<br>Newark, NJ 07102 | Barry R. Davidson<br>Coll, Davidson, Carter, Smith, Salter, et al.<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, FL 33133 | Larry G. Gutz<br>Moyer & Bergman, P.L.C.<br>2720 1st Avenue, NE<br>Cedar Rapids, IA 52402 |
| Donna Nelson Heller<br>Finn, Dixon & Herling<br>One Landmark Square<br>Suite 1400<br>Stamford, CT 06901 | Jeffrey R. Hellman<br>Zeisler & Zeisler, P.C.<br>558 Clinton Avenue<br>P. O. Box 3186<br>Bridgeport, CT 06605-0186 | Hojoon Hwang<br>Munger, Tolles & Olson, LLP<br>33 New Montgomery Street<br>19th Floor<br>San Francisco, CA 94105 |
| William J. Kayatta, Jr.<br>Pierce, Atwood<br>One Monument Square<br>Portland, ME 04101 | Valerie J. Payne<br>Ury & Moskow, LLC<br>888 Black Rock Turnpike<br>Fairfield, CT 06825 | Lawrence P. Riff<br>Steptoe & Johnson, LLP<br>633 West Fifth Street<br>Suite 700<br>Los Angeles, CA 90071 |
| Marc A. Rollo<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Lauren E. Rosenblatt<br>Hunton & Williams<br>200 Park Avenue<br>New York City, NY 10166 | Richard M. Sandman<br>Law Office of Allen Rodman<br>442 Main Street<br>Malden, MA 02148 |
| Daniel P. Scapellati<br>Halloran & Sage<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | Martha Van Oot<br>Orr & Reno, PA<br>P. O. Box 3550<br>Concord, NH 03302 | John J. Wasilczyk<br>Morgan, Lewis & Bockius<br>300 South Grand Avenue<br>22nd Floor<br>Los Angeles, CA 90071-3132 |
| Owen J. Todd<br>Todd & Weld, LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109 | | |

OC\662439.1