



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 0 9 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:

**METHYL-TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY
LITIGATION**

MDL Docket No. 1358

## MOTION TO VACATE CONDITIONAL TRANSFER ORDER

      Pursuant to Rule 7.4(d) of the Rules Of Procedure Of The Judicial Panel On

Multidistrict Litigation, Duke Energy Merchants, LLC, Duke Energy Trading and Marketing,

LLC, Duke Energy Merchants California, Inc. and Northridge Petroleum Marketing, U.S. Inc.

(collectively, "Duke Energy") file this Motion to Vacate Conditional Transfer Order (CTO-4)

filed February 6, 2004, in Docket No. 1358 *In Re Methyl Tertiary Butyl Ether ("MTBE")*

*Products Liability Litigation.* This Motion pertains to the action captioned *City of Fresno v.*

**OFFICIAL FILE COPY**

IMAGED MAR 10 '04

44510\39416v1

*Chevron U.S.A., Inc., et al.* No. C-03-5378-JSW, currently pending in the Northern District of

California. In accordance with Rule 7.4(d), the parties will await the Chairman of the Panel's

decision setting the motion for the next appropriate hearing session of the Panel.

Dated: March 8, 2004                                   Respectfully submitted,

By:   _____

    Robert P. Doty, Bar No. 148069
    Karleen M. O'Connor, Bar No. 229531
    **COX, CASTLE & NICHOLSON LLP**
    555 Montgomery Street, 15th Floor
    San Francisco, CA  94111-2585
    (415) 392-4200
    (415) 392-4250 (Facsimile)

Attorneys for Defendants
Duke Energy Merchants, LLC; Duke Energy
Trading and Marketing, LLC; Duke Energy
Merchants California, Inc.; and Northridge
Petroleum Marketing U.S., Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 0 9 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>**METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION** | **MDL Docket No. 1358** |

## MEMORANDUM IN SUPPORT OF MOTION TO

## VACATE CONDITIONAL TRANSFER ORDER

### INTRODUCTION

By this motion pursuant to Rule 7.4(d) of the Rules Of Procedure Of The Judicial

Panel On Multidistrict Litigation Under 28 U.S.C. § 1407 ("JPML"), defendants Duke Energy

Merchants, LLC, Duke Energy Trading and Marketing, LLC, Duke Energy Merchants

California, Inc. and Northridge Petroleum Marketing, U.S. Inc. (collectively, "Duke Energy")

urge the Panel to vacate Conditional Transfer Order (CTO-4) filed February 6, 2004, in Docket

No. 1358 (*In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*) as it relates *City of Fresno v. Chevron U.S.A., Inc. et al.,* CV 03-5378-JSW (N.D. Cal.).

Duke Energy is a middleman in the gasoline supply chain in certain markets in California. Like other middlemen and various gasoline retailers, Duke finds itself caught up in a battle royal between, on the one hand, the major oil refining companies and the manufactures of the gasoline additive MTBE, and on the other hand, plaintiffs allegedly injured by MTBE contamination in groundwater. Duke Energy opposes transfer of the *City of Fresno* case because MDL consolidation will not promote the just and efficient conduct of that action. Nor is MDL consolidation of that action likely to serve the convenience of the parties, many of whom are likely to be small-scale gas station operators (literally moms and pops) and modest-sized distributors.

Moreover, in light of the history of the other California MTBE cases, it would appear that MDL consolidation is being pursued primarily for potential tactical advantage to a small but well-heeled group of defendants. MTBE litigation in California began in the late 1990s. Since then, several MTBE cases have been litigated through discovery and pretrial motions. One case proceeded to jury verdict. The results in these cases have not been particularly kind to the major oil companies and the vendors of MTBE who now seek MDL consolidation. Their settlement commitments in just three cases exceed $150 million. So the desire of these defendants to shake up the playing field, and to use MDL consolidation to find greener pastures in which to litigate California MTBE cases, is surely understandable. Placating that desire will not, however, serve the purposes stated in 28 U.S.C. § 1407.

Nor is MDL consolidation in any sense necessary to achieve efficient use in the *City of Fresno* case of discovery and pretrial rulings from prior MTBE cases. Mechanisms

utilized by the Panel in other circumstances in which conditional transfer orders have been vacated are sufficient to ensure that discovery and pretrial motion practice proceed efficiently and with the benefit of work devoted to those topics in prior cases.

In the final analysis, the primary result of MDL consolidation will be to force parties of modest means and limited exposure to accommodate a court three time zones and thousands of miles away. Duke Energy accordingly submits that the *City of Fresno* case should remain in California.

## STATEMENT OF FACTS

**A.     The Major California MTBE Cases To Date**

       **1.      The South Lake Tahoe Litigation**

In 1998, the South Tahoe Public Utility District filed suit against various manufacturers of MTBE, oil refiners that added MTBE to their gasoline, and others involved in the supply chain for gasoline sold in and around the south end of Lake Tahoe (which straddles the California-Nevada border). The action was filed in the Superior Court for the County of San Francisco, and it was titled *South Tahoe Public Utility District v. Atlantic Richfield Company, et al.* (No. 999128). Duke Energy was not a party to that suit, but the undersigned counsel represented a retailer defendant in that action. The plaintiff alleged products liability and other common law causes of action.

Vigorous discovery and pretrial motion practice occurred from 1998 until late 2001. The index to the undersigned's pleading binders reached its 1000th entry in early 2000, long before the trial in the fall of 2001. The discovery focused on local issues (e.g., the nature, extent, and specific sources of the contamination) as well as industry-wide issues (the history of MTBE's introduction into gasoline, its use as a oxygenate during the 1990s, and the refining

companies' alleged knowledge of MTBE's potential to damage groundwater).

Some defendants settled along the way (including the undersigned's client in that matter), but others did not. Trial began in late 2001 and continued until April 2002, at which time the jury determined that gasoline containing MTBE was a defective product. Shortly thereafter, the remaining defendants agreed to pay approximately $60 million to settle the case.

### 2.    The Santa Monica Litigation

The City of Santa Monica, California, filed similar litigation (*City of Santa Monica v. Shell Oil Company, et al.,* Orange Co. Sup. Ct. No. 01-CC-04331) against a similar array of defendants in the late 1990s. Santa Monica's litigation was proceeding in the trial court until a settlement was reached in late 2003. The undersigned did not participate in that case but has recently obtained a copy of the settlement agreement. Based on press reports and our brief review of the settlement agreement, it appears that the settling defendants agreed to make payments in excess of $90 million and to help fund the operation of a groundwater treatment system.

