

1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 2 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDIICAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: | ) MDL Docket No. 1358 |
| | ) |
| **METHYL TERTIARY BUTYL ETHER** | ) |
| **PRODUCTS LIABILITY LITIGATION** | ) |
| | ) |
| | ) |

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-5)

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned parties hereby state as follows:

1. The People of the State of California, City of Elk Grove, Sacramento County Water Agency, Sacramento Groundwater Authority, Citrus Heights Water District, Del Paso Manor Water District, Fair Oaks Water District, Florin Resource Conservation District, Rio Linda Elverta Community Water District, Sacramento Suburban Water District, San Juan Water District, California-American Water Company and City of Sacramento are plaintiffs in the action *People of the State of California et al. v. Atlantic Richfield Co., et. al.*, Case No. 03-2653 GEB DAD (E.D.Cal.), which is identified as a "tag-along case" in the schedule of district court civil actions subject to CTO-5, issued by the Panel on February 25, 2004.

2. Orange County Water District is the plaintiff in the action *Orange County Water District v. Unocal, et al.*, Case No. 03-1742 JVS (ANx) (C.D. Cal.), which is identified as a "tag-

OFFICIAL FILE COPY

IMAGED MAR 1 2 '04

along case" in the schedule of district court civil actions subject to CTO-5, issued by the Panel on February 25, 2004.

3.    City of Riverside is the plaintiff in the action *City of Riverside v. Atlantic Richfield Co., et al.*, Case No. 04-53 JVS (ANx) (C.D. Cal.), which is identified as a "tag-along case" in the schedule of district court civil actions subject to CTO-5, issued by the Panel on February 25, 2004.

4.    Quincy Community Services District is the plaintiff in the action *Quincy Community Services District v. Atlantic Richfield Co., et al.*, Case No. 03-2582 LKK DAD (E.D. Cal.), which is identified as a "tag-along case" in the schedule of district court civil actions subject to CTO-5, issued by the Panel on February 25, 2004. Quincy Community Services District opposes transfer of this action to MDL No. 1358.

5.    City of Roseville is the plaintiff in the action *City of Roseville v. Atlantic Richfield Co., et al.*, Case No. 03-2601 MCE GGH (E.D. Cal.), which is identified as a "tag-along case" in the schedule of district court civil actions subject to CTO-5, issued by the Panel on February 25, 2004.

6.    Martin Silver, Pauline Silver, Laura Silver, John T. Kruso, Dennis A. Kruso, Stephen L. Kruso, Diane K. Crandall, and Adrian Kruso are the plaintiffs in the action *Martin Silver, et al. v. Alon USA Energy, Inc., et al.*, Case No. 03-2408 WQH (S.D. Cal.), which is identified as a "tag-along case" in the schedule of district court civil actions subject to CTO-5, issued by the Panel on February 25, 2004.

WHEREFORE, Plaintiffs the People of the State of California, City of Elk Grove, Sacramento County Water Agency, Sacramento Groundwater Authority, Citrus Heights Water District, Del Paso Manor Water District, Fair Oaks Water District, Florin Resource Conservation

District, Rio Linda Elverta Community Water District, Sacramento Suburban Water District, San Juan Water District, California-American Water Company and City of Sacramento hereby notify the Panel that they oppose the transfer of the action *People of the State of California et al. v. Atlantic Richfield Co., et. al.*, Case No. 03-2653 GEB DAD (E.D.Cal.), to MDL No. 1358, and intend to move to vacate the above-referenced conditional transfer order as it applies to that action;

WHEREFORE, Plaintiff Orange County Water District hereby notifies the Panel that it opposes the transfer of the action *Orange County Water District v. Unocal, et al.*, Case No. 03-1742 JVS (ANx) (C.D. Cal.), to MDL No. 1358, and intends to move to vacate the above-referenced conditional transfer order as it applies to that action;

WHEREFORE, Plaintiff City of Riverside hereby notifies the Panel that it opposes the transfer of the action *City of Riverside v. Atlantic Richfield Co., et al.*, Case No. 04-53 JVS (ANx) (C.D. Cal.), to MDL No. 1358, and intends to move to vacate the above-referenced conditional transfer order as it applies to that action;

WHEREFORE, Plaintiff Quincy Community Services District hereby notifies the Panel that it opposes the transfer of the action *Quincy Community Services District v. Atlantic Richfield Co., et al.*, Case No. 03-2582 LKK DAD (E.D. Cal.), to MDL No. 1358, and intends to move to vacate the above-referenced conditional transfer order as it applies to that action;

WHEREFORE, Plaintiff City of Roseville hereby notifies the Panel that it opposes the transfer of the action *City of Roseville v. Atlantic Richfield Co., et al.*, Case No. 03-2601 MCE GGH (E.D. Cal.), to MDL No. 1358, and intends to move to vacate the above-referenced conditional transfer order as it applies to that action; and

WHEREFORE, Plaintiffs Martin Silver, Pauline Silver, Laura Silver, John T. Kruso, Dennis A. Kruso, Stephen L. Kruso, Diane K. Crandall, and Adrian Kruso hereby notify the Panel that they oppose the transfer of the action *Martin Silver, et al. v. Alon USA Energy, Inc., et al.*, Case No. 03-2408 WQH (S.D. Cal.), to MDL No. 1358, and intend to move to vacate the above-referenced conditional transfer order as it applies to that action.

