JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 1358

MAR 12 2004

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: <br><br> METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1358 <br> (CTO-5) |

## NOTICE OF OPPOSITION AND NOTICE OF COUNSEL DESIGNATED

## TO RECEIVE SERVICE OF PLEADINGS

Pursuant to Rule 7.4(c) of the Rules of Procedure Of The Judicial Panel On Multidistrict Litigation, Fuel Star, Inc. ("Fuel Star") and Blue Star Petroleum, Inc. ("Blue Star") file this Notice of Opposition in response to the Conditional Transfer Order (CTO-5) filed February 25, 2004 in Docket No. 1358 *In Re Ethyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*. This Notice pertains to the action captioned *Quincy Community Services District v. Atlantic Richfield Co., et al.*, Civ. No. S-03-2582 LKK, currently pending in the United States District Court for the Eastern District of

IMAGED MAR 12 '04   OFFICIAL FILE COPY



California. Pursuant to Rule 7.4(d), Fuel Star and Blue Star will timely file their motion to vacate under separate cover.

Pursuant to Rule 5.2(c), Fuel Star and Blue Star also provide this notice and confirmation and the undersigned are authorized to receive service of pleadings in this matter on behalf of Fuel Star and Blue Star.

Dated: March 10, 2004

Respectfully submitted,

By: *Edward Romero*

Kevin D. Lally, Bar No. 095374
Edward Romero, Bar No. 148495
GREENAN, PEFFER, SALLANDER
& LALLY, LLP
Two Annabel Lane, Suite 200
San Ramon, California 94583
925/866-1000
925/830-8787 (Facsimile)

Attorneys for Defendants
Fuel Star, Inc. and
Blue Star Petroleum, Inc.

## PROOF OF SERVICE

I, SIMONE THOMAS, hereby declare:

I am employed in the County of Contra Costa, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of 18 and not a party to the within action. My business address is: Greenan, Peffer, Sallander & Lally, LLP, Two Annabel Lane, Suite 200, P.O. Box 10, San Ramon, California 94583.

I am personally and readily familiar with the business practice of Greenan, Peffer, Sallander & Lally, LLP, for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, postage prepaid, with the United States Postal Service.

On this date, I served

1. **NOTICE OF OPPOSITION AND NOTICE OF COUNSEL DESIGNATED TO RECEIVE SERVICE OF PLEADINGS**

on the following:

**SEE ATTACHED SERVICE LIST**

[X] **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope for collection and processing in accordance with the above-described business practice.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

[ ] **[BY FEDERAL EXPRESS]** I caused such envelope(s) to be handed to a federal express representative on _____, at the offices of Greenan, Peffer, Sallander & Lally, LLP, 2 Annabel Lane, Ste. 200, San Ramon, CA 94583.

[ ] **(BY PERSONAL SERVICE)** I caused each document to be delivered by hand this date to the addressee(s) listed above.

[X] **(FACSIMILE)** By facsimile transmission pursuant to Rule 2009 of the California Rules of Court.

Addressee:
Facsimile No.:        Date:        Time:

Executed on March 11, 2004 at San Ramon, California.

_____
SIMONE THOMAS

## SERVICE LIST

| | |
|---|---|
| **Via U.S. Mail**<br>Victor M. Sher, Esq.<br>Todd E. Robins, Esq.<br>Sher & Leff, LLP<br>450 Mission Street, 5th Floor<br>San Francisco, California 94105<br>Telephone: 415/348-8300<br>Facsimile: 415/348-8333<br><br>**Attys for Plaintiff: Quincy Community Services District** | **Via U.S. Mail**<br>Scott Summy, Esq.<br>Celeste A. Evangelisti, Esq.<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, Texas 75219-4281<br>Telephone: 214/523-6267<br>Facsimile: 214/520-1181<br><br>**Attys for Plaintiff: Quincy Community Services District** |
| **Via Facsimile**<br>Clerk of the Panel<br>Judicial Panel on Multidistrict Litigation<br>Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, N.E.<br>Room G-255, North Lobby<br>Washington, D.C. 20002-8044<br>Tele: 202/502-2800<br>Facsimile: 202/502-2888 | **Via U.S. Mail**<br>Matthew T. Heartney, Esq.<br>Lawrence A. Cox, Esq.<br>Stephanie M. Bonnett, Esq.<br>Arnold & porter<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-5844<br>Tele: 213/ 243-4000<br>Facsimile: 213/243-4199<br><br>**Attys for Atlantic Richfield Company BP Products North America, Inc.** |
| **Via U.S. Mail**<br>David L. Schrader, Esq.<br>John J. Wasilczyk, Esq.<br>Michael T. Zarro, Esq.<br>Allison N. Shue, Esq.<br>Morgan, Lewis & Bockius, LLP<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, California 90071-3132<br>Tele: 213/612-2500<br>Facsimile: 213/612-2501<br><br>**Attys for Defendants: Chevron Texaco Corporation and Chevron U.S.A., Inc.** | **Via U.S. Mail**<br>John J. Lyons, Esq.<br>Jon D. Anderson, Esq.<br>Michele D. Johnson, Esq.<br>Latham & Watkins LLP<br>650 Town Center Drive, Suite 2000<br>Costa Mesa, California 92626<br>Telephone: 714/540-1235<br>Facsimile: 714/755-8290<br><br>**Attys for Defendant: ConocoPhillips Company** |
| **Via U.S. Mail**<br>Patrick J. Cafferty, Jr., Esq.<br>Hojoon Hwang, Esq.<br>Munger, Tolles & Olson, LLP<br>33 New Montgomery Street, 19th Floor<br>San Francisco, California 94105<br>Telephone: 415/512-4000<br>Facsimile: 415/512-4077<br><br>**Attys for Defendants: Equilon Enterprises, LLC, Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc.** | **Via U.S. Mail**<br>William D. Temko, Esq.<br>Munger, Tolles & Olson, LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Telephone: 213/683-9100<br>Facsimile: 213/683-3702<br><br>**Attys for Defendants: Equilon Enterprises, LLC, Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc.** |

