

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 25 2004

FILED
CLERK'S OFFICE

**DOCKET NO. 1358**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

### CONDITIONAL TRANSFER ORDER (CTO-5)

On October 10, 2000, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, two additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 1 2 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED MAR 12 '04

## SCHEDULE CTO-5 - TAG ALONG CASES
## DOCKET NO. 1358
## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

### DISTRICT  DIV.  CIVIL ACTION#

**CALIFORNIA CENTRAL**
~~CAC     5   03-1460    City of Riverside v. Atlantic Richfield Co., et al.~~ Opposed 3/12/04
~~CAC     8   03-1742    Orange County Water District v. Unocal Corp., et al.~~ Opposed 3/12/04

**CALIFORNIA EASTERN**
~~CAE     2   03-2582    Quincy Community Services District v. Atlantic Richfield Co., et al.~~ Opposed 3/12/04
~~CAE     2   03-2601    City of Roseville v. Atlantic Richfield Co., et al.~~ Opposed 3/12/04
~~CAE     2   03-2653    People of the State of California, et al. v. Atlantic Richfield Co., et al.~~ Opposed 3/12/04

**CALIFORNIA SOUTHERN**
~~CAS     3   03-2408    Martin Silver, et al. v. Alon USA Energy, Inc., et al.~~ Opposed 3/12/04

**CONNECTICUT**
CT      3   03-2252    Exxon Mobil Corp., et al. v. American Distilling & Manufacturing Co., Inc., et al.

**FLORIDA NORTHERN**
FLN     3   03-597     Exxon Mobil Corp., et al. v. Escambia County Utilities Authority

**IOWA NORTHERN**
IAN     5   03-4124    ExxonMobil Corp., et al. v. City of Galva, et al.

**ILLINOIS NORTHERN**
ILN     1   03-8973    City of Crystal Lake, et al. v. Amerada Hess Corp., et al.
ILN     1   03-9026    Exxon Mobil Corp., et al. v. City of Crystal Lake, et al.

**INDIANA NORTHERN**
INN     3   03-904     City of Mishawaka v. Amerada Hess Corp., et al.
INN     3   03-905     City of South Bend, Indiana v. Amerada Hess Corp., et al.
INN     4   03-103     North Newton School Corp. v. Amerada Hess Corp., et al.

**INDIANA SOUTHERN**
INS     3   03-223     Exxon Mobil Corp., et al. v. City of Rockport, et al.

**KANSAS**
KS      6   03-1455    City of Park City, Kansas v. Alon USA Energy Inc., et al.
KS      6   03-1456    City of Dodge City, Kansas v. Alon USA Energy Inc., et al.
KS      6   03-1457    Chisholm Creek Utility Authority v. Alon USA Energy Inc., et al.
KS      6   03-1458    City of Bel Aire v. Alon USA Energy Inc., et al.
KS      6   04-1009    Exxon Mobil Corp., et al. v. Chisholm Creek Utility Authority, et al.

**MASSACHUSETTS**
MA      1   03-12539   Exxon Mobil Corp. v. Brimfield Housing Authority, et al.

**NEW HAMPSHIRE**
NH      1   03-518     Exxon Mobil Corp., et al. v. City of Portsmouth, New Hampshire, et al.
NH      1   03-542     City of Portsmouth, New Hampshire v. Amerada Hess Corp., et al.
NH      1   03-546     City of Dover v. Amerada Hess Corp., et al.

**NEW YORK EASTERN**
NYE     2   03-6125    Long Island Water Corp. v. Amerada Hess Corp., et al.
NYE     2   03-6274    Exxon Mobile Corp., et al. v. Long Island Water Corp., et al.

SCHEDULE CTO-5 (CONT.) MDL-1358

Page 2 of 2

**DISTRICT  DIV. CIVIL ACTION#**

VIRGINIA WESTERN
    VAW    4  03-104    Patrick County School Board v. Amerada Hess Corp., et al.
    VAW    4  03-105    Exxon Mobil Corp., et al. v. Patrick County School Board, et al.

VERMONT
    VT    2  03-337    Town of Hartland v. Amerada Hess Corp., et al.
    VT    2  03-343    Exxon Mobil Corp., et al. v. Town of Hartland