

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR 15 2004

FILED
CLERK'S OFFICE

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **MDL NO. 1358** |

## CORPORATE DISCLOSURE STATEMENT

Defendant Amerada Hess Corporation hereby discloses the following information pursuant to Judicial Panel Multidistrict Litigation Rule 5.3(a):

(1)   Amerada Hess Corporation does not have a parent corporation.

(2)   No publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: March 3, 2004 | Respectfully submitted,<br><br>AMERADA HESS CORPORATION<br><br>By its attorneys,<br><br>HOWREY SIMON ARNOLD & WHITE, LLP<br><br>By: _____<br>Mindy G. Davis, Esq.<br>Brent H. Allen, Esq.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6100 |

IMAGED MAR 15 '04    OFFICIAL FILE COPY

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **MDL NO. 1358**<br><br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>MAR 15 2004<br><br>FILED<br>CLERK'S OFFICE |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Hess Energy Incorporated hereby discloses the following information pursuant to Judicial Panel Multidistrict Litigation Rule 5.3(a):

(1)   Hess Energy Incorporated's parent corporation is Amerada Hess Corporation.

(2)   Amerada Hess Corporation, a publicly traded company, owns more than 10% of Hess Energy Incorporated's stock.

| | |
|---|---|
| Dated: March 3, 2004 | Respectfully submitted,<br><br>HESS ENERGY INCORPORATED<br><br>By its attorneys,<br><br>HOWREY SIMON ARNOLD & WHITE LLP<br><br>By: _____<br>Mindy G. Davis, Esq.<br>Brent H. Allen, Esq.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6100 |

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL NO. 1358 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 15 2004

FILED
CLERK'S OFFICE

## CORPORATE DISCLOSURE STATEMENT

Defendant El Paso Corporation hereby discloses the following information pursuant to Judicial Panel Multidistrict Litigation Rule 5.3(a):

(1)   El Paso Corporation does not have a parent corporation.

(2)   No publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: March 3, 2004 | Respectfully submitted,<br><br>EL PASO CORPORATION<br><br>By its attorneys,<br><br>HOWREY SIMON ARNOLD & WHITE, LLP<br><br>By: _____<br>Mindy G. Davis, Esq.<br>Brent H. Allen, Esq.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610 |

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **MDL NO. 1358** |

**CORPORATE DISCLOSURE STATEMENT**

Defendant El Paso CGP Company hereby discloses the following information pursuant to Judicial Panel Multidistrict Litigation Rule 5.3(a):

(1)  El Paso CGP Company's parent corporation is El Paso Corporation.

(2)  El Paso Corporation, a publicly traded company, owns more than 10% of El Paso CGP Company's stock.

| | |
|---|---|
| Dated: March 3, 2004 | Respectfully submitted,<br><br>EL PASO CGP COMPANY<br><br>By its attorneys,<br><br>HOWREY SIMON ARNOLD & WHITE, LLP<br><br>By: _____<br>Mindy G. Davis, Esq.<br>Brent H. Allen, Esq.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610 |

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAR 15 2004
FILED
CLERK'S OFFICE

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **MDL NO. 1358** |

**CORPORATE DISCLOSURE STATEMENT**

Defendant El Paso Merchant Energy-Petroleum Company hereby discloses the following information pursuant to Judicial Panel Multidistrict Litigation Rule 5.3(a):

(1) El Paso Merchant Energy-Petroleum Company's parent corporation is El Paso CGP Company.

(2) El Paso CGP Company is a wholly owned subsidiary of El Paso Corporation, which is a publicly held corporation.

| Dated: March 3, 2004 | Respectfully submitted, <br><br> El Paso Merchant Energy-Petroleum Company <br><br> By its attorneys, <br><br> HOWREY SIMON ARNOLD & WHITE, LLP <br><br> By: _____ <br> Mindy G. Davis, Esq. <br> Brent H. Allen, Esq. <br> 1299 Pennsylvania Avenue, N.W. <br> Washington, DC 20004 <br> Tel: (202) 783-0800 <br> Fax: (202) 383-6610 |
|---|---|

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **MDL NO. 1358** |

## CORPORATE DISCLOSURE STATEMENT

Defendant Coastal Oil New England hereby discloses the following information pursuant to Judicial Panel Multidistrict Litigation Rule 5.3(a):

(1)   Coastal Oil New England is a wholly-owned subsidiary of Cosbel Petroleum Corporation, which is a wholly-owned subsidiary of El Paso CGP Company, which in turn is a wholly-owned subsidiary of El Paso Corporation.

(2)   El Paso Corporation is a publicly traded company.

| | |
|---|---|
| Dated:  March 3, 2004 | Respectfully submitted,<br><br>COASTAL OIL NEW ENGLAND<br><br>By its attorneys,<br><br>HOWREY SIMON ARNOLD & WHITE, LLP<br><br>By: _____<br>Mindy G. Davis, Esq.<br>Brent H. Allen, Esq.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610 |

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **MDL NO. 1358** |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Coastal Eagle Point Oil Company hereby discloses the following information pursuant to Judicial Panel Multidistrict Litigation Rule 5.3(a):

(1)  Coastal Eagle Point Oil Company's parent corporation is El Paso CGP Company.

(2)  El Paso CGP Company is a wholly owned subsidiary of El Paso Corporation, which is a publicly held corporation.

| | |
|---|---|
| Dated:  March 3, 2004 | Respectfully submitted,<br><br>COASTAL EAGLE POINT OIL COMPANY<br><br>By its attorneys,<br><br>HOWREY SIMON ARNOLD & WHITE, LLP<br><br>By: _____<br>Mindy G. Davis, Esq.<br>Brent H. Allen, Esq.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610 |

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAR 15 2004
FILED
CLERK'S OFFICE

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | **MDL NO. 1358** |

## CORPORATE DISCLOSURE STATEMENT

Defendant Coastal Mobile Refining Company hereby discloses the following information pursuant to Judicial Panel Multidistrict Litigation Rule 5.3(a):

(1) Coastal Mobile Refining Company's parent corporation is El Paso CGP Company.

(2) El Paso CGP Company is a wholly owned subsidiary of El Paso Corporation, which is a publicly held corporation.

| | |
|---|---|
| Dated: March 3, 2004 | Respectfully submitted,<br><br>COASTAL MOBILE REFINING COMPANY<br><br>By its attorneys,<br><br>HOWREY SIMON ARNOLD & WHITE, LLP<br><br>By: _____<br>Mindy G. Davis, Esq.<br>Brent H. Allen, Esq.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>Tel: (202) 783-0800<br>Fax: (202) 383-6610 |