BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation           MDL No. 1358           MAR 17 2004

FILED
CLERK'S OFFICE

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
## NATIONAL COOPERATIVE REFINERY ASSOCIATION

PLEASE TAKE NOTICE that the attorney and law firm identified below represents National Cooperative Refinery Association in all matters proposed for transfer to MDL 1358, and, in accordance with JPML rule 5.2(c) the following attorney is designated to receive service of all pleadings, notices, orders and other papers relating to this matter:

John Val Wachtel
Klenda, Mitchell, Austerman
  & Zuercher, L.L.C.
301 N. Main, Ste. 1600
Wichita, KS 67202-4888
Tele: 316.267.0331
Fax:  316.267.0333

Dated March 16, 2004         Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
ZUERCHER, L.L.C.

*[signature]*
John Val Wachtel, Ks. Bar No. 08310
301 N. Main, 1600 Epic Center
Wichita, KS 67202-4888
Tele.: (316) 267-0331
Fax: (316) 267-0333
Attorney for Defendant,
National Cooperative Refinery Association

KMAZ Document No. 234311

OFFICIAL FILE COPY

IMAGED MAR 17 '04

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 17 2004

FILED
CLERK'S OFFICE

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation                    MDL No. 1358

## DEFENDANT NATIONAL COOPERATIVE REFINERY ASSOCIATION'S RULE 5.2 CERTIFICATION

I, the undersigned attorney of record for the Defendant National Cooperative Refinery Association, hereby certify that I have, this 16th day of March, 2004, served by First Class Mail, postage prepaid, a copy of this Rule 5.2 Certification, a copy of the accompanying Notice of Appearance on Behalf of Defendant National Cooperative Refinery Association and Defendant National Cooperative Refinery Association's statement pursuant to rule 5.3(a), to all parties identified in the attached service record.

Dated March 16, 2004

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN &
ZUERCHER, L.L.C.

*John Val Wachtel*

John Val Wachtel, Ks. Bar No. #08310
301 N. Main, 1600 Epic Center
Wichita, KS 67202-4888
Tele.: (316) 267-0331
Fax: (316) 267-0333
Attorney for Defendant,
National Cooperative Refinery Association

KMAZ Document No. 234318

INVOLVED COUNSEL LIST (CT0-5)

DOCKET NO. 1358
IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY
LITIGATION

| | | |
|---|---|---|
| Samuel J. Abate, Jr.<br>McCarter & English, LLP<br>245 Park Ave.<br>New York, NY 10167 | Brent H. Allen<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Ave., NW<br>Washington, DC 20004-2402 | Carolyn G. Anderson<br>Zimmerman Reed<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402-4123 |
| Jon D. Anderson<br>Latham & Watkins<br>650 Town Center Drive, Suite 2000<br>Costa Mesa, CA 92626 | James M. Armstrong<br>Foulston & Siefkin, LLP<br>100 N. Broadway, Ste. 700<br>Wichita, KS 67202 | Dan H. Ball<br>Bryan Cave, LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102 |
| Deborah E. Barnard<br>Holland & Knight, LLP<br>10 St. James Ave.<br>Boston, MA 02116 | M. Scott Barrett<br>Barrett and Associates<br>520 N. Walnut<br>P.O. Box 5233<br>Bloomington, IN 47407 | Ronit C. Barrett<br>Eimer, Stahl, Kievorn & Solberg<br>224 S. Michigan Ave., Suite 1100<br>Chicago, IL 60604 |
| William W. Barrett<br>Williams Hewitt & Robbins, Inc.<br>600 N. Emerson Ave.<br>Greenwood, IN 46143 | Joseph G. Baton<br>Barnes & Thornburg<br>11 S. Meridian St., Ste. 1313<br>Indianapolis, IN 46204 | Peter G. Beeson<br>Devine, Millimet & Branch, P.A.<br>111 Amherst St.<br>P.O. Box 719<br>Manchester, NH 03105-0719 |
| Peter A. Bellacosa<br>Kirkland & Ellis<br>153 E. 53rd St.<br>New York, NY 10022 | David E. Bengston<br>Stinson Morrison Hecker, LLP<br>150 N. Main St., Ste. 600<br>Wichita, KS 67202 | J. Stephen Bennett<br>Baker & Daniels<br>111 E. Wayne St., Suite 800<br>Fort Wayne, IN 46802 |
| Elizabeth L. Bevington<br>Holland & Knight LLP<br>315 S. Calhoun St., Ste. 600<br>PO Box 810<br>Tallahassee, FL 32302-0810 | Daniel C. Blaney<br>Blaney, Casey & Walton— Mor/IN<br>86 E. State St.<br>P. 0. Box 500<br>Morocco, IN 47963 | Stephen F. Bolton<br>Moore, Hill & Westmoreland<br>P.O. Box 1792<br>Pensacola, FL 32598 |
| Anthony A. Bongiorno<br>McDermott, Will & Emery, P.C.<br>28 State St. 33rd Fl.<br>Boston, MA 02109-1775 | Anton J. Borovma<br>Borovina & Marullo, PLLC<br>425 Broadhollow Road<br>Melville, NY 11747 | F. Wesley Bowers<br>Bowers Harrison, LLP<br>25 N.W. Riverside Drive, 2nd Fl.<br>P.O. Box 1287<br>Evansville, 47706-1287 |
| Patrick E. Cafferty, Jr.<br>Munger, Tolles & Olson<br>355 S. Grand Ave., 35th Fl.<br>Los Angeles, CA 90071-1560 | Randle B. Carpenter, Jr.<br>McMilan Constantible, LLP<br>River House - Suite 2<br>2180 Boston Post Road<br>Larchmont, NY 10538 | Mark Hunter Churchill<br>McDermott, Will & Emery<br>600 13th St., NW<br>Washington, DC 20005-3096 |

