JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 23 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

-------------------------------------------------------x

In Re: Methyl Tertiary Butyl Ether                     MDL No. 1358
("MTBE") Products Liability Litigation

-------------------------------------------------------x

### NOTICE OF APPEARANCE

Please take notice that the firm identified below represents EQUILON

ENTERPRISES LLC, EQUIVA SERVICES LLC, EQUIVA TRADING COMPANY,

MOTIVA ENTERPRISES LLC, SHELL OIL COMPANY, SHELL OIL PRODUCTS

COMPANY, SHELL OIL PRODUCTS COMPANY, LLC, SHELL PETROLEUM,

INC., SHELL TRADING (US) COMPANY, TEXACO REFINING AND MARKETING

INC., TEXACO REFINING AND MARKETING (EAST) INC., and STAR

ENTERPRISE in all of the matters proposed for transfer to MDL 1358 and, in

accordance with JPML Rule 5.2(c), the following attorney is designated to receive

service of all pleadings, notices, orders and other papers relating to this matter:

> Richard E. Wallace, Jr.
> WALLACE KING MARRARO & BRANSON PLLC
> 1050 Thomas Jefferson Street, N.W.
> Washington, D.C. 20007
> Telephone: 202.204.1000
> Facsimile: 202.204.1001

**OFFICIAL FILE COPY**

IMAGED MAR 24 '04

Dated:  March 19, 2004                    Respectfully submitted,


Richard E. Wallace, Jr.
WALLACE KING MARRARO & BRANSON PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
Telephone:  202.204.1000
Facsimile:  202.204.1001

**MDL SERVICE LIST**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MAR 2 3 2004**

FILED
CLERK'S OFFICE

Samuel J. Abate, Jr.
McCarter & English, LLP
300 Park Avenue, 18th Floor
New York, NY  10022-7402
(212) 609-6805
(212) 935-1893 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.**

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL  32822
(407) 275-7253

Carolyn G. Anderson
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402-4123
(612) 341-0400
(612) 341-0844 (fax)
**Attorneys for Plaintiff City of Rockport**

Jon D. Anderson
Michele Johnson
Latham & Watkins, LLP
650 Town Center Drive, Ste. 2000
Costa Mesa, CA  92626-1918
(714) 540-1235
(714) 755-8290 (fax)
**Attorneys for Tosco Corporation,
ConocoPhillips Company**

Paul S. Aronowitz
Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Ste. 305
Auburn, CA  95603
**Attorneys for Nella Oil Company LLC**

Mark S. Baldwin
Brown, Rudnick, Berlack & Israels, LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3402
(860) 509-6514
(860) 509-6501 (fax)
**Attorneys for Koch Industries Inc.**

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Ste. 3600
St. Louis, MO  63102
(314) 259-2200
(314) 259-2020 (fax)
**Attorneys for Premcor Refining Group**

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA  02116
(617) 523-2700
(617) 523-6850 (fax)
**Attorneys for Exxon Mobil Chemical
Company, Inc., Exxon Mobil
Corporation, Exxon Mobil Oil
Corporation, Exxon Mobil Pipe Line
Company, Exxon Mobil Refining and
Supply Company, Mobil Corporation
and Mobil Oil Corporation**

M. Scott Barrett
Barrett & Associates
520 North Walnut Street
P.O. Box 5233
Bloomington, IN  47407-5233
(812) 336-4664
(812) 337-8850
**Attorneys for Plaintiff City of Rockport**

William W. Barrett
Williams Hewitt & Robbins, LLP
600 N. Emerson Avenue
Greenwood, IN  46143
(317) 888-1121
(317) 887-4069 (fax)
**Attorneys for Plaintiff City of Rockport**

Charles F. Becker
Belin, Larnson, McCormick, Zurnbach & Flynn
Financial Center
6666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
(515) 283-4609
(515) 558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Rebecca J. Bernstein
ATOFINA Chemicals, Inc.
2000 Market Street
Philadelphia, PA  19103
(215) 419-5415
(215) 419-7933 (fax)
**Attorneys for Total Holdings USA, Inc.
formerly known as Total Fina Elf**

Elizabeth L. Bevington
Holland & Knight, LLP
P.O. Box 810
Tallahassee, FL  32302-0810
(850) 224-7000
(850) 224-8832 (fax)
**Attorneys for Exxon Mobil Chemical
Company, Inc., individually and formerly
known as Mobil Chemical Company,
Inc., Exxon Mobil Corporation,
individually and as successor-in-interest
to Mobil Corporation (and d/b/a Exxon
Mobil Refining and Supply Company),
and Exxon Mobil Oil Corporation,
individually and formerly known as
Mobil Oil Corporation**

Anthony A. Bongiorno
McDermott, Will & Emery
28 State Street
Boston, MA  02109
(617) 535-4044
(617) 535-3800 (fax)
**Attorneys for Exxon Mobil Chemical
Company , Inc., Exxon Mobil
Corporation, Exxon Mobil Oil
Corporation, Exxon Mobil Pipe Line
Company, Exxon Mobil Refining and
Supply Company, Mobil Corporation
and Mobil Oil Corporation**

Peter G. Beeson
Devine, Millimet & Branch
111 Amherst Street
P.O. Box 719
Manchester, NH  03105
(603) 669-1000
(603) 669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

F. Wesley Bowers
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P.O. Box 1287
Evansville, IN  47706-1287
(812) 426-1231
(812) 464-3676 (fax)
**Attorneys for CITGO Petroleum Corp.
and CITGO Refining and Chemical
Inc.**

Peter A. Bellacosa
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
(212) 446-4900 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America Inc.,
BP Amoco Chemical Company, BP Company
North America Inc., BP Corporation North
America Inc. (f/k/a BP Amoco Corporation
and Amoco Corporation), BP Products North
America Inc. (f/k/a/ Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products LLC**

Thomas Constabile
McMillan Constabile, LLP
2180 Boston Post Road
Larchmont, NY  10538
(914) 834-3500
(914) 834-0620 (fax)
**Attorneys for Star Supply Petroleum
Inc.**

Timothy F. Burr
Galloway, Johnson, Tompkins, Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL  32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL  32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Plaintiff Escambia
County Utilities Authority**

Chelsea Sandwich, LLC
800 South Street
Waltham, MA  02254-9161

David J. Crotta, Jr.
Francis J. Drumm, III
Robert G. Oliver
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT  06510
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp.
and CITGO Refining and Chemical,
Inc.**

Roxanne Conlin
Conlin & Associates, PC
319 7th Street, Suite 600
Des Moines, IA  50309
(515) 283-1111
(515) 282-0477 (fax)
**Attorneys for Plaintiffs City of Galva, City of
Sioux City, City of Ida Grove**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH  03301
**For El Paso Merchant Energy
Petroleum**

Angelo A. Cuonzo
Slowinsky, Atkins & Czyz, LLP
One Newark Center
Newark, NJ  07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.**

Mindy G. David
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402
(202) 783-0800
(202) 383-6610 (fax)
**Attorneys for Amerada Hess
Corporation, Coastal Eagle Point Oil
Company, Coastal Mobile Refining
Company, Coastal States Trading Inc.,
Coastal Refining and Marketing, El
Paso CGP Company and El Paso
Corporation**

4

George A. Dagon, Jr.
Murtha Cullina, LLP
City Place I
185 Asylum Street
Hartford, CT  06103
(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America Inc.,
BP Amoco Chemical Company, BP Company
North America Inc. BP Corporation North
America Inc., (f/k/a BP Amoco Corporation
and Amoco Corporation), BP Products North
America Inc. (f/k/a Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products LLC**

Jennifer M. DelMonico
Murtha Cullina, LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704-A
New Haven, CT  06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richfield
Company, ARCO Products Company,
BP America Inc., BP Amoco Chemical
Company, BP Company North America
Inc. BP Corporation North America
Inc. (f/k/a BP Amoco Corporation and
Amoco Corporation), BP Products
North America Inc. (f/k/a Amoco Oil
Company and misnamed as BP Product
North Americas, Inc.), and BP West
Coast Products LLC**

Barry R. Davidson
Hunton & Williams, LLP
1111 Brickell Avenue
Miami, FL  33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Michael DeMarco
Daniel E. Rosenfeld
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02109
(617) 261-3100
(617) 261-3175 (fax)
**Attorneys for ConocoPhillips Company**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA  30339-5673
**Attorneys for Chevron**

Wayne F. Dennison
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA  02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Ste. 4000
El Segundo, CA  90245
**Corporate Secretary for Unocal Corp.**

Joseph G. Eaton
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Brendan M. Dixon
Unocal Corp.
376 S. Valencia Avenue
Brea, CA  92626
(714) 577-2933
(714) 577-2980 (fax)
**Attorneys for Unocal Corporation, Union Oil
Company of California**

Robert P. Doty
Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA  94111-2585
(415) 392-4200
(415) 392-4250 (fax)
**Attorneys for Duke Energy Merchants LLC,
Duke Energy Trading and Marketing LLC,
Duke Energy Merchants California, Inc.,
Northridge Petroleum Marketing U.S., Inc.**

Colleen P. Doyle
Diana Pfeffer Martin
Catherine M. Stites
Bingham McCutchen, LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
(213) 680-6400
(213) 680-6499 (fax)
**Attorneys for Exxon Mobil Corporation,
Mobil Corporation, Tesoro Refining and
Marketing, Inc.**

John V. Dwyer
Winer & Bennett, LLP
110 Concord Street
P.O. Box 488
Nashua, NH  03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp., Exxon
Mobil Oil Corp.**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH  03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical
Company**

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
(312) 660-7600
(312) 692-1718 (fax)
**Attorneys for CITGO Petroleum Corp.
and CITGO Refining and Chemical
Inc.**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA  02453

John C. Gillespie
Joseph J. McGovern
Parker, McCay & Criscuolo, P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ  08053
(856) 596-8900
(856) 596-9631 (fax)
**Attorneys for Plaintiffs in New Jersey
American Water Company, Inc., et al.**

John J. Fanning
Cullen & Dykman, LLP
177 Montague Street
Brooklyn, NY 11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing Inc.
and Getty Terminals Corporation**

