MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

MAR 2 4 2004

FILED
CLERK'S OFFICE

200 East Randolph Drive
Chicago, Illinois 60601

Wendy L. Bloom
To Call Writer Directly:
312 861-2343
wbloom@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

Dir. Fax: 312 861-2200

March 23, 2004

**By Facsimile**

Michael Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

REQUEST BY DEFTS. ATLANTIC RICHFIELD CO. AND
BP NORTH AMERICA INC. TO EXCEED 20-PAGE BRIEF
LIMIT -- GRANTED TO TOTAL OF 30 PAGES
(mjb 3/24/04))

Re:  Docket No. 1358 *In re Methyl Tertiary Butyl Ether ("MTBE") Products
Liability Litigation* -- Defendants' Opposition to Motions to Vacate

Dear Mr. Beck:

        We represent defendants Atlantic Richfield Company and BP Products North America
Inc. in many of the MDL 1358 matters. On March 25, 2004, we would like to file, on behalf of
over 30 defendants, a consolidated opposition brief opposing motions to vacate CTO-4 filed by
three different parties in three different tag-along actions listed in CTO-4. We respectfully
request approval to file a brief that is approximately 27 pages in length. Rather than file separate
opposition briefs for each of the three tag-along cases, and rather than have multiple defendants
file opposition briefs in each of the three cases, defendants believe it would be more efficient to
consolidate our responses into a single opposition brief. To do so, however, we require
approximately seven additional pages beyond the 20-page limit for briefs provided in Rule 7.1.

        In particular, defendants will be responding to the following oppositions to vacate CTO-
4: (i) California-American Water Company's Motion To Vacate Conditional Transfer Order
(CTO-4) ("Cal-American's motion") opposing transfer of the action captioned *California-
American Water Co. v. Atlantic Richfield*, Case No. 03-5379 (N.D. Cal.) (ii) State Of New
Hampshire's Motion To Vacate Conditional Transfer Order (CTO-4) ("New Hampshire's
motion") opposing transfer of the action captioned *State of New Hampshire v. Amerada Hess
Corp.*, Case No. 03-486 (D.N.H.), 03-0529 (D.R.I.) and (iii) Duke Energy's Motion To Vacate
Conditional Transfer Order (CTO-4) ("Duke Energy's motion") opposing transfer of the action
captioned *City of Fresno v. Chevron U.S.A., Inc.*, Case No. C-03-5378-JSW (N.D. Cal.). We
note that the State of New Hampshire's brief alone is 23 pages.

**OFFICIAL FILE COPY**

## KIRKLAND & ELLIS LLP

Michael Beck, Clerk of the Panel
March 23, 2004
Page 2


      Defendants appreciate your consideration of our request.  Please contact me directly if you require additional information at 312-861-2343 (phone), 312-861-2200 (facsimile).

                Sincerely,

                *Wendy L. Bloom*

                Wendy L. Bloom


WLB/lcf