

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 25 2004

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re**: Methyl Tertiary Butyl Ether (MTBE") Product Liability Litigation | MDL No. 1358 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm identified below represents defendant Kern Oil & Refining Co. in all of the matters proposed for transfer to MDL 1358 and, in accordance with JPML Rule 5.2(c), the following attorney is designated to receive service of all pleadings, notices, orders and other papers relating to this matter:

Brian M. Ledger, Esq.
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Dated: March 24, 2004

Respectfully submitted,

Brian M. Ledger, Esq.
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

**IMAGED MAR 26 '04**     **OFFICIAL FILE COPY**

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re**: Methyl Tertiary Butyl Ether (MTBE") Product Liability Litigation | **MDL No. 1358** |

### KERN OIL & REFINING CO.'S RULE 5.2 CERTIFICATION

I hereby certify that I have this 24th day of March, 2004, served by First Class Mail, postage prepaid, a copy of the accompanying Notice of Appearance and Corporate Disclosure Statement to all parties identified in the attached service record.

Dated: March 24, 2004

Respectfully submitted,

Brian M. Ledger, Esq.
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Service List

| | |
|---|---|
| Jon D. Anderson<br>Latham & Watkins<br>650 Town Center Drive, Suite 2000<br>Costa Mesa, CA 92626 | Spencer T. Malysiak<br>11335 Gold Express Drive, Suite 105<br>Gold River, CA 95670 |
| Paul S. Aronowitz<br>Aronowitz & Skidmore<br>200 Auburn Folsom Road, Suite 305<br>Auburn, CA 95603 | Duane C. Miller<br>Miller & Sawyer<br>1651 Response Road, Second Floor<br>Sacramento, CA 95825-5253 |
| Brendan M. Dixon<br>Unocal Corp.<br>376 S. Valencia Avenue<br>Brea, CA 92626 | John J. Wasilczyk<br>Morgan, Lewis & Bockius<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 |
| Robert P. Doty<br>Cox, Castle & Nicholson, LLP<br>555 Montgomery Street 15th Floor<br>San Francisco, CA 94111-2585 | Morris A. Ratner<br>Lieff, Cabraser, Heimann & Bernstein<br>780 Third Avenue, 48th Floor<br>New York, NY 10017 |
| Colleen P. Doyle<br>Bingham McCutchen, LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071 | Tracie J. Renfroe<br>Bracewell & Patterson<br>South Tower Pennzoil Place<br>Suite 2900<br>711 Louisiana<br>Houston, TX 77002 |
| Nathan P. Eimer<br>Eimer, Stahl, Klevorn & Solberg<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604 | Lawrence P. Riff<br>Steptoe & Johnson, LLP<br>633 West Fifth Street, Suite 700<br>Los Angeles, CA 90071 |
| Jeffrey L. Fillerup<br>Luce, Forward, Hamilton & Scripp<br>Rincon Center II<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105 | Samuel J. Abate, Jr.<br>McCarter & English LLP<br>300 Park Avenue, 18th Floor<br>New York, NY 10022-7402<br>(212) 609-6805<br>(212) 935-1893 (fax)<br>**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.** |
| Alan J. Hoffman, Jr.<br>Blank Rome L.L.P.<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | Jesse Adcock<br>Registered Agent<br>Adcock Petroleum, Inc.<br>2967 Marshfield Court<br>Orlando, FL 32822<br>(407) 275-7253 |
| Hojoon Hwang<br>Munger, Tolles & Olson, LLP<br>33 New Montgomery Street, 19th Floor<br>San Francisco, CA 94105 | |
| J. Andrew Langan<br>Kirkland & Ellis<br>200 East Randolph Drive, Suite 5400<br>Chicago, IL 60601 | Carolyn G. Anderson<br>Zimmerman Reed PLLP<br>651 Nicollet Mall, Suite 501<br>Minneapolis, MN 55402-4123<br>(612) 341-0400<br>(612) 341-0844 (fax)<br>**Attorneys for Plaintiff City of Rockport** |
| Brian M. Ledger<br>Gordon & Rees, LLP<br>101 West Broadway, Suite 1600<br>San Diego, CA 92101-3541 | |

