JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 3 0 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In Re Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation ) ) ) ) | MDL Docket No. 1358 |

### DEFENDANTS PREMCOR INC.'S AND
### THE PREMCOR REFINING GROUP INC.'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm identified below represents defendant Premcor Inc. and The Premcor Group Inc. in all of the matters proposed for transfer to MDL No. 1358, and, in accordance with JPML Rule 5.2(c), the following attorney is designated to receive service of all pleadings, notices, orders, and other papers related to this matter:

> John W. Rogers
> Bryan Cave LLP
> One Metropolitan Square Building
> 211 N. Broadway, Suite 3600
> St. Louis, Missouri 63102
> Tel: 314-259-2000
> Fax: 314-259-2020

Dated: March 23, 2004

Respectfully Submitted,

BRYAN CAVE LLP

By: /s/ John W. Rogers
Dan H. Ball
John W. Rogers
Randy J. Soriano
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, Missouri 63102-2750
(314) 259-2000
(314) 259-2020 (facsimile)

Attorneys for The Premcor Refining Group Inc. and Premcor Inc.

**OFFICIAL FILE COPY**

IMAGED MAR 30 '04

1802396

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 30 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In Re Methyl Tertiary Butyl Ether ("MTBE")    )
Product Liability Litigation                  )    MDL Docket No. 1358
                                              )
                                              )

## RULE 5.2 CERTIFICATION

I hereby certify that I have this 23rd day of March, 2004, served by First Class Mail, postage prepaid, a copy of the accompanying Notice of Appearance and Corporate Disclosure Statements, filed on behalf of Defendants The Premcor Refining Group Inc. and Premcor Inc., to all parties identified in the attached service record.

Dated: March 23, 2004

Respectfully Submitted,

BRYAN CAVE LLP

By: _____
Dan H. Ball
John W. Rogers
Randy J. Soriano
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, Missouri 63102-2750
(314) 259-2000
(314) 259-2020 (facsimile)

Attorneys for The Premcor Refining Group Inc. and Premcor Inc.

1802435

# SERVICE LIST FOR PLAINTIFFS

**California-American Water Co. v. Atlantic Richfield Company, et al.;**
**People of California v. Atlantic Richfield Company, et al.;**
**Quincy Community Services District v. Atlantic Richfield Co., et al.;**
**City of Riverside v. Atlantic Richfield Company, et al.;**
**City of Roseville v. Atlantic Richfield Company, et al.;**
**Silver, et al. v. Alon USA Energy, Inc., et al.;**
**American Distilling & Manufacturing Co., Inc. v. Amerada Hess Corporation, et al.;**
**Canton Board of Education v. Amerada Hess Corporation, et al.;**
**Childhood Memories v. Amerada Hess Corporation, et al.;**
**Columbia Board of Education v. Amerada Hess Corporation, et al.;**
**Town of East Hampton v. Amerada Hess Corporation, et al.;**
**Our Lady of Rosary Chapel v. Amerada Hess Corporation, et al.;**
**United Water CT, Inc. v. Amerada Hess Corporation, et al.;**
**Escambia County Utilities Auth. v. Adcock Petroleum, Inc., et al.;**
**City of Sioux City, Iowa v. Amerada Hess Corporation, et al.;**
**City of Mishawaka v. Amerada Hess Corporation, et al.;**
**North Newton School Corporation v. Amerada Hess Corporation, et al.;**
**City of Rockport v. Amerada Hess Corporation, et al.;**
**City of South Bend v. Amerada Hess Corporation, et al.**
**City of Bel Aire v. Alon USA Energy, Inc., et al.;**
**Chisholm Creek Utility Auth. v. Alon USA Energy, Inc., et al.;**
**City of Dodge City v. Alon USA Energy, Inc., et al.;**
**City of Park City v. Alon USA Energy, Inc.;**
**Town of Duxbury v. Amerada Hess Corporation, et al.;**
**Long Island Water Corp. v. Amerada Hess, et al.;**
**Water Authority of Great Neck North v. Amerada Hess Corp., et al.**
**Buchanan County School Board v. Amerada Hess Corporation**
**Patrick County School Board v. Amerada Hess Corp., et al.**

