BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| In re: Methyl Tertiary Butyl Ether (MTBE") Product Liability Litigation | MDL No. 1358 |
|---|---|

**KERN OIL & REFINING CO.'S STATEMENT PURSUANT TO RULE 5.3(A)**

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Kern Oil & Refining Co. certifies that Kern Oil & Refining Co. is a wholly-owned subsidiary of Casey Co. No publicly traded corporations own 10 percent or more of Casey Co.'s stock.

Dated: March 24, 2004

Respectfully submitted,

Brian M. Ledger, Esq.
GORDON & REES LLP
101 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124