MDL 1358

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL No. 1358

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APR - 1 2004

FILED
CLERK'S OFFICE

## DEFENDANT NATIONAL COOPERATIVE REFINERY ASSOCIATION'S STATEMENT PURSUANT TO RULE 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for Defendant National Cooperative Refinery Association, hereby certifies that the Defendant is a Kansas cooperative marketing association, organized and existing under the laws of the state of Kansas. The corporate shareholders of National Cooperative Refinery Association are: A) CHS, Inc., a cooperative association located in St. Paul, Minnesota, which owns 74.453 percent of the common stock in this defendant, B) Growmark, Inc., a cooperative association located in Bloomington, Illinois, which owns 18.602 percent of the common stock of the Defendant, and C) MFA Oil Company, a cooperative association which owns 6.945 percent of the Defendant. The above identified shareholders are not publicly-held corporations.

Dated March 16, 2004

Respectfully submitted,

KLENDA, MITCHELL, AUSTERMAN & ZUERCHER, L.L.C.

_____
John Val Wachtel, Ks. Bar No. #08310
301 N. Main, 1600 Epic Center
Wichita, KS 67202-4888
Tele.: (316) 267-0331
Fax: (316) 267-0333
Attorney for Defendant,
National Cooperative Refinery Association

KMAZ Document No. 234315

OFFICIAL FILE COPY

IMAGED APR 2 '04