

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>MDL No. 1358  APR - 1 2004<br><br>FILED<br>CLERK'S OFFICE |

### Cumberland Farms, Inc.'s Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Cumberland Farms, Inc. certifies that it has no parent corporation, and that no publicly held company owns 10% or more of Cumberland Farms, Inc.'s stock.

Dated: March 10, 2004

Respectfully submitted,

CUMBERLAND FARMS, INC.

_____
Mark E. Tully
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA  02109
Tel:  (617) 570-1000
Fax:  (617) 227-8591

LIBA/1361351.1

**IMAGED APR - 2 '04**      **OFFICIAL FILE COPY**