MDL 1358

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br><br>APR - 1 2004<br><br>MDL No. 1358<br><br>FILED<br>CLERK'S OFFICE |

### Global Petroleum Corp.'s Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Global Petroleum Corp. certifies that it has no parent corporation, and that no publicly held company owns 10% or more of Global Petroleum Corp.'s stock.

Dated: March 16, 2004

Respectfully submitted,

GLOBAL PETROLEUM CORP.

Mark E. Tully
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109
Tel: (617) 570-1000
Fax: (617) 227-8591

LIBA/1363188.1