MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

------------------------------------------------

IN RE:                                  :

METHYL-TERTIARY BUTYL ETHER :     **MDL Docket No. 1358**
PRODUCTS LIABILITY               :
LITIGATION                             :
                                              :
                                              :

------------------------------------------------

### CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS ATLANTIC RICHFIELD COMPANY, ARCO PRODUCTS COMPANY, BP AMERICA INC., BP AMOCO CHEMICAL COMPANY, BP COMPANY NORTH AMERICA INC., BP CORPORATION NORTH AMERICA INC., BP GLOBAL SPECIAL PRODUCTS (AMERICA) INC., BP PRODUCTS NORTH AMERICA INC., AND BP WEST COAST PRODUCTS LLC

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, defendants Atlantic Richfield Company, ARCO Products Company, BP America Inc.,

BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North

America Inc., BP Global Special Products (America) Inc., BP Products North America Inc., and

BP West Coast Products LLC submit the following Corporate Disclosure Statement:*

---

\* Certain Complaints for actions listed on CTO-4 and CTO-5 erroneously name BP entities that do not exist or no longer exist. A corporate disclosure statement cannot be filed for such fictitious or non-existent entities.

IMAGED APR ˉ 2 '04   **OFFICIAL FILE COPY**

1.      Atlantic Richfield Company's parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

2.      ARCO Products Company's parent corporation is Atlantic Richfield Company. Atlantic Richfield Company's parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

3.      BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

4.      BP Amoco Chemical Company's parent corporation is BP Company North America Inc. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

5.      BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

6.      BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP p.l.c. BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

7.      BP Global Special Products (America) Inc.'s parent corporation is Burmah Castrol Holdings Inc.  Burmah Castrol Holdings Inc.'s parent corporation is Castrol North America Inc.  Castrol North America Inc.'s parent corporation is BP America Inc.  BP America Inc.'s parent corporation is BP p.l.c.  BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

8.      BP Products North America Inc.'s parent corporation is BP Company North America Inc.  BP Company North America Inc.'s parent corporation is BP Corporation North America Inc.  BP Corporation North America Inc.'s parent corporation is BP America Inc.  BP America Inc.'s parent corporation is BP p.l.c.  BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

9.      BP West Coast Products LLC's parent corporation is BP Products North America Inc.  BP Products North America Inc.'s parent corporation is BP Company North America Inc.  BP Company North America Inc.'s parent corporation is BP Corporation North America Inc.  BP Corporation North America Inc.'s parent corporation is BP America Inc.  BP America Inc.'s parent corporation is BP p.l.c.  BP p.l.c. does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

March 16, 2004                          Respectfully submitted,

                                        R. Chris Heck

                                        J. Andrew Langan
                                        Mark S. Lillie
                                        R. Chris Heck
                                        KIRKLAND & ELLIS LLP
                                        200 East Randolph Drive
                                        Chicago, Illinois  60601-6636
                                        312-861-2000
                                        312-861-2200 (Facsimile)

3

Attorneys for Defendants:
Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Products North America Inc., BP Global Special Products (America) Inc., and BP West Coast Products LLC

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2004

## PROOF OF SERVICE

FILED
CLERK'S OFFICE

I, R. Chris Heck, an attorney, hereby certify that I caused a copy of the foregoing

Corporate Disclosure Statement for Defendants Atlantic Richfield Company, ARCO

Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North

America Inc., BP Corporation North America Inc., BP Global Special Products (America)

Inc., BP Products North America Inc., and BP West Coast Products LLC to be forwarded

on March 16, 2004, by United States mail to counsel on the attached Panel Attorney Service List.

R. Chris Heck

5

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**

Page 1

Docket: 1358 - In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation
Status: Transferred on 10/10/2000
Transferee District: NYS    Judge: Scheindlin, Shira Ann

