MDL 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | MDL No. 1358<br><br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION<br><br>APR - 1 2004<br><br>FILED<br>CLERK'S OFFICE |

### Sprague Energy Corp.'s Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Sprague Energy Corp. certifies that Sprague Energy Corp.'s parent company is Axel Johnson, Inc., which is a member of the Axel Johnson Group. Sprague Energy Corp. is not publicly traded and no publicly held corporation owns 10% or more of Sprague Energy Corp.'s stock. In addition, there is no publicly held corporation with a merger agreement with Sprague Energy Corp.

Dated: March 16, 2004

Respectfully submitted,

Thomas J. Pappas, Esq.
WIGGIN & NOURIE PA
P.O. Box 808
Manchester, NH  03105-0808
Tel: (603) 669-2211
Fax: (603) 623-8442

00533384.DOC

IMAGED APR 2 '04   OFFICIAL FILE COPY