MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2004

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1358 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules Of Procedure Of The Judicial Panel On Multidistrict Litigation, Duke Energy Merchants, LLC, Duke Energy Trading and Marketing, LLC, Duke Energy Merchants California, Inc. and Northridge Petroleum Marketing, U.S. Inc. (collectively, "Duke Energy") file this Corporate Disclosure Statement. The undersigned, counsel for Duke Energy, certifies that, to the best of their knowledge:

1. Duke Energy Merchants, LLC does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock;

2. Duke Energy Trading and Marketing, LLC is a subsidiary of Duke Energy

IMAGED APR -2 '04   **OFFICIAL FILE COPY**

44510\39554v1

Merchants, LLC but does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock;

3. Duke Energy Merchants California, Inc. is a dissolved entity, does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock; and

4. Northridge Petroleum Marketing, U.S. is a dissolved entity, does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

Dated: March 18, 2004

Respectfully submitted,

By: *Robert P. Doty* (signature)

Robert P. Doty, Bar No. 148069
Karleen M. O'Connor, Bar No. 229531
**COX, CASTLE & NICHOLSON LLP**
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
(415) 392-4200
(415) 392-4250 (Facsimile)

Attorneys for Defendants
Duke Energy Merchants, LLC; Duke Energy
Trading and Marketing, LLC; Duke Energy
Merchants California, Inc.; and Northridge
Petroleum Marketing U.S., Inc.

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2004

FILED
CLERK'S OFFICE

IN RE:

METHYL-TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1358

### Rule 5.2 Certification

I hereby certify that I have this 18th day of March, 2004, served by First Class Mail, postage prepaid, a copy of the accompanying Corporate Disclosure Statement to all parties identified in the attached service list.

Dated: March 18, 2004

Respectfully submitted,

By: _____
Robert P. Doty, Bar No. 148069
Karleen M. O'Connor, Bar No. 229531
**COX, CASTLE & NICHOLSON LLP**
555 Montgomery Street, 15th Floor
San Francisco, CA  94111-2585
(415) 392-4200
(415) 392-4250 (Facsimile)

Attorneys for Defendants
Duke Energy Merchants, LLC; Duke Energy Trading and Marketing, LLC; Duke Energy Merchants California, Inc.; and Northridge Petroleum Marketing U.S., Inc.

## MDL SERVICE LIST

Samuel J. Abate, Jr.
McCarter & English LLP
300 Park Avenue, 18th Floor
New York, NY  10022-7402
(212) 609-6805
(212) 935-1893 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL  32822
(407) 275-7253

Carolyn G. Anderson
Zimmerman Reed PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402-4123
(612) 341-0400
(612) 341-0844 (fax)
**Attorneys for Plaintiff City of Rockport**

John J. Lyons
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007
(213) 485-1234
(213) 891-8763 (fax)
**Attorneys for ConocoPhillips Company**

Paul S. Aronowitz
    Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Suite 305
Auburn, CA  95603
(530) 823-9736
(530) 823-5241 (fax)
**Attorneys for Nella Oil Company LLC**

Mark S. Baldwin
Brown Rudnick Berlack & Israels LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3402
(860) 509-6514
(860) 509-6501 (fax)
**Attorneys for Koch Industries Inc.**

Dan H. Ball
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO  63102
(314) 259-2200
(314) 259-2020 (fax)
**Attorneys for Premcor Refining Group**

Deborah E. Barnard
    Robin L. Main
    Tara Myslinski
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
(617) 523-2700
(617) 523-6850 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

