MDL 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

-----------------------------------------------------------x

In re: Methyl Tertiary Butyl Ether ("MTBE")　　　　　MDL No. 1358
Products Liability Litigation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2004

-----------------------------------------------------------x

FILED
CLERK'S OFFICE

## CORPORATE DISCLOSURE STATEMENT

Defendants Marathon Ashland Petroleum, L.L.C., Marathon Oil Company and Marathon Oil Corporation hereby file this Corporate Disclosure Statement, identifying their parent companies and any publicly traded entity holding ten percent or more of their stock:

I. <u>Parent Corporations</u>

Marathon Oil Company and Ashland Inc. own 62% and 38%, respectively, of Marathon Ashland Petroleum L.L.C., There are no parent corporations of Marathon Oil Corporation. Marathon Oil Company is a wholly owned subsidiary of Marathon Oil Corporation.

II. <u>Publicly-Held Corporate Stockholders</u>

Except as noted above, there are no publicly-held corporations that own 10% or more of the stock of Marathon Ashland Petroleum L.L.C., Marathon Oil Corporation or Marathon Oil Company.

Respectfully submitted,

Dated: March 23, 2004

Steven L. Leifer
Baker Botts, L.L.P.
The Warner
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004-2400
Telephone: 202-639-7723
Facsimile: 202-585-1040

IMAGED APR - 2 '04    OFFICIAL FILE COPY

RECEIVED CLERK'S OFFICE 2004 MAR 24 A 11: 02