MDL 1358

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2004

FILED
CLERK'S OFFICE

In Re Methyl Tertiary Butyl Ether ("MTBE")  )   MDL Docket No. 1358
Product Liability Litigation                )
                                            )
                                            )

## DEFENDANTS PREMCOR INC.'S AND THE PREMCOR REFINING GROUP INC.'S STATEMENT PURSUANT TO RULE 5.3(A)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendants Premcor Inc. and The Premcor Refining Group Inc. certifies to the best of their knowledge as follows:

1. The Premcor Refining Group Inc. is a wholly owned subsidiary of Premcor USA Inc., which is wholly owned by Premcor Inc. The shares of Premcor Inc. are publicly traded.

2. Occidental Petroleum Corp. owns approximately 12% of the stock of Premcor Inc.

Dated: March 23, 2004

Respectfully Submitted,

BRYAN CAVE LLP

By: _____
Dan H. Ball
John W. Rogers
Randy J. Soriano
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, Missouri 63102-2750
(314) 259-2000
(314) 259-2020 (facsimile)

Attorneys for The Premcor Refining Group Inc. and Premcor Inc.

IMAGED APR 2 '04    OFFICIAL FILE COPY