MDL 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

-------------------------------------------------------x

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL No. 1358

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

APR - 1 2004

FILED
CLERK'S OFFICE

-------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Defendants EQUILON ENTERPRISES LLC, EQUIVA SERVICES LLC, EQUIVA TRADING COMPANY, MOTIVA ENTERPRISES LLC, SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY, SHELL OIL PRODUCTS COMPANY, LLC, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY, TEXACO REFINING AND MARKETING INC., TEXACO REFINING AND MARKETING (EAST) INC., and STAR ENTERPRISE hereby file this Corporate Disclosure Statement, identifying their parent companies and any publicly traded entity holding ten percent or more of their stock:

Royal Dutch Petroleum Company

The "Shell" Transport and Trading Company p.l.c.

Dated: March 19, 2004

Respectfully submitted,

Richard E. Wallace, Jr.
WALLACE KING MARRARO & BRANSON PLLC
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007
Telephone: (202) 204-1000
Facsimile: (202) 204-1001

IMAGED APR 2 '04   OFFICIAL FILE COPY