MDL 1358

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

-------------------------------------------------------x

In Re: Methyl Tertiary Butyl Ether                MDL No. 1358
("MTBE") Products Liability Litigation

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 1 2004

FILED
CLERK'S OFFICE

-------------------------------------------------------x

**CORPORATE DISCLOSURE STATEMENT**

Defendants CHEVRONTEXACO CORPORATION, CHEVRON U.S.A. INC., CHEVRON CORPORATION, CHEVRON ENVIRONMENTAL SERVICE COMPANY, CHEVRON CHEMICAL COMPANY, TEXACO INC., TRMI HOLDINGS, GULF OIL CORPORATION, GETTY OIL COMPANY, AND FOUR STAR OIL AND GAS COMPANY hereby file this Corporate Disclosure Statement, identifying their parent companies and any publicly traded entity holding ten percent or more of their stock:

Chevron Texaco Corporation

Dated:  March 19, 2004                Respectfully submitted,

                                      Richard E. Wallace, Jr.
                                      WALLACE KING MARRARO & BRANSON PLLC
                                      1050 Thomas Jefferson Street, N.W.
                                      Washington, D.C.  20007
                                      Telephone:  (202) 204-1000
                                      Facsimile:  (202) 204-1001

IMAGED APR -2 '04    **OFFICIAL FILE COPY**