MDL 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 2 2004

FILED
CLERK'S OFFICE

| In re: Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | MDL Docket No. 1358 |
|---|---|

### PARKER OIL COMPANY AND PARKER HOLDING COMPANY, INC.'S STATEMENT PURSUANT TO RULE 5.3(A)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, defendants Parker Oil Company and Parker Holding Company, Inc. certify that they are privately held entities. There are no publicly held corporations that own 10% or more of the stock of either company.

PARKER OIL COMPANY AND
PARKER HOLDING COMPANY, INC.

BY: _____
     Counsel

Elizabeth S. Skilling (Va. State Bar No: 28063)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
PHONE: (804) 747-5200
FAX: (804) 747-6085

### RULE 5.2 CERTIFICATION

I hereby certify that on April 1, 2004, a copy of this pleading was served by first class mail, postage prepaid, on all persons identified in the attached Involved Counsel List.

Elizabeth S. Skilling

IMAGED APR 2 '04

**OFFICIAL FILE COPY**

PLEADING NO. 140

INVOLVED COUNSEL LIST (CTO-5)
DOCKET NO. 1358
IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue
New York, NY 10167

Brent H. Allen
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Carolyn G. Anderson
Zimmerman Reed
651 Nicollet Mall Ste 501
Minneapolis, MN 55402-4123

Jon D. Anderson
Latham & Watkins
650 Town Center Drive
Suite 2000
Costa Mesa, CA 92626

James M. Armstrong
Foulston & Siefkin, LLP
700 Bank of America Center
100 North Broadway
Wichita, KS 67202

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
Suite 3600
211 N. Broadway
St. Louis, MO 63102

Deborah E. Barnard
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

M. Scott Barrett
Barrett and Associates
520 N. Walnut
P.O. Box 5233
Bloomington, IN 47407

Ronit C. Barrett
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604

William W. Barrett
Williams Hewitt & Robbins, Inc
600 N. Emerson Avenue
Greenwood, IN 46143

Joseph G. Baton
Barnes & Thornburg
11 S. Meridian Street
Suite 1313
Indianapolis, IN 46204

Peter G. Beeson
Devine, Millimet & Branch, P.A
111 Amherst Street
P.O. Box 719
Manchester, NH 03105-0719

Peter A. Bellacosa
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022

David E. Bengtson
Stinson Morrison Hecker, LLP
600 Commerce Bank Center
150 North Main Streeet
Wichita, KS 67202

J. Stephen Bennett
Baker & Daniels
111 E. Wayne Street
Suite 800
Fort Wayne, IN 46802

Elizabeth L. Bevington
Holland & Knight LLP
315 South Calhoun Street
Suite 600
PO Box 810
Tallahassee, FL 32302-0810

Daniel C. Blaney
Blaney, Casey & Walton - Mor/IN
86 E. State Street
P.O. Box 500
Morocco, IN 47963

Stephen F. Bolton
Moore, Hill & Westmoreland
P.O. Box 1792
Pensacola, FL 32598

Anthony A. Bongiorno
McDermott, Will & Emery, P.C.
28 State Street
33rd Floor
Boston, MA 02109-1775

Anton J. Borovina
Borovina & Marullo, PLLC
425 Broadhollow Road
Melville, NY 11747

F. Wesley Bowers
Bowers Harrison, LLP
25 N.W. Riverside Drive
2nd Floor
P.O. Box 1287
Evansville, IN 47706-1287

Patrick E. Cafferty, Jr.
Munger, Tolles & Olson
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

Randle B. Carpenter, Jr.
McMillan Constantible, LLP
River House - Suite 2
2180 Boston Post Road
Larchmont, NY 10538

Mark Hunter Churchill
McDermott, Will & Emery
600 13th Street, NW
Washington, DC 20005-3096

David L. Cleary
Cleary Shahi Associates, P.C.
110 Merchants Row
P.O. box 6740
Rutland, VT 05702-6740

Peter C. Condron
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

M. Coy Connelly
Bracewell & Patterson
South Tower Pennzoil Place, Suite 2900
711 Louisiana Street
Houston, TX 77002

INVOLVED COUNSEL LIST (CTO-- MDL-1358 (Cont.)                                              Page 2 of 5

John D. Cooney
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL 60602

Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-2513

David J. Crotta, Jr.
Mulvey, Oliver & Gould
83 Trumbull Street
New Haven, CT 06510

George A. Dagon, Jr.
Murtha Cullina LLP
Cityplace 1
185 Asylum Street
Hartford, CT 06103

