**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL 1358

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | JUDICIAL PANEL ON MULTIDISTRICT LITIGATION<br>APR - 2 2004<br>**MDL Docket No. 1358**   FILED<br>CLERK'S OFFICE |

**Sierra Energy's Statement Pursuant to Rule 5.3 (a)**

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned, counsel of record for defendant Sierra Energy, certifies that defendant has no parent corporations and that no publicly-held company owns 10% or more of defendant's stock.

DATED: March 11, 2004

Respectfully submitted,

By _____
M. Taylor Florence, Esq.
Sean K. Hungerford, Esq.
BULLIVANT HOUSER BAILEY PC
11335 Gold Express Dr., Suite 105
Gold River, CA  95670
Telephone:  (916) 852-9100
Facsimile:  (916) 852-5777

PLEADING NO. 141

IMAGED APR - 2 '04    **OFFICIAL FILE COPY**