# MDL 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL Docket No. 1358** |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 2 2004

FILED
CLERK'S OFFICE

### Toms Sierra Company's Statement Pursuant to Rule 5.3 (a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned, counsel of record for defendant Toms Sierra Company, certifies that defendant has no parent corporations and that no publicly-held company owns 10% or more of defendant's stock.

DATED: March 11, 2004                Respectfully submitted,

By _____
M. Taylor Florence, Esq.
Sean K. Hungerford, Esq.
BULLIVANT HOUSER BAILEY PC
11335 Gold Express Dr., Suite 105
Gold River, CA  95670
Telephone:  (916) 852-9100
Facsimile:  (916) 852-5777

PLEADING NO. 142

IMAGED APR - 2 '04          **OFFICIAL FILE COPY**