**1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

APR 0 5 2004

FILED
CLERK'S OFFICE

200 East Randolph Drive
Chicago, Illinois 60601

Wendy L. Bloom
To Call Writer Directly:
312 861-2343
wbloom@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

Dir. Fax: 312 861-2200

April 1, 2004

**By Facsimile**

Michael Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
1 Columbus Circle, N.E.
Room G-255, North Lobby
Washington, D.C. 20002-8004

REQUEST OF DEFTS. ATLANTIC RICHFIELD CO.,
ET AL., FOR EXTENSION OF TIME TO FILE A
CONSOLIDATED 30 PAGE BRIEF IN RESPONSE TO
MOTIONS TO VACATE CTO-5 -- GRANTED TO AND
INCLUDING APRIL 16, 2004
MJB - 4/5/04

Re: Docket No. 1358 *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* -- Defendants' Oppositions to Motions to Vacate CTO-5

Dear Mr. Beck:

We represent defendants Atlantic Richfield Company and BP Products North America Inc. in several proposed tag-along cases to the MDL 1358 litigation where parties have filed motions to vacate CTO-5. In particular, three briefs have been filed in support of motions to vacate CTO-5: (i) on March 22, 2004 one of several plaintiffs, the People of the State of California, filed a motion to vacate CTO-5 as it relates to *The People of the State of California v. Atlantic Richfield Co.* ("Sacramento County" case), case no. 03-2653 (E.D. Cal.); (ii) on March 24, 2004 two of many defendants, Fuel Star and Blue Star, filed a motion to vacate CTO-5 as it relates to *Quincy Community Servs. Dist. v. Atlantic Richfield Co.*, case no. 2:03-2582 LKK (E.D. Cal.) ("Quincy case"); (iii) on March 26, 2004 plaintiffs in six cases filed a motion to vacate CTO-5 as it relates to the Sacramento County and Quincy cases identified above, as well as *Orange County Water District v. Unocal*, case no. 03-1742 JVS (ANx) (C.D. Cal.), *City of Riverside v. Atlantic Richfield Co.*, case no. 04-53 JVS (ANx) (C.D. Cal.), *City of Roseville v. Atlantic Richfield Co.*, case no. 03-2601 MCE GGH (E.D. Cal.), *Silver v. Alon USA Energy, Inc.*, case no. 03-2408 WQH (S.D. Cal.).

As in the case of opposing motions to vacate CTO-4, our clients would like to file a single brief objecting to the three motions to vacate CTO-5 on behalf of themselves and numerous additional defendants. Defendants believe that filing a single opposition brief will be more efficient and less cumbersome for the Panel than the alternative of three sets of multiple briefs filed to oppose each of the three separate motions to vacate CTO-5.

**IMAGED APR 7 '04**

**OFFICIAL FILE COPY**

London          Los Angeles          New York          San Francisco          Washington, D.C.

Faxed on 4/1/04 (tb)

## KIRKLAND & ELLIS LLP

Michael Beck, Clerk of the Panel
April 1, 2004
Page 2

In order to accomplish this objective, we respectfully request the following:

- First, defendants request that the 20-page limit on briefs be extended in this case to permit defendants to file a single brief that is 30 pages in length. A similar request by defendants was granted with respect to defendants' consolidated opposition to motions to vacate CTO-4.

- Second, defendants request an extension on the due date for their oppositions to the motion filed on March 22 in the Sacramento case and to the motion filed on March 24 in the Quincy case, such that defendants consolidated opposition to *all* motions to vacate CTO-5 would be filed on April 15, 2004 -- the date that defendants' oppositions to the motion to vacate filed on March 26 by plaintiffs in six proposed tag-along actions is due. In the event that this request is rejected, defendants respectfully request that they nonetheless be granted an extension on the 20-page limit for briefs because they will endeavor to file a single brief on behalf of many defendants on April 12, the earliest of the due dates for oppositions to the three motions to vacate CTO-5.

Defendants appreciate your consideration of our request. Please contact me directly if you require additional information at 312-861-2343 (phone), 312-861-2200 (facsimile).

Sincerely,

Wendy L. Bloom