**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**APR. 14, 2004**

**MICHAEL J. BECK
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., AND KATHRYN H. VRATIL, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on May 27, 2004, a hearing session will be held in Baltimore, Maryland, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**IMAGED APR 14 '04**

SCHEDULE OF MATTERS FOR HEARING SESSION
May 27, 2004 -- Baltimore, Maryland


**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**


MDL-1606 -- In re Deep Vein Thrombosis Litigation

Motion of plaintiffs Madhavi Parvathaneni, et al., for centralization of the following actions in the United States District Court for the Northern District of California:


Northern District of Alabama

*Peter Trodd, et al. v. Northwest Airlines, Inc., et al.*, C.A. No. 2:03-2601

Central District of California

*Paula James, et al. v. Delta Air Lines, Inc., et al.*, C.A. No. 2:03-2088
*Marcia Shumaker, et al. v. UAL Corp., et al.*, C.A. No. 2:03-2997

Northern District of California

*Debra Miller, et al. v. Continental Airlines, Inc., et al.*, C.A. No. 3:02-1693
*Daniel Wylie v. American Airlines, Inc., et al.*, C.A. No. 3:02-2997
*Kim Baur, et al. v. Northwest Airlines, Inc., et al.*, C.A. No. 3:02-5213
*Alan Reinig v. Lufthansa Airlines, et al.*, C.A. No. 3:03-344
*Marsha Dabulis v. Sinagapore Airlines, Inc.*, C.A. No. 3:03-1929
*Michael Williams, et al. v. American Airlines, Inc., et al.*, C.A. No. 3:03-2181
*Sam Montalvo, et al. v. Spirit Airlines, et al.*, C.A. No. 3:03-3181
*Evelyn Plotkin v. British Airways, PLC., et al.*, C.A. No. 3:03-3242
*Robert McBride, et al. v. United Airlines, Inc., et al.*, C.A. No. 3:03-3301
*Charles Cooluris v. United Air Lines, Inc., et al.*, C.A. No. 3:03-3637
*Mary Emily Wright v. Delta Air Lines, Inc., et al.*, C.A. No. 3:03-3760
*Madhavi Parvathaneni, et al. v. Singapore Airlines, Inc., et al.*, C.A. No. 3:03-3842
*Teresa Stonestreet, et al. v. American Airlines, Inc., et al.*, C.A. No. 3:03-3845

Schedule of Matters for Hearing Session, Section A                    p. 2
Baltimore, Maryland


MDL-1606 (Continued)


### Northern District of California (Continued)

*Trudy Hanschu, et al. v. American Airlines, Inc., et al.*, C.A. No. 3:03-3849
*Daniel Robinson v. Delta Air Lines, Inc., et al.*, C.A. No. 3:03-3979
*Kamil Matyska v. KLM Royal Dutch Airlines, et al.*, C.A. No. 3:03-4102
*Wilson Oliveira, et al. v. United Air Lines, Inc., et al.*, C.A. No. 3:03-4830
*Edward Stetser, et al. v. America West Airlines, et al.*, C.A. No. 3:03-5144
*David Woods v. American Airlines, Inc., et al.*, C.A. No. 3:03-5186
*Andrew McLachlan v. Delta Air Lines, Inc., et al.*, C.A. No. 3:03-5234
*Janice Schmidt v. Continental Airlines, Inc., et al.*, C.A. No. 3:03-5538
*Mary Buxton, et al. v. Continental Airlines, Inc., et al.*, C.A. No. 3:03-5634


### MDL-1607 -- In re The Society of Lloyd's Judgment Enforcement Litigation

Motion of Gillian Mary Siemon-Netto and Uwe Siemon-Netto for centralization of the following actions in the United States District Court for the District of District of Columbia:


### Southern District of California

*The Society of Lloyd's v. Robert C. Blackwell, et al.*, C.A. No. 3:02-448

### District of District of Columbia

*The Society of Lloyd's v. Gillian Mary Siemon-Netto, et al.*, C.A. No. 1:03-1524

### Southern District of Florida

*The Society of Lloyd's v. Jon Poley*, C.A. No. 1:03-21948

### District of Massachusetts

*The Society of Lloyd's v. Daniel Francis Coughlin, et al.*, C.A. No. 1:03-10949

MDL-1607 (Continued)

### Western District of North Carolina

*The Society of Lloyd's v. Gary Norman Michalove, et al.*, C.A. No. 3:03-594

### District of New Jersey

*The Society of Lloyd's v. Peter A. Benz*, C.A. No. 2:03-3255

### Southern District of New York

*The Society of Lloyd's v. Minna Jane Edelman, et al.*, C.A. No. 1:03-4921

### Western District of Washington

*The Society of Lloyd's v. William Alexander Florence, et al.*, C.A. No. 2:03-2868

### MDL-1608 -- In re "XDETS Cable" Products Liability Litigation

Motion of defendant Easy Heat, Inc., for centralization of the following actions in the United States District Court for the Northern District of Indiana:

### Northern District of Indiana

*Clarence Klabo v. Easy Heat, Inc.*, C.A. No. 3:02-877

### District of Minnesota

*Marlys Sushoreba, et al. v. Easy Heat, Inc., et al.*, C.A. No. 0:04-671

MDL-1609 -- In re Service Corporation International Securities Litigation

Motion of plaintiff Joshua Ackerman for centralization of the following actions in the United States District Court for the Southern District of Florida:

### Southern District of Florida

*Joshua Ackerman v. Robert L. Waltrip, et al.*, C.A. No. 1:04-20114

### District of Nevada

*Rujira Srisythep v. Robert L. Waltrip, et al.*, C.A. No. 2:03-1392
*Edger Neufeld v. Service Corp. International, et al.*, C.A. No. 2:03-1561

MDL-1610 -- In re Conseco Life Insurance Co. Cost of Insurance Litigation

Motion of defendant Conseco Life Insurance Company for centralization of the following actions in the United States District Court for the Southern District of Indiana:

### Central District of California

*Edward M. Medvene, et al. v. Conseco Life Insurance Co.*, C.A. No. 2:04-846

### Southern District of California

*Sidney H. Levine, et al. v. Conseco Life Insurance Co., et al.*, C.A. No. 3:04-125

### Southern District of Florida

*David Barton v. Conseco Life Insurance Co.*, C.A. No. 1:04-20048

### Northern District of Ohio

*Donald King, etc. v. Conseco Life Insurance Co.*, C.A. No. 1:04-163

Schedule of Matters for Hearing Session, Section A                  p. 5
Baltimore, Maryland


MDL-1612 -- In re The Thaxton Group Inc. Securities Litigation

Motion of defendant FINOVA Capital Corporation for centralization of the following actions in the United States District Court for the District of South Carolina:

### Northern District of Georgia

*Sam Jones Wood, et al. v. Finova Capital Corp., et al.*, C.A. No. 1:04-11

### Western District of North Carolina

*Grant Hall, et al. v. Finova Capital Corp., et al.*, C.A. No. 3:04-3

### Southern District of Ohio

*Charles Shope, et al. v. Finova Capital Corp., et al.*, C.A. No. 2:04-22

### District of South Carolina

*Earle B. Gregory, et al. v. Finova Capital Corp., et al.*, C.A. No. 0:03-3604
*Tom Moore, et al. v. Finova Capital Corp., et al.*, C.A. No. 8:03-3724


MDL-1613 -- In re Nigeria Charter Flights Contract Litigation

Motion of defendant World Airways, Inc., for centralization of the following actions in the United States District Court for the Eastern District of New York:

### Northern District of Georgia

*Oluropo Ayeni, et al. v. Ritetime Aviation & Travel Services, Inc., et al.*,
    C.A. No. 1:04-631

### Northern District of Illinois

*Ayodeji Adeusi, et al. v. World Airways, Inc., et al.*, C.A. No. 1:04-508

Schedule of Matters for Hearing Session, Section A                     p. 6
Baltimore, Maryland


MDL-1613 (Continued)


### Eastern District of New York

*Dr. Obiora Anyoku, et al. v. World Airways, Inc., et al.*, C.A. No. 1:04-304
*Ijeoma Mba, et al. v. World Airways, Inc., et al.*, C.A. No. 1:04-473
*Anthonia James v. World Airways, Inc., et al.*, C.A. No. 1:04-514
*Edmund Orok Edem v. World Airways, Inc., et al.*, C.A. No. 1:04-605
*Mabel Inim, et al. v. World Airways, Inc., et al.*, C.A. No. 1:04-791

### Southern District of New York

*Godson Ezejiofor v. World Airways, Inc., et al.*, C.A. No. 1:04-1439

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-799 -- In re Air Disaster at Lockerbie, Scotland, on December 21, 1988

      Opposition of defendants The Socialist People's Libyan Arab Jamahiriya, The Libyan External Security Organization, and Libyan Airlines to remand, under 28 U.S.C. § 1407(a), of the following actions to the United States District Court for the District of District of Columbia:

