MDL 1358

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 0 2004

FILED
CLERK'S OFFICE

| | |
|---|---|
| IN RE: | : |
| | : MDL Docket No. 1358 |
| METHYL-TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION | : |

PLEADING NO. 149

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 5.3(A)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for Lyondell Chemical Company, individually and formerly known as Lyondell Petrochemical Company and formerly known as Arco Chemical Company (Lyondell"), sets out this Disclosure Statement. Defendant Lyondell, states that it has no parent corporation. The following entities each own more than 10% of Lyondell's outstanding stock: Occidental Petroleum Corporation, FMR Corp. and Capital Research and Management Company.

Respectfully submitted,

*[signature]*

Alan J. Hoffman
Laurence S. Shtasel
BLANK ROME LLP
One Logan Square
Philadelphia, PA  19103
(215) 569-5505
(215) 832-5505 (Facsimile)

Attorneys for Defendant:
Lyondell Chemical Company

Dated: April 2, 2004

**IMAGED APR 20 '04  OFFICIAL FILE COPY**

014580.00690/21260973v1

## MDL SERVICE LIST

Samuel J. Abate, Jr.
McCarter & English LLP
300 Park Avenue, 18th Floor
New York, NY 10022-7402
(212) 609-6805
(212) 935-1893 (fax)
Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL 32822
(407) 275-7253

Carolyn G. Anderson
Zimmerman Reed PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
(612) 341-0400
(612) 341-0844 (fax)
Attorneys for Plaintiff City of Rockport

Jon D. Anderson
Michele D. Johnson
Latham & Watkins LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA 92626-1918
(714) 540-1235
(714) 755-8290 (fax)
Attorneys for Tosco Corporation and ConocoPhillips Company

M. Scott Barrett
Barrett & Associates
520 North Walnut Street
P.O. Box 5233
Bloomington, IN 47407-5233
(812) 336-4664
(812) 337-8850 (fax)
Attorneys for Plaintiff City of Rockport

Paul S. Aronowitz
Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Suite 305
Auburn, CA 95603
(530) 823-9736
(530) 823-5241 (fax)
Attorneys for Nella Oil Company LLC

Mark S. Baldwin
Brown Rudnick Berlack & Israels LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3402
(860) 509-6514
(860) 509-6501 (fax)
Attorneys for Koch Industries Inc.

Dan H. Ball
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2200
(314) 259-2020 (fax)
Attorneys for Premcor Refining Group

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, and Mobil Corporation and Mobil Oil Corporation

Rebecca J. Bernstein
ATOFINA Chemicals, Inc.
2000 Market Street
Philadelphia PA 19103
(215) 419-5415
(215) 419-7933 (fax)
Attorneys for Total Holdings USA, Inc. formerly known as Total Fina Elf

William W. Barrett
Williams Hewitt & Robbins LLP
600 N. Emerson Avenue
Greenwood, IN 46143
(317) 888-1121
(318) 887-4669 (fax)
Attorneys for Plaintiff City of Rockport

Charles F. Becker
Belin Lamson McCormick Zumbach Flynn
Financial Center
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
(515) 283-4609
(515) 558-0609 (fax)
Attorneys for Koch Industries, Inc.

Peter G. Beeson
Devine Millimet & Branch
111 Amherst Street
P. O. Box 719
Manchester, NH 03105
(603) 669-1000
(603) 669-8547 (fax)
Attorneys for Sunoco, Inc. (R&M)

Peter A. Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800
(212) 446-4900 (fax)
Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC

Elizabeth L. Bevington
Holland & Knight LLP
P.O. Box 810
Tallahassee, FL 32302-0810
(850) 224-7000
(850) 224-8832 (fax)
Attorneys for Exxon Mobil Chemical Company, Inc., individually and formerly known as Mobil Chemical Company, Inc., Exxon Mobil Corporation, individually and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), and Exxon Mobil Oil Corporation, individually and formerly known as Mobil Oil Corporation

Anthony A. Bongiorno
McDermott Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4044
(617) 535-3800 (fax)
Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation

F. Wesley Bowers
Bowers Harrison LLP
25 N.W. Riverside Drive, 2nd Floor
P. O. Box 1287
Evansville, IN 47706-1287
(812) 426-1231
(812) 464-3676 (fax)
Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.

