

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 21 2004

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:<br><br>METHYL BUTYL TERTIARY ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1358<br><br>This Document Relates to *The People of the State of California, et al., v. Atlantic Richfield Co., et al.,* Case No. 03-2653 (E.D. Cal.)<br><br>REPLY BRIEF BY THE PEOPLE OF THE STATE OF CALIFORNIA IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-5) |

Certain defendants to this action have filed a consolidated response opposing the motions filed by the People of the State of California ("the People") and the other plaintiffs in this action to vacate Conditional Transfer Order Five ("CTO-5"), and opposing similar motions made by other plaintiffs and defendants in other actions falling under the same order. Insofar as the arguments regarding the applicability of 28 U.S.C. § 1407 are concerned the People join in the consolidated reply to be filed by the other plaintiffs subject to CTO-5. The People write separately to address the arguments concerning sovereign immunity raised by the defendants.

The defendants in their consolidated opposition have chosen not to discuss - let alone distinguish - *Hans v. Louisiana* (1890) 134 U.S. 1, 10 S.Ct. 504, 33 L.Ed. 842 and its progeny. Ignoring precedent, however, will not make it go away.

OFFICIAL FILE COPY

IMAGED APR 22 '04

It is the essence of sovereign immunity that a sovereign cannot be brought before the bar of a court without its consent. As James Madison stated, "[i]t is not in the power of individuals to call any State into court," and as John Marshall added, "I hope that no gentleman will think that a State will be called at the bar of the federal court. . . . It is not rational to suppose that the sovereign power should be dragged before a court." *Hans,* 134 U.S. at 14. Yet that is precisely what the defendants are attempting to do here.

In the course of two paragraphs[1] the defendants raise two arguments in support of this usurpation of power: first, the weight of authority holds that the Eleventh Amendment does not protect sovereigns who are plaintiffs, and second, precedent established by the Judicial Panel on Multidistrict Ligitation ("JPML" or "the Panel") bars attempts by sovereigns to "seek special treatment."

Insofar as the first of these arguments is concerned the People already discussed at some length the reasons why the cases cited by defendants - *Oklahoma ex rel Edmondson v. Magnolia Marine Transport Co.*, 359 F.3d 1237 (10th Cir. February 24, 2004) and *Illinois v. City of Milwaukee*, 406 U.S. 91, 92 S.Ct. 1385, 31 L.Ed. 2d 712 (1972) - are either inapposite or inapplicable, and we won't repeat that discussion here. Suffice it to say that if the issue before this Panel was solely whether the Eleventh Amendment *per se* immunized the People the defendants would prevail - the Eleventh Amendment by its terms does not extend to suits brought *by* sovereigns. As *Hans* and its progeny have made abundantly clear, however, the concept of sovereign immunity is broader and deeper than the "mere letter" of the Eleventh Amendment. Attempts to limit the scope of that immunity to the "mere letter" of the Eleventh Amendment have been rejected time after time by the Supreme Court.

Insofar as the second of defendants' arguments is concerned the People cheerfully plead guilty to the charge of seeking "special treatment." It is, however, treatment to which the People as sovereign are entitled, and we must insist upon it. A sovereign exercising its police powers is not similarly situated to other civil litigants and should not be treated as if it were. The defendants argue that the Panel "has rejected similar attempts by States to seek special

---

1. At pages 19-20 and 29 of their consolidated brief. These two paragraphs constitute the entirety of defendants' discussion of the merits of the subject.

2

treatment"[2/] and cite two cases - *In re Armored Car Antitrust Litigation*, 462 F.Supp. 394 (JPML 1978) and *In re Oil Spill by the "Amoco Cadiz" Off the Coast of France on March 16, 1978*, 471 F.Supp. 473 (JPML 1979). These cases are not, however, "similar" at all. In both cases the sovereign involved - the State of Maryland in the former and the Republic of France in the latter - *brought suit in federal court*. These sovereigns may not have been happy with the specific district ultimately chosen by the Panel but both clearly invoked the jurisdiction of the federal judiciary in the first place. Neither sovereign raised Eleventh Amendment and/or sovereign immunity claims. These cases are of no utility in deciding the issues in this case, where the People brought suit in *state* court and have expressly rejected the jurisdiction of this or any other federal court.

