

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**DOCKET NO. 1358**

APR 07 2004

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-6)**

On October 10, 2000, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 39 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 2 3 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED APR 26 '04

# SCHEDULE CTO-6 - TAG ALONG CASES
# DOCKET NO. 1358
# IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

### DISTRICT DIV. CIVIL ACTION#

**LOUISIANA WESTERN**
LAW   1  04-367   City of Marksville v. Alon USA, LP, et al.
LAW   3  04-474   Town of Rayville v. Alon USA Energy, Inc., et al.

**NEW JERSEY**
NJ    2  03-6096  ExxonMobil Oil Corp., et al. v. New Jersey American Water Co., Inc., et al.

**NEW YORK EASTERN**
NYE   2  04-381   Port Washington Water District v. Amerada Hess Corp., et al.
NYE   2  04-785   Incorporated Village of Sands Point v. Amerada Hess Corp., et al.
NYE   2  04-860   The City of New York v. Amerada Hess Corp., et al.

**VIRGINIA WESTERN**
VAW   1  04-8     Buchanan County School Board v. Amerada Hess Corp., et al.

**VERMONT**
VT    2  04-33    Craftsbury Fire District #2 v. Amerada Hess Corp., et al.

**WEST VIRGINIA SOUTHERN**
WVS   1  04-165   Town of Matoaka, West Virginia, Matoaka Water System v. Amerada Hess Corp., et al.