MDL 1358

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 29 2004

FILED
CLERK'S OFFICE

```
************************************
                                   *
IN RE:                             *
                                   *
METHYL-TERTIARY BUTYL ETHER        *     MDL Docket No.:  1358
("MTBE") PRODUCTS LIABILITY        *
LITIGATION                         *
************************************
```

## NOTICE OF APPEARANCE

Please take notice that the firm identified below represents defendant, Statoil Marketing

and Trading (US), Inc. in all of the cases proposed for transfer to MDL 1358 in which Statoil

Marketing and Trading (US), Inc. is a party, and, in pleadings, notices, orders and other papers

relating to this matter:

> W. Scott O'Connell, Esquire
> NIXON PEABODY LLP
> 889 Elm Street
> Manchester, NH  03101
> (603) 628-4000
> (603) 628-4040
> soconnell@nixonpeabody.com

RECEIVED
CLERK'S OFFICE
2004 APR 28  P 3: 59

PLEADING NO. 154

OFFICIAL FILE COPY

IMAGED APR 29 '04

Respectfully submitted,

STATOIL MARKETING AND TRADING (US), INC.

By its attorneys,

NIXON PEABODY LLP

Date:  April ___, 2004                    By: _____

W. Scott O'Connell, NH Bar No. 9070
889 Elm Street
Manchester, NH  03101
(603) 628-4000
(603)  628-4040 (facsimile)
soconnell@nixonpeabody.com

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 9 2004

FILED
CLERK'S OFFICE

```
**********************************
                                 *
IN RE:                           *
                                 *
METHYL-TERTIARY BUTYL ETHER      *    MDL Docket No.:  1358
("MTBE") PRODUCTS LIABILITY      *
LITIGATION                       *
**********************************
```

## RULE 5.2 CERTIFICATION

I hereby certify that I have on this _____ day of April, 2004, served by First Class

Mail, postage prepaid, a copy of the accompanying Notice of Appearance and Corporate

Disclosure Statement to all parties identified in the attached service record.


Respectfully submitted,

STATOIL MARKETING AND TRADING
(US), INC.

By its attorneys,

NIXON PEABODY LLP

Date: April ___, 2004          By: _____
                               W. Scott O'Connell, NH Bar No. 9070
                               889 Elm Street
                               Manchester, NH  03101
                               (603) 628-4000
                               (603) 628-4040 (facsimile)
                               soconnell@nixonpeabody.com

## MDL NO. 1358 SERVICE LIST

### IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
(212) 609-6805
(212) 935-1893 (fax)
E-mail: sabate@mccarter.com
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.
(formerly CITGO Refining & Chemicals,
Inc.)r**

Jesse Adcock
Registered Agent
Adcock Petroleum Inc.
2967 Marshfield Court
Orlando, FL 32822
(407) 275-7253

Christopher A. Albanese
Milber Makris Plousaids & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY 10604
(914) 681-8700
(914) 681-8709 (fax)
**Attorneys for Bartco Corporation**

Carolyn G. Anderson
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
(612) 341-0400
(612) 341-0844 (fax)
E-mail: cga@zimmreed.com
**Attorneys for Plaintiff City of Rockport**

Jon D. Anderson
Michele Johnson
Latham & Watkins
650 Town Center Drive, Ste. 2000
Costa Mesa, CA 92626
(714) 540-1235
(714) 755-8290 (fax)
**Attorneys for Tosco Corporation,
ConocoPhillips Company**

Paul S. Aronowitz
Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Ste. 305
Auburn, CA 95603
**Attorneys for Nella Oil Company LLC**

Lisa K. Axelrod, Esq.
Porzio, Bromberg & Newman, P.C.
156 West 56th Street
New York, NY 10019-3800
(212) 265-6888
(212) 957-3983 (fax)
**Attorneys for American Agip Co., Inc.**

Mark S. Baldwin
Brown, Rudnick, Berlack & Israels, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3402
(860) 509-6514
(860) 509-6501 (fax)
**Attorneys for Koch Industries Inc.**

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Ste. 3600
St. Louis, MO 63102
(314) 259-2200
(314) 259-2020 (fax)
E-mail: dhball@bryancave.com
**Attorneys for Premcor Refining Group**

Deborah B. Barnard
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
E-mail: deborah.barnard@hklaw.com
**Attorneys for Exxon Mobil Chemical
Company Inc., Exxon Mobil Corporation,
Exxon Mobil Oil Corporation, Exxon Mobil
Pipe Line Company, Exxon Mobil Refining
and Supply Company, Mobil Corporation
and Mobil Oil Corporation**

M. Scott Barrett
Barrett & Associates
Two North LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 332-4664
(312) 332-2996 (fax)
E-mail: MSB4664@aol.com
**Attorneys for Plaintiff City of Rockport**

