**MDL 1358**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEADING NO. 155

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** JUDICIAL PANEL ON MULTIDISTRICT LITIGATION APR 2 9 2004 FILED CLERK'S OFFICE |

### NELLA OIL COMPANY, LLC'S DISCLOSURE STATEMET PURSUANT TO RULE 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Nella Oil Company, LLC certifies, to the best of their knowledge, as follows:   Nella Oil Company, LLC is not a corporation and there is no publicly held corporation holding ten percent (10%) or more of its stock.

Dated:  April 22, 2004

Respectfully submitted,

Peter M. Hart
Wright, Robinson, Osthimer & Tatum
Attorneys for Defendant Nella Oil
Company, LLC

**OFFICIAL FILE COPY**

IMAGED APR 29 '04

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 9 2004

FILED
CLERK'S OFFICE

### RULE 5.2 CERTIFICATION

I hereby certify that I have this ⅔ day of April, 2004, served by First Class

Mail, postage prepaid, a copy of the accompanying Notice of Appearance and Corporate

Disclosure Statements, filed on behalf of Defendant Nella Oil Company, LLC, to all

parties identified in the attached service record.

Dated: April ⅔, 2004

Respectfully submitted,

_____
Peter M. Hart
Wright, Robinson, Osthimer & Tatum
Attorneys for Defendant Nella Oil
Company, LLC

**INVOLVED COUNSEL LIST (cto-5)**
**Docket No. 1358**
**IN RE METHYL TERTIARY BUTYL ETHER ("MTBE")**
**PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Samuel J. Abate, Jr.<br>McCarter & English LLP<br>245 Park Avenue<br>New York, NY 10167 | Brent H. Allen<br>Howrey Simon Arnold & White LLP<br>1299 Pennsylvania Avenue, NW<br>Washintgon, DC 20004-2402 | Carolyn G. Anderson<br>Zimmerman Reed<br>651 Nicollet Mall, Ste. 501<br>Minneapolis, MN 55402-4123 |
| Jon D. Anderson<br>Latham & Watkins<br>650 Town Center Dr., Suite 2000<br>Costa Mesa, CA 92626 | James M. Armstrong<br>Foulston & Siefkin, LLP<br>700 Bank of America Center<br>100 North Broadway<br>Wichita, KS 67202 | Dan H. Ball<br>Bryan Cave, LLP<br>One Metropolitan Square, Ste. 3600<br>211 N. Broadway<br>St. Louis, MO 63102 |
| Deborah E. Barnard<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA 02116 | M. Scott Barrett<br>Barrett & Associates<br>520 N. Walnut<br>P. O. Box 5233<br>Bloomington, IN 47407 | Ronit C. Barrett<br>Eimer, Stahl, Klevorn & Solberg LLP<br>224 S. Michigan Ave., Suite 1100<br>Chicago, IL 60604 |
| William W. Barrett<br>Williams Hewitt & Robbins, Inc.<br>600 N. Emerson Avenue<br>Greenwood, IN 46143 | Joseph G. Baton<br>Barnes & Thornburg<br>11 S. Meridian Street, Ste. 1313<br>Indianapolis, IN 46204 | Peter G. Beeson<br>Devine, Millimet & Branch, P.A.<br>111 Amherst Street<br>P. O. Box 719<br>Manchester, NH 03105-0719 |
| Peter A. Bellacoca<br>Kirkland & Ellis<br>153 East 53rd Street<br>New York, NY 10022 | David E. Bengston<br>Stinson Morrison Hecker, LLP<br>600 Commerce Bank Center<br>150 North Main Street<br>Wichita, KS 67202 | J. Stephen Bennett<br>Baker & Daniels<br>111 E. Wayne Street, Ste. 800<br>Fortwayne, IN 46802 |
| Elizabeth L. Bevington<br>Holland & Knight<br>315 South Calhoun Street<br>Suite 600 P. O. Box 810<br>Tallahassee, FL 32302-0810 | Daniel C. Blaney<br>Blaney, Casey & Walton, et al<br>86 E. State Street<br>P. O. Box 500<br>Morocco, In 47963 | Stephen F. Bolton<br>Moore, Hill & Westmoreland<br>P. O. Box 1792<br>Pensacola, Fl 32598 |
| Anthony A. Bongiorno<br>McDermott, Will & Emery, P.C.<br>28 State Street, 33rd Floor<br>Boston, MA 02109-1775 | Anton J. Borovina<br>Borovina & Marullo, PLLC<br>425 Broadhollow Road<br>Melville, NY 11747 | F. Wesley Bowers<br>Bowers Harrison, LLP<br>25 N.W. Riverside Drive, 2nd Floor<br>P. O. Box 1287<br>Evansville, IN 47706-1287 |
| Patrick E. Cafferty, Jr.<br>Munger, Tolles & Olson<br>355 South Grand Ave., 35th Floor<br>Los Angeles, CA 90071-1560 | Randle B. Carpenter, Jr.<br>McMillian Constantible, LLP<br>River House – Ste. 2<br>1280 Boston Post Road<br>Larchmont, NY 10538 | Mark Hunter Churchill<br>McDermott, Will & Emery<br>600 13th Street, NW<br>Washington, DC 20005-3096 |

