MDL 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 9 2004

FILED
CLERK'S OFFICE

```
*************************************
                                    *
IN RE:                              *
                                    *
METHYL-TERTIARY BUTYL ETHER         *    MDL Docket No.: 1358
("MTBE") PRODUCTS LIABILITY         *
LITIGATION                          *
*************************************
```

### STATOIL MARKETING AND TRADING (US), INC.'S CORPORATION DISCLOSURE STATEMENT

Pursuant to Rule 5.3 (a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Statoil, Inc. files this Corporate Disclosure statement. The undersigned, counsel for Statoil Marketing and Trading (US), Inc., certifies that, to the best of their knowledge identifies its parent companies and any publicly held corporations that controls the filing party, directly or through others, or owns ten percent or more of the party's stock:

1. Parent Company is Statoil ASA located at N-4035 Forus, Stavanger, Norway.

2. Statoil ASA, Inc. owns 100% of North American holding company: Statoil North America, Inc., 225 High Ridge Road, Stamford, CT 06905

3. Statoil North America Inc. owns 100% of the operating company Statoil Marketing & Trading (US) Inc., 225 High Ridge Road, Stamford, CT 06905.

PLEADING NO. 156

IMAGED APR 29 '04    OFFICIAL FILE COPY

Respectfully submitted,

STATOIL MARKETING AND TRADING (US), INC.

By its attorneys,

NIXON PEABODY LLP

Date: April 9, 2004

By: _____
W. Scott O'Connell, NH Bar No. 9070
889 Elm Street
Manchester, NH 03101
(603) 628-4000
(603) 628-4040 (facsimile)
soconnell@nixonpeabody.com

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 29 2004

FILED
CLERK'S OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*
IN RE:                                          \*
                                                \*
METHYL-TERTIARY BUTYL ETHER    \*    MDL Docket No.:  1358
("MTBE") PRODUCTS LIABILITY      \*
LITIGATION                                  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 5.2 CERTIFICATION

I hereby certify that I have on this \_\_\_19\_\_\_ day of April, 2004, served by First Class Mail, postage prepaid, a copy of the accompanying Notice of Appearance and Corporate Disclosure Statement to all parties identified in the attached service record.

Respectfully submitted,

STATOIL MARKETING AND TRADING (US), INC.

By its attorneys,

NIXON PEABODY LLP

Date: April \_\_17\_\_, 2004

By: _____
W. Scott O'Connell, NH Bar No. 9070
889 Elm Street
Manchester, NH  03101
(603) 628-4000
(603) 628-4040 (facsimile)
soconnell@nixonpeabody.com

## MDL NO. 1358 SERVICE LIST

### IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
(212) 609-6805
(212) 935-1893 (fax)
E-mail: sabate@mccarter.com
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc. (formerly CITGO Refining & Chemicals, Inc.)r**

Jesse Adcock
Registered Agent
Adcock Petroleum Inc.
2967 Marshfield Court
Orlando, FL 32822
(407) 275-7253

Christopher A. Albanesse
Milber Makris Plousaids & Seiden, LLP
108 Corporate Park Drive, Suite 200
White Plains, NY 10604
(914) 681-8700
(914) 681-8709 (fax)
**Attorneys for Bartco Corporation**

Carolyn G. Anderson
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123
(612) 341-0400
(612) 341-0844 (fax)
E-mail: cga@zimmreed.com
**Attorneys for Plaintiff City of Rockport**

Jon D. Anderson
Michele Johnson
Latham & Watkins
650 Town Center Drive, Ste. 2000
Costa Mesa, CA 92626
(714) 540-1235
(714) 755-8290 (fax)
**Attorneys for Tosco Corporation, ConocoPhillips Company**

Paul S. Aronowitz
Lawrence E. Skidmore
Aronowitz & Skidmore
200 Auburn Folsom Road, Ste. 305
Auburn, CA 95603
**Attorneys for Nella Oil Company LLC**

Lisa K. Axelrod, Esq.
Porzio, Bromberg & Newman, P.C.
156 West 56th Street
New York, NY 10019-3800
(212) 265-6888
(212) 957-3983 (fax)
**Attorneys for American Agip Co., Inc.**

Mark S. Baldwin
Brown, Rudnick, Berlack & Israels, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3402
(860) 509-6514
(860) 509-6501 (fax)
**Attorneys for Koch Industries Inc.**

