MDL 1358

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:

METHYL-TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 11 2004

FILED
MDL Docket No. 1358
CLERK'S OFFICE

PLEADING 157

### DISCLOSURE STATEMENT OF LASSUS BROS. OIL, INC.

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, Defendant Lassus Bros. Oil, Inc. reports that (i) it is a privately held corporation, (ii) it has no parent corporation and (iii) no publicly traded company owns 10% or more of its stock.

Respectfully submitted,

Dated: May 4 2004

By: _____
J. Stephen Bennett (#22869-02)
Michael L. James (#5029-02)
BAKER & DANIELS
111 East Wayne Street, Suite 800
Fort Wayne, Indiana  46802
Telephone:  (260) 424-8000
Facsimile:   (260) 460-1700

ATTORNEYS FOR DEFENDANT,
LASSUS BROS. OIL, INC.

IMAGED MAY 11 '04

FWIMAN1 317155v1

OFFICIAL FILE COPY

RECEIVED
CLERK'S OFFICE
2004 MAY -6 P 3: 45

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 1 1 2004

FILED
CLERK'S OFFICE

IN RE:

MDL Docket No. 1358

METHYL-TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

### RULE 5.2 CERTIFICATION

I hereby certify that I have this 5th day of May, 2004, served by First-Class, United States Mail, postage prepaid, a copy of the accompanying Disclosure Statement, filed on behalf of Defendant Lassus Bros. Oil, Inc., to all parties identified in the attached service record.

Respectfully submitted,

Dated: May 4th 2004

By: _____
J. Stephen Bennett (#22869-02)
Michael L. James (#5029-02)
BAKER & DANIELS
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
Telephone: (260) 424-8000
Facsimile: (260) 460-1700

ATTORNEYS FOR DEFENDANT,
LASSUS BROS. OIL, INC.

FWIMAN1 335725v1

Case MDL No. 1358   Document 157   Filed 05/11/04   Page 3 of 7

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Page

Docket: 1358 - In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation
Status: Transferred on 10/10/2000
Transferee District: NYS    Judge: Scheindlin, Shira Ann

