

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## BARON & BUDD
### A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

3102 Oak Lawn Avenue
Suite 1100
Dallas, Texas 75219-4281
(214) 521-3605
Telecopier (214) 520-1181

JUN - 1 2004

FILED
CLERK'S OFFICE

FREDERICK M. BARON
RUSSELL W. BUDD
BRENT M. ROSENTHAL
LISA A. BLUE, PhD
MARY E. SKELNIK
STEVEN D. WOLENS
MELISSA K. HUTTS
STEVE BAUGHMAN JENSEN
ALLEN M. STEWART
LISA R. KIVETT
LEANNE JACKSON
LAURA BAUGHMAN
LAURIE J. MORGESIN
LADD R. GIERE
ALAN B. RICH
ELLEN A. PRESBY
MISTY X. FARRIS
KEVIN C. McHARGUE
JAMES D. PIEL
J. ANN SAUCER
LANCE A. POOL
ALIC(A) D. BUTLER
JOHN J. SPILLANE

SPECIAL COUNSEL
CARLOS LOPEZ

DIANE M. ANDREW
SAM T. RICHARD
CHRISTINA E. MANCUSO
SCOTT MORRISON
WESLEY K. YOUNG
STEPHEN C. JOHNSTON
WILLIAM K. TAPSCOTT, JR.
BEN K. DuBOSE
AMY J. SHAHAN
TAB RUM DH
ANN TUTORY HARPER
CAROL LOCK HANSON
LAWRENCE G. GETTYS
PATRICK O'NEAL
ANDREA S. BOURINE
VIRGINIA L. ADAMS
JOYCELL M. HOLLINS
MARTY A. MORRIS
LAURA M. CABUTTO
SCOTT R. FRIELING

THOMAS M. SIMS
NATALIE F. DUNCAN
MONTY WADE SULLIVAN
AMY M. CARTER
FRANK E. GOODRICH
CARL A.M. BURKE
SCOTT L. FROST
TIFFANY NEWLIN
JACQUELINE MONTEJANO
BRIAN P. MIN
REY FERNANDEZ
EDMOND L. MARTIN
DONNA J. BLEVINS
STEPHANIE BROOKS LESMES
DAVID T. RITTER
CHRIS J. PANATIER
RENÉE MELANCON
THERESA L. NELSON
D. CARL MONEY
CELESTE A. EVANGE ISTI
CHAD R. COTTEN
BRIAN K. PEACOCK
ERIC D. GIEDWIN
BRIAN M. BOUFFARD

SHAWN E. RAVER
LYNN ANDERSON
JR
BEL

ALSO ADMITTED IN MI
ALSO ADMITTED N MO
ALSO ADMITTED N NY
ALSO ADMITTED IN FL
ALSO ADMITTED IN NC
ALSO ADMITTED IN OK
ALSO ADMITTED IN LA
ONLY ADMITTED IN FL AND MO
ALSO ADMITTED IN AL AND IN
ALSO ADMITTED IN IL AND MO
ONLY ADMITTED IN LA
ALSO ADMITTED IN GA
ALSO ADMITTED IN GA AND KY
ALSO ADMITTED IN MS
ONLY ADMITTED IN KY AND OH
ALSO ADMITTED IN GA

June 1, 2004

*Via Fax:  (202) 502-2888*

Michael J. Beck
Clerk of the Panel
United States of America
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re:   **MDL-1358 - In re Methyl Teritary Butyl Ether ("MTBE")**
      **Products Liability Litigation**

Dear Mr. Beck:

We are in receipt of the Conditional Transfer Order (CTO-7)  Please note that Baron & Budd, P.C. and Weitz and Luxenberg, P.C. are co-counsel on the case covered by the referenced Order. However, pursuant to Panel Rule 5.2(c), wherein it states that only one attorney shall be designated for each party, we hereby designate the following attorney to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas
(214) 521-3605
(214) 520-1181 (fax)

Attorney for:   Town of Campbellsburg (Indiana)

**OFFICIAL FILE COPY**

IMAGED  JUN 2  '04

PLEADING NO. 159
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
2004 JUN -1  P 2: 13

Michael J. Beck
June 1, 2004
Page 2

_____

     Please be advised that both firms, Baron & Budd and Weitz & Luxenberg, are counsel of record for the case listed above.

     If you have any questions, comments or concerns, please do not hesitate to contact me.

        Sincerely,

        BARON & BUDD, P.C.

        Scott Summy

PSS/ETM/ss

cc:    Robert J. Gordon
       All Counsel of Record on Attached Service List

N:\FMB GROUP\SSummy\MDL\Correspondence\ltr to clerk re attorney designated for service cto-7.wpd

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## MASTER COUNSEL LIST
(updated 06-01-04)

JUN - 1 2004

FILED
CLERK'S OFFICE

### IN RE:  METHYL TERTIARY BUTYL ETHER ("MTBE")
### PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
(212) 609-6805
(212) 935-1893 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.**

Jesse Adcock
Registered Agent
Adcock Petroleum, Inc.
2967 Marshfield Court
Orlando, FL  32822
(407) 275-7253

Carolyn G. Anderson
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN  55402-4123
(612) 341-0400
(612) 341-0844 (fax)
**Attorneys for City of Rockport, City of
Mishawaka, City of South Bend, North Newton
School, Town of Campbellsburg**

Jon D. Anderson
        Michele D. Johnson
        Peter John Wilson
Latham & Watkins, LLP
650 Town Center Drive, Suite 2000
Costa Mesa, CA  92626-1918
(714) 540 1235
(714) 755-8290 (fax)
**Attorneys for Tosco Corporation,
ConocoPhillips Company**

James M. Armstrong
Foulston & Siefkin, LLP
700 Bank of America Center
100 North Broadway
Wichita, KS  67202-2295
(316) 267-6371
(316) 267-6345 (fax)
**Attorneys for Nella Oil Company LLC and
Koch Industries Inc.**

Charles R. Bailey
Bailey & Wyant, PLLC
405 Capitol Street, Suite 1007
PO Box 3710
Charleston, WV  25337-2710
(304) 345-4222
(304) 343-3133 (fax)

Mark S. Baldwin
Brown, Rudnick, Berlack & Israels, LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3402
(860) 509-6514
(860) 509-6501 (fax)
**Attorneys for Koch Industries Inc.**

Dan H. Ball
        John W. Rogers
        Paul V. Stearns
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO  63102-2750
(314) 259-2200
(314) 259-2020 (fax)
**Attorneys for Premcor Refining Group**

Deborah E. Barnard
Robin L. Main
Tara Myslinski
Holland & Knight LLP
10 St. James Ave.
Boston, MA 02116
(617) 523-2700
(617) 523-6850 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

M. Scott Barrett
Barrett & Associates
520 North Walnut Street
PO Box 5233
Bloomington, IN 47407-5233
(812) 336-4664
(812) 337-8850 (fax)
**Attorneys for City of Rockport, City of Mishawaka, City of South Bend, North Newton School, Town of Campbellsburg**

William W. Barrett
Williams Hewitt & Robbins, LLP
600 N. Emerson Avenue
Greenwood, IN 46143
(317) 888-1121
(317) 887-4069 (fax)
**Attorneys for City of Rockport, City of Mishawaka, City of South Bend, North Newton School, Town of Campbellsburg**

