# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500    FAX 212-344-5461
WWW.WEITZLUX.COM

MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2004

FILED
CLERK'S OFFICE

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

STANLEY N. ALPERT *
SHEILA BECKMAN
BRYAN BELASKY
RUSSELL BOGART §
EDWARD S. BOSEK
MITCHELL M. BREIT ▼
JOHN M. BROADDUS ∞
DANIEL C. BURKE
PATTI BURSHTYN ††
LISA NATHANSON BUSCH
DAVID A. CHANDLER
THOMAS COMERFORD ††
CHARLES M. FERGUSON

STUART R. FRIEDMAN
STEVEN J. GERMAN ▲
LAWRENCE GOLDHIRSCH ⋄⋄
EDWARD J. MANN *
CATHERINE HEACOX ††
RENEÉ L. HENDERSON ~
MARIE L. IANNIELLO †
ERIK JACOBS
EVAN M. JANUSH ‡
GARY R. KLEIN ††
JERRY KRISTAL ⋄⋄‡
RORY I. LANGMAN
DEBBI LANDAU

JAMES C. LONG, JR. ⋄⋄
VICTORIA MANIATIS ††
RICHARD S. McGOWAN * ‡‡ ‡
C. SANDERS McNEW *σ
RICHARD MEADOW ~
WILLIAM J. NUGENT *
MICHAEL E. PEDERSON
PAUL J. PENNOCK ‡
STUART S. PERRY *
G. RUSSELL RAGLAND ⋄⋄
ELLEN RELKIN *▲
STEPHEN J. RIEGEL
MICHAEL P. ROBERTS

CHRIS ROMANELLI ††
DAVID ROSENBAND
DENISE JILL ROTHSTEIN
SHELDON SILVER *
SANFORD SMOKLER §
FRANKLIN P. SOLOMON ¶
BONNIE M. STEINWOLF
JAMES S. THOMPSON ††
DOUGLAS D. von OISTE ‡
NICHOLAS WISE
LAUREN WOLPIN ⋄
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

* Of Counsel
‡ Also admitted in CT
⋄ Also admitted in FL
‡‡ Also admitted in MA
†† Also admitted in NJ
§ Also admitted in DC
† Also admitted in NJ and CT
~ Also admitted in NJ and PA
▲ Also admitted in NJ and DC
¶ Admitted only in NJ and PA
▼ Also admitted in VA and NJ
⋄⋄ Also admitted in DC and TX
∞ Admitted only in DC, MD, PA and VA
σ Also admitted in DC, VA
■ Admitted only in CO

June 28, 2004

<u>VIA FAX: (202) 502-2888</u>
Michael J. Beck
Clerk of the Panel
United States of America
Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-225, North Lobby
Washington, D.C. 20002

Re: MDL-1358 - In re Methyl Teritary Butyl Ether ("MTBE")
    Products Liability Litigation

Dear Mr. Beck:

We are in receipt of the Conditional Transfer Order (CTO-8). Please note that Weitz and Luxenberg, P.C. and Baron & Budd, P.C. and are co-counsel on the case covered by the referenced Order. However, pursuant to Panel Rule 5.2(c), wherein it states that only one attorney shall be designated for each party, we hereby designate the following attorney to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation:

Stanley N. Alpert
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, New York 10038-4925
(212) 558-5802
(212) 344-5461 (fax)

**OFFICIAL FILE COPY**

Attorney for: Hicksville Water District, Roslyn Water District, Franklin Square Water
District and County of Suffolk

IMAGED JUL 1 '04

51 HADDONFIELD ROAD, SUITE 160 • CHERRY HILL, NJ 08002 • TEL 856-488-9001 • FAX 856-488-9077
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE, NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 SOUTH MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6035

Michael J. Beck
June 28, 2004
Page 2

      Please be advised that both firms, Weitz & Luxenberg and Baron & Budd, are counsel of record for the case listed above.

      If you have any questions, comments or concerns, please do not hesitate to contact me.

Sincerely,

By: Stanley N. Alpert

cc:    Attached Service List

# SERVICE LIST

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
JUN 3 0 2004
FILED
CLERK'S OFFICE

Peter John Sacripanti, Esq.
James A. Pardo, Esq.
Stephen Riccardulli, Esq.
**MCDERMOTT, WILL & EMERY**
*Attorneys for ExxonMobil Corporation,
ExxonMobil Chemical Company, Inc.,
ExxonMobil Oil Corporation, Mobil
Corporation*
50 Rockefeller Plaza
New York, New York 10020

Craig H. Zimmerman, Esq.
**MCDERMOTT, WILL & EMERY**
*Attorneys for ExxonMobile Corporation*
227 West Monroe Street, Suite 4400
Chicago, IL 60606-5096

Mindy G. Davis, Esq.
**HOWREY SIMON ARNOLD & WHITE**
*Attorneys for Amerada Hess Corporation,
Coastal Eagle Point Oil Company, Coastal
Mobile Refining Company, El Paso CGP
Company, El Paso Corporation, El Paso
Merchant Energy Petroleum Company*
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

J. Andrew Langan, Esq.
Mark S. Lillie, Esq.
R. Chris Heck, Esq.
**KIRKLAND & ELLIS**
*Attorneys for BP Amoco Chemical Company,
BP Products North America, Inc. and Atlantic
Richfield Company*
200 East Randolph Drive
Chicago, IL 60602

Peter Bellacosa, Esq.
**KIRKLAND & ELLIS**
*Attorneys for BP Products North America, Inc.*
Citigroup Center
153 East 53rd Street
New York, New York 10022-4675

Tracie L. Longman
Andrew G. Wailgum, Esq.
Seth M. Wilson, Esq.
**MURTHA CULLINA, LLP**
*Attorneys for BP North America, Inc.*
99 High Street, 20th Floor
Boston, MA 02110

