

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 7 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**In re**  MDL-1358 – In Re Methyl Tertiary Butyl Ether     **MDL No. 1358**
("MTBE") Products Liability Litigation

*James Quinn, et. al. v. Shell Oil, Inc. et. al.*, N.D.
California, C.A. No. 3:04-5180

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-11)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1.     PLEASE TAKE NOTICE that Defendants Irvin S. Taylor and Taylor Investments, LLC herein oppose the Conditional Transfer Order filed February 22, 2005 in the Judicial Panel on Multidistrict Litigation regarding the action entitled <u>James Quinn et. al. v. Shell Oil, Inc. et. al.</u>, N.D. California, C.A. No. 3:04-5180.

2.     A Motion to Vacate will be filed per JP ML Rule 7.4(d) by Defendants Irvin S. Taylor and Taylor Investments, LLC.

**OFFICIAL FILE COPY**

RECEIVED
CLERK'S OFFICE
2005 MAR -4  A 11: 13
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

IMAGED MAR 0 7 2005

3.     Defendants Irvin S. Taylor and Taylor Investments, LLC are represented by John W. Elliott of Elliott & Elliott, located at 225 W. Santa Clara St., Suite 950, San Jose, California 95113, (408) 280-2160.

Dated: March 3, 2005                                Elliott & Elliott


John W. Elliott
Counsel for Taylor Investments,
LLC & Irvin S. Taylor