

MAR - 7 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re   MDL-1358 – In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 |

*James Quinn, et. al. v. Shell Oil, Inc. et. al.*, N.D. California, C.A. No. 3:04-5180

## DESIGNATION OF COUNSEL PER JPML RULE 5.2(c)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1.   PLEASE TAKE NOTICE that Defendants Irvin S. Taylor and Taylor Investments, LLC are represented by John W. Elliott of Elliott & Elliott, located at 225 W. Santa Clara St., Suite 950, San Jose, California 95113, (408) 280-2160.

Dated: March 3, 2005                                  Elliott & Elliott

_____
John W. Elliott
Counsel for Taylor Investments,
LLC & Irvin S. Taylor

RECEIVED CLERK'S OFFICE 2005 MAR -4 A 11:13 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY
IMAGED MAR 0 7 2005

| | |
|---|---|
| 1 | *James Quinn, et al. v. Shell Oil, Inc., et al.* |
| 2 | N.D. California, C.A. No. 3:04-5180 |
|   | MDL-1358 – In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation |

*James Quinn, et al. v. Shell Oil, Inc., et al.*
N.D. California, C.A. No. 3:04-5180
MDL-1358 – In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 225 W. Santa Clara St., Suite 950, San Jose, California, 95113. On the date herein below, I caused to be served __X__ a true and correct copy  _____ the original of the following:

**DESIGNATION OF COUNSEL PER JPML RULE 5.2(c); and NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-11)**

__x__  **MAIL** I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___  **EXPRESS MAIL** Placed in the United States mail at San Jose, Santa Clara County, California, postage fully prepaid

___  **FEDERAL EXPRESS** Placed in a Federal Express facility

___  **PERSONAL SERVICE** Delivered by hand to the Addressee

_____  **FACSIMILE** Transmitted via facsimile transmission to the Addressee as noted-below

addressed to each of the following:

*(PLEASE SEE ATTACHED SERVICE LIST)*

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Jose, California, on March 3, 2005.

*/s/ Linda K. Boyd*
Linda K. Boyd

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MAR - 7 2005

FILED
CLERK'S OFFICE

2005 MAR -4 A 11: 13
RECEIVED
CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*James Quinn, et al. v. Shell Oil, Inc., et al, N.D. California, C.A. No. 3:04-5180.*

Re:  MDL-1358 – In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

## Master Service List

Stanley N. Alpert
Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY  10038

Ronit C. Barrett
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL  60604

M. Coy Connelly
Bracewell & Patterson
South Tower Pennzoil Place, Ste. 2900
711 Louisiana Street
Houston, TX  77002-2781

Lawrence Allen Cox
Arnold & Porter, LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017-2513
**For:  BP Corporation North America, Inc.**

Colleen P. Doyle
Bringham McCutchen, LLP
355 South Grand Avenue, Ste. 4400
Los Angeles, CA  90071-3106

Lon C. Engel
Engel & Engel, PA
11 E. Lexington St., Ste. 200
Baltimore, MD  21202

Susan Mae Euteneuer
Hodes, Ulman, Pessin & Katz
901 Dulaney Valley Road, Ste. 400
Baltimore, MD  21204

Celeste A. Evangelisti
Barron & Budd
3102 Oaklawn Avenue, Ste. 1100
Dallas, TX  75219-4281

Andrew Gendron
Venable, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD  21201

H. Lee Godfrey
Susman Godfrey, LLP
1000 Louisiana, Ste. 5100
Houston, TX  77002-5096

Alan J. Hoffman
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6998

Paul W. Ishak
Law Office of Paul Ishak
30 Office Street
Bel Air, MD  21014

Michele D. Johnson
Lathan & Witkins
650 Town Center Drive, Ste. 2000
Costa Mesa, CA  926262

A. Catherine Lagarde
Law Offices of Charles A. Bonner
180 Harbor Drive, Ste. 227
Sausalito, CA  94965
**For:  Willard Jones, Brian Jones, Gloria Alee and Josh Russell, Linda Howard, Barbara Gardiner**

Michael E. Leaf
Hodes, Ulman, Pessin & Katz, P.A.
112 S. Main Street, Ste. 102
Bel Air, MD  21014

Brian M. Ledger
Gordon & Rees, LLP
101 West Broadway, Ste. 1600
San Diego, CA  92101-3541

MASTER SERVICE LIST

K:\E & E Cases\taylo-12\POS, Labels, Fax\POS, Labels, FAX.u.s.d.c.n.d\Judicial Panel POS, Labels, Fax\Master Service List Judicial Panel.doc
Updated 03/03/05, 11:48 AM

Christopher J. McNevin
Pillsbury Winthrop, LLP
725 South Figueroa Street,
Suite 2800
Los Angeles, CA 90017-5406

Jeffrey John Parker
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street,
Ste. 4800
Los Angeles, CA 90071-1448

Marshall N. Perkins
Law Offices of Charles J. Piven, P.A.
The World Trade Center,
Ste. 2525
401 East Pratt Street
Baltimore, MD 21202

Todd Eric Robins
Sher & Leff
450 Mission St., Ste. 500
San Francisco, CA 94105

Peter J. Sacripanti
McDermott, Will & Emery
50 Rockerfeller Plaza
New York, NY 10020

Marc M. Seltzer
Susman Godfrey, LLP
1901 Avenue of the Stars,
Ste. 950
Los Angeles, CA 90067-6029

Carl B. Shapiro
Shapiro & Shapiro
404 Anselmo Avenue
San Anselmo, CA 94960
**For: Ahamad Avash, Ali Salkhi, A & A Gas, The Avash Family Trust, The 1993 Avash Family Trust, The 1993 Salkhi Family Trust, Marisol Avash, and Fatemeh Salki**

William D. Temko
Munger, Tolles & Olson
355 South Grand Avenue,
35th Floor
Los Angeles, CA 90071
**For: Shell Oil Company**

Erika K. Woods
Arnold & Porter, LLP
777 South Figueroa Street,
44th Floor
Los Angeles, CA 90017-2513

Michael T. Zarro
Morgan, Lewis & Bockius
300 South Grand Avenue,
22nd Floor
Los Angeles, CA 90071-3132
**For: Union Oil Company of California**

John W. Elliott
Elliott & Elliott
225 W. Santa Clara Street\
Suite 950
San Jose, CA 95113
**For: Irvin S. Taylor and Taylor Investments, LLC**

United States District Court
Northern California
(Case No. C04-05180 JSW)
450 Golden Gate Avenue
16th Floor, #1111
San Francisco, CA 94102

MASTER SERVICE LIST