


# SHER·LEFF LLP
LAWYERS PROTECTING WATER

Todd E. Robins
trobins@sherleff.com
415.348.8300 x103

March 4, 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 7 2005

FILED
CLERK'S OFFICE

*Via Facsimile & U.S. Mail*

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004
Fax: (202) 502-2888

    Re: *MDL No. 1358* – In re Methyl Tertiary Butyl Ether ("MTBE") Products
          Liability Litigation

Dear Clerk:

Pursuant to Rule 5.2 (c) of the Rules of Procedure Of The Judicial Panel on Multidistrict Litigation, Plaintiff California Water Service Company in the action *California Water Service Co. v. Atlantic Richfield Co., et al.*, Case No. 3:05-192 (N.D. California) hereby designates the following attorney to receive service of all pleadings, notices, orders and other papers relating to practice before the JPML:

          Todd E. Robins
          SHER LEFF LLP
          450 Mission Street, Suite 400
          San Francisco, Ca 94105
          Tel: (415) 348-8300
          Fax: (415) 348-8333

Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Todd E. Robins

{1020-001 / 00017391.DOC;1}

**OFFICIAL FILE COPY**

2005 MAR -4 P 12: 23
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**IMAGED MAR 0 8 2005**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 7 2005

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN FRANCISCO )

*California Water Service Company v. Atlantic Richfield Co., et al. 3:05-192 (N.D. CA)*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is 450 Mission Street, Suite 400, San Francisco, CA 94105.

On **MARCH 4, 2005**, I served the following document described as:

**DESIGNATION OF ATTORNEY PURSUANT TO RULE 5.2(C) OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

[ X ] by placing true copies thereof in sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ X ] (**BY MAIL**) I caused to such envelope to be deposited in the mail at San Francisco, California with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit. Executed on **MARCH 4, 2005**, at San Francisco, California.

[ X ] **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Reid P. Mullen

RECEIVED CLERK'S OFFICE
2005 MAR -4 P 12: 23
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## SERVICE LIST

| | |
|---|---|
| Celeste A. Evangelisti<br>Baron & Budd, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219 | Counsel for Plaintiff:<br>**CALIFORNIA WATER SERVICE COMPANY** |
| Lawrence A. Cox<br>Erika K. Woods<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017 | Counsel for Defendants:<br>**ATLANTIC RICHFIELD COMPANY**<br>**BP NORTH AMERICA, INC.**<br>**BP WEST COAST PRODUCTS LLC** |
| Michael T. Zarro<br>Morgan, Lewis & Bockius<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071 | Counsel for Defendant:<br>**CHEVRON U.S.A., INC.** |
| Peter C. Condron<br>Wallace King Domike & Branson, PLLC<br>1050 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007 | Counsel for Defendant:<br>**CHEVRON U.S.A., INC.** |
| Ronit C. Barrett<br>Eimer Stahl Klevorn & Solberg LLP<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604 | Counsel for Defendant:<br>**CITGO PETROLEUM CORPORATION** |
| Christopher J. McNevin<br>Pillsbury Winthrop, LLP<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017 | Counsel for Defendant:<br>**CITGO PETROLEUM CORPORATION** |
| Michele D. hohnson<br>Latham & Watkins<br>650 Town Center Drive, Suite 2000<br>Costa Mesa, CA 92626 | Counsel for Defendant:<br>**CONOCOPHILLIPS COMPANY** |
| Brent H. Allen<br>Howrey Simon Arnold & White, LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 | Counsel for Defendant:<br>**EL PASO MERCHANT ENERGY-PETROLEUM COMPANY** |

| | |
|---|---|
| Jeffrey John Parker<br>Sheppard, Mullin, Richter & Hampton LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA 90071 | Counsel for Defendants:<br>**EXXONMOBIL CORPORATION**<br>**EXXONMOBIL OIL CORPORATION** |
| Peter J. Sacripanti<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 | Counsel for Defendants:<br>**EXXONMOBIL CORPORATION**<br>**EXXONMOBIL OIL CORPORATION** |
| Brian M. Ledger<br>Gordon & Rees, LLP<br>101 West Broadway, Suite 1600<br>San Diego, CA 92101 | Counsel for Defendant:<br>**KERN OIL & REFINING COMPANY** |
| William D. Temko<br>Munger, Tolles & Olson<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071 | Counsel for Defendants:<br>**SHELL OIL COMPANY**<br>**SHELL OIL PRODUCTS COMPANY**<br>**SHELL OIL PRODUCTS COMPANY, LLC**<br>**SHELL OIL PRODUCTS U.S.**<br>**EQUILON ENTERPRISES, LLC**<br>**TEXACO REFINING AND MARKETING, INC.** |
| Colleen P. Doyle<br>Bingham McCutchen, LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071 | Counsel for Defendants:<br>**TESORO PETROLEUM CORPORATION**<br>**TESORO REFINING AND MARKETING COMPANY** |
| M. Coy Connelly<br>Bracewell & Patterson, LLP<br>711 Louisiana Street, Suite 2900<br>Houston, tX 77002 | Counsel for Defendants:<br>**ULTRAMAR, INC.**<br>**VALERO ENERGY CORPORATION**<br>**VALERO MARKETING AND SUPPLY COMPANY**<br>**VALERO REFINING COMPANY - CALIFORNIA** |
| Elizabeth M. Weaver<br>Howrey Simon Arnold & White, LLP<br>550 South Hope Street, Suite 1400<br>Los Angeles, CA 90071 | Counsel for Defendants:<br>**UNOCAL CORPORATION**<br>**UNION OIL COMPANY OF CALIFORNIA** |

| Alan J. Hoffman<br>Blank Rome, LLP<br>One Logan Square<br>Philadelphia, PA 19103 | Registered Agent of Service for Defendant:<br>**LYONDELL CHEMICAL COMPANY**<br>**EQUISTAR CHEMICALS, LP**<br>**LYONDELL PETROCHEMICAL, GP INC.** |
|---|---|