MDL 1358

# LAW OFFICES OF CHARLES J. PIVEN, P.A.

THE WORLD TRADE CENTER ◊ BALTIMORE
SUITE 2525
401 EAST PRATT STREET
BALTIMORE, MARYLAND 21202

CHARLES J. PIVEN
Email piven@pivenlaw.com

MARSHALL N. PERKINS
Email perkins@pivenlaw.com

Telephone (410) 332-0030
Facsimile (410) 685-1300

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

March 8, 2005

MAR - 9 2005

FILED
CLERK'S OFFICE

**Via facsimile transmission (1 (202) 502-2888)**

Clerk, Judicial Panel on Multidistrict Litigation
Thurgood Marshall Judiciary Building
One Columbus Circle, N.E.; Room G-255
Washington, D.C. 20002

PLEADING NO. 173

Re: **MDL 1358** (*In re MTBE Litig.*). This document relates to: *Koch, et al. v. Hicks, et al.*, Civil Action No. MJG 04-3345 (U.S.D. Md.)

Dear Sir/Madam Clerk:

Our firm represents Plaintiffs in the above-referenced *Koch* action, currently pending in the federal Maryland District Court. This letter constitutes *Koch* Plaintiffs' Notice Of Opposition to the Conditional Transfer Order (CTO-11) entered by the JPMDL on February 22, 2005.

Plaintiffs oppose any MDL treatment of the *Koch* case, including the proposed transfer identified in CTO-11 (and, in fact, no federal court has subject matter jurisdiction over the *Koch* action). The full basis for Plaintiffs' opposition to the proposed transfer will be stated in a motion to vacate the conditional transfer order, to be filed by Plaintiffs.[1]

Thank you for your attention to this matter. Please contact me with any questions.

Very truly yours,

Marshall N. Perkins

cc: Other counsel of record in Maryland *Koch* action (*via email*)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
2005 MAR -8 P 12: 17
RECEIVED
CLERK'S OFFICE

---

[1] In this regard, *Koch* Plaintiffs adopt by reference herein as if set forth fully herein the following papers filed in the federal Maryland District Court action: Memorandum Of Law In Support Of Koch Plaintiffs' Motion To Remand (filed on or about 10/21/04); Memorandum Of Law In Support Of Koch Plaintiffs' Second Motion To Remand (10/25/04); Plaintiffs' Reply—ExxonMobil's Memorandum In Opposition To Plaintiffs' Motions To Remand (11/19/04); and Plaintiffs' Opposition To Defendants' Motion To Stay (1/27/05).

23691

**OFFICIAL FILE COPY**

IMAGED MAR 0 9 2005