**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 10 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**In re** MDL-1358- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**MDL NO.: 1358**

*James Quinn, et al. v. Shell Oil, Inc. Et al., N.D. California, C.A. No.: 3:04-5180*

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-11)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. PLEASE TAKE NOTICE that Plaintiffs, James Quinn, et al., herein oppose the Conditional Transfer Order filed February 22, 2005 in the Judicial Panel on Multidistrict Litigation regarding the action entitled <u>James Quinn et al v. Shell Oil, Inc. et al.</u>, N.D. California C.A. No. 3:04-5180

2. A Motion to Vacate will be filed per JP ML Rule 7.4(d) by Plaintiffs, Quinn, et. al.

**IMAGED** MAR 1 0 2005

3. Plaintiffs, Quinn, et. al., are represented by the Law Offices of Charles A. Bonner, located at 180 Harbor Drive, Suite 227, Sausalito, CA 94965, 415-331-3070.

Dated: March 9, 2005

LAW OFFICES OF CHARLES A. BONNER

A. CATHERINE LAGARDE
Attorney for Plaintiffs