MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 10 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re  MDL-1358- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL NO.: 1358

James Quinn, et al. v. Shell Oil, Inc. Et al., N.D. California, C.A. No.: 3:04-5180

## DESIGNATION OF COUNSEL PER JPML RULE 5.2 ©

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1. PLEASE TAKE NOTICE that Plaintiffs, James Quinn, et al., are represented by the Law Offices of Charles A. Bonner, located at 180 Harbor Drive, Suite 227, Sausalito, CA 94965, 415-331-3070.

Dated: March 9, 2005

LAW OFFICES OF CHARLES A. BONNER

_A. Catherine Lagarde_
A. CATHERINE LAGARDE
Attorney for Plaintiffs

RECEIVED CLERK'S OFFICE
2005 MAR -9 P 4: 05
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PLEADING NO. 175

IMAGED MAR 10 2005

FROM : CAB LAW OFFICE    FAX NO. :415 331 2738    Mar. 09 2005 02:00PM  P5
Case MDL No. 1358   Document 175   Filed 03/10/05   Page 2 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 10 2005

FILED
CLERK'S OFFICE

# PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. My business address is 180 Harbor Drive, Suite 227, Sausalito, California 94965

**DOCUMENT(S):** DESIGNATION OF COUNSEL PER JPML RULE 5.2©; and NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER

I caused to be served a true copy of the above-named document(s) per the addressee(s) listed below or per the attached list.

(X) **BY MAIL**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Served and executed this __9th__ day of __MARCH__, __2005__.

NANCY LEWIS

RECEIVED
CLERK'S OFFICE
2005 MAR -9 P 4: 05
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

*James Quinn, et al. v. Shell Oil, Inc., et al*, N.D. California, C.A. No. 3:04-5180.

Re: MDL-1358 – In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

## Master Service List

Stanley N. Alpert
Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY 10038

Ronit C. Barrett
Eimer, Stahl, Klevorn &
Solberg, LLP
224 S. Michigan Avenue,
Suite 1100
Chicago, IL 60604

M. Coy Connelly
Bracewell & Patterson
South Tower Pennzoil Place,
Ste. 2900
711 Louisiana Street
Houston, TX 77002-2781

Lawrence Allen Cox
Arnold & Porter, LLP
777 South Figueroa Street,
44th Floor
Los Angeles, CA 90017-2513
**For: BP Corporation North America, Inc.**

Colleen P. Doyle
Bringham McCutchen, LLP
355 South Grand Avenue,
Ste. 4400
Los Angeles, CA 90071-3106

Lon C. Engel
Engel & Engel, PA
11 E. Lexington St., Ste. 200
Baltimore, MD 21202

Susan Mae Euteneuer
Hodes, Ulman, Pessin & Katz
901 Dulaney Valley Road,
Ste. 400
Baltimore, MD 21204

Celeste A. Evangelisti
Barron & Budd
3102 Oaklawn Avenue,
Ste. 1100
Dallas, TX 75219-4281

Andrew Gendron
Venable, LLP
1800 Mercantile Bank &
Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

H. Lee Godfrey
Susman Godfrey, LLP
1000 Louisiana, Ste. 5100
Houston, TX 77002-5096

Alan J. Hoffman
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6998

Paul W. Ishak
Law Office of Paul Ishak
30 Office Street
Bel Air, MD 21014

Michele D. Johnson
Lathan & Witkins
650 Town Center Drive, Ste. 2000
Costa Mesa, CA 926262

A. Catherine Lagarde
Law Offices of Charles A. Bonner
180 Harbor Drive, Ste. 227
Sausalito, CA 94965
**For: Willard Jones, Brian Jones, Gloria Alee and Josh Russell, Linda Howard, Barbara Gardiner**

Michael E. Leaf
Hodes, Ulman, Pessin & Katz, P.A.
112 S. Main Street, Ste. 102
Bel Air, MD 21014

Brian M. Ledger
Gordon & Rees, LLP
101 West Broadway,
Ste. 1600
San Diego, CA 92101-3541

Christopher J. McNevin
Pillsbury Winthrop, LLP
725 South Figueroa Street,
Suite 2800
Los Angeles, CA 90017-5406

Jeffrey John Parker
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street,
Ste. 4800
Los Angeles, CA 90071-1448

Marshall N. Perkins
Law Offices of Charles J. Piven, P.A.
The World Trade Center,
Ste. 2525
401 East Pratt Street
Baltimore, MD 21202

Todd Eric Robins
Sher & Leff
450 Mission St., Ste. 500
San Francisco, CA 94105

Peter J. Sacripanti
McDermott, Will & Emery
50 Rockerfeller Plaza
New York, NY 10020

Marc M. Seltzer
Susman Godfrey, LLP
1901 Avenue of the Stars,
Ste. 950
Los Angeles, CA 90067-6029

Carl B. Shapiro
Shapiro & Shapiro
404 Anselmo Avenue
San Anselmo, CA 94960
**For: Ahamad Avash, Ali Salkhi, A & A Gas, The Avash Family Trust, The 1993 Avash Family Trust, The 1993 Salkhi Family Trust, Marisol Avash, and Fatemeh Salki**

William D. Temko
Munger, Tolles & Olson
355 South Grand Avenue,
35th Floor
Los Angeles, CA 90071
**For: Shell Oil Company**

Erika K. Woods
Arnold & Porter, LLP
777 South Figueroa Street,
44th Floor
Los Angeles, CA 90017-2513

Michael T. Zarro
Morgan, Lewis & Bockius
300 South Grand Avenue,
22nd Floor
Los Angeles, CA 90071-3132
**For: Union Oil Company of California**

John W. Elliott
Elliott & Elliott
225 W. Santa Clara Street\
Suite 950
San Jose, CA 95113
**For: Irvin S. Taylor and Taylor Investments, LLC**

United States District Court
Northern California
(Case No. C04-05180 JSW)
450 Golden Gate Avenue
16th Floor, #1111
San Francisco, CA 94102

MASTER SERVICE LIST