MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 2 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates To:<br><br>*Edith Quick, et al., v. Shell Oil Company, a Foreign Corporation, et al.*, C.D. Illinois, C.A. No. 2:05-2072 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

MDL Docket No. 1358

### NOTICE OF OPPOSITION PURSUANT TO RULE 7.4(C) OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("Rule"), plaintiffs hereby submit their Notice of Opposition to the Conditional Transfer Order issued on April 8, 2005.

Defendants' "notice of related, tag-along action" in the above case was erroneous. The notice involves a case which has been pending in the Illinois state court for more than three years. Defendants' removal was plainly untimely, and the case concerns a pipeline spill that occurred in 1988, two years before the oxygenate provisions of the Federal Clean Air Act were adopted in 1990, therefore unrelated to the issues in MDL 1358. The Shell Oil Company is the sole manufacturer defendant in the case.

Judge McCuskey in Illinois currently has under submission a remand motion from plaintiffs and a stay request from defendants. The parties have fully briefed Judge McCuskey on the timeliness and relatedness issues, and have provided Judge McCuskey with Judge Scheindlin's rulings to date in the MDL.

IMAGED APR 2 2 2005          OFFICIAL FILE COPY

2005 APR 21    RECEIVED CLERK'S OFFICE

Judge Scheindlin has rejected an attempt by defendants to leapfrog both Judge McCuskey and the JPML in the case. (See Exhibit 1.) Plaintiffs respectfully oppose the Court's April 8, 2005, Conditional Transfer Order, and request that no further action be taken by the Panel until Judge McCuskey has had an opportunity to address the merits of this unique and untimely removal.

Dated:  April 21, 2005

MICHAEL D. AXLINE, SBN 229840
Attorneys for Plaintiffs
MILLER, AXLINE & SAWYER
A Professional Corporation
1050 Fulton Avenue, Suite 100
Sacramento, California 95825-4272
Telephone: (916) 488-6688
Facsimile: (916) 488-4288

JOHN BERNARD CASHION
Attorney for Plaintiffs
Three First National Plaza
70 West Madison Street, Suite 2100
Chicago, IL  60602
Telephone: (312) 460-0001
Facsimile: (312) 460-0004
AR No: 0409766

LAW OFFICE OF JOSEPH R. YURGINE, P.C.
Attorney for Plaintiffs
One Dearborn Square, Suite 500
Kankakee, Illinois 60901
Telephone: (815) 939-3322
Facsimile: (815) 939-4759
AR No: 03096297

2


Wallace
King
&
Domike
Branson

WALLACE KING DOMIKE & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

RICHARD E. WALLACE, JR.
Direct Dial 202.204.3710
rwallace@wallaceking.com

March 24, 2005

**Via Federal Express**

The Honorable Shira A. Scheindlin
U.S.D.C., Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability
      Litigation, MDL No. 1358, Master File C.A. No. 1:00-1898 (SAS)

Dear Judge Scheindlin:

I am writing to inform you of an MTBE product liability matter that was recently removed to the United States District Court for the Central District of Illinois. The case, Edith Quick, et al. v. Shell Oil Company, et al. (U.S. Dist. Ct. C.D. Ill. Cause No. 05-CV-2072) had been litigated in the state court for a period of time alleging liability under legal theories of negligence, nuisance and trespass arising out of the release of MTBE gasoline from a pipeline. On March 15, 2005, plaintiffs' counsel Miller, Axline & Sawyer (who are counsel of record in a number of the cases in MDL 1358) amended their Complaint over defendants' objections to add a product liability claim.

This amendment brought the case squarely within the basis for federal jurisdiction you have found in MDL 1358 under 28 U.S.C. 1442(a)(1) the Federal Officer Statute (as well as 28 U.S.C. 1441 and 28 U.S.C. 1331). The defendants therefore removed the case to the local district court, filed a tag-along notice with the MDL Panel, and moved to stay the case in the local district court pending disposition of the request that the case be transferred to your Court.

Plaintiffs' counsel (Miller, Axline & Sawyer) have moved to remand the case to state court and filed an opposition to defendants' motion to stay. They challenge the Federal Officer basis for jurisdiction that you have upheld, terming it "absurd" and "frivolous."