### 3.    The Cambria Litigation

In 2000, the Cambria Community Services District ("CCSD"), which serves a community along California's Central Coast, filed suit in San Luis Obispo County Superior Court asserting nuisance, trespass and product liability claims against Chevron and others (*Cambria Community Services District v. Chevron U.S.A., Inc., et al.).* Plaintiff sought damages for MTBE and gasoline contamination of the community's groundwater resources. The case proceeded in state court until a settlement was reach in late 2003. According to reports in the legal press, the settlement calls for payments in excess of $9 million dollars.

### 4.    The Fruitridge Vista Water Company Litigation

The Fruitridge Vista Water Company, which provides drinking water to a portion of the Sacramento, California metropolitan area, filed a lawsuit in March 2001 concerning MTBE contamination in its wells (*D.J. Nelson Trust, dba Fruitridge Vista Water Company v. ARCO, et al.,* Case No. 02AS00535 Sacramento Co. Sup. Ct.). The defendants include the manufacturers of MTBE, the oil refiners that supply gasoline to the Sacramento aea, various middlemen (including Duke Energy), and numerous owners and operators of the underground tanks that are alleged to have released MTBE-containing gasoline that allegedly has impacted plaintiff's wells. Discovery is currently proceeding. Numerous document production requests and document subpoenas have been served, and a considerable volume of documentation has been produced. Depositions of percipient witnesses including local station operators, local environmental consultants, and local regulators are proceeding.

### B.    The MDL 1358 Litigation

Between October 2000 and March 2001, the Panel consolidated six actions brought by well owners against oil companies that alleged that MTBE contaminated their wells. The cases were transferred to the Southern District of New York and were handled by the Honorable Shira Ann Scheindlin under MDL Docket No. 1358. In August 2001, Judge Scheindlin issued an opinion addressing several pretrial issues, including issues of express and conflict preemption, standing, and jurisdiction. *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, 175 F. Supp. 2d 593 (S.D.N.Y. 2001). Judge Scheindlin also denied the plaintiffs' motion for class certification. *In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, 209 F.R.D. 323 (S.D.N.Y. 2002). At the time of the

filing of the Tag-Along Notice for the *City of Fresno* case there were no cases pending in MDL
Docket No. 1358.

## C.     The Fresno Litigation Now Before The Panel

The City of Fresno filed its complaint on October 22, 2003, alleging that plumes
of MTBE and tertiary butyl alcohol ("TBA") have contaminated the water system in Fresno.
The complaint includes causes of action for products liability, negligence, trespass, and nuisance.
The defendants include numerous manufacturers of MTBE/TBA, several distributors like Duke,
and two hundred service station owner/operators named as "Doe" defendants.

On December 5, 2003, several defendants filed a Notice of Related, Tag-Along
Actions with the Panel, arguing that the *City of Fresno* case involves "common questions of fact
with actions previously transferred under Section 1407" to MDL No. 1358.   The Clerk of the
Panel issued CTO-4 on February 6, 2004, and therein set February 23, 2004 as the deadline for
parties to object to the transfer.  Duke filed its Notice of Objection on February 20, 2004.

## ARGUMENT

## A.     Transfer Will Not Promote Just Or Efficient Litigation And Is Inconvenient To The Parties and The Witnesses

Consolidation of multiple actions before a single court is appropriate where the
MDL Panel finds that such transfer will serve "the convenience of parties and witnesses and will
promote the just and efficient conduct of such actions." 28 U.S.C. § 1407(a).  However, where
the common issues have already been litigated and resolved, the MDL Panel has held
consolidation is not appropriate for newly filed "tag along" actions, because the courts and
parties involved in the later actions can obtain the benefits of consolidation by sharing discovery
and implementing previous pretrial rulings without resorting to transfer. *See, e.g., In re: A.H.*

*Robins Co. Inc. "Dalkon Shield" IUD Products Liability Litigation*, 505 F.Supp. 221, 223 (D. Kansas 1981).

        In evaluating a proposed transfer, the Panel has typically focused on the potential to avoid duplicative discovery, to prevent inconsistent pretrial rulings, and to conserve time and efforts of the parties and witnesses. *See In re Petroleum Products Antitrust Litigation*, 476 F.Supp. 455, 457 (N.D. Cal. 1979).

        Duke submits that although the circumstances favoring MDL consolidation of MTBE cases may have existed years ago, they do not exist today. MTBE litigation is now well developed. Through earlier litigation in California, the parties have completed much if not all of the discovery common to MTBE cases. As a result, consolidation and transfer now would amount to closing the barn door after the horses are gone. Furthermore, because the issues that remain are largely location specific, consolidation would likely produce inefficiency. A court three time zones away cannot supervise discovery in Fresno, California, as efficiently as a court in California. Transfer will only hinder local discovery and the resolution of pretrial issues. Little benefit exists to consolidating a California case in the Southern District of New York.

        **1.    The Specter of Duplicative Discovery Does Not Exist**

        As noted above, MTBE litigation is not new. Causes of action for MTBE contamination have been litigated for several years, and voluminous discovery was completed in the *Tahoe* litigation. Discovery in that case included national issues (e.g., the actions of the MTBE manufacturers and the oil companies that caused MTBE to be added to gasoline). In instances such as this, the MDL Panel has created alternatives to transfer that accomplish the goals of multidistrict litigation under 28 U.S.C. § 1407.

For example, in *In re: A.H. Robins Co., Inc. "Dalkon Shield" IUD Products Liability Litigation*, 460 F.Supp. 540 (J.P.M.L. 1975), the MDL Panel transferred multiple product liability actions for defective Dalkon Shield IUDs to the District of Kansas. After the parties completed discovery in the transferee district, additional plaintiffs brought actions against the defendant A.H. Robins. The clerk of the MDL Panel conditionally transferred the newly filed actions to the District of Kansas for inclusion in the centralized pretrial proceedings. *See In re: A.H. Robins Co., Inc. "Dalkon Shield" IUD Products Liability Litigation*. 505 F. Supp. 221, 223 (D. Kansas 1981). Upon motion to vacate the conditional transfer order, the MDL Panel held that transfer was not appropriate. *Id.* The MDL Panel stated that

> [a]lthough we recognize that these actions share questions of fact with actions previously transferred in this litigation, we are not persuaded that transfer under Section 1407 remains appropriate for newly filed actions in this docket. This litigation has been pending for over five years and discovery of common issues have been completed in the transferee district. This completed discovery can be made available to the parties in the actions before the Panel without recourse to Section 1407.