Respectfully submitted,

JAN SCULLY, DISTRICT ATTORNEY

ALBERT LOCHER
Assistant Chief Deputy District Attorney

Dated: March 10, 2004     By: *Russ Detrick*

Russ Detrick, Supervising Deputy District Attorney
SACRAMENTO COUNTY DISTRICT ATTORNEY
Environmental Protection Division
906 G Street, Suite 700
Sacramento, CA 95814
Telephone: (916) 874-6174
Facsimile: (916) 874-7660

Counsel for the People of the State of California

SHER LEFF, LLP

Dated: March 11, 2004     By: *Victor M. Sher*

Victor M. Sher
450 Mission Street, Suite 500
San Francisco, CA 94105
Telephone: (415) 348-8300
Facsimile: (415) 348-8333

Counsel for Orange County Water District, City of Riverside, Quincy Community Services District, City of Roseville, City of Elk Grove, Sacramento County Water Agency, Sacramento Groundwater Authority, Carmichael Water District, Citrus Heights Water District, Del Paso Manor Water District, Fair Oaks Water District, Florin Resource Conservation District, Rio Linda Elverta

Community Water District, Sacramento Suburban Water District, San Juan Water District, California-American Water Company, City of Sacramento, Martin Silver, Pauline Silver, Laura Silver, John T. Kruso, Dennis A. Kruso, Stephen L. Kruso, Diane K. Crandall, and Adrian Kruso

BARON & BUDD, P.C.
Scott Summy
Celeste A. Evangelisti
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219-4281
Telephone: (214) 523-6267
Facsimile: (214) 520-1181

Counsel for City of Riverside, Quincy Community Services District, City of Roseville, City of Elk Grove, Sacramento County Water Agency, Sacramento Groundwater Authority, Carmichael Water District, Citrus Heights Water District, Del Paso Manor Water District, Fair Oaks Water District, Florin Resource Conservation District, Rio Linda Elverta Community Water District, Sacramento Suburban Water District, San Juan Water District, California-American Water Company, City of Sacramento, Martin Silver, Pauline Silver, Laura Silver, John T. Kruso, Dennis A. Kruso, Stephen L. Kruso, Diane K. Crandall, and Adrian Kruso

MILLER, AXLINE & SAWYER
Duane A. Miller
Michael D. Axline
1050 Fulton Avenue, Ste. 100
Sacramento, CA 95825
Telephone: (916) 488-6688
Facsimile: (916) 488-4288

Counsel for Orange County Water District

# SCHEDULE CTO-5 - TAG ALONG CASES
# DOCKET NO. 1358
# IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

## DISTRICT DIV. CIVIL ACTION#

**CALIFORNIA CENTRAL**

| | | | |
|---|---|---|---|
| CAC | 5 | 03-1460 | City of Riverside v. Atlantic Richfield Co., et al. |
| CAC | 8 | 03-1742 | Orange County Water District v. Unocal Corp., et al. |

**CALIFORNIA EASTERN**

| | | | |
|---|---|---|---|
| CAE | 2 | 03-2582 | Quincy Community Services District v. Atlantic Richfield Co., et al. |
| CAE | 2 | 03-2601 | City of Roseville v. Atlantic Richfield Co., et al. |
| CAE | 2 | 03-2653 | People of the State of California, et al. v. Atlantic Richfield Co., et al. |

**CALIFORNIA SOUTHERN**

| | | | |
|---|---|---|---|
| CAS | 3 | 03-2408 | Martin Silver, et al. v. Alon USA Energy, Inc., et al. |

**CONNECTICUT**

| | | | |
|---|---|---|---|
| CT | 3 | 03-2252 | Exxon Mobil Corp., et al. v. American Distilling & Manufacturing Co., Inc., et al. |

**FLORIDA NORTHERN**

| | | | |
|---|---|---|---|
| FLN | 3 | 03-597 | Exxon Mobil Corp., et al. v. Escambia County Utilities Authority |

**IOWA NORTHERN**

| | | | |
|---|---|---|---|
| IAN | 5 | 03-4124 | ExxonMobil Corp., et al. v. City of Galva, et al. |

**ILLINOIS NORTHERN**

| | | | |
|---|---|---|---|
| ILN | 1 | 03-8973 | City of Crystal Lake, et al. v. Amerada Hess Corp., et al. |
| ILN | 1 | 03-9026 | Exxon Mobil Corp., et al. v. City of Crystal Lake, et al. |

**INDIANA NORTHERN**

| | | | |
|---|---|---|---|
| INN | 3 | 03-904 | City of Mishawaka v. Amerada Hess Corp., et al. |
| INN | 3 | 03-905 | City of South Bend, Indiana v. Amerada Hess Corp., et al. |
| INN | 4 | 03-103 | North Newton School Corp. v. Amerada Hess Corp., et al. |

**INDIANA SOUTHERN**

| | | | |
|---|---|---|---|
| INS | 3 | 03-223 | Exxon Mobil Corp., et al. v. City of Rockport, et al. |

**KANSAS**

| | | | |
|---|---|---|---|
| KS | 6 | 03-1455 | City of Park City, Kansas v. Alon USA Energy Inc., et al. |
| KS | 6 | 03-1456 | City of Dodge City, Kansas v. Alon USA Energy Inc., et al. |
| KS | 6 | 03-1457 | Chisholm Creek Utility Authority v. Alon USA Energy Inc., et al. |
| KS | 6 | 03-1458 | City of Bel Aire v. Alon USA Energy Inc., et al. |
| KS | 6 | 04-1009 | Exxon Mobil Corp., et al. v. Chisholm Creek Utility Authority, et al. |

**MASSACHUSETTS**

| | | | |
|---|---|---|---|
| MA | 1 | 03-12539 | Exxon Mobil Corp. v. Brimfield Housing Authority, et al. |

**NEW HAMPSHIRE**

| | | | |
|---|---|---|---|
| NH | 1 | 03-518 | Exxon Mobil Corp., et al. v. City of Portsmouth, New Hampshire, et al. |
| NH | 1 | 03-542 | City of Portsmouth, New Hampshire v. Amerada Hess Corp., et al. |
| NH | 1 | 03-546 | City of Dover v. Amerada Hess Corp., et al. |

**NEW YORK EASTERN**

| | | | |
|---|---|---|---|
| NYE | 2 | 03-6125 | Long Island Water Corp. v. Amerada Hess Corp., et al. |
| NYE | 2 | 03-6274 | Exxon Mobile Corp., et al. v. Long Island Water Corp., et al. |

SCHEDULE CTO-5 (CONT.) MDL-1358                                    Page 2 of 2

## DISTRICT DIV. CIVIL ACTION#

**VIRGINIA WESTERN**
    VAW    4  03-104   Patrick County School Board v. Amerada Hess Corp., et al.
    VAW    4  03-105   Exxon Mobil Corp., et al. v. Patrick County School Board, et al.