| | |
|---|---|
| *Via U.S. Mail*<br>Jeffrey J. Parker, Esq.<br>Lori Osmundsen, Esq.<br>Nicklas A. Akers, Esq.<br>Sheppard, Mullin, Richter & Hampton, LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, California 90071<br>Telephone: 213/617-5586<br>Facsimile: 213/620-1398<br><br>**Attys for Defendant: Exxon Mobil Corporation** | *Via U.S. Mail*<br>Rusty Rinehart, Esq.<br>Rinehart Law Offices<br>200 S. Santa Cruz Avenue<br>Suite 101C<br>Los Gatos, California 95030<br>Telephone: 408/395-1733<br>Facsimile: 408/395-8982<br><br>**Attys for Defendant: G.N. Renn, Inc.** |
| *Via U.S. Mail*<br>Colleen P. Doyle, Esq.<br>Diana Pfeffer Martin, Esq.<br>Catherine M. Stites, Esq.<br>Bingham McCutchen LLP<br>355 South Grand Avenue, Ste. 4400<br>Los Angeles, California 90071-3106<br>Telephone: 213/680-6400<br>Facsimile: 213/680-6499<br><br>**Attys for Defendant: Tesoro Refining and Marketing, Inc.** | *Via U.S. Mail*<br>Alan J. Hoffman, Esq.<br>Blank Rome, LLP<br>One Logan Square<br>18th and Cherry Street<br>Philadelphia, PA 19103-6998<br>Telephone: 215/569-5500<br>Facsimile: 215/569-5341<br><br>**Attys for Defendant: Lyondell Chemical Company formerly known as ARCO Chemical Company** |
| *Via U.S. Mail*<br>M. Taylor Florence, Esq.<br>Sean K. Hungerford, Esq.<br>Bullivant Houser Bailey PC<br>11335 Gold Express Drive, Suite 105<br>Gold River, California 95670<br>Telephone: 916/852-9100<br>Facsimile: 916/852-5777<br><br>**Attys for Defendants: Sierra Energy and Tom's Sierra Company** | *Via U.S. Mail*<br>Marc M. Seltzer, Esq.<br>David C. Marcus, Esq.<br>Susman Godfrey LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, California 90067<br>Telephone: 310/789-789-3100<br>Facsimile: 310/789-3150<br><br>**Attys for Defendant: Lyondell Chemical Company** |
| *Via U.S. Mail*<br>J. Clifford Gunter, III, Esq.<br>Tracie J. Renfroe, Esq.<br>M.Coy Connelly, Esq.<br>Bracewell & Patterson, LLP<br>711 Louisiana Street, Suite 2900<br>Houston, Texas 77002<br>Telephone: 713/221-1404<br>Facsimile: 713/221-2123<br><br>**Attys for Defendants: Ultramar, Inc., Valero Engery Corporation Valero Refining Company-California** | *Via U.S. Mail*<br>David S. Richman, Esq.<br>Stephen, Oringer, Richman & Theordora<br>2029 Century Park East, 6th Floor<br>Los Angeles, California 90067-2907<br>Telephone: 310/557-2009<br><br>**Attys for Defendants: Ultramar, Inc., Valero Energy Corporation, Valero Refining Company-California** |

| *Via U.S. Mail* | *Via U.S. Mail* |
|---|---|
| Brendan M. Dixon, Esq.<br>Unocal Corporation<br>376 South Valencia Avenue<br>Brea, California 92823<br>Telephone: 714/577-2933<br>Facsimile: 714/577-2980<br><br>**Attys for Defendants: Unocal Corporation and Union Oil Company of California** | Karl Morthole, Esq.<br>Morthole Law Offices<br>57 Post Street, Suite 801<br>San Francisco, California 94104<br>Telephone: 415/986-0227<br><br>**Attys for Defendant: Washoe Fuel, Inc.** |
| *Via U.S. Mail*<br>David W. Warner<br>Agent for Service of Process for Defendant<br>Warner Petroleum, Inc.<br>5 Kelvin Court<br>Chico, California 95927 | *Via U.S. Mail*<br>David W. Warner<br>Agent for Service of Process for Defendant<br>Warner Petroleum, Inc.<br>310 Nord Avenue<br>Chico, California 95926 |