| | | |
|---|---|---|
| David L. Cleary<br>Cleary Shahi Associates, P.C.<br>110 Merchants Row<br>P. 0. Box 6740<br>Rutland, VT 05702-6740 | Peter C. Condron<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2402 | M. Coy Connelly<br>Bracewell & Patterson<br>South Tower Pennzoil Place<br>711 Louisiana St., Ste. 2900<br>Houston, TX 77002 |
| John D. Cooney<br>Cooney & Conway<br>120 N. LaSalle St., 30th Fl.<br>Chicago, IL 60602 | Lawrence Allen Cox<br>Arnold & Porter<br>777 S. Figueroa St., 44th Fl.<br>Los Angeles, CA 90017-2513 | David J. Crotta, Jr.<br>Mulvey, Oliver & Gould<br>83 Trumbull St.<br>New Haven, CT 06510 |

| | | |
|---|---|---|
| George A. Dagon. Jr.<br>Murtha Cullina LLP<br>185 Asylum St.<br>Hartford, CT 06103 | Harry Davis<br>Wallace, King, Marraro & Branson<br>1050 Thomas Jefferson St., N.W.<br>Washington, DC 20007 | Mindy G. Davis<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2402 |
| Craig J. De Recat<br>Manatt Phelps & Phillips<br>11355 W. Olympic Blvd.<br>Los Angeles, CA 90064-1614 | Michael DeMarco<br>Kirkpatrick & Lockhart, LLP<br>75 State St.<br>Boston, MA 02109 | Jennifer M. Del Momco<br>Murtha Cullina, LLP<br>2 Whitney Ave.<br>P.O. Box 704-A<br>New Haven, CT 06503-0704 |
| Russ Deirick<br>Sacramento County District Attorney<br>P.O. Box 749<br>901 G St.<br>Sacramento, CA 95814 | M. Jerome Diamond<br>Diamond & Robinson<br>15 E. State St.<br>P. O. Box 1460<br>Montpelier, VT 05601 | Brandon Diket<br>Wallace, King, Marraro & Branson<br>1050 Thomas Jefferson St., N.W.<br>Washington, DC 20007 |
| Brendan M. Dixon<br>Unocal Corp.<br>376 S. Valencia Ave.<br>Brea, CA 92626 | Colleen P. Doyle<br>McCutchen, Doyle, Brown & Enersen<br>355 S. Grand Ave., Suite 440<br>Los Angeles, CA 90071-1560 | James W. Draughn, Jr.<br>Kirkland & Ellis<br>655 Fifteenth St., NW, 12th Fl.<br>Washington, DC 20005 |
| John C. Duffey<br>Stuart & Bramgin<br>300 Main St., Suite 800<br>P.O. Box 1010<br>Lafayette, IN 47902 | Mark C. Durkin<br>Durkin & Polera, PC<br>1111 Summer St., 5th Fl.<br>Stamford, CT 06905 | John V. Dwyer<br>Winer & Bennett<br>110 Concord St.<br>P.O. Box 488<br>Nashua, NH 03060 |