Robert J. Gordon
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038
(212) 558-5500
(212) 344-5461 (fax)
**Attorney for Plaintiffs Canton Board of
Education, Childhood Memories,
Columbia Board of Education, Town of
East Hampton, American Distilling and
Mfg. Co. Inc., Our Lady of the Rosary
Chapel, United Water Connecticut,
Inc., Escambia County Utilities
Authority, City of Galva, City of Sioux
City, City of Ida Grove, City of
Rockport, Town of Duxbury, et al.,
New Jersey American Water Company,
et al., and Water Authority of Great
Neck North**

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
P.O. Box 326
Manchester, NH 03105-0326
(603) 625-6464
(603) 625-5650 (fax)
**Attorneys for Irving Oil Limited, Irving Oil
Corporation**

Steven M. Gordon
Shaheen & Gordon, PA
Two Capital Plaza
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
(603) 225-5112 (fax)
**Attorneys for Ultramar Energy, Inc.,
Ultramar Limited, Valero Energy
Corp., Valero Marketing & Supply
Company**

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
(415) 356-4600
(415) 356-4610 (fax)
**Attorneys for Pacific Southwest Trading**

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
**Attorneys for Inland Fuel Terminals
Inc.**

Heather M. Fusco
Beveridge & Diamond, PC
477 Madison Avenue
New York, NY  10022
(212) 702-5400
(212) 702-5450 (fax)
**Attorneys for Sunoco, Inc.**

John S. Guttman
Beveridge & Diamond, PC
1350 I Street, N.W., Suite 700
Washington, DC  20005
(202) 789-6000
(202) 789-6190 (fax)
**Attorneys for Sunoco Inc.**

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th Avenue, Suite 1200
Des Moines, IA  50309-4195
(515) 288-6041
(515) 246-1474 (fax)
**Attorneys for Alon USA Energy, Inc., Alon
USA, LP, Fina Oil and Chemical Company,
Total Holdings USA, Inc. (erroneously named
as Total Fina Elf), Diamond Shamrock
Refining and Marketing, Valero Energy
Corporation, Valero Marketing and Supply
Company, Valero Refining and Marketing
Company, Valero Colorado Refining
Company, Valero Refining Company
Louisiana, Valero Refining Company Texas,
Valero Refining Company New Jersey,
Conoco, Inc., ConocoPhillips, Phillips 66
Company, Phillips 66 Company n/k/a
ConocoPhillips Company, Phillips Petroleum
Company n/k/a Conoco Phillips Company,
and Tosco Refining Company, n/k/a
ConocoPhillips**

Larry G. Gutz
Moyer & Bergman, PLC
2720 1st Avenue, NE
Cedar Rapids, IA  52402-1943
(319) 366-7331
(319) 366-3668 (fax)
**Attorneys for Fauser Oil Co., Inc.**

J. Clifford Gunter, III
Tracie J. Renfroe
M. Coy Connelly
Mike Dimnore
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, TX  77002
(713) 223-2900
(713) 221-1212 (fax)
**Attorneys for Alon USA Energy, Inc., Alon
USA LP, Diamond Shamrock Refining and
Marketing, Fina Oil and Chemical Company,
Ultramar, Inc., Valero Energy Corporation,
Valero Marketing and Supply Company,
Valero Refining and Marketing Company,
Valero Colorado Refining Company, Valero
Refining Company, Valero Refining
Company-California, Valero Refining
Company New Jersey, Valero Refining
Company Louisiana, Valero Refining
Company Texas, Ultramar Energy Inc.**

Jeffrey R. Hellman
Zeisler & Zeisler, PC
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT  06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

David S. Hardy
Dorit S. Heimer
Levett Rockwood PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT  06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation,
Coastal Eagle Point Oil Company, Coastal
Mobile Refining Company, Coastal States
Trading Inc., Coastal Refining and
Marketing, El Paso CGP Company, El Paso
Corporation, Marathon Ashland Petroleum
LLC, Marathon Oil Corporation, Sunoco Inc.**

Alan J. Hoffman
Laurence S. Shtasel
Blank Rome, LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA  19103-6998
(215) 569-5500
(215) 569-5555 (fax)
**Attorneys for ARCO Chemical
Company, Lyondell Chemical
Company**

Matthew T. Heartney
Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
(213) 243-4199 (fax)
**Attorneys for Atlantic Richfield Company, BP Products North America, Inc.**

Peter W. Heed, Attorney General
Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH 03301-6397
**Attorneys for Plaintiff State of New Hampshire**

Donna Nelson Heller
Finn, Dixon & Herling, LP
One Landmark Square, Suite 1400
Stamford, CT 06901
(203) 325-5000
(203) 348-5777 )(fax)
**Attorneys for Lyondell Chemical Company**

William J. Kayatta, Jr.
Pierce, Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)
**Attorneys for Lyondell Chemical Company**

Hojoon Hwang
William D. Temko
Munger, Tolles & Olson, LLP
355 Grand Avenue, Suite 3500
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc., Equilon Enterprises LLC**

Vivian Imperial *for*
Equiva Services, LLC
Westport Petroleum, Inc.
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA 90017

Peter R. Knight
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT 06103
(860) 293-3550
(860) 293-3555 (fax)
**Attorneys for Getty Petroleum Marketing Inc.**

Ben M. Krowicki
Eric H. Gaston
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2926
(860) 240-2818 (fax)
**Attorneys for Crown Central Petroleum Corp., Tesoro Petro Corporation, Tesoro Refining and Marketing and Tesoro West Coast**

Joseph C. Kearfott
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219
(804) 788-8200
(804) 788-8218 (fax)
**Attorneys for Koch Industries, Inc.**

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis, LLP
200 East Randolph Drive, Suite 6100
Chicago, IL  60601-6636
(312) 861-2000
(312) 861-2200 (fax)
**Attorneys for Atlantic Richfield
Company, ARCO Products Company,
BP America Inc., BP Amoco Chemical
Company, BP Company North America
Inc., BP Corporation North America
Inc. (f/k/a BP Amoco Corporation and
Amoco Corporation), BP Products
North America Inc. (f/k/a Amoco Oil
Company and misnamed as BP Product
North Americas, Inc.,) and BP West
Coast Products LLC**

Frederic R. Klein
Goldberg Kohn, Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL  60603-5802
(312) 201-4000
(312) 332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil
Company of California**

Andrew Lapayowker
Vice President, General Counsel and
Secretary
Crown Central Petroleum Corporation
One North Charles Street (21201)
P. O. Box 1168
Baltimore, MD  21203
(410) 659-4834
(410) 659-4763 (fax)
**Attorneys for Crown Central
Petroleum Corporation**

Trenten D. Klingerman
Stuart & Branigin, LLP
The Life Building, Suite 800
600 Main Street
P.O. Box 1010
Lafayette, IN  47902
(765) 423-1561
(765) 742-8175 (fax)

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
11335 Gold Express Drive, Suite 105
Gold River, CA  95670
**Attorneys for New West Petroleum,
New West Petroleum LLC**

Brian M. Ledger
Rudy R. Perrino
Gordon & Rees, LLP
101 West Broadway, Suite 1600
San Diego, CA  92101-3541
(619) 696-6700
(610) 696-7124 (fax)
**Attorneys for Kern Oil & Refining Co.**


Steven L. Leifer
Baker, Botts, LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7723
(202) 585-1040 (fax)
**Attorneys for Marathon Ashland Petroleum
LLC and Marathon Oil Corporation**


Scott L. Long
Brown, Winick, Graves, Gross, Baskerville and
Schoenebaum, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510
(515) 242-2400
(515) 283-0231 (fax)

Joseph W. Martini
Karen Mignone
Paul J. Hogan
Amy McCallan
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT  06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**


John McGahren
Kristi Midboe Miller
Latham & Watkins, LLP
One Newark Center, 16th Floor
Newark, NJ  07101-3174
(973) 639-7270
(973) 639-7298 (fax)
**Attorneys for ConocoPhillips
Company, Conoco Inc., Phillips
Petroleum Company, Phillips 66
Company and Tosco Corporation**


Matthew F. Medeiros
Little, Bulman, Medeiros & Whitney, PC
72 Pine Street
Providence, RI  02903
(401) 272-8080
(401) 272-8195 or 490-6918 (fax)
**Attorneys for CITGO Petroleum Corp.**

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA  02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company, BP
America, Inc., BP Amoco Chemical
Company, BP Company North America Inc.,
BP Corporation North America Inc., BP
Global Special Products (America) Inc., BP
Products North America Inc. (formerly
known as Amoco Oil Company and misnamed
as BP Products North Americas, Inc.**

Samuel P. Moulthrop
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981
(973) 538-0800
(973) 538-1984 (fax)
**Attorneys for Koch Industries, Inc.**

Duane C. Miller
Miller & Sawyer
1651 Response Road, Second Floor
Sacramento, CA  95825-5253
**Attorneys for Plaintiff City of Fresno**

Charles T. O'Brien
225 High Ridge Road
Stamford, CT  06905
(203) 978-6988
(203) 978-6952 (fax)
**Attorneys for StatOil Marketing and
Trading (US) Inc.**

Jeffrey W. Moryan
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ  07068
(973) 535-0500
(973) 535-9217 (fax)
**Attorneys for Motiva Enterprises LLC**

W. Scott O'Connell
Nixon & Peabody, LLP
889 Elm Street
Manchester, NH  03101-2019
(603) 628-4000
(603) 628-4087 (fax)
**Attorneys for StatOil Marketing and
Trading (US) Inc.**

Karen T. Moses
J. Stephen Bennett
Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802
(260) 424-8000
(260) 460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Suite A
P.O. Box 3546
Tallahassee, FL  32315-3546
**Attorneys for McKenzie Service Co., Inc.**

Neal L. Moskow
Valerie J. Payne
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT  06825
(203) 610-6393
(203) 610-6399 (fax)
**Attorneys for Plaintiffs Canton Board of
Education, Childhood Memories, Columbia
Board of Education, Town of East Hampton,
American Distilling and Mfg. Co. Inc., Our
Lady of the Rosary Chapel, United Water
Connecticut, Inc.**