| | |
|---|---|
| John J. Lyons<br>Latham & Watkins LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>(213) 485-1234<br>(213) 891-8763 (fax)<br>**Attorneys for ConocoPhillips Company** | William W. Barrett<br>Williams Hewitt & Robbins LLP<br>600 N. Emerson Avenue<br>Greenwood, IN 46143<br>(317) 888-1121<br>(318) 887-4669 (fax)<br>**Attorneys for Plaintiff City of Rockport** |
| Paul S. Aronowitz<br>Lawrence E. Skidmore<br>Aronowitz & Skidmore<br>200 Auburn Folsom Road, Suite 305<br>Auburn, CA 95603<br>(530) 823-9736<br>(530) *823-5241* (fax)<br>**Attorneys for Nella Oil Company LLC** | Charles F. Becker<br>Belin Larnson McCormick Zurnbach & Flynn<br>Financial Center<br>666 Walnut Street, Suite 2000<br>Des Moines, IA 50309-3989<br>(515) 283-4609<br>(515) 558-0609 (fax)<br>**Attorneys for Koch Industries, Inc.** |
| Mark S. Baldwin<br>Brown Rudnick Berlack & Israels LLP<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103-3402<br>(860) 509-6514<br>(860) 509-6501 (fax)<br>**Attorneys for Koch Industries Inc.** | Peter G. Beeson<br>Devine Millimet & Branch<br>111 Amherst Street<br>P.O. Box 719<br>Manchester, NH 03105<br>(603) 669-1000<br>(603) 669-8547 (fax)<br>**Attorneys for Sunoco, Inc. (R&M)** |
| Dan H. Ball<br>Bryan Cave LLP<br>One Metropolitan Square<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>(314) 259-2200<br>(314) 259-2020 (fax)<br>**Attorneys for Premcor Refining Group** | Rebecca J. Bernstein<br>ATOFINA Chemicals, Inc.<br>2000 Market Street Philadelphia PA 19103<br>(215) 419-5415<br>(215) 419-7933 (fax)<br>**Attorneys for Total Holdings USA, Inc. formerly known as Total Fina Elf** |
| Deborah E. Barnard<br>Robin L. Main<br>Tara Myslinski<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700<br>(617) 523-6850 (fax)<br>**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation** | Elizabeth L. Bevington<br>Holland & Knight LLP<br>P.O. Box 810<br>Tallahassee, FL 32302-0810<br>(850) 224-7000<br>(850) 224-8832 (fax)<br>**Attorneys for Exxon Mobil Chemical Company, Inc., individually and formerly known as Mobil Chemical Company, Inc., Exxon Mobil Corporation, individually and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company) and Exxon Mobil Oil Corporation, individually and formerly known as Mobil Oil Corporation** |
| M. Scott Barrett<br>Barrett & Associates<br>520 North Walnut Street<br>P.O. Box 5233<br>Bloomington, IN 47407-5233<br>(812) 336-4664<br>(812) 337-8850 (fax)<br>**Attorneys for Plaintiff City of Rockport** | Anthony A. Bongiorno<br>McDermott Will & Emery<br>28 State Street Boston, MA 02109<br>(617) 535-4044<br>(617) 535-3800 (fax)<br>**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation** |

| | | |
|---|---|---|
| 1 | F. Wesley Bowers | James M. Corrigan |
| | Bowers Harrison LLP | James Martin Corrigan, PA |
| 2 | 25 N.W. Riverside Drive, 2nd Floor | 1015 North 12th Avenue |
| | P.O. Box 1287 | Pensacola, FL 32501 |
| 3 | Evansville, IN 47706-1287 | (850) 434-9999 |
| | (812) 426-1231 | (850) 438-8979 (fax) |
| 4 | (812) 464-3676 (fax) | **Attorneys for Plaintiff Escambia County Utilities** |
| | **Attorneys for CITGO Petroleum Corp. and** | **Authority** |
| 5 | **CITGO Refining and Chemical Inc.** | |
| | | David J. Crotta, Jr. |
| 6 | Peter A. Bellacosa | Francis J. Drumm, III |
| | Kirkland & Ellis LLP | Robert G. Oliver |
| 7 | Citigroup Center | Mulvey Oliver Gould & Crotta |
| | 153 East 53rd Street | 83 Trumbull Street |
| 8 | New York, NY 10022 | New Haven, CT 06511 |
| | (212) 446-4800 | (203) 624-5111 |
| 9 | (212) 446-4900 (fax) | (203) 789-8371 (fax) |
| | **Attorneys for Atlantic Richfield Company, ARCO** | **Attorneys for CITGO Petroleum Corp. and** |
| 10 | **Products Company, BP America Inc., BP Amoco** | **CITGO Refining and Chemical Inc.** |
| | **Chemical Company, BP Company North America** | |
| 11 | **Inc., BP Corporation North America Inc. (f/k/a** | CT Corporation System |
| | **BP Amoco Corporation and Amoco Corporation),** | Registered Agent |
| 12 | **BP Products North America Inc. (f/k/a Amoco Oil** | Nine Capitol Street |
| | **Company and misnamed as BP Product North** | Concord, NH 03301 |
| 13 | **Americas, Inc.) and BP West Coast Products LLC** | **For El Paso Merchant Energy Petroleum** |
| | | |
| 14 | Timothy F. Burr | Harry P. Davis |
| | Galloway Johnson Tompkins Burr & Smith | Chevron Products Co. |
| 15 | 1101 Gulf Breeze Parkway, Suite 2 | 2300 Windy Ridge Parkway, Suite 800 |
| | Gulf Breeze, FL 32561 | Atlanta, GA 30339-5673 |
| 16 | (850) 934-3800 | **Attorneys for Chevron** |
| | (850) 934-3848 (fax) | |
| 17 | **Attorneys for Central Florida Pipeline Corp.** | Angelo A. Cuonzo |
| | | Slowinski Atkins & Czyz LLP |
| 18 | Chelsea Sandwich LLC | One Newark Center, 14th Floor |
| | 800 South Street | Newark, NJ 07102 |
| 19 | Waltham, MA 02254-9161 | (973) 824-0900 |
| | | (973) 824-8009 (fax) |
| 20 | Roxanne Conlin | **Attorneys for CITGO Petroleum Corp. and** |
| | Conlin & Associates PC | **CITGO Refining and Chemical Inc.** |
| 21 | 319 7th Street, Suite 600 | |
| | Des Moines, IA 50309 | George A. Dagon, Jr. |
| 22 | (515) 283-1111 | Murtha Cullina LLP |
| | (515) 282-0477 (fax) | City Place I |
| 23 | **Attorneys for Plaintiffs City of Galva, City of** | 185 Asylum Street |
| | **Sioux City and City of Ida Grove** | Hartford, CT 06103 |
| 24 | | (860) 240-6000 |
| | Thomas Constabile | (860) 240-6150 (fax) |
| 25 | McMillan Constabile LLP | **Attorneys for Atlantic Richfield Company, ARCO** |
| | 2180 Boston Post Road Larchmont, NY 10538 | **Products Company, BP America Inc., BP Amoco** |
| 26 | (914) 834-3500 | **Chemical Company, BP Company North America** |
| | (914) 834-0620 (fax) | **Inc., BP Corporation North America Inc. (f/k/a** |
| 27 | **Attorneys for Star Supply Petroleum Inc.** | **BP Amoco Corporation and Amoco Corporation),** |
| | | **BP Products North America Inc. (f/k/a Amoco Oil** |
| 28 | | **Company and misnamed as BP Product North** |
| | | **Americas, Inc.) and BP West Coast Products LLC** |