    Scott Summy
    Celeste A. Evangehsti
    Baron & Budd
    3102 Oak Lawn Avenue, Suite 1100
    Dallas, TX 75219-4281
    Email: ssummy@baronbudd.com
           cevangehsti@baronbudd.com
    Tel: (214) 523-6267
    Fax: (214) 520-1181

Robert Gordon
C. Sanders McNew
Stanley N. Alpert
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10038
E-mail:  rgordon@weitzlux.com
         smcnew@weitzlux.com
         salpert@weitzlux.com
Tel:  (212) 558-5500
Fax:  (212) 344-5461

**Town of Hartland v. Amerada Hess Corp., et al.**

David F. Silver
Barr, Sternberg, Moss, Lawrence, Silver & Saltonstall, P.C.
507 Main Street
Bennington, VT 05201
E-mail: bsmlaw@benningtonattorneys.com
Tel: (802) 442-6341
Fax: (802) 442-1151


**City of Mishawaka v. Amerada Hess Corporation, et al.;**
**City of South Bend v. Amerada Hess Corporation, et al.;**
**City of Rockport v. Amerada Hess Corporation, et al.;**
**North Newton School Corporation v. Amerada Hess Corporation, et al.;**

William W. Barret
Williams Hewitt & Robbins, LLP
600 N. Emerson Avenue
Greenwood, IN 46143
E-mail:  wbarrett@whrlaw.com
Tel:  (317) 888-1121
Fax:  (812) 337-8850

M. Scott Barrett
Barret & Associates
520 N. Walnut
P.O. Box 5233
Bloomington, IN 47407
E-mail:  MSB4664@aol.com
Tel:  (812) 336-4664
Fax: (812) 337-8850

Carolyn Anderson
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
E-mail: cga@zimmreed.com
Tel: (612) 341-0400
Fax: (612) 341-0844

George Hoffman
Jones Hoffman Admire & Newcomb
150 N. Main Street
P.O. Box 160
Franklin, IN 46131
Tel: (317)736-7174
Fax: (317)736-4440

**Patrick County School Board v. Amerada Hess Corporation, et al.**

Robert W. Mann
Young, Haskins, Mann, Gregory & Smith, PC
400 Starling Avenue
P.O. Box 72
Martinsville, VA 04114-0072
Tel: (276) 638-2367
Fax: (276) 638-1214

**City of Crystal Lake v. Amerada Hess Corporation, et al.**

John D. Cooney
Cooney & Conway, PC
120 N. LaSalle Street, Suite 3000
Chicago, Illinois
E-mail: jcooney@cooneyconway.com
Tel: (312) 236-6166
Fax: (312) 236-302

**People of California v. Unocal Corporation, et al.;**

Jan Scully
District Attorney (Sacramento County)
Environmental Protection Division
906 G Street, Suite 700
Sacramento, CA 95814

Tel: (916) 874-6174
Fax: (916) 874-7660

**State of New Hampshire v. Amerada Hess Corporation, et al.**

Maureen D. Smith
Senior Assistant Attorney General
Environmental Protection Bureau
33 Capital Street
Concord, NH 03301-6397
E-mail: maureen.smith@doj.nh.gov
Tel: (603) 271-3679
Fax: (603) 271-2110

Martha Van Oot
Orr & Reno, P.A.
One Eagle Square
P.O. Box 3550
Concord, NH 03302
E-mail: mvo@orr-reno.com
Tel: (603) 224-2381
Fax: (603) 224-2318

**Chisholm Creek Utility Authority v. Alon USA Energy, Inc., et al;**
**City of Bel Aire v. Alon USA Energy, Inc., et al.;**
**City of Dodge City v. Alon USA Energy, Inc., et al;**
**City of Park City v. Alon USA Energy, Inc., et al;**

Andrew W. Hutton
Deborah B. McIlhenny
Hutton & Hutton Law Firm, L.L.C.
8100 East 22nd Street North, Building 1200
Wichita, KS 67336-2312
Email: andrew.hutton@huttonlaw.com
       debs.mcilhenny@huttonlaw.com
Tel: (316) 688-1166
Fax: (316) 686-1077

**Escambia County Utilities Authority v. Adcock Petroleum, Inc., et al.**

James M. Corrigan
Law Offices of James M. Corrigan
1015 North 12th Avenue
Pensacola, FL 32501