Printed on 03/15/2004

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Axline, Michael<br>Miller, Axline & Sawyer<br>1651 Response Road<br>Second Floor<br>Sacramento, CA 95815 | => City of Fresno |
| Ball, Dan H.<br>Bryan Cave, L.L.P.<br>One Metropolitan Square<br>Suite 3600<br>211 N. Broadway<br>St. Louis, MO 63102 | => Chevron USA, Inc.; Conoco, Inc.*; Exxon Mobil Corp.* |
| Bennett, J. Stephen<br>Baker & Daniels<br>111 E. Wayne Street<br>Suite 800<br>Fort Wayne, IN 46802 | => Lassus Bros. Oil, Inc.* |
| Davis, Mindy G.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | => Amerada Hess Corp.*; Coastal Eagle Point Oil Co.*; Coastal Mobile Refining Co.*; El Paso CGP Co.*;<br>El Paso Corp.*; El Paso Merchant Energy-Petroleum Co.* |
| Detrick, Russ<br>Sacramento County District Attorney<br>Environmental Protection Division<br>901 G Street, Suite 700<br>Sacramento, CA 95814 | => People of the State of California* |
| Doty, Robert P.<br>Cox, Castle & Nicholson, LLP<br>555 Montgomery Street<br>15th Floor<br>San Francisco, CA 94111-2585 | => 7-Eleven, Inc.; Duke Energy Merchants California, Inc.; Duke Energy Merchants, LLC; Duke Energy<br>Trading & Marketing, L.L.C; Northridge Petroleum Marketing U.S., Inc. |
| Doyle, Colleen P.<br>Bingham McCutchen, LLP<br>355 South Grand Avenue<br>Suite 4400<br>Los Angeles, CA 90071 | => Exxon Corp.*; Mobil Corp.*; Tesoro Refining & Marketing Co.* |
| Elmer, Nathan P.<br>Elmer, Stahl, Klevorn & Solberg<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 | => Citgo Petroleum Corp.* |
| Felmly, Bruce W.<br>McLane, Graf, Raulerson & Middleton<br>900 Elm Street<br>Manchester, NH 03105 | => Irving Oil Corp.*; Irving Oil Limited; Irving Oil Terminals, Inc.* |
| Galvin, John E.<br>Fox Galvin, LLC<br>One Memorial Drive | => Phillips Petroleum Co.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Eighth Floor<br>St. Louis, MO 63102 | |
| Gordon, Robert J.<br>Weitz & Luxenberg<br>180 Maiden Lane<br>17th Floor<br>New York, NY 10038 | => American Distilling & Manufacturing Co., Inc.\*; Canton Board of Education (Cherry Brook School)\*; City of Dover\*; City of Portsmouth, New Hampshire\*; Columbia Board of Education (Horace Porter School)\*; Long Island Water Corp.\*; New Jersey American Water Co., Inc.; Our Lady of the Rosary Chapel\*; Town of East Hampton\*; Town of Hartland\*; United Water Connecticut, Inc.\*; Water Authority of Great Neck North\* |
| Gutmann, John S.<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, DC 20005 | => Sunoco, Inc.\*; Sunoco, Inc. (R&M)\* |
| Hoffman, Alan J.<br>Blank Rome L.L.P.<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | => Arco Chemical Co.\*; Lyondell Chemical Co.\* |
| Kearfott, Joseph Conrad<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | => Flint Hill Resources LP\*; Flint Hills Resources LLC\*; Koch Industries, Inc.\* |
| Krowicki, Ben M.<br>Bingham McCutchen, LLP<br>One State Street<br>Hartford, CT 06103-3178 | => Crown Central Petroleum Corp.\* |
| Langan, J. Andrew<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Suite 5400<br>Chicago, IL 60601 | => Amoco Oil Co.\*; Arco Products Co.\*; Atlantic Richfield Co.\*; BP America, Inc.\*; BP Amoco Chemical Co.\*; BP Amoco Corp.\*; BP Co. North America, Inc.\*; BP Corp. North America, Inc.\*; BP Global Special Products (America), Inc.\*; BP Products North America, Inc.\*; BP West Coast Products, LLC\* |
| Leifer, Steven L.<br>Baker, Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | => Marathon Ashland Petroleum, LLC; Marathon Oil Co.; Marathon Oil Corp. |
| Lyons, John J.<br>Latham & Watkins<br>650 Town Center Drive<br>Suite 2000<br>Costa Mesa, CA 92626-1925 | => ConocoPhillips Co.\* |
| Martin, Diana P.<br>Bingham McCutchen, LLP<br>355 South Grand Avenue<br>Suite 4400<br>Los Angeles, CA 90071 | => Westport Petroleum, Inc.\* |
| McGahren, John<br>Latham & Watkins<br>One Newark Center<br>16th Floor | => Getty Properties Corp.\* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Newark, NJ 07101-3174 | |
| Pappas, Thomas J.<br>Wiggin & Nourie, P.A.<br>P.O. Box 808<br>Manchester, NH 03105 | Sprague Energy Co.* |