| | |
|---|---|
| M. Scott Barrett<br>Barrett & Associates<br>520 North Walnut Street<br>P.O. Box 5233<br>Bloomington, IN  47407-5233<br>(812) 336-4664<br>(812) 337-8850 (fax)<br>**Attorneys for Plaintiff City of Rockport** | Rebecca J. Bernstein<br>ATOFINA Chemicals, Inc.<br>2000 Market Street<br>Philadelphia PA  19103<br>(215) 419-5415<br>(215) 419-7933 (fax)<br>**Attorneys for Total Holdings USA, Inc. formerly known as Total Fina Elf** |
| William W. Barrett<br>Williams Hewitt & Robbins LLP<br>600 N. Emerson Avenue<br>Greenwood, IN  46143<br>(317) 888-1121<br>(318) 887-4669 (fax)<br>**Attorneys for Plaintiff City of Rockport** | Elizabeth L. Bevington<br>Holland & Knight LLP<br>P.O. Box 810<br>Tallahassee, FL  32302-0810<br>(850) 224-7000<br>(850) 224-8832 (fax)<br>**Attorneys for Exxon Mobil Chemical Company, Inc., individually and formerly known as Mobil Chemical Company, Inc., Exxon Mobil Corporation, individually and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company) and Exxon Mobil Oil Corporation, individually and formerly known as Mobil Oil Corporation** |
| Charles F. Becker<br>Belin Larnson McCormick Zurnbach & Flynn<br>Financial Center<br>666 Walnut Street, Suite 2000<br>Des Moines, IA  50309-3989<br>(515) 283-4609<br>(515) 558-0609 (fax)<br>**Attorneys for Koch Industries, Inc.** | Anthony A. Bongiorno<br>McDermott Will & Emery<br>28 State Street<br>Boston, MA  02109<br>(617) 535-4044<br>(617) 535-3800 (fax)<br>**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation** |
| Peter G. Beeson<br>Devine Millimet & Branch<br>111 Amherst Street<br>P.O. Box 719<br>Manchester, NH  03105<br>(603) 669-1000<br>(603) 669-8547 (fax)<br>**Attorneys for Sunoco, Inc. (R&M)** | F. Wesley Bowers<br>Bowers Harrison LLP<br>25 N.W. Riverside Drive, 2nd Floor<br>P.O. Box 1287<br>Evansville, IN  47706-1287<br>(812) 426-1231<br>(812) 464-3676 (fax)<br>**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.** |

Peter A. Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022
(212) 446-4800
(212) 446-4900 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.) and BP West Coast Products LLC**

Timothy F. Burr
Galloway Johnson Tompkins Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL  32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Chelsea Sandwich LLC
800 South Street
Waltham, MA  02254-9161

Roxanne Conlin
Conlin & Associates PC
319 7th Street, Suite 600
Des Moines, IA  50309
(515) 283-1111
(515) 282-0477 (fax)
**Attorneys for Plaintiffs City of Galva, City of Sioux City and City of Ida Grove**

Thomas Constabile
McMillan Constabile LLP
2180 Boston Post Road
Larchmont, NY  10538
(914) 834-3500
(914) 834-0620 (fax)
**Attorneys for Star Supply Petroleum Inc.**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL  32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Plaintiff Escambia County Utilities Authority**

David J. Crotta, Jr.
    Francis J. Drumm, III
    Robert G. Oliver
Mulvey Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT  06511
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH  03301
**For El Paso Merchant Energy Petroleum**

Angelo A. Cuonzo
Slowinski Atkins & Czyz LLP
One Newark Center, 14th Floor
Newark, NJ 07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Mindy G. Davis
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800
(202) 383-6610 (fax)
**Attorneys for Amerada Hess Corporation, Hess Energy Incorporated, El Paso Corporation, El Paso CGP Company, El Paso Merchant Energy-Petroleum Company, Coastal Oil New England, Coastal Eagle Point Oil Company and Coastal Mobile Refining Company**

George A. Dagon, Jr.
Murtha Cullina LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.) and BP West Coast Products LLC**

Jennifer M. DelMonico
Murtha Cullina LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704-A
New Haven, CT 06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.) and BP West Coast Products LLC**

Barry R. Davidson
Hunton & Williams LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Michael DeMarco
    Daniel E. Rosenfeld
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 261-3100
(617) 261-3175 (fax)
**Attorneys for ConocoPhillips Company**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA 30339-5673
**Attorneys for Chevron**

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Ste. 4000
El Segundo, CA 90245
**Corporate Secretary for Unocal Corp.**


Brendan M. Dixon
Unocal Corporation
376 S. Valencia Avenue
Brea, CA  90245
(714) 577-2933
(714) 577-2980 (fax)
**Attorneys for Unocal Corporation and Union Oil Company of California**

Robert P. Doty
      Alicia Vaz
Cox, Castle & Nicholson LLP
555 Montgomery Street, 15th Floor
San Francisco, CA  94111-2585
(415) 392-4200
(415) 392-4250 (fax)
**Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc. and Northridge Petroleum Marketing U.S., Inc.**

Colleen P. Doyle
      Diana Pfeffer Martin
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
(213) 680-6400
(213) 680-6499 (fax)
**Attorneys for ExxonMobil Corporation, Tesoro Refining and Marketing, Inc. and Westport Petroleum, Inc.**