Harry Davis
Wallace, King, Marraro & Branson
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007

Mindy G. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402

Craig J. De Recat
Manatt Phelps & Phillips
11355 W. Olympic Boulevard
Los Angeles, CA 90064-1614

Michael DeMarco
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109

Jennifer M. Del Monico
Murtha Cullina, LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704-A
New Haven, CT 06503-0704

Russ Detrick
Sacramento County District Attorney
P.O. Box 749
901 G Street
Sacramento, CA 95814

M. Jerome Diamond
Diamond & Robinson
15 East State Street
P.O. Box 1460
Montpelier, VT 05601

Brandon Diket
Wallace, King, Marraro & Branson
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007

Brendan M. Dixon
Unocal Corp.
376 S. Valencia Avenue
Brea, CA 92626

Colleen P. Doyle
McCutchen, Doyle, Brown & Enersen
355 South Grand Avenue
Suite 440
Los Angeles, CA 90071-1560

James W. Draughn, Jr.
Kirkland & Ellis
655 Fifteenth Street, NW
12th Floor
Washington, DC 20005

John C. Duffey
Stuart & Branigin
The Life Building, Suite 800
300 Main Street
P.O. Box 1010
Lafayette, IN 47902

Mark C. Durkin
Durkin & Polera, PC
1111 Summer Street
5th Floor
Stamford, CT 06905

John V. Dwyer
Winer & Bennett
110 Concord Street
PO Box 488
Nashua, NH 03060

Jay Eaton
Nyemaster, Goode, Voigts, West & Hansell
700 Walnut Street
Suite 1600
Des Moines, IA 50309

Joseph G. Eaton
Barnes & Thornburg
11 S. Meridian Street
Suite 1313
Indianapolis, IN 46204

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue
Suite 350
Portsmouth, NH 03801

Dale W. Eikenberry
Wooden & Mclaughlin, LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019

Nathan P. Eimer
Eimer, Stahl, Klevorn & Solberg
122 South Michigan Avenue
Suite 1776
Chicago, IL 60603

Celeste A. Evangelisti
Barron & Budd
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219-4281

John J. Fanning
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
Manchester, NH 03105

Taylor M. Florence
Bullivant, Houser, Bailey, et al.
11335 Gold Express Drive
Ste 105
Goldriver, CA 95670-4491

Heather Fusco
Beveridge & Diamond, P.C.
477 Madison Avenue
15th Floor
New York, NY 10022

Christopher J. Garvey
Goodwin & Procter, LLP
599 Lexington Avenue
New York, NY 10022

INVOLVED COUNSEL LIST (CTO-5) MDL-1358 (Cont.)                                  Page 3 of 5

Dennis L. Gillen
Depew & Gillen, L.L.C.
151 North Main Street
Suite 800
Wichita, KS 67202

Robert J. Gordon
Weitz & Lutzenberg
180 Maiden Lane
17th Floor
New York, NY 10038

Frank M. Grenard
Whitfield & Eddy, PlC
317 Sixth Avenue
Suite 1200
Des Moines, IA 50309-1474

J. Clifford Gunter, III
Bracewell & Patterson
South Tower Pennzoil Place, Suite 2900
711 Louisiana Street
Houston, TX 77002

Steven R. Gustavson
Baker & Botts
30 Rockefeller Plaza
New York, NY 10112

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, N.W.
Suite 700
Washington, DC 20005

Pamela R. Haneburt
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604

David S. Hardy
Levett Rockwood, PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881

Matthew T. Hearney
Arnold & Porter, LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017

Dorit S. Heimer
Levett Rockwood, PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881

Mitchell L. Herren
Hinkle Elkouri Law Firm, LLC
2000 Epic Center
301 North Main Street
Wichita, KS 67202-4820

Judith L. Herrmann
Lane & Waterman
220 North Main Street
Suite 600
Davenport, IA 52801

Melissa Hinds
Bakers & Daniels
300 North Meridian Street
Suite 2700
Indianapolis, IN 46204

Alan J. Hoffman, Jr.
Blank Rome, L.L.P.
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

George Hoffman, III
Jones, Hoffman & Ullrich
150 N. Main Street
P.O. Box 365
Franklin, IN 46131

Michael J. Hulka
Barnes & Thornburg
11 S. Meridian Street
Suite 1313
Indianapolis, IN 46204

Andrew W. Hutton
Hutton & Hutton
8100 East 22nd Street
North Building 1200
P.O. Box 638
Wichita, KS 67201-0638