Eastern District of New York

*M. Victoria Cummock, etc. v. Socialist People's Libyan Arab Jamahiriya, et al.*,
  C.A. No. 9:96-2993 (D. District of Columbia, C.A. No. 1:96-1029)
*John B. Cummock, Sr., et al. v. Socialist People's Libyan Arab Jamahiriya, et al.*,
  C.A. No. 9:03-506 (D. District of Columbia, C.A. No. 1:02-2134)

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

      Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

Eastern District of Louisiana

*Betty Fischer, et al. v. Garlock, Inc., et al.*, C.A. No. 2:03-3318

Northern District of Mississippi

*Derrell Melear v. Honeywell International, Inc., et al.*, C.A. No. 2:03-48
*Pleas Ozell Rosamond, et al. v. Garlock Sealing Technologies, LLC, et al.*,
  C.A. No. 3:03-235
*Enda Moore, et al. v. Honeywell International, Inc., et al.*, C.A. No. 4:03-388

Schedule of Matters for Hearing Session, Section B                    p. 8
Baltimore, Maryland

MDL-875 (Continued)

<u>Northern District of Mississippi</u> (Continued)

*Sammy Bennet, et al. v. Honeywell International, Inc., et al.*, C.A. No. 4:03-390

<u>Southern District of Mississippi</u>

*Daniel Aldridge, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-793
*Jerry L. Waters, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-794
*Elsie B. Smith, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-795
*Willie Gray, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-796
*Lewis Wright, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-797
*Willie Spann, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-798
*Johnnie Will Spann, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-799
*John Knotts, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-800
*Willie Pate, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-801
*Jerry Russum, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-802
*Christine Webster, et al. v. Minnesota Mining & Manufacturing Co., et al.*,
    C.A. No. 1:03-803
*Edna Bush, et al. v. Hennessy Industries, Inc., et al.*, C.A. No. 1:03-805
*James Collum, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-806
*Frederick Gordon, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-807
*Jimmie King, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-808
*Lee Reiman, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-809
*Charlie H. Taylor, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-810
*W. G. Waltman, et al. v. Honeywell International, Inc., et al.*, C.A. No. 1:03-811
*Lamar Brown, et al. v. Abex Corp., et al.*, C.A. No. 1:03-812
*Donna Ray Culver, et al. v. Abex Corp., et al.*, C.A. No. 1:03-813
*David Cutchins, et al. v. Abex Corp., et al.*, C.A. No. 1:03-814
*William C. Fells, et al. v. Abex Corp., et al.*, C.A. No. 1:03-815
*Charles Kaho, et al. v. Abex Corp., et al.*, C.A. No. 1:03-817
*John Dunlap, et al. v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:03-819
*Willie H. Brown, et al. v. Illinois Central Railroad Co.*, C.A. No. 1:04-30

<u>Northern District of Texas</u>

*Christo Koutrobis, et al. v. Ametek, Inc., et al.*, C.A. No. 3:03-2921

Schedule of Matters for Hearing Session, Section B                    p. 9
Baltimore, Maryland


MDL-1091 -- In re Metropolitan Life Insurance Company Sales Practices Litigation

Motion of defendant Metropolitan Life Insurance Company to transfer the following action to the United States District Court for the Western District of Pennsylvania:

District of New Jersey

*Alan E. Lansing v. Metropolitan Life Insurance Co.*, C.A. No. 2:03-3465


MDL-1122 -- In re Jackson National Life Insurance Company Premium Litigation

Opposition of plaintiffs Kay Y. Chudy, et al., to transfer of the following action to the United States District Court for the Western District of Michigan:

Northern District of Mississippi

*Kay Y. Chudy, et al. v. Jackson National Life Insurance Co., et al.*, C.A. No. 2:03-401


MDL-1148 -- In re Latex Gloves Products Liability Litigation

Opposition of plaintiff Brenda Larroquette to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Eastern District of Louisiana

*Brenda Larroquette v. Cardinal Health 200, Inc., et al.*, C.A. No. 2:04-117

Schedule of Matters for Hearing Session, Section B                                p. 10
Baltimore, Maryland


MDL-1148 (Continued)


Opposition of defendants ABCO Dealers, Inc., and Steriltx (USA) to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Southern District of New York:


Eastern District of Pennsylvania

*Gloria Morgan v. ABCO Dealers, Inc., et al.*, C.A. No. 2:03-3582 (S.D. New York, C.A. No. 1:01-9564)


MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective actions listed on Attachment A to the United States District Court for the Eastern District of Pennsylvania.


MDL-1313 -- In re AT&T Corp. Fiber Optic Cable Installation Litigation

Opposition of plaintiff Baltimore County to transfer of the following action to the United States District Court for the Southern District of Indiana:


District of Maryland

*Baltimore County v. AT&T Corp., et al.*, C.A. No. 1:03-3461

Schedule of Matters for Hearing Session, Section B                  p. 11
Baltimore, Maryland

MDL-1321 -- In re MasterCard International, Inc., Internet Gambling Litigation

Opposition of Lisa Harding and Andrew Harding to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

### Northern District of California

*Retailers National Bank v. Lisa Harding, et al.*, C.A. No. 3:03-4190

MDL-1335 -- In re Tyco International, Ltd., Securities, Derivative & "ERISA" Litigation

Opposition of plaintiff Scott Davis to transfer of the following action to the United States District Court for the District of New Hampshire:

### Northern District of Illinois

*Scott Davis v. Dennis Kozlowski, et al.*, C.A. No. 1:03-9296

MDL-1348 -- In re Rezulin Products Liability Litigation

Opposition of plaintiffs to transfer of their respective actions listed on Attachment B to the United States District Court for the Southern District of New York.

Schedule of Matters for Hearing Session, Section B                           p. 12
Baltimore, Maryland

MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Oppositions of plaintiffs City of Riverside; Orange County Water District; Quincy Community Services District; City of Roseville; People of the State of California, et al.; California-American Water Company; Martin Silver, et al.; and State of New Hampshire and defendants Fuel Star, Inc.; Blue Star Petroleum, Inc.; Duke Energy Merchants, LLC; Duke Energy Trading and Marketing, LLC; Duke Energy Merchants California, Inc.; and Northridge Petroleum Marketing U.S., Inc., to transfer of their respective following actions to the United States District Court for the Southern District of New York:

Central District of California

*Orange County Water District v. Unocal Corp., et al.*, C.A. No. 8:03-1742
*City of Riverside v. Atlantic Richfield Co., et al.*, C.A. No. 8:04-53

Eastern District of California

*Quincy Community Services District v. Atlantic Richfield Co., et al.*, C.A. No. 2:03-2582
*City of Roseville v. Atlantic Richfield Co., et al.*, C.A. No. 2:03-2601
*People of the State of California, et al. v. Atlantic Richfield Co., et al.*,
   C.A. No. 2:03-2653

Northern District of California

*City of Fresno v. Chevron U.S.A., Inc., et al.*, C.A. No. 3:03-5378
*California-American Water Co. v. Atlantic Richfield Co., et al.*, C.A. No. 5:03-5379

Southern District of California

*Martin Silver, et al. v. Alon USA Energy, Inc., et al.*, C.A. No. 3:03-2408

District of New Hampshire

*State of New Hampshire v. Amerada Hess Corp., et al.*, C.A. No. 1:03-486
   (Also Pending as D. Rhode Island, C.A. No. 1:03-529)

MDL-1373 -- In re Bridgestone/Firestone, Inc., Tires Products Liability Litigation

Opposition of defendant Ford Motor Company to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Northern District of Ohio:

Southern District of Indiana

*Sandy Gembus v. Ford Motor Co.*, C.A. No. 1:02-5714 (N.D. Ohio, C.A. No. 1:02-1688)

MDL-1390 -- In re Life Insurance Co. of Georgia Industrial Life Insurance Litigation

Oppositions of plaintiffs Christine Cook; Elizabeth Davis, et al.; and Alvin Bennett to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Middle District of Alabama

*Christine Cook v. Life Insurance Co. of Georgia*, C.A. No. 2:04-1
*Elizabeth Davis, et al. v. Life Insurance Co. of Georgia*, C.A. No. 2:04-30

Northern District of Georgia

*Alvin Bennett v. Life Insurance Co. of Georgia*, C.A. No. 1:04-7

MDL-1405 -- In re California Wholesale Electricity Antitrust Litigation

Opposition of plaintiff James J. Millar to transfer of the following action to the United States District Court for the Southern District of California:

Northern District of California

*James J. Millar v. Allegheny Energy Supply Co., LLC, et al.*, C.A. No. 3:04-519

Schedule of Matters for Hearing Session, Section B                    p. 14
Baltimore, Maryland


MDL-1407 -- In re Phenylpropanolamine (PPA) Products Liability Litigation

Opposition of plaintiff Jay Spears to transfer of the following action to the United States District Court for the Western District of Washington:

### Western District of Missouri

*Jay Spears v. Bayer Corp., et al.*, C.A. No. 4:03-1151


MDL-1423 -- In re Cygnus Telecommunications Technology, LLC, Patent Litigation

Oppositions of defendants Heritage Communications Corporation and AT&T Corporation to transfer of their respective following actions to the United States District Court for the Northern District of California:

### Middle District of Florida

*Cygnus Telecommunications Technology, LLC v. Heritage Communications Corp.*, C.A. No. 6:03-1546