Thomas Constabile
McMillan Constabile LLP
2180 Boston Post Road
Larchmont, NY 10538
(914) 834-3500
(914) 834-0620 (fax)
Attorneys for Star Supply Petroleum Inc.

---

Timothy F. Burr
Galloway Johnson Tompkins Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850) 934-3800
(850) 934-3848 (fax)
Attorneys for Central Florida Pipeline Corp.

Chelsea Sandwich, LLC
800 South Street
Waltham, MA 02254-9161

Roxanne Conlin
Conlin & Associates PC
319 7th Street, Suite 600
Des Moines, IA 50309
(515) 283-1111
(515) 282-0477 (fax)
Attorneys for Plaintiffs City of Galva, City of Sioux City, City of Ida Grove

Angelo A. Cuonzo
Slowinski Atkins & Czyz LLP
One Newark Center, 14th Floor
Newark, NJ 07102
(973) 824-0900
(973) 824-8009 (fax)
Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL 32501
(850) 434-9999
(850) 438-8979 (fax)
Attorneys for Plaintiff Escambia County Utilities Authority

David J. Crotta, Jr.
Francis J. Drumm, III
Robert G. Oliver
Mulvey Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06511
(203) 624-5111
(203) 789-8371 (fax)
Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH 03301
For El Paso Merchant Energy Petroleum

Mindy G. Davis
Howrey Simon Arnold & White LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800
(202) 383-6610 (fax)
Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company and El Paso Corporation

George A. Dagon, Jr.
Murtha Cullina LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 240-6000
(860) 240-6150 (fax)
Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC

Barry R. Davidson
Hunton & Williams LLP
1111 Brickell Avenue, Suite 2500
Miami, FL 33131-3136
(305) 810-2500
(305) 810-2460 (fax)
Attorneys for Koch Industries, Inc.

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA 30339-5673
Attorneys for Chevron

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Ste. 4000
El Segundo, CA 90245
Corporate Secretary for Unocal Corp.

Brendan M. Dixon
Unocal Corporation
376 S. Valencia Avenue
Brea, CA 90245
(714) 577-2933
(714) 577-2980 (fax)
Attorneys for Unocal Corporation, Union Oil Company of California

Jennifer M. DelMonico
Murtha Cullina LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704-A
New Haven, CT 06503-0704
(203) 772-7700
(203) 772-7723 (fax)
Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC

Michael DeMarco
Daniel E. Rosenfeld
Kirkpatrick & Lockhart LLP
75 State Street
Boston, MA 02109
(617) 261-3100
(617) 261-3175 (fax)
Attorneys for ConocoPhillips Company

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)
Attorneys for Koch Industries, Inc.

Joseph G. Eaton
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 231-7705
(317) 231-7433 (fax)
Attorneys for Koch Industries, Inc.

Robert P. Doty
Alicia Vaz
Cox, Castle & Nicholson LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
(415) 392-4200
(415) 392-4250 (fax)
Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc., Northridge Petroleum Marketing U.S., Inc.

Colleen P. Doyle
Diana Pfeffer Martin
Catherine M. Stites
Bingham McCutchen LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
(213) 680-6400
(213) 680-6499 (fax)
Attorneys for Exxon Mobil Corporation, Mobil Corporation, Tesoro Refining and Marketing, Inc.

John V. Dwyer
Winer & Bennett LLP
110 Concord Street
P.O. Box 488
Nashua, NH 03061-0488
(603) 882-5157
(603) 882-2694 (fax)
Attorneys for Exxon Mobil Corp., Exxon Mobil Oil Corp.

John J. Fanning
Cullen & Dykman LLP
177 Montague Street
Brooklyn, NY 11201
(718) 780-0085
(718) 935-1509 (fax)
Attorneys for Getty Petroleum Marketing Inc. and Getty Terminals Corporation

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH 03801
(603) 373-2004
(603) 433-6372 (fax)
Attorneys for Lyondell Chemical Company

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)
Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA 02453

John C. Gillespie
Joseph J. McGovern
Parker McCay & Criscuolo P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ 08053
(856) 596-8900
(856) 596-9631 (fax)
Attorneys for Plaintiffs in New Jersey American Water Company, Inc., et al.