Clearly the defendants are of the mind that litigating this case in New York will be convenient - for them. This doubtless explains why they have chosen to essentially ignore the awkward fact that this Panel simply does not have the authority to order this party anywhere - let alone across the country. Sovereign immunity, however, trumps convenience. As the Supreme Court recently observed in *Federal Maritime Commission v. South Carolina State Ports Authority*, 535 U.S. 743, 769, 122 S.Ct. 1864, 152 L.Ed. 2d 962 (2002):

> While some might complain that our system of dual sovereignty is not a model of administrative convenience, ... that is not its purpose. Rather, "the 'constitutionally mandated balance of power' between the States and the Federal Government was adopted by the Framers to ensure the protection of 'our fundamental liberties.'" [citation] By guarding against encroachments by the Federal Government on fundamental aspects of state sovereignty, such as sovereign immunity, we strive to maintain the balance of power embodied in our Constitution and thus to "reduce the risk of tyranny and abuse from either front." [citation].

The People of the State of California respectfully renew our request that this Panel deny the defendants' motion to transfer this case to New York, and respectfully renew our motion that this Panel vacate CTO-5. Allow this sovereign to prosecute this action in the court and manner of its choosing - rather than at the dictate of those who have polluted its waters.

---

2. At page 29.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | DATED: 4/20, 2004 | JAN SCULLY, DISTRICT ATTORNEY |
| 4 | | ALBERT LOCHER, Assistant Chief Deputy District Attorney |

By: _____
RUSS DETRICK
Supervising Deputy District Attorney
Consumer & Environmental
Protection Division, Sacramento Office
of the District Attorney
906 G Street, Suite 700
Sacramento, CA 95814
Telephone: (916) 874-6174
Facsimile: (916) 874-7660
Attorney for Plaintiff
The People of the State of California

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:<br><br>METHYL BUTYL TERTIARY ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1358<br><br>This Document Relates to *The People of the State of California, et al., v. Atlantic Richfield Co., et al.*, Case No. 03-2653 (E.D. Cal.)<br><br>Schedule CTO-5 (Rule 7.2(a)(ii)) |

SCHEDULE

(A)   Parties

The People of the State of California; Sacramento County Water Agency; Sacramento Groundwater Authority; Citrus Heights Water District; Del Paso Manor Water District; Fair Oaks Water District; Florin Resource Conservation District; Rio Linda Elverta Community Water District; San Juan Water District; California-American Water Company; City of Sacramento; Sacramento Suburban Water District v. Atlantic Richfield Company; BP Products North America, Inc.; ChevronTexaco Corporation; Chevron USA Inc.; Citgo Petroleum Corporation; ConocoPhillips Company; Equilon Enterprises LLC; Exxon Mobil Corporation; Shell Oil Company; Shell Oil Products U.S.; Tesoro Refining and Marketing Company; Texaco Refining and Marketing, Inc.; Ultramar, Inc.; Unocal Corporation, Individually and Formerly Known as Union Oil Company of California; Valero Energy Corporation; Lyondell Chemical

1

1  Company, Individually and Formerly Known as Arco Chemical Company; Circle K Stores Inc.;
2  7-Eleven, Inc.; and Does 1-1000, Inclusive.

3  (B)  District Court and Division
4        The Eastern District of California, Division Two
5  (C)  Civil Action Number
6        03-2653 GEB DAD
7  (D)  Judge Assigned
8        Hon. Garland E. Burrell, Jr.

10  DATED: 4/20/04, 2004

                        Respectfully submitted,
                        JAN SCULLY, DISTRICT ATTORNEY
                        ALBERT LOCHER,
                        Assistant Chief Deputy District Attorney

By: _____
     RUSS DETRICK
     Supervising Deputy District Attorney
     Consumer & Environmental
     Protection Division, Sacramento Office
     of the District Attorney
     906 G Street, Suite 700
     Sacramento, CA 95814
     Telephone: (916) 874-6174
     Facsimile: (916) 874-7660
     Attorney for Plaintiff
     The People of the State of California

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFICATE OF SERVICE

APR 21 2004

FILED
CLERK'S OFFICE

STATE OF CALIFORNIA            )
                               ) ss
COUNTY OF SACRAMENTO           )

I am a citizen of the United States and a resident of the County of Sacramento; I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 906 G Street, Suite 700, Sacramento, California, 95814.