William W. Barrett
Williams Hewitt & Robbins, LLP
600 N. Emerson Avenue
Greenwood, IN 46143
(317) 888-1121
(317) 887-4069 (fax)
E-mail: wbarrett@whrlaw.com
**Attorneys for Plaintiff City of Rockport**

Vincent A. Barto
Marathon Ashland Petroleum LLC
539 South Main Street
Findlay, Ohio 45840
(419) 421-4203
(419) 427-4193 (fax)
E-mail: vabarto@mapllc.com
**Attorneys for Marathon Ashland Petroleum
LLC, Marathon Oil Company and Marathon
Oil Corp.**

Charles F. Becker
Belin, Lamson, McCormick, Zumbach & Flynn
Financial Center
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
(515) 283-4609
(515) 558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Peter G. Beeson
Devine, Millimet & Branch
111 Amherst Street
P.O. Box 719
Manchester, NH 03105
(603) 669-1000
(603) 669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

Peter A. Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800
(212) 446-4900 (fax)
E-mail: pbellacosa@kirkland.com
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America Inc.,
BP Amoco Chemical Company, BP Company
North America Inc., BP Corporation North
America Inc. (f/k/a BP Amoco Corporation
and Amoco Corporation), BP Products North
America Inc. (f/k/a Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products LLC**

Marc Jay Bern
Napoli Kaiser Bern & Associates, LLP
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
(631) 224-1133
E-mail: mjbern@nkblaw.com
**Attorney for Plaintiffs Carle Place Water
District, Town of East Hampton, Town of
Southampton, Village of Hempstead, Village
of Mineola, West Hempstead Water District,
and Westbury Water District**

Elizabeth L. Bevington
Holland & Knight, LLP
P.O. Box 810
Tallahassee, FL 32302-0810
(850) 224-7000
(850) 224-8832 (fax)
**Attorneys for Exxon Mobil Chemical
Company, Inc., individually and formerly
known as Mobil Chemical Company, Inc.,
Exxon Mobil Corporation, individually and
as successor-in-interest to Mobil Corporation
(and d/b/a Exxon Mobil Refining and Supply
Company and Exxon Mobil Oil Corporation,
individually and formerly known as Mobil
Oil Corporation**

Anthony A. Bongiorno
McDermott, Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4044
(617) 535-3800 (fax)
E-mail: abongiorno@mwe.com
**Attorneys for Exxon Mobil Chemical
Company Inc., Exxon Mobil Corporation,
Exxon Mobil Oil Corporation, Exxon Mobil
Pipe Line Company, Exxon Mobil Refining
and Supply Company, Mobil Corporation
and Mobil Oil Corporation**

Anton J. Borovina
Borovina & Marullo, PLLC
445 Broad Hollow Road
Melville, NY 11747
(631) 630-1101
(631) 465-8935 (fax)
E-mail: ajb@bormarlaw.com
**Attorneys for Koch Industries, Inc.**

F. Wesley Bowers
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P.O. Box 1287
Evansville, IN 47706-1287
(812) 426-1231
(812) 464-3676 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.**

Timothy F. Burr
Galloway, Johnson, Tompkins, Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Randle B. Carpenter
McMillan Constabile LLP
2180 Boston Post Road
Larchmont, NY 10538
(914) 834-3500
(914) 834-0620 (fax)
E-mail: rcarpenter@mcmcon.com
**Attorneys for Star Enterprises**

Chelsea Sandwich, LLC
11 Broadway
Chelsea, MA 02150

Christopher S. Colman
Deputy General Counsel -
   Environmental Affairs
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ 07095
(732) 750-6535
(732) 650-6944 (fax)
E-mail: ccolman@hess.com
**Attorneys for Amerada Hess Corporation, El
Paso Corporation, and Coastal Corporation**

Roxanne B. Conlin
Roxanne B. Conlin & Associates, PC
319 7th Street, Suite 600
Des Moines, IA 50309-3826
(515) 283-1111
(515) 282-0477 (fax)
E-mail: rconlin@roxanneconlinlaw.com
**Attorneys for Plaintiffs City of Galva, City of
Sioux City, City of Ida Grove**

Thomas Constabile
McMillan Constabile, LLP
2180 Boston Post Road
Larchmont, NY 10538
(914) 834-3500
(914) 834-0620 (fax)
**Attorneys for Star Supply Petroleum Inc.**

John D. Cooney
Cooney & Conway, PC
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 236-6166
(312) 236-302 (fax)
E-mail: jcooney@cooneyconway.com
**Attorneys for Plaintiff City of Crystal Lake**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL 32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Plaintiff Escambia County
Utilities Authority**

David J. Crotta, Jr.
Francis J. Drumm, III
Robert G. Oliver
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06510
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH 03301
**For El Paso Merchant Energy Petroleum**

Angelo A. Cuonzo
Slowinski, Atkins & Czyz, LLP
One Newark Center
Newark, NJ 07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Comp, and
CITGO Refining and Chemical Inc.**