| | | |
|---|---|---|
| David L. Cleary<br>Cleary Shahi Associates, P.C.<br>110 Merchants Row<br>P. O. Box 6740<br>Rutland, VT 05702-6740 | Peter C. Condron<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | M. Coy Connelly<br>Bracewell & Patterson<br>South Tower Pennzoil Place, Ste 2900<br>711 Louisiana Street<br>Houston, TX 77002 |
| John D. Cooney<br>Conney & Conway<br>120 North LaSalle Street, 30th Floor<br>Chicago, IL 60602 | Lawrence Allen Cox<br>Arnold & Porter<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-2513 | David J. Crotta, Jr.<br>Mulvey, Oliver & Gould<br>83 Trumbull Street<br>New Haven, CT 06510 |
| George A. Dagon, Jr.<br>Murtha Cullina LLP<br>Cityplace I<br>185 Asylum Street<br>Hartford, CT 06103 | Harry Davis<br>Wallace, King, Marraro, et al<br>1050 Thomas Jefferson St., N.W.<br>Washington, DC 20007 | Mindy G. Davis<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 2004-2402 |
| Craig J. DeRecat<br>Manatt Phelps & Phillips<br>11355 W. Olympic Boulevard<br>Los Angeles, CA 90064-1614 | Michael DeMarco<br>Kirkpatrick & Lockhart, LLP<br>75 State Street<br>Boston, MA 02109 | Jennifer M. Del Monico<br>Murtha Cullina, LLP<br>2 Whitney Avenue<br>P. O. Box 704-A<br>New Haven, CT 06503-0704 |
| Russ Detrick<br>Sacramento County District Attorney<br>P. O. Box 749<br>901 G Street<br>Sacramento, CA 95814 | M. Jerome Diamond<br>Diamond & Robinson<br>15 East State Street<br>P. O. Box 1460<br>Montpelier, VT 05601 | Brandon Diket<br>Wallace, King, Marraro & Branson<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 |
| Brendan M. Dixon<br>Unocal Corp.<br>376 S. Valencia Avenue<br>Brea, CA 92626 | Colleen P. Doyle<br>McCutchen, Doyle, Brown, et al.<br>355 South Grand Avenue, Ste. 440<br>Los Angeles, CA 90071-1560 | James W. Draughn, Jr.<br>Kirkland & Ellis<br>655 Fifteenth Street, NW, 12th Floor<br>Washington, DC 20005 |
| John C. Duffey<br>Stuart & Branigin<br>The Life Building<br>300 Main Street, Suite 800<br>P. O. Box 1010<br>Lafayette, IN 47902 | Mark C. Durkin<br>Durkin & Polera, PC<br>1111 Summer Street, 5th Floor<br>Stamford, CT 06905 | John V. Dwyer<br>Winer & Bennett<br>110 Concord Street<br>P. O. Box 488<br>Nashua, NH 03060 |
| Jay Eaton<br>Nyemaster, Goode, Voigts, et al<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309 | Joseph G. Eaton<br>Barnes & Thornburg<br>11 S. Meridian Street, Suite 1313<br>Indianapolis IN 46204 | Lawrence M. Edleman<br>Pierce Atwood<br>Pease International Tradeport<br>One New Hampshire Ave., Suite 350<br>Portsmouth, NH 03801 |
| Dale W. Eikenberry<br>Wooden & Mclaughlin, LLP<br>One Indiana Square, Ste. 1800<br>Indianapolis, IN 46204-2019 | Nathan P. Eimer<br>Eimer, Stahl, Klevorn & Solberg<br>122 So. Michigan Avenue, Ste. 1776<br>Chicago, IL 60603 | Celeste A. Evangelisti<br>Barron & Bud<br>3102 Oaklawn Avenue, Ste. 1100<br>Dallas, TX 75219-4281 |