Dan H. Ball
Bryan Cave, L.L.P.
One Metropolitan Square
211 N. Broadway, Ste. 3600
St. Louis, MO 63102
(314) 259-2200
(314) 259-2020 (fax)
E-mail: dhball@bryancave.com
**Attorneys for Premcor Refining Group**

Deborah B. Barnard
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
E-mail: deborah.barnard@hklaw.com
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

M. Scott Barrett
Barrett & Associates
Two North LaSalle Street, Suite 1600
Chicago, IL 60602
(312) 332-4664
(312) 332-2996 (fax)
E-mail: MSB4664@aol.com
**Attorneys for Plaintiff City of Rockport**

William W. Barrett
Williams Hewitt & Robbins, LLP
600 N. Emerson Avenue
Greenwood, IN 46143
(317) 888-1121
(317) 887-4069 (fax)
E-mail: wbarrett@whrlaw.com
**Attorneys for Plaintiff City of Rockport**

Vincent A. Barto
Marathon Ashland Petroleum LLC
539 South Main Street
Findlay, Ohio 45840
(419) 421-4203
(419) 427-4193 (fax)
E-mail: vabarto@mapllc.com
**Attorneys for Marathon Ashland Petroleum LLC, Marathon Oil Company and Marathon Oil Corp.**

Charles F. Becker
Belin, Larnson, McCormick, Zurnbach & Flynn
Financial Center
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
(515) 283-4609
(515) 558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Peter G. Beeson
Devine, Millimet & Branch
111 Amherst Street
P.O. Box 719
Manchester, NH 03105
(603) 669-1000
(603) 669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

Peter A. Bellacosa
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4675
(212) 446-4800
(212) 446-4900 (fax)
E-mail: pbellacosa@kirkland.com
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Marc Jay Bern
Napoli Kaiser Bern & Associates, LLP
3500 Sunrise Highway, Suite T-207
Great River, NY 11739
(631) 224-1133
E-mail: mjbern@nkblaw.com
**Attorney for Plaintiffs Carle Place Water District, Town of East Hampton, Town of Southampton, Village of Hempstead, Village of Mineola, West Hempstead Water District, and Westbury Water District**

Elizabeth L. Bevington
Holland & Knight, LLP
P.O. Box 810
Tallahassee, FL 32302-0810
(850) 224-7000
(850) 224-8832 (fax)
**Attorneys for Exxon Mobil Chemical Company, Inc., individually and formerly known as Mobil Chemical Company, Inc., Exxon Mobil Corporation, individually and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company and Exxon Mobil Oil Corporation, individually and formerly known as Mobil Oil Corporation**

Anthony A. Bongiorno
McDermott, Will & Emery
28 State Street
Boston, MA 02109
(617) 535-4044
(617) 535-3800 (fax)
E-mail: abongiorno@mwe.com
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

Anton J. Borovina
Borovina & Marullo, PLLC
445 Broad Hollow Road
Melville, NY 11747
(631) 630-1101
(631) 465-8935 (fax)
E-mail: ajb@bormarlaw.com
**Attorneys for Koch Industries, Inc.**

F. Wesley Bowers
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P.O. Box 1287
Evansville, IN 47706-1287
(812) 426-1231
(812) 464-3676 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Timothy F. Burr
Galloway, Johnson, Tompkins, Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Randle B. Carpenter
McMilllan Constabile LLP
2180 Boston Post Road
Larchmont, NY 10538
(914) 834-3500
(914) 834-0620 (fax)
E-mail: rcarpenter@mcmcon.com
**Attorneys for Star Enterprises**

Chelsea Sandwich, LLC
11 Broadway
Chelsea, MA 02150

Christopher S. Colman
Deputy General Counsel -
  Environmental Affairs
Amerada Hess Corporation
One Hess Plaza
Woodbridge, NJ 07095
(732) 750-6535
(732) 650-6944 (fax)
E-mail: ccolman@hess.com
**Attorneys for Amerada Hess Corporation, El Paso Corporation, and Coastal Corporation**

Roxanne B. Conlin
Roxanne B. Conlin & Associates, PC
319 7th Street, Suite 600
Des Moines, IA 50309-3826
(515) 283-1111
(515) 282-0477 (fax)
E-mail: rconlin@roxanneconlinlaw.com
**Attorneys for Plaintiffs City of Galva, City of Sioux City, City of Ida Grove**

Thomas Constabile
McMillan Constabile, LLP
2180 Boston Post Road
Larchmont, NY 10538
(914) 834-3500
(914) 834-0620 (fax)
**Attorneys for Star Supply Petroleum Inc.**