Printed on 05/04/2004

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Axline, Michael<br>Miller, Axline & Sawyer<br>1050 Fulton Avenue<br>Suite 100<br>Sacramento, CA 95825 | => City of Fresno |
| Ball, Dan H.<br>Bryan Cave, L.L.P.<br>One Metropolitan Square<br>Suite 3600<br>211 N. Broadway<br>St. Louis, MO 63102 | => Conoco, Inc.*; Exxon Mobil Corp.* |
| Bennett, J. Stephen<br>Baker & Daniels<br>111 E. Wayne Street<br>Suite 800<br>Fort Wayne, IN 46802 | => Lassus Bros. Oil, Inc.* |
| Davis, Mindy G.<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2402 | => Amerada Hess Corp.*; Coastal Eagle Point Oil Co.*; Coastal Mobile Refining Co.*; El Paso CGP Co.*; El Paso Corp.*; El Paso Merchant Energy-Petroleum Co.* |
| Detrick, Russ<br>Sacramento County District Attorney<br>Environmental Protection Division<br>906 G Street, Suite 700<br>Sacramento, CA 95814 | => People of the State of California* |
| Doty, Robert P.<br>Cox, Castle & Nicholson, LLP<br>555 Montgomery Street<br>15th Floor<br>San Francisco, CA 94111-2585 | => 7-Eleven, Inc.; Duke Energy Merchants California, Inc.; Duke Energy Merchants, LLC; Duke Energy Trading & Marketing, L.L.C; Northridge Petroleum Marketing U.S., Inc. |
| Doyle, Colleen P.<br>Bingham McCutchen, LLP<br>355 South Grand Avenue<br>Suite 4400<br>Los Angeles, CA 90071 | => Exxon Corp.*; Mobil Corp.*; Tesoro Refining & Marketing Co.* |
| Eimer, Nathan P.<br>Eimer, Stahl, Klevorn & Solberg<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604 | => Citgo Petroleum Corp.* |
| Felmly, Bruce W.<br>McLane, Graf, Raulerson & Middleton<br>900 Elm Street<br>Manchester, NH 03105 | => Irving Oil Corp.*; Irving Oil Limited; Irving Oil Terminals, Inc.* |
| Florence, Taylor M.<br>Bullivant, Houser, Bailey, et al.<br>11335 Gold Express Drive | => Sierra Energy, LLC*; Toms Sierra Co., Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Ste 105<br>Goldriver, CA 95670-4491 | |
| Galvin, John E.<br>Fox Galvin, LLC<br>One Memorial Drive<br>Eighth Floor<br>St. Louis, MO 63102 | => Phillips Petroleum Co.* |
| Gordon, Robert J.<br>Weitz & Lutzenberg<br>180 Maiden Lane<br>17th Floor<br>New York, NY 10038-4925 | => American Distilling & Manufacturing Co., Inc.*; Canton Board of Education (Cherry Brook School)*; City of Dover*; City of Portsmouth, New Hampshire*; Columbia Board of Education (Horace Porter School)*; Long Island Water Corp.*; New Jersey American Water Co., Inc.; Our Lady of the Rosary Chapel*; Town of East Hampton*; Town of Hartland*; United Water Connecticut, Inc.*; Water Authority of Great Neck North* |
| Guttmann, John S.<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W.<br>Suite 700<br>Washington, DC 20005 | => Sunoco, Inc.*; Sunoco, Inc. (R&M)* |
| Hart, Peter M.<br>Wright, Robinson, Osthimer & Tatum<br>44 Montgomery Street<br>Suite 1800<br>San Francisco, CA 94104 | => Nella Oil Co., LLC* |
| Hoffman, Alan J.<br>Blank Rome L.L.P.<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6998 | => Arco Chemical Co.*; Lyondell Chemical Co.* |
| Kearfott, Joseph Conrad<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA 23219 | => Flint Hill Resources LP*; Flint Hills Resources LLC*; Koch Industries, Inc.* |
| Krowicki, Ben M.<br>Bingham McCutchen, LLP<br>One State Street<br>Hartford, CT 06103-3178 | => Crown Central Petroleum Corp.* |
| Langan, J. Andrew<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Suite 5400<br>Chicago, IL 60601 | => Amoco Oil Co.*; Arco Products Co.*; Atlantic Richfield Co.*; BP America, Inc.*; BP Amoco Chemical Co.*; BP Amoco Corp.*; BP Co. North America, Inc.*; BP Corp. North America, Inc.*; BP Global Special Products (America), Inc.*; BP Products North America, Inc.*; BP West Coast Products, LLC* |
| Ledger, Brian M.<br>Gordon & Rees, LLP<br>101 West Broadway<br>Suite 1600<br>San Diego, CA 92101-3541 | => Kern Oil & Refining Co.* |
| Leifer, Steven L.<br>Baker, Botts, L.L.P.<br>1299 Pennsylvania Avenue, N.W. | => Marathon Ashland Petroleum, LLC*; Marathon Oil Co.*; Marathon Oil Corp.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Washington, DC 20004-2400 | |
| Lyons, John J.<br>Latham & Watkins<br>650 Town Center Drive<br>Suite 2000<br>Costa Mesa, CA 92626-1925 | => ConocoPhillips Co.* |
| Martin, Diana P.<br>Bingham McCutchen, LLP<br>355 South Grand Avenue<br>Suite 4400<br>Los Angeles, CA 90071 | => Westport Petroleum, Inc.* |
| McGahren, John<br>Latham & Watkins<br>One Newark Center<br>16th Floor<br>Newark, NJ 07101-3174 | => Getty Properties Corp.* |
| O'Connell, W. Scott<br>Nixon & Peabody, L.L.P.<br>889 Elm Street<br>Manchester, NH 03101 | => Statoil Marketing and Trading (US), Inc.* |
| Pappas, Thomas J.<br>Wiggin & Nourie, P.A.<br>P.O. Box 808<br>Manchester, NH 03105 | => Sprague Energy Co.* |
| Renfroe, Tracie J.<br>Bracewell & Patterson<br>South Tower Pennzoil Place<br>Suite 2900<br>711 Louisiana<br>Houston, TX 77002-2781 | => Alon USA Energy, Inc.*; Alon USA, LP*; Atofina Petrochemicals Inc.*; Diamond Shamrock Refining & Marketing; Total Holdings USA, Inc.*; Ultramar Energy, Inc.*; Ultramar Limited*; Ultramar, Inc.*; Valero Energy Corp*; Valero Marketing & Supply Co.*; Valero Refining Co. Louisiana*; Valero Refining & Marketing Co.*; Valero Refining Co.*; Valero Refining Co. New Jersey*; Valero Refining Co.-California*; Valero Refining Company-Texas* |