Douglas B. Bates, PLLC
Stites & Harbison
323 East Court Avenue
P.O. Box 946
Jeffersonville, IN 47131
(812) 282-7566
(812) 284-5519 (fax)

Charles F. Becker
Belin, Lamson, McCormick, Zurnbach & Flynn
Financial Center
666 Walnut Street, Suite 2000
Des Moines, IA 50309-3989
(515) 283-4609
(515) 558-0609 (fax)
**Attorneys for Koch Industries, Inc.**

Peter G. Beeson
Devine, Millimet & Branch
111 Amherst Street
P. O. Box 719
Manchester, NH 03105-0719
(603) 669-1000
(603) 669-8547 (fax)
**Attorneys for Sunoco, Inc. (R&M)**

Peter A. Bellacosa
Kirkland & Ellis, LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
(212) 446-4800
(212) 446-4900 (fax)
**Attorneys for Atlantic Richfield Company, ARCO Products Company, BP Amoco Chemical Company, BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

David E. Bengtson
Stinson Morrison Hecker, LLP
600 Commerce Bank Center
150 North Main Street
Wichita, KS 67202
(316) 265-8800
(316) 265-1349 (fax)
**Attorneys for Total Holdings USA, Inc. formerly known as Total Fina Elf**

Elizabeth L. Bevington
Holland & Knight, LLP
P.O. Box 810
Tallahassee, FL 32302-0810
(850) 224-7000
(850) 224-8832 (fax)
**Attorneys for Exxon Mobil Chemical Company, Inc., individually and formerly known as Mobil Chemical Company, Inc., Exxon Mobil Corporation, individually and as successor-in-interest to Mobil Corporation (and d/b/a Exxon Mobil Refining and Supply Company), and Exxon Mobil Oil Corporation, individually and formerly known as Mobil Oil Corporation**

Daniel C. Blaney
Blaney, Casey Walton - Mor/IN
124 E. State Street
PO Box 500
Morocco, IN 47963
(219) 285-2008
(219) 285-6899 (fax)
**Attorneys for Koch Industries Inc.**

Stephen F. Bolton
Moore, Hill & Westtmoreland
PO Box 1792
Pensacola, FL 32598

Anthony A. Bongiorno
McDermott, Will & Emery, PC
28 State Street
Boston, MA 02109-1775
(617) 535-4044
(617) 535-3800 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

Anton J. Borovina
Borovina & Marullo, PLLC
445 Broadhollow Road
Melville, NY 11747
(631) 630-1101
(631) 465-8935 (fax)
**Attorneys for Koch Industries Inc.**

Rebecca L. Bouchard
Bingham McCutchen, LLP
One State Street
Hartford, CT 06103-3178
(860) 240-2926
(860) 240-2818 (fax)
**Attorneys for Crown Central Petroleum Corp.**

F. Wesley Bowers
Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
P. O. Box 1287
Evansville, IN 47706-1287
(812) 426-1231
(812) 464-3676 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Jeffrey A. Breit
Breit, Drescher & Breit
999 Waterside Drive
1000 Dominion Tower
Norfolk, VA 23510-3320
(757) 670-3888
(757) 670-3939 (fax)
**Attorneys for Buchanan County School Board, Patrick County School Board**

Timothy F. Burr
Galloway, Johnson, Tompkins, Burr & Smith
1101 Gulf Breeze Parkway, Suite 2
Gulf Breeze, FL 32561
(850) 934-3800
(850) 934-3848 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Susan Millington Campbell
        Robb W. Patryk
        Renee C. Redman
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6070
**Attorneys for Irving Oil Corporation and Irving Oil Limited**

J. David Cecil
James F. Humphreys & Associates
United Center
500 Virginia Street East, Suite 800
Charleston, WV  25301
(304) 347-5050
(304) 347-5055 (fax)
**Attorneys for Town of Matoaka**

Mark H. Churchill
     Brian A. McGill
McDermott, Will & Emery
600 13th Street, NW
Washington, DC  20005-3096

David L. Cleary
Cleary Shahi Associates, PC
110 Merchants Row
PO Box 6740
Rutland, VT  05702-6740

Roxanne Conlin
Conlin & Associates, PC
319 7th Street, Suite 600
Des Moines, IA  50309
(515) 283-1111
(515) 282-0477 (fax)
**Attorneys for City of Galva, City of Sioux City, City of Ida Grove**

Thomas Constabile
McMillan Constabile, LLP
2180 Boston Post Road
Larchmont, NY  10538

John D. Cooney
Kevin Conway
Cooney & Conway
120 North LaSalle Street
30th Floor
Chicago, IL  60602
(312) 236-6166
(312) 236-3029 (fax)
**Attorneys for Village of Island Lake**

James M. Corrigan
James Martin Corrigan, PA
1015 North 12th Avenue
Pensacola, FL  32501
(850) 434-9999
(850) 438-8979 (fax)
**Attorneys for Escambia County Utilities Authority**

David J. Crotta, Jr.
     Francis J. Drumm, III
     Robert G. Oliver
Mulvey, Oliver Gould & Crotta
83 Trumbull Street
New Haven, CT  06510
(203) 624-5111
(203) 789-8371 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

CT Corporation System
Registered Agent
Nine Capitol Street
Concord, NH  03301
**For El Paso Merchant Energy Petroleum**

Angelo A. Cuonzo
Slowinski, Atkins & Czyz, LLP
One Newark Center
Newark, NJ  07102
(973) 824-0900
(973) 824-8009 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical Inc.**

Richard A. Curry
McGlinchey Stafford
301 Main Street
One American Place, Ninth Floor
Baton Rouge, LA  70825-0001
(225) 383-9000
(225) 343-3076 (fax)

George A. Dagon, Jr.
Murtha Cullina, LLP
City Place 1
185 Asylum Street
Hartford, CT 06103
(860) 240-6000
(860) 240-6150 (fax)
**Attorneys for Atlantic Richmond Company, ARCO Products Company, BP Amoco Chemical Company, BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Barry R. Davidson
Hunton & Williams, LLP
1111 Brickell Avenue
Miami, FL 33131-3136
(305) 810-2500
(305) 810-2460 (fax)
**Attorneys for Koch Industries, Inc.**

Harry P. Davis
Chevron Products Co.
2300 Windy Ridge Parkway, Suite 800
Atlanta, GA 30339-5673
**Attorneys for Chevron**

Mindy G. Davis
          Brent H. Allen
          Alan M. Wiseman
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
(202) 783-0800
(202) 383-6610 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company and El Paso Corporation**

Jennifer M. DelMonico
Murtha Cullina, LLP
Whitney Grove Square
2 Whitney Avenue
P. O. Box 704-A
New Haven, CT 06503-0704
(203) 772-7700
(203) 772-7723 (fax)
**Attorneys for Atlantic Richmond Company, ARCO Products Company, BP Amoco Chemical Company, BP Products North America Inc. (f/k/a Amoco Oil Company and misnamed as BP Product North Americas, Inc.), and BP West Coast Products LLC**

Michael DeMarco
          Daniel E. Rosenfeld
Kirkpatrick & Lockhart, LLP
75 State Street
Boston, MA 02109
(617) 261-3100
(617) 261-3175 (fax)
**Attorneys for ConocoPhillips Company**

Wayne F. Dennison
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
(617) 856-8247
(617) 856-8201 (fax)
**Attorneys for Koch Industries, Inc.**