Richard E. Wallace, Jr., Esq.
Peter C. Condron, Esq.
**WALLACE KING MARRARO &
BRANSON, PLLC**
*Attorneys for ChevronTexaco Corporation,
Chevron U.S.A., Inc., Equilon Enterprises, LLC,
Shell Oil Company, Shell Oil Products
Company, Shell Petroleum Inc., Shell Oil
Products Company, LLC., Shell Trading (US)
Company, Motiva Enterprises, LLC and Texaco,
Inc., Texaco Refining & Marketing East, Inc.*
1050 Thomas Jefferson Street, N.W.
Washington, D.C. 20007

Jeffrey G. Stark, Esq.
**MEYER, SUOZZI, ENGLISH
& KLEIN, P.C.**
*Attorneys for ChevronTexaco Corporation,
Chevron U.S.A., Inc., Equilon Enterprises, LLC,
Shell Oil Company, Shell Oil Products
Company, Shell Petroleum Inc., Shell Oil
Products Company, LLC., Shell Trading (US)
Company, Motiva Enterprises, LLC and Texaco,
Inc., Texaco Refining & Marketing East, Inc.*
1505 Kellum Place
Mineola, NY 11501

William L. Parker, Esq.
**FITZHUGH, PARKER & ALVARO, LLP**
*Attorneys for Chevron U.S.A., Inc.*
155 Federal Street, Ste. 1700
Boston, MA 02110-1727

Pamela R. Hanebutt, Esq.
Nathan P. Eimer, Esq.
Lisa S. Meyer, Esq.
**EIMER STAHL KELVORN & SOLBERG**
*Attorneys for Citgo Petroleum Corporation*
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604

Samuel J. Abate, Jr.
**McCARTER & ENGLISH, LLP**
*Attorneys for Citgo Petroleum Corporation*
245 Park Avenue
New York, New York 10167

Mark E. Tully, Esq.
**GOODWIN PROCTER, LLP**
*Attorneys for Citgo and Gulf Oil Ltd.*
Exchange Place
Boston, MA 02109

John Fanning, Esq.
**CULLEN & DYKMAN BLEAKLEY PLATT LLP**
*Attorneys Getty Petroleum Marketing, Inc.*
177 Montague Street
Brooklyn, New York 11201

Heather Daly, Esq.
John McGahren, Esq.
Kristi Midboe Miller, Esq.
**LATHAM & WALKINS**
*Attorneys for Getty Properties Corp. and ConocoPhillips Company*
One Newark Center, 16th Floor
Newark, NJ 07101-3174

Roger Smith, Esq.
ConocoPhillips Company,
*House Counsel for Conoco & Tosco Corp.*
600 North Dairy Ashford
Houston, TX 77079

Ben M. Krowicki, Esq.
**BINGHAM McCUTCHEN, LLP**
*Attorneys for Crown Central Petroleum*
One State Street
Hartford, CT 06103

Keith Tashima, Esq.
Heather Fusco, Esq.
**BEVERIDGE & DIAMOND, P.C.**
*Attorneys for Sunoco, Inc. and Sunoco, Inc. (R&M)*
477 Madison Avenue, 15th Floor
New York, New York 10022

John S. Guttmann, Esq.
**BEVERIDGE & DIAMOND, P.C.**
*Attorneys for Sunoco, Inc. and Sunoco, Inc. (R&M)*
1350 I Street, N.W, Suite 700
Washington, D.C. 20005

Michael Roessner, Esq.
Alan J. Hoffman, Esq.
Lawrence S. Shtasel, Esq.
**BLANK ROME, LLP**
*Attorneys for Lyondell Chemical Company*
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

Steven L. Leifer
**BAKER BOTTS, LLP**
*Attorneys for Marathon Ashland Petroleum, Marathon Oil Company and Marathon Oil Corporation*
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400

Alan J. Hoffman, Esq.
Lawrence S. Shtasel, Esq.
**BLANK ROME, LLP**
*Attorneys for Lyondell Chemical Company*
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

Christopher J. Garvey, Esq.
**GOODWIN PROCTER, LLP**
*Attorneys for Gulf Oil LTD.*
599 Lexington Avenue
New York, New York 10022

Lauren Rosenblatt, Esq.
**HUNTON & WILLIAMS**
*Attorneys for Koch Industries, Inc.*
200 Park Avenue, 43rd Floor
New York, New York 10166-0136

Joseph C. Kearfott, Esq.
Stuart A. Raphael, Esq.
Shawn A. Copeland, Esq.
**HUNTON & WILLIAMS, LLP**
*Attorneys for Koch Industries, Inc.*
951 E. Byrd Street
Richmond, VA 23219

Dan H. Ball, Esq.
John Rogers, Esq.
**BRYAN CAVE, LLP**
*Attorneys for Premcor, Inc. and The Premcor Refining Group, Inc.,*
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Lynn Wright, Esq.
**EDWARDS & ANGELL, LLP**
*Attorneys for Unocal Corporation and Union Oil Company of California*
750 Lexington Avenue
New York, New York 10022

Brendan M. Dixon
Deputy General Counsel
Unocal Corporation
*Attorneys for Unocal Corporation and Union Oil Company of California*
376 S. Valencia Avenue
Brea, CA 92823

Tracie Renfroe, Esq.
J. Clifford Gunter, III., Esq.
M. Coy Connelly, Esq.
**BRACEWELL & PATTERSON**
*Attorneys for Valero Energy Corporation, Valero Marketing & Supply Company and Valero refining and Marketing Company*
711 Louisiana Street
Suite 2900
Houston, TX 77002-2781