I understand that in the past you have written to certain District Court Judges urging them to allow the transfer of MTBE product liability cases to your Court for ruling on motions to remand. Thus far, federal jurisdiction questions in the more than 60 cases pending in MDL 1358 have been determined by you, and no other District Court Judges have made rulings on motions to remand. We wanted to inform you of the status of this matter and inquire whether you might advise Judge Michael P. McCuskey of the District Court for the Central District of Illinois, who

**EXHIBIT**



Wallace
King
Menaske
Branson

has been assigned to the case, to defer the motion to remand pending transfer of the case to you.
We would be pleased to provide you with copies of the papers or additional information if you
would like. Thank you for your consideration.

Very truly yours,

Richard E. Wallace, Jr.

cc:    Joseph R. Yurgine, Esq.
       John B. Cashion, Esq.
       Michael Axline, Esq.
       Larry J. Chilton, Esq.
       Lawrence P. Riff, Esq.
       John E. Galvin, Esq.
       James A. Pardo, Esq.
       Stanley N. Alpert, Esq.

Law Offices of

# MILLER, AXLINE & SAWYER

A Professional Corporation

DUANE C. MILLER                                    TRACEY L. O'REILLY
MICHAEL AXLINE                                     TAMARIN E. AUSTIN
A. CURTIS SAWYER, JR.                              EVAN EICKMEYER
                                                   DANIEL BOONE

March 24, 2005

<u>VIA EMAIL</u>

The Honorable Shira A. Scheindlin
U.S.D.C., Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re:    *In re: Methyl Tertiary Butyl ("MTBE") Products Liability Litigation*
            MDL No. 1358, Master File C.A. No. 1:00-1898 (SAS)

Dear Judge Scheindlin:

This letter is written in response to the March 24, 2005 letter signed by Richard E. Wallace concerning removal of a case known as *Edith Quick, et al. v. Shell Oil Company, et al.* (C.D. Ill. Case No.05-CV-2072).

This letter is written solely to request that you provide my partner, Michael Axline, until Friday, March 25, 2005 to respond before you take any action in response to Mr. Wallace's request. Mr. Axline is currently traveling from North Carolina to California and cannot respond until tomorrow.

The *Quick* case has been pending in State court for more than three years. This action concerns the release of more than 100,000 gallons of gasoline from a Shell pipeline in 1988, two years before the oxygenate provisions of the Federal Clean Air Act were adopted in 1990. For these reasons, the *Quick* case raises unique jurisdictional remand issues. Shell's claim that we have characterized your prior decisions as "frivolous" are completely inaccurate. Our opposition states: "Shell Oil Company ('Shell') has filed a frivolous removal from a state court action that has been pending for more than three years, and has asked this Court to stay 'proceedings,' including the question of whether this Court even has jurisdiction, . . ."

Thank you for your consideration.

Very truly yours,

DUANE C. MILLER

DCM/tlg

1050 Fulton Avenue, Suite 100, Sacramento, California 95825-4272, Telephone: (916) 488-6688
Facsimile: (916) 488-4288; Email: toxictorts@toxictorts.org

cc:    Richard E. Wallace, Esq.
Joe Yurgine, Esq.
John Cashion, Esq.
Larry J. Chilton, Esq.
Lawrence P. Riff, Esq.
John E. Galvin, Esq.
James A. Pardo, Esq.
Stanley N. Alpert, Esq.

## Christina Hise

| | |
|---|---|
| **From:** | Kanchana_Wangkeo@nysd.uscourts.gov |
| **Sent:** | Thursday, March 24, 2005 4:24 PM |
| **To:** | Tonga Garcia |
| **Cc:** | Kanchana_Wangkeo@nysd.uscourts.gov; rwallace@wallaceking.com; johnbcashion@yahoo.com; joeyurgine@yahoo.com; jpardo@mwe.com; jgalvin@foxgalvin.com; iriff@steptoe.com; salpert@weitzlux.com; Miller, Axline &amp@uscmail.uscourts.gov, Sawyer |

**Subject:** Re: In Re MDL - (Quick v. Shell)

Dear Mr. Miller:

Waiting until Friday is not a problem BUT could you or your adversary please confirm that the Quick case has been finally transferred to Judge Scheindlin? I have not even received notice from the JPMDL that it was conditionally transferred to her. The most recent conditional transfer I have is City of Lowell v. Amerada Hess from the District of Massachusetts. Any issues you raise before Judge Scheindlin are premature if the case is not actually here yet.