*Id.* at 223.

*In re: Petroleum Products Antitrust Litigation*, 419 F. Supp 712 (J.P.M.L. 1976), stands for the same proposition. There, the MDL Panel consolidated various antitrust actions in the Central District of California. The transferee judge actively controlled the course of discovery and other pretrial proceedings. Subsequently, additional plaintiffs brought new antitrust actions and sought to have them transferred for inclusion in the consolidated cases. *See In re: Petroleum Products Antitrust Litigation*, 476 F.Supp. 455 (C.D. Cal. 1979). Rather than transfer the new cases for inclusion in a process that was substantially completed, the MDL Panel vacated the conditional transfer order. *Id.* at 458. The MDL Panel held that the benefits of consolidation could be achieved by alternatives means. *Id.* For instance, discovery already

completed in the transferee district and relevant to the new action could be made applicable to the new action. *Id.* Additionally, the parties could stipulate that discovery relevant to all of the actions could be used in all of those actions. *Id.* The court also suggested that notices for particular depositions could be filed in all relevant actions, thereby making the deposition applicable in each action. *Id.* Thus, the parties could avoid duplicative discovery and garner the benefits of the already-completed discovery.

In the context of MTBE litigation, the discovery pertaining to national issues has been completed. The outstanding issues are predominantly location specific (the extent of the contamination, the availability and feasibility of remediation alternatives, and the allocation of responsibility). As a result, the Panel should leave the Fresno case in California and employ alternatives to transfer so that discovery can be focused where it belongs – on the outstanding location–specific issues.

### 2. Alternatives To Transfer Can Also Avoid Inconsistent Pretrial Rulings

As with the potential for duplicative discovery, the MDL Panel has created alternatives to transfer and consolidation that alleviate the threat of inconsistent pretrial rulings. The MDL Panel has vacated conditional transfer orders on the principle that like discovery, courts can coordinate pretrial orders and rulings to "secure the benefits of section 1407 transfer while avoiding the frustration of local consolidation [in the transferee court] which transfer . . . would generate." *In re: A.H. Robins Co., Inc. "Dalkon Shield" IUD Products Liability Litigation,* 505 F. Supp. at 223. The MDL Panel also has vacated conditional transfer orders on the principle that "consultation and cooperation among the . . . district courts, if viewed appropriately by those courts, coupled with the cooperation of the parties, would minimize the possibility of conflicting pretrial rulings." *In re: Petroleum Products Antitrust Litigation,* 476 F.

Supp. at 458.

In the context of MTBE litigation, many pretrial issues including standing and jurisdiction have already been decided by Judge Scheindlin during the previous transfer of MTBE cases to the Southern District of New York. These issues are thus not likely candidates for relitigation in the Fresno case. The MDL Panel has noted that such previous pretrial decisions "can provide a convenient expression of the conclusions of the transferee judge which have been reached through [her] familiarity with the litigation, and can serve as an aid in avoiding duplication of discovery and preventing inconsistent pretrial rulings." *In re: A.H. Robins Co., Inc. "Dalkon Shield" IUD Products Liability Litigation*, 505 F.Supp. at 23.

The issue recently briefed in various courts concerning the extent to which state common law causes of action may be preempted by federal law, particularly the Clean Air Act and its regulations, does not warrant consolidated treatment of the various MTBE cases. The Panel should understand that multiple published federal court decisions and state court decisions have consistently resolved this issue unfavorably for the moving defendants. *E.g., Oxygenated Fuels Ass'n v. Pataki*, 158 F. Supp. 2d 248 (N.D.N.Y 2001); *Oxygenated Fuels Ass'n v. Davis*, 331 F.3d 665 (9th Cir. 2003); *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, 175 F. Supp. 593 (S.D.N.Y. 2001); *Gutierrez v. Mobil Oil Corp.*, 798 F. Supp. 1280, 1284 (W.D. Tex. 1992); *South Tahoe Public Utility District v. Atlantic Richfield Co.*, No 999128 (Cal. Super. Ct., San Francisco County, Jan. 15, 2002).

Because the threshold legal questions have been addressed and therefore will not require significant additional judicial energy, transfer simply is not warranted and can be avoided. The courts can eliminate the threat of inconsistent decisions by applying previous pretrial rulings to the current MTBE cases.

### 3.     Transfer Will Not Result In Just And Efficient Resolution

As previously noted, issues of national significance or applicability have largely been resolved in previous MTBE litigation.  Consequently, what remains is predominantly location specific.  Litigation of these local issues in the Southern District of New York would not be just or efficient for operators of service stations and regional businesses.  Those defendants are based in California and are Duke Energy's knowledgeable business people.  To require these defendants, with local counsel and site-specific factual disputes, to litigate their discovery issues three thousand miles away in the Southern District of New York simply because a handful of major oil companies want that would not be just or efficient.

An examination of the case, *D.J. Nelson Trust, dba Fruitridge Vista Water Company v. ARCO, et al*, currently being litigated in the Sacramento County Superior Court, illustrates this point.  The *Fruitridge* parties are currently involved in deposing the individual service station owners who live and work in California's central valley.  Their depositions concern the practices and procedures specific to their local service station.  Further, the parties are seeking discovery on the document retention policies of the local water agency and deposing the local geologists and hydrogeologists that work for the plaintiff and the local regulatory agencies.  The notion that these California-based entities will be better served by having in the Southern District of New York supervise the discovery process is simply dubious.  Transfer of this case to the Southern District of New York will do nothing to facilitate the parties' discovery of the location-specific factual issues that remain.