**VERMONT**
    VT    2  03-337   Town of Hartland v. Amerada Hess Corp., et al.
    VT    2  03-343   Exxon Mobil Corp., et al. v. Town of Hartland

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 12 2004

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA            )
                               )        ss
COUNTY OF SAN FRANCISCO        )

*People of the State of California, et al. v. Atlantic Richfield Company, et al.*
Case No. 03-2653 GEB DAD (E.D. Cal.)

*Orange County Water District v. Unocal, et al.*
Case No. 03-1742 JVS (ANx) (C.D. Cal.)

*City of Riverside v. Atlantic Richfield Company, et al.*
Case No. 04-53 (ANx) (C.D. Cal.)

*Quincy Community Services District v. Atlantic Richfield Company, et al.*
Case No. 03-2582 LKK DAD (E.D. Cal.)

*City of Roseville v. Atlantic Richfield Company, et al.*
Case No. 03-2601 MCE GGH (E.D. Cal.)

*Martin Silver, et al. v. Alon USA Energy, Inc., et al.*
Case No. 03-2408 WQH (S.D. Cal.)

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 450 Mission Street, Suite 500, San Francisco, CA 94105.

On **March 11, 2004**, I served the following documents described as:

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-5)

[ X ]   by placing true copies thereof in sealed envelope(s) addressed as follows:

### SEE ATTACHED SERVICE LIST

[ X ]   **(BY MAIL)** I caused to such envelope to be deposited in the mail at San Francisco, California with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit. Executed on **March 11, 2004**, at San Francisco, California.

[ X ]   **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Julie Choate

6

## MASTER COUNSEL LIST
(updated 03-04-04)

## IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, LLP
300 Park Avenue, 18th Floor
New York, NY 10022-7402
(212) 609-6805
(212) 935-1893 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL 32822
(407) 275-7253

Carolyn G. Anderson
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
(612) 341-0400
(612) 341-0844 (fax)
**Attorneys for City of Rockport, City of Mishawaka, City of South Bend, North Newton School**

Jon D. Anderson
        Michele D. Johnson
        John J. Lyons
        Peter John Wilson
Latham & Watkins, LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1918
(714) 540-1235
(714) 755-8290 (fax)
**Attorneys for Tosco Corporation, ConocoPhillips Company**

James M. Armstrong
Foulston & Siefkin, LLP
700 Bank of America Center
100 North Broadway
Wichita, KS 67202-2295
(316) 267-6371
(316) 267-6345 (fax)

Paul S. Aronowitz
        Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Suite 305
Auburn, CA 95603
**Attorneys for Nella Oil Company LLC**

Mark S. Baldwin
Brown, Rudnick, Berlack & Israels, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3402
(860) 509-6514
(860) 509-6501 (fax)
**Attorneys for Koch Industries Inc.**

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2200
(314) 259-2020 (fax)
**Attorneys for Premcor Refining Group**

Deborah E. Barnard
     Robin L. Main
     Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

M. Scott Barrett
Barrett & Associates
520 North Walnut Street
PO Box 5233
Bloomington, IN   47407-5233
(812) 336-4664
(812) 337-8850 (fax)
**Attorneys for City of Rockport, City of Mishawaka, City of South Bend, North Newton School**

William W. Barrett
Williams Hewitt & Robbins, LLP
600 N. Emerson Avenue
Greenwood, IN  46143
(317) 888-1121
(317) 887-4069 (fax)
**Attorneys for City of Rockport, City of Mishawaka, City of South Bend, North Newton School**

Charles F. Becker
Belin, Lamson, McCormick, Zumbach & Flynn
Financial Center
666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
(515) 283-4609
(515) 558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Peter G. Beeson
Devine, Millimet & Branch
111 Amherst Street
P. O. Box 719
Manchester, NH  03105-0719
(603) 669-1000
(603) 669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

Peter A. Bellacosa
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
(212) 446-4900 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

David E. Bengtson
Stinson Morrison Hecker, LLP
600 Commerce Bank Center
150 North Main Street
Wichita, KS  67202
(316) 265-8800
(316) 265-1349 (fax)

Rebecca J. Bernstein
ATOFINA Chemicals, Inc.
2000 Market Street
Philadelphia PA 19103
(215) 419-5415
(215) 419-7933 (fax)
**Attorneys for Total Holdings USA, Inc. formerly known as Total Fina Elf**

Elizabeth L. Bevington
Holland & Knight, LLP
P.O. Box 810
Tallahassee, FL 32302-0810
(850) 224-7000
(850) 224-8832 (fax)
**Attorneys for Exxon Mobil Chemical Company, Inc., individually and formerly known as Mobil Chemical Company, Inc., Exxon Mobil Corporation, individually and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), and Exxon Mobil Oil Corporation, individually and formerly known as Mobil Oil Corporation**

Daniel C. Blaney
Blaney, Casey Walton - Mor/IN
86 E. State Street
PO Box 500
Morocco, IN 47963

Stephen F. Bolton
Moore, Hill & Westtmoreland
PO Box 1792
Pensacola, FL 32598

Anthony A. Bongiorno
McDermott, Will & Emery
28 State Street
Boston, MA 02109-1775
(617) 535-4044
(617) 535-3800 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

Anton J. Borovina
Borovina & Marullo, PLLC
425 Broadhollow Road
Melville, NY 11747

F. Wesley Bowers
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P. O. Box 1287
Evansville, IN 47706-1287
(812) 426-1231
(812) 464-3676 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Timothy F. Burr
Galloway, Johnson, Tompkins, Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Chelsea Sandwich, LLC
800 South Street
Waltham, MA 02254-9161

Mark H. Churchill
McDermott, Will & Emery
600 13ᵗʰ Street, NW
Washington, DC 20005-3096

David L. Cleary
Cleary Shahi Associates, PC
110 Merchants Row
PO Box 6740
Rutland, VT 05702-6740

Roxanne Conlin
Conlin & Associates, PC
319 7th Street, Suite 600
Des Moines, IA 50309
(515) 283-1111
(515) 282-0477 (fax)
**Attorneys for City of Galva, City of Sioux City, City of Ida Grove**