| Jay Eaton<br>Nyemaster, Goode, Voigts, West, et al.<br>700 Walnut St., Suite 1600<br>Des Moines, IA 50309 | Joseph G. Eaton<br>Barnes & Thornburg<br>11 S. Meridian St., Suite 1313<br>Indianapolis, IN 46204 | Lawrence M. Edelman<br>Pierce Atwood<br>One New Hampshire Ave., Ste. 350<br>Portsmouth, NH 03801 |
| Dale W. Eikenberry<br>Wooden & Mclaughlin, LLP<br>One Indiana Square, Suite 1800<br>Indianapolis, IN 46204-2019 | Nathan P. Eimer<br>Eimer, Stahl, Klevorn & Solberg<br>122 S. Michigan Ave., Suite 1776<br>Chicago, IL 60603 | Celeste A. Evangelisti<br>Barron & Budd<br>3102 Oaklawn Ave., Suite 1100<br>Dallas, TX 75219-4281 |
| John J. Fanning<br>Cullen & Dykman<br>177 Montague St.<br>Brooklyn, NY 11201 | Bruce W. Felmly<br>McLane, Graf, Raulerson, et al.<br>900 Elm St.<br>Manchester, NH 03105-3026 | Taylor M. Florence<br>Bullivant, Houser, Bailey, et al.<br>11335 Gold Express Dr., Ste. 105<br>Goldriver, CA 95670-4491 |
| Heather Fusco<br>Beveridge & Diamond, P.C.<br>477 Madison Ave., 15th Fl.<br>New York, NY 10022 | Christopher J. Garvey<br>Goodwin & Procter, LLP<br>599 Lexington Ave.<br>New York, NY 10022 | Dennis L. Gillen<br>Depew & Gillen, L.L.C.<br>151 North Main Street, Ste. 800<br>Wichita, KS 67202 |
| Robert J. Gordon<br>Weitz & Lutzenberg<br>180 Maiden Lane, 17th Fl.<br>New York, NY 10038 | Frank M. Grenard<br>Whitefield & Eddy, PlC<br>317 Sixth Ave., Suite 1200<br>Des Moines, IA 50309-1474 | J. Clifford Gunter, III<br>South Tower Pennzoil Pl., Ste. 2900<br>711 Louisiana St., Ste. 2900<br>Houston, TX 77002 |
| Steven R. Gustavson<br>Baker & Botts<br>30 Rockefeller Plaza<br>New York, NY 10112 | John S. Guttmann<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W., Ste. 700<br>Washington, DC 20005 | Pamela R. Hanebutt<br>Elmer, Stahl, Kievorn & Solberg,<br>224 S. Michigan Ave., Ste. 1100<br>Chicago, IL 60604 |
| David S. Hardy<br>Levett Rockwood, PC<br>33 Riverside Ave.<br>P.O. Box 5116<br>Westport, CT 06881 | Matthew T. Heariney<br>Arnold & Porter, LLP<br>777 S. Figueroa St., 44th Fl.<br>Los Angeles, CA 90017 | Dorit S. Heimer<br>Levett Rockwood, PC<br>33 Riverside Ave.<br>P.O. Box 5116<br>Westport, CT 06881 |
| Mitchell L. Herren<br>Hinkle Elkouri Law Firm, LLC<br>301 N. Main St., Ste. 2000 | Judith L. Herrmann<br>Lane & Waterman<br>220 N. Main Street, Ste. 600 | Melissa Hinds<br>Bakers & Daniels<br>300 N. Meridian St., Suite 2700 |