Matthew F. Pawa
Law Offices of Mathew F. Pawa, PC
1280 Centre Street, Suite 230
Newton Center, MA  02459
(617) 641-9550
(617) 641-9551 (fax)
**Attorneys for Plaintiff State of New
Hampshire**

Peter W. Mosseau
Jeffrey A. Meyers
Nelson, Kinder, Mosseau & Saturley, PC
99 Middle Street
Manchester, NH  03101
(603) 647-1800
(603) 647-1900 (fax)
**Attorneys for CITGO Petroleum Corp.**

Barry Richard
Greenberg Traurig, PA
101 East College Ave.
Post Office Drawer 1838
Tallahassee, FL  32302
(850) 222-6891
(850) 681-0207 (fax)
**Attorneys for ConocoPhillips Company,
individually and as successor-in-interest to
Conoco, Inc. and Phillips Petroleum
Company and d/b/a Phillips 66 Company,
Tosco Corporation, individually and a/k/a
Tosco Refining Company and a/k/a Tosco
Marketing Company**

James A. Pardo
Peter J. Sacripanti
Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY  10020-1605
(212) 547-5400
(212) 547-5444 (fax)
**Attorneys for Exxon Mobil Chemical
Company Inc., Exxon Mobil Corporation,
Exxon Mobil Oil Corporation, Exxon Mobil
Pipe Line Company, Exxon Mobil Refining
and Supply Company, Mobil Corporation and
Mobil Oil Corporation**

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA  90071
(213) 439-9400
(213) 439-9599 (fax)

William L. Parker
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA  02110-1727
(617) 695-2330
(617) 695-2335 (fax)
**Attorneys for Chevron USA, Inc., individually and formerly known as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco**

Richard M. Sandman
Rodman, Rodman & Sandman, PC
442 Main Street, Suite 300
Malden, MA  02148-5122
(781) 322-3720
(781) 324-6906 (fax)
**Attorneys for Plaintiffs in Town of Duxbury, et al.**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P.O. Box 1271
Pensacola, FL  32502-1271
(850) 433-6581
(850) 434-5856 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Co. LP**

Daniel P. Scapellati
Halloran & Sage, LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
(860) 548-0006 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining Company Texas**

Marc A. Rollo
Frank D. Allen
Carlos M. Bollar
Archer & Greiner, PC
One Centennial Square
P.O. Box 3000
Haddonfield, NJ  08033-0968
(856) 795-2121
(856) 795-0574 (fax)
**Attorneys for Exxon Mobil Chemical
Company, Inc. (individually and f/k/a Mobil
Chemical Company, Inc.), Exxon Mobil
Corporation (individually and as successor-in-
interest to Exxon Corporation and as
successor-in-interest to Mobil Corporation
(and d/b/a Exxon Mobil Refining and Supply
Company), Exxon Mobil Oil Corporation
(individually and f/k/a Mobil Oil
Corporation), Exxon Mobil Pipeline
Company**

Fred E. Schulz
Wildman Harrold Allen & Dixon, LLP
225 W. Wacker Drive
Chicago, IL  60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Lauren E. Rosenblatt
Hunton & Williams, LLP
200 Park Avenue
New York, NY  10166-0136
(212) 309-1000
(212) 309-1100 (fax)
**Attorneys for Koch Industries, Inc.**

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX  77079
(281) 293-1740
(281) 293-3826 (fax)
**Attorneys for ConocoPhillips Company,
Conoco Inc., Phillips Petroleum Company,
Phillips 66 Company and Tosco Corporation**

C. Joseph Russell
Bose, McKinney & Evans, LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (fax)
**Attorneys for Exxon Mobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Co., Inc., Mobil Corporation**

Thomas J. Smith
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA  70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Marc M. Seltzer
David C. Marcus
Susman Godfrey, LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
(310) 789-3100
(310) 789-3150 (fax)
**Attorneys for ARCO Chemical Company,**
**Lyondell Chemical Company**

Donald M. Snemis
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN  46282
(317) 236-2100
(317) 236-2219 or 592-4765 (fax)

Andrew W. Serell
Rath, Young & Pignatelli
One Capital Plaza
P.O. Box 1500
Concord, NH  03302-1500
(603) 226-2600
(603) 226-2700 or 228-2294 (fax)
**Attorneys for Chevron Texaco Corp.,**
**Chevron U.S.A. Inc., Motiva Enterprises,**
**LLC, Shell Oil Co., Texaco Refining &**
**Marketing, Inc.**

Robert K. Stanley
Melissa M. Hinds
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative,**
**LLC, successor by merger to Countrymark**
**Cooperative, Inc.**

Victor M. Sher
Sher & Leff
450 Mission Street, Suite 500
San Francisco, CA  94105
(415) 348-8300
(415) 348-8333 (fax)
**Attorneys for Plaintiffs California-American**
**Water Company and State of New Hampshire**

P. Scott Summy
Baron & Budd, PC
3102 Oak Lawn Avenue
The Centrum Building, Suite 1100
Dallas, TX  75219
(214) 521-3605
(214) 520-1181 (fax)
**Attorneys for Plaintiffs California-American**
**Water Company, Canton Board of**
**Education, Childhood Memories, Columbia**
**Board of Education, Town of East Hampton,**
**American Distilling and Mfg. Co. Inc., Our**
**Lady of the Rosary Chapel, United Water**
**Connecticut, Inc., Escambia County Utilities**
**Authority, City of Galva, City of Sioux City,**
**City of Ida Grove, City of Rockport, Town of**
**Duxbury, et al., New Jersey American Water**
**Company, et al., and Water Authority of**
**Great Neck North**

Charles Siddons
McMillan Constabile, LLP
777 Summer Street
Stamford, CT  06901
**Attorneys for Star Supply Petroleum, Inc.**

Stephen L. Tober
Tober Law Offices, PA
381 Middle Street
P.O. Box 1377
Portsmouth, NH  03801
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY  11753
(516) 478-5451
(516) 478-5490 (fax)
**Attorneys for Getty Properties Corp.**

Owen J. Todd
Kathleen M. Genova
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626
(617) 720-2626 (fax)
**Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.**

Jeffrey G. Stark
Meyer, Suozzi, English & Klein, PC
1505 Kellum Place
Mineola, NY  11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum Inc., Shell Trading (US) Company, Texaco Refining & Marketing (East) Inc.**

Mark E. Tully
Goodwin Procter, LLP
Exchange Place, Second Floor
Boston, MA  02109-2881
(617) 570-1000
(617) 523-1231 (fax)
**Attorneys for Gulf Oil Corporation and Gulf Oil Limited Partnership**

Anthony J. Stoik
Klass, Stoos, Stoik, Mugan, et al.
627 Fourth Street, Suite 300
P.O. Box 327
Sioux City, IA  51102
(712) 252-1866
(712) 252-5822 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical, Inc.**

Robert V. Waterman, Jr.
Lane & Waterman, LLP
220 North Main Street, Suite 600
Davenport, IA  52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**

Shawn S. Sullivan
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508-1832
(203) 498-4400
(203) 782-2889 (fax)

Joseph P. Williams
Paul D. Sanson
Shipman & Goodwin, LLP
One American Row
Hartford, CT  06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company,
Chevron Corporation, Chevron Texaco
Corporation, Chevron USA Inc., Gulf Oil
Corporation, Texaco Inc., Texaco Refining
and Marketing Inc., Texaco Refining &
Marketing (East) Inc., TRMI Holdings,
Equilon Enterprises LLC, Equiva Trading
Company, Motiva Enterprises LLC, Shell
Oil Company, Shell Oil Products Company,
Shell Oil Products Company LLC, Shell Oil
Products U.S. and Shell Petroleum Inc.**

Martha Van Oot
Orr & Reno, PA
One Eagle Square
P.O. Box 3550
Concord, NH  03302-3550
(603) 224-2381
(603) 224-2318 (fax)
**Attorneys for Plaintiff State of New
Hampshire**

Lynn Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY  10022
(212) 308-4411
(212) 308-4844 (fax)
**Attorneys for Unocal Corporation**

Richard E. Wallace, Jr.
Peter C. Condron
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, NW
Washington, DC  20007
(202) 204-1000
(202) 204-1001 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc., Star Enterprise**

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606
(312) 372-2000
(312) 984-7700 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**

John J. Wasilczyk
Allison N. Shue
David L. Schrader
Michael T. Zarro
Morgan, Lewis & Bockius, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco Inc., Chevron Texaco Corporation, Chevron Environmental Services Company**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 3 2004

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

------------------------------------------------------x

In Re: Methyl Tertiary Butyl Ether            MDL No. 1358
("MTBE") Products Liability Litigation


------------------------------------------------------x

### AMENDED RULE 5.2 CERTIFICATION

I hereby certify that as of this 22nd day of March, 2004, all parties identified in

the attached Panel Attorney Service List have been served by First Class Mail, postage

prepaid, a copy of the accompanying Notice of Appearance and Corporate Disclosure

Statement.

Dated:  March 22, 2004                    Respectfully submitted,


                                    Richard E. Wallace, Jr.
                                    WALLACE KING MARRARO & BRANSON PLLC
                                    1050 Thomas Jefferson Street, N.W.
                                    Washington, D.C.  20007
                                    Telephone:  202.204.1000
                                    Facsimile:  202.204.1001

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Appearance
and Corporate Disclosure Statement have been served by regular mail, postage prepaid,
as of this 22nd day of March, 2004 upon all parties identified in the attached Panel
Service List.

Richard E. Wallace, Jr.