| | | |
|---|---|---|
| 1 | Barry R. Davidson<br>Hunton & Williams LLP | Brendan M. Dixon<br>Unocal Corporation |
| 2 | 1111 Brickell Avenue, Suite 2500<br>Miami, FL 33131-3136 | 376 S. Valencia Avenue<br>Brea, CA 90245 |
| 3 | (305) 810-2500<br>(305) 810-2460 (fax) | (714) 577-2933<br>(714) 577-2980 (fax) |
| 4 | **Attorneys for Koch Industries, Inc.** | **Attorneys for Unocal Corporation and Union Oil Company of California** |
| 5 | Mindy G. Davis<br>Howrey Simon Arnold & White LLP | Robert P. Doty |
| 6 | 1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | Alicia Vaz<br>Cox, Castle & Nicholson LLP |
| 7 | (202) 783-0800<br>(202) 383-6610 (fax) | 555 Montgomery Street, 15th Floor<br>San Francisco, CA 94111-2585 |
| 8 | **Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile** | (415) 392-4200<br>(415) 392-4250 (fax) |
| 9 | **Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP** | **Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke** |
| 10 | **Company and El Paso Corporation** | **Energy Merchants California, Inc. and Northridge Petroleum Marketing U.S., Inc.** |
| 11 | Jennifer M. DelMonico<br>Murtha Cullina LLP | Colleen P. Doyle |
| 12 | Whitney Grove Square 2<br>Whitney Avenue P.O. Box 704-A | Diana Pfeffer Martin<br>Bingham McCutchen LLP |
| 13 | New Haven, CT 06503-0704<br>(203) 772-7700 | 355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106 |
| 14 | (203) 772-7723 (fax)<br>**Attorneys for Atlantic Richfield Company, ARCO** | (213) 680-6400<br>(213) 680-6499 (fax) |
| 15 | **Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America** | **Attorneys for ExxonMobil Corporation, Tesoro Refining and Marketing, Inc. and Westport** |
| 16 | **Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation),** | **Petroleum, Inc.** |
| 17 | **BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.) and BP West Coast Products LLC** | John V. Dwyer<br>Winer & Bennet LLP<br>110 Concord Street |
| 18 | | P.O. Box 488 |
| 19 | Michael DeMarco<br>Daniel E. Rosenfeld<br>Kirkpatrick & Lockhart LLP | Nashua, NH 03061-0488<br>(603) 882-5157<br>(603) 882-2694 (fax) |
| 20 | 75 State Street<br>Boston, MA 02109 | **Attorneys for Exxon Mobil Corp. and Exxon Mobil Oil Corp.** |
| 21 | (617) 261-3100<br>(617) 261-3175 (fax) | Joseph G. Eaton |
| 22 | **Attorneys for ConocoPhillips Company** | Barnes & Thornburg<br>11 South Meridian Street |
| 23 | Wayne F. Dennison<br>Brown Rudnick Berlack Israels LLP | Indianapolis, IN 46204-3535<br>(317) 231-7705 |
| 24 | One Financial Center<br>Boston, MA 02111 | (317) 231-7433 (fax)<br>**Attorneys for Koch Industries, Inc.** |
| 25 | (617) 856-8247<br>(617) 856-8201 (fax) | Lawrence M. Edelman |
| 26 | **Attorneys for Koch Industries, Inc.** | Pierce Atwood<br>Pease International Tradeport |
| 27 | Brigitte M. Dewez, Corporate Secretary<br>2141 Rosecrans Avenue, Ste. 4000 | One New Hampshire Avenue, Suite 350<br>Portsmouth, NH 03801 |
| 28 | El Segundo, CA 90245<br>**Corporate Secretary for Unocal Corp.** | (603) 373-2004<br>(603) 433-6372 (fax)<br>**Attorneys for Lyondell Chemical Company** |