Tel: (850) 434-9999

**City of Fresno v. Chevron U.S.A., Inc., et al.;**
**Orange County Water District v. Unocal Corporation, et al.**

Duane C. Miller
A. Curtis Sawyer
Miller & Sawyer, PC
1651 Response Road, 2nd Floor
Sacramento, CA 95825-5253
Tel: (916) 927-8600
Fax: (916) 927-9267

**Carle Place Water District v. AGIP, et al.;**
**Town of East Hampton v. AGIP, et al.;**
**Town of Southampton v. AGIP, et al.;**
**Village of Hempstead v. AGIP, et al.;**
**Village of Mineola v. AGIP, et al;**
**West Hempstead Water District v. AGIP, et al.;**
**Westbury Water District v. AGIP, et al.**

Marc Jay Bern
Napoli Kaiser Bern & Associates, LLP
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
E-mail: mjbern@nkblaw.com
Tel: (631) 224-1133

**City of Riverside v. Atlantic Richfield Co., et al.**

Gregory P. Priamos
Office of the City Attorney
3900 Main Street
Riverside, CA 92522
E-mail: gpriamos@ci.riverside.ca.us
Tel: (909) 826-5567
Fax: (909) 826-5540

**New Jersey American Water Co. Inc. v. Amerada Hess Corporation, et al.**

Joseph J. McGovern
Parker McCay & Criscuolo, P.A.
Three Greentree Centre, Suite 401
Route 73 & Greentree Road
P.O. Box 974
Marlton, NJ 08053

        E-mail: jmcgovern@pmclaw.com
        Tel: 856-985-4034
        Fax: 856-596-9631

**Town of Duxbury v. Amerada Hess Corporation, et al.**

        Richard M. Sandman
        Rodman, Rodman & Sandman, PC
        442 Main Street, Suite 300
        Malden, MA 02148-5122
        E-mail: srodman@rrslaw.net
        Tel: (781) 322-3720
        Fax: (781) 324-6906

**City of Sioux City, Iowa v. Amerada Hess Corporation, et al.**

        Roxanne Conlin
        Roxanne Conlin & Associates, P.C.
        600 Griffin Building
        319 Seventh Street
        Des Moines, IA 50309
        E-mail: rconlin@roxanneconlinlaw.com
        Tel: (515) 283-1111
        Fax: (515) 282-0477

**California-American Water Co.;**
**Quincy Community Services District v. Atlantic Richfield Co., et al.;**
**City of Riverside v. Atlantic Richfield Co., et al.;**
**City of Roseville v. Atlantic Richfield Co., et al.;**

        Victor M. Sher
        Todd E. Robins
        Sher & Leff
        450 Mission Street, 5th Floor
        San Francisco, CA 94105
        E-mail: vsher@sherleff.com
                  trobins@sherleff.com
        Tel: (415) 348-8300
        Fax: (415) 348-8333

**American Distilling & Manufacturing Co. v. Amerada Hess Corporation, et al.;**
**Canton Board of Education v. Amerada Hess Corporation, et al.;**
**Childhood Memories v. Amerada Hess Corporation, et al.;**
**Columbia Board of Education v. Amerada Hess Corporation, et al.;**
**Town of East Hampton v. Amerada Hess Corporation, et al.;**
**Our Lady of the Rosary Chapel v. Amerada Hess Corp., et al.;**

**United Water CT, Inc. v. Amerada Hess Corporation, et al.**

 Neal L. Moskow
 Ury & Moskow LLC
 883 Black Rock Turnpike
 Fairfield, CT 06825
 E-mail: neal@urymoskow.com
 Tel: (203) 610-6393
 Fax: (203) 610-6399

**City of Portsmouth v. Amerada Hess Corporation, et al.;**
**City of Dover v. Amerada Hess Corporation, et al.**

 Thomas R. Watson
 Watson, Bosen, Harmon & Lemire, P.A.
 75 Congress Street, Suite 211
 Portsmouth, NH 03801
 Tel: (603) 436-7667

# Service List for Defendants

**American Agip Co., Inc.**

    Lisa K. Axelrod, Esq.
    Porzio, Bromberg & Newman, P.C.
    156 West 56th Street
    New York, NY 10019-3800
    Tel: (212) 265-6888
    Fax: (212) 957-3983

**Amerada Hess Corporation, El Paso Corporation, and Coastal Corporation:**

    Christopher S. Colman
    Deputy General Counsel - Environmental Affairs
    Amerada Hess Corporation
    One Hess Plaza
    Woodbridge, NJ 07095
    E-mail: ccolman@hess.com
    Tel: (732) 750-6535
    Fax: (732) 650-6944