| Renfroe, Tracie J.<br>Bracewell & Patterson<br>South Tower Pennzoil Place<br>Suite 2900<br>711 Louisiana<br>Houston, TX 77002 | Alon USA Energy, Inc.*; Alon USA, LP*; Atofina Petrochemicals Inc.*; Diamond Shamrock Refining & Marketing; Total Holdings USA, Inc.*; Ultramar Energy, Inc.*; Ultramar Limited*; Ultramar, Inc.*; Valero Energy Corp*; Valero Marketing & Supply Co.*; Valero Refining Co. Louisiana*; Valero Refining & Marketing Co.*; Valero Refining Co.*; Valero Refining Co. New Jersey*; Valero Refining Co.-California*; Valero Refining Company-Texas* |
| Sacripanti, Peter J.<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 | ExxonMobil Chemical Co.*; ExxonMobil Oil Corp.*; ExxonMobil Pipe Line Co.*; ExxonMobil Refining & Supply Co.* |
| Sher, Victor M.<br>Sher & Leff<br>450 Mission St.<br>Suite 500<br>San Francisco, CA 94105 | California-American Water Co.*; Carmichael Water District*; Citrus Interstate Pipeline Co.*; City of Elk Grove*; City of Riverside*; City of Roseville*; City of Sacramento*; Crandall, Diane K.*; Del Paso Manor Water District*; Fair Oaks Water District*; Florin Resource conservation District*; Kruso, Adrian*; Kruso, Dennis A.*; Kruso, John T.*; Kruso, Stephen L.*; Orange County Water District*; Quincy Community Services District*; Rio Products Corp.*; Sacramento County Water Agency*; Sacramento Groundwater Authority*; Sacramento Suburban Water District*; San Juan Water District*; Silver, Laura*; Silver, Martin*; Silver, Pauline*; State of New Hampshire |
| Summy, Scott<br>Baron & Budd<br>The Centrum Building, Suite 1100<br>3102 Oak Lawn Avenue<br>Dallas, TX 75219-3605 | Brimfield Housing Aurthority*; Centerville-Osterville-Marstons Mills Water Dept.*; Chelmsford Water District*; Chisolm Creek Utility Authority*; City of Bel Aire (County of Sedgwick Water Authority)*; City of Brockton*; City of Dodge City, Kansas*; City of Galva*; City of Ida Grove*; City of Methuen*; City of Mishawaka*; City of Peabody*; City of Rockport*; City of Sioux City*; City of South Bend, Indiana*; Cotult Fire District Water Department*; Dedham Westwood Water District*; East Chelmsfor Water District*; Escambia County Utilities Authority*; Greensville County Water & Sewer Authority*; Hillcrest Water District*; Leicester Water Supply District*; Massasoit Hills Trailer Parks, Inc.*; North Chelmsford Water District*; North Newton School Corp.*; North Raynham Water District*; Patrick County School Board*; Sandwich Water District*; South Sagamore Water District*; Sudbury Water District*; Town of Avon*; Town of Bedford*; Town of Bellingham*; Town of Charlton*; Town of Danvers*; Town of Dover*; Town of Dudley*; Town of Duxbury*; Town of East Bridgewater*; Town of East Brookfield*; Town of Easton*; Town of Edgartown*; Town of Halifax*; Town of Hanover*; Town of Hanson*; Town of Holliston*; Town of Hudson*; Town of Marion*; Town of Maynard*; Town of Merrimac*; Town of Mills*; Town of Monson*; Town of Natick*; Town of Norfolk*; Town of North Attleborough*; Town of North Reading*; Town of Norton*; Town of Norwell*; Town of Prembroke*; Town of Reading*; Town of Spencer*; Town of Stoughton*; Town of Tewksbury*; Town of Tyngsborough*; Town of Ware*; Town of Wayland*; Town of West Bridgewater*; Town of West Brookfield*; Town of Weymouth*; Town of Wilmington*; Town of Yarmouth*; Village of Island Lake*; Westport Federal Credit Union*; Westview Farm, Inc.* |
| Tillery, Stephen M.<br>Korein Tillery, LLC<br>St. Claire County<br>10 Executive Woods Court<br>Swansea, IL 62226-2030 | Azbill, Donna L.*; Christiansen, Claudia*; England, David*; Owca, Marvin* |
| Tripp, Mark L.<br>Bradshaw, Fowler, Proctor & Fairgrave, P.C.<br>801 Grand Avenue<br>Suite 3700<br>Des Moines, IA 50309-8004 | Fauser Oil Co., Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Wallace, Jr, Richard E.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | ⇒ Equilon Enterprises, L.L.C.*; Shell Oil Co., Inc.*; Texaco Refining & Marketing, Inc.* |
| Weinstein, David B.<br>Bales & Weinstein, P.A.<br>1715 N. Westshore Boulevard<br>Suite 190<br>Tampa, FL 33607 | ⇒ Exxon Mobil Oil Corp. |
| de Recat, Craig J.<br>Manatt Phelps & Phillips<br>11355 W. Olympic Boulevard<br>Los Angeles, CA 90064-1614 | ⇒ U.S.A. Gasoline Corp.* |

Note: Please refer to the report title page for complete report scope and key.