John V. Dwyer
Winer & Bennett LLP
110 Concord Street
P.O. Box 488
Nashua, NH  03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp. and Exxon Mobil Oil Corp.**

Joseph G. Eaton
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH  03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical Company**


Nathan P. Eimer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604
(312) 660-7600
(312) 692-1718 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Company**


Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA  02453

John J. Fanning
Cullen & Dykman LLP
177 Montague Street
Brooklyn, NY  11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing Inc. and Getty Terminals Corporation**

Bruce W. Felmly
McLane Graf Raulerson & Middleton
900 Elm Street
P.O. Box 326
Manchester, NH  03105-0326
(603) 625-6464
(603) 625-5650 (fax)
**Attorneys for Irving Oil Limited and Irving Oil Corporation**

Jeffrey L. Fillerup
Luce Forward Hamilton & Scripps LLP
Two Rincon Center
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
(415) 356-4600
(415) 356-4610 (fax)
**Attorneys for Pacific Southwest Trading**

Heather M. Fusco
Beveridge & Diamond PC
477 Madison Avenue
New York, NY  10022
(212) 702-5400
(212) 702-5450 (fax)
**Attorneys for Sunoco, Inc.**

John C. Gillespie
Joseph J. McGovern
Parker McCay & Criscuolo P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ  08053
(856) 596-8900
(856) 596-9631 (fax)
**Attorneys for Plaintiffs in New Jersey American Water Company, Inc., et al.**

Robert J. Gordon
Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY  10038
(212) 558-5500
(212) 344-5461 (fax)
**Attorneys for Canton Board of Education, Columbia Board of Education, Childhood Memories, Our Lady of the Rosary Chapel, American Distilling & Manufacturing Co., Inc., Town of East Hampton, and United Water CT, Inc. (Connecticut); City of Portsmouth and City of Dover (New Hampshire); Long Island Water Corp. and Water Authority of Great Neck North (New York); and Town of Hartland (Vermont)**

Steven M. Gordon
Shaheen & Gordon PA
Two Capital Plaza
P.O. Box 2703
Concord, NH  03302-2703
(603) 225-7262
(603) 225-5112
**Attorneys for Ultramar Energy, Inc., Ultramar Limited, Valero Energy Corp. and Valero Marketing & Supply Company**

Steven M. Greenspan
Day Berry & Howard LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 (fax)
**Attorneys for Inland Fuel Terminals Inc.**

Frank M. Grenard
Whitfield & Eddy PLC
317 6th Avenue, Suite 1200
Des Moines, IA  50309-4195
(515) 288-6041
(515) 246-1474 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA, LP, Fina Oil and Chemical Company, Total Holdings USA, Inc. (erroneously named as Total Fina Elf), Diamond Shamrock Refining and Marketing, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Colorado Refining Company, Valero Refining Company Louisiana, Valero Refining Company Texas, Valero Refining Company New Jersey, Conoco, Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips Company, Phillips Petroleum Company n/k/a ConocoPhillips Company and Tosco Refining Company, n/k/a ConocoPhillips**

John S. Guttmann
Beveridge & Diamond, PC
1350 I Street, N.W., Suite 700
Washington, DC  20005
(202) 789-6020
(202) 789-6190 (fax)
**Attorneys for Sunoco Inc. and Sunoco Inc. (R&M)**

Tracie J. Renfroe
　　J. Clifford Gunter
　　M. Coy Connelly
　　Mike Dimnore
Bracewell & Patterson LLP
711 Louisiana Street, Suite 2900
Houston, TX  77002
(713) 221-1404
(713) 221-2123 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, ATOFINA Petrochemicals, Inc., Diamond Shamrock Refining and Marketing, Total Holdings USA, Inc., Ultramar, Inc., Ultramar Energy, Inc., Ultramar Ltd., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero- Colorado Refining Company, Valero Refining Company-California, Valero Refining Company-New Jersey, Valero Refining Company-Louisiana and Valero Refining Company- Texas**

Mark L. Tripp
Bradshaw Fowler Proctor & Fairgrave
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-8004
(515) 246-5871
(515) 246-5808 (fax)
**Attorneys for Fauser Oil Co., Inc.**