Hojoon Hwang
Munger, Tolles & Olson, LLP
33 New Montgomery Street
19th Floor
San Francisco, CA 94105

Michele D. Johnson
Latham & Watkins
650 Town Center Drive
Suite 2000
Costa Mesa, CA 92626

Margaret M. Jones
Jones Law Office
215 S. St. Joseph Street, Suite 600
Souht Bend, IN 47407

Joseph Conrad Kearfott
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

Joseph W. Kennedy
Morris, Laing, Evans, Brock
& Kennedy, Chtd.
430 Olive W. Garvey Building
200 West Douglas Avenue
Wichita, KS 67202

Frederic R. Klein
Goldberg, Kohn, Bell, Black, et al.
55 East Monroe Street
Suite 3700
Chicago, IL 60603

Kenneth M. Kliebard
Howrey Simon Arnold & White, LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610

Ben M. Krowicki
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178

J. Andrew Langan
Kirkland & Ellis
200 East Randolph Drive
Suite 5400
Chicago, IL 60601

Andrew Lapayowker
Crown, Central Petroleum Corp.
One N. Charles Street (21203)
P.O. Box 1168
Baltimore, MD 21203

Steven L. Leifer
Baker, Botts, L.L.P.
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

04/01/2004  15:29  HARMAN CLAYTOR → 12025022888                                          NO.069  P007
Case MDL No. 1358   Document 140   Filed 04/02/04   Page 5 of 7

INVOLVED COUNSEL LIST (CTO-5) MDL-1358 (Cont.)                                           Page 4 of 6

Charles S. Leone
Attorney for the City of South Bend, IN
1400 County City Building
South Bend, IN 46601

John J. Lyons
Latham & Watkins
650 Town Center Drive
Suite 2000
Costa Mesa, CA 92626-1925

Robert W. Mann
Young, Haskins, Mann & Gregory, P.C.
60 W. Church Street
P.O. Box 72
Martinsville, VA 24112

Michael J. Marks
Tarrant, Marks & Gilles
PO Box 1440
Montpelier, VT 05601-1440

John McGahren
Kristi, Midboe, Miller, Latham & Watkins
One Newark Center
16th Floor
Newark, NJ 07101-3174

Gerald L. McMahon
Seltzer, Caplan, McMahon & Vitek
2100 Symphony Towers
750 B Street
San Diego, CA 92101-8177

Christopher J. McNevin
Pillsbury Winthrop, LLP
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-2513

Charles S. McNew
Weitz & Lutzenberg
180 Maiden Lane
New York, NY 10038

Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604

Jeffery A. Meyers
Nelson, Kinder, Mosseau & Saturley
99 Middle Street
Manchester, NH 03101

Mark A Miller
Baker & Botts
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400

Catherine Noel Mitchell
Morgan Lewis & Bockius, LLP
300 S Grand Ave, 22nd Fl.
Los Angeles, CA 90071-3132

Anthony H Monioudis
Woods Rogers, PLC
PO Box 560
Danville, VA 24543-0560

Peter W. Mosseau
Nelson, Kinder, Mosseau & Saturley
99 Middle Street
Manchester, NH 03101

Howard B. Myers
Myers Associates, P.L.L.C.
240 Mechanic Street
Lebanon, NH 03766

Barry Needleman
McLane, Graf, Raulerson & Middleton
Bicentennial Square
15 North Main Street
Concord, NH 03301

Thomas J. Pappas
Wiggin & Nourie, P.A.
P.O. Box 808
Manchester, NH 03105

James A. Pardo
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605

Jeffrey John Parker
Sheppard, Mullin, Richter & Hampton
333 South Hope Street
Suite 4800
Los Angeles, CA 90071-1448

Patrick M. Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P.O. Box 1271
Pensacola, FL 32502-1271

Jeffrey D. Peier
Klenda, Mitchell, Austerman & Zuercher
301 North Main Street
Suite 1600
Wichita, KS 67202-4888

Gregory P. Priamos
3900 Main Street
5th Floor
Riverside, CA 92522

Morris A. Ratner
Lieff, Cabraser, Heimann & Bernstein
780 Third Avenue
48th Floor
New York, NY 10017

Lila Pankey Ray
Baker & Botts
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400

Paul J. Reilly
Baker & Botts
30 Rockerfeller Plaza
44th Floor
New York, NY 10112

Tracie J. Renfroe
Bracewell & Patterson
South Tower Pennzoil Place
Suite 2900
711 Louisiana
Houston, TX 77002