### Southern District of New York

*Cygnus Telecommunications Technology, LLC v. AT&T Corp.*, C.A. No. 1:03-8629


MDL-1431 -- In re Baycol Products Liability Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the District of Minnesota:

### District of Nevada

*Herbert Klonsky, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1618
*Helen Fisher, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1620
*William Stracener, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1622

MDL-1431 (Continued)

### District of Nevada (Continued)

*Sandra Sacrestano, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1624
*Virginia Ruffin, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1625
*Earl Barnett, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1626
*Anna Walraven, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1627
*Glenn Hitner, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1628
*Rosemary Johnson, et al. v. Bayer Corp., et al.*, C.A. No. 2:03-1629
*Merle Kolstrup, et al. v. Bayer Corp., et al.*, C.A. No. 3:03-710
*Jeff Burres, et al. v. Bayer Corp., et al.*, C.A. No. 3:03-711

### District of South Carolina

*James T. Busby, Jr., etc. v. Bayer AG, et al.*, C.A. No. 8:03-2545


MDL-1446 -- In re Enron Corp. Securities, Derivative & "ERISA" Litigation

Oppositions of i) plaintiffs ESI Sky River LP, et al., and AUSA Life Insurance Co., Inc., et al., and ii) defendants Lawrence Lawyer and Patty Melcher, to transfer of their respective following actions to the United States District Court for the Southern District of Texas:

### Central District of California

*ESI Sky River LP, et al. v. Andrew Fastow, et al.*, C.A. No. 2:03-9254

### Northern District of Iowa

*AUSA Life Insurance Co., Inc., et al. v. Citigroup, Inc., et al.*, C.A. No. 1:04-13

MDL-1477 -- In re Serzone Products Liability Litigation

Oppositions of plaintiffs Kathy Allen, et al.; Kelly G. Antwine, et al.; and Rene G. Centnar, et al., to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Northern District of Texas

*Kathy Allen, et al. v. Bristol-Myers Squibb Co., et al.*, C.A. No. 3:03-1668
*Kelly G. Antwine, et al. v. Bristol-Myers Squibb Co.*, C.A. No. 3:04-72

Southern District of Texas

*Rene G. Centnar, et al. v. Bristol-Myers Squibb Co.*, C.A. No. 4:04-171

MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

Opposition of plaintiff Washington State Investment Board to transfer of the following action to the United States District Court for the Southern District of New York:

Western District of Washington

*Washington State Investment Board v. Bernard J. Ebbers, et al.*, C.A. No. 2:03-3990

MDL-1507 -- In re Prempro Products Liability Litigation

Opposition of plaintiff Barbara Monty to transfer of the following action to the United States District Court for the Eastern District of Arkansas:

Southern District of Florida

*Barbara Monty v. Wyeth, Inc., et al.*, C.A. No. 0:04-60036

MDL-1516 -- In re Polyester Staple Antitrust Litigation

Opposition of plaintiffs Koch Industries, et al., and defendants Hoechst Aktiengesellschaft; Celanese Aktiengesellschaft; CNA Holdings, Inc.; and Celanese Americas Corporation to transfer of the following action to the United States District Court for the Western District of North Carolina:

Southern District of New York

*Koch Industries, et al. v. Hoechst Aktiengesellshaft, et al.*, C.A. No. 1:03-8679

MDL-1529 -- In re Adelphia Communications Corp. Securities & Derivative Litigation (No. II)

Opposition of plaintiffs Louis Pagnotti, Inc., et al., to transfer of the following action to the United States District Court for the Southern District of New York:

Middle District of Pennsylvania

*Louis Pagnotti, Inc., et al. v. Deloitte and Touche, LLP, et al.*, Bky. Advy. No. 5:04-50003

MDL-1535 -- In re Welding Rod Products Liability Litigation

Opposition of plaintiffs Claudio B. Arredondo, et al., to transfer of the following action to the United States District Court for the Northern District of Ohio:

Southern District of Texas

*Claudio B. Arredondo, et al. v. Lincoln Electric Co., et al.*, C.A. No. 2:03-441

Schedule of Matters for Hearing Session, Section B                    p. 18
Baltimore, Maryland


MDL-1541 -- In re Allstate Insurance Co. Fair Labor Standards Act Litigation

Opposition of plaintiff Allen Nattboy to transfer of the following action to the United States
District Court for the District of Arizona:

### Southern District of Florida

*Allen Nattboy v. Allstate Insurance Co.*, C.A. No. 0:04-60051


MDL-1559 -- In re Wireless Telephone Federal Cost Recovery Fees Litigation

Opposition of plaintiff Julio Prieto to transfer of the following action to the United States
District Court for the Western District of Missouri:

### Northern District of Georgia

*Julio Prieto v. Cingular Wireless, LLC, et al.*, C.A. No. 4:04-13


MDL-1564 -- In re Farmers Insurance Co., Inc., FCRA Litigation

Oppositions of defendants Fire Insurance Exchange; Mid Century Insurance Company;
Farmers Insurance Exchange; Farmers Group, Inc.; Farmers Underwriters Association; Fire
Underwriters Association; Mid Century Insurance Company of Texas; and Farmers Texas County
Mutual Insurance Company to transfer of their respective following actions to the United States
District Court for the Western District of Oklahoma:

### Northern District of Alabama

*Mike Braxton v. Farmers Insurance Group, et al.*, C.A. No. 1:01-3174
*Ellery H. Ross v. Mid Century Insurance Co.*, C.A. No. 3:03-2904

### Eastern District of Michigan

*Kevin L. Williams v. Farmers Insurance Group*, C.A. No. 2:03-70697

Schedule of Matters for Hearing Session, Section B                    p. 19
Baltimore, Maryland


MDL-1564 (Continued)


### Western District of Texas

*Edward Clark, et al. v. Farmers Group, Inc., et al.*, C.A. No. 1:02-427


## MDL-1574 -- In re Paxil Products Liability Litigation

Opposition of defendants SmithKline Beecham Corporation and GlaxoSmithKline PLC to transfer of the following action to the United States District Court for the Central District of California:


### Northern District of New York

*Michael DeVito v. SmithKline Beecham Corp.*, C.A. No. 1:02-745


## MDL-1586 -- In re Mutual Funds Investment Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the District of Maryland:


### Southern District of New York

*Frederic Ian Fishbein, etc. v. Marsh & McLennan Companies, Inc., et al.*,
    C.A. No. 1:03-9157
*Rochelle Meyer, etc. v. Alliance Capital Management Holding L.P., et al.*,
    C.A. No. 1:03-9434
*Leslie Turbowitz v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 1:03-9439
*Walter C. Slack v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 1:03-9668
*Charles C. Hargrave, et al. v. Marsh & McLennan Companies, Inc., et al.*,
    C.A. No. 1:03-9955
*Carl Sadowsky v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 1:03-10016
*Benjamin Hiser v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 1:03-10198
*William B. Cottrell v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 1:04-230

Schedule of Matters for Hearing Session, Section B                    p. 20
Baltimore, Maryland


MDL-1586 (Continued)


<u>Eastern District of Wisconsin</u>

*Gerald Klafter v. Strong Capital Management, Inc., et al.*, C.A. No. 2:03-997
*James L. DaPore v. Strong Financial Corp., et al.*, C.A. No. 2:03-1407

**ATTACHMENT A TO THE MAY 27, 2004
SCHEDULE OF MATTERS FOR HEARING**

MDL-1203 -- In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability
      Litigation

### Middle District of Alabama

*Brenda B. Bryant, et al. v. Wyeth, et al.*, C.A. No. 1:03-1166
*Doris Daniel, et al. v. Wyeth, et al.*, C.A. No. 1:03-1168
*Vicky Green, et al. v. Wyeth, et al.*, C.A. No. 2:03-1249
*Janet Benton, et al. v. Wyeth, et al.*, C.A. No. 1:03-1250

### Northern District of Alabama

*Vicki Tolbert v. Wyeth, Inc., et al.*, C.A. No. 2:04-34

### Southern District of Alabama

*Roberta Johnson, et al. v. Wyeth, et al.*, C.A. No. 2:03-694
*Faith Beverly, et al. v. Wyeth, et al.*, C.A. No. 2:03-866

### Middle District of Florida

*Bonni Margolies v. Wyeth, Inc., et al.*, C.A. No. 8:03-2190
*Karen Martin v. Wyeth, et al.*, C.A. No. 8:03-2292
*Doris Knight v. Wyeth, et al.*, C.A. No. 8:03-2305
*Barbara Goodlette v. Wyeth, et al.*, C.A. No. 8:03-2308
*Kathryn Daniels v. Wyeth, et al.*, C.A. No. 8:03-2309
*Fay Nicholson v. Wyeth, et al.*, C.A. No. 8:03-2310
*Susan Perez v. Wyeth, et al.*, C.A. No. 8:03-2311
*Amy Toth v. Wyeth, et al.*, C.A. No. 8:03-2312
*Theresa Herring v. Wyeth, et al.*, C.A. No. 8:03-2504
*Becky Pent v. Wyeth, et al.*, C.A. No. 8:03-2507
*Frances Garver v. Wyeth, et al.*, C.A. No. 8:03-2645
*Caroline Pauly v. Wyeth, et al.*, C.A. No. 8:03-2646
*Joan Archer v. Wyeth, et al.*, C.A. No. 8:03-2647
*Helen Toth v. Wyeth, et al.*, C.A. No. 8:03-2648
*Sarah Detelus v. Wyeth, et al.*, C.A. No. 8:03-2707
*Susan Achorn v. Wyeth, et al.*, C.A. No. 8:03-2708