Bruce W. Felmly
McLane Graf Raulerson & Middleton
900 Elm Street
P.O. Box 326
Manchester, NH 03105-0326
(603) 625-6464
(603) 625-5650 (fax)
Attorneys for Irving Oil Limited and Irving Oil Corporation

Jeffrey L. Fillerup
Luce Forward Hamilton & Scripps LLP
Two Rincon Center
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
(415) 356-4600
(415) 356-4610 (fax)
Attorneys for Pacific Southwest Trading

Heather M. Fusco
Beveridge & Diamond PC
477 Madison Avenue
New York, NY 10022
(212) 702-5400
(212) 702-5450 (fax)
Attorneys for Sunoco, Inc.

Frank M. Grenard
Whitfield & Eddy PLC
317 6th Avenue, Suite 1200
Des Moines, IA 50309-4195
(515) 288-6041
(515) 246-1474 (fax)
Attorneys for Alon USA Energy, Inc., Alon USA, LP, Fina Oil and Chemical Company, Total Holdings USA, Inc. (erroneously named as Total Fina Elf), Diamond Shamrock Refining and Marketing, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Colorado Refining Company, Valero Refining Company Louisiana, Valero Refining Company Texas, Valero Refining Company New Jersey, Conoco, Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips Company, Phillips Petroleum Company n/k/a ConocoPhillips Company, and Tosco Refining Company, n/k/a ConocoPhillips

Robert J. Gordon
Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY 10038
(212) 558-5500
(212) 344-5461 (fax)
Attorney for Plaintiffs Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority, City of Galva, City of Sioux City, City of Ida Grove, City of Rockport, Town of Duxbury, et al., New Jersey American Water Company, et al., and Water Authority of Great Neck North

Steven M. Gordon
Shaheen & Gordon PA
Two Capital Plaza
P.O. Box 2703
Concord, NH 03302-2703
(603) 225-7262
(603) 225-5112
Attorneys for Ultramar Energy, Inc., Ultramar Limited, Valero Energy Corp., Valero Marketing & Supply Company

Steven M. Greenspan
Day Berry & Howard LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Attorneys for Inland Fuel Terminals Inc.

John S. Guttmann
Beveridge & Diamond, PC
1350 I Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000
(202) 789-6190 (fax)
Attorneys for Sunoco Inc.

J. Clifford Gunter, III
Tracie J. Renfroe
M. Coy Connelly
Mike Dimnore
Bracewell & Patterson LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002
(713) 223-2900
(713) 221-1212 (fax)
Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero- Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining Company Texas, Ultramar Energy Inc.

David S. Hardy
Dorit S. Heimer
Levett Rockwood PC
33 Riverside Avenue
P. O. Box 5116
Westport, CT 06881
(203) 222-0885
(203) 226-8025 (fax)
Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company, El Paso Corporation, Marathon Ashland Petroleum LLC, Marathon Oil Corporation, Sunoco Inc.

Matthew T. Heartney
Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
(213) 243-4199 (fax)
Attorneys for Atlantic Richfield Company, BP Products North America, Inc.

Larry G. Gutz
Moyer & Bergman PLC
2720 1st Avenue, NE
Cedar Rapids, IA 52402-1943
(319) 366-7331
(319) 366-3668 (fax)
Attorneys for Fauser Oil Co., Inc.

Jeffrey R. Hellman
Zeisler & Zeisler PC
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
(203) 367-9678 (fax)
Attorneys for New Haven Terminal Inc.

Robert P. Doty
Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
(415) 392-4200
(415) 392-4250 (fax)
Attorneys for Duke Energy Merchants, LLC; Duke Energy Trading and Marketing, LLC; Duke Energy Merchants California, Inc.; and Northridge Petroleum Marketing U.S., Inc.