On April 20, 2004, I served the foregoing document(s) described as:

**REPLY BRIEF BY THE PEOPLE OF THE STATE OF CALIFORNIA IN SUPPORT OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-5)**

on the party(s) in this action as follows:

☒ (Mail) placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Sacramento, California, to:

Please see attached Service List

☒ (By Federal Express) placing a true copy thereof enclosed in a sealed envelope, prepaid and deposited with the Federal Express carrier-box at Sacramento, California.

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

☐ (By Personal Service) delivering by hand and leaving a true copy with the person and/or secretary at the address shown above.

☐ (By Facsimile) placing a true copy thereof into a facsimile machine addressed as stated above to said person and thereafter confirming the receipt of same

☒ (Federal) I declare that I am employed in the office of the bar of this court at whose direction the service as made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 20, 2004, at Sacramento, California.

VALERIE CROW

---

1
MOTION TO VACATE CONDITIONAL TRANSFER ORDER (CTO-5), Case No. 03-cv-2653 GEB DAD

## MASTER CTO-5 SERVICE LIST

JON D ANDERSON
LATHAM & WATKINS
650 TOWN CENTER DR STE 2000
COSTA MESA CA 92626
**ATTORNEYS FOR TOSCO CORPORATION, CONOCOPHILLIPS COMPANY**

RONIT C BARRETT
EIMER STAHL KLEVON & SOLBERG LLP
224 S MICHIGAN AVENUTE STE 1100
CHICAGO IL 60604
**ATTORNEYS FOR CITGO PETROLEUM CORP., and CITGO REFINING and CHEMICAL INC.**

PATRICK E CAFFERTY JR
MUNGER TOLLES & OLSON
355 S GRAND AVE 35TH FL
LOS ANGELES CA 90071-1560
**ATTORNEYS FOR SHELL OIL COMPANY, SHELL OIL PRODUCTS US, TEXACO REFINING and MARKETING INC., EQUILON ENTERPRISES LLC**

LAWRENCE ALLEN COX
ARNOLD & PORTER
777 S FIGUEROA ST 44TH FL
LOS ANGELES CA 90017-2513
**ATTORNEYS FOR ATLANTIC RICHFIELD COMPANY, BP PRODUCTS NORTH AMERICA INC.**

MINDY G DAVIS
HOWREY SIMON ARNOLD & WHITE LLP
1299 PENNSYLVANIA AVE N W
WASHINGTON DC 20004-2402
**ATTORNEYS FOR AMERADA HESS CORPORATION, COASTAL EAGLE POINT OIL COMPANY, COASTAL MOBIL REFINING COMPANY, COASTAL STATES TRADING INC., COASTAL REFINING AND MARKETING, EL PASO CGP COMPANY and EL PASO CORPORATION**

CRAIG J DeRECAT
MANATT PHELPS & PHILLIPS
11355 W OLYMPIC BLVD
LOS ANGELES CA 90064-1614
**USA GASOLINE CORPORATION**

BRENDAN M DIXON
UNOCAL CORP
376 S VALENCIA AVE
BREA CA 92626
**ATTORNEYS FOR UNOCAL CORPORATION, UNION OIL COMPANY OF CALIFORNIA**

ROBERT P. DOTY, ESQ.
COX, CASTLE & NICHOLSON, LLP
555 MONTGOMERY STREET, 15TH FLOOR
SAN FRANCISCO, CA 94111-2585
**ATTORNEYS FOR DUKE ENERGY MERCHANTS LLC, DUKE ENERGY TRADING and MARKETING LLC, DUKE ENERGY MERCHANTS CALIFORNIA INC., NORTHRIDGE PETROLEUM MARKETING U.S. INC.**

COLLEEN P DOYLE
MCCUTCHEN DOYLE BROWN & ENERSEN
355 S GRAND AVE STE 4400
LOS ANGELES CA 90071-1560
**ATTORNEYS FOR EXXONMOBIL CORPORATION, MOBIL CORPORATION, TESORO REFINING and MARKETING INC.**

NATHAN P EIMER
EIMER STAHL KLEVON & SOLBERG
224 S MICHIGAN AVE STE 1100
CHICAGO IL 60603
**ATTORNEYS FOR CITGO PETROLEUM CORP., and CITGO REFINING and CHEMICAL INC.**