Gregory A. Curtis
Hoff Curtis
100 Main Street
P.O. Box 1124
Burlington, VT 05402-1124
(802) 864-6400
E-mail: gweimer@hoffcurtis.com
**Attorneys for Exxon Mobil Corporation,
Equilon Enterprises, LLC, Motive
Enterprises, LLC, Shell Oil Company, Shell
Oil Products Company, Shell Oil Products
Company, LLC, Shell Petroleum, Inc., Shell
Trading (US) Company, Texaco Refining &
Marketing (East), Inc., Chevron Texaco
Corporation, Chevron USA, and Texaco, Inc.**

George A. Dagon, Jr.
Murtha Cullina, LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America Inc,
BP Amoco Chemical Company, BP Company
North America Inc., BP Corporation North
America Inc. (f/k/a BP Amoco Corporation
and Amoco Corporations BP Products North
America Inc, (f/k/a Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products LLC**

Barry R. Davidson
Hunton & Williams, LLP
1111 Brickell Avenue
Miami, FL 33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA 30339-5673
**Attorneys for Chevron**

Jennifer M. DelMonico
Murtha Cullina, LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704-A
New Haven, CT 06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP America Inc.,
BP Amoco Chemical Company, BP Company
North America Inc., BP Corporation North
America Inc. (f/k/a BP Amoco Corporation
and Amoco Corporation), BP Products North
America Inc. (f/k/a Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products LLC**

Michael DeMarco
Daniel E. Rosenfeld
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109
**Attorneys for ConocoPhillips Company**

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Ste. 4000
El Segundo, CA 90245
**Corporate Secretary for Unocal Corp.**

Brendan M. Dixon
Deputy General Counsel
Unocal Corp.
376 S. Valencia Avenue
Brea, CA 92626
(714) 577-2933
(714) 577-2980 (fax)
E-mail:  bmdixon@unocal.com
**Attorneys for Unocal Corporation, Union Oil
Company of California**

Robert P. Doty
Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
**Attorneys for Duke Energy Merchants LLC,
Duke Energy Trading and Marketing LLC,
Duke Energy Merchants California, Inc.,
Northridge Petroleum Marketing U.S., Inc.**

Colleen P. Doyle
Diana Pfeffer Martin
Catherine M. Stites
Bingham McCutchen, LLP
355 South Grand Avenue, Ste. 4400
Los Angeles, CA 90071-3106
(213) 680-6446
(213) 680-6499 (fax)
E-mail:  colleen.doyle@bingham.com
**Attorneys for Exxon Mobil Corporation,
Mobil Corporation, Tesoro Refining and
Marketing, Inc.**

John V. Dwyer
Winer & Bennett
110 Concord Street
P.O. Box 488
Nashua, NH 03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp., Exxon
Mobil Oil Corp.**

Joseph J. Eaton
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH 03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical Company**

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)
E-mail:  neimer@eimerstahl.com
            phanebutt@eimerstahl.com
            lmeyer@eimerstahl.com
**Attorneys for CITGO Petroleum Corp, and
CITGO Refining and Chemical Inc.**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA 02453

John J. Fanning
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing
Inc. and Getty Terminals Corporation**

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
City Hall Plaza, 900 Elm Street
P.O. Box 326
Manchester, NH 03105-0326
(603) 625-6464
(603) 625-5650 (fax)
E-mail:  bruce.felmly@mclane.com
**Attorneys for Irving Oil Limited, Irving Oil
Corporation**

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
**Attorneys for Pacific Southwest Trading**

Heather M. Fusco
Beveridge & Diamond, PC
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400
(212) 702-5450
E-mail:  hfusco@bdlaw.com
**Attorneys for Sunoco, Inc.**

Christopher J. Garvey
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 459-7413
(212) 355-3333 (fax)
E-mail:  cgarvey@goodwinprocter.com
**Attorneys for Gulf Oil Limited Partnership,
The Catamount Corporation, Catamount
Management Corporation, Cumberland
Farms, Inc., The Global Companies, Global
Petroleum Corporation**

Robert J. Gordon
C. Sanders McNew
Stanley N. Alpert
Weitz & Lutzenberg
180 Maiden Lane
New York, NY 10038
(212) 558-5500
(212) 344-5461 (fax)
E-mail:  rgordon@weitzlux.com
            smcnew@weitzlux.com
            salpert@weitzlux.com
**Attorney for Plaintiffs Canton Board of
Education, Childhood Memories, Columbia
Board of Education, Town of East Hampton,
American Distilling and Mfg. Co. Inc., Our
Lady of the Rosary Chapel, United Water
Connecticut, Inc., Escambia County Utilities
Authority, City of Galva, City of Sioux City,
City of Ida Grove, City of Rockport, Town of
Duxbury, et al., New Jersey American Water
Company, et al, and Water Authority of
Great Neck North**

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343
**Attorneys for Inland Fuel Terminals Inc.**