{S0068260.1}

| | | |
|---|---|---|
| John J. Fanning<br>Cullen & Dykman<br>177 Montague Street<br>Brooklyn, NY 11201 | Bruce W. Felmly<br>McLane, Graf, "Raulerson, et al<br>900 Elm Street<br>Manchester, NH 03105 | Taylor M. Florence<br>Bullivant, Houser, Bailey, et al.<br>11335 Gold Express Dr., Ste. 105<br>Goldriver, CA 95670-4491 |
| Heather Fusco<br>Beveridge & Diamond, P.C.<br>477 Madison Avenue, 15th Floor<br>New York, NY 10022 | Christopher J. Garvey<br>Goodwin & Procter, LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Dennis L. Gillen<br>Depew & Gillen, L.L.C.<br>151 North Main Street, Ste. 800<br>Wichita, KS 67202 |
| Robert J. Gordon<br>Weitz & Lutzenberg<br>180 Maiden Lane, 17th Floor<br>New York, NY 10038 | Frank M. Grenard<br>Whitefield & Eddy, PIC<br>317 Sixth Ave., Ste. 1200<br>Des Moines, IA 50309-1474 | Pamela R. Hanebutt<br>Eimer, Stahl, Klevorn & Solberg<br>224 S. Michigan Avenue, Ste. 1100<br>Chicago, IL 60604 |
| David S. Hardy<br>Levett Rockwood, PC<br>33 Riverside Avenue<br>P. O. Box 5116<br>Westport, CT 06681 | Matthew T. Heartney<br>Arnold & Porter, LLP<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017 | Dorit S. Heimer<br>Levett Rockwood, PC<br>33 Riverside Avenue<br>P. O. Bo 5116<br>Westport, CT 06881 |
| Mitchell L. Herren<br>Hinkle Elkouri Law Firm, LLC<br>2000 Epic Center<br>301 North Main Street<br>Wichita, KS 67202-4820 | Judith L. Hermann<br>Lane & Waterman<br>220 North Main Street, Ste. 600<br>Davenport, IA 52801 | Melissa Hinds<br>Bakers & Daniels<br>3000 North Meridian Street, Ste. 2700<br>Indianapolis, IN 46204 |
| Alan J. Hoffman, Jr.<br>Blank Rome, LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | George Hoffman, III<br>Jones, Hoffman & Ullrich<br>150 N. Main Street<br>P. O. Box 365<br>Franklin, IN 46131 | Michael J. Hulka<br>Barnes & Thornburg<br>11 S. Meridian Street. Ste. 1313<br>Indianapolis, IN 46204 |
| Andrew W. Hutton<br>Hutton & Hutton<br>8100 East 22nd Street<br>North Building 1200<br>P. O. Box 638<br>Wichita, KS 67201-0639 | H. Lee Godfrey<br>Vineet N. Bhatia<br>Susan Godfrey LLP<br>1000 Louisiana Street, Suite 5100<br>Houston, TX 77002-5096 | Hojoon Hwant<br>Munger, Tolles & Olson, LLP<br>33 New Montgomery St,, 19th Floor<br>San Francisco, CA 94105 |
| Michele D. Johnson<br>Latham & Watkins LLP<br>650 Town Center Dr., 20th Floor<br>Costa Mesa, CA 92626 | Margaret M. Jones<br>Jones Law Office<br>215 S. St. Joseph Stret, Ste. 600<br>South Bend, IN 47407 | Joseph Conrad Kearfott<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 |
| David S. Hardy<br>Levett Rockwood, PC<br>33 Riverside Avenue<br>P. O. Box 5116<br>Westport, CT 06681 | Frederic R. Klein<br>Goldberg, Kohn, Bell, Black, et al.<br>55 East Monore Street, Ste. 3700<br>Chicago, IL 60603 | Kenneth M. Kliebard<br>Howrey Simon Arnold & White<br>321 North Clark Street, Ste. 3400<br>Chicago, IL 60610 |