John D. Cooney
Cooney & Conway, PC
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
(312) 236-6166
(312) 236-302 (fax)
E-mail: jcooney@cooneyconway.com
**Attorneys for Plaintiff City of Crystal Lake**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL 32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Plaintiff Escambia County Utilities Authority**

David J. Crotta, Jr.
Francis J. Drumm, III
Robert G. Oliver
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT 06510
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH 03301
**For El Paso Merchant Energy Petroleum**

Angelo A. Cuonzo
Slowinski, Atkins & Czyz, LLP
One Newark Center
Newark, NJ 07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Comp, and CITGO Refining and Chemical Inc.**

Gregory A. Curtis
Hoff Curtis
100 Main Street
P.O. Box 1124
Burlington, VT 05402-1124
(802) 864-6400
E-mail: gweimer@hoffcurtis.com
**Attorneys for Exxon Mobil Corporation, Equilon Enterprises, LLC, Motive Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Refining & Marketing (East), Inc., Chevron Texaco Corporation, Chevron USA, and Texaco, Inc.**

George A. Dagon, Jr.
Murtha Cullina, LLP
City Place I
185 Asylum Street
Hartford, CT 06103
(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc, BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporations BP Products North America Inc, (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Barry R. Davidson
Hunton & Williams, LLP
1111 Brickell Avenue
Miami, FL 33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA 30339-5673
**Attorneys for Chevron**

Jennifer M. DelMonico
Murtha Cullina, LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704-A
New Haven, CT 06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP America Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc. (f/k/a BP Amoco Corporation and Amoco Corporation), BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Michael DeMarco
Daniel E. Rosenfeld
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109
**Attorneys for ConocoPhillips Company**

Wayne F. Dennison
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Ste. 4000
El Segundo, CA 90245
**Corporate Secretary for Unocal Corp.**

Brendan M. Dixon
Deputy General Counsel
Unocal Corp.
376 S. Valencia Avenue
Brea, CA 92626
(714) 577-2933
(714) 577-2980 (fax)
E-mail: bmdixon@unocal.com
**Attorneys for Unocal Corporation, Union Oil Company of California**

Robert P. Doty
Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
**Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc., Northridge Petroleum Marketing U.S., Inc.**

Colleen P. Doyle
Diana Pfeffer Martin
Catherine M. Stites
Bingham McCutchen, LLP
355 South Grand Avenue, Ste. 4400
Los Angeles, CA 90071-3106
(213) 680-6446
(213) 680-6499 (fax)
E-mail: colleen.doyle@bingham.com
**Attorneys for Exxon Mobil Corporation, Mobil Corporation, Tesoro Refining and Marketing, Inc.**

John V. Dwyer
Winer & Bennett
110 Concord Street
P.O. Box 488
Nashua, NH 03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp., Exxon Mobil Oil Corp.**

Joseph J. Eaton
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Lawrence M. Edelman
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH 03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical Company**

Nathan P. Eimer
Pamela R. Hanebutt
Lisa S. Meyer
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)
E-mail:  neimer@eimerstahl.com
         phanebutt@eimerstahl.com
         lmeyer@eimerstahl.com
**Attorneys for CITGO Petroleum Corp, and CITGO Refining and Chemical Inc.**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA 02453

John J. Fanning
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing Inc. and Getty Terminals Corporation**

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
City Hall Plaza, 900 Elm Street
P.O. Box 326
Manchester, NH 03105-0326
(603) 625-6464
(603) 625-5650 (fax)
E-mail:  bruce.felmly@mclane.com
**Attorneys for Irving Oil Limited, Irving Oil Corporation**

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
**Attorneys for Pacific Southwest Trading**

Heather M. Fusco
Beveridge & Diamond, PC
477 Madison Avenue, 15th Floor
New York, NY 10022
(212) 702-5400
(212) 702-5450
E-mail:  hfusco@bdlaw.com
**Attorneys for Sunoco, Inc.**

Christopher J. Garvey
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 459-7413
(212) 355-3333 (fax)
E-mail:  cgarvey@goodwinprocter.com
**Attorneys for Gulf Oil Limited Partnership, The Catamount Corporation, Catamount Management Corporation, Cumberland Farms, Inc., The Global Companies, Global Petroleum Corporation**