| Rogers, John W.<br>Bryan Cave, L.L.P.<br>One Metropolitan Square<br>Suite 3600<br>211 N. Broadway<br>St. Louis, MO 63102 | => Premcor Refining Group, Inc.*; Premcor, Inc.* |
| Sacripanti, Peter J.<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 | => ExxonMobil Chemical Co.*; ExxonMobil Oil Corp.*; ExxonMobil Pipe Line Co.*; ExxonMobil Refining & Supply Co.* |
| Sher, Victor M.<br>Sher & Leff<br>450 Mission St.,<br>Suite 500<br>San Francisco, CA 94105 | => California-American Water Co.*; Carmichael Water District*; Citrus Interstate Pipeline Co.*; City of Elk Grove*; City of Riverside*; City of Roseville*; City of Sacramento*; Crandall, Diane K.*; Del Paso Manor Water District*; Fair Oaks Water District*; Florin Resource conservation District*; Kruso, Adrian*; Kruso, Dennis A.*; Kruso, John T.*; Kruso, Stephen L.*; Orange County Water District*; Quincy Community Services District*; Rio Products Corp.*; Sacramento County Water Agency*; Sacramento Groundwater Authority*; Sacramento Suburban Water District*; San Juan Water District*; Silver, Laura*; Silver, Martin*; Silver, Pauline*; State of New Hampshire |
| Skilling, Elizabeth E.<br>Harman, Claytor, Corrigan & Wellman | => Parker Holding Co., Inc.*; Parker Oil Co., Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| P.O. Box 70280<br>Richmond, VA 23255 | |
| Summy, Scott<br>Baron & Budd<br>The Centrum Building, Suite 1100<br>3102 Oak Lawn Avenue<br>Dallas, TX 75219-3605 | => Brimfield Housing Aurthority*; Buchanan County School Board*; Centerville-Osterville-Marstons Mill Water Dept.*; Chelmsford Water District*; Chisolm Creek Utility Authority*; City of Bel Aire (County of Sedgwick Water Authority)*; City of Brockton*; City of Dodge City, Kansas*; City of Galva*; City of Ida Grove*; City of Marksville*; City of Methuen*; City of Mishawaka*; City of Peabody*; City of Rockport*; City of Sioux City*; City of South Bend, Indiana*; Cotuit Fire District Water Department*; Dedham Westwood Water District*; East Chelmsfor Water District*; Escambia County Utilities Authority*; Greensville County Water & Sewer Authority*; Hillcrest Water District*; Leicester Water Supply District*; Massasoit Hills Trailer Parks, Inc.*; North Chelmsford Water District*; North Newton School Corp.*; North Raynham Water District*; Patrick County School Board*; Sandwich Water District*; South Sagamore Water District*; Sudbury Water District*; Town of Avon*; Town of Bedford*; Town of Bellingham*; Town of Charlton; Town of Danvers; Town of Dover*; Town of Dudley*; Town of Duxbury*; Town of East Bridgewater*; Town of East Brookfield*; Town of Easton*; Town of Edgartown*; Town of Halifax*; Town of Hanover*; Town of Hanson*; Town of Holliston*; Town of Hudson*; Town of Marion*; Town of Matoaka, West Virginia, Matoaka Water System*; Town of Maynard*; Town of Merrimac*; Town of Millis*; Town of Monson*; Town of Natick*; Town of Norfolk*; Town of North Attleborough*; Town of North Reading*; Town of Norton*; Town of Norwell*; Town of Prembroke*; Town of Rayville*; Town of Reading*; Town of Spencer*; Town of Stoughton*; Town of Tewksbury*; Town of Tyngsborough*; Town of Ware*; Town of Wayland*; Town of West Bridgewater*; Town of West Brookfield*; Town of Weymouth*; Town of Wilmington*; Town of Yarmouth*; Village of Island Lake*; Westport Federal Credit Union*; Westview Farm, Inc.* |
| Tillery, Stephen M.<br>Korein Tillery, LLC<br>St. Claire County<br>10 Executive Woods Court<br>Swansea, IL 62226-2030 | => Azbill, Donna L.*; Christiansen, Claudia*; England, David*; Owes, Marvin* |
| Tripp, Mark L.<br>Bradshaw, Fowler, Proctor & Fairgrave, P.C.<br>801 Grand Avenue<br>Suite 3700<br>Des Moines, IA 50309-8004 | => Fauser Oil Co., Inc.* |
| Tully, Mark E.<br>Goodwin Procter<br>Exchange Place<br>Second Floor<br>Boston, MA 02109-2881 | => Chelsea Sandwich, LLC*; Global Companies, LLC*; Global Montello Group*; Global Petroleum Corp.*; Gulf Oil Ltd. Partnership* |
| Wachtel, John V.<br>Klenda, Mitchell, Austerman & Zuercher<br>1600 Epic Center<br>301 North Main<br>Wichita, KS 67202 | => National Cooperative Refinery Association* |
| Wallace, Jr, Richard E.<br>Wallace, King, Marraro & Branson, P.L.L.C.<br>1050 Thomas Jefferson Street, N.W.<br>Washington, DC 20007 | => Chevron Chemical Co.*; Chevron Corp.*; Chevron Environmental Services Co.*; Chevron USA, Inc.*; ChevronTexaco Corp.*; Equilon Enterprises, L.L.C.*; Equiva Services, LLC*; Equiva Trading Co.*; Gulf Oil Corp.*; Motiva Enterprises, L.L.C.*; Shell Oil Co., Inc.*; Shell Oil Products Co.*; Shell Oil Products Co., LLC*; Shell Petroleum, Inc.*; Shell Trading (US) Co.*#; Star Enterprises*; Texaco Refining & Marketing (East), Inc.*; Texaco Refining & Marketing, Inc.*; Texaco, Inc.*; TRMI Holdings, Inc.* |
| Weinstein, David B.<br>Bales & Weinstein, P.A.<br>1715 N. Westshore Boulevard | => Exxon Mobil Oil Corp. |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Suite 190 | |
| Tampa, FL 33607 | |
| | |
| de Recat, Craig J. | ⇒ U.S.A. Gasoline Corp.* |
| Manatt Phelps & Phillips | |
| 11355 W. Olympic Boulevard | |
| Los Angeles, CA 90064-1614 | |

Note: Please refer to the report title page for complete report scope and key.