Craig J. DeRecat
Manatt Phelps & Phillips
11355 W. Olympic Blvd.
Los Angeles, CA 90064-1614
(310) 312-4000
(310) 312-4224 (fax)

Russ Detrick
Sacramento County District Attorney
PO Box 749
901 G Street
Sacramento, CA 95814
(916) 874-5857

Brigitte M. Dewez, Corporate Secretary
2141 Rosecrans Avenue, Suite 4000
El Segundo, CA 90245
**Corporate Secretary for Unocal Corp.**

M. Jerome Diamond
Diamond & Robinson
15 East State Street
PO Box 1460
Montpelier, VT 05601-1460
(802) 223-6166 or (802) 862-5195
(802) 229-4457 (fax)

Brendan M. Dixon
Unocal Corp.
376 S. Valencia Avenue
Brea, CA 92626
(714) 577-2933
(714) 577-2980 (fax)
**Attorneys for Unocal Corporation, Union Oil Company of California**

Robert P. Doty
      Alicia Vaz
Cox, Castle & Nicholson, LLP
555 Montgomery Street, 15th Floor
San Francisco, CA 94111-2585
(415) 392-4200
(415) 392-4250 (fax)
**Attorneys for Duke Energy Merchants LLC, Duke Energy Trading and Marketing LLC, Duke Energy Merchants California, Inc., Northridge Petroleum Marketing U.S., Inc.**

Colleen P. Doyle
      Diana Pfeffer Martin
      Catherine M. Stites
Bingham McCutchen, LLP
355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071
(213) 680-6400
(213) 680-6499 (fax)
**Attorneys for Exxon Mobil Corporation, Mobil Corporation, Tesoro Refining and Marketing, Inc., Westport Petroleum, Inc.**

James W. Draughn, Jr.
Kirkland & Ellis
655 Fifteenth Street, NW
12th Floor
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

Mark C. Durkin
Durkin & Polera, PC
1111 Summer Street, 5th Floor
Stamford, CT 06905
(203) 327-0044
(203) 327-0088 (fax)

John V. Dwyer
Winer & Bennett, LLP
110 Concord Street
PO Box 488
Nashua, NH 03061-0488
(603) 882-5157
(603) 882-2694 (fax)
**Attorneys for Exxon Mobil Corp., Exxon Mobil Oil Corp.**

Jay Eaton
Nyemaster, Goode, Voigts, West & Hansell
700 Walnut Street, Suite 1600
Des Moines, IA 50309
(515) 283-3100
(515) 283-3108 (fax)

Joseph G. Eaton
      Michael J. Hulka
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204-3535
(317) 231-7705
(317) 231-7433 (fax)
**Attorneys for Koch Industries, Inc.**

Lawrence M. Edelman
      M.E. Beauchesne
Pierce Atwood
Pease International Tradeport
One New Hampshire Avenue, Suite 350
Portsmouth, NH  03801
(603) 373-2004
(603) 433-6372 (fax)
**Attorneys for Lyondell Chemical Company**

Dale W. Eikenberry
      William P. Wooden
Wooden & McLaughlin, LLP
One Indiana Square, Suite 1800
Indianapolis, IN  46204-4208
(317) 639-6151
(317) 639-6444 (fax)

Nathan P. Eimer
      Pamela R. Hancbutt
      Lisa S. Meyer
      Ronit C. Barrett
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600
(312) 692-1718 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemical Inc.**

Edward Faneuil
Global Petroleum Corp.
800 South Street
Waltham, MA  02453

John J. Fanning
      Mark Daniel Murphy
Cullen, Dykman, Bleakley & Platt, LLP
177 Montague Street
Brooklyn, NY  11201
(718) 780-0085
(718) 935-1509 (fax)
**Attorneys for Getty Petroleum Marketing Inc.
and Getty Terminals Corporation**

Stephen B. Farmer
Farmer, Cline & Arnold, PLLC
Second Floor, Players Club Drive
PO Box 3842
Charleston, WV  25338
(304) 346-5990
(304) 346-5980 (fax)

Bruce W. Felmly
McLane, Graf, Raulerson & Middleton
900 Elm Street
PO Box 326
Manchester, NH  03105-0326
(603) 625-6464
(603) 625-5650 (fax)
**Attorneys for Irving Oil Limited, Irving Oil
Corporation**

Jeffrey L. Fillerup
Luce, Forward, Hamilton & Scripps, LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
(415) 356-4600
(415) 356-4610 (fax)
**Attorneys for Pacific Southwest Trading, PS
Trading, Inc.**

M. Taylor Florence
Bullivant, Houser, Bailey, PC
11335 Gold Express Drive, Suite 105
Gold River, CA  95670-4491
(916) 852-9100
(916) 852-5777 (fax)
**Attorneys for Toms Sierra Company, Sierra
Energy**

Elizabeth E. Foote
Percy, Smith, Foote & Gadel, LLP
720 Murray Street
PO Box 1632
Alexandria, LA  71301-1632

Heather M. Fusco
    Keith T. Tashima
Beveridge & Diamond, PC
477 Madison Avenue
New York, NY  10022
(212) 702-5400
(212) 702-5450 (fax)
**Attorneys for Sunoco, Inc.**

Christopher J. Garvey
Goodwin Procter, LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8800
(212) 355-3333 (fax)

Dennis L. Gillen
Depew & Gillen, LLC
151 North Main Street, Suite 800
Wichita, KS  67202-1409
(316) 262-4000
(316) 265-3819 (fax)

John C. Gillespie
    Joseph J. McGovern
Parker, McCay & Criscuolo, P.C.
The Greentree Center, Suite 401
Route 73 & Greentree Road
Marlton, NJ  08053
(856) 596-8900
(856) 596-9631 (fax)
**Attorneys for New Jersey American Water Company, Inc., et al.**

Robert J. Gordon
    Stanley Alpert
    Charles S. McNew
Weitz & Luxenberg
180 Maiden Lane
New York, NY  10038
(212) 558-5500
(212) 344-5461 (fax)
**Attorneys for Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority, Village of Island Lake, City of Mishawaka, City of South Bend, North Newton School, City of Galva, City of Sioux City, City of Ida Grove, City of Rockport, City of Bel Aire, Chisholm Creek Utility Authority, City of Dodge City, City of Park City, City of Marksville, Town of Rayville, Town of Duxbury, et al., New Jersey American Water Company, et al., Long Island Water Corporation, Water Authority of Great Neck North, Port Washington Water District, Incorporated Village of Sands Point, City of Portsmouth, City of Dover, Patrick County School Board, Buchanan County School Board, Greensville Water & Sewer Authority, Town of Hartland, Craftsbury Fire District #2, Town of Matoaka, Town of Campbellsburg**

Steven M. Gordon
Shaheen & Gordon, PA
Two Capital Plaza
P. O. Box 2703
Concord, NH  03302-2703
(603) 225-7262
(603) 225-5112 (fax)
**Attorneys for Ultramar Energy, Inc., Ultramar Limited, Valero Energy Corp., Valero Marketing & Supply Company**

Daniel Greene
City of New York Corporation Counsel
100 Church Street
New York, NY  10007-2601

Steven M. Greenspan
Day, Berry & Howard, LLP
City Place I
185 Asylum Street
Hartford, CT  06103-3499
(860) 275-0100
(860) 275-0343 (fax)
**Attorneys for Inland Fuel Terminals Inc.**