Thank you.

Best regards,
Kanchana

Kanchana Wangkeo
Law Clerk to the Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007
(212) 805-0478

Law Offices of

# MILLER, AXLINE & SAWYER

A Professional Corporation

DUANE C. MILLER
MICHAEL AXLINE
A. CURTIS SAWYER, JR.

TRACEY L. O'REILLY
TAMARIN E. AUSTIN
EVAN EICKMEYER
DANIEL BOONE

March 25, 2005

<u>VIA EMAIL</u>

The Honorable Shira A. Scheindlin
U.S.D.C., Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: *In re: Methyl Tertiary Butyl ("MTBE") Products Liability Litigation*
MDL No. 1358, Master File C.A. No. 1:00-1898 (SAS)

Dear Judge Scheindlin:

Yesterday, the Wallace, King, Domike & Branson firm initiated correspondence with your office regarding a case that has been pending in the Illinois State Courts for more than three years, *Edith Quick, et al. v. Shell Oil Company, et al.* (C.D. Ill. Case No.05-CV-2072).

As we explained in a brief letter to you yesterday, the case concerns a pipeline spill that occurred in 1988, two years before the oxygenate provisions of the Federal Clean Air Act were adopted in 1990. The Shell Oil Company is the sole manufacturer defendant in the case.

Shell and plaintiffs have fully briefed Judge McCuskey on the issues, including your rulings to date in the MDL. Plaintiffs object to Shell's attempt to leap frog both Judge McCuskey and the Judicial Panel on Multi-District Litigation, and to have you address a case involving only Shell Oil Company and facts that occurred prior to 1990, that has not yet arrived in your Court.

Very truly yours,

MICHAEL AXLINE

MA/cmh
cc: Richard E. Wallace, Esq.
Joe Yurgine, Esq.
John Cashion, Esq.
Larry J. Chilton, Esq.
Lawrence P. Riff, Esq.
John E. Galvin, Esq.
James A. Pardo, Esq.
Stanley N. Alpert, Esq.

1050 Fulton Avenue, Suite 100, Sacramento, California 95825-4272, Telephone: (916) 488-6688
Facsimile: (916) 488-4288; Email: toxictorts@toxictorts.org

**From:** Kanchana_Wangkeo@nysd.uscourts.gov [mailto:Kanchana_Wangkeo@nysd.uscourts.gov]
**Sent:** Friday, March 25, 2005 11:38 AM
**To:** Wallace, Rick
**Cc:** Kanchana_Wangkeo@nysd.uscourts.gov; Tonga Garcia; johnbcashlon@yahoo.com; joeyurgine@yahoo.com; jpardo@mwe.com; Galvin, John; lriff@steptoe.com; salpert@weitzlux.com; Miller, Axline &amp@uscmail.uscourts.gov, @uscmail.uscourts.gov,Sawyer
**Subject:** RE: In Re MDL - (Quick v. Shell)

Dear Mr. Wallace:

Judge Scheindlin would like to know if you have copies or other evidence of her correspondence to other district court judges because she does not recall these communications.  Thank you.

Best regards,
Kanchana

_____

Kanchana Wangkeo
Law Clerk to the Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007
(212) 805-0478

```
*** eSafe scanned this email for malicious content ***
*** IMPORTANT: Do not open attachments from unrecognized senders  ***
```

3/29/2005

**From:** Wallace, Rick [mailto:RWallace@WallaceKing.com]
**Sent:** Friday, March 25, 2005 2:34 PM
**To:** Kanchana_Wangkeo@nysd.uscourts.gov
**Cc:** Tonga Garcia; johnbcashlon@yahoo.com; joeyurgine@yahoo.com; jpardo@mwe.com; Galvin, John; lriff@steptoe.com; Alpert, Stan; Miller, Axline &amp;uscmail.uscourts.gov, @uscmail.uscourts.gov,Sawyer
**Subject:** RE: In Re MDL - (Quick v. Shell)

Dear Ms. Wangkeo:

Our understanding of what Judge Scheindlin may have communicated to other district judges is based on a hearing on December 19, 2003 and a subsequent Order entered on December 23, 2003. Copies of the hearing transcript and Order are enclosed.