### CONCLUSION

MTBE litigation is not as a gathering storm will likely to produce a blizzard of motions and conflicting opinions, thus warranting MDL consolidation. Rather, it is a mature field

that now revolves around location-specific issues: the extent of contamination, the available remedies, the implementation of those remedies, and the equitable apportionment of liability. With all due respect, Duke Energy submits that the Southern District of New York is not the most efficient forum in which to handle such issues as they relate to contaminated groundwater in Fresno, California. The Panel should vacate the Conditional Transfer Order as it relates to the City of Fresno case.

Dated: March 8, 2004                    Respectfully submitted,


                                        By: _____
                                            Robert P. Doty, Bar No. 148069
                                            Karleen M. O'Connor, Bar No. 229531
                                            **COX, CASTLE & NICHOLSON LLP**
                                            555 Montgomery Street, 15th Floor
                                            San Francisco, CA  94111-2585
                                            (415) 392-4200
                                            (415) 392-4250 (Facsimile)

                                        Attorneys for Defendants
                                        Duke Energy Merchants, LLC; Duke Energy
                                        Trading and Marketing, LLC; Duke Energy
                                        Merchants California, Inc.; and Northridge
                                        Petroleum Marketing U.S., Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 0 9 2004
FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE:

**METHYL-TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY
LITIGATION**

MDL Docket No. 1358

## SCHEDULE OF INVOLVED ACTIONS

Pursuant to Rule 7.2(a)(ii) of the Rules Of Procedure Of The Judicial Panel On Multidistrict Litigation Under 28 U.S.C. § 1407 ("JPML"),defendants Duke Energy Merchants, LLC, Duke Energy Trading and Marketing, LLC, Duke Energy Merchants California, Inc. and Northridge Petroleum Marketing, U.S. Inc. (collectively, "Duke Energy") submit this schedule of involved actions in support of Duke Energy's Motion to Vacate Conditional Transfer Order.

The action involved is *City of Fresno v. Chevron U.S.A., Inc.; Chevron Environmental Service Company; Shell Oil Company; Exxon Corporation; Tosco Corporation; Unocal Corporation; Union Oil Company of California; Kern Oil & Refining Company; Valero Refining Company-California; Texaco Refining and Marketing, Inc.; Ultramar, Inc.; Arco Chemical Company; Lyondell Chemical Company; Exxon Mobil Corporation; ConocoPhillips Corporation; Atlantic Richfield Company; Equiva Services, LLC; Texaco, Inc.; Equilon Enterprises, LLC; ChevronTexaco Corporation; New West Petroleum; Duke Energy Merchants, LLC; Duke Energy Trading and Marketing, LLC; Pacific Southwest Trading; Northridge Petroleum Marketing U.S., Inc.; Duke Energy Merchants California, Inc.; New West Petroleum, LLC; Westport Petroleum Inc.; Nella Oil Company LLC; and Does 1-100, inclusive,* Case

Number C-03-5378-JSW.  This action is currently pending in the Northern District of California before the Honorable Jeffrey S. White.

Other actions were included on the Conditional Transfer Order (CTO-4) filed February 6, 2004, in Docket No. 1358 *In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*.  This Motion, however, is filed on behalf of Duke Energy only and only in connection with the action filed by the City of Fresno.

Dated: March 8, 2004                            Respectfully submitted,

                                        By: _____
                                            Robert P. Doty, Bar No. 148069
                                            Karleen M. O'Connor, Bar No. 229531
                                            **COX, CASTLE & NICHOLSON LLP**
                                            555 Montgomery Street, 15th Floor
                                            San Francisco, CA  94111-2585
                                            (415) 392-4200
                                            (415) 392-4250 (Facsimile)

                                        Attorneys for Defendants
                                        Duke Energy Merchants, LLC; Duke Energy
                                        Trading and Marketing, LLC; Duke Energy
                                        Merchants California, Inc.; and Northridge
                                        Petroleum Marketing U.S., Inc.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 0 9 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** | **MDL Docket No. 1358** |
| **METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION** | **PROOF OF SERVICE** |

44510\39171v1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Cox, Castle & Nicholson LLP, 555 Montgomery Street, San Francisco, California 94111.  On March 8, 2004, I served the within documents:

### MOTION TO VACATE CONDITIONAL TRANSFER ORDER; MEMORANDUM IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER; SCHEDULE OF INVOLVED ACTIONS

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐     by causing personal delivery by Western Messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

### SEE ATTACHED MDL SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 8, 2004, at San Francisco, California.

_Paula Hendershott_
Paula Hendershott

## PANEL SERVICE LIST (Excerpted from CTO-4)
## DOCKET NO. 1358
## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

*City of Fresno v. Chevron U.S.A., Inc., et al.,* N.D. California, C.A. No. 3:03-5378

Jon D. Anderson
Latham & Watkins
650 Town Center Drive
Suite 2000
Costa Mesa, CA 92626

Paul S. Aronowitz
Aronowitz & Skidmore
200 Auburn Folsom Road
Suite 305
Auburn, CA 95603

Brendan M. Dixon
Unocal Corp.
376 S. Valencia Avenue
Brea, CA 92626

Robert P. Doty
Cox, Castle & Nicholson, LLP
555 Montgomery Street
15th Floor
San Francisco, CA 94111-2585

Colleen P. Doyle
Bingham McCutchen, LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripp
Rincon Center II
121 Spear Street
Suite 200
San Francisco, CA 94105

Alan J. Hoffman, Jr.
Blank Rome L.L.P.
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

Hojoon Hwang
Munger, Tolles & Olson, LLP
33 New Montgomery Street
19th Floor
San Francisco, CA 94105

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Suite 5400
Chicago, IL 60601

Brian M. Ledger
Gordon & Rees, LLP
101 West Broadway
Suite 1600
San Diego, CA 92101-3541

Spencer T. Malysiak
11335 Gold Express Drive
Suite 105
Gold River, CA 95670

Duane C. Miller
Miller & Sawyer
1651 Response Road
Second Floor
Sacramento, CA 95825-5253

Morris A. Ratner
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY 10017

Tracie J. Renfroe
Bracewell & Patterson
South Tower Pennzoil Place
Suite 2900
711 Louisiana
Houston, TX 77002

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street
Suite 700
Los Angeles, CA 90071

John J. Wasilczyk
Morgan, Lewis & Bockius
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132