Thomas Constabile
          Randle B. Carpenter, Jr.
McMillan Constabile, LLP
River House - Suite 2
2180 Boston Post Road
Larchmont, NY 10538
(914) 834-3500
(914) 834-0620 (fax)
**Attorneys for Star Supply Petroleum Inc.**

John D. Cooney
Kevin Conway
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602
(312) 236-6166
(312) 236-3029 (fax)
**Attorneys for Village of Island Lake**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL 32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Escambia County Utilities Authority**

David J. Crotta, Jr.
Francis J. Drumm, III
Robert G. Oliver
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06510
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH 03301
**For El Paso Merchant Energy Petroleum**

Angelo A. Cuonzo
Slowinski, Atkins & Czyz, LLP
One Newark Center
Newark, NJ 07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

George A. Dagon, Jr.
Murtha Cullina, LLP
City Place I
185 Asylum Street
Hartford, CT 06103

(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Barry R. Davidson
Hunton & Williams, LLP
1111 Brickell Avenue
Miami, FL 33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA 30339-5673
**Attorneys for Chevron**

Mindy G. Davis
Brent H. Allen
Alan M. Wiseman
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800
(202) 383-6610 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company and El Paso Corporation**

Jennifer M. DelMonico
Murtha Cullina, LLP
Whitney Grove Square
2 Whitney Avenue
P. O. Box 704-A
New Haven, CT 06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc.,**

**BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Michael DeMarco
    Daniel E. Rosenfeld
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109
(617) 261-3100
(617) 261-3175 (fax)
**Attorneys for ConocoPhillips Company**

Wayne F. Dennison
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA  02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Craig J. DeRecat
Manatt Phelps & Phillips
11355 W. Olympic Blvd.
Los Angeles, CA  90064-1614
(310) 312-4000
(310) 312-4224 (fax)

Russ Detrick
Sacramento County District Attorney
PO Box 749
901 G Street
Sacramento, CA  95814
(916) 874-5857

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Suite 4000
El Segundo, CA 90245
**Corporate Secretary for Unocal Corp.**

M. Jerome Diamond
Diamond & Robinson
15 East State Street
PO Box 1460
Montpelier, VT  05601-1460
(802) 223-6166 or (802) 862-5195
(802) 229-4457 (fax)

Brendan M. Dixon
Unocal Corp.
376 S. Valencia Avenue
Brea, CA  92626
(714) 577-2933
(714) 577-2980 (fax)
**Attorneys for Unocal Corporation, Union Oil Company of California**

Robert P. Doty
    Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA  94111-2585
(415) 392-4200
(415) 392-4250 (fax)
**Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc., Northridge Petroleum Marketing U.S., Inc.**

Colleen P. Doyle
    Diana Pfeffer Martin
    Catherine M. Stites
Bingham McCutchen, LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071
(213) 680-6400
(213) 680-6499 (fax)
**Attorneys for Exxon Mobil Corporation, Mobil Corporation, Tesoro Refining and Marketing, Inc.**

James W. Draughn, Jr.
Kirkland & Ellis
655 Fifteenth Street, NW
12th Floor
Washington, DC   20005
(202) 879-5000
(202) 879-5200 (fax)

Mark C. Durkin
Durkin & Polera, PC
1111 Summer Street, 5th Floor
Stamford, CT 06905
(203) 327-0044
(203) 327-0088 (fax)

John V. Dwyer
Winer & Bennett, LLP
110 Concord Street
PO Box 488
Nashua, NH 03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp., Exxon Mobil Oil Corp.**

Jay Eaton
Nyemaster, Goode, Voigts, West & Hansell
700 Walnut Street, Suite 1600
Des Moines, IA   50309
(515) 283-3100
(515) 283-3108 (fax)
Joseph G. Eaton
        Joseph G. Baton
        Michael J. Hulka
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN   46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH   03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical Company**

Dale W. Eikenberry
Wooden & McLaughlin, LLP
One Indiana Square, Suite 1800
Indianapolis, IN   46204-4208
(317) 639-6151
(317) 639-6444 (fax)

Nathan P. Eimer
        Pamela R. Hanebutt
        Lisa S.Meyer
        Ronit C. Barrett
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)

**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA   02453

John J. Fanning
Cullen & Dykman, LLP
177 Montague Street
Brooklyn, NY   11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing Inc. and Getty Terminals Corporation**

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
PO Box 326
Manchester, NH   03105-0326
(603) 625-6464
(603) 625-5650 (fax)
**Attorneys for Irving Oil Limited, Irving Oil Corporation**

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA   94105-1582
(415) 356-4600
(415) 356-4610 (fax)
**Attorneys for Pacific Southwest Trading**

Taylor M. Florence
Bullivant, Houser, Bailey, et al.
11335 Gold Express Drive, Suite 105
Goldriver, CA   95670-4491
(916) 852-9100
(916) 852-5777 (fax)

Heather M. Fusco
Beveridge & Diamond, PC
477 Madison Avenue
New York, NY   10022
(212) 702-5400
(212) 702-5450 (fax)
**Attorneys for Sunoco, Inc.**

Christopher J. Garvey
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8800
(212) 355-3333 (fax)

Dennis L. Gillen
Depew & Gillen, LLC
151 North Main Street, Suite 800
Wichita, KS  67202-1409
(316) 262-4000
(316) 265-3819 (fax)

John C. Gillespie
        Joseph J. McGovern
Parker, McCay & Criscuolo, P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ  08053
(856) 596-8900
(856) 596-9631 (fax)
**Attorneys for Plaintiffs in New Jersey American
Water Company, Inc., et al.**