| | | |
|---|---|---|
| Wichita, KS 67202-4820 | Davenport, IA 52801 | Indianapolis, IN 46204 |
| Alan J. Hoffman, Jr.<br>Blank Rome, L.L.P.<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | George Hoffman, III<br>Jones, Hoffman & Ulirich<br>150 N. Main St.<br>P.O. Box 365<br>Franklin, IN 46131 | Michael J. Hulka<br>Barnes & Thornburg<br>11 S. Meridian St. Suite 1313<br>Indianapolis, IN 46204 |
| Andrew W. Hutton<br>Hutton & Hutton<br>8100 E. 22nd St. N., Bldg. 1200<br>P.O. Box 638<br>Wichita, KS 67201-0638 | Hojoon Hwant<br>Munger, Tolles & Olson, LLP<br>33 New Montgomery St., 19th Fl.<br>San Francisco, CA 94105 | Michele D. Johnson<br>Latham & Watkins<br>650 Town Center Dr., Ste. 2000<br>Costa Mesa, CA 92626 |
| Margaret M. Jones<br>Jones Law Office<br>215 S. St. Joseph St., Ste. 600<br>South Bend, IN 47407 | Joseph Conrad Kearfott<br>Hunton & Williams<br>951 E. Byrd St.<br>Richmond, VA 23219 | Joseph W. Kennedy<br>Morris, Laing, Evans, Brock & et al.<br>200 W. Douglas Ave., Ste. 430<br>Wichita, KS 67202 |
| Frederic R. Klein<br>Goldberg, Kohn, Bell, Black, et al.<br>55 E. Monroe St., Ste. 3700<br>Chicago, IL 60603 | Kenneth M. Kliebard<br>Howrey Simon Arnold & White, LLP<br>321 N. Clark St., Ste. 3400<br>Chicago, IL 60610 | Ben M. Krowicki<br>Bingham McCutchen, LLP<br>One State Street<br>Hartford, CT 06103-3178 |
| J. Andrew Langan<br>Kirkand & Ellis<br>200 E. Randolph Drive, Ste. 5400<br>Chicago, IL 60601 | Andrew Lapayowker<br>Crown, Central Petroleum Corp.<br>One N. Charles Street (21203)<br>P.O. Box 1168<br>Baltimore, MD 21203 | Steven L. Leifer<br>Baker, Botts, L.L.P.<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004 |
| Charles S. Leone<br>Atty. for the City of South Bend, IN<br>1400 County City Building<br>South Bend, IN 46601 | John J. Lyons<br>Latham & Watkins<br>6633 W. Fifth St., Ste. 4000<br>Los Angeles, CA 90071-2007 | Robert W. Mann<br>Young, Haskins, Mann & Gregory,<br>600 W. Church St.<br>P.O. Box 72<br>Martinsville, VA 24112 |
| Michael J. Marks<br>Tarrant, Marks & Gilles<br>P.O. Box 1440<br>Montpelier, VT 05601-1440 | John McGahren<br>Latham & Watkins<br>One Newark Center, 16th Fl.<br>Newark, NJ 07101-3174 | Gerald L. McMahon<br>Seltzer, Caplan, McMahon & Vitek<br>750 B St., Ste. 2100<br>San Diego, CA 92101-8177 |
| Christopher J. McNevin<br>Pillsbury Winthrop, LLP<br>725 S. Figueroa St., Ste. 2800<br>Los Angeles, CA 90017-2513 | Charles S. McNew<br>Weitz & Lutzenberg<br>180 Maiden Lane<br>New York, NY 10038 | Lisa S. Meyer<br>Eimer, Stahl, Kievorn & Solberg, LLP<br>224 S. Michigan Ave., Ste. 1100<br>Chicago, IL 60604 |
| Jeffery A. Meyers<br>Nelson, Kinder, Mosseau & Saturley<br>99 Middle St.<br>Manchester, NH 03101 | Mark A. Miller<br>Baker & Botts<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400 | Catherine Noel Mitchell<br>Morgan Lewis & Bockius, LLP<br>300 S. Grand Ave., 22nd Fl.<br>Los Angeles, CA 90071-3132 |
| Anthony H. Monioudis<br>Woods Rogers, PLC<br>P.O. Box 560<br>Danville, VA 24543-0560 | Peter W. Mosseau<br>Nelson, Kinder, Mosseau & Saturley<br>99 Middle St.<br>Manchester, NH 03101 | Howard B. Myers<br>Myers Associates, P.L.L.C.<br>240 Mechanic St.<br>Lebanon, NH 03766 |
| Barry Needleman<br>McLane, Graf, Raulerson & Middleton<br>15 N. Main St.<br>Concord, NH 03301 | Thomas J. Pappas<br>Wiggin & Nourie, P.A.<br>P.O. Box 808<br>Manchester, NH 03105 | James A. Pardo<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020-1605 |
| Jeffrey John Parker<br>Sheppard, Mullin, Richter & Hampton<br>333 S. Hope St., Ste. 4800<br>Los Angeles, CA 90071-1448 | Patrick M. Patterson<br>Emmanuel Sheppard & Condon<br>30 S. Spring St.<br>P.O. Box 1271<br>Pensacola, FL 32502-1271 | John J. Wasilczyk<br>Morgan, Lewis & Bockius<br>300 S. Grand Ave., 22nd Fl.<br>Los Angeles, CA 90071-3132 |