Page 1

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Docket: 1358 - In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Status: Transferred on 10/10/2000

Transferee District: NYS    Judge: Scheindlin, Shira Ann

Printed on 03/22/2004

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Axline, Michael<br>Miller, Axline & Sawyer<br>1050 Fulton Avenue<br>Suite 100<br>Sacramento, CA 95825 | ⇒ City of Fresno |
| Ball, Dan H.<br>Bryan Cave, L.L.P.<br>One Metropolitan Square<br>Suite 3600<br>211 N. Broadway<br>St. Louis, MO 63102 | ⇒ Chevron USA. Inc.; Conoco, Inc.*; Exxon Mobil Corp.* |
| Bennett, J. Stephen<br>Baker & Daniels<br>111 E. Wayne Street<br>Suite 800<br>Fort Wayne, IN 46802 | ⇒ Lassus Bros. Oil, Inc.* |
| Davis, Mindy G.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | ⇒ Amerada Hess Corp.*; Coastal Eagle Point Oil Co.*; Coastal Mobile Refining Co.*; El Paso CGP Co.*;<br>El Paso Corp.*; El Paso Merchant Energy-Petroleum Co.* |
| Detrick, Russ<br>Sacramento County District Attorney<br>Environmental Protection Division<br>901 G Street, Suite 700<br>Sacramento, CA 95814 | ⇒ People of the State of California* |
| Doty, Robert P.<br>Cox, Castle & Nicholson, LLP<br>555 Montgomery Street<br>15th Floor<br>San Francisco, CA 94111-2585 | ⇒ 7-Eleven. Inc.; Duke Energy Merchants California, Inc.; Duke Energy Merchants, LLC; Duke Energy<br>Trading & Marketing, L.L.C; Northridge Petroleum Marketing  U.S., Inc. |
| Doyle, Colleen P.<br>Bingham McCutchen, LLP<br>355 South Grand Avenue<br>Suite 4400<br>Los Angeles, CA 90071 | ⇒ Exxon Corp.*; Mobil Corp.*; Tesoro Refining & Marketing Co.* |
| Eimer, Nathan P.<br>Eimer, Stahl, Klevorn & Solberg<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 | ⇒ Citgo Petroleum Corp.* |
| Felmly, Bruce W.<br>McLane, Graf, Raulerson & Middleton<br>900 Elm Street<br>Manchester, NH 03105 | ⇒ Irving Oil Corp.*; Irving Oil Limited; Irving Oil Terminals, Inc.* |
| Florence, Taylor M.<br>Bullivant, Houser, Bailey, et al.<br>11335 Gold Express Drive | ⇒ Sierra Energy, LLC*; Toms Sierra Co., Inc.* |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,358 Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Ste 105
Goldriver, CA 95670-4491

Galvin, John E.                        ⇒ Phillips Petroleum Co.*
Fox Galvin, LLC
One Memorial Drive
Eighth Floor
St. Louis, MO 63102

Gordon, Robert J.                      ⇒ American Distilling & Manufacturing Co., Inc.*; Canton Board of Education (Cherry Brook School)*;
Weitz & Luxenberg                         City of Dover*; City of Portsmouth, New Hampshire*; Columbia Board of Education (Horace Porter
180 Maiden Lane                           School)*; Long Island Water Corp.*; New Jersey American Water Co., Inc.; Our Lady of the Rosary
17th Floor                                Chapel*; Town of East Hampton*; Town of Hartland*; United Water Connecticut, Inc.*; Water
New York, NY 10038                        Authority of Great Neck North*

Guttmann, John S.                      ⇒ Sunoco, Inc.*; Sunoco, Inc. (R&M)*
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005

Hoffman, Alan J.                       ⇒ Arco Chemical Co.*; Lyondell Chemical Co.*
Blank Rome L.L.P.
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

Kearfott, Joseph Conrad               ⇒ Flint Hill Resources LP*; Flint Hills Resources LLC*; Koch Industries, Inc.*
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Krowicki, Ben M.                       ⇒ Crown Central Petroleum Corp.*
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178

Langan, J. Andrew                      ⇒ Amoco Oil Co.*; Arco Products Co.*; Atlantic Richfield Co.*; BP America, Inc.*; BP Amoco Chemical
Kirkland & Ellis                          Co.*; BP Amoco Corp.*; BP Co. North America, Inc.*; BP Corp, North America, Inc.*; BP Global
200 East Randolph Drive                   Special Products (America), Inc.*; BP Products North America, Inc.*; BP West Coast Products, LLC*
Suite 5400
Chicago, IL 60601

Leifer, Steven L.                      ⇒ Marathon Ashland Petroleum, LLC; Marathon Oil Co.; Marathon Oil Corp.
Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Lyons, John J.                         ⇒ ConocoPhillips Co.*
Latham & Watkins
650 Town Center Drive
Suite 2000
Costa Mesa, CA 92626-1925

Martin, Diana P.                       ⇒ Westport Petroleum, Inc.*
Bingham McCutchen, LLP
355 South Grand Avenue
Suite 4400

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,358 Continued)*

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Los Angeles, CA 90071

McGahren, John
Latham & Watkins
One Newark Center
16th Floor
Newark, NJ 07101-3174

⇒ Getty Properties Corp.*

Pappas, Thomas J.
Wiggin & Nourie, P.A.
P.O. Box 808
Manchester, NH 03105

⇒ Sprague Energy Co.*

Renfroe, Tracie J.
Bracewell & Patterson
South Tower Pennzoil Place
Suite 2900
711 Louisiana
Houston, TX 77002

⇒ Alon USA Energy, Inc.*; Alon USA, LP*; Atofina Petrochemicals Inc.*; Diamond Shamrock Refining & Marketing; Total Holdings USA, Inc.*; Ultramar Energy, Inc.*; Ultramar Limited*; Ultramar, Inc.*; Valero Energy Corp*; Valero Marketing & Supply Co.*; Valero Refining Co. Louisiana*; Valero Refining & Marketing Co.*; Valero Refining Co.*; Valero Refining Co. New Jersey*; Valero Refining Co.-California*; Valero Refining Company-Texas*

Sacripanti, Peter J.
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

⇒ ExxonMobil Chemical Co.*; ExxonMobil Oil Corp.*; ExxonMobil Pipe Line Co.*; ExxonMobil Refining & Supply Co.*

Sher, Victor M.
Sher & Leff
450 Mission St..
Suite 500
San Francisco, CA 94105

⇒ California-American Water Co.*; Carmichael Water District*; Citrus Interstate Pipeline Co.*; City of Elk Grove*; City of Riverside*; City of Roseville*; City of Sacramento*; Crandall, Diane K.*; Del Paso Manor Water District*; Fair Oaks Water District*; Florin Resource conservation District*; Kruso, Adrian*; Kruso, Dennis A.*; Kruso, John T.*; Kruso, Stephen L.*; Orange County Water District*; Quincy Community Services District*; Rio Products Corp.*; Sacramento County Water Agency*; Sacramento Groundwater Authority*; Sacramento Suburban Water District*; San Juan Water District*; Silver, Laura*; Silver, Martin*; Silver, Pauline*; State of New Hampshire

Skilling, Elizabeth E.
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255

⇒ Parker Holding Co., Inc.*; Parker Oil Co.. Inc.*

Summy, Scott
Baron & Budd
The Centrum Building, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-3605

⇒ Brimfield Housing Aurthority*; Centerville-Osterville-Marstons Mills Water Dept.*; Chelmsford Water District*; Chisolm Creek Uitility Authority*; City of Bel Aire (County of Sedgwick Water Authority)*; City of Brockton*; City of Dodge City, Kansas*; City of Galva*; City of Ida Grove*; City of Methuen*; City of Mishawaka*; City of Peabody*; City of Rockport*; City of Sioux City*; City of South Bend, Indiana*; Cotuit Fire District Water Department*; Dedham Westwood Water District*; East Chelmsfor Water District*; Escambia County Utilities Authority*; Greensville County Water & Sewer Authority*; Hillcrest Water District*; Leicester Water Supply District*; Massasoit Hills Trailer Parks, Inc.*; North Chelmsford Water District*; North Newton School Corp.*; North Raynham Water District*; Patrick County School Board*; Sandwich Water District*; South Sagamore Water District*; Sudbury Water District*; Town of Avon*; Town of Bedford*; Town of Bellingham*; Town of Charlton*; Town of Danvers*; Town of Dover*; Town of Dudley*; Town of Duxbury*; Town of East Bridgewater*; Town of East Brookfield*; Town of Easton*; Town of Edgartown*; Town of Halifax*; Town of Hanover*; Town of Hanson*; Town of Holliston*; Town of Hudson*; Town of Marion*; Town of Maynard*; Town of Merrimac*; Town of Millis*; Town of Monson*; Town of Natick*; Town of Norfolk*; Town of North Attleborough*; Town of North Reading*; Town of Norton*; Town of Norwell*; Town of Prembroke*; Town of Reading*; Town of Spencer*; Town of Stoughton*; Town of Tewksbury*; Town of Tynsgborough*; Town of Ware*; Town of Wayland*; Town of West Bridgewater*; Town of West Brookfield*; Town of Weymouth*; Town of Wilmington*; Town of Yarmouth*; Village of Island Lake*; Westport Federal Credit Union*; Westview Farm, Inc.*

---

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Tillery, Stephen M.<br>Korein Tillery, LLC<br>St. Claire County<br>10 Executive Woods Court<br>Swansea, IL 62226-2030 | => Azbill, Donna L.*; Christiansen, Claudia*; England, David*; Owes, Marvin* |
| Tripp, Mark L.<br>Bradshaw, Fowler, Proctor & Fairgrave, P.C.<br>801 Grand Avenue<br>Suite 3700<br>Des Moines. IA 50309-8004 | => Fauser Oil Co., Inc.* |
| Tully, Mark E.<br>Goodwin Procter<br>Exchange Place<br>Second Floor<br>Boston, MA 02109-2881 | => Chelsea Sandwich, LLC*; Global Companies, LLC*; Global Montello Group*; Global Petroleum Corp.*; Gulf Oil Ltd. Partnership* |
| Wachtel, John V.<br>Klenda, Mitchell, Austerman & Zueroher<br>1600 Epic Center<br>301 North Main<br>Wichita, KS 67202 | => National Cooperative Refinery Association* |
| Wallace, Jr, Richard E.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | => Equilon Enterprises, L.L.C.*; Shell Oil Co., Inc.*; Texaco Refining & Marketing, Inc.* |
| Weinstein, David B.<br>Bales & Weinstein, P.A.<br>1715 N. Westshore Boulevard<br>Suite 190<br>Tampa, FL 33607 | => Exxon Mobil Oil Corp. |
| de Recat, Craig J.<br>Manatt Phelps & Phillips<br>11355 W. Olympic Boulevard<br>Los Angeles, CA 90064-1614 | => U.S.A. Gasoline Corp.* |