| | | |
|---|---|---|
| 1 | Nathan P. Eimer<br>Eimer Stahl Klevorn & Solberg LLP | Robert J. Gordon<br>Weitz & Luxenberg |
| 2 | 224 S. Michigan Avenue, Suite 1100<br>Chicago, IL 60604 | 180 Maiden Lane, 17th Floor<br>New York, NY 10038 |
| 3 | (312) 660-7600<br>(312) 692-1718 (fax) | (212) 558-5500<br>(212) 344-5461 (fax) |
| 4 | **Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Company** | **Attorneys for Canton Board of Education, Columbia Board of Education, Childhood** |
| 5 | Edward Faneuil | **Memories, Our Lady of the Rosary Chapel, American Distilling & Manufacturing Co., Inc.,** |
| 6 | Global Petroleum Corp.<br>800 South Street | **Town of East Hampton, and United Water CT, Inc. (Connecticut); City of Portsmouth and City of** |
| 7 | Waltham, MA 02453 | **Dover (New Hampshire); Long Island Water Corp. and Water Authority of Great Neck North** |
| 8 | John J. Fanning<br>Cullen & Dykman LLP | **(New York); and Town of Hartland (Vermont)** |
| 9 | 177 Montague Street<br>Brooklyn, NY 11201 | Steven M. Gordon<br>Shaheen & Gordon PA |
| 10 | (718) 780-0085<br>(718) 935-1509 (fax) | Two Capital Plaza<br>P.O. Box 2703 |
| 11 | **Attorneys for Getty Petroleum Marketing Inc. and Getty Terminals Corporation** | Concord, NH 03302-2703<br>(603) 225-7262 |
| 12 | Bruce W. Felmly | (603) 225-5112<br>**Attorneys for Ultramar Energy, Inc., Ultramar** |
| 13 | McLane Graf Raulerson & Middleton<br>900 Elm Street | **Limited, Valero Energy Corp. and Valero Marketing & Supply Company** |
| 14 | P.O. Box 326<br>Manchester, NH 03105-0326 | Steven M. Greenspan |
| 15 | (603) 625-6464<br>(603) 625-5650 (fax) | Day Berry & Howard LLP<br>City Place I |
| 16 | **Attorneys for Irving Oil Limited and Irving Oil Corporation** | 185 Asylum Street<br>Hartford, CT 06103-3499 |
| 17 | Jeffrey L. Fillerup | (860) 275-0100<br>(860) 275-0343 (fax) |
| 18 | Luce Forward Hamilton & Scripps LLP<br>Two Rincon Center | **Attorneys for Inland Fuel Terminals Inc.** |
| 19 | 121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582 | Frank M. Grenard<br>Whitfield & Eddy PLC |
| 20 | (415) 356-4600<br>(415) 356-4610 (fax) | 317 6th Avenue, Suite 1200<br>Des Moines, IA 50309-4195 |
| | **Attorneys for Pacific Southwest Trading** | (515) 288-6041<br>(515) 246-1474 (fax) |
| 21 | Heather M. Fusco | **Attorneys for Alon USA Energy, Inc., Alon USA, LP, Fina Oil and Chemical Company, Total** |
| 22 | Beveridge & Diamond PC<br>477 Madison Avenue | **Holdings USA, Inc. (erroneously named as Total Fina Elf), Diamond Shamrock Refining and** |
| 23 | New York, NY 10022<br>(212) 702-5400 | **Marketing, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining** |
| 24 | (212) 702-5450 (fax)<br>**Attorneys for Sunoco, Inc.** | **and Marketing Company, Valero Colorado Refining Company, Valero Refining Company** |
| 25 | John C. Gillespie | **Louisiana, Valero Refining Company Texas, Valero Refining Company New Jersey, Conoco,** |
| 26 | Joseph J. McGovern<br>Parker McCay & Criscuolo P.C. | **Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips** |
| 27 | The Greentree Center, Suite 401<br>Route 73 & Greentree Road | **Company, Phillips Petroleum Company n/k/a ConocoPhillips Company and Tosco Refining** |
| 28 | Marlton, NJ 08053<br>(856) 596-8900 | **Company, n/k/a ConocoPhillips** |
| | (856) 596-9631 (fax)<br>**Attorneys for Plaintiffs in New Jersey American Water Company, Inc., et al.** | |

| | |
|---|---|
| Tracie J. Renfroe<br>J. Clifford Gunter<br>M. Coy Connelly<br>Mike Dimnore<br>Bracewell & Patterson LLP<br>711 Louisiana Street, Suite 2900<br>Houston, TX 77002<br>(713) 221-1404<br>(713) 221-2123 (fax)<br>**Attorneys for Alon USA Energy, Inc., Alon USA LP, ATOFINA Petrochemicals, Inc., Diamond Shamrock Refining and Marketing, Total Holdings USA, Inc., Ultramar, Inc., Ultramar Energy, Inc., Ultramar Ltd., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero- Colorado Refining Company, Valero Refining Company-California, Valero Refining Company-New Jersey, Valero Refining Company-Louisiana and Valero Refining Company- Texas** | Matthew T. Heartney<br>Lawrence Allen Cox<br>Arnold & Porter<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-5844<br>213-243-4000<br>213-243-4199 (fax)<br>**Attorneys for Atlantic Richfield Company and BP Products North America, Inc.**<br><br>Jeffrey R. Hellman<br>Zeisler & Zeisler PC<br>558 Clinton Avenue<br>P.O. Box 3186<br>Bridgeport, CT 06605-0186<br>(203) 368-4234<br>(203) 367-9678 (fax)<br>**Attorneys for New Haven Terminal Inc.**<br><br>Alan J. Hoffman<br>Blank Rome LLP<br>One Logan Square<br>Philadelphia, PA 19103-6998<br>(215) 569-5505<br>(215) 832-5505 (fax)<br>**Attorneys for Lyondell Chemical Company, f/k/a/ Lyondell Petrochemical Company and f/k/a/ ARCO Chemical Company** |
| John S. Guttmann<br>Beveridge & Diamond, PC<br>1350 I Street, N.W., Suite 700<br>Washington, DC 20005<br>(202) 789-6020<br>(202) 789-6190 (fax)<br>**Attorneys for Sunoco Inc. and Sunoco Inc. (R&M)** | Peter W. Heed, Attorney General<br>Maureen D. Smith, Sr. Asst. AG<br>Environmental Protection Bureau<br>Office of the Attorney General<br>33 Capitol Street<br>Concord, NH 03301-6397<br>**Attorneys for Plaintiff State of New Hampshire** |
| Larry G. Gutz<br>Moyer & Bergman PLC<br>2720 1st Avenue, NE<br>Cedar Rapids, IA 52402-1943<br>(319) 366-7331<br>(319) 366-3668 (fax)<br>**Attorneys for Fauser Oil Co., Inc.** | Donna Nelson Heller<br>Finn Dixon & Herling LP<br>One Landmark Square, Suite 1400<br>Stamford, CT 06901<br>(203) 325-5000<br>(203) 348-5777 (fax)<br>**Attorneys for Lyondell Chemical Company** |
| David S. Hardy<br>Dorit S. Heimer<br>Levett Rockwood PC<br>33 Riverside Avenue<br>P.O. Box 5116<br>Westport, CT 06881<br>(203)222-0885<br>(203)226-8025 (fax)<br>**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company, El Paso Corporation, Marathon Ashland Petroleum LLC, Marathon Oil Corporation and Sunoco Inc.** | Hojoon Hwang<br>William D. Temko<br>Munger Tolles & Olson LLP<br>355 South Grand Avenue, Suite 3500<br>Los Angeles, CA 90071<br>(213) 683-9100<br>(213) 687-3702 (fax)<br>**Attorneys for Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc. and Equilon Enterprises LLC** |