    Robert H. Shulman
    Mindy G. Davis
    Howrey Simon Arnold & White, LLP
    1299 Pennsylvania Avenue
    Washington, DC 20004-2402
    E-mail: shulmanr@howrey.com
            davism@howrey.com
    Tel: (202) 783-0800
    Fax: (202) 383-6610

**Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America, Inc., BP Corporation North America, Inc., BP Global Special Products (America), Inc., and BP Marine Americas**

    Langan, J. Andrew
    Kirkland & Ellis LLP
    200 E. Randolph Drive
    Chicago, IL 60601-6636
    E-mail: alangan@kirkland.com
    Tel: (312) 861-2064
    Fax: (312) 861-2200

    Peter Bellacosa

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
Chicago, IL 60601-6636
E-mail:  pbellacosa@kirkland.com
Tel:  (212) 446-4800
Fax:  (212) 446-4900

Potter Stewart
Barney Brannen
Potter Stewart, Jr. Law Offices, P.C.
The Merchants Bank Building
205 Main Street, 3rd Floor
Brattleboro, VT 05301
E-mail:  pstewart@potterstewartlaw.com
         bbrannen@potterstewartlaw.com
Tel:  (802) 257-7244
Fax:  (802) 257-7256

Matthew Heartney
Arnold & Porter LLP
777 South Figueroa Street
Los Angeles, CA 90017-2513
E-mail:  matthew_heartney@aporter.com
Tel:  (213) 243-4150
Fax:  (213) 243-4199

## Bartco Corporation

Christopher A. Albanesse
Milber Makris Plousaids & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY 10604
Tel:  (914) 681-8700
Fax:  (914) 681-8709

**ChevronTexaco Corporation, Chevron U.S.A., Inc., Texaco, Inc., Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Company, and Texaco Refining & Marketing, Inc.**

Richard E. Wallace
Peter C. Condron
Harry Davis
Wallace King Marraro & Branson, PLCC

1050 Thomas Jefferson Street, NW
Suite 500
Washington, DC 20007
E-mail:  rwallace@wallaceking.com
         pcondron@wallaceking.com
         hdavis@wallaceking.com
Tel:  (202) 204-1000

William G. Jarman
Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LLP
One American Place, 22nd Floor
Baton Rouge, LA 70825
E-mail:  bill.jarman@keanmiller.com
Tel:  (225) 387-0999
Fax:  (225) 388-9133

**CITGO Petroleum Corporation and CITGO Refining & Chemicals Company, LP (formerly CITGO Refining & Chemicals, Inc.)**

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Avenue, Suite 1100
Chicago, Illinois 60604
E-mail:  neimer@eimerstahl.com
         phanebutt@eimerstahl.com
         lmeyer@eimerstahl.com
Tel:  (312) 660-7600
Fax:  (312) 692-1718

Samuel J. Abate
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
E-mail:  sabate@mccarter.com
Tel:  (212) 609-6805
Fax:  (212) 935-1893


**ConocoPhillips Company, Conoco, Inc., Phillips Petroleum Company, Phillips 66 Company, Alon USA Energy, Inc., Alon USA LP, Atofina Petrochemicals, Inc., Fina Oil & Chemical Company, Total Holdings USA, Inc., Total America, Inc., Valero Energy Corporation, Valero Marketing & Supply Company, Valero Refining & Marketing Company**

Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1925
E-mail:   michele.johnson@lw.com
Tel:  (714) 755-8113
Fax:  (714) 755-8290

Mitchell L. Herren
Hinkle Elkouri Law Firm L.L.C.
2000 Epic Center
301 North Main Street
Wichita, KS 67202
E-mail:   mherren@hinklaw.com
Tel:  (316) 267-2000
Fax:  (316) 264-1556

## ConocoPhillips Company and Tosco Corporation

Rod G. Smith
Senior Counsel
ConocoPhillips Company
600 North Dairy Ashford
Houston, TX 77079
E-mail:   rgsmith@ppco.com
Tel:  (281) 293-1740
Fax:  (281) 293-1954

## ConocoPhillips Company, Valero Marketing & Refining Company, Getty Realty Corporation, Getty Properties Corporation, Lee Milt's Petroleum, Inc.