David S. Hardy
    Dorit S. Heimer
Levett Rockwood PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company, El Paso Corporation, Marathon Ashland Petroleum LLC, Marathon Oil Corporation and Sunoco Inc.**

Matthew T. Heartney
    Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
(213) 243-4199 (fax)
**Attorneys for Atlantic Richfield Company and BP Products North America, Inc.**

Peter W. Heed, Attorney General
    Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH 03301-6397
**Attorneys for Plaintiff State of New Hampshire**

Donna Nelson Heller
Finn Dixon & Herling LP
One Landmark Square, Suite 1400
Stamford, CT 06901
(203) 325-5000
(203) 348-5777 (fax)
**Attorneys for Lyondell Chemical Company**

Jeffrey R. Hellman
Zeisler & Zeisler PC
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

Alan J. Hoffman
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103-6998
(215) 569-5505
(215) 832-5505 (fax)
**Attorneys for Lyondell Chemical Company, f/k/a/ Lyondell Petrochemical Company and f/k/a/ ARCO Chemical Company**

Hojoon Hwang
    William D. Temko
Munger Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc. and Equilon Enterprises LLC**

44510\39172v1   8

William J. Kayatta, Jr.  
Pierce Atwood  
One Monument Square  
Portland, ME 04101  
(207) 791-1100  
(207) 791-1350 (fax)  
**Attorneys for Lyondell Chemical Company**

Joseph C. Kearfott  
Hunton & Williams LLP  
Riverfront Plaza, East Tower  
951 East Byrd Street  
Richmond, VA 23219  
(804) 788-8200  
(804) 788-8218 (fax)  
**Attorneys for Koch Industries Inc.**

Frederic R. Klein  
Goldberg Kohn Ltd.  
55 East Monroe Street, Suite 3700  
Chicago, IL 60603-5802  
(312) 201-4000  
(312) 332-2196 (fax)  
**Attorneys for Unocal Corp. and Union Oil Company of California**

Peter R. Knight  
LeBoeuf Lamb Greene & MacRae LLP  
225 Asylum Street  
Hartford, CT 06103  
(860) 293-3550  
(860) 293-3555 (fax)  
**Attorneys for Getty Petroleum Marketing Inc.**

Ben M. Krowicki  
Bingham McCutchen LLP  
One State Street  
Hartford, CT 06103-3178  
(860) 240-2926  
(860) 240-2818 (fax)  
**Attorneys for Crown Central Petroleum Corp.**

J. Andrew Langan  
    Mark S. Lillie  
    R. Chris Heck  
Kirkland & Ellis LLP  
200 East Randolph Drive, Suite 6100  
Chicago, IL 60601-6636  
(312) 861-2000  
(312) 861-2200 (fax)  
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.) and BP West Coast Products LLC**

Trenten D. Klingerman  
Stuart & Branigin LLP  
The Life Building, Suite 800  
600 Main Street  
P.O. Box 1010  
Lafayette, IN 47902  
(765) 423-1561  
(765) 742-8175 (fax)

Brian M. Ledger
    Rudy R. Perrino
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA 92101-3541
(619) 696-6700
(619) 696-7124 (fax)
**Attorneys for Kern Oil & Refining Co.**

Steven L. Leifer
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)
**Attorneys for Marathon Ashland Petroleum LLC and Marathon Oil Corporation**

Scott L. Long
Brown Winick Graves Gross Baskerville
    and Schoenebaum PLC
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
(515) 242-2400
(515) 283-0231 (fax)

Tracie L. Longman
    Andrew G. Wailgum
    Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc. and BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.)**

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
1180 Iron Point Road, Suite 145-B
Folsom, CA 95630
(916) 985-4400
(916) 985-0100 (fax)
**Attorneys for New West Petroleum and New West Petroleum LLC**

Joseph W. Martini
    Karen Mignone
    Paul J. Hogan
    Amy McCallan
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**

John McGahren
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-1234
(973) 639-7298 (fax)
**Attorneys for Getty Properties Corporation**

Matthew F. Medeiros
Little Bulman Medeiros & Whitney PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195 or (401) 490-6918 (fax)
**Attorneys for CITGO Petroleum Corp.**

Michael D. Axline
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4272
(916) 488-6688
(916) 488-4288 (fax)
**Attorneys for Plaintiff City of Fresno**

Jeffrey W. Moryan
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
(973) 535-9217 (fax)
**Attorneys for Motiva Enterprises LLC**