David S. Richman
Stephan, Oringher, Richman
2029 Century Pk E.
6th Fl.
Los Angeles, CA 90067

Stephen H. Roberts
McNeill & Taylor
P.O. Box 815
Dover, NH 03820

Todd Eric Robins
Sher & Leff
450 Mission St.
Suite 500
San Francisco, CA 94105

INVOLVED COUNSEL LIST (CTO-5) MDL-1358 (Cont.)           Page 5 of 6

Brent D. Rosenberg
Rosenberg, Stowers & Morse
505 Fifth Avenue
Suite 1010
Des Moines, IA 50309

C. Joseph Russell
Bose, McKinney & Evans
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204

Peter J. Sacripanti
McDermott, Will & Emery
50 Rockerfeller Plaza
New York, NY 10020

A. Curtis Sawyer, Jr.
Miller & Sawyer
1651 Response Road
Second Floor
Sacramento, CA 95825-5253

David L. Schrader
Morgan, Lewis & Bockius
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132

Fred E. Schulz
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive
Suite 3000
Chicago, IL 60606

Andrew W. Serell
Rath, Young & Pignatelli
P.O. Box 1500
Concord, NH 03302-1500

Victor M. Sher
Miller, Sher & Sawyer
100 Howe Avenue
Suite S-120
Sacramento, CA 95825

Laurence S. Shtasel
Blank, Rome, Comisky & McCauley
One Logan Square
Philadelphia, PA 19103-6998

Alison N. Shue
Morgan, Lewis & Bockius
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132

David F. Silver
Barr, Sternberg, Moss, et al.
507 Main Street
Bennington, VT 05201-2143

Elizabeth E. Skilling
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, VA 23255

Andrew M. Smith
Getty Properties Corp.
General Counsel
125 Jericho Turnpike, Suite 103
Jericho, NY 11753

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079

Donald M. Snemis
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN 46282

Larry B. Spikes
Martin, Pringle, Oliver, Wallace
& Bauer
100 N. Broadway
Suite 500
Wichita, KS 67202

Robert K. Stanley
Baker & Daniels
300 N. Merdian Street
Suite 2700
Indianapolis, IN 46204

Jeffrey G. Stark
Meyer, Suozzi, English & Klein, P.C.
1505 Kellum Place
Mineola, NY 11501

Potter Stewart, Jr.
Potter Stewart Law Offices, PC
205 Main Street
Suite 8
Brattleboro, VT 05301-0868

Catherine M. Stites
Bingham McCutchen, LLP
355 South Grand Avenue
Suite 4400
Los Angeles, CA 90071-3106

Anthony J. Stoik
Klass, Stoos, Stoik, Mugan, et al.
P.O. Box 327
Sioux City, IA 51102

Scott Summy
Baron & Budd
The Centrum Building, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-3605

William D. Temko
Munger, Tolles & Olson
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560

Stephen L. Tober
Tober Law Offices, P.A.
P.O. Box 1377
Portsmouth, NH 03801

Mark E. Tully
Goodwin Procter
Exchange Place
Second Floor
Boston, MA 02109-2881

John V. Wachtel
Klenda, Mitchell, Austerman & Zuercher
1600 Epic Center
301 North Main
Wichita, KS 67202

Richard E. Wallace, Jr.
Wallace, King, Marraro & Branson
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007

Thomas R. Watson
Watson, Bosen, Harman, Venci & Lemire
P.O. Box 469
Portsmouth, NH 03802-0469

George E. Wattendorf
City of Dover
Municipal Building
46 Locust Street
Dover, NH 03820

Craig Weatherly
Gravel & Shea
P.O. Box 369
76 St. Paul Street
Burlington, VT 05402

INVOLVED COUNSEL LIST (CTO-5) MDL-1358 (Cont.)   Page 6 of 6

Gregory A. Weimer
Hoff Curtis
PO Box 1124
Burlington, VT 05402-1124

Joseph P. Williams
Shipman & Goodwin, L.L.P.
One American Row
Hartford, CT 06103-2819

Peter John Wilson
Latham & Watkins
650 Town Center Drive
Suite 2000
Costa Mesa, CA 92626

Alan M. Wiseman
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Christopher F. Wong
Bryan Cave L.L.P
120 Broadway, Suite 300
Santa Monica, CA 90401

Lynn Wright
Edwards & Angell
750 Lexington Avenue
New York, NY 10022

Michael T. Zarro
Morgan, Lewis & Bockius
300 South Grand Avenue
22nd Floor
Los Angeles, CA 90071-3132

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606