### Southern District of Florida

*Doris Hopkins, et al. v. American Home Products Corp., et al.*, C.A. No. 1:03-23158

### Middle District of Georgia

*Benita Davis, et al. v. Wyeth, Inc., et al.*, C.A. No. 4:03-128

- 2 -

**MDL-1203 Attachment A (Continued)**

<u>Northern District of Mississippi</u>

*Tonya D. Mathis, et al. v. Wyeth, et al.*, C.A. No. 1:03-653
*Wanda T. Kizer, et al. v. Wyeth, et al.*, C.A. No. 3:03-237

<u>District of Montana</u>

*Cheryl Treinen v. American Home Products Corp., et al.*, C.A. No. 9:03-205
*Amy Petty v. American Home Products Corp., et al.*, C.A. No. 9:03-206
*Sheilah Cunningham v. American Home Products Corp., et al.*, C.A. No. 9:03-207

<u>Eastern District of Texas</u>

*Blanche L. Feathers v. Wyeth, et al.*, C.A. No. 1:03-1126
*Nelda S. Condra, et al. v. Wyeth, et al.*, C.A. No. 1:03-1127
*Alice Cheek, et al. v. Wyeth, et al.*, C.A. No. 1:03-1477
*Edith Johnson v. Wyeth, et al.*, C.A. No. 5:03-252
*Cynthia Grimes v. Wyeth, et al.*, C.A. No. 5:04-4
*Ouida A. Wallace v. Wyeth, et al.*, C.A. No. 5:04-10
*Larry Adamcik, et al. v. Wyeth, Inc., et al.*, C.A. No. 6:04-3
*Betsy Cavin v. Wyeth, et al.*, C.A. No. 6:04-4
*Delois Wall v. Wyeth, et al.*, C.A. No. 6:04-5
*Jane E. Williams, et al. v. Wyeth, et al.*, C.A. No. 9:03-255
*Rhonda Allen v. Wyeth, et al.*, C.A. No. 9:03-256
*Gloria M. Collier v. Wyeth, et al.*, C.A. No. 9:03-257
*Kelly L. Phillips, et al. v. Wyeth, et al.*, C.A. No. 9:03-258
*Mary J. Bryan, et al. v. Wyeth, et al.*, C.A. No. 9:03-259

<u>Northern District of Texas</u>

*Olivia M. Anthony, et al. v. Wyeth, et al.*, C.A. No. 3:03-2210
*Janet S. Aligah, et al. v. Wyeth, et al.*, C.A. No. 3:03-2212
*Ruby Richardson, et al. v. Wyeth, et al.*, C.A. No. 3:03-2292
*Lenny K. Holden, et al. v. Wyeth, et al.*, C.A. No. 3:03-2433
*Doylene E. Griffin, et al. v. Wyeth, et al.*, C.A. No. 3:03-2438
*Betty Batte, et al. v. Wyeth, et al.*, C.A. No. 3:03-2439
*Betty J. Tedford, et al. v. Wyeth, et al.*, C.A. No. 3:03-2440
*Martha Hill, et al. v. Wyeth, et al.*, C.A. No. 3:03-2863

<u>Southern District of Texas</u>

*William Flynn v. Wyeth, et al.*, C.A. No. 3:03-678
*Linda S. Bell v. Wyeth, et al.*, C.A. No. 3:03-884
*Margie N. Greer, et al. v. Wyeth, et al.*, C.A. No. 3:03-964

- 3 -

**MDL-1203 Attachment A (Continued)**

Southern District of Texas (Continued)

*Cheryl Chestnut, et al. v. Wyeth, et al.*, C.A. No. 3:03-972
*Bonnie J. Allred, et al. v. Wyeth, et al.*, C.A. No. 3:03-1020
*Irma B. Garza v. Wyeth, et al.*, C.A. No. 4:03-3667
*Sharon Johnson v. Wyeth, et al.*, C.A. No. 4:03-3671
*Jerome A. Ruffing v. Wyeth, Inc.*, C.A. No. 4:03-3690
*Patricia Dodson Fox v. Wyeth, et al.*, C.A. No. 4:03-4164
*Deborrah A. McKeown v. Wyeth*, C.A. No. 4:03-4170
*Martha L. Rojas v. Wyeth*, C.A. No. 4:03-4172
*David Orr v. Wyeth*, C.A. No. 4:03-4225
*Elvia Pieternelle v. Wyeth*, C.A. No. 4:03-4227
*Lenora Shuler v. Wyeth*, C.A. No. 4:03-4228
*Helen Rollins v. Wyeth*, C.A. No. 4:03-4229
*Carolyn W. Meekins v. Wyeth*, C.A. No. 4:03-4230
*Patricia A. Webber v. Wyeth*, C.A. No. 4:03-4231
*Maryann Beasley v. Wyeth*, C.A. No. 4:03-4232
*Suzy T. Zrake v. Wyeth*, C.A. No. 4:03-4233
*Sandra E. Garner v. Wyeth*, C.A. No. 4:03-4234
*Jayne Payne v. Wyeth*, C.A. No. 4:03-4235
*Cathy Lyall v. Wyeth*, C.A. No. 4:03-4236
*Linda S. Lott v. Wyeth*, C.A. No. 4:03-4242
*Francisca G. Perez v. Wyeth*, C.A. No. 4:03-4243
*Victoria Santivanez v. Wyeth*, C.A. No. 4:03-4244
*John A. Stroup, et al. v. Wyeth, et al.*, C.A. No. 4:03-4245
*Irma F. Powell v. Wyeth*, C.A. No. 4:03-4246
*Cheryl A. Lanclos v. Wyeth*, C.A. No. 4:03-4249
*Michael H. Urbanek v. Wyeth, et al.*, C.A. No. 4:03-4323
*Lisa J. Miner v. Wyeth*, C.A. No. 4:03-4324
*Maria A. Lazo v. Wyeth, et al.*, C.A. No. 4:03-4325
*Scharley Brite v. Wyeth*, C.A. No. 4:03-4326
*Velia L. Ortega v. Wyeth*, C.A. No. 4:03-4362
*Sandra L. Nickerson v. Wyeth*, C.A. No. 4:03-4363
*Audra McAfee v. Wyeth*, C.A. No. 4:03-4364
*Sharon K. Simmons v. Wyeth*, C.A. No. 4:03-4365
*Dale A. Craig v. Wyeth*, C.A. No. 4:03-4366
*Brenda B. Westerham v. Wyeth*, C.A. No. 4:03-4367
*Jim C. Ezer v. Wyeth*, C.A. No. 4:03-4368
*Lora R. Lambert v. Wyeth, et al.*, C.A. No. 4:03-4369
*Barbara G. Koncaba v. Wyeth, et al.*, C.A. No. 4:03-4412
*Alecia A. Williams v. Wyeth, et al.*, C.A. No. 4:03-4413
*Marilu Robbins v. Wyeth, et al.*, C.A. No. 4:03-4414
*Linda S. Strickland v. Wyeth, et al.*, C.A. No. 4:03-4415
*Marian A. Young v. Wyeth, et al.*, C.A. No. 4:03-4416