Peter W. Heed, Attorney General
Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH 03301-6397
Attorneys for Plaintiff State of New Hampshire

Donna Nelson Heller
Finn Dixon & Herling LP
One Landmark Square, Suite 1400
Stamford, CT 06901
(203) 325-5000
(203) 348-5777 (fax)
Attorneys for Lyondell Chemical Company

William J. Kayatta, Jr.
Pierce Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)
Attorneys for Lyondell Chemical Company

Joseph C. Kearfott
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8200
(804) 788-8218 (fax)
Attorneys for Koch Industries Inc.

Frederic R. Klein
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL 60603-5802
(312) 201-4000
(312) 332-2196 (fax)
Attorneys for Unocal Corp. and Union Oil Company of California

Hojoon Hwang
William D. Temko
Munger Tolles & Olson LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)
Attorneys for Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc., Equilon Enterprises LLC

Vivian Imperial for
Equiva Services, LLC
Westport Petroleum, Inc.
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA 90017

Peter R. Knight
LeBoeuf Lamb Greene & MacRae LLP
225 Asylum Street
Hartford, CT 06103
(860) 293-3550
(860) 293-3555 (fax)
Attorneys for Getty Petroleum Marketing Inc.

Ben M. Krowicki
Eric H. Gaston
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2926
(860) 240-2818 (fax)
Attorneys for Crown Central Petroleum Corp., Tesoro Petro Corporation, Tesoro Refining and Marketing and Tesoro West Coast

J. Andrew Langan
Mark S. Lillie
R. Chris Heck
Kirkland & Ellis LLP
200 East Randolph Drive, Suite 6100
Chicago, IL 60601-6636
(312) 861-2000
(312) 861-2200 (fax)
Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC

Trenten D. Klingerman
Stuart & Branigin LLP
The Life Building, Suite 800
600 Main Street
P.O. Box 1010
Lafayette, IN 47902
(765) 423-1561
(765) 742-8175 (fax)

Brian M. Ledger
Rudy R. Perrino
Gordon & Rees LLP
101 West Broadway, Suite 1600
San Diego, CA 92101-3541
(619) 696-6700
(619) 696-7124 (fax)
Attorneys for Kern Oil & Refining Co.

Steven L. Leifer
Baker Botts LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)
Attorneys for Marathon Ashland Petroleum LLC and Marathon Oil Corporation

Scott L. Long
Brown Winick Graves Gross Baskerville and Schoenebaum PLC
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
(515) 242-2400
(515) 283-0231 (fax)

Andrew Lapayowker
Vice President, General Counsel and Secretary
Crown Central Petroleum Corporation
One North Charles Street (21201)
P.O. Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)
Attorneys for Crown Central Petroleum Corporation

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
1180 Iron Point Road, Suite 145-B
Folsom, CA 95630
(916) 985-4400
(916) 985-0100 (fax)
Attorneys for New West Petroleum and New West Petroleum LLC

Joseph W. Martini
Karen Mignone
Paul J. Hogan
Amy McCallan
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890-1436
(203) 319-4000
(203) 259-0251 (fax)
Attorneys for Premcor Refining Group

John McGahren
Kristi Midboe Miller
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)
Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000
(617) 482-3868 (fax)
Attorneys for Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc., BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.)

Duane C. Miller
Miller & Sawyer
1651 Response Road, Second Floor
Sacramento, CA 95815
(916) 927-8600
(916) 927-9267 (fax)
Attorneys for Plaintiff City of Fresno

Jeffrey W. Moryan
Connell Foley LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
(973) 535-9217 (fax)
Attorneys for Motiva Enterprises LLC

Karen T. Moses
J. Stephen Bennett
Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 (fax)
Attorneys for Lassus Bros. Oil, Inc.

Neal L. Moskow
Valerie J. Payne
Ury & Moskow LLC
888 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393
(203) 610-6399 (fax)
Attorneys for Plaintiffs Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc.

Matthew F. Medeiros
Little Bulman Medeiros & Whitney PC
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195 or (401) 490-6918 (fax)
Attorneys for CITGO Petroleum Corp.