TAYLOR M FLORENCE
BULLIVANT HOUSER BAILEY ET AL
11335 GOLD EXPRESS DR STE 105
GOLD RIVER CA 95670-4491
**SIERRA ENERGY & TOMS SIERRA COMPANY**

PAMELA R HANEBUTT
EIMER STAHL KLEVON & SOLBERG LLP
224 S MICHIGAN AVE STE 1100
CHICAGO IL 60604
**ATTORNEYS FOR CITGO PETROLEUM CORP., and CITGO REFINING and CHEMICAL INC.**

MATTHEW T HEARTNEY
ARNOLD & PORTER LLP
777 S FIGUEROA ST 44TH FL
LOS ANGELES CA 90017
**ATTORNEYS FOR ATLANTIC RICHFIELD COMPANY, BP PRODUCTS NORTH AMERICA INC.**

ALAN J HOFFMAN JR
BLANK ROME LLP
ONE LOGAN SQUARE
18TH & CHERRY STREETS
PHILADELPHIA PA 19103-6998
**ATTORNEYS FOR ARCO CHEMICAL COMPANY, LYONDELL CHEMICAL COMPANY**

HOJOON HWANG
MUNGER TOLLES & OLSON LLP
33 NEW MONTGOMERY ST 19TH FL
SAN FRANCISCO CA 94105
**ATTORNEYS FOR SHELL OIL COMPANY, SHELL OIL PRODUCTS US, TEXACO REFINING and MARKETING INC., EQUILON ENTERPRISES LLC**

MICHELE D JOHNSON
LATHAM & WATKINS
650 TOWN CENTER DR., STE. 2000
COSTA MESA, CA 92626
**ATTORNEYS FOR TOSCO CORPORATION, CONOCOPHILLIPS COMPANY**

JOSEPH CONRAD KEARFOTT
HUNTON & WILLIAMS
RIVERFRONT PLAZA EAST TOWER
951 EAST BYRD STREET
RICHMOND VA 23219
**ATTORNEYS FOR KOCH INDUSTRIES INC.**

BEN M KROWICKI
BINGHAM McCUTCHEN LLP
ONE STATE STREET
HARTFORD CT 06103-3178
**ATTORNEYS FOR CROWN CENTRAL PETROLEUM CORP., TESORO PETRO CORPORATION, TESORO REFINING and MARKETING and TESORO WEST COAST**

JOHN J LYONS
LATHAM & WATKINS
650 TOWN CENTER DR STE 2000
COSTA MESA CA 92626-1925
**ATTORNEYS FOR TOSCO CORPORATION, CONOCOPHILLIPS COMPANY**

CHRISTOPHER J McNEVIN
PILLSBURY WINTHROP LLP
725 S FIGUEROA ST STE 2800
LOS ANGELES CA 90017-2513
**CITGO PETROLEUM CORPORATION**

CATHERINE NOEL MITCHELL
MORGAN LEWIS & BOCKIUS LLP
300 S GRAND AVE 22ND FL
LOS ANGELES CA 90071-3132
**ATTORNEYS FOR CHEVRON USA INC., TEXACO INC., CHEVRONTEXACO CORPORATION, CHEVRON ENVIRONMENTAL SERVICES COMPANY**

JEFFREY JOHN PARKER
SHEPPARD MULLIN RICHTER & HAMPTON
333 S HOPE ST STE 4800
LOS ANGELES CA 90071-1448
**EXXONMOBIL CORPORATION, EXXONMOBIL OIL CORPORATION, EXXONMOBIL CHEMICAL COMPANY, EXXONMOBIL PIPELINE COMPANY and MOBIL CORPORATION**

MORRIS A RATNER
LIEFF CABRASER HEIMANN & BERNSTEIN
780 THIRD AVE 48TH FL
NEW YORK NY 10017

LILA PANKEY RAY
BAKER & BOTTS
1299 PENNSYLVANIA AVE N W
WASHINGTON DC 20004-2400
**ATTORNEYS FOR MARATHON ASHLAND PETROLEUM LLC and MARATHON OIL CORPORATION**