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th, Avenue, Ste. 1200
Des Moines, IA 50309-4195
(515) 246-5582
(515) 246-1474 (fax)
E-mail: Grenard@whitfieldlaw.com
**Attorneys for Conoco, Inc., ConocoPhillips,**
**Phillips 66 Company, Phillips 66 Company**
**n/k/a ConocoPhillips Company,Phillips**
**Petroleum Company n/k/a ConocoPhillips**
**Company, and Tosco Refining Company,**
**n/k/a ConocoPhillips**

John S. Guttmann
Beveridge & Diamond, P.C.
13501 Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000
(202) 789-6190 (fax)
E-mail: jguttmann@bdlaw.com
**Attorneys for Sunoco Inc., Sunoco, Inc.**
**(R&M) and Sun Refining & Marketing**
**Company**

Larry G. Gutz
Moyer & Bergman, PLC
2720 1st Avenue, NE
Cedar Rapids, IA 52402-1943
(319) 366-7331
(319) 366-3668 (fax)
**Attorneys for Fauser Oil Co., Inc.**

David S. Hardy
Dorit S. Heimer
Levett Rockwood, PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation,**
**Coastal Eagle Point Oil Company, Coastal**
**Mobile Refining Company, Coastal States**
**Trading Inc., Coastal Refining and**
**Marketing, El Paso CGP Company, El Paso**
**Corporation, Marathon Ashland Petroleum**
**LLC, Marathon Oil Corporation, Sunoco Inc.**

Matthew T. Heartney
Lawrence Allen Cox
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-2513
(213) 243-4000
(213) 243-4199 (fax)
E-mail: matthew_heartney@aporter.com
**Attorneys for Atlantic Richfield Company,**
**BP America, Inc., BP Amoco Chemical**
**Company, BP Company North America, Inc.,**
**BP Corporation North America, Inc., BP**
**Global Special Products (America), Inc., and**
**BP Marine Americas**

Donna Nelson Heller
Finn, Dixon & Herling, LP
One Landmark Square, Suite 1400
Stanford, CT 06901
(203) 325-5000
(203) 348-5777 (fax)
**Attorneys for Lyondell Chemical Company**

Jeffrey R. Hellman
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

Mitchell L. Herren
rHinkle Elkouri Law Firm L.L.C.
2000 Epic Center
301 North Main Street
Wichita, KS 67202
(316) 267-2000
(316) 264-1556 (fax)
E-mail: mherren@hinklaw.com
**Attorneys for ConocoPhillips Company,
Conoco, Inc., Phillips Petroleum Company,
Phillips 66 Company**


Alan J. Hoffman
Lawrence S. Shtasel
Michael Roessner
Blank Rome, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6998
(215) 569-5505
(215) 832-5505 (fax)
E-mail: hoffman@blankrome.com
        shtasel@blankrome.com
        roessner@blankrome.com
**Attorneys for ARCO Chemical Company,
Lyondell Chemical Company**


George Hoffman
Jones Hoffman Admire & Newcomb
150 N. Main Street
P.O. Box 160
Franklin, IN 46131
(317) 736-7174
(317) 736-4440 (fax)
**Attorneys for Plaintiffs City of Mishawaka,
City of South Bend, City of Rockport, and
North Newton School Corporation**


Andrew W. Hutton
Deborah B. McIlhenny
Hutton & Hutton Law Firm, L.L.C.
8100 East 22nd Street North, Building 1200
Wichita, KS 67336-2312
(316) 688-1166
(316) 686-1077 (fax)
Email: andrew.hutton@huttonlaw.com
        debs.mcilhenny@huttonlaw.com
**Attorneys for Plaintiffs Chisholm Creek
Utility Authority, City of Bel Aire, City of
Dodge City, and City of Park City**


Hojoon Hwang
Karin S. Schwartz
William D. Temko
Munger, Tolles & Olson, LLP
355 Grand Ave., Ste. 3500
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil
Products U.S., Texaco Refining & Marketing,
Inc., Equilon Enterprises LLC**


Vivian Imperial *for*
Equiva Services, LLC
Westport Petroleum, Inc.
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA 90017


William J. Kayatta, Jr.
Pierce, Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)
**Attorneys for Lyondell Chemical Company**


Joseph C. Kearfott
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8446
(804) 788-8218 (fax)
E-mail: sraphael@hunton.com
**Attorneys for Koch Industries Inc.**


Frederic R. Klein
Goldberg Kohn
55 East Monroe Street, Ste. 3700
Chicago, IL 60603-5802
(312) 201-4000
(312) 332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil
Company of California**

Trenten D. Klingerman
Stuart & Branigin, LLP
The Life Building, Suite 800
600 Main Street
P.O. Box 1010
Lafayette, IN 47902

Peter R. Knight
LeBoeuf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103
(860) 293-3550
(860) 293-3555 (fax)
**Attorneys for Getty Petroleum Marketing
Inc.**