| | | |
|---|---|---|
| Ben M. Krowicki<br>Bingham McCutchen, LLP<br>One State Street<br>Harford, CT 06103-3178 | J. Andrew Langan<br>Kirkland & Ellis<br>200 East Randolph Drive, Ste. 5400<br>Chicago, IL 60601 | Andrew Lapayowker<br>Crown, Central Petroleum Corp.<br>One N. Charles Street (21203)<br>P. O. Box 1168<br>Baltimore, MD 21230 |
| Steven L. Leifer<br>Baker, Botts, LLP<br>1299 Pennyslvania Avenue, N.W.<br>Washington, DC 20004 | Charles S. Leone<br>Attorney for the City of South<br>Bend, IN<br>1400 County City Building<br>South Bend, IN 46601 | John J. Lyons<br>Latham & Watkins<br>6633 West Fifth Street, Ste. 4000<br>Los Angeles, CA 90071-2007 |
| Robert W. Mann<br>Young, Haskins, Mann &<br>Gregory, PC<br>600 W. Church Street<br>P. O. Box 72<br>Martinsville, VA 24112 | Michael J. Marks<br>Tarrant, Marks & Giles<br>P. O. Box 1440<br>Montpelier, VT 05601-1440 | John McGahren<br>Kristi, Midboe, Miller, Lathan et al<br>One Newark Center, 16th Floor<br>Newark, NJ 07101=3184 |
| Gerald L. McMahon<br>Seltzer, Caplan, McMahon et al<br>21000 Symphony Towers<br>750 B Street<br>San Diego, CA 92101-8177 | Christopher J. McNevin<br>Pillsbury Winthrop, LLP<br>725 South Figueroa St, Ste. 2800<br>Los Angeles, CA 90017-2513 | Chris S. McNew<br>Weitz & Lutzenberg<br>180 Maiden Lane<br>New York, NY 10038 |
| Lisa S. Meyer<br>Eimer, Stahl, Klevron & Solberg,<br>224 S. Michigan Ave., Ste. 1100<br>Chicago, IL 60604 | Jeffrey A. Meyers<br>Nelson, Kinder, Mosseau, et al<br>99 Middle Street<br>Manchester, NH 03101 | Mark A. Miller<br>Baker & Botts<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 2004-2400 |
| Catherine Noel Mitchell<br>Morgan Lewis & Bockius, LLP<br>3000 S. Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 | Anthony H. Monioudius<br>Woods Rogers, PLC<br>P. O. Box 560<br>Danville, VA 24543-0560 | Peter W. Mosseau<br>Nelson, Kinder, Mosseau, et al<br>99 Middle Street<br>Machester, NH 03101 |
| Howard B. Myers<br>Myers Associates, PLLC<br>240 Mechanic Street<br>Lebanon, NH 03766 | Barry Needleman<br>McLane, Graf, Raulerson, et al<br>15 North Main Street<br>Concord, NH 03301 | Thomas J. Pappas<br>Wiggih & Nourie, P.A.<br>P. O. Box 808<br>Manchester, NH 03105 |
| J. Clifford Gunter, III<br>Bracewell & Patterson<br>South Tower Pennzoil Place,<br>Ste.2900<br>711 Louisiana Street<br>Houston, TX 7702 | Steven R. Gustavson<br>Baker & Botts<br>30 Rockefeller Plaza<br>New York, NY 10038 | John S. Guttman<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, DC 20005 |
| | | |