Robert J. Gordon
C. Sanders McNew
Stanley N. Alpert
Weitz & Lutzenberg
180 Maiden Lane
New York, NY 10038
(212) 558-5500
(212) 344-5461 (fax)
E-mail:  rgordon@weitzlux.com
         smcnew@weitzlux.com
         salpert@weitzlux.com
**Attorney for Plaintiffs Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority, City of Galva, City of Sioux City, City of Ida Grove, City of Rockport, Town of Duxbury, et al., New Jersey American Water Company, et al, and Water Authority of Great Neck North**

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT 06103-3499
(860) 275-0100
(860) 275-0343
**Attorneys for Inland Fuel Terminals Inc.**

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th, Avenue, Ste. 1200
Des Moines, IA 50309-4195
(515) 246-5582
(515) 246-1474 (fax)
E-mail: Grenard@whitfieldlaw.com
**Attorneys for Conoco, Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips Company, Phillips Petroleum Company n/k/a ConocoPhillips Company, and Tosco Refining Company, n/k/a ConocoPhillips**

John S. Guttmann
Beveridge & Diamond, P.C.
13501 Street, N.W., Suite 700
Washington, DC 20005
(202) 789-6000
(202) 789-6190 (fax)
E-mail: jguttmann@bdlaw.com
**Attorneys for Sunoco Inc., Sunoco, Inc. (R&M) and Sun Refining & Marketing Company**

Larry G. Gutz
Moyer & Bergman, PLC
2720 1st Avenue, NE
Cedar Rapids, IA 52402-1943
(319) 366-7331
(319) 366-3668 (fax)
**Attorneys for Fauser Oil Co., Inc.**

David S. Hardy
Dorit S. Heimer
Levett Rockwood, PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company, El Paso Corporation, Marathon Ashland Petroleum LLC, Marathon Oil Corporation, Sunoco Inc.**

Matthew T. Heartney
Lawrence Allen Cox
Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-2513
(213) 243-4000
(213) 243-4199 (fax)
E-mail: matthew_heartney@aporter.com
**Attorneys for Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America, Inc., BP Corporation North America, Inc., BP Global Special Products (America), Inc., and BP Marine Americas**

Donna Nelson Heller
Finn, Dixon & Herling, LP
One Landmark Square, Suite 1400
Stanford, CT 06901
(203) 325-5000
(203) 348-5777 (fax)
**Attorneys for Lyondell Chemical Company**

Jeffrey R. Hellman
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

Mitchell L. Herren
rHinkle Elkouri Law Firm L.L.C.
2000 Epic Center
301 North Main Street
Wichita, KS 67202
(316) 267-2000
(316) 264-1556 (fax)
E-mail: mherren@hinklaw.com
**Attorneys for ConocoPhillips Company, Conoco, Inc., Phillips Petroleum Company, Phillips 66 Company**

Alan J. Hoffman
Lawrence S. Shtasel
Michael Roessner
Blank Rome, LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6998
(215) 569-5505
(215) 832-5505 (fax)
E-mail: hoffman@blankrome.com
         shtasel@blankrome.com
         roessner@blankrome.com
**Attorneys for ARCO Chemical Company, Lyondell Chemical Company**

George Hoffman
Jones Hoffman Admire & Newcomb
150 N. Main Street
P.O. Box 160
Franklin, IN 46131
(317) 736-7174
(317) 736-4440 (fax)
**Attorneys for Plaintiffs City of Mishawaka, City of South Bend, City of Rockport, and North Newton School Corporation**

Andrew W. Hutton
Deborah B. McIlhenny
Hutton & Hutton Law Firm, L.L.C.
8100 East 22nd Street North, Building 1200
Wichita, KS 67336-2312
(316) 688-1166
(316) 686-1077 (fax)
Email: andrew.hutton@huttonlaw.com
       debs.mcilhenny@huttonlaw.com
**Attorneys for Plaintiffs Chisholm Creek Utility Authority, City of Bel Aire, City of Dodge City, and City of Park City**

Hojoon Hwang
Karin S. Schwartz
William D. Temko
Munger, Tolles & Olson, LLP
355 Grand Ave., Ste. 3500
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc., Equilon Enterprises LLC**

Vivian Imperial *for*
Equiva Services, LLC
Westport Petroleum, Inc.
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA 90017

William J. Kayatta, Jr.
Pierce, Atwood
One Monument Square
Portland, ME 04101
(207) 791-1100
(207) 791-1350 (fax)
**Attorneys for Lyondell Chemical Company**