Frank M. Grenard
Whitfield & Eddy, PLC
317 6th Avenue, Suite 1200
Des Moines, IA  50309-4195
(515) 288-6041
(515) 246-1474 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA, LP, Fina Oil and Chemical Company, Total Holdings USA, Inc. (erroneously named as Total Fina Elf), Diamond Shamrock Refining and Marketing, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Colorado Refining Company, Valero Refining Company Louisiana, Valero Refining Company Texas, Valero Refining Company New Jersey, Conoco, Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips Company,Phillips Petroleum Company n/k/a ConocoPhillips Company, and Tosco Refining Company, n/k/a ConocoPhillips**

J. Clifford Gunter, III
    Tracie J. Renfroe
    M. Coy Connelly
    Mike Dinmore
    Kevin McDonald
Bracewell & Patterson, LLP
711 Louisiana Street, Suite 2900
Houston, TX  77002-2781
(713) 223-2900
(713) 221-1212 (fax)
**Attorneys for Alon USA Energy, Inc., Alon USA LP, Fina Oil and Chemical Company, Total Holdings USA, Inc. (erroneously named as Total Fina Elf), Diamond Shamrock Refining and Marketing, Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero-Colorado Refining Company, Valero Refining Company -California, Valero Refining Company-Louisiana, Valero Refining Company-Texas, Valero Refining Company-New Jersey, Conoco, Inc., ConocoPhillips, Phillips 66 Company, Phillips 66 Company n/k/a ConocoPhillips Company,Phillips Petroleum Company n/k/a ConocoPhillips Company,  Tosco Refining Company, n/k/a ConocoPhillips, Ultramar, Inc., Ultramar Energy, Inc., Ultramar Limited, Total Holdings USA, Inc., and Atofina Petrochemicals, Inc.**

Steven R. Gustavson
    Paul J. Reilly
Baker & Botts
30 Rockefeller Plaza
New York, NY  10112-4498
(212) 408-2500
(212) 408-2501 (fax)

John S. Guttmann
Beveridge & Diamond, PC
1350 I Street, N.W., Suite 700
Washington, DC  20005
(202) 789-6000
(202) 789-6190 (fax)
**Attorneys for Sunoco Inc.**

Larry G. Gutz
Moyer & Bergman, PLC
2720 1st Avenue, NE
Cedar Rapids, IA 52402-1943
(319) 366-7331
(319) 366-3668 (fax)
**Attorneys for Fauser Oil Co., Inc.**

David S. Hardy
    Dorit S. Heimer
Levett Rockwood, PC
33 Riverside Avenue
P. O. Box 5116
Westport, CT 06881
(203) 222-0885
(203) 226-8025 (fax)
**Attorneys for Amerada Hess Corporation, Coastal Eagle Point Oil Company, Coastal Mobile Refining Company, Coastal States Trading Inc., Coastal Refining and Marketing, El Paso CGP Company, El Paso Corporation, Marathon Ashland Petroleum LLC, Marathon Oil Corporation, Sunoco Inc.**

Peter M. Hart
Wright, Robinson, Osthimer & Tatum
44 Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 391-7111
(415) 391-8766 (fax)
**Attorneys for Nella Oil Company, LLC**

Matthew T. Heartney
    Lawrence Allen Cox
Arnold & Porter
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000
(213) 243-4199 (fax)
**Attorneys for Atlantic Richfield Company, BP Products North America, Inc.**

Peter W. Heed, Attorney General
    Maureen D. Smith, Sr. Asst. AG
Environmental Protection Bureau
Office of the Attorney General
33 Capitol Street
Concord, NH 03301-6397
**Attorneys for State of New Hampshire**

Donna Nelson Heller
Finn, Dixon & Herling, LP
One Landmark Square, Suite 1400
Stamford, CT 06901
(203) 325-5000
(203) 348-5777 (fax)
**Attorneys for Lyondell Chemical Company**

Jeffrey R. Hellman
Zeisler & Zeisler, PC
558 Clinton Avenue
P. O. Box 3186
Bridgeport, CT 06605-0186
(203) 368-4234
(203) 367-9678 (fax)
**Attorneys for New Haven Terminal Inc.**

Mitchell L. Herren
Hinkle Elkouri Law Firm, LLC
2000 Epic Center
301 North Main Street
Wichita, KS 67202-4820
(316) 267-2000
(316) 264-1518 (fax)

Samuel Hoar, Jr.
Dinse, Knapp & McAndrew, PC
PO Box 988
209 Battery Street
Burlington, VT 05402-0988
(802) 864-5751
(802) 862-6409 (fax)

Alan B. Hoffman
Husch & Eppenberger
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
(314) 480-1500
(314) 480-1505 (fax)

Alan J. Hoffman
      Laurence S. Shtasel
Blank Rome, LLP
One Logan Square
18th and Cherry Street
Philadelphia, PA  19103-6998
(215) 569-5500
(215) 569-5555 (fax)
**Attorneys for ARCO Chemical Company, Lyondell Chemical Company**

George Hoffman, III
Jones, Hoffman & Ullrich
150 N. Main Street
PO Box 365
Franklin, IN  46131

Robert E. Holden
Liskow & Lewis
701 Poydras Street, Suite 500
New Orleans, LA  70139
(504) 581-7979
(504) 556-4108 (fax)

Gregory P. Howe
Derby Road
5346 U.S. Route 5
Newport, VT  05855

Andrew W. Hutton
Hutton & Hutton, LLC
8100 East 22nd Street
North Building 1200
PO Box 638
Wichita, KS   67201-0638
(316) 688-1166
(316) 686-1077 (fax)
**Attorneys for City of Bel Aire, Chisholm Creek Utility Authority, City of Dodge City, City of Park City**

Hojoon Hwang
      William D. Temko
      Patrick E. Cafferty, Jr.
Munger, Tolles & Olson, LLP
355 Grand Ave. Suite 3500
Los Angeles, CA  90071-1560
(213) 683-9100
(213) 687-3702 (fax)
**Attorneys for Shell Oil Company, Shell Oil Products U.S., Texaco Refining & Marketing, Inc., Equilon Enterprises LLC**

Vivian Imperial *for*
      Equiva Services, LLC
C.T. Corporation
818 W. Seventh Street
Los Angeles, CA   90017

G. William Jarman
1100 Poydras Street, Suite 1560
New Orleans, LA   70163

W. Henry Jernigan, Jr.
Dinsmore & Shohl
900 Lee Street
Huntington Square, Suite 600
PO Box 11887
Charleston, WV   25339
(304) 357-0900
(304) 357-0919 (fax)

Margaret M. Jones
Jones Law Office
215 S. St. Joseph St., Suite 600
South Bend, IN  47407
**Attorneys for Town of Mishawaka**

William J. Kayatta, Jr.
Pierce, Atwood
One Monument Square
Portland, ME  04101
(207) 791-1100
(207) 791-1350 (fax)
**Attorneys for Lyondell Chemical Company**

Joseph C. Kearfott
         Shawn A. Copeland
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219
(804) 788-8446
(804) 344-7999 (fax)
**Attorneys for Koch Industries Inc.**

Joseph W. Kennedy
Morris, Laing, Evans, Brock & Kennedy
430 Olive W. Garvey Building
200 West Douglas Avenue
Wichita, KS   67202
(316) 262-2671
(316) 262-6226 (fax)