In December 2003, there were nine MTBE product liability cases pending before Judge Scheindlin. These cases were filed in, or removed directly to, the SDNY. They are listed in the caption of the enclosed Order. There were also 38 other similar cases pending in other district courts around the country. Defendants had moved to stay the other cases pending proceedings before the JPML to have them transferred into MDL 1358. At the December 19 hearing, the parties to the cases then pending before Judge Scheindlin entered into a stipulation (the parties included defendants, which were also parties to the many cases pending elsewhere, and plaintiffs' counsel at Baron & Budd and Weitz & Luxenberg which also represented plaintiffs in most of the cases pending elsewhere). As part of the stipulation, the parties urged the Court to use whatever means available to stay the other 38 cases and cause them to be transferred to MDL 1358. Defendants' liaison counsel suggested that Judge Scheindlin contact the judges in the other cases, and Judge Scheindlin indicated she would do so by issuing an order and sending it to them. This exchange is reflected in the following excerpts from the December 19 hearing (pages 26-27, 36-37):

> 17       MR. GORDON: Obviously, we don't speak for everybody
> 18   in the country -- neither do they -- but just for those here in
> 19   the courtroom and some of us that we've been able to reach have
> 20   agreed to, from the plaintiffs:
> 21       We would stipulate, first of all, Number 1: To
> 22   immediate transfer of all cases which counsel control including
> 23   some declaratory judgment actions that the defendants have just
> 24   filed in federal courts to you, Shira Scheindlin, in your
> 25   capacity as MDL 1358 judge. And we agree to not oppose the
> 1   issuance or finality of the panel's conditional transfer order.
> 2       Number 2: We stipulate that your Honor, Judge
> 3   Scheindlin, use whatever judicial means at your disposal to
> 4   stay and cause the immediate transfer of any other cases to
> 5   this Court.
> 6       MR. SACRIPANTI: And for that, your Honor, if I may,
> 7   we would refer you to the manual, and we would hope that you
> 8   would, you know, contact those other judges. I know it's an
> 9   imposition, but....
> 10       THE COURT: Well, writing is easier certainly than
> 11   calling them. But if I end up with a list....
> 12       MR. SACRIPANTI: We're going to provide you with a
> 13   list, your Honor. Thank you.
> 14       MR. GORDON: Number 3: We, the plaintiffs, expressly
> 15   reserve our objections to federal jurisdiction and stipulate
> 16   that our agreement here is not a waiver.
> 17       Number 4: We agree -- all the parties here -- to an
> 18   expedited briefing hearing on the motions to remand ....
>
>                                •        •        •
>
> 16       MR. GORDON: While they [defendants], in other jurisdictions,
> 17   they're moving for their courts to make decisions or not make
> 18   decisions or transfer.
> 19       THE COURT: They're not. They were moving for stays
> 20   around the country, as you know. We have to be a little bit
> 21   realistic. I'll try to issue an order in the MDL cases that
> 22   incorporates this and sends it out everywhere. ...
>
> 3       THE COURT: I'll issue an order. I think they [other district judges] have
> 4   other things to do in the next 10 days. I don't know that
> 5   they're rushing to decide a difficult remand motion.
> 6       What I need is a service list or something.
> 7       MR. SACRIPANTI: By close of business, we'll provide
> 8   you with a list of all removal issues and the judges.
> 9       THE COURT: And you'll coordinate with plaintiffs to
> 10   do your best to be sure that the list is complete?
> 11       MR. SACRIPANTI: Yes.

The Order of December 23, 2003 includes a schedule that lists the 47 MTBE product liability cases then pending across the country, 38 of which were pending before judges in other federal districts. The Order stated: "all proceedings in the cases set forth in the attached Schedule should be stayed pending transfer to this Court sitting in its capacity as the MDL No. 1358 court. This Court respectfully requests that all courts to which the scheduled cases have been removed GRANT ALL MOTIONS TO STAY those cases pending transfer to MDL 1358." (Emphasis in original.) The Order went on to set dates for briefing on plaintiffs' motions to remand the cases then pending before Judge Scheindlin.