## MDL SERVICE LIST

Samuel J. Abate, Jr.
McCarter & English LLP
300 Park Avenue, 18th Floor
New York, NY  10022-7402
(212) 609-6805
(212) 935-1893 (fax)
**Attorneys for CITGO Petroleum Corp.  and**
**CITGO Refining and Chemical Inc.**

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL  32822
(407) 275-7253

Carolyn G. Anderson
Zimmerman Reed PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402-4123
(612) 341-0400
(612) 341-0844 (fax)
**Attorneys for Plaintiff City of Rockport**

John J. Lyons
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007
(213) 485-1234
(213) 891-8763 (fax)
**Attorneys for ConocoPhillips Company**

Paul S. Aronowitz
    Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Suite 305
Auburn, CA  95603
(530) 823-9736
(530) 823-5241 (fax)
**Attorneys for Nella Oil Company LLC**

Mark S. Baldwin
Brown Rudnick Berlack & Israels LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3402
(860) 509-6514
(860) 509-6501 (fax)
**Attorneys for Koch Industries Inc.**

Dan H. Ball
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO  63102
(314) 259-2200
(314) 259-2020 (fax)
**Attorneys for Premcor Refining Group**

Deborah E. Barnard
    Robin L. Main
    Tara Myslinski
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
(617) 523-6850 (fax)
**Attorneys for Exxon Mobil Chemical Company**
**Inc., Exxon Mobil Corporation, Exxon Mobil Oil**
**Corporation, Exxon Mobil Pipe Line Company,**
**Exxon Mobil Refining and Supply Company,**
**Mobil Corporation and Mobil Oil Corporation**

M. Scott Barrett
Barrett & Associates
520 North Walnut Street
P.O. Box 5233
Bloomington, IN   47407-5233
(812) 336-4664
(812) 337-8850 (fax)
**Attorneys for Plaintiff City of Rockport**

William W. Barrett
Williams Hewitt & Robbins LLP
600 N. Emerson Avenue
Greenwood, IN   46143
(317) 888-1121
(318) 887-4669 (fax)
**Attorneys for Plaintiff City of Rockport**

Charles F. Becker
Belin Larnson McCormick Zurnbach & Flynn
Financial Center
666 Walnut Street, Suite 2000
Des Moines, IA   50309-3989
(515) 283-4609
(515) 558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Peter G. Beeson
Devine Millimet & Branch
111 Amherst Street
P.O. Box 719
Manchester, NH   03105
(603) 669-1000
(603) 669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

Rebecca J. Bernstein
ATOFINA Chemicals, Inc.
2000 Market Street
Philadelphia PA   19103
(215) 419-5415
(215) 419-7933 (fax)
**Attorneys for Total Holdings USA, Inc.  formerly
known as Total Fina Elf**

Elizabeth L. Bevington
Holland & Knight LLP
P.O. Box 810
Tallahassee, FL   32302-0810
(850) 224-7000
(850) 224-8832 (fax)
**Attorneys for Exxon Mobil Chemical Company,
Inc., individually and formerly known as Mobil
Chemical Company, Inc., Exxon Mobil
Corporation, individually and as successor-in-
interest to Mobil Corporation (and d/b/a Exxon
Mobil Refining and Supply Company) and Exxon
Mobil Oil Corporation, individually and formerly
known as Mobil Oil Corporation**

Anthony A. Bongiorno
McDermott Will & Emery
28 State Street
Boston, MA   02109
(617) 535-4044
(617) 535-3800 (fax)
**Attorneys for Exxon Mobil Chemical Company
Inc., Exxon Mobil Corporation, Exxon Mobil Oil
Corporation, Exxon Mobil Pipe Line Company,
Exxon Mobil Refining and Supply Company,
Mobil Corporation and Mobil Oil Corporation**

F. Wesley Bowers
Bowers Harrison LLP
25 N.W. Riverside Drive, 2nd Floor
P.O. Box 1287
Evansville, IN   47706-1287
(812) 426-1231
(812) 464-3676 (fax)
**Attorneys for CITGO Petroleum Corp.  and
CITGO Refining and Chemical Inc.**

Peter A. Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800
(212) 446-4900 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America Inc.,
BP Amoco Chemical Company, BP Company
North America Inc., BP Corporation North
America Inc. (f/k/a BP Amoco Corporation and
Amoco Corporation), BP Products North
America Inc. (f/k/a Amoco Oil Company and
misnamed as BP Product North Americas, Inc.)
and BP West Coast Products LLC**

Thomas Constabile
McMillan Constabile LLP
2180 Boston Post Road
Larchmont, NY 10538
(914) 834-3500
(914) 834-0620 (fax)
**Attorneys for Star Supply Petroleum Inc.**

Timothy F. Burr
Galloway Johnson Tompkins Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL 32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Plaintiff Escambia County Utilities
Authority**

Chelsea Sandwich LLC
800 South Street
Waltham, MA 02254-9161

David J. Crotta, Jr.
        Francis J. Drumm, III
        Robert G. Oliver
Mulvey Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06511
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.**

Roxanne Conlin
Conlin & Associates PC
319 7th Street, Suite 600
Des Moines, IA 50309
(515) 283-1111
(515) 282-0477 (fax)
**Attorneys for Plaintiffs City of Galva, City of
Sioux City and City of Ida Grove**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH 03301
**For El Paso Merchant Energy Petroleum**

Angelo A. Cuonzo
Slowinski Atkins & Czyz LLP
One Newark Center, 14th Floor
Newark, NJ  07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Mindy G. Davis
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402
(202) 783-0800
(202) 383-6610 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company and El Paso Corporation**

George A. Dagon, Jr.
Murtha Cullina LLP
City Place I
185 Asylum Street
Hartford, CT  06103
(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.) and BP West Coast Products LLC**

Jennifer M. DelMonico
Murtha Cullina LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704-A
New Haven, CT  06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.) and BP West Coast Products LLC**

Barry R. Davidson
Hunton & Williams LLP
1111 Brickell Avenue, Suite 2500
Miami, FL  33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Michael DeMarco
        Daniel E. Rosenfeld
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA  02109
(617) 261-3100
(617) 261-3175 (fax)
**Attorneys for ConocoPhillips Company**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA  30339-5673
**Attorneys for Chevron**

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Ste. 4000
El Segundo, CA 90245
**Corporate Secretary for Unocal Corp.**