Robert J. Gordon
        Charles S. McNew
Weitz & Luxenberg
180 Maiden Lane
New York, NY  10038
(212) 558-5500
(212) 344-5461 (fax)
**Attorneys for Canton Board of Education,
Childhood Memories, Columbia Board of
Education, Town of East Hampton, American
Distilling and Mfg. Co. Inc., Our Lady of the
Rosary Chapel, United Water Connecticut, Inc.,
Escambia County Utilities Authority, Village of
Island Lake, City of Rockport, City of
Mishawaka, City of South Bend, North Newton
School,  City of Galva, City of Sioux City, City
of Ida Grove, City of Bel Aire, Chisholm Creek
Utility Authority, City of Dodge City, and City
of Park City, Town of Duxbury, et al., City of
Portsmouth,  City of Dover,  New Jersey
American Water Company, et al., Long Island
Water Corporation, Water Authority of Great
Neck North, Buchanan County School Board,
Greensville Water & Sewer Authority, Patrick
County School Board, Town of Hartland**

Steven M. Gordon
Shaheen & Gordon, PA
Two Capital Plaza
P. O. Box 2703
Concord, NH  03302-2703
(603) 225-7262
(603) 225-5112
**Attorneys for Ultramar Energy, Inc., Ultramar
Limited, Valero Energy Corp., Valero
Marketing & Supply Company**

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 (fax)
**Attorneys for Inland Fuel Terminals Inc.**

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th Avenue, Suite 1200
Des Moines, IA  50309-4195
(515) 288-6041
(515) 246-1474 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA, LP, Fina Oil and Chemical Company, Total Holdings USA, Inc. (erroneously named as Total Fina Elf), Diamond Shamrock Refining and Marketing, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Colorado Refining Company, Valero Refining Company Louisiana, Valero Refining Company Texas, Valero Refining Company New Jersey, Conoco, Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips Company, Phillips Petroleum Company n/k/a ConocoPhillips Company, and Tosco Refining Company, n/k/a ConocoPhillips**

J. Clifford Gunter, III
        Tracie J. Renfroe
        M. Coy Connelly
        Mike Dimmore
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, TX  77002
(713) 223-2900
(713) 221-1212 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero- Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining Company Texas, Ultramar Energy Inc.**

Steven R. Gustavson
        Paul J. Reilly
Baker & Botts
30 Rockefeller Plaza
New York, NY  10112-4498
(212) 408-2500
(212) 408-2501 (fax)

John S. Guttmann
Beveridge & Diamond, PC
1350 I Street, N.W., Suite 700
Washington, DC  20005
(202) 789-6000
(202) 789-6190 (fax)
**Attorneys for Sunoco Inc.**

Larry G. Gutz
Moyer & Bergman, PLC
2720 1st Avenue, NE
Cedar Rapids, IA  52402-1943
(319) 366-7331
(319) 366-3668 (fax)
**Attorneys for Fauser Oil Co., Inc.**

David S. Hardy
        Dorit S. Heimer
Levett Rockwood, PC
33 Riverside Avenue
P. O. Box 5116
Westport, CT  06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company, El Paso Corporation, Marathon Ashland Petroleum LLC, Marathon Oil Corporation, Sunoco Inc.**

Matthew T. Heartney
        Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
(213) 243-4000
(213) 243-4199 (fax)
**Attorneys for Atlantic Richfield Company, BP Products North America, Inc.**

Peter W. Heed, Attorney General
        Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH  03301-6397
**Attorneys for Plaintiff State of New Hampshire**

Donna Nelson Heller
Finn, Dixon & Herling, LP
One Landmark Square, Suite 1400
Stamford, CT 06901
(203) 325-5000
(203) 348-5777 (fax)
**Attorneys for Lyondell Chemical Company**

Jeffrey R. Hellman
Zeisler & Zeisler, PC
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

Mitchell L. Herren
Hinkle Elkouri Law Firm, LLC
2000 Epic Center
301 North Main Street
Wichita, KS 67202-4820
(316) 267-2000
(316) 264-1518 (fax)

Alan J. Hoffman
    Laurence S. Shtasel
Blank Rome, LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA 19103-6998
(215) 569-5500
(215) 569-5555 (fax)
**Attorneys for ARCO Chemical Company,
Lyondell Chemical Company**

George Hoffman, III
Jones, Hoffman & Ullrich
150 N. Main Street
PO Box 365
Franklin, IN 46131

Andrew W. Hutton
Hutton & Hutton, LLC
8100 East 22nd Street
North Building 1200
PO Box 638
Wichita, KS 67201-0638
(316) 688-1166
(316) 686-1077 (fax)
**Attorneys for City of Bel Aire, Chisholm
Creek Utility Authority, City of Dodge City,
City of Park City**

Hojoon Hwang
    William D. Temko
    Patrick E. Cafferty, Jr.
Munger, Tolles & Olson, LLP
355 Grand Ave. Suite 3500
Los Angeles, CA 90071-1560
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil
Products U.S., Texaco Refining & Marketing,
Inc., Equilon Enterprises LLC**

Vivian Imperial *for*
    Equiva Services, LLC
    Westport Petroleum, Inc.
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA 90017

Margaret M. Jones
Jones Law Office
215 S. St. Joseph St., Suite 600
South Bend, IN 47407
**Attorneys for Town of Mishawaka**

William J. Kayatta, Jr.
Pierce, Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)
**Attorneys for Lyondell Chemical Company**

Joseph C. Kearfott
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219
(804) 788-8200
(804) 788-8218 (fax)
**Attorneys for Koch Industries Inc.**

Joseph W. Kennedy
Morris, Laing, Evans, Brock & Kennedy
430 Olive W. Garvey Building
200 West Douglas Avenue
Wichita, KS   67202
(316) 262-2671
(316) 262-6226 (fax)

Frederic R. Klein
Goldberg Kohn, Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL   60603-5802
(312) 201-4000
(312) 332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil
Company of California**

Kenneth M. Kliebard
Howrey Simon Arnold & White, LLP
321 North Clark Street, Suite 3400
Chicago, IL   60610
(312) 595-1239
(312) 595-2250 (fax)

Trenten D. Klingerman
        John C. Duffey
Stuart & Branigin, LLP
The Life Building
300 Main Street
P. O. Box 1010
Lafayette, IN   47902
(765) 423-1561
(765) 742-8175 (fax)

Peter R. Knight
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT   06103
(860) 293-3550
(860) 293-3555 (fax)
**Attorneys for Getty Petroleum  Marketing Inc.**