| | | |
|---|---|---|
| Gregory P. Priamos<br>3900 Main St., 5th Fl.<br>Riverside, CA 92522 | Morris A. Ratner<br>Lieff, Cabraser, Heimann & Bernstein<br>780 Third Avenue, 48th Fl.<br>New York, NY 10017 | Lila Pankey Ray<br>Baker & Botts<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2400 |
| Paul J. Reilly<br>Baker & Botts<br>30 Rockerfeller Plaza, 44th Fl.<br>New York, NY 10112 | Tracie J. Renfroe<br>Bracewell & Patterson<br>711 Louisiana, Ste. 2900<br>Houston, TX 77002 | David S. Richman<br>Stephan, Oringher, Richman<br>2029 Century Park E., 6th Fl.<br>Los Angeles, CA 90067 |
| Stephen H. Roberts<br>McNeill & Taylor<br>P. O. Box 815<br>Dover, NH 03820 | Todd Eric Robins<br>Sher & Leff<br>450 Mission St., Suite 500<br>San Francisco, CA 94105 | Brent D. Rosenberg<br>Rosenberg, Stowers & Morse<br>505 Fifth Ave., Suite 1010<br>Des Moines, IA 50309 |
| C. Joseph Russell<br>Bose, McKinney & Evans<br>135 N. Pennsylvania St., Ste. 2700<br>Indianapolis, IN 46204 | Peter J. Sacripanti<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 | A. Curtis Sawyer, Jr.<br>Miller & Sawyer<br>1651 Response Road, 2nd Fl.<br>Sacramento, CA 95825-5253 |
| David L. Schrader<br>Morgan, Lewis & Bockius<br>300 S. Grand Ave., 22nd Fl.<br>Los Angeles, CA 90071-3132 | Fred E. Schulz<br>Wildman, Harrold, Allen & Dixon<br>225 W. Wacker Drive, Suite 3000<br>Chicago, IL 60606 | Andrew W. Serell<br>Rath, Young & Pignatelli<br>P.O. Box 1500<br>Concord, NH 03302-1500 |
| Victor M. Sher<br>Miller, Sher & Sawyer<br>100 Howe Ave., Ste. S-120<br>Sacramento, CA 95825 | Lawrence S. Shtasel<br>Blank, Rome, Comisky & McCauley<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | Alison N. Shue<br>Morgan, Lewis & Bockius<br>300 S. Grand Ave., 22nd Fl.<br>Los Angeles, CA 90071-3132 |
| David F. Silver<br>Barr, Sternberg, Moss, et al.<br>507 Main St.<br>Bennington, VT 05201-2143 | Elizabeth E. Skilling<br>Harman, Claytor, Corrigan & Weilman<br>P.O. Box 70280<br>Richmond, VA 23255 | Andrew M. Smith, Gen. Counsel<br>Getty Properties Corp.<br>125 Jericho Turnpike, Suite 103<br>Jericho, NY 11753 |
| Rod G. Smith<br>ConocoPhillips<br>600 N. Dairy Ashford<br>Houston, TX 77079 | Donald M. Snemis<br>Ice Miller<br>One American Square<br>P.O. Box 82001<br>Indianapolis, IN 46282 | Larry B. Spikes<br>Martin, Pringle, Oliver, Wallace &Bauer<br>100 N. Broadway, Suite 500<br>Wichita, KS 67202 |
| Robert K. Stanley<br>Baker & Daniels<br>300 N. Merdian St., Ste. 2700<br>Indianapolis, IN 46204 | Jeffrey G. Stark<br>Meyer, Suozzi, English & Klein, P.C.<br>1505 Kellum Place<br>Mineola, NY 11501 | Potter Stewart, Jr.<br>Potter Stewart Law Offices, PC<br>205 Main St., Suite 8<br>Brattleboro, VT 05301-0868 |
| Catherine M. Stites<br>Bingham McCutchen, LLP<br>355 S. Grand Ave., Ste. 4400<br>Los Angeles, CA 90071-3106 | Anthony J. Stoik<br>Kiass, Stoos, Stoik, Mugan, et al.<br>P.O. Box 327<br>Sioux City, IA 51102 | Scott Summy<br>Baron & Budd<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, TX 75219-3605 |
| William D. Temko<br>Munger, Tolles & Olson<br>355 S. Grand Ave., 35th Fl.<br>Los Angeles, CA 90071-1560 | Stephen L. Tober<br>Tober Law Offices, P.A.<br>P.O. Box 1377<br>Portsmouth, NH 03801 | Mark E. Tully<br>Goodwin Procter<br>Exchange Place, Second Fl.<br>Boston, MA 02109-2881 |
| Mark L. Tripp<br>Bradshaw Law Frim<br>801 Grand Ave., Ste. 3700<br>Des Moines, IA 50309-8004 | Rickard E. Wallace, Jr.<br>Wallace, King, Marraro & Branson<br>1050 Thomas Jefferson St., N.W.<br>Washington, DC 20007 | Thomas R. Watson<br>Watson, Bosen, Harman, Venci &Lemire<br>P.O. Box 469<br>Portsmouth, NH 03802-0469 |
| George E. Wattendorf<br>City of Dover<br>Municipal Building<br>46 Locust St.<br>Dover, NH 03820 | Craig Weatherly<br>Gravel & Shea<br>P.O. Box 369<br>76 St. Paul St.<br>Burlington, VT 05402 | Gregory A. Weimer<br>Hoff Curtis<br>P.O. Box 1124<br>Burlington, VT 05402-1124 |