Note: Please refer to the report title page for complete report scope and key.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MAR 23 2004

FILED
CLERK'S OFFICE

-----------------------------------------------------x

In Re: Methyl Tertiary Butyl Ether                    MDL No. 1358
("MTBE") Products Liability Litigation


-----------------------------------------------------x

### NOTICE OF APPEARANCE

Please take notice that the firm identified below represents CHEVRONTEXACO

CORPORATION, CHEVRON U.S.A. INC., CHEVRON CORPORATION, CHEVRON

ENVIRONMENTAL SERVICE COMPANY, CHEVRON CHEMICAL COMPANY,

TEXACO INC., TRMI HOLDINGS, GULF OIL CORPORATION, GETTY OIL

COMPANY, AND FOUR STAR OIL AND GAS COMPANY in all of the matters

proposed for transfer to MDL 1358 and, in accordance with JPML Rule 5.2(c), the

following attorney is designated to receive service of all pleadings, notices, orders and

other papers relating to this matter:

Richard E. Wallace, Jr.
WALLACE KING MARRARO & BRANSON PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
Telephone:  202.204.1000
Facsimile:  202.204.1001

Dated:  March 19, 2004                    Respectfully submitted,

Richard E. Wallace, Jr.
WALLACE KING MARRARO & BRANSON PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
Telephone:  202.204.1000
Facsimile:  202.204.1001

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## MDL SERVICE LIST

MAR 2 3 2004

FILED
CLERK'S OFFICE

Samuel J. Abate, Jr.
McCarter & English, LLP
300 Park Avenue, 18th Floor
New York, NY 10022-7402
(212) 609-6805
(212) 935-1893 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.**

Paul S. Aronowitz
Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Ste. 305
Auburn, CA 95603
**Attorneys for Nella Oil Company LLC**

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL 32822
(407) 275-7253

Mark S. Baldwin
Brown, Rudnick, Berlack & Israels, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3402
(860) 509-6514
(860) 509-6501 (fax)
**Attorneys for Koch Industries Inc.**

Carolyn G. Anderson
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
(612) 341-0400
(612) 341-0844 (fax)
**Attorneys for Plaintiff City of Rockport**

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Ste. 3600
St. Louis, MO 63102
(314) 259-2200
(314) 259-2020 (fax)
**Attorneys for Premcor Refining Group**

Jon D. Anderson
Michele Johnson
Latham & Watkins, LLP
650 Town Center Drive, Ste. 2000
Costa Mesa, CA 92626-1918
(714) 540-1235
(714) 755-8290 (fax)
**Attorneys for Tosco Corporation,
ConocoPhillips Company**

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
**Attorneys for Exxon Mobil Chemical
Company, Inc., Exxon Mobil
Corporation, Exxon Mobil Oil
Corporation, Exxon Mobil Pipe Line
Company, Exxon Mobil Refining and
Supply Company, Mobil Corporation
and Mobil Oil Corporation**

1

M. Scott Barrett
Barrett & Associates
520 North Walnut Street
P.O. Box 5233
Bloomington, IN  47407-5233
(812) 336-4664
(812) 337-8850
**Attorneys for Plaintiff City of Rockport**

William W. Barrett
Williams Hewitt & Robbins, LLP
600 N. Emerson Avenue
Greenwood, IN  46143
(317) 888-1121
(317) 887-4069 (fax)
**Attorneys for Plaintiff City of Rockport**

Rebecca J. Bernstein
ATOFINA Chemicals, Inc.
2000 Market Street
Philadelphia, PA  19103
(215) 419-5415
(215) 419-7933 (fax)
**Attorneys for Total Holdings USA, Inc.
formerly known as Total Fina Elf**

Elizabeth L. Bevington
Holland & Knight, LLP
P.O. Box 810
Tallahassee, FL  32302-0810
(850) 224-7000
(850) 224-8832 (fax)
**Attorneys for Exxon Mobil Chemical
Company, Inc., individually and formerly
known as Mobil Chemical Company,
Inc., Exxon Mobil Corporation,
individually and as successor-in-interest
to Mobil Corporation (and d/b/a Exxon
Mobil Refining and Supply Company),
and Exxon Mobil Oil Corporation,
individually and formerly known as
Mobil Oil Corporation**

Charles F. Becker
Belin, Larnson, McCormick, Zurnbach & Flynn
Financial Center
6666 Walnut Street, Suite 2000
Des Moines, IA  50309-3989
(515) 283-4609
(515) 558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Anthony A. Bongiorno
McDermott, Will & Emery
28 State Street
Boston, MA  02109
(617) 535-4044
(617) 535-3800 (fax)
**Attorneys for Exxon Mobil Chemical
Company , Inc., Exxon Mobil
Corporation, Exxon Mobil Oil
Corporation, Exxon Mobil Pipe Line
Company, Exxon Mobil Refining and
Supply Company, Mobil Corporation
and Mobil Oil Corporation**

2

Peter G. Beeson
Devine, Millimet & Branch
111 Amherst Street
P.O. Box 719
Manchester, NH  03105
(603) 669-1000
(603) 669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

F. Wesley Bowers
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P.O. Box 1287
Evansville, IN  47706-1287
(812) 426-1231
(812) 464-3676 (fax)
**Attorneys for CITGO Petroleum Corp.
and CITGO Refining and Chemical
Inc.**

Peter A. Bellacosa
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
(212) 446-4900 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America Inc.,
BP Amoco Chemical Company, BP Company
North America Inc., BP Corporation North
America Inc. (f/k/a BP Amoco Corporation
and Amoco Corporation), BP Products North
America Inc. (f/k/a/ Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products LLC**

Thomas Constabile
McMillan Constabile, LLP
2180 Boston Post Road
Larchmont, NY  10538
(914) 834-3500
(914) 834-0620 (fax)
**Attorneys for Star Supply Petroleum
Inc.**

Timothy F. Burr
Galloway, Johnson, Tompkins, Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL  32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL  32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Plaintiff Escambia
County Utilities Authority**

Chelsea Sandwich, LLC
800 South Street
Waltham, MA  02254-9161

David J. Crotta, Jr.
Francis J. Drumm, III
Robert G. Oliver
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT  06510
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp.
and CITGO Refining and Chemical,
Inc.**

Roxanne Conlin
Conlin & Associates, PC
319 7th Street, Suite 600
Des Moines, IA  50309
(515) 283-1111
(515) 282-0477 (fax)
**Attorneys for Plaintiffs City of Galva, City of
Sioux City, City of Ida Grove**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH  03301
**For El Paso Merchant Energy
Petroleum**

Angelo A. Cuonzo
Slowinsky, Atkins & Czyz, LLP
One Newark Center
Newark, NJ  07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.**

Mindy G. David
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402
(202) 783-0800
(202) 383-6610 (fax)
**Attorneys for Amerada Hess
Corporation, Coastal Eagle Point Oil
Company, Coastal Mobile Refining
Company, Coastal States Trading Inc.,
Coastal Refining and Marketing, El
Paso CGP Company and El Paso
Corporation**

George A. Dagon, Jr.
Murtha Cullina, LLP
City Place I
185 Asylum Street
Hartford, CT  06103
(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America Inc.,
BP Amoco Chemical Company, BP Company
North America Inc. BP Corporation North
America Inc., (f/k/a BP Amoco Corporation
and Amoco Corporation), BP Products North
America Inc. (f/k/a Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products LLC**

Jennifer M. DelMonico
Murtha Cullina, LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704-A
New Haven, CT  06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richfield
Company, ARCO Products Company,
BP America Inc., BP Amoco Chemical
Company, BP Company North America
Inc. BP Corporation North America
Inc. (f/k/a BP Amoco Corporation and
Amoco Corporation), BP Products
North America Inc. (f/k/a Amoco Oil
Company and misnamed as BP Product
North Americas, Inc.), and BP West
Coast Products LLC**

Barry R. Davidson
Hunton & Williams, LLP
1111 Brickell Avenue
Miami, FL  33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Michael DeMarco
Daniel E. Rosenfeld
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA  02109
(617) 261-3100
(617) 261-3175 (fax)
**Attorneys for ConocoPhillips Company**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA  30339-5673
**Attorneys for Chevron**

Wayne F. Dennison
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA  02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Ste. 4000
El Segundo, CA  90245
**Corporate Secretary for Unocal Corp.**

Joseph G. Eaton
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Brendan M. Dixon
Unocal Corp.
376 S. Valencia Avenue
Brea, CA  92626
(714) 577-2933
(714) 577-2980 (fax)
**Attorneys for Unocal Corporation, Union Oil Company of California**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH 03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical Company**

Robert P. Doty
Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA  94111-2585
(415) 392-4200
(415) 392-4250 (fax)
**Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc., Northridge Petroleum Marketing U.S., Inc.**

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
(312) 660-7600
(312) 692-1718 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Colleen P. Doyle
Diana Pfeffer Martin
Catherine M. Stites
Bingham McCutchen, LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
(213) 680-6400
(213) 680-6499 (fax)
**Attorneys for Exxon Mobil Corporation, Mobil Corporation, Tesoro Refining and Marketing, Inc.**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA  02453

John V. Dwyer
Winer & Bennett, LLP
110 Concord Street
P.O. Box 488
Nashua, NH  03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp., Exxon Mobil Oil Corp.**

John C. Gillespie
Joseph J. McGovern
Parker, McCay & Criscuolo, P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ  08053
(856) 596-8900
(856) 596-9631 (fax)
**Attorneys for Plaintiffs in New Jersey American Water Company, Inc., et al.**

John J. Fanning
Cullen & Dykman, LLP
177 Montague Street
Brooklyn, NY  11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing Inc.
and Getty Terminals Corporation**