| | | |
|---|---|---|
| 1 | William J. Kayatta, Jr.<br>Pierce Atwood | J. Andrew Langan<br>Mark S. Lillie |
| 2 | One Monument Square<br>Portland, ME 04101 | R. Chris Heck<br>Kirkland & Ellis LLP |
| 3 | (207) 791-1100<br>(207) 791-1350 (fax) | 200 East Randolph Drive, Suite 6100<br>Chicago, IL 60601-6636 |
| 4 | **Attorneys for Lyondell Chemical Company** | (312) 861-2000<br>(312) 861-2200 (fax) |
| 5 | Joseph C. Kearfott<br>Hunton & Williams LLP | **Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco** |
| 6 | Riverfront Plaza, East Tower<br>951 East Byrd Street | **Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a** |
| 7 | Richmond, VA 23219<br>(804) 788-8200 | **BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil** |
| 8 | (804) 788-8218 (fax)<br>**Attorneys for Koch Industries Inc.** | **Company and misnamed as BP Product North Americas, Inc.) and BP West Coast Products LLC** |
| 9 | Frederic R. Klein | Brian M. Ledger |
| 10 | Goldberg Kohn Ltd.<br>55 East Monroe Street, Suite 3700 | Rudy R. Perrino<br>Gordon & Rees LLP |
| 11 | Chicago, IL 60603-5802<br>(312) 201-4000 | 101 West Broadway, Suite 1600<br>San Diego, CA 92101-3541 |
| 12 | (312) 332-2196 (fax)<br>**Attorneys for Unocal Corp. and Union Oil** | (619) 696-6700<br>(619) 696-7124 (fax) |
| 13 | **Company of California** | **Attorneys for Kern Oil & Refining Co.** |
| 14 | Trenten D. Klingerman<br>Stuart & Branigin LLP | Steven L. Leifer<br>Baker Botts LLP |
| 15 | The Life Building, Suite 800<br>600 Main Street | The Warner<br>1299 Pennsylvania Avenue, N.W. |
| 16 | P.O. Box 1010<br>Lafayette, IN 47902 | Washington, DC 20004-2400<br>(202) 639-7723 |
| 17 | (765) 423-1561<br>(765) 742-8175 (fax) | (202) 585-1040 (fax)<br>**Attorneys for Marathon Ashland Petroleum LLC** |
| 18 | Peter R. Knight | **and Marathon Oil Corporation** |
| 19 | LeBoeuf Lamb Greene & MacRae LLP<br>225 Asylum Street | Scott L. Long<br>Brown Winick Graves Gross Baskerville and |
| 20 | Hartford, CT 06103<br>(860) 293-3550 | Schoenebaum PLC<br>666 Grand Avenue, Suite 2000 |
| 21 | (860) 293-3555 (fax)<br>**Attorneys for Getty Petroleum Marketing Inc.** | Des Moines, IA 50309-2510<br>(515) 242-2400 |
| 22 | Ben M. Krowicki | (515) 283-0231 (fax) |
| 23 | Bingham McCutchen LLP<br>One State Street | Tracie L. Longman<br>Andrew G. Wailgum |
| 24 | Hartford, CT 06103-3178<br>(860) 240-2926 | Seth M. Wilson<br>Murtha Cullina LLP |
| 25 | (860) 240-2818 (fax)<br>**Attorneys for Crown Central Petroleum Corp.** | 99 High Street, 20th Floor<br>Boston, MA 02110 |
| 26 | | (617) 457-4000<br>(617) 482-3868 (fax) |
| 27 | | **Attorneys for Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP** |
| 28 | | **Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc. and BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.)** |