John Lyons
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
E-mail:   john.lyons@lw.com
Tel:  (213) 891-8320
Fax:  (213) 891-8763

John McGahren
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
E-mail:   john.mcgahren@lw.com
Tel:  (973) 639-7270

Fax: (973) 639-7298

**Crown Central Petroleum Corporation**

Andrew Lapayowker
Vice President & General Counsel
Crown Central Petroleum Corporation
1 N. Charles Street
Baltimore, MD 21201
E-mail: alapayowker@crowncentral.com
Tel: (410) 659-4834
Fax: (410) 659-4763

**Crown Central Petroleum Corporation and Tesoro Petroleum Companies, Inc.**

Colleen Doyle
Bingham McCutchen LLP
355 South Grand Avenue
Los Angeles, CA 90071-3106
E-mail: colleen.doyle@bingham.com
Tel: (213) 680-6446
Fax: (213) 680-6499

Ben Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103
E-mail: ben.krowicki@bingham.com
Tel: (860) 240-2926
Fax: (860) 240-2818

**Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Company, ExxonMobil Pipeline Company, ExxonMobil Refining and Supply Company and Mobil Corporation**

Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza, 11th Floor
New York, NY 10020
E-mail: psacripanti@mwe.com
        jpardo@mwe.com
        sriccardulli@mwe.com
Tel: (212) 547-5583
Fax: (212) 547-5444

Anthony Bongiorno
McDermott, Will & Emery
28 State Street
Boston, MA 02109
E-mail: abongiorno@mwe.com
Tel: (617) 535-4044
Fax: (617) 535-3800

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe
Chicago, IL 60606-5096
E-mail: czimmerman@mwe.com
Tel: (312) 984-6495
Fax: (312) 984-7700

Jeffrey J. Parker
Sheppard Mullin Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
E-mail: jparker@sheppardmullin.com
Tel: (213) 617-5586
Fax: (213) 620-1398

Deborah E. Barnard
Holland & Knight, LLP
10 St. James Ave.
Boston, MA 02116
E-mail: deborah.barnard@hklaw.com
Tel: (617) 619-9240
Fax: (617) 523-6850

**Exxon Mobil Corporation, Equilon Enterprises, LLC, Motive Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Refining & Marketing (East), Inc., Chevron Texaco Corporation, Chevron USA, and Texaco, Inc.**

Gregory A. Curtis
Hoff Curtis
100 Main Street
P.O. Box 1124
Burlington, VT 05402-1124
E-mail: gweimer@hoffcurtis.com
Tel: (802) 864-6400

**Getty Realty Corporation**

    Andrew M. Smith
    General Counsel and Corporate Secretary
    Getty Realty Corporation
    125 Jericho Turnpike, Suite 103
    Jericho, New York 11753
    E-mail:  asmith@gettyrealty.com
    Tel:  (516) 478-5451
    Fax:  (516) 478-5490

**Gulf Oil Limited Partnership, The Catamount Corporation, Catamount Management Corporation, Cumberland Farms, Inc., The Global Companies, Global Petroleum Corporation**

    Garvey, Christopher J. Garvey
    Goodwin Procter LLP
    599 Lexington Avenue
    New York, NY 10022
    E-mail:  cgarvey@goodwinprocter.com
    Tel:  (212) 459-7413
    Fax:  (212) 355-3333

    Mark E. Tully
    Goodwin Procter LLP
    53 State Street
    Boston, MA 02109
    E-mail:  mtully@goodwinprocter.com
    Tel:  (617) 570-1289
    Fax:  (617) 523-1231

**Irving Oil Corporation and Irving Oil Limited**

    Bruce W. Felmly
    McLane, Graf, Raulerson & Middleton
    City Hall Plaza
    900 Elm Street
    Manchester, NH 03105
    E-mail:  bruce.felmly@mclane.com
    Tel:  (603) 625-6464
    Fax:  (603) 625-5650

**Koch Industries, Inc.**

    Anton J. Borovina
    Borovina & Marullo, PLLC

445 Broad Hollow Road
Melville, NY 11747
E-mail: ajb@bormarlaw.com
Tel: (631) 630-1101
Fax: (631) 465-8935

Joseph C. Kearfott
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 Byrd Street
Richmond, Virginia 23219
E-mail: sraphael@hunton.com
Tel: (804) 788-8446
Fax: (804) 788-8218