J. Stephen Bennett
    Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Neal L. Moskow
    Valerie J. Payne
Ury & Moskow LLC
888 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393
(203) 610-6399 (fax)
**Attorneys for Plaintiffs Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel and United Water Connecticut, Inc.**

Peter W. Mosseau
    Jeffrey A. Meyers
Nelson Kinder Mosseau & Saturley PC
99 Middle Street
Manchester, NH 03101
(603) 647-1800
(603) 647-1900 (fax)
**Attorneys for CITGO Petroleum Corp.**

Samuel P. Moulthrop
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
(973) 538-1984 (fax)
**Attorneys for Koch Industries, Inc.**

Charles T. O'Brien
225 High Ridge Road
Stamford, CT 06905
(203) 978-6988
(203) 978-6952 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

W. Scott O'Connell
Nixon Peabody LLP
889 Elm Street
Manchester, NH 03101-2019
(603) 628-4000
(603) 628-4087 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Ste. A
P.O. Box 3546
Tallahassee, FL 32315-3546
**Attorneys for McKenzie Service Co., Inc.**

Peter J. Sacripanti
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)
**Attorneys for Exxon Corporation, Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Company, ExxonMobil Pipe Line Company, ExxonMobil Refining and Supply Company, and Mobil Corporation**

Matthew F. Pawa
Law Offices of Matthew F. Pawa, PC
1280 Centre Street, Suite 230
Newton Center, MA 02459
(617) 641-9550
(617) 641-9551 (fax)
**Attorneys for Plaintiff State of New Hampshire**

William L. Parker
Fitzhugh Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)
**Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco**

Barry Richard
Greenberg Traurig PA
101 East College Avenue
P.O. Drawer 1838
Tallahassee, FL 32302
(850) 222-6891
(850) 681-0207 (fax)
**Attorneys for ConocoPhillips Company, individually and as successor-in-interest to Conoco, Inc. and Phillips Petroleum Company and d/b/a Phillips 66 Company, Tosco Corporation, individually and a/k/a Tosco Refining Company and a/k/a Tosco Marketing Company**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P.O. Box 1271
Pensacola, FL 32502-1271
(850) 433-6581
(850) 434-5856 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Co. LP**

Lawrence P. Riff
Steptoe & Johnson LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
(213) 439-9599 (fax)
**Attorneys for Lyondell Chemical Company**

Marc A. Rollo
    Frank D. Allen
    Carlos M. Bollar
Archer & Greiner PC
One Centennial Square
P.O. Box 3000
Haddonfield, NJ  08033-0968
(856) 795-2121
(856) 795-0574 (fax)
**Attorneys for Exxon Mobil Chemical Company, Inc. (individually and f/k/a Mobil Chemical Company, Inc.), Exxon Mobil Corporation [individually and as successor-in-interest to Exxon Corporation and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), Exxon Mobil Oil Corporation (individually and f/k/a Mobil Oil Corporation) and Exxon Mobil Pipeline Company**

Lauren E. Rosenblatt
Hunton & Williams LLP
200 Park Avenue
New York City, NY  10166-0136
(212) 309-1000
(212) 309-1100 (fax)
**Attorneys for Koch Industries, Inc.**

C. Joseph Russell
Bose McKinney & Evans LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (fax)
**Attorneys for Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc.  and Mobil Corporation**

Richard M. Sandman
Rodman Rodman & Sandman PC
442 Main Street, Suite 300
Malden, MA  02148-5122
(781) 322-3720
(781) 324-6906 (fax)
**Attorneys for Plaintiffs in Town of Duxbury, et al.**

Daniel P. Scapellati
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
(860) 548-0006 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana and Valero Refining Company Texas**

Fred E. Schulz
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive
Chicago, IL  60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Marc M. Seltzer
      David C. Marcus
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
310-789-3100
310-789-3150 (fax)
**Attorneys for ARCO Chemical Company and Lyondell Chemical Company**

Andrew W. Serell
Rath Young & Pignatelli
One Capital Plaza
P.O. Box 1500
Concord, NH  03302-1500
(603) 226-2600
(603) 226-2700 or (603) 228-2294 (fax)
**Attorneys for Chevron Texaco Corp., Chevron U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil Co. and Texaco Refining & Marketing, Inc.**

Victor M. Sher
Sher Leff LLP
450 Mission Street, Suite 500
San Francisco, CA  94105
(415) 348-8300
(415) 348-8333 (fax)
**Attorneys for Plaintiffs California-American Water Company and State of New Hampshire**