- 4 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Elizabeth A. Allison v. Wyeth, et al.*, C.A. No. 4:03-4417
*Mary K. Weaver-Johnson v. Wyeth*, C.A. No. 4:03-4418
*Sharon K. Robershaw v. Wyeth, et al.*, C.A. No. 4:03-4419
*Susan G. Lowery v. Wyeth, et al.*, C.A. No. 4:03-4420
*Julie K. Pullin v. Wyeth, et al.*, C.A. No. 4:03-4421
*Michael D. Hudson v. Wyeth, et al.*, C.A. No. 4:03-4422
*Mary S. Humphries v. Wyeth, et al.*, C.A. No. 4:03-4423
*Sharon K. Smith v. Wyeth, et al.*, C.A. No. 4:03-4424
*Kimberly G. Schexnaider v. Wyeth, et al.*, C.A. No. 4:03-4425
*Sandra L. Laird v. Wyeth, et al.*, C.A. No. 4:03-4426
*Trenda Zimmerman v. Wyeth, et al.*, C.A. No. 4:03-4427
*Ola T. Noonan v. Wyeth, et al.*, C.A. No. 4:03-4428
*Shantell R. Thieleman v. Wyeth*, C.A. No. 4:03-4429
*Rosa L. Lane-Smith v. Wyeth, et al.*, C.A. No. 4:03-4431
*Cynthia A. Wilkerson v. Wyeth, et al.*, C.A. No. 4:03-4432
*Barbara A. Dishman v. Wyeth, et al.*, C.A. No. 4:03-4433
*Elizabeth A. Williams v. Wyeth, et al.*, C.A. No. 4:03-4434
*Conloudes W. Robinson v. Wyeth, et al.*, C.A. No. 4:03-4435
*Joan F. McWilliams v. Wyeth, et al.*, C.A. No. 4:03-4436
*Teresa S. Verret, et al. v. Wyeth, et al.*, C.A. No. 4:03-4486
*Kimberley D. Pomilla, et al. v. Wyeth*, C.A. No. 4:03-4488
*Lydia N. Bell, et al. v. Wyeth*, C.A. No. 4:03-4489
*Nell S. Shaffer v. Wyeth, et al.*, C.A. No. 4:03-4515
*Lyndia J. Martin v. Wyeth, et al.*, C.A. No. 4:03-4516
*Deborah A. Schumann v. Wyeth, et al.*, C.A. No. 4:03-4517
*Eleanor F. Miller v. Wyeth, et al.*, C.A. No. 4:03-4518
*Betty J. Landry v. Wyeth, et al.*, C.A. No. 4:03-4519
*Lynette Watkins-Chilo v. Wyeth, et al.*, C.A. No. 4:03-4520
*Kathy L. Hicks v. Wyeth, et al.*, C.A. No. 4:03-4521
*Irene K. Strauss v. Wyeth*, C.A. No. 4:03-4522
*Janice E. Smith v. Wyeth, et al.*, C.A. No. 4:03-4523
*Marizella Mercado v. Wyeth*, C.A. No. 4:03-4526
*Debra L. Scott v. Wyeth, et al.*, C.A. No. 4:03-4527
*Bonnie J. Zieben v. Wyeth*, C.A. No. 4:03-4528
*Jonathan H. Leva v. Wyeth*, C.A. No. 4:03-4530
*James L. Willingham v. Wyeth*, C.A. No. 4:03-4531
*Roger E. Mallett v. Wyeth*, C.A. No. 4:03-4532
*Judy Sablatura v. Wyeth*, C.A. No. 4:03-4534
*Cathy E. Webster v. Wyeth*, C.A. No. 4:03-4535
*Carolyn S. Hunter v. Wyeth*, C.A. No. 4:03-4536
*Sharon Cathey v. Wyeth*, C.A. No. 4:03-4537
*Dorothy S. Alexander v. Wyeth*, C.A. No. 4:03-4538

- 5 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Joanna D. Graham v. Wyeth*, C.A. No. 4:03-4539
*Mary Jane Whitehurst v. Wyeth*, C.A. No. 4:03-4540
*David L. Berry v. Wyeth*, C.A. No. 4:03-4541
*Stacy Stone v. Wyeth*, C.A. No. 4:03-4542
*Laqueta Williams v. Wyeth, et al.*, C.A. No. 4:03-4543
*Gloria G. Lozano v. Wyeth*, C.A. No. 4:03-4544
*Dennis K. Wood v. Wyeth*, C.A. No. 4:03-4546
*William G. McKeown v. Wyeth, et al.*, C.A. No. 4:03-4547
*Paul G. McWherter v. Wyeth, et al.*, C.A. No. 4:03-4548
*Robert W. Meader v. Wyeth, et al.*, C.A. No. 4:03-4549
*Bonnie L. Wright v. Wyeth, et al.*, C.A. No. 4:03-4550
*Angela H. Martin v. Wyeth, et al.*, C.A. No. 4:03-4552
*Kathy R. San Felipe v. Wyeth, et al.*, C.A. No. 4:03-4553
*Diane K. MaComber v. Wyeth, et al.*, C.A. No. 4:03-4554
*Terri L. McMillan v. Wyeth*, C.A. No. 4:03-4556
*Lanelle H. Hanagriff v. Wyeth, et al.*, C.A. No. 4:03-4557
*Judy Harper v. Wyeth*, C.A. No. 4:03-4559
*Melissa K. Witte v. Wyeth, et al.*, C.A. No. 4:03-4560
*Sheryl S. Herron v. Wyeth*, C.A. No. 4:03-4587
*Cindy M. Harper v. Wyeth, et al.*, C.A. No. 4:03-4588
*Barbara Kirby v. Wyeth*, C.A. No. 4:03-4589
*Janice L. Gill v. Wyeth, et al.*, C.A. No. 4:03-4590
*Janel R. Wente v. Wyeth, et al.*, C.A. No. 4:03-4593
*Doreen R. Susor v. Wyeth*, C.A. No. 4:03-4594
*Lexie Reneau v. Wyeth, et al.*, C.A. No. 4:03-4598
*Donna K. Esparza v. Wyeth, et al.*, C.A. No. 4:03-4602
*Sandra B. Hickman v. Wyeth*, C.A. No. 4:03-4603
*Eddie F. Faison v. Wyeth*, C.A. No. 4:03-4604
*Barbara A. Deanda v. Wyeth*, C.A. No. 4:03-4607
*Pamela K. White v. Wyeth*, C.A. No. 4:03-4608
*Bonnie G. Freeman v. Wyeth*, C.A. No. 4:03-4609
*Donna L. Hamilton v. Wyeth*, C.A. No. 4:03-4611
*Candace S. Kovalcik v. Wyeth*, C.A. No. 4:03-4612
*Diane P. Crow v. Wyeth, et al.*, C.A. No. 4:03-4613
*Gloria J. Johnson v. Wyeth, et al.*, C.A. No. 4:03-4614
*Linda R. Johnson v. Wyeth, et al.*, C.A. No. 4:03-4625
*Alden Womack v. Wyeth*, C.A. No. 4:03-4627
*Norma B. Hall v. Wyeth*, C.A. No. 4:03-4628
*Jeannie K. Jems v. Wyeth*, C.A. No. 4:03-4630
*William Willard v. Wyeth, et al.*, C.A. No. 4:03-4635
*Barbara H. Womac v. Wyeth, et al.*, C.A. No. 4:03-4639
*Enedelia Pina v. Wyeth, et al.*, C.A. No. 4:03-4642

- 6 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Sharon J. Coyle v. Wyeth, et al.*, C.A. No. 4:03-4643
*Gilda Dunn v. Wyeth, et al.*, C.A. No. 4:03-4644
*Alma M. Quan v. Wyeth, et al.*, C.A. No. 4:03-4650
*Karen K. Archer v. Wyeth*, C.A. No. 4:03-4653
*Merilyn K. Deane v. Wyeth, et al.*, C.A. No. 4:03-4656
*Carol S. Wood v. Wyeth, et al.*, C.A. No. 4:03-4699
*Martha Washington v. Wyeth*, C.A. No. 4:03-4700
*Guadalupe Martinez v. Wyeth*, C.A. No. 4:03-4701
*Lauren L. Jones v. Wyeth*, C.A. No. 4:03-4702
*Richard B. Harris v. Wyeth, et al.*, C.A. No. 4:03-4703
*Cheryl Aylward v. Wyeth*, C.A. No. 4:03-4704
*Donna M. Wills v. Wyeth, et al.*, C.A. No. 4:03-4705
*Debbie L. Bell v. Wyeth*, C.A. No. 4:03-4706
*Desiree A. Kuschel v. Wyeth, et al.*, C.A. No. 4:03-4707
*Susan C. Stormer v. Wyeth*, C.A. No. 4:03-4708
*Lucinda Cortez v. Wyeth*, C.A. No. 4:03-4709
*Sheryl D. Berry v. Wyeth*, C.A. No. 4:03-4710
*Jennifer Fick v. Wyeth*, C.A. No. 4:03-4711
*Deborah Carter v. Wyeth*, C.A. No. 4:03-4712
*Carol A. Matl v. Wyeth*, C.A. No. 4:03-4713
*Jonnie R. Darneal v. Wyeth, et al.*, C.A. No. 4:03-4715
*Randy E. Capps v. Wyeth, et al.*, C.A. No. 4:03-4716
*Arlene K. Heimbach v. Wyeth*, C.A. No. 4:03-4717
*James I. Case v. Wyeth, et al.*, C.A. No. 4:03-4718
*Elizabeth T. Jandt v. Wyeth*, C.A. No. 4:03-4719
*Kelly A. Hess v. Wyeth, et al.*, C.A. No. 4:03-4721
*Sherry J. Stasney v. Wyeth, et al.*, C.A. No. 4:03-4722
*Eva B. Castaneda v. Wyeth*, C.A. No. 4:03-4723
*Barbara A. Holden v. Wyeth, et al.*, C.A. No. 4:03-4724
*Leticia A. Hanks v. Wyeth*, C.A. No. 4:03-4725
*Levinda L. Soliz v. Wyeth, et al.*, C.A. No. 4:03-4726
*Colleen W. Dowden v. Wyeth, et al.*, C.A. No. 4:03-4727
*Ethel M. Powell v. Wyeth, et al.*, C.A. No. 4:03-4728
*Willie J. Johnson v. Wyeth*, C.A. No. 4:03-4730
*Lora A. Young v. Wyeth*, C.A. No. 4:03-4731
*Melody R. Elledge v. Wyeth*, C.A. No. 4:03-4732
*Diane P. Flores v. Wyeth*, C.A. No. 4:03-4733
*Essie L. Jones v. Wyeth*, C.A. No. 4:03-4735
*Marilyn S. Lyttle v. Wyeth*, C.A. No. 4:03-4736
*Yolanda Bazan-Garcia v. Wyeth*, C.A. No. 4:03-4737
*Cynthia P. Juda v. Wyeth*, C.A. No. 4:03-4738
*Gelea C. Clem v. Wyeth*, C.A. No. 4:03-4739
*Caroline Brooks v. Wyeth*, C.A. No. 4:03-4740
*Mary Ann H. Dowler v. Wyeth*, C.A. No. 4:03-4741