Samuel P. Moulthrop
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
(973) 538-1984 (fax)
Attorneys for Koch Industries, Inc.

Charles T. O=Brien
225 High Ridge Road
Stamford, CT 06905
(203) 978-6988
(203) 978-6952 (fax)
Attorneys for StatOil Marketing and Trading (US) Inc.

W. Scott O'Connell
Nixon Peabody LLP
889 Elm Street
Manchester, NH 03101-2019
(603) 628-4000
(603) 628-4087 (fax)
Attorneys for StatOil Marketing and Trading (US) Inc.

---

Peter W. Mosseau
Jeffrey A. Meyers
Nelson Kinder Mosseau & Saturley PC
99 Middle Street
Manchester, NH 03101
(603) 647-1800
(603) 647-1900 (fax)
Attorneys for CITGO Petroleum Corp.

James A. Pardo
Peter J. Sacripanti
Stephen J. Riccardulli
McDermott Will & Emery
50 Rockefeller Plaza
New York, NY 10020-1605
(212) 547-5400
(212) 547-5444 (fax)
Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation

William L. Parker
Fitzhugh Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)
Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P. O. Box 1271
Pensacola, FL 32502-1271
(850) 433-6581
(850) 434-5856 (fax)
Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemicals Co. LP

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Ste. A
P. O. Box 3546
Tallahassee, FL 32315-3546
Attorneys for McKenzie Service Co., Inc.

Matthew F. Pawa
Law Offices of Matthew F. Pawa, PC
1280 Centre Street, Suite 230
Newton Center, MA 02459
(617) 641-9550
(617) 641-9551 (fax)
Attorneys for Plaintiff State of New Hampshire

Barry Richard
Greenberg Traurig PA
101 East College Avenue
P.O. Drawer 1838
Tallahassee, FL 32302
(850) 222-6891
(850) 681-0207 (fax)
Attorneys for ConocoPhillips Company, individually and as successor-in-interest to Conoco, Inc. and Phillips Petroleum Company and d/b/a Phillips 66 Company, Tosco Corporation, individually and a/k/a Tosco Refining Company and a/k/a Tosco Marketing Company

Lawrence P. Riff
Steptoe & Johnson LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
(213) 439-9599 (fax)
Attorneys for Lyondell Chemical Company

Marc A. Rollo
Frank D. Allen
Carlos M. Bollar
Archer & Greiner PC
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
(856) 795-0574 (fax)
Attorneys for Exxon Mobil Chemical Company, Inc. (individually and f/k/a Mobil Chemical Company, Inc.), Exxon Mobil Corporation [individually and as successor-in-interest to Exxon Corporation and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), Exxon Mobil Oil Corporation (individually and f/k/a Mobil Oil Corporation), Exxon Mobil Pipeline Company

Lauren E. Rosenblatt
Hunton & Williams LLP
200 Park Avenue
New York City, NY 10166-0136
(212) 309-1000
(212) 309-1100 (fax)
Attorneys for Koch Industries, Inc.

C. Joseph Russell
Bose McKinney & Evans LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (fax)
Attorneys for Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., Mobil Corporation

Marc M. Seltzer
David C. Marcus
Susman Godfrey LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
310-789-3100
310-789-3150 (fax)
Attorneys for ARCO Chemical Company, Lyondell Chemical Company

Richard M. Sandman
Rodman Rodman & Sandman PC
442 Main Street, Suite 300
Malden, MA 02148-5122
(781) 322-3720
(781) 324-6906 (fax)
Attorneys for Plaintiffs in Town of Duxbury, et al.

Daniel P. Scapellati
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
(860) 548-0006 (fax)
Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining Company Texas

Fred E. Schulz
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive
Chicago, IL 60606-1229
(312) 201-2658
(312) 201-2555 (fax)
Attorneys for Lyondell Chemical Company

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-3826 (fax)
Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation

Andrew W. Serell
Rath Young & Pignatelli
One Capital Plaza
P.O. Box 1500
Concord, NH 03302-1500
(603) 226-2600
(603) 226-2700 or (603) 228-2294 (fax)
Attorneys for Chevron Texaco Corp., Chevron U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil Co., Texaco Refining & Marketing, Inc.