## MASTER CTO-5 SERVICE LIST

TRACIE J RENFROE
BRACEWELL & PATTERSON
S TOWER PENNZOIL PL STE 2900
711 LOUISIANA ST
HOUSTON TX 77002
**ATTORNEYS FOR ALON USA ENERGY INC., ALON USA LP, DIAMOND SHAMROCK REFINING and MARKETING, FINA OIL and CHEMICAL COMPANY, ULTRAMAR INC., VALERO ENERGY CORPORATION, VALERO MARKETING and SUPPLY COMPANY, VALERO REFINING and MARKETING COMPANY, VALERO-COLORADO REFINING COMPANY, VALERO REFINING COMPANY, VALERO REFINING COMPANY-CALIFORNIA, VALERO REFINING COMPANY NEW JERSEY, VALERO REFINING COMPANY LOUISIANA, VALERO REFINING COMPANY TEXAS, ULTRAMAR ENERGY INC.**

EDWARD ROMERO
GREENAN, PEFFER, SALLANDER & LALLY
TWO ANNABEL LANE, STE. 200
P.O. BOX 10
SAN RAMON, CA 94583
**BLUE STAR PETROLEUM INC., and FUEL STAR INC.**

DAVID L SCHRADER
MORGAN LEWIS & BOCKIUS
300 S GRAND AVE 22ND FL
LOS ANGELES CA 90071-3132
**ATTORNEYS FOR CHEVRON USA INC., TEXACO INC., CHEVRONTEXACO CORPORATION, CHEVRON ENVIRONMENTAL SERVICES COMPANY**

VICTOR M SHER
SHER & LEFF
450 MISSION STREET, SUITE 500
SAN FRANCISCO, CA 94105
**ATTORNEYS FOR CALIFORNIA-AMERICAN WATER COMPANY, CARMICHAEL WATER DISTRICT, CITRUS HEIGHTS WATER DISTRICT, CITY OF RIVERSIDE, CITY OF ROSEVILLE, CITY OF SACRAMENTO, DEL PASO MANOR WATER DISTRICT, FAIR OAKS WATER DISTRICT, FLORIN RESOURCE CONSERVATION DISTRICT, MARTIN SILVER, et al., QUINCY COMMUNITY SERVICES DISTRICT, RIO LINDA ELVERTA COMMUNITY WATER DISTRICT, SACRAMENTO COUNTY WATER AGENCY, SACRAMENTO GROUNDWATER AUTHORITY, SACRAMENTO SUBURBAN WATER DISTRICT, SAN JUAN WATER DISTRICT, ORANGE COUNTY WATER DISTRICT and STATE OF NEW HAMPSHIRE**

ALISON N SHUE
MORGAN LEWIS & BOCKIUS
300 S GRAND AVE 22ND FL
LOS ANGELES CA 90071-3132
**ATTORNEYS FOR CHEVRON USA INC., TEXACO INC., CHEVRONTEXACO CORPORATION, CHEVRON ENVIRONMENTAL SERVICES COMPANY**

CATHERINE M STITES
BINGHAM McCUTCHEN LLP
355 S GRAND AVE STE 4400
LOS ANGELES CA 90071-3106
**ATTORNEYS FOR EXXONMOBIL CORPORATION, MOBIL CORPORATION, TESORO REFINING and MARKETING INC.**

WILLIAM D TEMKO
MUNGER TOLLES & OLSON
355 S GRAND AVE 35TH FL
LOS ANGELES CA 90071-1560
**ATTORNEYS FOR SHELL OIL COMPANY, SHELL OIL PRODUCTS US, TEXACO REFINING and MARKETING INC., EQUILON ENTERPRISES LLC**

PETER JOHN WILSON
LATHAM & WATKINS
650 TOWN CENTER DR STE 2000
COSTA MESA CA 92626
**ATTORNEYS FOR TOSCO CORPORATION, CONOCOPHILLIPS COMPANY**

CHRISTOPHER F WONG
BRYAN CAVE LLP
120 BROADWAY STE 300
SANTA MONICA CA 90401
**PREMCOR INC., and THE PREMCOR REFINING GROUP INC.**

MICHAEL T ZARRO
MORGAN LEWIS & BOCKIUS
300 GRAND AVE 22ND FL
LOS ANGELES CA 90071-3132
**ATTORNEYS FOR CHEVRON USA INC., TEXACO INC., CHEVRONTEXACO CORPORATION, CHEVRON ENVIRONMENTAL SERVICES COMPANY**