Ben M. Krowicki
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2926
(860) 240-2818 (fax)
E-mail: ben.krowicki@bingham.com
**Attorneys for Crown Central Petroleum
Corp., Tesoro Petro Corporation, Tesoro
Refining and Marketing and Tesoro West
Coast**

J. Andrew Langan
Kirkland & Ellis LLP
200 East Randolph Drive, Suite 6100
Chicago, IL 60601-6636
(312) 961-2000
(312) 861-2200 (fax)
**Attorneys for Atlantic Richfield Company,
BP America, Inc., BP Amoco Chemical
Company, BP Company North America, Inc.,
BP Corporation North America, Inc., BP
Global Special Products (America), Inc., and
BP Marine Americas**

Andrew Lapayowker
Vice President, General Counsel
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)
E-mail: alapayowker@crowncentral.com
**Attorneys for Crown Central Petroleum
Corporation**

Brian M. Ledger
Rudy R Perrino
Gordon & Rees, LLP
101 West Broadway, Ste. 1600
San Diego, CA 92101-3541
**Attorneys for Kern Oil & Refining Co.**

Steven L. Leifer
Baker, Botts, LLP
The Warner
299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)
E-mail: sleifer@bakerbotts.com
**Attorneys for Marathon Ashland Petroleum
LLC, Marathon Oil Company and Marathon
Oil Corp.**

Scott L. Long
Brown, Winick, Graves, Gross, et al.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th floor
Boston, MA 02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company,
BP America, Inc., BP Amoco Chemical
Company, BP Company North America Inc.,
BP Corporation North America Inc., BP
Global Special Products (America) Inc., BP
Products North America Inc. (formerly
known as Amoco Oil Company and
misnamed as BP Products North Americas,
Inc.)**

John Lyons
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
(213) 891-8320
(213) 891-8763 (fax)
E-mail: john.lyons@lw.com
**Attorneys for ConocoPhillips Company,
Getty Realty Corporation, Getty Properties
Corporation, Lee Milt's Petroleum, Inc.**

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
**Attorneys for New West Petroleum, New
West Petroleum LLC**

Robert W. Mann
Young, Haskins, Mann, Gregory & Smith, PC
400 Starling Avenue
P.O. Box 72
Martinsville, VA 04114-0072
(276) 638-2367
(276) 638-1214
**Attorneys for Plaintiff Patrick County School
Board**

Joseph W. Martini
Karen Mignone
Paul J. Hogan
Amy McCallan
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**

John McGahren
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)
E-mail: john.mcgahren@lw.com
**Attorneys for ConocoPhillips Company,
Getty Realty Corporation, Getty Properties
Corporation, Lee Milt's Petroleum, Inc.**

Joseph J. McGovern
John C. Gillespie
Parker, McCay & Criscuolo, P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
P.O. Box 974
Marlton, NJ 08053
**Attorneys for Plaintiffs in New Jersey
American Water Company, Inc., et al.**

Matthew F. Medeiros
Little, Bulman Medeiros & Whitney
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195
**Attorneys for CITGO Petroleum Corp.**

Duane C. Miller
A. Curtis Sawyer
Miller & Sawyer, PC
1651 Response Road, Second Floor
Sacramento, CA 95825-5253
(916) 927-8600
(916) 927-9267 (fax)
**Attorneys for Plaintiff City of Fresno and
Orange County Water District**

Jeffrey W. Moryan
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
(973) 535-9217 (fax)
**Attorneys for Motiva Enterprises LLC**

Karen T. Moses
J. Stephen Bennett
Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Neal L. Moskow
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393
(203) 610-6399 (fax)
E-mail: neal@urymoskow.com
**Attorneys for Plaintiffs American Distilling &
Manufacturing Co., Canton Board of
Education, Childhood Memories, Columbia
Board of Education, Town of East Hampton ,
Our Lady of the Rosary Chapel, and United
Water CT, Inc.**

Peter W. Mosseau
Jeffrey A. Meyers
Nelson, Kinder, Mosseau & Saturley, PC
99 Middle Street
Manchester, NH 03101
(603) 647-1800
(603) 647-1900
**Attorneys for CITGO Petroleum Corp.**

Samuel P. Moulthrop
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
**Attorneys for Koch Industries, Inc.**

Charles T. O'Brien
225 High Ridge Road
Stamford, CT 06905
(203) 978-6988
(203) 978-6952 (fax)
**Attorneys for StatOil Marketing and Trading
(US) Inc.**

W. Scott O'Connell
Nixon & Peabody, L.L.P.
889 Elm Street
Manchester, NH 03101-2019
(603) 628-4000
(603) 628-4087
**Attorneys for StatOil Marketing and Trading
(US) Inc.**

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Ste. A
P.O. Box 3546
Tallahassee, FL 32315-3546
**Attorneys for McKenzie Service Co., Inc,**