{S0068260.1}

| | | |
|---|---|---|
| James A. Pardo<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020-1605 | Jeffrey John Parker<br>Sheppard, Mullin, Richter, et al<br>333 South Hope Street, Ste. 4800<br>Los Angeles, CA 90071-1448 | Patrick M. Patterson<br>Emmanuel Sheppard & Condon<br>30 S. Spring Street<br>P. O. Box 1271<br>Pensc0la, FL 32502-1271 |
| Jeffrey D. Peier<br>Klenda, Mitchell, et al<br>301 North Main Street, Ste. 1600<br>Wichita, KS 67202-4888 | Gregory P. Priamos<br>3900 Main Street, 5th Floor<br>Riverside, CA 92522 | Morris A. Ratner<br>Lieff, Cabraser, Heimann, et al<br>780 Third Avenue, 48th Floor<br>New York, NY 10017 |
| Lila Pankey Ray<br>Baker & Botts<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2400 | Paul J. Reilly<br>Baker & Botts<br>30 Rockerfeller Plaza, 44th Floor<br>New York, NY 10112 | Tracie J. Renfroe<br>Bracewell & Patterson<br>South Tower Pennzoil Place<br>Suite 2900<br>711 Louisiana<br>Houston, TX 77002 |
| David S. Richman<br>Stephan, Oringher, Richman<br>2029 Century Park East, 6th Floor<br>Los Angeles, CA 90067 | Stephen H. Roberts<br>McNeill & Taylor<br>P. O. Box 815<br>Dover, NH 03820 | Peter J. Sacripanti<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 |
| Todd Eric Robins<br>Sher & Leff<br>450 Mission Street, Suite 500<br>San Francisco, CA 94105 | Brent D. Rosenberg<br>Rosenberg, Stowers & Morse<br>505 Fifth Avenue, Suite 1010<br>Des Moines, IA 50309 | C. Joseph Russell<br>Bose, McKinney & Evans<br>2700 First Indiana Plaza<br>135 N Pennsylvania Street<br>Indianapolis, IN 46204 |
| A. Curtis Sawyer, Jr.<br>Miller & Sawyer<br>1651 Response Road<br>Second Floor<br>Sacramento, CA 95825 | David L. Schrader<br>Morgan, Lewis & Bockius<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3131 | Fred E. Schultz<br>Wildman, Harrold, Allen & Dixon<br>225 West Wacker Drive, Suite 3000<br>Chicago, IL 60606 |
| Andrew W. Serell<br>Rath, Young & Pignatelli<br>P. O. Box 1500<br>Concord, NH 03302-1500 | Victor M. Sher<br>Miller, Sher & Sawyer<br>100 Howe Avenue, Ste. S-120<br>Sacramento, CA 95825 | Lawrence S. Shtasel<br>Blank, Rome, Comisky et al<br>One Logan Square<br>Philadelphia PA 19103-6998 |
| Alison N. Shue<br>Morgan Lewis & Bokius<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 | David F. Silver<br>Barr, Sternberg, Moss, et al.<br>507 Main Street<br>Bennington, VT 05201-2143 | Elizabeth E. Skilling<br>Harman, Claytor, Corrigan, et al<br>P. O. Box 70280<br>Richmond, VA 23255 |
| Andrew M. Smith<br>Getty Properties Corp.<br>General Counsel<br>125 Jericho Turnpike, Ste. 103<br>Jericho, NY 11753 | Rod G. Smith<br>ConocoPhillips<br>600 North Dairy Ashford<br>Houston, TX 77079 | Donald M. Snemis<br>Ice Miller<br>One American Square<br>P. O. Box 82001<br>Indianapolis, IN 46282 |