Joseph C. Kearfott
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
(804) 788-8446
(804) 788-8218 (fax)
E-mail: sraphael@hunton.com
**Attorneys for Koch Industries Inc.**

Frederic R. Klein
Goldberg Kohn
55 East Monroe Street, Ste. 3700
Chicago, IL 60603-5802
(312) 201-4000
(312) 332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil Company of California**

Trenten D. Klingerman
Stuart & Branigin, LLP
The Life Building, Suite 800
600 Main Street
P.O. Box 1010
Lafayette, IN 47902

Peter R. Knight
LeBoeuf, Lamb, Greene & MacRae
225 Asylum Street
Hartford, CT 06103
(860) 293-3550
(860) 293-3555 (fax)
**Attorneys for Getty Petroleum Marketing Inc.**

Ben M. Krowicki
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2926
(860) 240-2818 (fax)
E-mail: ben.krowicki@bingham.com
**Attorneys for Crown Central Petroleum Corp., Tesoro Petro Corporation, Tesoro Refining and Marketing and Tesoro West Coast**

J. Andrew Langan
Kirkland & Ellis LLP
200 East Randolph Drive, Suite 6100
Chicago, IL 60601-6636
(312) 961-2000
(312) 861-2200 (fax)
**Attorneys for Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America, Inc., BP Corporation North America, Inc., BP Global Special Products (America), Inc., and BP Marine Americas**

Andrew Lapayowker
Vice President, General Counsel
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)
E-mail: alapayowker@crowncentral.com
**Attorneys for Crown Central Petroleum Corporation**

Brian M. Ledger
Rudy R Perrino
Gordon & Rees, LLP
101 West Broadway, Ste. 1600
San Diego, CA 92101-3541
**Attorneys for Kern Oil & Refining Co.**

Steven L. Leifer
Baker, Botts, LLP
The Warner
299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
(202) 639-7723
(202) 585-1040 (fax)
E-mail: sleifer@bakerbotts.com
**Attorneys for Marathon Ashland Petroleum LLC, Marathon Oil Company and Marathon Oil Corp.**

Scott L. Long
Brown, Winick, Graves, Gross, et al.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510

Tracie L. Longman
Andrew G. Wailgum
Seth M. Wilson
Murtha Cullina LLP
99 High Street, 20th floor
Boston, MA 02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America Inc., BP Corporation North America Inc., BP Global Special Products (America) Inc., BP Products North America Inc. (formerly known as Amoco Oil Company and misnamed as BP Products North Americas, Inc.)**

John Lyons
Latham & Watkins LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
(213) 891-8320
(213) 891-8763 (fax)
E-mail: john.lyons@lw.com
**Attorneys for ConocoPhillips Company, Getty Realty Corporation, Getty Properties Corporation, Lee Milt's Petroleum, Inc.**

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
11335 Gold Express Drive, Ste. 105
Gold River, CA 95670
**Attorneys for New West Petroleum, New West Petroleum LLC**

Robert W. Mann
Young, Haskins, Mann, Gregory & Smith, PC
400 Starling Avenue
P.O. Box 72
Martinsville, VA 04114-0072
(276) 638-2367
(276) 638-1214
**Attorneys for Plaintiff Patrick County School Board**

Joseph W. Martini
Karen Mignone
Paul J. Hogan
Amy McCallan
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT 06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**

John McGahren
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)
E-mail: john.mcgahren@lw.com
**Attorneys for ConocoPhillips Company, Getty Realty Corporation, Getty Properties Corporation, Lee Milt's Petroleum, Inc.**

Joseph J. McGovern
John C. Gillespie
Parker, McCay & Criscuolo, P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
P.O. Box 974
Marlton, NJ 08053
**Attorneys for Plaintiffs in New Jersey American Water Company, Inc., et al.**

Matthew F. Medeiros
Little, Bulman Medeiros & Whitney
72 Pine Street
Providence, RI 02903
(401) 272-8080
(401) 272-8195
**Attorneys for CITGO Petroleum Corp.**

Duane C. Miller
A. Curtis Sawyer
Miller & Sawyer, PC
1651 Response Road, Second Floor
Sacramento, CA 95825-5253
(916) 927-8600
(916) 927-9267 (fax)
**Attorneys for Plaintiff City of Fresno and Orange County Water District**

Jeffrey W. Moryan
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
(973) 535-9217 (fax)
Attorneys for Motiva Enterprises LLC

Karen T. Moses
J. Stephen Bennett
Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 (fax)
Attorneys for Lassus Bros. Oil, Inc.