Frederic R. Klein
Goldberg Kohn, Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL  60603-5802
(312) 201-4000
(312) 332-2196 (fax)
**Attorneys for Unocal Corp. and Union Oil
Company of California**

Kenneth M. Kliebard
Howrey Simon Arnold & White, LLP
321 North Clark Street, Suite 3400
Chicago, IL  60610
(312) 595-1239
(312) 595-2250 (fax)

Trenten D. Klingerman
         John C. Duffey
Stuart & Branigin, LLP
The Life Building
300 Main Street
P. O. Box 1010
Lafayette, IN  47902
(765) 423-1561
(765) 742-8175 (fax)

Peter R. Knight
LeBoeuf, Lamb, Greene & MacRae, LLP
225 Asylum Street
Hartford, CT   06103
(860) 293-3550
(860) 293-3555 (fax)
**Attorneys for Getty Petroleum Marketing Inc.**

Ben M. Krowicki
         Eric H. Gaston
Bingham McCutchen, LLP
One State Street
Hartford, CT  06103-3178
(860) 240-2926
(860) 240-2818 (fax)
**Attorneys for Crown Central Petroleum
Corp., Tesoro Petro Corporation, Tesoro
Refining and Marketing and Tesoro West
Coast**

J. Andrew Langan
         Mark S. Lillie
         R. Chris Heck
Kirkland & Ellis, LLP
200 East Randolph Drive, Suite 5400
Chicago, IL  60601-6636
(312) 861-2000
(312) 861-2200 (fax)
**Attorneys for Atlantic Richfield Company,
ARCO Products Company, BP Amoco
Chemical Company, BP Products North
America Inc. (f/k/a Amoco Oil Company and
misnamed as BP Product North Americas,
Inc.), and BP West Coast Products LLC**

Andrew Lapayowker
Vice President, General Counsel and Secretary
Crown Central Petroleum Corporation
One North Charles Street (21201)
Post Office Box 1168
Baltimore, MD 21203
(410) 659-4834
(410) 659-4763 (fax)
**Attorneys for Crown Central Petroleum
Corporation**

Douglas C. Leatherbury
201 North Main Street
P.O. Box 464
Salem, IN  47167

Brian M. Ledger
       Rudy R. Perrino
Gordon & Rees, LLP
101 West Broadway, Suite 1600
San Diego, CA  92101-3541
(619) 696-6700
(619) 696-7124 (fax)
**Attorneys for Kern Oil & Refining Co.**

Steven L. Leifer
       Mark A. Miller
       Lila Pankey Ray
Baker Botts, LLP
The Warner
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2400
(202) 639-7723
(202) 585-1040 (fax)
**Attorneys for Marathon Ashland Petroleum
LLC and Marathon Oil Corporation**

Charles S. Leone
1400 County City Building
South Bend, IN  46601
**Attorneys for the City of South Bend**

Steven J. Levine
Phelps, Dunbar, LLP
City Plaza
445 North Blvd., Suite 701
PO Box 4412
Baton Rouge, LA 70821-4412
(225) 346-0285
(225) 381-9197 (fax)

Cynthia M. Locke
White & Raub, LLP
36 South Pennsylvania Street, Suite 700
Indianapolis, IN  46204
(317) 236-8011
(317) 236-8022 (fax)

Scott L. Long
Brown, Winick, Graves, Gross, Baskerville
       and Schoenebaum, PLC
666 Grand Avenue, Suite 2000
Des Moines, IA  50309-2510
(515) 242-2400
(515) 283-0231 (fax)

Tracie L. Longman
       Andrew G. Wailgum
       Seth M. Wilson
Murtha Cullina, LLP
99 High Street, 20th Floor
Boston, MA  02110
(617) 457-4000
(617) 482-3868 (fax)
**Attorneys for Atlantic Richfield Company, BP
Amoco Chemical  Company, BP Products
North America Inc. (formerly  known as
Amoco Oil Company and misnamed as BP
Products North Americas, Inc.)**

John J. Lyons
Latham & Watkins, LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007
(213) 485-1234
(213) 891-8763 (fax)
**Attorneys for ConocoPhillips Company**

Spencer T. Malysiak
Spencer T. Malysiak Law Corporation
11335 Gold Express Drive, Suite 105
Gold River, CA  95670
**Attorneys for New West Petroleum, New West
Petroleum LLC**

Cheryl L. Mann
Baker & Botts
2001 Ross Avenue, Suite 700
Dallas, TX  75201
(214) 953-6500
(214) 953-6503 (fax)

Robert W. Mann
Young, Haskins, Mann & Gregory, PC
60 W. Church Street
PO Box 72
Martinsville, VA   24112
(276) 638-2367
(276) 638-1214 (fax)
**Attorneys for Patrick County School Board**

Michael J. Marks
Tarrant, Marks & Gilles
PO Box 1440
Montpelier, VT   05601-1440
(802) 223-1112
(802) 223-6225 (fax)

Channing J. Martin
Williams, Mullen, Christian & Dobbins
Two James Center
1021 East Cary Street
PO Box 1320
Richmond, VA   23218-1320
(804) 643-1991
(804) 783-6507 (fax)

Joseph W. Martini
        Karen Mignone
        Paul J. Hogan
        Amy McCallan
Pepe & Hazard, LLP
30 Jelliff Lane
Southport, CT   06890-1436
(203) 319-4000
(203) 259-0251 (fax)
**Attorneys for Premcor Refining Group**

Charles S. McCowan, III
        Bradley C. Myers
Kean, Miller, Hawthorne, D'Armond
One American Place, 22nd Floor
PO Box 3513
Baton Rouge, LA   70821
(225) 387-0999
(225) 388-9133 (fax)

John McGahren
        Kristi Midboe Miller
Latham & Watkins, LLP
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-7270
(973) 639-7298 (fax)
**Attorneys for ConocoPhillips Company, Conoco Inc., Phillips Petroleum Company, Phillips 66 Company and Tosco Corporation**

John R. McGhee
Kay Casto & Chaney
PO Box 2031
Charleston, WV   25327
(304) 345-8900
(304) 345-8909 (fax)

Gerald L. McMahon
Seltzer, Caplan, McMahon & Vitek
2100 Symphony Towers
750 B Street
San Diego, CA   92101-8177
(619) 685-3003
(619) 685-3100 (fax)
**Attorneys for Koch Industries Inc.**

Christopher J. McNevin
Pillsbury Winthrop, LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA   90017-5406
(213) 488-7100
(213) 629-1033 (fax)

Matthew F. Medeiros
Little, Bulman, Medeiros & Whitney, PC
72 Pine Street
Providence, RI   02903
(401) 272-8080
(401) 272-8195 or (401) 490-6918 (fax)
**Attorneys for CITGO Petroleum Corp.**

Duane C. Miller
    A. Curtis Sawyer, Jr.
Miller, Axline & Sawyer, PC
1050 Fulton Avenue, Suite 100
Sacramento, CA   95825-4272
(916) 488-6688
(916) 488-4288 (fax)
**Attorneys for City of Fresno and Orange County Water District**

Anthony H. Monioudis
Woods Rogers, PLC
530 Main Street
PO Box 560
Danville, VA   24543-0560
(434) 797-8200
(434) 797-8214 (fax)