We do not have confirmation that Judge Scheindlin communicated the December 23 Order to the judges in the other cases, but we understand from the earlier hearing that she intended to do so.

If Judge Scheindlin were inclined to decide the remand motion in the case of *Quick v. Shell*, currently pending before Judge Michael P. McCuskey in the Central District of Illinois, we respectfully request that she communicate to Judge McCuskey essentially the same message contained in the December 23, 2003 Order.

Incidentally, in the letter that Mr. Miller sent Judge Scheindlin yesterday, he stated that the *Quick* case "concerns the release of more than 100,000 gallons of gasoline from a Shell pipeline in 1988, two years before the oxygenate provisions of the Federal Clean Air Act were adopted in 1990." It must be noted that plaintiffs in that case allege that defendants are responsible for continuing releases to the present day (Third Amended Complaint paragraphs 46-47). Thus, plaintiffs allege releases both before and after the enactment of the federal oxygenate mandate which, we submit, gives rise to federal officer jurisdiction.

Please let me know if you need anything more from us. Again, thank you for your consideration.

Respectfully,
Rick Wallace

Counsel for Shell Oil Company and Others

Wallace King Domike & Branson, PLLC
1050 Thomas Jefferson Street, NW
Washington, DC 20007
Phone: 202.204.1000
Fax: 202.204.1001
Direct: 202.204.3710

**Christina Hise**

RECEIVED
MAR 2 5 2005
BY:

From:    Kanchana_Wangkeo@nysd.uscourts.gov
Sent:    Friday, March 25, 2005 12:02 PM
To:      Kanchana_Wangkeo@nysd.uscourts.gov
Cc:      Wallace, Rick; Tonga Garcia; johnbcashion@yahoo.com; joeyurgine@yahoo.com; jpardo@mwe.com; Galvin, John; iriff@steptoe.com; salpert@weitzlux.com; "Miller, Axline &amp@uscmail.uscourts.gov, , uscmail.uscourts.gov,<"@resav1l.gtwy.uscourts.gov; uscmail.uscourts.gov@resns2l.gtwy.dcn; @uscmail.uscourts.gov,Sawyer
Subject: RE: In Re MDL - (Quick v. Shell)

Dear Counsel:
Judge Scheindlin has asked me to inform the parties that she does not intend to communicate or intervene in any way, with either the assigned judge or the Judicial Panel on Multidistrict Litigation with respect to the above-captioned matter.
Best regards,
Kanchana

Kanchana Wangkeo
Law Clerk to the Hon. Shira A. Scheindlin
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007
(212) 805-0478

3/25/2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached **NOTICE OF OPPOSITION PURSUANT TO RULE 7.4(C) OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** was served on the following counsel of record via United States Mail, postage pre-paid on this 21st day of April, 2005:

Richard E. Wallace, Esq.
Wallace King Domike & Branson, PLLC
1050 Thomsan Jefferson Street, N.W.
Washington, DC 20007

John E. Galvin, Esq.
Richard B. Korn, Esq.
One Memorial Drive, Eighth Floor
St. Louis, MO 63102

Christopher W. Bohlen, Esq.
Barmann, Bohlen & Woodruff, P.C.
200 East Court Street, Suite 502
P.O. Box 1787
Kankakee, IL 60901

Larry J. Chilton, Esq.
Chilton, Yambert, Porter & Coghlan
150 South Wacker Drive, Suite 2400
Chicago, IL 60606

Lawrence P. Riff, Esq.
Steptoe & Johnson LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071

Stanley N. Alpert, Esq.
Weitz & Luxenberg
180 Maiden Lane, 17th Floor
New York, NY   10038
(Also served via e-mail to: salpert@weitzlux.com)

Peter J. Sacripanti, Esq.
McDermott, Will & Emery
50 Rockerfeller Plaza
New York, NY   10020
(Also served via e-mail to: psacripanti@mwe.com)

Attorneys for the Shell Defendants

Attorneys for Parsons Engineering
Sciences, Inc. Defendants

Plaintiff Liaison Counsel in MDL
1358

Defense Liaison Counsel in
1358

3