Brendan M. Dixon
Unocal Corporation
376 S. Valencia Avenue
Brea, CA  90245
(714) 577-2933
(714) 577-2980 (fax)
**Attorneys for Unocal Corporation and Union Oil Company of California**

Robert P. Doty
      Alicia Vaz
Cox, Castle & Nicholson LLP
555 Montgomery Street, 15th Floor
San Francisco, CA  94111-2585
(415) 392-4200
(415) 392-4250 (fax)
**Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc. and Northridge Petroleum Marketing U.S., Inc.**

Colleen P. Doyle
      Diana Pfeffer Martin
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
(213) 680-6400
(213) 680-6499 (fax)
**Attorneys for ExxonMobil Corporation, Tesoro Refining and Marketing, Inc. and Westport Petroleum, Inc.**

John V. Dwyer
Winer & Bennett LLP
110 Concord Street
P.O. Box 488
Nashua, NH  03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp. and Exxon Mobil Oil Corp.**

Joseph G. Eaton
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH  03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical Company**

Nathan P. Eimer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
(312) 660-7600
(312) 692-1718 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Company**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA  02453

John J. Fanning
Cullen & Dykman LLP
177 Montague Street
Brooklyn, NY 11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing Inc.
and Getty Terminals Corporation**

Bruce W. Felmly
McLane Graf Raulerson & Middleton
900 Elm Street
P.O. Box 326
Manchester, NH 03105-0326
(603) 625-6464
(603) 625-5650 (fax)
**Attorneys for Irving Oil Limited and Irving Oil
Corporation**

Jeffrey L. Fillerup
Luce Forward Hamilton & Scripps LLP
Two Rincon Center
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
(415) 356-4600
(415) 356-4610 (fax)
**Attorneys for Pacific Southwest Trading**

Heather M. Fusco
Beveridge & Diamond PC
477 Madison Avenue
New York, NY 10022
(212) 702-5400
(212) 702-5450 (fax)
**Attorneys for Sunoco, Inc.**

John C. Gillespie
　　　Joseph J. McGovern
Parker McCay & Criscuolo P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ 08053
(856) 596-8900
(856) 596-9631 (fax)
**Attorneys for Plaintiffs in New Jersey American
Water Company, Inc., et al.**

Robert J. Gordon
Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY 10038
(212) 558-5500
(212) 344-5461 (fax)
**Attorneys for Canton Board of Education,
Columbia Board of Education, Childhood
Memories, Our Lady of the Rosary Chapel,
American Distilling & Manufacturing Co., Inc.,
Town of East Hampton, and United Water CT,
Inc. (Connecticut); City of Portsmouth and City of
Dover (New Hampshire); Long Island Water
Corp. and Water Authority of Great Neck North
(New York); and Town of Hartland (Vermont)**

Steven M. Gordon
Shaheen & Gordon PA
Two Capital Plaza
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
(603) 225-5112
**Attorneys for Ultramar Energy, Inc., Ultramar
Limited, Valero Energy Corp. and Valero
Marketing & Supply Company**

Steven M. Greenspan
Day Berry & Howard LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
**Attorneys for Inland Fuel Terminals Inc.**

Frank M. Grenard
Whitfield & Eddy PLC
317 6th Avenue, Suite 1200
Des Moines, IA  50309-4195
(515) 288-6041
(515) 246-1474 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA, LP, Fina Oil and Chemical Company, Total Holdings USA, Inc. (erroneously named as Total Fina Elf), Diamond Shamrock Refining and Marketing, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Colorado Refining Company, Valero Refining Company Louisiana, Valero Refining Company Texas, Valero Refining Company New Jersey, Conoco, Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips Company, Phillips Petroleum Company n/k/a ConocoPhillips Company and Tosco Refining Company, n/k/a ConocoPhillips**

John S. Guttmann
Beveridge & Diamond, PC
1350 I Street, N.W., Suite 700
Washington, DC  20005
(202) 789-6020
(202) 789-6190 (fax)
**Attorneys for Sunoco Inc. and Sunoco Inc. (R&M)**

Tracie J. Renfroe
        J. Clifford Gunter
        M. Coy Connelly
        Mike Dimnore
Bracewell & Patterson LLP
711 Louisiana Street, Suite 2900
Houston, TX  77002
(713) 221-1404
(713) 221-2123 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP,  ATOFINA Petrochemicals, Inc., Diamond Shamrock Refining and  Marketing, Total Holdings USA, Inc.,  Ultramar, Inc., Ultramar Energy, Inc., Ultramar Ltd., Valero Energy Corporation,  Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero- Colorado Refining Company, Valero Refining Company-California,  Valero Refining Company-New Jersey, Valero  Refining Company-Louisiana and Valero Refining Company- Texas**

Larry G. Gutz
Moyer & Bergman PLC
2720 1st Avenue, NE
Cedar Rapids, IA  52402-1943
(319) 366-7331
(319) 366-3668 (fax)
**Attorneys for Fauser Oil Co., Inc.**

David S. Hardy
        Dorit S. Heimer
Levett Rockwood PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT  06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation,
Coastal Eagle Point Oil Company, Coastal
Mobile Refining Company, Coastal States
Trading Inc., Coastal Refining and Marketing,
El Paso CGP Company,  El Paso Corporation,
Marathon Ashland Petroleum LLC, Marathon
Oil Corporation and Sunoco Inc.**

Jeffrey R. Hellman
Zeisler & Zeisler PC
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT  06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

Matthew T. Heartney
        Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
(213) 243-4000
(213) 243-4199 (fax)
**Attorneys for Atlantic Richfield Company and
BP Products North America, Inc.**

Alan J. Hoffman
Blank Rome LLP
One Logan Square
Philadelphia, PA  19103-6998
(215) 569-5505
(215) 832-5505 (fax)
**Attorneys for Lyondell Chemical Company, f/k/a/
Lyondell Petrochemical Company and f/k/a/
ARCO Chemical Company**

Peter W. Heed, Attorney General
        Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH  03301-6397
**Attorneys for Plaintiff State of New Hampshire**

Hojoon Hwang
        William D. Temko
Munger Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA  90071
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell  Oil
Products U.S., Texaco Refining & Marketing, Inc.
and Equilon Enterprises LLC**

Donna Nelson Heller
Finn Dixon & Herling LP
One Landmark Square, Suite 1400
Stamford, CT  06901
(203) 325-5000
(203) 348-5777 (fax)
**Attorneys for Lyondell Chemical Company**