Ben M. Krowicki
        Eric H. Gaston
Bingham McCutchen, LLP
One State Street
Hartford, CT  06103-3178
(860) 240-2926
(860) 240-2818 (fax)
**Attorneys for Crown Central Petroleum Corp.,
Tesoro Petro Corporation, Tesoro Refining and
Marketing and Tesoro West Coast**

J. Andrew Langan
        Mark S. Lillie
        R. Chris Heck
Kirkland & Ellis, LLP
200 East Randolph Drive, Suite 6100
Chicago, IL  60601-6636
(312) 861-2000
(312) 861-2200 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America Inc.,
BP Amoco Chemical Company, BP Company
North America Inc., BP Corporation North
America Inc. (f/k/a BP Amoco Corporation and
Amoco Corporation), BP Products North
America Inc. (f/k/a Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products LLC**

Andrew Lapayowker
Vice President, General Counsel and Secretary
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)
**Attorneys for Crown  Central  Petroleum
Corporation**

Brian M. Ledger
        Rudy R. Perrino
Gordon & Rees, LLP
101 West Broadway, Suite 1600
San Diego, CA  92101-3541
(619) 696-6700
(619) 696-7124 (fax)
**Attorneys for Kern Oil & Refining Co.**

Steven L. Leifer
    Mark A. Miller
    Lila Pankey Ray
Baker Botts, LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)
**Attorneys for Marathon Ashland Petroleum LLC
and Marathon Oil Corporation**

Charles S. Leone
Attorney for the City of South Bend, IN
1400 County City Building
South Bend, IN 46601

Scott L. Long
Brown, Winick, Graves, Gross, Baskerville
    and Schoenebaum, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
(515) 242-2400
(515) 283-0231 (fax)

Tracie L. Longman
    Andrew G. Wailgum
    Seth M. Wilson
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company, BP
America, Inc., BP Amoco Chemical Company, BP
Company North America Inc., BP Corporation
North America Inc., BP Global Special Products
(America) Inc., BP Products North America Inc.
(formerly known as Amoco Oil Company and
misnamed as BP Products North Americas, Inc.)**

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
11335 Gold Express Drive, Suite 105
Gold River, CA 95670
**Attorneys for New West Petroleum, New West
Petroleum LLC**

Robert W. Mann
Young, Haskins, Mann & Gregory, PC
60 W. Church Street
PO Box 72
Martinsville, VA 24112
(276) 638-2367
(276) 638-1214 (fax)
**Attorneys for Patrick County School Board**

Michael J. Marks
Tarrant, Marks & Gilles
PO Box 1440
Montpelier, VT 05601-1440
(802) 223-1112
(802) 223-6225 (fax)

Joseph W. Martini
    Karen Mignone
    Paul J. Hogan
    Amy McCallan
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**

John McGahren
    Kristi Midboe Miller
Latham & Watkins, LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)
**Attorneys for ConocoPhillips Company,
Conoco Inc., Phillips Petroleum Company,
Phillips 66 Company and Tosco Corporation**

Gerald L. McMahon
Seltzer, Caplan, McMahon & Vitek
2100 Symphony Towers
750 B Street
San Diego, CA 92101-8177
(619) 685-3003
(619) 685-3100 (fax)

Christopher J. McNevin
Pillsbury Winthrop, LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5406
(213) 488-7100
(213) 629-1033 (fax)

Matthew F. Medeiros
Little, Bulman, Medeiros & Whitney, PC
72 Pine Street
Providence, RI  02903
(401) 272-8080
(401) 272-8195 or (401) 490-6918 (fax)
**Attorneys for CITGO Petroleum Corp.**

Duane C. Miller
　　A. Curtis Sawyer, Jr.
Miller, Axline & Sawyer, PC
1050 Fulton Avenue, Suite 100
Sacramento, CA  95825-4272
(916) 488-6688
(916) 488-4288 (fax)
**Attorneys for Plaintiff City of Fresno and**
**Orange County Water District**

Anthony H. Monioudis
Woods Rogers, PLC
530 Main Street
PO Box 560
Danville, VA  24543-0560
(434) 797-8200
(434) 797-8214 (fax)

Jeffrey W. Moryan
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
(973) 535-9217 (fax)
**Attorneys for Motiva Enterprises LLC**

Karen T. Moses
　　J. Stephen Bennett
　　Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Neal L. Moskow
　　Valerie J. Payne
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT  06825
(203) 610-6393
(203) 610-6399 (fax)
**Attorneys for Canton Board of Education,**
**Childhood Memories, Columbia Board of**
**Education, Town of East Hampton, American**
**Distilling and Mfg. Co. Inc., Our Lady of the**
**Rosary Chapel, United Water Connecticut, Inc.**

Peter W. Mosseau
　　Jeffrey A. Meyers
Nelson, Kinder, Mosseau & Saturley, PC
99 Middle Street
Manchester, NH  03101
(603) 647-1800
(603) 647-1900 (fax)
**Attorneys for CITGO Petroleum Corp.**

Samuel P. Moulthrop
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
(973) 538-1984 (fax)
**Attorneys for Koch Industries, Inc.**

Howard B. Myers
Myers Associates, PLLC
240 Mechanic Street
Lebanon, NH  03766
(603) 448-1021
(603) 448-1029 (fax)

Barry Needleman
McLane, Graf, Raulerson & Middleton
Bicentennial Square
15 North Main Street
Concord, NH  03301
(603) 226-0400
(603) 224-8180 (fax)

Charles T. O'Brien
225 High Ridge Road
Stamford, CT  06905
(203) 978-6988
(203) 978-6952 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

W. Scott O'Connell
Nixon & Peabody, LLP
889 Elm Street
Manchester, NH 03101-2019
(603) 628-4000
(603) 628-4040 or (603) 628-4022 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Suite A
P. O. Box 3546
Tallahassee, FL 32315-3546
**Attorneys for McKenzie Service Co., Inc.**

Thomas J. Pappas
Wiggin & Nourie, PA
20 Market Street
PO Box 808
Manchester, NH  03105-0808
(603) 669-2211
(603) 623-8442 (fax)

James A. Pardo
     Peter J. Sacripanti
     Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY  10020-1605
(212) 547-5400
(212) 547-5444 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