| | | |
|---|---|---|
| Joseph P. Williams<br>Shipman & Goodwin, L.L.P.<br>One American Row<br>Hartford, CT 06103-2819 | Peter John Wilson<br>Latham & Watkins<br>650 Town Center Drive, Ste. 2000<br>Costa Mesa, CA 92626 | Alan M. Wiseman<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004 |
| Christopher F. Wong<br>Bryan Cave L.L.P.<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 | Lynn Wright<br>Edwards & Angell<br>750 Lexington Ave.<br>New York, NY 10022 | Michael T. Zarro<br>Morgan, Lewis & Bockius<br>300 S. Grand Ave., 22nd Fl.<br>Los Angeles, CA 90071-3132 |
| Craig H. Zimmerman<br>McDermott, Will & Emery<br>227 W. Monroe St.<br>Chicago, IL 60606 | Jesse Adcock, Registered Agent<br>Adcock Petroleum, Inc.<br>2967 Marshfield Court<br>Orlando, FL 32822 | Edward Fanenil<br>Global Petroleum Corp.<br>800 South Street<br>Waltham, MA 02453 |
| Trenten D. Klingerman<br>Stuart & Branigin<br>300 Main Street, Ste. 800<br>P.O. Box 1010<br>Lafayette, IN 47902 | Robert P. Doty<br>Cox, Castle & Nicholson, LLP<br>555 Montgomery St., 15th Fl.<br>San Francisco, CA 94111-2585 | Paul S. Aronowitz<br>Aronowitz & Skidmore<br>200 Auburn Folsom Road, Ste. 305<br>Auburn, CA 95604 |
| Martha Van Oot<br>Orr & Reno, PA<br>P.O. Box 3550<br>Concord, NH 03302 | Mark S. Baldwin<br>Brown, Rudnick Berlack & Israels<br>185 Asylum Street<br>Hartford, CT 06103-3402 | Francis J. Drumm, III<br>Mulvey, Oliver & Gould<br>83 Trumbull St.<br>New Haven, CT 06510 |
| Brian M. Ledger<br>Gordon & Rees, LLP<br>101 W. Broadway, Suite 1600<br>San Diego, CA 92101-3541 | Mark S. Lillie<br>Kirkland & Ellis<br>200 E. Randolph Drive, Suite 5800<br>Chicago, IL 60602 | Scott L. Long<br>Brown, Winick, Graves, Gross, et al.<br>666 Grand Ave., Suite 2000<br>Des Moines, IA 50309-2510 |
| Spencer T. Malysiak<br>11335 Gold Express Drive, Ste. 105<br>Gold River, CA 95670 | Joseph W. Martini<br>Pepe & Hazard<br>30 Jelliff Lane<br>Southport, CT 06890-1436 | Maureen D. Smith, Atty. Gen. Off.<br>Environmental Protection Bureau<br>33 Capitol St.<br>Concord, NH 03301 |
| Charles F. Becker<br>Belin, Lamson, McCormick, et al.<br>666 Walnut St., Ste. 2000<br>Des Moines, IA 50309 | Timothy Fuller Burr<br>Galloway, Johnson, Tompkins, etc.<br>1101 Gulf Breeze Parkway, Ste. 2<br>Gulf Breeze, FL 32561 | Chelsea Sandwich, LLC<br>800 South Street<br>Waltham, MA 02254-9161 |
| Jeffrey L. Fillerup<br>Luce, Forward, Hamilton & Scripps<br>121 Spear St., Suite 200<br>San Francisco, CA 94105 | Eric H. Gaston<br>Bingham McCutchen, LLP<br>One State Street<br>Hartford, CT 06103-3178 | Steven M. Greenspan<br>Day, Berry & Howard, LLP<br>185 Asylum Street<br>Hartford, CT 06103 |
| Joseph J. McGovern<br>Parker, McCay & Criscuolo, PC<br>Route 73 & Greentree Road, Ste. 401<br>Marlton, NJ 08053 | Matthew F. Madeiros<br>Little, Bulinan, Medeiros & Whitney<br>72 Pine St.<br>Providence, RI 02903 | Duane C. Miller<br>Miller & Sawyer<br>1651 Response Road, 2nd Fl.<br>Sacramento, CA 95825-5253 |
| Neal L. Moskow<br>Ury & Moskow, LLC<br>888 Black Rock Turnpike<br>Fairfield, CT 06825 | W. Scott O'Connell<br>Nixon & Peabody, L.L.P.<br>889 Elm St.<br>Manchester, NH 03101 | Thomas F. Panebianco<br>Thomas Fredric Panebianco, PA<br>P.O. Box 938<br>Tallahassee, FL 32302 |
| Patrick M Patterson<br>Emmanuel Sheppard & Condon<br>30 S. Spring St.<br>P.O. Box 1271<br>Pensacola, FL 32502-1271 | Robert V. Watenman, Jr.<br>Lane & Waterman<br>220 N. Main St., Suite 600<br>Davenport, IA 52801 | Shaun S. Sullivan<br>Wiggins & Dana<br>265 Church St.<br>P.O. Box 1832<br>New Haven, CT 06508-1832 |
| Roxanne Conlin<br>Conlin & Associates<br>319 7th St., Suite 600<br>Des Moines, IA 50309 | Thomas Constabile<br>Mcmillan Constabile, LLP<br>2180 Boston Post Road<br>Larchmont, NY 10538 | James M. Corrigan<br>James Martin Corrigan, PA<br>1015 12th Ave.<br>Pensacola, FL 32501 |