Robert J. Gordon
Weitz & Luxenberg
180 Maiden Lane
New York, NY  10038
(212) 558-5500
(212) 344-5461 (fax)
**Attorney for Plaintiffs Canton Board of
Education, Childhood Memories,
Columbia Board of Education, Town of
East Hampton, American Distilling and
Mfg. Co. Inc., Our Lady of the Rosary
Chapel, United Water Connecticut,
Inc., Escambia County Utilities
Authority, City of Galva, City of Sioux
City, City of Ida Grove, City of
Rockport, Town of Duxbury, et al.,
New Jersey American Water Company,
et al., and Water Authority of Great
Neck North**

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
P.O. Box 326
Manchester, NH  03105-0326
(603) 625-6464
(603) 625-5650 (fax)
**Attorneys for Irving Oil Limited, Irving Oil
Corporation**

Steven M. Gordon
Shaheen & Gordon, PA
Two Capital Plaza
P.O. Box 2703
Concord, NH  03302-2703
(603) 225-7262
(603) 225-5112 (fax)
**Attorneys for Ultramar Energy, Inc.,
Ultramar Limited, Valero Energy
Corp., Valero Marketing & Supply
Company**

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
(415) 356-4600
(415) 356-4610 (fax)
**Attorneys for Pacific Southwest Trading**

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 (fax)
**Attorneys for Inland Fuel Terminals
Inc.**

Heather M. Fusco
Beveridge & Diamond, PC
477 Madison Avenue
New York, NY  10022
(212) 702-5400
(212) 702-5450 (fax)
**Attorneys for Sunoco, Inc.**

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th Avenue, Suite 1200
Des Moines, IA  50309-4195
(515) 288-6041
(515) 246-1474 (fax)
**Attorneys for Alon USA Energy, Inc., Alon
USA, LP, Fina Oil and Chemical Company,
Total Holdings USA, Inc. (erroneously named
as Total Fina Elf), Diamond Shamrock
Refining and Marketing, Valero Energy
Corporation, Valero Marketing and Supply
Company, Valero Refining and Marketing
Company, Valero Colorado Refining
Company, Valero Refining Company
Louisiana, Valero Refining Company Texas,
Valero Refining Company New Jersey,
Conoco, Inc., ConocoPhillips, Phillips 66
Company, Phillips 66 Company n/k/a
ConocoPhillips Company, Phillips Petroleum
Company n/k/a Conoco Phillips Company,
and Tosco Refining Company, n/k/a
ConocoPhillips**

John S. Guttman
Beveridge & Diamond, PC
1350 I Street, N.W., Suite 700
Washington, DC  20005
(202) 789-6000
(202) 789-6190 (fax)
**Attorneys for Sunoco Inc.**

Larry G. Gutz
Moyer & Bergman, PLC
2720 1st Avenue, NE
Cedar Rapids, IA  52402-1943
(319) 366-7331
(319) 366-3668 (fax)
**Attorneys for Fauser Oil Co., Inc.**

J. Clifford Gunter, III
Tracie J. Renfroe
M. Coy Connelly
Mike Dimnore
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002
(713) 223-2900
(713) 221-1212 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining Company Texas, Ultramar Energy Inc.**

Jeffrey R. Hellman
Zeisler & Zeisler, PC
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

David S. Hardy
Dorit S. Heimer
Levett Rockwood PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company, El Paso Corporation, Marathon Ashland Petroleum LLC, Marathon Oil Corporation, Sunoco Inc.**

Alan J. Hoffman
Laurence S. Shtasel
Blank Rome, LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA 19103-6998
(215) 569-5500
(215) 569-5555 (fax)
**Attorneys for ARCO Chemical Company, Lyondell Chemical Company**

Matthew T. Heartney
Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-5844
(213) 243-4000
(213) 243-4199 (fax)
**Attorneys for Atlantic Richfield Company, BP Products North America, Inc.**

Hojoon Hwang
William D. Temko
Munger, Tolles & Olson, LLP
355 Grand Avenue, Suite 3500
Los Angeles, CA  90071
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc., Equilon Enterprises LLC**

Peter W. Heed, Attorney General
Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH  03301-6397
**Attorneys for Plaintiff State of New Hampshire**

Vivian Imperial *for*
Equiva Services, LLC
Westport Petroleum, Inc.
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA  90017

Donna Nelson Heller
Finn, Dixon & Herling, LP
One Landmark Square, Suite 1400
Stamford, CT  06901
(203) 325-5000
(203) 348-5777 )(fax)
**Attorneys for Lyondell Chemical Company**

Peter R. Knight
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT  06103
(860) 293-3550
(860) 293-3555 (fax)
**Attorneys for Getty Petroleum Marketing Inc.**

William J. Kayatta, Jr.
Pierce, Atwood
One Monument Square
Portland, ME  04101
(207) 791-1100
(207) 791-1350 (fax)
**Attorneys for Lyondell Chemical Company**

Ben M. Krowicki
Eric H. Gaston
Bingham McCutchen, LLP
One State Street
Hartford, CT  06103-3178
(860) 240-2926
(860) 240-2818 (fax)
**Attorneys for Crown Central Petroleum Corp., Tesoro Petro Corporation, Tesoro Refining and Marketing and Tesoro West Coast**

Joseph C. Kearfott
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219
(804) 788-8200
(804) 788-8218 (fax)
**Attorneys for Koch Industries, Inc.**

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis, LLP
200 East Randolph Drive, Suite 6100
Chicago, IL  60601-6636
(312) 861-2000
(312) 861-2200 (fax)
**Attorneys for Atlantic Richfield
Company, ARCO Products Company,
BP America Inc., BP Amoco Chemical
Company, BP Company North America
Inc., BP Corporation North America
Inc. (f/k/a BP Amoco Corporation and
Amoco Corporation), BP Products
North America Inc. (f/k/a Amoco Oil
Company and misnamed as BP Product
North Americas, Inc.,) and BP West
Coast Products LLC**

Frederic R. Klein
Goldberg Kohn, Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL  60603-5802
(312) 201-4000
(312) 332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil
Company of California**

Andrew Lapayowker
Vice President, General Counsel and
Secretary
Crown Central Petroleum Corporation
One North Charles Street (21201)
P. O. Box 1168
Baltimore, MD  21203
(410) 659-4834
(410) 659-4763 (fax)
**Attorneys for Crown Central
Petroleum Corporation**

Trenten D. Klingerman
Stuart & Branigin, LLP
The Life Building, Suite 800
600 Main Street
P.O. Box 1010
Lafayette, IN  47902
(765) 423-1561
(765) 742-8175 (fax)

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
11335 Gold Express Drive, Suite 105
Gold River, CA  95670
**Attorneys for New West Petroleum,
New West Petroleum LLC**

Brian M. Ledger
Rudy R. Perrino
Gordon & Rees, LLP
101 West Broadway, Suite 1600
San Diego, CA  92101-3541
(619) 696-6700
(610) 696-7124 (fax)
**Attorneys for Kern Oil & Refining Co.**

Joseph W. Martini
Karen Mignone
Paul J. Hogan
Amy McCallan
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT  06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**

Steven L. Leifer
Baker, Botts, LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7723
(202) 585-1040 (fax)
**Attorneys for Marathon Ashland Petroleum LLC and Marathon Oil Corporation**

John McGahren
Kristi Midboe Miller
Latham & Watkins, LLP
One Newark Center, 16th Floor
Newark, NJ  07101-3174
(973) 639-7270
(973) 639-7298 (fax)
**Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation**

Scott L. Long
Brown, Winick, Graves, Gross, Baskerville and Schoenebaum, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510
(515) 242-2400
(515) 283-0231 (fax)

Matthew F. Medeiros
Little, Bulman, Medeiros & Whitney, PC
72 Pine Street
Providence, RI  02903
(401) 272-8080
(401) 272-8195 or 490-6918 (fax)
**Attorneys for CITGO Petroleum Corp.**

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA  02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc., BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.**

Samuel P. Moulthrop
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981
(973) 538-0800
(973) 538-1984 (fax)
**Attorneys for Koch Industries, Inc.**

Duane C. Miller
Miller & Sawyer
1651 Response Road, Second Floor
Sacramento, CA  95825-5253
**Attorneys for Plaintiff City of Fresno**

Charles T. O'Brien
225 High Ridge Road
Stamford, CT  06905
(203) 978-6988
(203) 978-6952 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

Jeffrey W. Moryan
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ  07068
(973) 535-0500
(973) 535-9217 (fax)
**Attorneys for Motiva Enterprises LLC**

W. Scott O'Connell
Nixon & Peabody, LLP
889 Elm Street
Manchester, NH  03101-2019
(603) 628-4000
(603) 628-4087 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

Karen T. Moses
J. Stephen Bennett
Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN  46802
(260) 424-8000
(260) 460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Suite A
P.O. Box 3546
Tallahassee, FL  32315-3546
**Attorneys for McKenzie Service Co., Inc.**

Neal L. Moskow
Valerie J. Payne
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT  06825
(203) 610-6393
(203) 610-6399 (fax)
**Attorneys for Plaintiffs Canton Board of
Education, Childhood Memories, Columbia
Board of Education, Town of East Hampton,
American Distilling and Mfg. Co. Inc., Our
Lady of the Rosary Chapel, United Water
Connecticut, Inc.**

Matthew F. Pawa
Law Offices of Mathew F. Pawa, PC
1280 Centre Street, Suite 230
Newton Center, MA  02459
(617) 641-9550
(617) 641-9551 (fax)
**Attorneys for Plaintiff State of New
Hampshire**

Peter W. Mosseau
Jeffrey A. Meyers
Nelson, Kinder, Mosseau & Saturley, PC
99 Middle Street
Manchester, NH  03101
(603) 647-1800
(603) 647-1900 (fax)
**Attorneys for CITGO Petroleum Corp.**

Barry Richard
Greenberg Traurig, PA
101 East College Ave.
Post Office Drawer 1838
Tallahassee, FL  32302
(850) 222-6891
(850) 681-0207 (fax)
**Attorneys for ConocoPhillips Company,
individually and as successor-in-interest to
Conoco, Inc. and Phillips Petroleum
Company and d/b/a Phillips 66 Company,
Tosco Corporation, individually and a/k/a
Tosco Refining Company and a/k/a Tosco
Marketing Company**