| | | |
|---|---|---|
| 1 | Spencer T. Malysiak | J. Stephen Bennett |
| | Spencer T. Malysiak Law Corporation | Michael L. James |
| 2 | 1180 Iron Point Road, Suite 145-B | Baker & Daniels |
| | Folsom, CA 95630 | 111 East Wayne Street, Suite 800 |
| 3 | (916) 985-4400 | Fort Wayne, IN 46802 |
| | (916) 985-0100 (fax) | (260) 424-8000 |
| 4 | **Attorneys for New West Petroleum and New West Petroleum LLC** | (260) 460-1700 (fax) |
| | | **Attorneys for Lassus Bros. Oil, Inc.** |
| 5 | | |
| | Joseph W. Martini | Neal L. Moskow |
| 6 | Karen Mignone | Valerie J. Payne |
| | Paul J. Hogan | U & Moskow LLC |
| 7 | Amy McCallan | 888 Black Rock Turnpike |
| | Pepe & Hazard LLP | Fairfield, CT 06825 |
| 8 | 30 Jelliff Lane | (203) 610-6393 |
| | Southport, CT 06890-1436 | (203) 610-6399 (fax) |
| 9 | (203) 319-4000 | **Attorneys for Plaintiffs Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel and United Water Connecticut, Inc.** |
| | (203) 259-0251 (fax) | |
| | **Attorneys for Premcor Refining Group** | |
| 10 | | |
| | John McGahren | |
| 11 | Kristi Midboe Miller | |
| | Latham & Watkins LLP | |
| 12 | One Newark Center, 16th Floor | Peter W. Mosseau |
| | Newark, NJ 07101-3174 | Jeffrey A. Meyers |
| 13 | (973) 639-7270 | Nelson Kinder Mosseau & Saturley PC |
| | (973) 639-7298 (fax) | 99 Middle Street |
| 14 | **Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation** | Manchester, NH 03101 |
| | | (603) 647-1800 |
| 15 | | (603) 647-1900 (fax) |
| | | **Attorneys for CITGO Petroleum Corp.** |
| 16 | Matthew F. Medeiros | |
| | Little Bulman Medeiros & Whitney PC | Samuel P. Moulthrop |
| 17 | 72 Pine Street | Riker Danzig Scherer Hyland & Perretti LLP |
| | Providence, RI 02903 | Headquarters Plaza |
| 18 | (401) 272-8080 | One Speedwell Avenue |
| | (401) 272-8195 or (401) 490-6918 (fax) | Morristown, NJ 07962-1981 |
| 19 | **Attorneys for CITGO Petroleum Corp.** | (973) 538-0800 |
| | | (973) 538-1984 (fax) |
| 20 | Michael Axline | **Attorneys for Koch Industries, Inc.** |
| | Miller, Axline & Sawyer | |
| 21 | 1651 Response Road, Second Floor | Charles T. O'Brien |
| | Sacramento, CA 95815 | 225 High Ridge Road |
| 22 | (916) 927-8600 | Stamford, CT 06905 |
| | (916) 927-9267 (fax) | (203) 978-6988 |
| 23 | **Attorneys for Plaintiff City of Fresno** | (203) 978-6952 (fax) |
| | | **Attorneys for StatOil Marketing and Trading (US) Inc.** |
| 24 | Jeffrey W. Moryan | |
| | Connell Foley LLP | |
| 25 | 85 Livingston Avenue | W. Scott O'Connell |
| | Roseland, NJ 07068 | Nixon Peabody LLP |
| 26 | (973) 535-0500 | 889 Elm Street |
| | (973) 535-9217 (fax) | Manchester, NH 03101-2019 |
| 27 | **Attorneys for Motiva Enterprises LLC** | (603) 628-4000 |
| | | (603) 628-4087 (fax) |
| 28 | | **Attorneys for StatOil Marketing and Trading (US) Inc.** |

| | |
|---|---|
| Thomas F. Panebianco<br>Thomas Fredric Panebianco, PA<br>1801 N. Meridian Rd., Ste. A<br>P.O. Box 3546<br>Tallahassee, FL 32315-3546<br>**Attorneys for McKenzie Service Co., Inc.** | Barry Richard<br>Greenberg Traurig PA<br>101 East College Avenue<br>P.O. Drawer 1838<br>Tallahassee, FL 32302<br>(850) 222-6891<br>(850) 681-0207 (fax)<br>**Attorneys for ConocoPhillips Company, individually and as successor-in-interest to Conoco, Inc. and Phillips Petroleum Company and d/b/a Phillips 66 Company, Tosco Corporation, individually and a/k/a Tosco Refining Company and a/k/a Tosco Marketing Company** |
| Peter J. Sacripanti<br>McDermott Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>(212) 547-5400<br>(212) 547-5444 (fax)<br>**Attorneys for Exxon Corporation, Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Company, ExxonMobil Pipe Line Company, ExxonMobil Refining and Supply Company, and Mobil Corporation** | |
| | Lawrence P. Riff<br>Steptoe & Johnson LLP<br>633 West Fifth Street, Suite 700<br>Los Angeles, CA 90071<br>(213) 439-9400<br>(213) 439-9599 (fax)<br>**Attorneys for Lyondell Chemical Company** |
| William L. Parker<br>Fitzhugh Parker & Alvaro LLP<br>155 Federal Street, Suite 1700<br>Boston, MA 02110-1727<br>(617) 695-2330<br>(617) 695-2335 (fax)<br>**Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco** | Marc A. Rollo<br>Frank D. Allen<br>Carlos M. Bollar Archer & Greiner PC<br>One Centennial Square<br>P.O. Box 3000<br>Haddonfield, NJ 08033-0968<br>(856) 795-2121<br>(856) 795-0574 (fax)<br>**Attorneys for Exxon Mobil Chemical Company, Inc. (individually and f/k/a Mobil Chemical Company, Inc.), Exxon Mobil Corporation [individually and as successor-in-interest to Exxon Corporation and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), Exxon Mobil Oil Corporation (individually and f/k/a Mobil Oil Corporation) and Exxon Mobil Pipeline Company** |
| Patrick Michael Patterson<br>Emmanuel Sheppard & Condon<br>30 S. Spring Street<br>P.O. Box 1271<br>Pensacola, FL 32502-1271<br>(850) 433-6581<br>(850) 434-5856 (fax)<br>**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Co. LP** | Lauren E. Rosenblatt<br>Hunton & Williams LLP<br>200 Park Avenue<br>New York City, NY 10166-0136<br>(212) 309-1000<br>(212) 309-1100 (fax)<br>**Attorneys for Koch Industries, Inc.** |
| Matthew F. Pawa<br>Law Offices of Matthew F. Pawa, PC<br>1280 Centre Street, Suite 230<br>Newton Center, MA 02459<br>(617) 641-9550<br>(617) 641-9551 (fax)<br>**Attorneys for Plaintiff State of New Hampshire** | C. Joseph Russell<br>Bose McKinney & Evans LLP<br>2700 First Indiana Plaza<br>135 N. Pennsylvania Street<br>Indianapolis, IN 46204<br>(317) 684-5000<br>(317) 684-5173 (fax)<br>**Attorneys for Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc. and Mobil Corporation** |