Lauren E. Rosenblatt
Hunton & Williams LLP
200 Park Avenue, 43rd Floor
New York, NY 10166-0136
E-mail: lrosenblatt@hunton.com
Tel: (212) 309-1023
Fax: (212) 465-8935

Stephen H. Roberts
McNeill, Taylor & Gallo, P.A.
180 Locust Street
P.O. Box 815
Dover, NH 03821
E-mail: roberts@mcneill-law.com
Tel: (603) 749-4723

**Lyondell Chemical Company and Arco Chemical Company**

Allan J. Hoffman
Larry Shtasel
Michael Roessner
Blank Rome LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103
E-mail: hoffman@blankrome.com
       shtasel@blankrome.com
       roessner@blankrome.com
Tel: (215) 569-5505
Fax: (215) 832-5505

**Marathon Ashland Petroleum LLC, Marathon Oil Company and Marathon Oil Corp.**

>  Vincent A. Barto
>  Marathon Ashland Petroleum LLC
>  539 South Main Street
>  Findlay, Ohio 45840
>  E-mail:  vabarto@mapllc.com
>  Tel:  (419) 421-4203
>  Fax:  (419) 427-4193

>  Steven L. Leifer
>  Baker Botts L.L.P.
>  1299 Pennsylvania Ave., N.W.
>  Washington, DC 20004-2400
>  E-mail:  sleifer@bakerbotts.com
>  Tel:  (202) 639-7723
>  Fax:  (202) 585-1040

**Parker Oil Company and Parker Holding Company, Inc.**

>  Elizabeth S. Skilling
>  Harman, Claytor, Corrigan, & Wellman
>  P.O. Box 70280
>  Richmond, VA 23255
>  E-mail:  eskilling@hccw.com
>  Tel:  (804) 762-8016
>  Fax:  (804) 727-6085

**Shell Oil Company**

>  William D. Temko
>  Munger, Tolles, & Olson  LLP
>  355 South Grand Avenue, 35th Floor
>  Los Angeles, California 90071-1560
>  E-mail:  temkowd@mto.com
>  Tel:  (213) 683-9266
>  Fax:  (213) 683-5166

**Star Enterprises**

>  Randle B. Carpenter
>  McMilllan Constabile LLP
>  2180 Boston Post Road
>  Larchmont, NY 10538
>  E-mail:  rcarpenter@mcmcon.com

Tel: (914) 834-3500
Fax: (914) 834-0620

**Sunoco, Inc., Sunoco, Inc. (R&M) and Sun Refining & Marketing Company**

Heather Fusco
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
E-mail: hfusco@bdlaw.com
Tel: (212) 702-5411
Fax: (221) 702-5450

Guttmann, John S.
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, D.C. 20005
E-mail: jguttmann@bdlaw.com
Tel: (202) 789-6010
Fax: (202) 789-6190

**Unocal Corporation**

Dixon, Brendan M.
Deputy General Counsel
Unocal Corporation
276 S. Valencia Ave.
Brea, CA 92823
E-mail: bmdixon@unocal.com
Tel: (714) 577-2933
Fax: (714) 577-2980

Wright, Lynn W. Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022
E-mail: lwright@EdwardsAngell.com
Tel: (212) 756-0215/(212) 308-4411
Fax: (212) 308-4844

**Valero Energy Corp., Valero Refining & Marketing Co., Valero Marketing & Supply Co., Diamond Shamrock Refining & Marketing Co., Valero-Colorado Refining Co, Valero Refining Co.-Louisiana, Valero Refining-Texas, L.P., and Valero Refining Co.-New Jersey**

Tracy Renfroe

Coy M. Connelly
Bracewell & Paterson, L.L.P.
711 Louisiana Street, Suite 2900
Houston, TX  77002
E-mail:   tracie.renfroe@bracepatt.com
          coy.connelly@bracepatt.com
Tel:  (713) 221-1404
Fax:  (713) 221-2123

Jon D. Anderson
Latham & Watkins LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1925
E-mail:   jon.anderson@lw.com
Tel:  (714) 755-8217
Fax:  (714) 755-8290

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th Avenue, 12th Floor
Des Moines, IA 50309
E-mail:   grenard@whitfieldlaw.com
Tel:  (515) 246-5582
Fax:  (515) 246-1474