Charles Siddons
McMillan Constabile LLP
777 Summer Street
Stamford, CT  06901
**Attorneys for Star Supply Petroleum, Inc.**

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY  11753
(516) 478-5451
(516) 478-5490 (fax)
**Attorneys for Getty Properties Corp.**

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX  77079
(281) 293-1740
(281) 293-3826 (fax)
**Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation**

Thomas J. Smith
Galloway Johnson Tompkins Burrr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA  70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Donald M. Snemis
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN  46282
(317) 236-2100
(317) 236-2219 or  (317) 592-4765 (fax)

Robert K. Stanley
      Melissa M. Hinds
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative,  LLC, successor by merger to  Countrymark Cooperative, Inc.**

Jeffrey G. Stark
Meyer Suozzi English & Klein PC
1505 Kellum Place
Mineola, NY 11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum Inc., Shell Trading (US) Company and Texaco Refining & Marketing (East) Inc.**

P. Scott Summy
Baron & Budd PC
3102 Oak Lawn Avenue
The Centrum Building, Suite 1100
Dallas, TX 75219
(214) 521-3605
(214) 520-1181 (fax)
**Attorneys for Escambia County Utilities Authority (Florida); Village of Island Lake (Illinois); City of Rockport, City of Mishawaka, City of South Bend, North Newton School Corporation (Indiana); City of Sioux City, City of Galva, City of Ida Grove (Iowa); City of Bel Aire, Chisolm Creek Utility Authority, City of Dodge City, City of Park City (Kansas); Exxon Mobil Corp., Brimfield Housing Authority (Massachusetts); and Patrick County School Board, Buchanan County School Board, Greensville County Water and Sewer Authority (Virginia)**

Anthony J. Stoik
Klass Stoik Mugan, et al.
627 Fourth Street, Suite 300
P.O. Box 327
Sioux City, IA 51102
(712) 252-1866
(712) 252-5822 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical, Inc.**

Stephen L. Tober
Tober Law Offices
381 Middle Street
P.O. Box 1377
Portsmouth, NH 03802
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

Shaun S. Sullivan
Wiggin & Dana LLP
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)

Owen J. Todd
Kathleen M. Genova
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(617) 720-2626 (fax)
**Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.**

Mark E. Tully
Goodwin Procter LLP
Exchange Place, Second Floor
Boston, MA 02109-2881
(617) 570-1000
(617) 523-1231 (fax)
**Attorneys for Gulf Oil Corporation and Gulf Oil Limited Partnership**

Martha Van Oot
Orr & Reno PA
One Eagle Square
P.O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
(603) 224-2318 (fax)
**Attorneys for Plaintiff State of New Hampshire**

Richard E. Wallace, Jr.
    Peter C. Condron
Wallace King Marraro & Branson PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc. and Star Enterprise**

John J. Wasilczyk
    Allison N. Shue
    David L. Schrader
    Michael T. Zarro
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco Inc., Chevron Texaco Corporation and Chevron Environmental Services Company**

Robert V. Waterman, Jr.
Lane & Waterman LLP
220 North Main Street, Suite 600
Davenport, IA 52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation and Mobil Oil Corp.**

Joseph P. Williams
    Paul D. Sanson
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S. and Shell Petroleum Inc.**

Lynn Wright
Edwards & Angell LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
(212) 308-4844 (fax)
**Attorneys for Unocal Corporation**

Craig H. Zimmerman
McDermott Will & Emery
227 West Monroe Street
Chicago, IL   60606
(312) 372-2000
(312) 984-7700 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation and Mobil Oil Corp.**

Thomas J. Pappas
Wiggin & Nourie
P.O. Box 808
Manchester, NH   03105-0808
(603) 669-2211
(603) 623-8442 (fax)
**Attorneys for Sprague Energy Corp.**

Russ Detrick, Deputy District Attorney
Sacramento County District Attorney
Environmental Protection Division
906 G Street, Sujite 700
Sacramento, CA   95814
(916) 874-6174
(916) 874-7660 (fax)
**Attorneys for People of State of California**

M. Taylor Florence
Bullivant Houser Bailey
11335 Gold Express Drive, Suite 105
Gold River, CA   95670
(916) 852-9100
(916) 852-5777 (fax)
**Attorneys for Sierra Energy and Toms Sierra Company**