**MDL-1203 Attachment A (Continued)**

Southern District of Texas (Continued)

*Victoria A. Castillo v. Wyeth*, C.A. No. 4:03-4742
*Maggie Falconer v. Wyeth*, C.A. No. 4:03-4743
*Connie H. Conover v. Wyeth*, C.A. No. 4:03-4744
*Robert A. Hampton v. Wyeth*, C.A. No. 4:03-4745
*Lakeisheia Dennis v. Wyeth*, C.A. No. 4:03-4746
*Marsha Hanson v. Wyeth*, C.A. No. 4:03-4747
*Jeanne S. Gilbert v. Wyeth*, C.A. No. 4:03-4748
*Linda S. Baca v. Wyeth*, C.A. No. 4:03-4749
*Joy D. Williams v. Wyeth, et al.*, C.A. No. 4:03-4750
*Brenda G. Dobson v. Wyeth, et al.*, C.A. No. 4:03-4751
*Barbara B. Nini v. Wyeth*, C.A. No. 4:03-4752
*Alan R. Hepner v. Wyeth, et al.*, C.A. No. 4:03-4753
*Rose A. Holt v. Wyeth, et al.*, C.A. No. 4:03-4754
*Mary B. Beatty v. Wyeth*, C.A. No. 4:03-4755
*Burnell Harper v. Wyeth*, C.A. No. 4:03-4756
*Shirley Brannan v. Wyeth*, C.A. No. 4:03-4757
*Rebecca L. Mathis v. Wyeth*, C.A. No. 4:03-4758
*Cherice M. Fields v. Wyeth*, C.A. No. 4:03-4759
*Toya C. Allen v. Wyeth, et al.*, C.A. No. 4:03-4760
*Donna Devoll v. Wyeth*, C.A. No. 4:03-4761
*Lisa M. Crowder v. Wyeth, et al.*, C.A. No. 4:03-4762
*Teresa R. Holdren v. Wyeth*, C.A. No. 4:03-4763
*Marjorie P. Britt v. Wyeth*, C.A. No. 4:03-4764
*Lisa M. Brown v. Wyeth*, C.A. No. 4:03-4765
*Jana L. Koen v. Wyeth*, C.A. No. 4:03-4766
*Leticia Velasquez v. Wyeth, et al.*, C.A. No. 4:03-4842
*Dorothy M. Bremer v. Wyeth*, C.A. No. 4:03-4843
*Robin L. Hardwicke v. Wyeth*, C.A. No. 4:03-4845
*Joseph W. Gravelding v. Wyeth, et al.*, C.A. No. 4:03-4855
*Karolynn K. Cavanaugh v. Wyeth*, C.A. No. 4:03-4930
*Shelby Kyle v. Wyeth*, C.A. No. 4:03-4932
*Linda K. Hollie v. Wyeth*, C.A. No. 4:03-4934
*Leslie R. Burton v. Wyeth*, C.A. No. 4:03-4935
*Peggy S. Hartnett v. Wyeth*, C.A. No. 4:03-4936
*Dorothy B. Ciccarelli v. Wyeth*, C.A. No. 4:03-4937
*Kathy D. Brownlee v. Wyeth*, C.A. No. 4:03-4938
*Michele Livesay v. Wyeth*, C.A. No. 4:03-4939
*Carolyn A. Rolls v. Wyeth*, C.A. No. 4:03-4942
*Sharon L. Tessena v. Wyeth*, C.A. No. 4:03-4943
*Marguerite Hammond v. Wyeth*, C.A. No. 4:03-4944
*Patricia G. Skarpa v. Wyeth*, C.A. No. 4:03-4945
*Ron W. Wills v. Wyeth*, C.A. No. 4:03-4946
*Teri L. Erwin v. Wyeth*, C.A. No. 4:03-4947

- 8 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Helen J. Daglas v. Wyeth*, C.A. No. 4:03-4948
*Deborah L. Kumar-Misir v. Wyeth*, C.A. No. 4:03-4949
*Robert W. Chapman v. Wyeth*, C.A. No. 4:03-4950
*Linda K. Hughes v. Wyeth*, C.A. No. 4:03-4951
*Dell Bryant v. Wyeth*, C.A. No. 4:03-4952
*Sharon A. Hicks v. Wyeth*, C.A. No. 4:03-4953
*Majorie R. Cruey v. Wyeth*, C.A. No. 4:03-4954
*Shelia A. Hymel v. Wyeth*, C.A. No. 4:03-4955
*Mildred D. Cade v. Wyeth*, C.A. No. 4:03-4956
*Shackqueline C. Garrett v. Wyeth*, C.A. No. 4:03-4957
*Ann L. Smith v. Wyeth*, C.A. No. 4:03-4958
*Ann Branch v. Wyeth*, C.A. No. 4:03-4959
*Dianna L. Criger v. Wyeth*, C.A. No. 4:03-4960
*Tamara G. Lewis v. Wyeth*, C.A. No. 4:03-5001
*Sharon M. Jones v. Wyeth*, C.A. No. 4:03-5002
*Helen Stipe v. Wyeth*, C.A. No. 4:03-5003
*Barbara Blair v. Wyeth*, C.A. No. 4:03-5004
*Melissa S. Rupert v. Wyeth*, C.A. No. 4:03-5005
*Tina M. Mikes v. Wyeth*, C.A. No. 4:03-5006
*Patricia A. Kudlacek v. Wyeth*, C.A. No. 4:03-5007
*Clara L. Vice v. Wyeth*, C.A. No. 4:03-5008
*Debbie White v. Wyeth*, C.A. No. 4:03-5010
*Sharon K. Gray v. Wyeth*, C.A. No. 4:03-5011
*Keith W. Seago v. Wyeth*, C.A. No. 4:03-5012
*Caroline D. Kelly v. Wyeth*, C.A. No. 4:03-5013
*Thelma A. Lopez v. Wyeth*, C.A. No. 4:03-5014
*Brenda N. Black v. Wyeth*, C.A. No. 4:03-5015
*Carolyn D. Varnado v. Wyeth*, C.A. No. 4:03-5016
*Bernadette Barron v. Wyeth*, C.A. No. 4:03-5017
*Sandy L. Jones v. Wyeth*, C.A. No. 4:03-5018
*Linda L. Hoffmann v. Wyeth*, C.A. No. 4:03-5019
*Phyllis A. Santos v. Wyeth*, C.A. No. 4:03-5020
*Clarissa M. Hoover v. Wyeth*, C.A. No. 4:03-5048
*Kathryn A. Pruner v. Wyeth*, C.A. No. 4:03-5049
*Deborah A. Cleven v. Wyeth*, C.A. No. 4:03-5050
*Catheryn R. Ruiz v. Wyeth*, C.A. No. 4:03-5051
*Nancy Hurlbut v. Wyeth*, C.A. No. 4:03-5052
*Geraldine Brock v. Wyeth*, C.A. No. 4:03-5053
*Louticia W. Filla v. Wyeth*, C.A. No. 4:03-5054
*Mildred Jacobs v. Wyeth*, C.A. No. 4:03-5055
*Shari L. Schultz v. Wyeth*, C.A. No. 4:03-5056