Victor M. Sher
Sher Leff LLP
450 Mission Street, Suite 500
San Francisco, CA 94105
(415) 348-8300
(415) 348-8333 (fax)
Attorneys for Plaintiffs California-American Water Company and State of New Hampshire

Charles Siddons
McMillan Constabile LLP
777 Summer Street
Stamford, CT 06901
Attorneys for Star Supply Petroleum, Inc.

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY 11753
(516) 478-5451
(516) 478-5490 (fax)
Attorneys for Getty Properties Corp.

Jeffrey G. Stark
Meyer Suozzi English & Klein PC
1505 Kellum Place
Mineola, NY 11501
(516) 741-6565
(516) 741-6706 (fax)
Attorneys for Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum Inc., Shell Trading (US) Company, Texaco Refining & Marketing (East) Inc.

Thomas J. Smith
Galloway Johnson Tompkins Burr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA 70139-4004
(504) 525-6802
(504) 525-2456 (fax)
Attorneys for Central Florida Pipeline Corp.

Donald M. Snemis
Ice Miller
One American Square
P. O. Box 82001
Indianapolis, IN 46282
(317) 236-2100
(317) 236-2219 or (317) 592-4765 (fax)

Robert K. Stanley
Melissa M. Hinds
Baker & Daniels
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
(317) 237-0300
(317) 237-1000 (fax)
Attorneys for Countrymark Cooperative, LLC, successor by merger to Countrymark Cooperative, Inc.

P. Scott Summy
Baron & Budd PC
3102 Oak Lawn Avenue
The Centrum Building, Suite 1100
Dallas, TX 75219
(214) 521-3605
(214) 520-1181 (fax)
Attorneys for Plaintiffs California-American Water Company, Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority, City of Galva, City of Sioux City, City of Ida Grove, City of Rockport, Town of Duxbury, et al., New Jersey American Water Company, et al., and Water Authority of Great Neck North

Anthony J. Stoik
Klass Stoik Mugan, et al.
627 Fourth Street, Suite 300
P. O. Box 327
Sioux City, IA 51102
(712) 252-1866
(712) 252-5822 (fax)
Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical, Inc.

Shaun S. Sullivan
Wiggin & Dana LLP
One Century Tower
265 Church Street
P. O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)

Martha Van Oot
Orr & Reno PA
One Eagle Square
P. O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
(603) 224-2318 (fax)
Attorneys for Plaintiff State of New Hampshire

Stephen L. Tober
Tober Law Offices
381 Middle Street
P.O. Box 1377
Portsmouth, NH 03802
(603) 431-1003
(603) 431-9426 (fax)
Attorneys for ConocoPhillips Company

Owen J. Todd
Kathleen M. Genova
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(617) 720-2626 (fax)
Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.

Mark E. Tully
Goodwin Procter LLP
Exchange Place, Second Floor
Boston, MA 02109-2881
(617) 570-1000
(617) 523-1231 (fax)
Attorneys for Gulf Oil Corporation and Gulf Oil Limited Partnership

Robert V. Waterman, Jr.
Lane & Waterman LLP
220 North Main Street, Suite 600
Davenport, IA 52801
(563) 324-3246
(563) 324-1616 (fax)
Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.

Richard E. Wallace, Jr.
Peter C. Condron
Wallace King Marraro & Branson PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc., Star Enterprise

Joseph P. Williams
Paul D. Sanson
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5127
(860) 251-5600 (fax)
Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S. and Shell Petroleum Inc.

John J. Wasilczyk
Allison N. Shue
David L. Schrader
Michael T. Zarro
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
(213) 612-2500
(213) 612-2501 (fax)
Attorneys for Chevron U.S.A. Inc., Texaco Inc., Chevron Texaco Corporation, Chevron Environmental Services Company

Craig H. Zimmerman
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000
(312) 984-7700 (fax)
Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.

Lynn Wright
Edwards & Angell LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
(212) 308-4844 (fax)
Attorneys for Unocal Corporation