Jeffrey J. Parker
Sheppard Mullin Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
(213) 617-5586
(213) 620-1398 (fax)
E-mail: jparker@sheppardmullin.com
**Attorneys for Exxon Mobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Company, ExxonMobil Pipeline
Company, ExxonMobil Refining and Supply
Company and Mobil Corporation**

William L. Parker
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)
**Attorneys for Chevron USA, Inc.,
individually and formerly know as Gulf Oil
Corp. (d/b/a Chevron Products Company and
d/b/a Chevron Chemical Company), Equilon
Enterprises, LLC, individually and also
known as Shell 011 Products US, Motiva
Enterprises LLC, Shell Oil Company, Shell
Oil Products Company, Shell Oil Products
Company LLC, Shell Petroleum, Inc., Shell
Trading (US) Company, individually and
formerly known as Equiva Trading
Company, and also known as Stusco**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P.O. Box 1271
Pensacola, FL 32502-1271
(850) 433-6581
(850) 434-5856 (fax)
**Attorneys for CITGO Petroleum Corp, and
CITGO Refining and Chemicals Co. LP**

Mathew F. Pawa
Law Offices of Mathew Pawa, PC
1280 Centre Street, Ste. 230
Newton Center, MA 02459
**Attorneys for Plaintiff State of New
Hampshire**

Gregory P. Priamos
Office of the City Attorney
3900 Main Street
Riverside, CA 92522
(909) 826-5567
(909) 826-5540 (fax)
E-mail: gpriamos@ci.riverside.ca.us
**Attorneys for Plaintiff City of Riverside**

Tracie J. Renfroe
M. Coy Connelly
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781
(713) 221-1404
(713) 221-2123 (fax)
E-mail: tracie.renfroe@bracepatt.com
          coy.connelly@bracepatt.com
**Attorneys for Alon USA Energy, Inc., Alon
USA LP, Diamond Shamrock Refining and
Marketing, Fina Oil and Chemical Company,
Ultramar, Inc., Valero Energy Corporation,
Valero Marketing and Supply Company,
Valero Refining and Marketing Company,
Valero-Colorado Refining Company, Valero
Refining Company, Valero Refining
Company-California, Valero Refining
Company New Jersey, Valero Refining
Company Louisiana, Valero Refining
Company Texas, Ultramar Energy Inc.**

Barry Richard
Greenberg Traurig, P.A.
101 East College Ave.
Post Office Drawer 1838
Tallahassee, FL 32302
(850) 222-6891
(850) 681-0207 (fax)
**Attorneys for ConocoPhillips Company,
individually and as successor-in-interest to
Conoco, Inc. and Phillips Petroleum
Company and d/b/a Phillips 66 Company,
Tosco Corporation, individually and a/k/a
Tosco Refining Company and a/k/a Tosco
Marketing Company**

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071

Stephen H. Roberts
McNeill, Taylor & Gallo, P.A.
180 Locust Street
P.O. Box 815
Dover, NH 03821
(603) 749-4723
E-mail: roberts@mcneill-law.com
**Attorneys for Koch Industries, Inc.**

-12-

Marc A. Rollo
Frank D. Allen
Carlos M. Bollar
Archer & Greiner, P.C.
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
**Attorneys for Exxon Mobil Chemical
Company, Inc. (individually and f/k/a Mobil
Chemical Company, Inc.), Exxon Mobil
Corporation (individually and as successor-
in-interest to Exxon Corporation and as
successor-in-interest to Mobil Corporation
(and d/b/a Exxon Mobil Refining and Supply
Company), Exxon Mobil Oil Corporation
(individually and f/k/a Mobil Oil
Corporation), Exxon Mobil Pipeline
Company**

Lauren E. Rosenblatt
Hunton & Williams LLP
200 Park Avenue, 43rd Floor
New York City, NY 10166-0136
(212) 309-1023
(212) 465-8935 (fax)
E-mail: lrosenblatt@hunton.com
**Attorneys for Koch Industries, Inc.**

C. Joseph Russell
Bose, McKinney & Evans, LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 684-5000
**Attorneys for Exxon Mobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Co. Inc., Mobil Corporation**

Peter J. Sacripanti
James A. Pardo
Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza, 11th Floor
New York, NY 10020-1605
(212) 547-5583
(212) 547-5444 (fax)
E-mail:  psacripanti@mwe.com
            jpardo@mwe.com
            sriccardulli@mwe.com
**Attorneys for Exxon Mobil Chemical
Company Inc., Exxon Mobil Corporation,
Exxon Mobil Oil Corporation, Exxon Mobil
Pipe Line Company, Exxon Mobil Refining
and Supply Company, Mobil Corporation
and Mobil Oil Corporation**

Richard M. Sandman
Rodman, Rodman & Sandman, PC
442 Main Street, Suite 300
Malden, MA 02148-5122
(781) 322-3720
(781) 324-6906 (fax)
E-mail: srodman@rrslaw.net
**Attorneys for Plaintiffs in Town of Duxbury,
et al.**