| | | |
|---|---|---|
| Marc M. Seltzer<br>Susan Godfrey<br>1901 Avenue of the Stars, Ste. 950<br>Los Angeles, CA 90067-6029 | Larry B. Spikes<br>Martin, Pringle, Oliver, Wallace<br>& Bauer<br>100 N. Broadway, Suite 500<br>Wichita, KS 67202 | Robert K. Stanley<br>Baker & Daniels<br>300 N. Meridian Street, Ste. 2700<br>Indianapolis, IN 46204 |
| Jeffrey G. Stark<br>Meyer, Suozzi, English & Klein.<br>1505 Kellum Place<br>Mineola, NY 11501 | Potter Stewart, Jr.<br>Potter Stewart Law Offices, PC<br>205 Main Street, Ste 8<br>Brattleboro, VT 05301-0868 | Catherine M. Stites<br>Bingham McCutchen, LLP<br>355 So. Grand Avenue, Ste. 4400<br>Los Angeles, CA 90071-3106 |
| Anthony J. Stoik<br>Klass, Stoos, Stoik, Mugan, et al.<br>P. O. Box 327<br>Sioux City, IA 51102 | Scott Summy<br>Baron & Budd<br>The Centrum Building, Suite 1100<br>3102 Oak Lawn Avenue<br>Dallas, TX 75219-3605 | William D. Temko<br>Munger, Tolles & Olson<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-3106 |
| Stephen L. Tober<br>Tober Law Offices. P.A.<br>P.O. Box 1377<br>Portsmouth, NH 03801 | Mark E. Tully<br>Goodwin Procter<br>Exchange Place, Second Floor<br>Boston, MA 02109-2881 | John V. Wachtel<br>Klenda, Mitchell, Austerman, et al<br>1600 Epic Center<br>301 North Main<br>Wichita, KS 67202 |
| Rikard E. Wallace, Jr.<br>Wallace, King, Marrarom et ak<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | Thomas R. Watson<br>Watson, Bosen, Marman, Venci, et al<br>P. O. Box 469<br>Portsmouth, NH 03802-0469 | George E. Wattendorf<br>City of Dover<br>Municipal Building<br>46 Locust Street<br>Dover, NH 03820 |
| Craig Watherly<br>Gravel & Shea<br>P. O. Box 369<br>76 St. Paul Street<br>Burlington, VT 05402 | Gregory A. Wimer<br>Hoff Curtis<br>P. O. Box 1124<br>Burlington, VT 05402-1124 | Joseph P.. Williams<br>Shipman & Goodwin, L.L.P.<br>One American Row<br>Hartford, CT 06103-2819 |
| Peter John Wilson<br>Latham & Watkins<br>650 Town Center Drive, Ste. 2000<br>Costa Mesa, CA 92626 | Alan M. Wiseman<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Christopher F. Wong<br>Bryan Dave L.L.P.<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401 |
| Lynn Wright<br>Edwards & Angell<br>750 Lexington Avenue<br>New York, NY 10022 | Michael T. Zarro<br>Morgan, Lewis & Bockius<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132 | Craig H. Zimmerman<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606 |
| Jesse Adcock<br>Registered Agent<br>Adcock Petroleum, Inc.<br>2967 Marshfield Court<br>Orlando, FL 32822 | Edward Faneuil<br>Global Petroleum Corp.<br>800 South Street<br>Waltham, MA 02453 | Trenten D. Klingerman<br>Stuart & Branigin<br>The Life Building, Suite 800<br>300 Main Street<br>P. O. Box 1010<br>Lafayette, IN 47902 |
| Robert P. Doty<br>Cox, Castle & Nicholson, LLP<br>555 Montgomery Street, 15th Floor<br>San Francisco, CA 94111-2585 | Paul S. Aronowitz<br>Aronowitz & Skidmore<br>200 Auburn Folsom Road, Ste. 305<br>Auburn, CA 95604 | J. Andrew Langan<br>Kirkland & Ellis<br>200 East Randolph Drive, Ste. 6100<br>San Diego, CA 92101-3541 |