Neal L. Moskow
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393
(203) 610-6399 (fax)
E-mail: neal@urymoskow.com
Attorneys for Plaintiffs American Distilling & Manufacturing Co., Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, Our Lady of the Rosary Chapel, and United Water CT, Inc.

Peter W. Mosseau
Jeffrey A. Meyers
Nelson, Kinder, Mosseau & Saturley, PC
99 Middle Street
Manchester, NH 03101
(603) 647-1800
(603) 647-1900
Attorneys for CITGO Petroleum Corp.

Samuel P. Moulthrop
Riker, Danzig, Scherer, Hyland & Perretti LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
Attorneys for Koch Industries, Inc.

Charles T. O'Brien
225 High Ridge Road
Stamford, CT 06905
(203) 978-6988
(203) 978-6952 (fax)
Attorneys for StatOil Marketing and Trading (US) Inc.

W. Scott O'Connell
Nixon & Peabody, L.L.P.
889 Elm Street
Manchester, NH 03101-2019
(603) 628-4000
(603) 628-4087
Attorneys for StatOil Marketing and Trading (US) Inc.

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Ste. A
P.O. Box 3546
Tallahassee, FL 32315-3546
Attorneys for McKenzie Service Co., Inc,

Jeffrey J. Parker
Sheppard Mullin Richter & Hampton
333 South Hope Street, 48th Floor
Los Angeles, CA 90071
(213) 617-5586
(213) 620-1398 (fax)
E-mail: jparker@sheppardmullin.com
Attorneys for Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Company, ExxonMobil Pipeline Company, ExxonMobil Refining and Supply Company and Mobil Corporation

William L. Parker
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330
(617) 695-2335 (fax)
**Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P.O. Box 1271
Pensacola, FL 32502-1271
(850) 433-6581
(850) 434-5856 (fax)
**Attorneys for CITGO Petroleum Corp, and CITGO Refining and Chemicals Co. LP**

Mathew F. Pawa
Law Offices of Mathew Pawa, PC
1280 Centre Street, Ste. 230
Newton Center, MA 02459
**Attorneys for Plaintiff State of New Hampshire**

Gregory P. Priamos
Office of the City Attorney
3900 Main Street
Riverside, CA 92522
(909) 826-5567
(909) 826-5540 (fax)
E-mail: gpriamos@ci.riverside.ca.us
**Attorneys for Plaintiff City of Riverside**

Tracie J. Renfroe
M. Coy Connelly
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, TX 77002-2781
(713) 221-1404
(713) 221-2123 (fax)
E-mail: tracie.renfroe@bracepatt.com
       coy.connelly@bracepatt.com
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Diamond Shamrock Refining and Marketing, Fina Oil and Chemical Company, Ultramar, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company, Valero Refining Company-California, Valero Refining Company New Jersey, Valero Refining Company Louisiana, Valero Refining Company Texas, Ultramar Energy Inc.**

Barry Richard
Greenberg Traurig, P.A.
101 East College Ave.
Post Office Drawer 1838
Tallahassee, FL 32302
(850) 222-6891
(850) 681-0207 (fax)
**Attorneys for ConocoPhillips Company, individually and as successor-in-interest to Conoco, Inc. and Phillips Petroleum Company and d/b/a Phillips 66 Company, Tosco Corporation, individually and a/k/a Tosco Refining Company and a/k/a Tosco Marketing Company**

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071

Stephen H. Roberts
McNeill, Taylor & Gallo, P.A.
180 Locust Street
P.O. Box 815
Dover, NH 03821
(603) 749-4723
E-mail: roberts@mcneill-law.com
**Attorneys for Koch Industries, Inc.**

Marc A. Rollo
Frank D. Allen
Carlos M. Bollar
Archer & Greiner, P.C.
One Centennial Square
P.O. Box 3000
Haddonfield, NJ 08033-0968
(856) 795-2121
**Attorneys for Exxon Mobil Chemical Company, Inc. (individually and f/k/a Mobil Chemical Company, Inc.), Exxon Mobil Corporation (individually and as successor-in-interest to Exxon Corporation and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), Exxon Mobil Oil Corporation (individually and f/k/a Mobil Oil Corporation), Exxon Mobil Pipeline Company**

Lauren E. Rosenblatt
Hunton & Williams LLP
200 Park Avenue, 43rd Floor
New York City, NY 10166-0136
(212) 309-1023
(212) 465-8935 (fax)
E-mail: lrosenblatt@hunton.com
**Attorneys for Koch Industries, Inc.**