Jeffrey W. Moryan
Connell Foley, LLP
85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
(973) 535-9217 (fax)
**Attorneys for Motiva Enterprises LLC**

Karen T. Moses
    J. Stephen Bennett
    Michael L. James
Baker & Daniels
111 East Wayne Street, Suite 800
Fort Wayne, IN 46802
(260) 424-8000
(260) 460-1700 (fax)
**Attorneys for Lassus Bros. Oil, Inc.**

Neal L. Moskow
    Valerie J. Payne
Ury & Moskow, LLC
888 Black Rock Turnpike
Fairfield, CT  06825
(203) 610-6393
(203) 610-6399 (fax)
**Attorneys for Canton Board of Education, Childhood Memories, Columbia Board of Education, Town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc.**

Peter W. Mosseau
    Jeffrey A. Meyers
Nelson, Kinder, Mosseau & Saturley, PC
99 Middle Street
Manchester, NH  03101
(603) 647-1800
(603) 647-1900 (fax)
**Attorneys for CITGO Petroleum Corp.**

Samuel P. Moulthrop
Riker, Danzig, Scherer, Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
(973) 538-0800
(973) 538-1984 (fax)
**Attorneys for Koch Industries, Inc.**

Howard B. Myers
Myers Associates, PLLC
240 Mechanic Street
Lebanon, NH  03766
(603) 448-1021
(603) 448-1029 (fax)

Barry Needleman
McLane, Graf, Raulerson & Middleton
Bicentennial Square
15 North Main Street
Concord, NH  03301
(603) 226-0400
(603) 224-8180 (fax)

Charles T. O'Brien
225 High Ridge Road
Stamford, CT  06905
(203) 978-6988
(203) 978-6952 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

W. Scott O'Connell
Nixon & Peabody, LLP
889 Elm Street
Manchester, NH  03101-2019
(603) 628-4000
(603) 628-4040 or (603) 628-4022 (fax)
**Attorneys for StatOil Marketing and Trading (US) Inc.**

David S. Osterman
McCarter & English, LLP
Four Gateway Center
PO Box 652
Newark, NJ  07101-0652
(973) 622-4444
(973) 624-7070 (fax)

Thomas F. Panebianco
Thomas Fredric Panebianco, PA
1801 N. Meridian Rd., Suite A
P. O. Box 3546
Tallahassee, FL  32315-3546
**Attorneys for McKenzie Service Co., Inc.**

Thomas J. Pappas
Wiggin & Nourie, PA
20 Market Street
PO Box 808
Manchester, NH  03105-0808
(603) 669-2211
(603) 623-8442 (fax)
**Attorneys for Sprague Energy Corp.**

James A. Pardo
    Peter J. Sacripanti
    Stephen J. Riccardulli
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY  10020-1605
(212) 547-5400
(212) 547-5444 (fax)
**Attorneys for Exxon Mobil Chemical Company Inc., Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Exxon Mobil Pipe Line Company, Exxon Mobil Refining and Supply Company, Mobil Corporation and Mobil Oil Corporation**

Jeffrey John Parker
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street, Suite 4800
Los Angeles, CA  90071-1448
(213) 620-1780
(213) 620-1398 (fax)

William L. Parker
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA  02110-1727
(617) 695-2330
(617) 695-2335 (fax)
**Attorneys for Chevron USA, Inc., individually and formerly know as Gulf Oil Corp. (d/b/a Chevron Products Company and d/b/a Chevron Chemical Company), Equilon Enterprises, LLC, individually and also known as Shell Oil Products US, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, individually and formerly known as Equiva Trading Company, and also known as Stusco**

Scott Pasternack
Assistant Corporation Counsel
Environmental Law Division
New York City Law Department
100 Church Street, Rm 6-128
New York, NY  10007-2601
(212) 676-8517
**Attorneys for City of New York**

Patrick Michael Patterson
Emmanuel Sheppard & Condon
30 S. Spring Street
P. O. Box 1271
Pensacola, FL  32502-1271
(850) 433-6581
(850) 434-5856 (fax)
**Attorneys for CITGO Petroleum Corp. and
CITGO Refining and Chemicals Co. LP**

Matthew F. Pawa
Law Offices of Matthew F. Pawa, PC
1280 Centre Street, Suite 230
Newton Center, MA 02459
(617) 641-9550
(617) 641-9551 (fax)
**Attorneys for State of New Hampshire**

James D. Payne
        Joseph F. Guida
Guida, Slavich & Flores, P.C.
5949 Sherry Lane, Suite 1150
Dallas, Texas 75225
(214) 692-0009
(214) 692-6610 (fax)
**Attorneys for Frontier El Dorado Refining
Company**

Jeffrey D. Peier
        John Val Wachtel
Klenda, Mitchell, Austerman & Zuercher, LLC
301 North Main Street, Suite 1600
Wichita, KS  67202-4888
(316) 267-0331
(316) 267-0333 (fax)
**Attorneys for National Cooperative Refinery
Association**

Gregory P. Priamos
Deputy City Attorney
3900 Main Street, 5th Floor
Riverside, CA  92522
**Attorneys for City of Riverside**

Vivian Marie Quinn
Nixon Peabody, LLP
1600 Main Place Tower
Buffalo, NY 14202
(716) 853-8100
(716) 853-8109 (fax)

Melvin J. Radin
Radin & Associates
600 Plume Street, Suite 601
Norfolk, VA  23510

Barry Richard
Greenberg Traurig, PA
101 East College Ave.
Post Office Drawer 1838
Tallahassee, FL 32302
(850) 222-6891
(850) 681-0207 (fax)
**Attorneys for ConocoPhillips Company,
individually and as successor-in-interest to
Conoco, Inc. and Phillips Petroleum Company
and d/b/a Phillips 66 Company, Tosco
Corporation, individually and a/k/a Tosco
Refining Company and a/k/a Tosco Marketing
Company**

David S. Richman
Stephan, Oringher, Richman
2029 Century Park East, 6th Floor
Los Angeles, CA  90067-2009
(310) 557-2009
(310) 551-0283 (fax)

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA  90071
(213) 439-9400
(213) 439-9599 (fax)

Stephen H. Roberts
McNeill, Taylor & Gallo
180 Locust Street
PO Box 815
Dover, NH  03820
(603) 749-5535
(603) 749-1187 (fax)
**Attorneys for Koch Industries Inc.**

Marc A. Rollo
      Frank D. Allen
      Carlos M. Bollar
Archer & Greiner, PC
One Centennial Square
PO Box 3000
Haddonfield, NJ  08033-0968
(856) 795-2121
(856) 795-0574 (fax)
**Attorneys for Exxon Mobil Chemical Company,
Inc. (individually and f/k/a Mobil Chemical
Company, Inc.), Exxon Mobil Corporation
[individually and as successor-in-interest to
Exxon Corporation and as successor-in-interest
to Mobil Corporation (and d/b/a Exxon Mobil
Refining and Supply Company), Exxon Mobil Oil
Corporation (individually and f/k/a Mobil Oil
Corporation), Exxon Mobil Pipeline Company**

Brent D. Rosenberg
Rosenberg, Stowers & Morse
505 Fifth Avenue, Suite 1010
Des Moines, IA  50309
(515) 243-7600