William J. Kayatta, Jr.
Pierce Atwood
One Monument Square
Portland, ME  04101
(207) 791-1100
(207) 791-1350 (fax)
**Attorneys for Lyondell Chemical Company**

Joseph C. Kearfott
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219
(804) 788-8200
(804) 788-8218 (fax)
**Attorneys for Koch Industries Inc.**

Frederic R. Klein
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL  60603-5802
(312) 201-4000
(312) 332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil Company of California**

Peter R. Knight
LeBoeuf Lamb Greene & MacRae LLP
225 Asylum Street
Hartford, CT  06103
(860) 293-3550
(860) 293-3555 (fax)
**Attorneys for Getty Petroleum  Marketing Inc.**

Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT  06103-3178
(860) 240-2926
(860) 240-2818 (fax)
**Attorneys for Crown Central Petroleum  Corp.**

J. Andrew Langan
    Mark S. Lillie
    R. Chris Heck
Kirkland & Ellis LLP
200 East Randolph Drive, Suite 6100
Chicago, IL  60601-6636
(312) 861-2000
(312) 861-2200 (fax)
**Attorneys for Atlantic Richfield Company,  ARCO Products Company, BP America Inc.,  BP Amoco Chemical Company, BP Company  North America Inc., BP Corporation North  America Inc. (f/k/a BP Amoco Corporation  and Amoco Corporation), BP Products North  America Inc. (f/k/a Amoco Oil Company and  misnamed as BP Product North Americas,  Inc.) and BP West Coast Products LLC**

Trenten D. Klingerman
Stuart & Branigin LLP
The Life Building, Suite 800
600 Main Street
P.O. Box 1010
Lafayette, IN  47902
(765) 423-1561
(765) 742-8175 (fax)

Brian M. Ledger
        Rudy R. Perrino
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA  92101-3541
(619) 696-6700
(619) 696-7124 (fax)
**Attorneys for Kern Oil & Refining Co.**

Steven L. Leifer
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7723
(202) 585-1040 (fax)
**Attorneys for Marathon Ashland Petroleum
LLC and Marathon Oil Corporation**

Scott L. Long
Brown Winick Graves Gross Baskerville
        and Schoenebaum PLC
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510
(515) 242-2400
(515) 283-0231 (fax)

Tracie L. Longman
        Andrew G. Wailgum
        Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA  02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company, BP
America, Inc., BP Amoco Chemical Company,
BP Company North America Inc., BP
Corporation North America Inc., BP Global
Special Products (America) Inc. and BP
Products North America Inc. (formerly known
as Amoco Oil Company and misnamed as BP
Products North Americas, Inc.)**

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
1180 Iron Point Road, Suite 145-B
Folsom, CA  95630
(916) 985-4400
(916) 985-0100 (fax)
**Attorneys for New West Petroleum and New West
Petroleum LLC**

Joseph W. Martini
        Karen Mignone
        Paul J. Hogan
        Amy McCallan
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**

John McGahren
        Kristi Midboe Miller
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ  07101-3174
(973) 639-7270
(973) 639-7298 (fax)
**Attorneys for ConocoPhillips Company,  Conoco
Inc., Phillips Petroleum Company,  Phillips 66
Company and Tosco Corporation**

Matthew F. Medeiros
Little Bulman Medeiros & Whitney PC
72 Pine Street
Providence, RI  02903
(401) 272-8080
(401) 272-8195 or (401) 490-6918 (fax)
**Attorneys for CITGO Petroleum Corp.**

Michael Axline
Miller, Axline & Sawyer
1651 Response Road, Second Floor
Sacramento, CA 95815
(916) 927-8600
(916) 927-9267 (fax)
**Attorneys for Plaintiff City of Fresno**

Jeffrey W. Moryan
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
(973) 535-9217 (fax)
**Attorneys for Motiva Enterprises LLC**

Samuel P. Moulthrop
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
(973) 538-1984 (fax)
**Attorneys for Koch Industries, Inc.**

J. Stephen Bennett
        Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Charles T. O'Brien
225 High Ridge Road
Stamford, CT 06905
(203) 978-6988
(203) 978-6952 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

Neal L. Moskow
        Valerie J. Payne
Ury & Moskow LLC
888 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393
(203) 610-6399 (fax)
**Attorneys for Plaintiffs Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel and United Water Connecticut, Inc.**

W. Scott O'Connell
Nixon Peabody LLP
889 Elm Street
Manchester, NH 03101-2019
(603) 628-4000
(603) 628-4087 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

Peter W. Mosseau
        Jeffrey A. Meyers
Nelson Kinder Mosseau & Saturley PC
99 Middle Street
Manchester, NH 03101
(603) 647-1800
(603) 647-1900 (fax)
**Attorneys for CITGO Petroleum Corp.**

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Ste. A
P.O. Box 3546
Tallahassee, FL 32315-3546
**Attorneys for McKenzie Service Co., Inc.**

Peter J. Sacripanti
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)
**Attorneys for Exxon Corporation, Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Company, ExxonMobil Pipe Line Company, ExxonMobil Refining and Supply Company, and Mobil Corporation**

William L. Parker
Fitzhugh Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)
**Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P.O. Box 1271
Pensacola, FL 32502-1271
(850) 433-6581
(850) 434-5856 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Co. LP**

Matthew F. Pawa
Law Offices of Matthew F. Pawa, PC
1280 Centre Street, Suite 230
Newton Center, MA 02459
(617) 641-9550
(617) 641-9551 (fax)
**Attorneys for Plaintiff State of New Hampshire**

Barry Richard
Greenberg Traurig PA
101 East College Avenue
P.O. Drawer 1838
Tallahassee, FL 32302
(850) 222-6891
(850) 681-0207 (fax)
**Attorneys for ConocoPhillips Company, individually and as successor-in-interest to Conoco, Inc. and Phillips Petroleum Company and d/b/a Phillips 66 Company, Tosco Corporation, individually and a/k/a Tosco Refining Company and a/k/a Tosco Marketing Company**

Lawrence P. Riff
Steptoe & Johnson LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
(213) 439-9599 (fax)
**Attorneys for Lyondell Chemical Company**