Jeffrey John Parker
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street, Suite 4800
Los Angeles, CA  90071-1448
(213) 620-1780
(213) 620-1398 (fax)

William L. Parker
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA  02110-1727
(617) 695-2330
(617) 695-2335 (fax)
**Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P. O. Box 1271
Pensacola, FL 32502-1271
(850) 433-6581
(850) 434-5856 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Co. LP**

Matthew F. Pawa
Law Offices of Matthew F. Pawa, PC
1280 Centre Street, Suite 230
Newton Center, MA 02459
(617) 641-9550
(617) 641-9551 (fax)
**Attorneys for Plaintiff State of New Hampshire**

Jeffrey D. Peier
     John V. Wachtel
Klenda, Mitchell, Austerman & Zuercher
301 North Main Street, Suite 1600
Wichita, KS  67202-4888
(316) 267-0331
(316) 267-0333 (fax)

Gregory P. Priamos
Deputy City Attorney
3900 Main Street, 5th Floor
Riverside, CA  92522

Barry Richard
Greenberg Traurig, PA
101 East College Ave.
Post Office Drawer 1838
Tallahassee, FL 32302
(850) 222-6891
(850) 681-0207 (fax)
**Attorneys for ConocoPhillips Company, individually and as successor-in-interest to Conoco, Inc. and Phillips Petroleum Company and d/b/a Phillips 66 Company, Tosco Corporation, individually and a/k/a Tosco Refining Company and a/k/a Tosco Marketing Company**

David S. Richman
Stephan, Oringher, Richman
2029 Century Park East, 6th Floor
Los Angeles, CA  90067-2009
(310) 557-2009
(310) 551-0283 (fax)

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA  90071
(213) 439-9400
(213) 439-9599 (fax)

Stephen H. Roberts
McNeill & Taylor
180 Locust Street
PO Box 815
Dover, NH  03820
(603) 749-5535
(603) 749-1187 (fax)

Marc A. Rollo
Frank D. Allen
Carlos M. Bollar
Archer & Greiner, PC
One Centennial Square
PO Box 3000
Haddonfield, NJ  08033-0968
(856) 795-2121
(856) 795-0574 (fax)
**Attorneys for Exxon Mobil Chemical Company, Inc. (individually and f/k/a Mobil Chemical Company, Inc.), Exxon Mobil Corporation [individually and as successor-in-interest to Exxon Corporation and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), Exxon Mobil Oil Corporation (individually and f/k/a Mobil Oil Corporation), Exxon Mobil Pipeline Company**

Brent D. Rosenberg
Rosenberg, Stowers & Morse
505 Fifth Avenue, Suite 1010
Des Moines, IA  50309
(515) 243-7600

Lauren E. Rosenblatt
Hunton & Williams, LLP
200 Park Avenue
New York City, NY  10166-0136
(212) 309-1000
(212) 309-1100 (fax)
**Attorneys for Koch Industries, Inc.**

C. Joseph Russell
Bose, McKinney & Evans, LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (fax)
**Attorneys for Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., Mobil Corporation**

Richard M. Sandman
Rodman, Rodman & Sandman, PC
442 Main Street, Suite 300
Malden, MA 02148-5122
(781) 322-3720
(781) 324-6906 (fax)
**Attorneys for Plaintiffs in Town of Duxbury,
et al. and Defendants in Exxon Mobil v. Brimfield
Housing Authority, et al.**

Daniel P. Scapellati
Halloran & Sage, LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
(860) 548-0006 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA
LP, Diamond Shamrock Refining and Marketing,
Fina Oil and Chemical Company, Ultramar, Inc.,
Valero Energy Corporation, Valero Marketing
and Supply Company, Valero Refining and
Marketing Company, Valero-Colorado Refining
Company, Valero Refining Company, Valero
Refining Company-California, Valero Refining
Company New Jersey, Valero Refining Company
Louisiana, Valero Refining Company Texas**

Fred E. Schulz
Wildman Harrold Allen & Dixon, LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Marc M. Seltzer
David C. Marcus
Susman Godfrey, LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
310-789-3100
310-789-3150 (fax)
**Attorneys for ARCO Chemical Company,
Lyondell Chemical Company**

Andrew W. Serell
Rath, Young & Pignatelli
One Capital Plaza
P. O. Box 1500
Concord, NH 03302-1500
(603) 226-2600
(603) 226-2700 or (603) 228-2294 (fax)
**Attorneys for Chevron Texaco Corp., Chevron
U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil
Co., Texaco Refining & Marketing, Inc.**

Victor M. Sher
Todd Eric Robins
Sher & Leff
450 Mission Street, Suite 500
San Francisco, CA 94105
(415) 348-8300
(415) 348-8333 (fax)
**Attorneys for California-American Water
Company, Carmichael Water District, Citrus
Heights Water District, City of Elk Grove, City
of Riverside, City of Roseville, City of
Sacramento, Del Paso Manor Water District,
Fair Oaks Water District, Florin Resource
Conservation District, Martin Silver, et. al.,
Quincy Community Services District, Rio Linda
Elverta Community Water District, Sacramento
County Water Agency, Sacramento
Groundwater Authority, Sacramento Suburban
Water District, San Juan Water District,
Orange County Water District, and State of
New Hampshire**

Charles Siddons
McMillan Constable, LLP
777 Summer Street
Stamford, CT 06901
**Attorneys for Star Supply Petroleum, Inc.**

David F. Silver
Barr, Sternberg, Moss, Lawrence,
Silver & Saltonstall, PC
507 Main Street
Bennington, VT 05201-2143
(802) 442-6341
(802) 442-1151 (fax)
**Attorneys for Town of Hartland**

Elizabeth E. S. Skilling
Harman, Clayton, Corrigan & Wellman
PO Box 70280
Richmond, VA   23255
(804) 747-5200
(804) 747-6085 (fax)

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY  11753
(516) 478-5451
(516) 478-5490 (fax)
**Attorneys for Getty Properties Corp.**

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX  77079
(281) 293-1740
(281) 293-3826 (fax)
**Attorneys for ConocoPhillips Company, Conoco
Inc., Phillips Petroleum Company, Phillips 66
Company and Tosco Corporation**