| | | |
|---|---|---|
| Angelo A. Cuonzo<br>Slowinski, Atkins & Czyz, LLP<br>One Newark Center<br>Newark, NJ 07102 | Barry R. Davidson<br>Coll, Davidson, Carter, Smith, et al.<br>201 S. Biscayne Blvd., Ste. 3200<br>Miami, FL 33133 | Larry G. Gutz<br>Moyer & Bergman, P.L.C.<br>2720 1st Ave., NE<br>Cedar Rapids, IA 52402 |
| Donna Nelson Heller<br>Finn, Dixon & Herling<br>One Landmark Square, Ste. 1400<br>Stamford, CT 06901 | Jeffrey R. Helhnan<br>Zeisler & Zeisler, P.C.<br>558 Clinton Ave.<br>P.O.Box 3186<br>Bridgeport, CT 06605-0186 | Owen J. Todd<br>Todd & Weld, LLP<br>28 State St., 31st Fl.<br>Boston, MA 02109 |
| William J. Kayatta, Jr.<br>Pierce, Atwood<br>One Monument Square<br>Portland, ME 04101 | Valerie J. Payne<br>Ury & Moskow, LLC<br>888 Black Rock Turnpike<br>Fairfield, CT 06825 | Lawrence P. Riff<br>Steptoe & Johnson, LLP<br>633 W. Fifth St., Suite 700<br>Los Angeles, CA 90071 |
| Marc A. Rollo<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Lauren E. Rosenblatt<br>Hunton & Williams<br>200 Park Ave.<br>New York NY 10166 | Richard M. Sandman<br>Law Office of Allen Rodman<br>442 Main St.<br>Malden, MA 02148 |
| Daniel P. Scapellati<br>Halloran & Sage<br>225 Asylum St.<br>Hartford, CT 06103 | | |