James A. Pardo
Peter J. Sacripanti
Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY  10020-1605
(212) 547-5400
(212) 547-5444 (fax)
**Attorneys for Exxon Mobil Chemical
Company Inc., Exxon Mobil Corporation,
Exxon Mobil Oil Corporation, Exxon Mobil
Pipe Line Company, Exxon Mobil Refining
and Supply Company, Mobil Corporation and
Mobil Oil Corporation**

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA  90071
(213) 439-9400
(213) 439-9599 (fax)

William L. Parker
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA  02110-1727
(617) 695-2330
(617) 695-2335 (fax)
**Attorneys for Chevron USA, Inc., individually and formerly known as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco**

Richard M. Sandman
Rodman, Rodman & Sandman, PC
442 Main Street, Suite 300
Malden, MA  02148-5122
(781) 322-3720
(781) 324-6906 (fax)
**Attorneys for Plaintiffs in Town of Duxbury, et al.**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P.O. Box 1271
Pensacola, FL  32502-1271
(850) 433-6581
(850) 434-5856 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Co. LP**

Daniel P. Scapellati
Halloran & Sage, LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
(860) 548-0006 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining Company Texas**

Marc A. Rollo
Frank D. Allen
Carlos M. Bollar
Archer & Greiner, PC
One Centennial Square
P.O. Box 3000
Haddonfield, NJ  08033-0968
(856) 795-2121
(856) 795-0574 (fax)
**Attorneys for Exxon Mobil Chemical**
**Company, Inc. (individually and f/k/a Mobil**
**Chemical Company, Inc.), Exxon Mobil**
**Corporation (individually and as successor-in-**
**interest to Exxon Corporation and as**
**successor-in-interest to Mobil Corporation**
**(and d/b/a Exxon Mobil Refining and Supply**
**Company), Exxon Mobil Oil Corporation**
**(individually and f/k/a Mobil Oil**
**Corporation), Exxon Mobil Pipeline**
**Company**

Fred E. Schulz
Wildman Harrold Allen & Dixon, LLP
225 W. Wacker Drive
Chicago, IL  60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Lauren E. Rosenblatt
Hunton & Williams, LLP
200 Park Avenue
New York, NY  10166-0136
(212) 309-1000
(212) 309-1100 (fax)
**Attorneys for Koch Industries, Inc.**

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX  77079
(281) 293-1740
(281) 293-3826 (fax)
**Attorneys for ConocoPhillips Company,**
**Conoco Inc., Phillips Petroleum Company,**
**Phillips 66 Company and Tosco Corporation**

C. Joseph Russell
Bose, McKinney & Evans, LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (fax)
**Attorneys for Exxon Mobil Corporation,**
**ExxonMobil Oil Corporation, ExxonMobil**
**Chemical Co., Inc., Mobil Corporation**

Thomas J. Smith
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA  70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Marc M. Seltzer
David C. Marcus
Susman Godfrey, LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
(310) 789-3100
(310) 789-3150 (fax)
**Attorneys for ARCO Chemical Company,
Lyondell Chemical Company**

Donald M. Snemis
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN  46282
(317) 236-2100
(317) 236-2219 or 592-4765 (fax)

Andrew W. Serell
Rath, Young & Pignatelli
One Capital Plaza
P.O. Box 1500
Concord, NH  03302-1500
(603) 226-2600
(603) 226-2700 or 228-2294 (fax)
**Attorneys for Chevron Texaco Corp.,
Chevron U.S.A. Inc., Motiva Enterprises,
LLC, Shell Oil Co., Texaco Refining &
Marketing, Inc.**

Robert K. Stanley
Melissa M. Hinds
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative,
LLC, successor by merger to Countrymark
Cooperative, Inc.**

Victor M. Sher
Sher & Leff
450 Mission Street, Suite 500
San Francisco, CA  94105
(415) 348-8300
(415) 348-8333 (fax)
**Attorneys for Plaintiffs California-American
Water Company and State of New Hampshire**

P. Scott Summy
Baron & Budd, PC
3102 Oak Lawn Avenue
The Centrum Building, Suite 1100
Dallas, TX  75219
(214) 521-3605
(214) 520-1181 (fax)
**Attorneys for Plaintiffs California-American
Water Company, Canton Board of
Education, Childhood Memories, Columbia
Board of Education, Town of East Hampton,
American Distilling and Mfg. Co. Inc., Our
Lady of the Rosary Chapel, United Water
Connecticut, Inc., Escambia County Utilities
Authority, City of Galva, City of Sioux City,
City of Ida Grove, City of Rockport, Town of
Duxbury, et al., New Jersey American Water
Company, et al., and Water Authority of
Great Neck North**

Charles Siddons
McMillan Constabile, LLP
777 Summer Street
Stamford, CT  06901
**Attorneys for Star Supply Petroleum, Inc.**

Stephen L. Tober
Tober Law Offices, PA
381 Middle Street
P.O. Box 1377
Portsmouth, NH  03801
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY  11753
(516) 478-5451
(516) 478-5490 (fax)
**Attorneys for Getty Properties Corp.**

Owen J. Todd
Kathleen M. Genova
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA  02109
(617) 720-2626
(617) 720-2626 (fax)
**Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.**

Jeffrey G. Stark
Meyer, Suozzi, English & Klein, PC
1505 Kellum Place
Mineola, NY  11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum Inc., Shell Trading (US) Company, Texaco Refining & Marketing (East) Inc.**

Mark E. Tully
Goodwin Procter, LLP
Exchange Place, Second Floor
Boston, MA  02109-2881
(617) 570-1000
(617) 523-1231 (fax)
**Attorneys for Gulf Oil Corporation and Gulf Oil Limited Partnership**

Anthony J. Stoik
Klass, Stoos, Stoik, Mugan, et al.
627 Fourth Street, Suite 300
P.O. Box 327
Sioux City, IA  51102
(712) 252-1866
(712) 252-5822 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical, Inc.**

Robert V. Waterman, Jr.
Lane & Waterman, LLP
220 North Main Street, Suite 600
Davenport, IA  52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**

Shawn S. Sullivan
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT  06508-1832
(203) 498-4400
(203) 782-2889 (fax)

Joseph P. Williams
Paul D. Sanson
Shipman & Goodwin, LLP
One American Row
Hartford, CT  06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company,
Chevron Corporation, Chevron Texaco
Corporation, Chevron USA Inc., Gulf Oil
Corporation, Texaco Inc., Texaco Refining
and Marketing Inc., Texaco Refining &
Marketing (East) Inc., TRMI Holdings,
Equilon Enterprises LLC, Equiva Trading
Company, Motiva Enterprises LLC, Shell
Oil Company, Shell Oil Products Company,
Shell Oil Products Company LLC, Shell Oil
Products U.S. and Shell Petroleum Inc.**

Martha Van Oot
Orr & Reno, PA
One Eagle Square
P.O. Box 3550
Concord, NH  03302-3550
(603) 224-2381
(603) 224-2318 (fax)
**Attorneys for Plaintiff State of New
Hampshire**

Lynn Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY  10022
(212) 308-4411
(212) 308-4844 (fax)
**Attorneys for Unocal Corporation**

Richard E. Wallace, Jr.
Peter C. Condron
Wallace King Marraro & Branson, PLLC
1050 Thomas Jefferson Street, NW
Washington, DC  20007
(202) 204-1000
(202) 204-1001 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc., Star Enterprise**

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606
(312) 372-2000
(312) 984-7700 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**

John J. Wasilczyk
Allison N. Shue
David L. Schrader
Michael T. Zarro
Morgan, Lewis & Bockius, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco Inc., Chevron Texaco Corporation, Chevron Environmental Services Company**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** MAR 23 2004

-----------------------------------------------------x

FILED
CLER~ ~~ ~FICE

In Re: Methyl Tertiary Butyl Ether                    MDL No. 1358
("MTBE") Products Liability Litigation

-------------------------------------------------x

### AMENDED RULE 5.2 CERTIFICATION

I hereby certify that as of this 22nd day of March, 2004, all parties identified in

the attached Panel Attorney Service List have been served by First Class Mail, postage

prepaid, a copy of the accompanying Notice of Appearance and Corporate Disclosure

Statement.

Dated:  March 22, 2004                    Respectfully submitted,

Richard E. Wallace, Jr.
WALLACE KING MARRARO & BRANSON PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C.  20007
Telephone:  202.204.1000
Facsimile:  202.204.1001

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing Notice of Appearance and Corporate Disclosure Statement have been served by regular mail, postage prepaid, as of this 22nd day of March, 2004 upon all parties identified in the attached Panel Service List.

Richard E. Wallace, Jr.

Page 1

## Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Docket: 1358 - In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Status: Transferred on 10/10/2000

Transferee District: NYS    Judge: Scheindlin, Shira Ann

Printed on 03/22/2004

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Axline, Michael<br>Miller, Axline & Sawyer<br>1050 Fulton Avenue<br>Suite 100<br>Sacramento, CA 95825 | ⇒ City of Fresno |
| Ball, Dan H.<br>Bryan Cave, L.L.P.<br>One Metropolitan Square<br>Suite 3600<br>211 N. Broadway<br>St. Louis, MO 63102 | ⇒ Chevron USA. Inc.; Conoco, Inc.*; Exxon Mobil Corp.* |
| Bennett, J. Stephen<br>Baker & Daniels<br>111 E. Wayne Street<br>Suite 800<br>Fort Wayne. IN 46802 | ⇒ Lassus Bros. Oil, Inc.* |
| Davis, Mindy G.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | ⇒ Amerada Hess Corp.*; Coastal Eagle Point Oil Co.*; Coastal Mobile Refining Co.*; El Paso CGP Co.*; El Paso Corp.*; El Paso Merchant Energy-Petroleum Co.* |
| Detrick, Russ<br>Sacramento County District Attorney<br>Environmental Protection Division<br>901 G Street, Suite 700<br>Sacramento, CA 95814 | ⇒ People of the State of California* |
| Doty, Robert P.<br>Cox, Castle & Nicholson, LLP<br>555 Montgomery Street<br>15th Floor<br>San Francisco, CA 94111-2585 | ⇒ 7-Eleven. Inc.; Duke Energy Merchants California, Inc.; Duke Energy Merchants, LLC; Duke Energy Trading & Marketing, L.L.C; Northridge Petroleum Marketing U.S., Inc. |
| Doyle, Colleen P.<br>Bingham McCutchen, LLP<br>355 South Grand Avenue<br>Suite 4400<br>Los Angeles, CA 90071 | ⇒ Exxon Corp.*; Mobil Corp.*; Tesoro Refining & Marketing Co.* |
| Eimer, Nathan P.<br>Eimer, Stahl, Klevorn & Solberg<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 | ⇒ Citgo Petroleum Corp.* |
| Felmly, Bruce W.<br>McLane, Graf, Raulerson & Middleton<br>900 Elm Street<br>Manchester, NH 03105 | ⇒ Irving Oil Corp.*; Irving Oil Limited; Irving Oil Terminals, Inc.* |
| Florence, Taylor M.<br>Bullivant, Houser, Bailey, et al.<br>11335 Gold Express Drive | ⇒ Sierra Energy, LLC*; Toms Sierra Co., Inc.* |

Note: Please refer to the report title page for complete report scope and key.