| | |
|---|---|
| Richard M. Sandman<br>Rodman Rodman & Sandman PC<br>442 Main Street, Suite 300<br>Malden, MA 02148-5122<br>(781) 322-3720<br>(781) 324-6906 (fax)<br>**Attorneys for Plaintiffs in Town of Duxbury, et al.** | Victor M. Sher<br>Sher Leff LLP<br>450 Mission Street, Suite 500<br>San Francisco, CA 94105<br>(415) 348-8300<br>(415) 348-8333 (fax)<br>**Attorneys for Plaintiffs California-American Water Company and State of New Hampshire** |
| Daniel P. Scapellati<br>Halloran & Sage LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103<br>(860) 522-6103<br>(860) 548-0006 (fax)<br>**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana and Valero Refining Company Texas** | Charles Siddons<br>McMillan Constabile LLP<br>777 Summer Street<br>Stamford, CT 06901<br>**Attorneys for Star Supply Petroleum, Inc.**<br><br>Andrew M. Smith<br>Getty Properties Corp.<br>125 Jericho Turnpike, Suite 103<br>Jericho, NY 11753<br>(516) 478-5451<br>(516) 478-5490 (fax)<br>**Attorneys for Getty Properties Corp.**<br><br>Rod G. Smith<br>ConocoPhillips<br>600 North Dairy Ashford<br>Houston, TX 77079<br>(281) 293-1740<br>(281) 293-3826 (fax)<br>**Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation** |
| Fred E. Schulz<br>Wildman Harrold Allen & Dixon LLP<br>225 W. Wacker Drive<br>Chicago, IL 60606-1229<br>(312) 201-2658<br>(312) 201-2555 (fax)<br>**Attorneys for Lyondell Chemical Company** | Thomas J. Smith<br>Galloway Johnson Tompkins Burrr & Smith<br>One Shell Square<br>701 Poydras Street, Suite 4040<br>New Orleans, LA 70139-4004<br>(504) 525-6802<br>(504) 525-2456 (fax)<br>**Attorneys for Central Florida Pipeline Corp.** |
| Marc M. Seltzer<br>David C. Marcus<br>Susman Godfrey LLP<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>310-789-3100<br>310-789-3150 (fax)<br>**Attorneys for ARCO Chemical Company and Lyondell Chemical Company** | Donald M. Snemis<br>Ice Miller<br>One American Square<br>P.O. Box 82001<br>Indianapolis, IN 46282<br>(317) 236-2100<br>(317) 236-2219 or (317) 592-4765 (fax) |
| Andrew W. Serell<br>Rath Young & Pignatelli<br>One Capital Plaza<br>P.O. Box 1500<br>Concord, NH 03302-1500<br>(603) 226-2600<br>(603) 226-2700 or (603) 228-2294 (fax)<br>**Attorneys for Chevron Texaco Corp., Chevron U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil Co. and Texaco Refining & Marketing, Inc.** | Robert K. Stanley<br>Melissa M. Hinds<br>Baker & Daniels<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>(317) 237-0300<br>(317) 237-1000 (fax)<br>**Attorneys for Countrymark Cooperative, LLC, successor by merger to Countrymark Cooperative, Inc.** |

| | | |
|---|---|---|
| 1 | Jeffrey G. Stark | Stephen L. Tober |
| | Meyer Suozzi English & Klein PC | Tober Law Offices |
| 2 | 1505 Kellum Place | 381 Middle Street |
| | Mineola, NY 11501 | P.O. Box 1377 |
| 3 | (516) 741-6565 | Portsmouth, NH 03802 |
| | (516) 741-6706 (fax) | (603) 431-1003 |
| 4 | **Attorneys for Equilon Enterprises LLC, Motiva** | (603) 431-9426 (fax) |
| | **Enterprises LLC, Shell Oil Company, Shell Oil** | **Attorneys for ConocoPhillips Company** |
| 5 | **Products Company, Shell Oil Products Company** | |
| | **LLC, Shell Petroleum Inc., Shell Trading (US)** | Owen J. Todd |
| 6 | **Company and Texaco Refining & Marketing** | Kathleen M. Genova |
| | **(East) Inc.** | Todd & Weld LLP |
| 7 | | 28 State Street, 31st Floor |
| | Anthony J. Stoik | Boston, MA 02109 |
| 8 | Klass Stoik Mugan, et al. | (617) 720-2626 |
| | 627 Fourth Street, Suite 300 | (617) 720-2626 (fax) |
| 9 | P.O. Box 327 | **Attorneys for CITGO Petroleum Corporation and** |
| | Sioux City, IA 51102 | **CITGO Refining and Chemical Inc.** |
| 10 | (712) 252-1866 | |
| | (712) 252-5822 (fax) | Mark E. Tully |
| 11 | **Attorneys for CITGO Petroleum Corp. and** | Goodwin Procter LLP |
| | **CITGO Refining and Chemical, Inc.** | Exchange Place, Second Floor |
| 12 | | Boston, MA 02109-2881 |
| | Shaun S. Sullivan | (617) 570-1000 |
| 13 | Wiggin & Dana LLP | (617) 523-1231 (fax) |
| | One Century Tower | **Attorneys for Gulf Oil Corporation and Gulf Oil** |
| 14 | 265 Church Street | **Limited Partnership** |
| | P.O. Box 1832 | |
| 15 | New Haven, CT 06508-1832 | Martha Van Oot |
| | (203) 498-4400 | Orr & Reno PA |
| 16 | (203) 782-2889 (fax) | One Eagle Square |
| | | P.O. Box 3550 |
| 17 | P. Scott Summy | Concord, NH 03302-3550 |
| | Baron & Budd PC | (603) 224-2381 |
| 18 | 3102 Oak Lawn Avenue | (603) 224-2318 (fax) |
| | The Centrum Building, Suite 1100 | **Attorneys for Plaintiff State of New Hampshire** |
| | Dallas, TX 75219 | |
| 19 | (214) 521-3605 | Richard E. Wallace, Jr. |
| | (214) 520-1181 (fax) | Peter C. Condron |
| 20 | **Attorneys for Escambia County Utilities** | Wallace King Marraro & Branson PLLC |
| | **Authority (Florida); Village of Island Lake** | 1050 Thomas Jefferson Street, N.W. |
| 21 | **(Illinois); City of Rockport, City of Mishawaka,** | Washington, DC 20007 |
| | **City of South Bend, North Newton School** | (202) 204-1000 |
| 22 | **Corporation (Indiana); City of Sioux City, City of** | (202) 204-1001 (fax) |
| | **Galva, City of Ida Grove (Iowa); City of Bel Aire,** | **Attorneys for Chevron Chemical Company,** |
| 23 | **Chisolm Creek Utility Authority, City of Dodge** | **Chevron Corporation, Chevron Texaco** |
| | **City, City of Park City (Kansas); Exxon Mobil** | **Corporation, Chevron USA Inc., Gulf Oil** |
| 24 | **Corp., Brimfield Housing Authority** | **Corporation, Texaco Inc., Texaco Refining and** |
| | **(Massachusetts); and Patrick County School** | **Marketing Inc., Texaco Refining & Marketing** |
| 25 | **Board, Buchanan County School Board,** | **(East) Inc., TRMI Holdings, Equilon Enterprises** |
| | **Greensville County Water and Sewer Authority** | **LLC, Equiva Trading Company, Motiva** |
| 26 | **(Virginia)** | **Enterprises LLC, Shell Oil Company, Shell Oil** |
| | | **Products Company, Shell Oil Products Company** |
| 27 | | **LLC, Shell Oil Products U.S., Shell Petroleum Inc.** |
| | | **and Star Enterprise** |
| 28 | | |