- 9 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Peggy P. Ruiz v. Wyeth*, C.A. No. 4:03-5057
*Betty J. Carroll v. Wyeth*, C.A. No. 4:03-5058
*Judy A. Reitz v. Wyeth*, C.A. No. 4:03-5059
*Elma M. Gonzalez v. Wyeth*, C.A. No. 4:03-5060
*Nancy B. Hammerle v. Wyeth*, C.A. No. 4:03-5061
*Juana B. Castaneda v. Wyeth*, C.A. No. 4:03-5062
*Patty A. Emig v. Wyeth*, C.A. No. 4:03-5063
*Caroline M. Smith v. Wyeth, et al.*, C.A. No. 4:03-5064
*Ellen J. McDonald v. Wyeth*, C.A. No. 4:03-5065
*Ben L. Hammerle v. Wyeth*, C.A. No. 4:03-5066
*Janet M. Jackson v. Wyeth, et al.*, C.A. No. 4:03-5067
*Patricia Ross v. Wyeth, et al.*, C.A. No. 4:03-5068
*Elizabeth C. Cunningham v. Wyeth*, C.A. No. 4:03-5101
*Cherry L. Patterson v. Wyeth*, C.A. No. 4:03-5102
*Susan Draeger v. Wyeth*, C.A. No. 4:03-5103
*Carolyn E. Perry v. Wyeth*, C.A. No. 4:03-5104
*Martha S. Guidry v. Wyeth*, C.A. No. 4:03-5105
*Amy F. Tomlinson v. Wyeth*, C.A. No. 4:03-5106
*Clara J. Bane v. Wyeth*, C.A. No. 4:03-5107
*Sandy C. Martin v. Wyeth*, C.A. No. 4:03-5109
*Cynthia L. Crawford v. Wyeth*, C.A. No. 4:03-5110
*Tishie L. Moye v. Wyeth*, C.A. No. 4:03-5111
*Janet K. Parker v. Wyeth*, C.A. No. 4:03-5112
*Ruth Harris v. Wyeth*, C.A. No. 4:03-5113
*Emma R. Simon v. Wyeth*, C.A. No. 4:03-5114
*Ginger R. Morrow-Williamson v. Wyeth*, C.A. No. 4:03-5115
*Terry L. Smith v. Wyeth*, C.A. No. 4:03-5117
*Sue E. Pierce v. Wyeth*, C.A. No. 4:03-5118
*Jose A. Benavidez v. Wyeth*, C.A. No. 4:03-5119
*Sandra Tilton v. Wyeth*, C.A. No. 4:03-5120
*Deborah A. Barnes v. Wyeth*, C.A. No. 4:03-5121
*Amanda A. Stewart v. Wyeth*, C.A. No. 4:03-5122
*Hilda T. Armendarez v. Wyeth*, C.A. No. 4:03-5123
*Helen L. Jordan v. Wyeth*, C.A. No. 4:03-5142
*Virginia M. Pittington v. Wyeth, et al.*, C.A. No. 4:03-5143
*Linda Bennett v. Wyeth*, C.A. No. 4:03-5144
*Pattie L. Rainwater v. Wyeth*, C.A. No. 4:03-5145
*Wendy B. Songy v. Wyeth*, C.A. No. 4:03-5146
*Cathy M. Poore v. Wyeth*, C.A. No. 4:03-5147
*Donna L. Jewell v. Wyeth*, C.A. No. 4:03-5148
*Loretta Crider, et al. v. Wyeth, Inc*, C.A. No. 4:03-5149

- 10 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Donna K. Anderson v. Wyeth*, C.A. No. 4:03-5151
*Jackqulyn Bodenstedt v. Wyeth, et al.*, C.A. No. 4:03-5163
*Roxanne Shumate v. Wyeth*, C.A. No. 4:03-5164
*Sharon Hagewwod v. Wyeth*, C.A. No. 4:03-5165
*Debbie L. Standley v. Wyeth*, C.A. No. 4:03-5166
*Elida M. Jimenez v. Wyeth*, C.A. No. 4:03-5167
*Dolores A. Taylor v. Wyeth, et al.*, C.A. No. 4:03-5168
*Joni E. Carlisle v. Wyeth*, C.A. No. 4:03-5169
*Lori C. Brayer v. Wyeth*, C.A. No. 4:03-5171
*Beverly J. Spacek v. Wyeth, et al.*, C.A. No. 4:03-5172
*Maxine R. Marvin v. Wyeth*, C.A. No. 4:03-5173
*Candis Marie Dixon v. Wyeth, et al.*, C.A. No. 4:03-5175
*Donna L. Hawks v. Wyeth*, C.A. No. 4:03-5177
*Bill L. Fanning v. Wyeth*, C.A. No. 4:03-5201
*Susan G. Kelley v. Wyeth*, C.A. No. 4:03-5202
*Lynda Hamilton v. Wyeth*, C.A. No. 4:03-5203
*Jennifer K. Halliday v. Wyeth, et al.*, C.A. No. 4:03-5204
*Reynalda Perez v. Wyeth*, C.A. No. 4:03-5205
*Judy A. Rowell v. Wyeth*, C.A. No. 4:03-5206
*Terrie L. Green v. Wyeth*, C.A. No. 4:03-5207
*Patricia Moody v. Wyeth*, C.A. No. 4:03-5208
*Inez Henderson v. Wyeth*, C.A. No. 4:03-5209
*Cynthia K. Doss v. Wyeth*, C.A. No. 4:03-5210
*Patricia A. McMillan v. Wyeth*, C.A. No. 4:03-5211
*Laura L. Callaway v. Wyeth*, C.A. No. 4:03-5212
*Judy C. Perkins v. Wyeth, et al.*, C.A. No. 4:03-5213
*Carolyn J. Sawyer v. Wyeth, et al.*, C.A. No. 4:03-5214
*Chandra R. Jackson v. Wyeth*, C.A. No. 4:03-5254
*Kathy L. Schilhab v. Wyeth*, C.A. No. 4:03-5255
*Jessica Hamblin v. Wyeth*, C.A. No. 4:03-5256
*Christi D. Heinrich v. Wyeth*, C.A. No. 4:03-5257
*Geraldine M. Kinard v. Wyeth*, C.A. No. 4:03-5258
*Cheryl L. Garza v. Wyeth, et al.*, C.A. No. 4:03-5259
*Brenda Ballard v. Wyeth, et al.*, C.A. No. 4:03-5260
*Linda Sullivan v. Wyeth, et al.*, C.A. No. 4:03-5261
*Portia Holley v. Wyeth*, C.A. No. 4:03-5262
*Florence L. Perkins v. Wyeth*, C.A. No. 4:03-5263
*Anna Maria Mitchem v. Wyeth, et al.*, C.A. No. 4:03-5264
*JoAnn Chandler v. Wyeth*, C.A. No. 4:03-5265
*Terri L. Silva v. Wyeth, et al.*, C.A. No. 4:03-5266
*Neil J. Valsecchi v. Wyeth*, C.A. No. 4:03-5267
*Gerry McDaniel v. Wyeth*, C.A. No. 4:03-5268

- 11 -

**MDL-1203 Attachment A (Continued)**

<u>Southern District of Texas</u> (Continued)

*Josephine Claiborn v. Wyeth*, C.A. No. 4:03-5269
*Patricia J. Beyer v. Wyeth*, C.A. No. 4:03-5270
*Helens F. Perkins v. Wyeth, et al.*, C.A. No. 4:03-5271
*Stacy M. Cooper v. Wyeth*, C.A. No. 4:03-5272
*Chris P. Pope v. Wyeth*, C.A. No. 4:03-5273
*Leanice Robinson v. Wyeth*, C.A. No. 4:03-5274
*Karen L. Stripling v. Wyeth*, C.A. No. 4:03-5275
*Claudette Turney v. Wyeth*, C.A. No. 4:03-5276
*Bob Norton v. Wyeth*, C.A. No. 4:03-5553
*Lorene E. Copeland, et al. v. Wyeth*, C.A. No. 4:03-5554
*Devlen G. Kravanek v. Wyeth*, C.A. No. 4:03-5555
*Brenda S. Fisher-Scott v. Wyeth*, C.A. No. 4:03-5556
*Yvonne N. Garcia v. Wyeth*, C.A. No. 4:03-5557
*Peter Phucus v. Wyeth, et al.*, C.A. No. 4:03-5559
*Connie D. Luedke v. Wyeth, et al.*, C.A. No. 4:03-5560
*Sharon A. McDonough v. Wyeth, et al.*, C.A. No. 4:03-5561
*Margaret E. Baxley-Gibbons v. Wyeth, et al.*, C.A. No. 4:03-5562
*Stephanie R. Mattix v. Wyeth, et al.*, C.A. No. 4:03-5636
*Gail A. Rideaux v. Wyeth, et al.*, C.A. No. 4:03-5637
*Shirley R. Haynes v. Wyeth, et al.*, C.A. No. 4:03-5638
*Debra M. Davison v. Wyeth, et al.*, C.A. No. 4:03-5639
*Charlotte A. Popham v. Wyeth, et al.*, C.A. No. 4:03-5640
*Donna Franz, et al. v. Wyeth, et al.*, C.A. No. 4:04-169

<u>Western District of Texas</u>

*Rhonda K. Pavelka v. Wyeth, et al.*, C.A. No. 1:03-739
*Ira Ann Durden, et al. v. Wyeth, et al.*, C.A. No. 5:03-1009

**ATTACHMENT B TO THE MAY 27, 2004**
**SCHEDULE OF MATTERS FOR HEARING**

<u>MDL-1348 -- In re Rezulin Products Liability Litigation</u>

<u>Central District of California</u>

*Antoine Karamanlian v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8311
*Ruth Gamble v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8313
*Mary Krdanyan v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8315
*Kima Toutoian, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8323
*Henry Goodman, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8326
*Susan M. Stone v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8327
*Jerry Garren v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8328
*Carolyn Lytle, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8329
*Richard Stidham v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8331
*Edward Ray Thompson, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8333
*Izolda Razumova v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8334
*Andranik Ovsepian, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8336
*Estelle Mann v. Warner Lambert Co., LLC, et al.*, C.A. No. 2:03-8380
*Robert Swagler, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8453
*Standelyn Covington, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8454
*Lorraine Harnden, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8455
*Alice Rangel, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8456
*Varuzh Suleymanyan v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8457
*Harriet Fagenson, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8458
*Elizabeth Jordan v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8459
*Vicente Cobos, Sr. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8460
*Shirley M. Goodman v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8461
*Marvin Holmes, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8462
*Susan Malcom v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8467
*Cynthia Doane v. Warner-Lambert Co., et al.*, C.A. No. 2:03-8541
*Dolores Pappas v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8542
*Robert Ferro v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8905
*Norma Ybarra v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-8910
*Ronald Haupert, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9082
*Vera Arakelian v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9083
*Richard Sanfilippo v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9085
*Irma Murillo v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9087
*James P.  Downey v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9089
*Carmen Allen v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9090
*Kathlyn Ditch, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9091
*Maria Arroyo v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9266
*Bartolomeo Coppolella, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9268
*Teresa Castro v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9269