Fred E. Schulz
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr.
Chicago, IL 60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Jan Scully
District Attorney (Sacramento County)
Environmental Protection Division
906 G Street, Suite 700
Sacramento, CA 95814
(916) 874-6174
(916) 874-7660 (fax)
**Attorney for Plaintiff People of California**

Marc M. Seltzer
David C. Marcus
Susman Godfrey, LLP
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067
310-789-3100
310-789-3150 (fax)
**Attorneys for ARCO Chemical Company,
Lyondell Chemical Company**

Andrew W. Serell
Rath, Young & Pignatelli
One Capital Plaza
P.O. Box 1500
Concord, NH 03302-1500
**Attorneys for Chevron Texaco Corp.,
Chevron U.S.A. Inc., Motiva Enterprises,
LLC, Shell Oil Co., Texaco Refining &
Marketing, Inc.**

Victor M. Sher
Todd E. Robins
Sher & Leff
450 Mission Street, Suite 500
San Francisco, CA 94105
(415) 348-8300
(415) 348-8333 (fax)
E-mail: vsher@sherleff.com
          trobins@sherleff.com
**Attorneys for Plaintiffs California-American
Water Company, Quincy Community
Services District, City of Riverside, and City
of Roseville**

Robert H. Shulman
Mindy G. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800
(202) 383-6610 (fax)
E-mail: shulmanr@howrey.com
          davism@howrey.com
**Attorneys for Amerada Hess Corporation,
Coastal Eagle Point Oil Company, Coastal
Mobile Refining Company, Coastal States
Trading Inc., Coastal Refining and
Marketing, El Paso CGP Company and El
Paso Corporation**

David F. Silver
Barr, Sternberg, Moss, Lawrence, Silver
  & Saltonstall, P.C.
507 Main Street
Bennington, VT 05201
(802) 442-6341
(802) 442-1151 (fax)
E-mail: bsmlaw@benningtonattorneys.com
**Attorneys for Plaintiff Town of Hartland**

Elizabeth S. Skilling
Harman, Claytor, Corrigan, & Wellman
P.O. Box 70280
Richmond, VA 23255
(804) 762-8016
(804) 727-6085
E-mail: eskilling@hccw.com
**Attorneys for Parker Oil Company and
Parker Holding Company, Inc.**

Charles Siddons
McMillan Constabile, LLP
777 Summer Street
Stamford, CT 06901
**Attorneys for Star Supply Petroleum, Inc.**

Andrew M. Smith
Getty Properties Corporation
125 Jericho Turnpike, Suite 103
Jericho, NY 11753
(516) 478-5451
(516) 478-5490 (fax)
E-mail: asmith@gettyrealty.com
**Attorneys for Getty Properties Corporation**

Maureen D. Smith
Senior Assistant Attorney General
Peter W. Heed, Attorney General
Environmental Protection Bureau
33 Capital Street
Concord, NH 03301-6397
(603) 271-3679
(603) 271-2110
E-mail: maureen.smith@doj.nh.gov
**Attorneys for Plaintiff State of New
Hampshire**

Rod G. Smith
Senior Counsel
ConocoPhillips Company
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-1954 (fax)
E-mail: rgsmith@ppco.com
**Attorneys for ConocoPhillips Company and
Tosco Corporation**

Thomas J. Smith
Galloway, Johnson, Tompkins, Burrr & Smith
One Shell Square
701 Poydras Street, Ste. 4040
New Orleans, LA 70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Donald M. Snemis
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN 46282

Robert K. Stanley
Melissa M. Hinds
Baker & Daniels
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative,
LLC, successor by merger to Countrymark
Cooperative, Inc.**

Jeffrey G. Stark
Meyer, Suozzi, English & Klein, PC
1505 Kellum Place
Mineola, NY 11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC,
Motiva Enterprises LLC, Shell Oil Company,
Shell Oil Products Company, Shell Oil
Products Company LLC, Shell Petroleum
Inc., Shell Trading (US) Company, Texaco
Refining & Marketing (East) Inc.**

Potter Stewart
Barney Brannen
Potter Stewart, Jr. Law Offices, P.C.
The Merchants Bank Building
205 Main Street, 3rd Floor
Brattleboro, VT 05301
(802) 257-7244
(802) 257-7256 (fax)
E-mail: pstewart@potterstewartlaw.com
       bbrannen@potterstewartlaw.com
**Attorneys for Atlantic Richfield Company,
BP America, Inc., BP Amoco Chemical
Company, BP Company North America, Inc.,
BP Corporation North America, Inc.,
BP Global Special Products (America), Inc., and
BP Marine Americas**

Anthony J. Stoik
Klass, Stoos, Stoik, Mugan, et al.
627 Fourth Street, Suite 300
P.O. Box 327
Sioux City, IA 51102
**Attorneys for CITGO Petroleum Corp, and
CITGO Refining and Chemical, Inc.**