{S0068260.1}

| | | |
|---|---|---|
| Mark S. Baldwin<br>Brown, Rudnick Berlack, et al<br>City Place I<br>185 Asylum Street<br>Harford, CT 06103-3402 | Francis J. Drumm, III<br>Mulvey, Oliver & Gould<br>83 Trumbull Street<br>New Haven, CT 06510 | Brian M. Ledger<br>Gordon & Rees, LLP<br>101 West Broadway. Suite 1600<br>San Diego, CA 92101-3541 |
| Mark S. Lillie<br>Kirkland & Ellils<br>200 East Randoph Drive, Ste. 5800<br>Chicago, IL 60602 | Steven R. Gustavosn<br>Baker & Botts<br>30 Rockefeller Plaza<br>New York, NY 10112 | Scott L. Long<br>Brown, Winick, Graves, Gross, et al.<br>666 Grand Avenue, Ste. 2000<br>Des Moines, IA 50309-2510 |
| Spencer T. Malysiak<br>11335 Gold Express Dr., Ste. 105<br>Gold River, CA 95670 | Joseph W. Martini<br>Pepe & Hazard<br>30 Jelliff Lane<br>Southport, CT 06890-1436 | Maureen D. Smith<br>Attorney General's Office<br>Environmental Protection Bureau<br>33 Capitol Street<br>Concord, NH 03301 |
| Charles F. Becker<br>Belin, Lamson, McCormik, et al<br>Financial Center<br>666 Walnut Street, Ste. 2000<br>Des Moines, IA 50309 | Timohty Fuller Burr<br>Galloway, Johynson, et al.<br>1101 Gulf Breeze Parkway, Ste. 2<br>Gulf Breeze, Fl 32561 | Chelsea Sandwich, LLC<br>800 South Street<br>Waltham, MA 02254-9161 |
| Charles F. Becker<br>Berlin, Lamson, McCormick, et al<br>Financial Center<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105 | Eric H. Gaston<br>Bingham McCutchen, LLP<br>One State Street<br>Hartford, CT 06103-3178 | Steven M. Greenspan<br>Day, Berry & Howard, LLP<br>City Place I<br>185 Asylum Street<br>Hartford, CT 06103 |
| Joseph J. McGovern<br>Parker, McCay & Criscuolo, PC<br>The Greentree Center, Ste. 401<br>Route 73 & Greentree Road<br>Marlton, NH 08053 | Matthew F. Madeiros<br>Little, Buhnan, Medeiros & Whitney<br>72 Pine Street<br>Providence, RI 02903 | Duane C. Miller<br>Miller & Sawyer<br>1651 Response Road, 2nd Floor<br>Sacramento, CA 95825-5253 |
| Neal L. Moskow<br>Ury & Moskow, LLC<br>888 Black Road Turnpike<br>Fairfield, CT 06825 | W. Scott O'Connell<br>Nixon & Peabody, L.L.P.<br>889 Elm Street<br>Manchester, NH 03101 | Thomas F. Panebianco<br>Thomas Fredric Panebianco, PA<br>P. O. Box 938<br>Tallahassee, FL 32302 |
| Patrick M. Patterson<br>Emmanuel Sheppard & Condon<br>30 S. Spring Street<br>P. O. Box 1271<br>Pensacola, FL 32502-1271 | Robert V. Waterman, Jr.<br>Lane & Waterman<br>220 North Main Street, Ste. 600<br>Davenport, IA 52801 | Shaun S. Sullivan<br>Wiggins & Dana<br>One Century Tower<br>265 Church Street<br>P. O. Box 1832<br>New Haven, CT 06508-1832 |
| Roxanne Conlin<br>Conlin & Associates<br>319 7th Street<br>Des Moines, IA 50309 | Thomas Constabile<br>Mcmillan Constabile, LLP<br>2180 Boston Post Road<br>Larchmont, NY 10538 | James M. Corrigan<br>James Martin Corrigan, PA<br>1015 12th Avenue<br>Pensacola, FL 32501 |