C. Joseph Russell
Bose, McKinney & Evans, LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 684-5000
**Attorneys for Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., Mobil Corporation**

Peter J. Sacripanti
James A. Pardo
Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza, 11th Floor
New York, NY 10020-1605
(212) 547-5583
(212) 547-5444 (fax)
E-mail: psacripanti@mwe.com
jpardo@mwe.com
sriccardulli@mwe.com
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

Richard M. Sandman
Rodman, Rodman & Sandman, PC
442 Main Street, Suite 300
Malden, MA 02148-5122
(781) 322-3720
(781) 324-6906 (fax)
E-mail: srodman@rrslaw.net
**Attorneys for Plaintiffs in Town of Duxbury, et al.**

Fred E. Schulz
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Dr.
Chicago, IL 60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Jan Scully
District Attorney (Sacramento County)
Environmental Protection Division
906 G Street, Suite 700
Sacramento, CA 95814
(916) 874-6174
(916) 874-7660 (fax)
**Attorney for Plaintiff People of California**

Marc M. Seltzer
David C. Marcus
Susman Godfrey, LLP
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067
310-789-3100
310-789-3150 (fax)
**Attorneys for ARCO Chemical Company, Lyondell Chemical Company**

Andrew W. Serell
Rath, Young & Pignatelli
One Capital Plaza
P.O. Box 1500
Concord, NH 03302-1500
**Attorneys for Chevron Texaco Corp., Chevron U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil Co., Texaco Refining & Marketing, Inc.**

Victor M. Sher
Todd E. Robins
Sher & Leff
450 Mission Street, Suite 500
San Francisco, CA 94105
(415) 348-8300
(415) 348-8333 (fax)
E-mail: vsher@sherleff.com
        trobins@sherleff.com
**Attorneys for Plaintiffs California-American Water Company, Quincy Community Services District, City of Riverside, and City of Roseville**

Robert H. Shulman
Mindy G. Davis
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800
(202) 383-6610 (fax)
E-mail: shulmanr@howrey.com
        davism@howrey.com
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company and El Paso Corporation**

David F. Silver
Barr, Sternberg, Moss, Lawrence, Silver
    & Saltonstall, P.C.
507 Main Street
Bennington, VT 05201
(802) 442-6341
(802) 442-1151 (fax)
E-mail: bsmlaw@benningtonattorneys.com
**Attorneys for Plaintiff Town of Hartland**

Elizabeth S. Skilling
Harman, Claytor, Corrigan, & Wellman
P.O. Box 70280
Richmond, VA 23255
(804) 762-8016
(804) 727-6085
E-mail: eskilling@hccw.com
**Attorneys for Parker Oil Company and Parker Holding Company, Inc.**

Charles Siddons
McMillan Constabile, LLP
777 Summer Street
Stamford, CT 06901
**Attorneys for Star Supply Petroleum, Inc.**

Andrew M. Smith
Getty Properties Corporation
125 Jericho Turnpike, Suite 103
Jericho, NY 11753
(516) 478-5451
(516) 478-5490 (fax)
E-mail: asmith@gettyrealty.com
**Attorneys for Getty Properties Corporation**

Maureen D. Smith
Senior Assistant Attorney General
Peter W. Heed, Attorney General
Environmental Protection Bureau
33 Capital Street
Concord, NH 03301-6397
(603) 271-3679
(603) 271-2110
E-mail: maureen.smith@doj.nh.gov
**Attorneys for Plaintiff State of New Hampshire**

Rod G. Smith
Senior Counsel
ConocoPhillips Company
600 North Dairy Ashford
Houston, TX 77079
(281) 293-1740
(281) 293-1954 (fax)
E-mail: rgsmith@ppco.com
**Attorneys for ConocoPhillips Company and Tosco Corporation**

Thomas J. Smith
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, Ste. 4040
New Orleans, LA 70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Donald M. Snemis
Ice Miller
One American Square
P.O. Box 82001
Indianapolis, IN 46282

Robert K. Stanley
Melissa M. Hinds
Baker & Daniels
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative, LLC, successor by merger to Countrymark Cooperative, Inc.**

Jeffrey G. Stark
Meyer, Suozzi, English & Klein, PC
1505 Kellum Place
Mineola, NY 11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum Inc., Shell Trading (US) Company, Texaco Refining & Marketing (East) Inc.**