Lauren E. Rosenblatt
Hunton & Williams, LLP
200 Park Avenue
New York City, NY  10166-0136
(212) 309-1000
(212) 309-1100 (fax)
**Attorneys for Koch Industries, Inc.**

C. Joseph Russell
Bose, McKinney & Evans, LLP
2700 First Indiana Plaza
135 N. Pennsylvania Street
Indianapolis, IN  46204
(317) 684-5000
(317) 684-5173 (fax)
**Attorneys for Exxon Mobil Corporation,
ExxonMobil Oil Corporation, ExxonMobil
Chemical Co. Inc., Mobil Corporation**

Richard M. Sandman
Rodman, Rodman & Sandman, PC
442 Main Street, Suite 300
Malden, MA 02148-5122
(781) 322-3720
(781) 324-6906 (fax)
**Attorneys for Town of Duxbury, et al. and
Defendants in Exxon Mobil v. Brimfield
Housing Authority, et al.**

Daniel P. Scapellati
Halloran & Sage, LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103
(860) 548-0006 (fax)
**Attorneys for Alon USA Energy, Inc., Alon
USA LP, Diamond Shamrock Refining and
Marketing, Fina Oil and Chemical Company,
Ultramar, Inc., Valero Energy Corporation,
Valero Marketing and Supply Company,
Valero Refining and Marketing Company,
Valero-Colorado Refining Company, Valero
Refining Company, Valero Refining Company-
California, Valero Refining Company New
Jersey, Valero Refining Company Louisiana,
Valero Refining Company Texas**

Fred E. Schulz
Wildman Harrold Allen & Dixon, LLP
225 W. Wacker Dr., Suite 3000
Chicago, IL 60606-1229
(312) 201-2658
(312) 201-2555 (fax)
**Attorneys for Lyondell Chemical Company**

Marc M. Seltzer
        David C. Marcus
Susman Godfrey, LLP
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
310-789-3100
310-789-3150 (fax)
**Attorneys for ARCO Chemical Company,
Lyondell Chemical Company**

Andrew W. Serell
Rath, Young & Pignatelli
One Capital Plaza
P. O. Box 1500
Concord, NH  03302-1500
(603) 226-2600
(603) 226-2700 or (603) 228-2294 (fax)
**Attorneys for Chevron Texaco Corp., Chevron
U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil
Co., Texaco Refining & Marketing, Inc.**

Victor M. Sher
        Todd Eric Robins
Sher & Leff
450 Mission Street, Suite 500
San Francisco, CA  94105
(415) 348-8300
(415) 348-8333 (fax)
**Attorneys for California-American Water
Company, Carmichael Water District, Citrus
Heights Water District, City of Elk Grove, City
of Riverside, City of Roseville, City of
Sacramento, Del Paso Manor Water District,
Fair Oaks Water District, Florin Resource
Conservation District, Martin Silver, et. al.,
Quincy Community Services District, Rio Linda
Elverta Community Water District, Sacramento
County Water Agency, Sacramento Groundwater
Authority, Sacramento Suburban Water District,
San Juan Water District, Orange County Water
District, and State of New Hampshire**

David F. Silver
Barr, Sternberg, Moss, Lawrence,
        Silver & Saltonstall, PC
507 Main Street
Bennington, VT  05201-2143
(802) 442-6341
(802) 442-1151 (fax)
**Attorneys for Town of Hartland and
Craftsbury Fire District #2**

Elizabeth E. S. Skilling
Harman, Clayton, Corrigan & Wellman
PO Box 70280
Richmond, VA  23255
(804) 747-5200
(804) 747-6085 (fax)

James E. Slone, PC
Route 83
PO Box 1113
Grundy, VA  24614
(276) 597-7455
(276) 597-2365 (fax)
**Attorneys for Buchanan County School
Board**

Andrew M. Smith
Getty Properties Corp.
125 Jericho Turnpike, Suite 103
Jericho, NY  11753
(516) 478-5451
(516) 478-5490 (fax)
**Attorneys for Getty Properties Corp.**

Rod G. Smith
ConocoPhillips
600 North Dairy Ashford
Houston, TX  77079
(281) 293-1740
(281) 293-3826 (fax)
**Attorneys for ConocoPhillips Company,
Conoco Inc., Phillips Petroleum Company,
Phillips 66 Company and Tosco Corporation**

Thomas J. Smith
Galloway, Johnson, Tompkins, Burrr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA   70139-4004
(504) 525-6802
(504) 525-2456 (fax)
**Attorneys for Central Florida Pipeline Corp.**

Donald M. Snemis
Ice Miller
One American Square
P. O. Box 82001
Indianapolis, IN  46282
(317) 236-2100
(317) 236-2219 or  (317) 592-4765 (fax)

James R. Snyder
Jackson & Kelly
PO Box 553
Charleston, WV   25322

Mark J. Spansel
Adams & Reese
701 Poydras Street, Suite 4500
New Orleans, LA   70139
(504) 581-3234
(504) 566-0210 (fax)

Larry B. Spikes
Spikes Law, LLC
P.O. Box 780557
Witchita, KS 67278
(316) 315-0222
(316) 636-5996 (fax)

Robert K. Stanley
        Melissa M. Hinds
Baker & Daniels
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
(317) 237-0300
(317) 237-1000 (fax)
**Attorneys for Countrymark Cooperative, LLC, successor by merger to Countrymark Cooperative, Inc.**

Jeffrey G. Stark
Meyer, Suozzi, English & Klein, PC
1505 Kellum Place
Mincola, NY  11501
(516) 741-6565
(516) 741-6706 (fax)
**Attorneys for Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Petroleum Inc., Shell Trading (US) Company, Texaco Refining & Marketing (East) Inc.**

Potter Stewart, Jr.
Potter Stewart Law Offices, PC
205 Main Street, Suite 8
Brattleboro, VT   05301-0868
(802) 257-7244
(802) 257-7256 (fax)

Anthony J. Stoik
Klass, Stoos, Stoik, Mugan, et al.
627 Fourth Street, Suite 300
P. O. Box 327
Sioux City, IA  51102
(712) 252-1866
(712) 252-5822 (fax)
**Attorneys for CITGO Petroleum Corp. and CITGO Refining and Chemical, Inc.**

Shaun S. Sullivan
Wiggin & Dana, LLP
One Century Tower
265 Church Street
P. O. Box 1832
New Haven, CT  06508-1832
(203) 498-4400
(203) 782-2889 (fax)

Daniel C. Summerlin
Woods, Rogers & Hazelgrove, PLC
Dominion Tower, Suite 1400
10 South Jefferson Street
PO Box 14125
Roanoke, VA   24038-4125
(540) 983-7600
(540) 983-7711 (fax)