Marc A. Rollo
    Frank D. Allen
    Carlos M. Bollar
Archer & Greiner PC
One Centennial Square
P.O. Box 3000
Haddonfield, NJ  08033-0968
(856) 795-2121
(856) 795-0574 (fax)
**Attorneys for Exxon Mobil Chemical  Company, Inc. (individually and f/k/a Mobil Chemical Company, Inc.), Exxon Mobil Corporation [individually and as successor-in-interest to Exxon Corporation and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), Exxon Mobil Oil Corporation (individually and f/k/a Mobil Oil Corporation) and Exxon Mobil Pipeline Company**

Richard M. Sandman
Rodman Rodman & Sandman PC
442 Main Street, Suite 300
Malden, MA  02148-5122
(781) 322-3720
(781) 324-6906 (fax)
**Attorneys for Plaintiffs in Town of Duxbury, et al.**

Lauren E. Rosenblatt
Hunton & Williams LLP
200 Park Avenue
New York City, NY  10166-0136
(212) 309-1000
(212) 309-1100 (fax)
**Attorneys for Koch Industries, Inc.**

Daniel P. Scapellati
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
(860) 548-0006 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and  Marketing, Fina Oil and Chemical Company,  Ultramar, Inc., Valero Energy Corporation,  Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana and Valero Refining Company Texas**

C. Joseph Russell
Bose McKinney & Evans LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (fax)
**Attorneys for Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc.  and Mobil Corporation**

Fred E. Schulz
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive
Chicago, IL  60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Marc M. Seltzer
        David C. Marcus
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA   90067
310-789-3100
310-789-3150 (fax)
**Attorneys for ARCO Chemical Company and
Lyondell Chemical Company**

Andrew W. Serell
Rath Young & Pignatelli
One Capital Plaza
P.O. Box 1500
Concord, NH  03302-1500
(603) 226-2600
(603) 226-2700 or (603) 228-2294 (fax)
**Attorneys for Chevron Texaco Corp., Chevron
U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil
Co. and Texaco Refining & Marketing, Inc.**

Victor M. Sher
Sher Leff LLP
450 Mission Street, Suite 500
San Francisco, CA  94105
(415) 348-8300
(415) 348-8333 (fax)
**Attorneys for Plaintiffs California-American
Water Company and State of New Hampshire**

Charles Siddons
McMillan Constabile LLP
777 Summer Street
Stamford, CT  06901
**Attorneys for Star Supply Petroleum, Inc.**

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY  11753
(516) 478-5451
(516) 478-5490 (fax)
**Attorneys for Getty Properties Corp.**

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX  77079
(281) 293-1740
(281) 293-3826 (fax)
**Attorneys for ConocoPhillips Company, Conoco
Inc., Phillips Petroleum Company, Phillips 66
Company and Tosco Corporation**

Thomas J. Smith
Galloway Johnson Tompkins Burrr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA  70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Donald M. Snemis
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN  46282
(317) 236-2100
(317) 236-2219 or  (317) 592-4765 (fax)

Robert K. Stanley
        Melissa M. Hinds
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative,  LLC,
successor by merger to  Countrymark
Cooperative, Inc.**

Jeffrey G. Stark
Meyer Suozzi English & Klein PC
1505 Kellum Place
Mineola, NY  11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC,  Motiva
Enterprises LLC, Shell Oil  Company, Shell Oil
Products Company, Shell Oil Products
Company LLC, Shell  Petroleum Inc., Shell
Trading (US) Company and Texaco Refining &
Marketing (East) Inc.**

P. Scott Summy
Baron & Budd PC
3102 Oak Lawn Avenue
The Centrum Building, Suite 1100
Dallas, TX  75219
(214) 521-3605
(214) 520-1181 (fax)
**Attorneys for Escambia County Utilities Authority
(Florida); Village of Island Lake (Illinois); City of
Rockport, City of Mishawaka, City of South Bend,
North Newton School Corporation (Indiana); City
of Sioux City, City of Galva, City of Ida Grove
(Iowa); City of Bel Aire, Chisolm Creek Utility
Authority, City of Dodge City, City of Park City
(Kansas);  Exxon Mobil Corp., Brimfield Housing
Authority (Massachusetts); and Patrick County
School Board, Buchanan County School Board,
Greensville County Water and Sewer Authority
(Virginia)**

Anthony J. Stoik
Klass Stoik Mugan, et al.
627 Fourth Street, Suite 300
P.O. Box 327
Sioux City, IA  51102
(712) 252-1866
(712) 252-5822 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical, Inc.**

Stephen L. Tober
Tober Law Offices
381 Middle Street
P.O. Box 1377
Portsmouth, NH  03802
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

Shaun S. Sullivan
Wiggin & Dana LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508-1832
(203) 498-4400
(203) 782-2889 (fax)

Owen J. Todd
          Kathleen M. Genova
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626
(617) 720-2626 (fax)
**Attorneys for CITGO Petroleum Corporation  and
CITGO Refining and Chemical Inc.**

Mark E. Tully
Goodwin Procter LLP
Exchange Place, Second Floor
Boston, MA  02109-2881
(617) 570-1000
(617) 523-1231 (fax)
**Attorneys for Gulf Oil Corporation and Gulf Oil
Limited Partnership**

Martha Van Oot
Orr & Reno PA
One Eagle Square
P.O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
(603) 224-2318 (fax)
**Attorneys for Plaintiff State of New Hampshire**

Robert V. Waterman, Jr.
Lane & Waterman LLP
220 North Main Street, Suite 600
Davenport, IA 52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation and Mobil Oil Corp.**

Richard E. Wallace, Jr.
    Peter C. Condron
Wallace King Marraro & Branson PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc. and Star Enterprise**

Joseph P. Williams
    Paul D. Sanson
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S. and Shell Petroleum Inc.**

John J. Wasilczyk
    Allison N. Shue
    David L. Schrader
    Michael T. Zarro
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco Inc., Chevron Texaco Corporation and Chevron Environmental Services Company**

Lynn Wright
Edwards & Angell LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
(212) 308-4844 (fax)
**Attorneys for Unocal Corporation**

Craig H. Zimmerman
McDermott Will & Emery
227 West Monroe Street
Chicago, IL   60606
(312) 372-2000
(312) 984-7700 (fax)

**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation and Mobil Oil Corp.**