Thomas J. Smith
Galloway, Johnson, Tompkins, Burrr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA  70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Donald M. Snemis
Ice Miller
One American Square
P. O. Box 82001
Indianapolis, IN  46282
(317) 236-2100
(317) 236-2219 or  (317) 592-4765 (fax)

Larry B. Spikes
Martin, Pringle, Oliver, Wallace & Bauer
100 N. Broadway, Suite 500
Wichita, KS   67202
(316) 315-0222
(316) 636-5996 (fax)

Robert K. Stanley
        Melissa M. Hinds
Baker & Daniels
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative, LLC,
successor by merger to Countrymark
Cooperative, Inc.**

Jeffrey G. Stark
Meyer, Suozzi, English & Klein, PC
1505 Kellum Place
Mineola, NY  11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC, Motiva
Enterprises LLC, Shell Oil Company, Shell Oil
Products Company, Shell Oil Products
Company LLC, Shell Petroleum Inc., Shell
Trading (US) Company, Texaco Refining &
Marketing (East) Inc.**

Potter Stewart, Jr.
Potter Stewart Law Offices, PC
205 Main Street, Suite 8
Brattleboro, VT  05301-0868
(802) 257-7244
(802) 257-7256 (fax)

Anthony J. Stoik
Klass, Stoos, Stoik, Mugan, et al.
627 Fourth Street, Suite 300
P. O. Box 327
Sioux City, IA  51102
(712) 252-1866
(712) 252-5822 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical, Inc.**

Shaun S. Sullivan
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P. O. Box 1832
New Haven, CT  06508-1832
(203) 498-4400
(203) 782-2889 (fax)

Scott Summy
        Celeste A. Evangelisti
Baron & Budd, PC
3102 Oak Lawn Avenue
The Centrum Building, Suite 1100
Dallas, TX 75219
(214) 521-3605
(214) 520-1181 (fax)
**Attorneys for City of Riverside, Quincy Community Services District, City of Roseville, California-American Water Company, Carmichael Water District, Citrus Heights Water District, City of Elk Grove, City of Sacramento, Del Paso Manor Water District, Fair Oaks Water District, Florin Resource Conservation District, Martin Silver, et. al., Rio Linda Elverta Community Water District, Sacramento County Water Agency, Sacramento Groundwater Authority, Sacramento Suburban Water District, San Juan Water District, Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority , Village of Island Lake, City of Mishawaka, City of South Bend, North Newton School, City of Galva, City of Sioux City, City of Ida Grove, City of Rockport, City of Bel Aire, Chisholm Creek Utility Authority, City of Dodge City, and City of Park City Town of Duxbury, et al., New Jersey American Water Company, et al., Long Island Water Corporation, Water Authority of Great Neck North, City of Portsmouth, City of Dover, Patrick County School Board, Town of Hartland**
Stephen L. Tober
Tober Law Offices, PA
381 Middle Street
P. O. Box 1377
Portsmouth, NH 03801
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

J. Owen Todd
        Kathleen M. Genova
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(617) 227-5777 (fax)
**Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.**

Mark E. Tully
Goodwin Procter, LLP
Exchange Place, Second Floor
Boston, MA 02109-2881
(617) 570-1000
(617) 523-1231 (fax)
**Attorneys for Gulf Oil Corporation and Gulf Oil Limited Partnership**

Martha Van Oot
Orr & Reno, PA
One Eagle Square
P. O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
(603) 224-2318 (fax)
**Attorneys for Plaintiff State of New Hampshire**

Richard E. Wallace, Jr.
        Peter C. Condron
        Harry Davis
        Brandon Diket
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc., Star Enterprise**

John J. Wasilczyk
        Allison N. Shue
        David L. Schrader
        Michael T. Zarro
        Catherine Noel Mitchell
Morgan, Lewis & Bockius, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco Inc.,
Chevron Texaco Corporation, Chevron
Environmental Services Company**

Robert V. Waterman, Jr.
        Judith L. Herrmann
Lane & Waterman, LLP
220 North Main Street, Suite 600
Davenport, IA  52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Co. Inc., ExxonMobil Pipeline
Company, ExxonMobil Refining & Supply
Company, Mobil Corporation, Mobil Oil Corp.**

Thomas R. Watson
Watson, Bosen, Harman, Venci & Lemire, PA
75 Congress Street, Suite 211
PO Box 469
Portsmouth, NH  03801-0469
(603) 436-7667
(603) 433-3020 (fax)
**Attorneys for City of Portsmouth, City of Dover**

George E. Wattendorf
City of Dover
Municipal Building
46 Locust Street
Dover, NH  03820

Craig Weatherly
Gravel & Shea
76 St. Paul Street
PO Box 369
Burlington, VT  05402-0369
(802) 658-0220
(802) 658-1456 (fax)

Gregory A. Weimer
Hoff Curtis
100 Main Street
PO Box 1124
Burlington, VT  05402-1124
(802) 864-4531
(802) 860-1565 (fax)

Joseph P. Williams
        Paul D. Sanson
Shipman & Goodwin, LLP
One American Row
Hartford, CT  06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company,
Chevron Corporation, Chevron Texaco
Corporation, Chevron USA Inc., Gulf Oil
Corporation, Texaco Inc., Texaco Refining and
Marketing Inc., Texaco Refining & Marketing
(East) Inc., TRMI Holdings, Equilon
Enterprises LLC, Equiva Trading Company,
Motiva Enterprises LLC, Shell Oil Company,
Shell Oil Products Company, Shell Oil Products
Company LLC, Shell Oil Products U.S. and
Shell Petroleum Inc.**

Christopher F. Wong
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA  90401-2386
(310) 576-2100
(310) 576-2200 (fax)

Lynn Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
(212) 308-4844 (fax)
**Attorneys for Unocal Corporation**

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000
(312) 984-7700 (fax)
**Attorneys for ExxonMobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Co. Inc., ExxonMobil Pipeline
Company, ExxonMobil Refining & Supply
Company, Mobil Corporation, Mobil Oil Corp.**