(Panel Attorney Service List for MDL 1,358 Continued)

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Ste 105<br>Goldriver, CA 95670-4491 | ⇒ Phillips Petroleum Co.* |
| Galvin, John E.<br>Fox Galvin, LLC<br>One Memorial Drive<br>Eighth Floor<br>St. Louis, MO 63102 | ⇒ American Distilling & Manufacturing Co., Inc.*; Canton Board of Education (Cherry Brook School)*;<br>City of Dover*; City of Portsmouth, New Hampshire*; Columbia Board of Education (Horace Porter<br>School)*; Long Island Water Corp.*; New Jersey American Water Co., Inc.; Our Lady of the Rosary<br>Chapel*; Town of East Hampton*; Town of Hartland*; United Water Connecticut, Inc.*; Water<br>Authority of Great Neck North* |
| Gordon, Robert J.<br>Weitz & Lutzenberg<br>180 Maiden Lane<br>17th Floor<br>New York, NY 10038 | |
| Guttmann, John S.<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, DC 20005 | ⇒ Sunoco, Inc.*; Sunoco, Inc. (R&M)* |
| Hoffman, Alan J.<br>Blank Rome L.L.P.<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | ⇒ Arco Chemical Co.*; Lyondell Chemical Co.* |
| Kearfott, Joseph Conrad<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | ⇒ Flint Hill Resources LP*; Flint Hills Resources LLC*; Koch Industries, Inc.* |
| Krowicki, Ben M.<br>Bingham McCutchen, LLP<br>One State Street<br>Hartford, CT 06103-3178 | ⇒ Crown Central Petroleum Corp.* |
| Langan, J. Andrew<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Suite 5400<br>Chicago, IL 60601 | ⇒ Amoco Oil Co.*; Arco Products Co.*; Atlantic Richfield Co.*; BP America, Inc.*; BP Amoco Chemical<br>Co.*; BP Amoco Corp.*; BP Co. North America, Inc.*; BP Corp. North America, Inc.*; BP Global<br>Special Products (America), Inc.*; BP Products North America, Inc.*; BP West Coast Products, LLC* |
| Leifer, Steven L.<br>Baker, Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | ⇒ Marathon Ashland Petroleum, LLC; Marathon Oil Co.; Marathon Oil Corp. |
| Lyons, John J.<br>Latham & Watkins<br>650 Town Center Drive<br>Suite 2000<br>Costa Mesa, CA 92626-1925 | ⇒ ConocoPhillips Co.* |
| Martin, Diana P.<br>Bingham McCutchen, LLP<br>355 South Grand Avenue<br>Suite 4400 | ⇒ Westport Petroleum, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Los Angeles, CA 90071 | |
| McGahren, John<br>Latham & Watkins<br>One Newark Center<br>16th Floor<br>Newark, NJ 07101-3174 | => Getty Properties Corp.* |
| Pappas, Thomas J.<br>Wiggin & Nourie, P.A.<br>P.O. Box 808<br>Manchester, NH 03105 | => Sprague Energy Co.* |
| Renfroe, Tracie J.<br>Bracewell & Patterson<br>South Tower Pennzoil Place<br>Suite 2900<br>711 Louisiana<br>Houston, TX 77002 | => Alon USA Energy, Inc.*; Alon USA, LP*; Atofina Petrochemicals Inc.*; Diamond Shamrock Refining & Marketing; Total Holdings USA, Inc.*; Ultramar Energy, Inc.*; Ultramar Limited*; Ultramar, Inc.*; Valero Energy Corp*; Valero Marketing & Supply Co.*; Valero Refining  Co. Louisiana*; Valero Refining & Marketing Co.*; Valero Refining Co.*; Valero Refining Co. New Jersey*; Valero Refining Co.-California*; Valero Refining Company-Texas* |
| | => ExxonMobil Chemical Co.*; ExxonMobil Oil Corp.*; ExxonMobil Pipe Line Co.*; ExxonMobil Refining & Supply Co.* |
| Sher, Victor M.<br>Sher & Leff<br>450 Mission St..<br>Suite 500<br>San Francisco, CA 94105 | => California-American Water Co.*; Carmichael Water District*; Citrus Interstate Pipeline Co.*; City of Elk Grove*; City of Riverside*; City of Roseville*; City of Sacramento*; Crandall, Diane K.*; Del Paso Manor Water District*; Fair Oaks Water District*; Florin Resource conservation District*; Kruso, Adrian*; Kruso, Dennis A.*; Kruso, John T.*; Kruso, Stephen L.*; Orange County Water District*; Quincy Community Services District*; Rio Products Corp.*; Sacramento County Water Agency*; Sacramento Groundwater Authority*; Sacramento Suburban Water District*; San Juan Water District*; Silver, Laura*; Silver, Martin*; Silver, Pauline*; State of New Hampshire |
| | => Parker Holding Co., Inc.*; Parker Oil Co.. Inc.* |
| Skilling, Elizabeth E.<br>Harman, Claytor, Corrigan & Wellman<br>P.O. Box 70280<br>Richmond, VA 23255 | |
| Summy, Scott<br>Baron & Budd<br>The Centrum Building, Suite 1100<br>3102 Oak Lawn Avenue<br>Dallas, TX 75219-3605 | => Brimfield Housing Aurthority*; Centerville-Osterville-Marstons Mills Water Dept.*; Chelmsford Water District*; Chisolm Creek Utility Authority*; City of Bel Aire (County of Sedgwick Water Authority)*; City of Brockton*; City of Dodge City, Kansas*; City of Galva*; City of Ida Grove*; City of Methuen*; City of Mishawaka*; City of Peabody*; City of Rockport*; City of Sioux City*; City of South Bend, Indiana*; Cotuit Fire District Water Department*; Dedham Westwood Water District*; East Chelmsfor Water District*; Escambia County Utilities Authority*; Greensville County Water & Sewer Authority*; Hillcrest Water District*; Leicester Water Supply District*; Massasoit Hills Trailer Parks, Inc.*; North Chelmsford Water District*; North Newton School Corp.*; North Raynham Water District*; Patrick County School Board*; Sandwich Water District*; South Sagamore Water District*; Sudbury Water District*; Town of Avon*; Town of Bedford*; Town of Bellingham*; Town of Charlton*; Town of Danvers*; Town of Dover*; Town of Dudley*; Town of Duxbury*; Town of East Bridgewater*; Town of East Brookfield*; Town of Easton*; Town of Edgartown*; Town of Halifax*; Town of Hanover*; Town of Hanson*; Town of Holliston*; Town of Hudson*; Town of Marion*; Town of Maynard*; Town of Merrimac*; Town of Millis*; Town of Monson*; Town of Natick*; Town of Norfolk*; Town of North Attleborough*; Town of North Reading*; Town of Norton*; Town of Norwell*; Town of Prembroke*; Town of Reading*; Town of Spencer*; Town of Stoughton*; Town of Tewksbury*; Town of Tyngsborough*; Town of Ware*; Town of Wayland*; Town of West Bridgewater*; Town of West Brookfield*; Town of Weymouth*; Town of Wilmington*; Town of Yarmouth*; Village of Island Lake*; Westport Federal Credit Union*; Westview Farm, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

*(Panel Attorney Service List for MDL 1,358 Continued)*                                         Page 4

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Tillery, Stephen M.<br>Korein Tillery, LLC<br>St. Claire County<br>10 Executive Woods Court<br>Swansea, IL 62226-2030 | ⇒ Azbill, Donna L.*; Christiansen, Claudia*; England, David*; Owea, Marvin* |
| Tripp, Mark L.<br>Bradshaw, Fowler, Proctor & Fairgrave, P.C.<br>801 Grand Avenue<br>Suite 3700<br>Des Moines, IA 50309-8004 | ⇒ Fauser Oil Co., Inc.* |
| Tully, Mark E.<br>Goodwin Proctor<br>Exchange Place<br>Second Floor<br>Boston, MA 02109-2881 | ⇒ Chelsea Sandwich, LLC*; Global Companies, LLC*; Global Montello Group*; Global Petroleum Corp.*; Gulf Oil Ltd. Partnership* |
| Wachtel, John V.<br>Klenda, Mitchell, Austerman & Zuercher<br>1600 Epic Center<br>301 North Main<br>Wichita, KS 67202 | ⇒ National Cooperative Refinery Association* |
| Wallace, Jr, Richard E.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | ⇒ Equilon Enterprises, L.L.C.*; Shell Oil Co., Inc.*; Texaco Refining & Marketing, Inc.* |
| Weinstein, David B.<br>Bales & Weinstein, P.A.<br>1715 N. Westshore Boulevard<br>Suite 190<br>Tampa, FL 33607 | ⇒ Exxon Mobil Oil Corp. |
| de Reeat, Craig J.<br>Manatt Phelps & Phillips<br>11355 W. Olympic Boulevard<br>Los Angeles, CA 90064-1614 | ⇒ U.S.A. Gasoline Corp.* |

Note: Please refer to the report title page for complete report scope and key.