| | | |
|---|---|---|
| 1 | John J. Wasilczyk | Craig H. Zimmerman |
|   | Allison N. Shue | McDermott Will & Emery |
| 2 | David L. Schrader | 227 West Monroe Street |
|   | Michael T. Zarro | Chicago, IL 60606 |
| 3 | Morgan, Lewis & Bockius LLP | (312) 3712000 |
|   | 300 South Grand Avenue, 22nd Floor | (312) 984-7700 (fax) |
| 4 | Los Angeles, CA 90071-3132 | **Attorneys for ExxonMobil Corporation,** |
|   | (213) 612-2500 | **ExxonMobil Oil Corporation, ExxonMobil** |
| 5 | (213) 612-2501 (fax) | **Chemical Co. Inc., ExxonMobil Pipeline** |
|   | **Attorneys for Chevron U.S.A. Inc., Texaco Inc.,** | **Company, ExxonMobil Refining & Supply** |
| 6 | **Chevron Texaco Corporation and Chevron** | **Company, Mobil Corporation and Mobil Oil** |
|   | **Environmental Services Company** | **Corp.** |

1. John J. Wasilczyk
   Allison N. Shue
2. David L. Schrader
   Michael T. Zarro
3. Morgan, Lewis & Bockius LLP
   300 South Grand Avenue, 22nd Floor
4. Los Angeles, CA 90071-3132
   (213) 612-2500
5. (213) 612-2501 (fax)
   **Attorneys for Chevron U.S.A. Inc., Texaco Inc.,**
6. **Chevron Texaco Corporation and Chevron**
   **Environmental Services Company**

7.
   Robert V. Waterman, Jr.
8. Lane & Waterman LLP
   220 North Main Street, Suite 600
   Davenport, IA 52801
9. (563) 324-3246
   (563) 324-1616 (fax)
10. **Attorneys for ExxonMobil Corporation,**
    **ExxonMobil Oil Corporation, ExxonMobil**
11. **Chemical Co. Inc., ExxonMobil Pipeline**
    **Company, ExxonMobil Refining & Supply**
12. **Company, Mobil Corporation and Mobil Oil**
    **Corp.**
13.
    Joseph P. Williams
14. Paul D. Sanson
    Shipman & Goodwin LLP
15. One American Row
    Hartford, CT 06103-2819
16. (860) 251-5127
    (860) 251-5600 (fax)
17. **Attorneys for Chevron Chemical Company,**
    **Chevron Corporation, Chevron Texaco**
18. **Corporation, Chevron USA Inc., Gulf Oil**
    **Corporation, Texaco Inc., Texaco Refining and**
19. **Marketing Inc., Texaco Refining & Marketing**
    **(East) Inc., TRMI Holdings, Equilon Enterprises**
20. **LLC, Equiva Trading Company, Motiva**
    **Enterprises LLC, Shell Oil Company, Shell Oil**
21. **Products Company, Shell Oil Products Company**
    **LLC, Shell Oil Products U.S. and Shell Petroleum**
22. **Inc.**

    Lynn Wright
23. Edwards & Angell LLP
    750 Lexington Avenue
24. New York, NY 10022
    (212) 308-4411
25. (212) 308-4844 (fax)
    **Attorneys for Unocal Corporation**
26.
27.
28.

Craig H. Zimmerman
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606
(312) 3712000
(312) 984-7700 (fax)
**Attorneys for ExxonMobil Corporation,**
**ExxonMobil Oil Corporation, ExxonMobil**
**Chemical Co. Inc., ExxonMobil Pipeline**
**Company, ExxonMobil Refining & Supply**
**Company, Mobil Corporation and Mobil Oil**
**Corp.**