- 2 -

**MDL-1348 Attachment B (Continued)**

<u>Central District of California</u> (Continued)

*Beverly Rubolino v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9270
*Joan Bennett Noriega v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9484
*Joseph Rosin, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9485
*Theodore Friedman v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9486
*Raymond Thiel, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9487
*Dianna Gould, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9488
*Patricia Ann Sabetta, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9489
*Deborah B. Truncale, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9490
*Wanda Jane Dejoe v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9522
*Ronald T. Ross, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9523
*Eileen Stogdell v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9524
*Henry Kupihea v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:03-9525
*Esther Luz, etc. v. Warner-Lambert Co., et al.*, C.A. No. 2:03-9526
*Judy Ryan, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 2:04-408

<u>Eastern District of California</u>

*Angie Rodriguez v. Warner-Lambert Co., LLC*, C.A. No. 1:03-6629
*Abigail Rodriguez v. Warner-Lambert Co.*, C.A. No. 1:03-6630
*Kathleen Taylore v. Warner-Lambert Co., et al.*, C.A. No. 1:03-6649
*Audie Barbee v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6678
*Ethel Hulsey, et al. v. Warner-Lambert Co., LLLC., et al.*, C.A. No. 1:03-6679
*Alan Smith v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6680
*Mary Wildt v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6681
*Bettie Hottie, etc. v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6682
*Wanda Parks v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6683
*Robert Hammer v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6684
*Gladys Russell, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6685
*Diana Hancock v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6686
*Socorro Rubio v. Warner-Lambert Co., et al.*, C.A. No. 1:03-6687
*Edward Romanoff v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6688
*Jeffrey Levine v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6689
*ElmerBanuelos v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6690
*Judy Hoff v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6691
*Mary Gonzalez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6692
*Lavon Gardner, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6693
*Elnora Marie Dunham, etc. v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6736
*Willie Smith v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6777
*Donna Pomarco v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6778

- 3 -

**MDL-1348 Attachment B (Continued)**

Eastern District of California (Continued)

*Mary Ann Peebles v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6779
*Susan Broda, etc. v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6780
*Opal Jones v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6781
*Clara Montgomery v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6782
*Weldon Jones, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6783
*Claude Jones v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6784
*Claudia Knight v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6785
*David Kirkbridge v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6786
*Mary Christine Jackson v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6787
*Gary Selling v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6788
*Harold O'Neil v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6789
*Karen Kofron v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6790
*Pamela J. Baker, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6791
*Karen Naef v. Warner-Lambert Co., LLC., et al.*, C.A. No. 1:03-6792
*Denise Walton v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6793
*Richard Mitchell, Sr. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6794
*Lyle Ross, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6795
*Janetta Patton v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6796
*James E. Posey v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6797
*Debra Ramirez, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6798
*Ygnacio Espinoza v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6799
*Hilaria De La Fuente, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6800
*Tonie Hill v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6801
*Lynne Gil, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6802
*Sandra Howe v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6803
*Shirley Jean Paulk v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6804
*Frank Vargas v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6805
*Filomena Togonon, et al. v. Warner-Lambert Co., LLC.,et al.*, C.A. No. 1:03-6806
*Zulee Spurlock v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6828
*Clementh Monks v. Warner-Lambert Co., et al.*, C.A. No. 1:03-6829
*Ronnie Jackson, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6857
*Gaylon Newsome, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6858
*Keith Tiger v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6859
*John Adler, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6860
*Herbert Holt v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6861
*Kerry Rush, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6862
*Thomas J. Connors, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6863
*Rose Cornejo, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6864
*Hazel Clifton v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6884
*Kelton Brewer v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6885
*Louie Zuniga, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6886
*Peira Whent v. Warner-Lambert Co., LLC, et al.*, C.A. No. 1:03-6887

- 4 -

**MDL-1348 Attachment B (Continued)**

Eastern District of California (Continued)

Ronald L. Smith v. Warner-Lambert Co., LLC, et al., C.A. No. 1:03-6888
Robert W. Snowden v. Warner-Lambert Co., LLC, et al., C.A. No. 1:03-6889
Alfonso Luis Del Angel, Jr. v. Warner-Lambert Co., LLC, et al., C.A. No. 1:03-6890
Judy Ruddock v. Warner-Lambert Co., LLC, et al., C.A. No. 1:03-6891
Edwin Anthonijsz v. Warner-Lambert Co., LLC, et al., C.A. No. 1:03-6892
Veronica Olmos v. Warner-Lambert Co., LLC, et al., C.A. No. 1:03-6893
Mary Grassi v. Warner-Lambert Co., et al., C.A. No. 1:03-6894
Melvin Roy Castello v. Warner-Lambert Co., LLC, et al., C.A. No. 1:03-6895
Betty Capps v. Warner-Lambert Co., LLC, et al., C.A. No. 1:03-6896
Elnora Cole v. Warner-Lambert Co., LLC, et al., C.A. No. 1:03-6897
Jon Graham, et al. v. Warner-Lambert Co., LLC, et al., C.A. No. 1:03-6936

Northern District of California

Kathi Muller v. Warner-Lambert Co., et al., C.A. No. 3:03-5000
Richard Perry v.  Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5001
Lena Fowler v. Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5109
Jodie Loyd v. Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5110
George Butler v. Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5139
Romesh Glover, et al. v. Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5148
Pernicia Thames v. Warner-Lambert Co., et al., C.A. No. 3:03-5405
Susan Ann Werre v. Warner-Lambert Co., LLC., et al., C.A. No. 3:03-5419
Alice Andrade v. Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5627
Marcellus D. Sykes, Jr., et al. v. Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5649
Judy Elain Washington v. Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5650
Yolanda Mueller v. Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5651
Johnnie Ferrell v. Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5735
Mary Matthews Hilliard v. Warner-Lambert Co., LLC, et al., C.A. No. 3:03-5736
Joseph Aiello, et al. v. Warner-Lambert Co., LLC, et al., C.A. No. 4:03-5149
Mary Davenport v. Warner-Lambert Co., LLC, et al., C.A. No. 4:03-5737
Amelia Reynolds v. Warner-Lambert Co., LLC, et al., C.A. No. 4:03-5738
Edward A. Carpenter v. Warner-Lambert Co., LLC, et al., C.A. No. 4:03-5739
Sharron Jacobs v. Warner-Lambert Co., LLC, et al., C.A. No. 4:03-5740
Joetta Phelen v. Warner-Lambert Co., LLC., et al., C.A. No. 5:03-5253
Deborah Palemieri v. Warner-Lambert Co., LLC., et al., C.A. No. 5:03-5254
John S. Corson v. Warner-Lambert Co., LLC, et al., C.A. No. 5:03-5652
Jennie Phillips v. Warner-Lambert Co., LLC, et al., C.A. No. 5:03-5653

**MDL-1348 Attachment B (Continued)**

Southern District of California

*Darold Jones, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2242
*David Sides, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2277
*Donald Ruthenberg v. Warner-Lambert Co., et al.*, C.A. No. 3:03-2279
*Lucille Aguero v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2290
*Phillip Staples v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2301
*Beverly Hamilton, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2302
*Marie Tambash, et al. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2303
*Dorothy Hawk v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2304
*Susan Conrad, et al. v. Warner-Lambert Co., et al.*, C.A. No. 3:03-2305
*Maria Ramirez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2306
*Milka Vladic, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2307
*Lorna Valerio v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2308
*Rebecca Mason v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2309
*Eloy Compean v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2310
*Bryon Harbert v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2311
*Vanessa McClinton v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2312
*Willem Kram, etc. v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2313
*Maria Vazcones v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2314
*John Kremensky v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2315
*Mercedes Hernandez v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2316
*George Gentile v. Warner-Lambert Co., LLC, et al.*, C.A. No. 3:03-2317

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (effective April 2, 2001). Rule 16.1(g) allows a maximum of twenty minutes for oral argument in each matter. In most cases, however, less time is necessary for the expression of all views and the Panel reserves the prerogative of reducing the time requested by counsel. Accordingly, counsel should be careful not to overstate the time requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. See generally In re "East of the Rockies" Concrete Pipe Antitrust Cases, 302 F. Supp. 244, 255-56 (J.P.M.L. 1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)     Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)     Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)     No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
       (i)     the dispositive issue(s) have been authoritatively decided; or
      (ii)     the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)     In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)     Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)     Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)     Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)      So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)      After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.