Shaun S. Sullivan
Wiggins & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Scott Summy
Celeste A. Evangehsti
Baron & Budd
3102 Oak Lawn Avenue
The Centrum Building, Ste. 1100
Dallas, TX 75219-4281
(214) 523-6267
(214) 520-1181 (fax)
Email:  ssummy@baronbudd.com
            cevangehsti@baronbudd.com
**Attorneys for Plaintiffs California-American
Water Co., People of California, Quincy
Community Services District, City of
Riverside, City of Roseville, Silver, et al.,
American Distilling & Manufacturing Co.,
Inc., Canton Board of Education, Childhood
Memories, Columbia Board of Education,
Town of East Hampton, Our Lady of Rosary
Chapel, United Water CT, Inc., Escambia
County Utilities Auth., City of Sioux City,
Iowa, City of Mishawaka, North Newton
School Corporation, City of Rockport, City of
South Bend, City of Bel Aire, Chisholm
Creek Utility Auth., City of Dodge City, City
of Park City, Town of Duxbury, Long Island
Water Corp., Water Authority of Great Neck
North, Buchanan County School Board, and
Patrick County School Board**

William D. Temko
Munger, Tolles, & Olson  LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9266
(213) 683-5166 (fax)
E-mail:  temkowd@mto.com
**Attorneys for Shell Oil Company**

Stephen L. Tober
Tober Law Offices, P.A.
381 Middle Street
P.O. Box 1377
Portsmouth, NH 03801
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

Owen J. Todd
Kathleen M. Genova
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(617) 720-2626 (fax)
**Attorneys for CITGO Petroleum Corporation
and CITGO Refining and Chemical Inc.**

Mark E. Tully
Goodwin Procter LLP
53 State Street
Boston, MA 02109
(617) 570-1289
(617) 523-1231 (fax)
E-mail: mtully@goodwinprocter.com
**Attorneys for Gulf Oil Limited Partnership,
The Catamount Corporation, Catamount
Management Corporation, Cumberland
Farms, Inc., The Global Companies, Global
Petroleum Corporation**

Martha Van Oot
Orr & Reno, P.A.
One Eagle Square
P.O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
(603) 224-2318 (fax)
E-mail:  mvo@orr-reno.com
**Attorneys for Plaintiff State of New
Hampshire**

Richard E. Wallace, Jr.
Peter C. Condron
Harry Davis
Wallace, King, Marraro & Branson, PLCC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
E-mail: rwallace@wallaceking.com
        pcondron@wallaceking.com
        hdavis@wallaceking.com
**Attorneys for Chevron Chemical Company,
Chevron Corporation, Chevron Texaco
Corporation, Chevron USA, Inc., Gulf Oil
Corporation, Texaco Inc., Texaco Refining
and Marketing Inc., Texaco Refining &
Marketing (East) Inc., TRMI Holdings,
Equilon Enterprises LLC, Equiva Trading
Company, Motiva Enterprises LLC, Shell Oil
Company, Shell Oil Products Company, Shell
Oil Products Company LLC, Shell Oil
Products U.S., Shell Petroleum Inc., Star
Enterprise**

John J. Wasilczyk
Allison N. Shue
David L. Schrader
Michael T. Zarro
Morgan, Lewis & Bockius
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco
Inc., Chevron Texaco Corporation, Chevron
Environmental Services Company**

Robert V. Waterman, Jr.
Lane & Waterman
220 North Main Street, Suite 600
Davenport, IA 52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Co. Inc, ExxonMobil Pipeline
Company, ExxonMobil Refining & Supply
Company, Mobil Corporation, Mobil Oil
Corp.**

Thomas R. Watson
Watson, Bosen, Harmon & Lemire, P.A.
75 Congress Street, Suite 211
Portsmouth, NH 03801
(603) 436-7667
**Attorneys for Plaintiffs City of Portsmouth
and City of Dover**

Joseph P. Williams
Paul D. Sanson
Shipman & Goodwin, L.L.P.
One American Row
Hartford, CT 06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company,
Chevron Corporation, Chevron Texaco
Corporation, Chevron USA Inc., Gulf Oil
Corporation, Texaco Inc., Texaco Refining
and Marketing Inc., Texaco Refining &
Marketing (East) Inc., TRMI Holdings,
Equilon Enterprises LLC, Equiva Trading
Company, Motiva Enterprises LLC, Shell Oil
Company, Shell Oil Products Company, Shell
Oil Products Company LLC, Shell Oil
Products U.S. and Shell Petroleum Inc.**

Lynn W. Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022
(212) 756-0215/(212) 308-4411
(212) 308-4844 (fax)
E-mail: lwright@EdwardsAngell.com
**Attorneys for Unocal Corporation**

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
(312) 372-2000
(312) 484-7700 (fax)
E-mail: czimmerman@mwe.com
**Attorneys for Exxon Mobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Company, ExxonMobil Pipeline
Company, ExxonMobil Refining and Supply
Company and Mobil Corporation**