{S0068260.1}

| | | |
|---|---|---|
| Angelo A. Cuonzo<br>Slowinski, Atkins & Czyz,<br>LLPOne Newark Center<br>Newark, NH 07102 | Barry R. Davidson<br>Coll, Davidson, Carter, et al.<br>Miami Center, Suite 3200<br>201 South Biscayne Boulevard<br>Miami, FL 33133 | Larry G. Gutz<br>Moyer & Bergman, P.L.C.<br>2720 1st Avenue, NE<br>Cedar Rapids, IA 52402 |
| Donna Nelson Heller<br>Finn, Dixon & Herling<br>One Landmark Square, Ste. 1400<br>Stamford, CT 06901 | Jeffrey R. Hellman<br>Zeisler & Ziesler, P.C.<br>558 Clinton Avenue<br>P. O. Box 3186<br>Bridgeport, CT 06605-0186 | Hojoon Hwang<br>Munger, Tolles & Olson, LLP<br>33 New Montgomery Street<br>19th Floor<br>San Francisco, CA 94105 |
| William J. Kayatta, Jr.<br>Pierce, Atwood<br>One Monument Square<br>Portland, ME 04101 | Valerie J. Payne<br>Ury & Moskow, LLC<br>888 Black Rock Turnpike<br>Fairfield, CT 06825 | :Lawrence P. Riff<br>Steptoe & Johnson, LLP<br>633 West Fifth Street, Ste. 700<br>Los Angeles, CA 90071 |
| Mare A. Rollo<br>Archer & Greiner, PC<br>One Centennial Square<br>Haddonfield, NJ 08033 | Lauren E. Rosenblatt<br>Hunton & Williams<br>200 Park Avenue<br>New York City, NY 10166 | Richard M. Sandman<br>Law Offices of Allen Rodman<br>442 Main Street<br>Malden, MA 02148 |
| Daniel P. Scapellati<br>Halloran & Sage<br>225 Asylum Street<br>Hartford, CT 06103 | Martha Van Oot<br>Orr & Reno, PA<br>P. O. Box 3550<br>Concord, NH 03302 | John J. Wasilczyk<br>Morgan, Lewis & Bockius<br>330 South Grand Ave., 22nd Floor<br>Los Angeles, CA 90071-3131 |
| Owen J. Todd<br>Todd & Weld, LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109 | Jeffrey L. Fillerup<br>Luce, Forward, Hamilton &<br>Scripps<br>Rincon Center 11<br>121 Spear Street, Ste. 200<br>San Francisco, CA 94105 | Mark Done<br>Office of the City Attorney<br>311 Vernon Street<br>Roseville, CA 95678 |
| Mark Doane<br>Office of the City Attorney<br>City of Roseville<br>311 Vernon Street<br>Roseville, CA 95678 | David Moore<br>Reid & Hellyer<br>3880 Lemon Street, Fifth Floor<br>Riverside, CA 92501 | Jan Scully, District Attorney<br>Albert Locher, Assis. Chief Deputy DA<br>Russ Detrick, Supervising Deputy DA<br>Sacramento Co. District Attorney<br>Environmental Protection Division<br>906 G. Street, Suite 700<br>Sacramento, CA 95814 |
| Rebecca J. Bernstein<br>ATOFINA Chemicals, Inc.<br>2000 Market Street<br>Philadelphia, PA 19103 | Thomas Constabile<br>McMillan Constabile LLP<br>2180 Boston Post Road<br>Larchmont, NY 10538 | William L. Parker<br>Fitzhugh, Parker & Alvaro LLP<br>155 Federal Street, Suite 1700<br>Boston, MA 92110-1727 |
| Matthew F. Pawa<br>Law Offices of Matthew Pawa<br>1280 Centre Street, Suite 230<br>Newton Center, MA 02459 | Steven M. Gordon<br>Shaheen & Gordon<br>P. O. Box 2703<br>Concord, NY 03302 | Charles O'Brien<br>Statoil Marketing and Trading (US) Inc<br>225 High Ridge Road<br>Stamford, CT 06905. |
| Matthew F. Medeiros<br>Little Medeiros Kinder Bulman &<br>Whitney<br>72 Pine Street<br>Providence, RI 02903 | Peter R. Knight<br>LeBoeuf Lamb Greene &<br>MacRae<br>225 Asylum Street<br>Hartford, CT 06103 | Marc Jay Bern<br>Napoli, Kaiser & Bern LLP<br>115 Broadway, 12th Floor<br>New York, NY 1006 |

{S0068260.1}

| | | |
|---|---|---|
| Karl Morthole<br>Morthole Law Offices<br>57 Post Street, Suite 801<br>San Francisco, CA 94104 | David W. Warner<br>5 Kelvin Court<br>Chico, CA 95927 | Rusty Rinehart<br>Rinehart Law Offices<br>200 S. Santa Cruz Ave. Ste. 101C<br>Los Gatos, CA 95030 |
| Edward Romero<br>Greenan Peffer Sallander & Lally LLP<br>Bishop Ranch Business Park<br>Two Annabel Lane, Ste. 200<br>San Ramon, CA 94583-0010 | John McGahrn<br>Kristi Midboe Miller<br>Latham & Watkins LLP<br>One Newark Center, 16th Floor<br>Newark, NJ 07101-3174 | Charles F. Becker<br>Belin Lamson McCormick<br>Zumbach Flynn<br>666 Walnut Street, Ste. 2000<br>Des Moines, IA 50309-3989 |

{S0068260.1}