Potter Stewart
Barney Brannen
Potter Stewart, Jr. Law Offices, P.C.
The Merchants Bank Building
205 Main Street, 3rd Floor
Brattleboro, VT 05301
(802) 257-7244
(802) 257-7256 (fax)
E-mail: pstewart@potterstewartlaw.com
bbrannen@potterstewartlaw.com
**Attorneys for Atlantic Richfield Company, BP America, Inc., BP Amoco Chemical Company, BP Company North America, Inc., BP Corporation North America, Inc., BP Global Special Products (America), Inc., and BP Marine Americas**

Anthony J. Stoik
Klass, Stoos, Stoik, Mugan, et al.
627 Fourth Street, Suite 300
P.O. Box 327
Sioux City, IA 51102
**Attorneys for CITGO Petroleum Corp, and CITGO Refining and Chemical, Inc.**

Shaun S. Sullivan
Wiggins & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Scott Summy
Celeste A. Evangehsti
Baron & Budd
3102 Oak Lawn Avenue
The Centrum Building, Ste. 1100
Dallas, TX 75219-4281
(214) 523-6267
(214) 520-1181 (fax)
Email: ssummy@baronbudd.com
cevangehsti@baronbudd.com
**Attorneys for Plaintiffs California-American Water Co., People of California, Quincy Community Services District, City of Riverside, City of Roseville, Silver, et al., American Distilling & Manufacturing Co., Inc., Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, Our Lady of Rosary Chapel, United Water CT, Inc., Escambia County Utilities Auth., City of Sioux City, Iowa, City of Mishawaka, North Newton School Corporation, City of Rockport, City of South Bend, City of Bel Aire, Chisholm Creek Utility Auth., City of Dodge City, City of Park City, Town of Duxbury, Long Island Water Corp., Water Authority of Great Neck North, Buchanan County School Board, and Patrick County School Board**

William D. Temko
Munger, Tolles, & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
(213) 683-9266
(213) 683-5166 (fax)
E-mail: temkowd@mto.com
**Attorneys for Shell Oil Company**

Stephen L. Tober
Tober Law Offices, P.A.
381 Middle Street
P.O. Box 1377
Portsmouth, NH 03801
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

Owen J. Todd
Kathleen M. Genova
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(617) 720-2626 (fax)
**Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.**

Mark E. Tully
Goodwin Procter LLP
53 State Street
Boston, MA 02109
(617) 570-1289
(617) 523-1231 (fax)
E-mail: mtully@goodwinprocter.com
**Attorneys for Gulf Oil Limited Partnership, The Catamount Corporation, Catamount Management Corporation, Cumberland Farms, Inc., The Global Companies, Global Petroleum Corporation**

Martha Van Oot
Orr & Reno, P.A.
One Eagle Square
P.O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
(603) 224-2318 (fax)
E-mail: mvo@orr-reno.com
**Attorneys for Plaintiff State of New Hampshire**

Richard E. Wallace, Jr.
Peter C. Condron
Harry Davis
Wallace, King, Marraro & Branson, PLCC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007
(202) 204-1000
(202) 204-1001 (fax)
E-mail: rwallace@wallaceking.com
         pcondron@wallaceking.com
         hdavis@wallaceking.com
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA, Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc., Star Enterprise**

John J. Wasilczyk
Allison N. Shue
David L. Schrader
Michael T. Zarro
Morgan, Lewis & Bockius
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco Inc., Chevron Texaco Corporation, Chevron Environmental Services Company**

Robert V. Waterman, Jr.
Lane & Waterman
220 North Main Street, Suite 600
Davenport, IA 52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc, ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**

Thomas R. Watson
Watson, Bosen, Harmon & Lemire, P.A.
75 Congress Street, Suite 211
Portsmouth, NH 03801
(603) 436-7667
**Attorneys for Plaintiffs City of Portsmouth and City of Dover**

Joseph P. Williams
Paul D. Sanson
Shipman & Goodwin, L.L.P.
One American Row
Hartford, CT 06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S. and Shell Petroleum Inc.**

Lynn W. Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022
(212) 756-0215/(212) 308-4411
(212) 308-4844 (fax)
E-mail: lwright@EdwardsAngell.com
**Attorneys for Unocal Corporation**

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
(312) 372-2000
(312) 484-7700 (fax)
E-mail: czimmerman@mwe.com
**Attorneys for Exxon Mobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Company, ExxonMobil Pipeline Company, ExxonMobil Refining and Supply Company and Mobil Corporation**