Scott Summy
        Celeste A. Evangelisti
Baron & Budd, PC
3102 Oak Lawn Avenue
The Centrum Building, Suite 1100
Dallas, TX 75219
(214) 521-3605
(214) 520-1181 (fax)
**Attorneys for City of Riverside, Quincy Community Services District, City of Roseville, California-American Water Company, Carmichael Water District, Citrus Heights Water District, City of Elk Grove, City of Sacramento, Del Paso Manor Water District, Fair Oaks Water District, Florin Resource Conservation District, Martin Silver, et al., Rio Linda Elverta Community Water District, Sacramento County Water Agency, Sacramento Groundwater Authority, Sacramento Suburban Water District, San Juan Water District, Canton Board of Education, Childhood Memories, Columbia Board of Education, town of East Hampton, American Distilling and Mfg. Co. Inc., Our Lady of the Rosary Chapel, United Water Connecticut, Inc., Escambia County Utilities Authority, Village of Island Lake, City of Mishawaka, City of South Bend, North Newton School, City of Galva, City of Sioux City, City of Ida Grove, City of Rockport, City of Bel Aire, Chisholm Creek Utility Authority, City of Dodge City, City of Park City, City of Marksville, Town of Rayville, Town of Duxbury, et al., New Jersey American Water Company, et al., Long Island Water Corporation, Water Authority of Great Neck North, Port Washington Water District, Incorporated Village of Sands Point, City of Portsmouth, City of Dover, Patrick County School Board, Buchanan County School Board, Town of Hartland, Craftsbury Fire District #2, Town of Matoaka, Town of Campbellsburg**

Stephen L. Tober
Tober Law Offices, PA
381 Middle Street
P. O. Box 1377
Portsmouth, NH 03801
(603) 431-1003
(603) 431-9426 (fax)
**Attorneys for ConocoPhillips Company**

J. Owen Todd
        Kathleen M. Genova
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626
(617) 227-5777 (fax)
**Attorneys for CITGO Petroleum Corporation and CITGO Refining and Chemical Inc.**

Mark L. Tripp
Bradshaw, Fowler, Proctor & Fairgrave, PC
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-8004
(515) 246-5871
(515) 246-5808 (fax)
**Attorneys for Fauser Oil Co., Inc.**

Mark E. Tully
Goodwin Procter, LLP
Exchange Place, Second Floor
Boston, MA 02109-2881
(617) 570-1000
(617) 227-8591 (fax)
**Attorneys for Gulf Oil Corporation and Gulf Oil Limited Partnership, Chelsea Sandwich LLC, Cumberland Farms Incorporated, Global Companies, LLC, Global Montello Group, LLC, Global Petroleum Corporation**

Martha Van Oot
Orr & Reno, PA
One Eagle Square
P. O. Box 3550
Concord, NH 03302-3550
(603) 224-2381
(603) 224-2318 (fax)
**Attorneys for State of New Hampshire**

Richard E. Wallace, Jr.
    Peter C. Condron
    Harry Davis
    Brandon Diket
Wallace, King, Marraro & Branson, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC  20007
(202) 204-1000
(202) 204-1001 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Chevron Environmental Services Company, Gulf Oil Corporation, Getty Oil Company, Four Star Oil and Gas Company, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S., Shell Petroleum Inc., Star Enterprise**

John J. Wasilczyk
    Allison N. Shue
    David L. Schrader
    Michael T. Zarro
    Catherine Noel Mitchell
Morgan, Lewis & Bockius, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
(213) 612-2500
(213) 612-2501 (fax)
**Attorneys for Chevron U.S.A. Inc., Texaco Inc., Chevron Texaco Corporation, Chevron Environmental Services Company**

Robert V. Waterman, Jr.
    Judith L. Herrmann
Lane & Waterman, LLP
220 North Main Street, Suite 600
Davenport, IA  52801
(563) 324-3246
(563) 324-1616 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil Corp.**

Thomas R. Watson
Watson, Bosen, Harman, Venci & Lemire, PA
75 Congress Street, Suite 211
PO Box 469
Portsmouth, NH  03801-0469
(603) 436-7667
(603) 433-3020 (fax)
**Attorneys for City of Portsmouth, City of Dover**

George E. Wattendorf
Municipal Building
46 Locust Street
Dover, NH  03820
**Attorneys for City of Dover**

Craig Weatherly
Gravel & Shea
76 St. Paul Street
PO Box 369
Burlington, VT  05402-0369
(802) 658-0220
(802) 658-1456 (fax)
**Attorneys for Koch Industries Inc.**

Gregory A. Weimer
Hoff Curtis
100 Main Street
PO Box 1124
Burlington, VT  05402-1124
(802) 864-4531
(802) 860-1565 (fax)

W. Paul Wilkins
LeBlanc & Waddell, LLC
The Essen Centre
5353 Essen Lane, Suite 420
Baton Rouge, LA 70809
(225) 768-7222
(225) 768-7999 (fax)
**Attorneys for City of Marksville, Town of Rayville**

Joseph P. Williams
          Paul D. Sanson
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819
(860) 251-5127
(860) 251-5600 (fax)
**Attorneys for Chevron Chemical Company, Chevron Corporation, Chevron Texaco Corporation, Chevron USA Inc., Gulf Oil Corporation, Texaco Inc., Texaco Refining and Marketing Inc., Texaco Refining & Marketing (East) Inc., TRMI Holdings, Equilon Enterprises LLC, Equiva Trading Company, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company, Shell Oil Products Company LLC, Shell Oil Products U.S. and Shell Petroleum Inc.**

Daniel K. Winters
          Lisa K. Axelrod
Porzio, Bromberg & Newman, PC
156 W. 56th Street
New York, NY 10019-3800
(212) 265-6888
(212) 957-3983 (fax)
**Attorneys for American Agip Co. Inc.**

Christopher F. Wong
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
(310) 576-2100
(310) 576-2200 (fax)

Lynn Wright
Edwards & Angell, LLP
750 Lexington Avenue
New York, NY 10022
(212) 308-4411
(212) 308-4844 (fax)
**Attorneys for Unocal Corporation**

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606
(312) 372-2000
(312) 984-7700 (fax)
**Attorneys for ExxonMobil Corporation, ExxonMobil Oil Corporation, ExxonMobil Chemical Co. Inc., ExxonMobil Pipeline Company, ExxonMobil Refining & Supply Company, Mobil Corporation, Mobil Oil**

# BARON & BUDD

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
THE CENTRUM
3102 OAK LAWN AVENUE
SUITE 1100
DALLAS, TEXAS 75219-4281
(214) 521-3605
TELECOPIER (214) 520-1181

To :12025022888

Company :

Fax number :12025022888

Subject:TO:   Michael J. Beck

Date :06/01/04

Total number of pages :27

From :Shelly Scharbach

Company :Baron & Budd, P.C.

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2004 JUN -1  P 2: 13

RECEIVED
CLERK'S OFFICE

## CONFIDENTIALITY NOTICE

The information in this E-mail message is legally privileged and confidential, and is intended only for use by the individual(s) named as recipient(s).  Unless you are a named recipient of this E-mail, you should not read, distribute, or otherwise use this E-mail, and you should immediately notify the sender by reply email or by calling 214-521-3605.  Thank you.

**BARON & BUDD**

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS
THE CENTRUM
3102 OAK LAWN AVENUE
SUITE 1100
DALLAS, TEXAS 75219-4281
(214) 521-3605
TELECOPIER (214) 520-1181

**CONFIDENTIALITY NOTICE**

**The information in this facsimile message is legally privileged and confidential, and is intended only for use by the individual(s) named as recipient(s). Unless you are a named recipient of this facsimile, you should not read, distribute, or otherwise use this facsimile, and you should immediately notify the sender by calling 214-521-3605. Thank you.**

TO:    Michael J. Beck

DATE:    June 1, 2004

**FAX NUMBER:    202-502-2888**

FROM:    Scott Summy

TOTAL NUMBER OF PAGES SENT:   *26*

(including cover sheet)

ADDITIONAL MESSAGE: