**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 30 2005

FILED
CLERK'S OFFICE

PLEADING NO. 191

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL Docket No. 1358

| | |
|---|---|
| CITY OF MERCED, | ) United States District Court, |
| | ) Eastern District of California, |
| Plaintiffs, | ) C.A. No. 1:05-662 |
| | ) (Judge Robert E. Coyle) |
| v. | ) |
| | ) |
| CHEVRON U.S.A., INC., et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER PURSUANT TO RULE 7.4(C) OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, plaintiff City of Merced hereby submits its Notice of Opposition to the Conditional Transfer Order filed on June 14, 2005.

RECEIVED CLERK'S OFFICE
2005 JUN 29 P 3:46
PANEL ON MULTIDISTRICT LITIGATION

OFFICIAL FILE COPY

IMAGED JUN 30 2005

Defendants'[1] claim that the instant case is a "tag-along action" to MDL 1358 is erroneous. The instant case does not involve "common questions of fact with actions previously transferred" to MDL 1358. In particular, the instant case is not a products liability action, because the City is not suing defendants for putting MTBE in gasoline. Instead, the City is suing defendants for failing to warn about the propensity of MTBE to contaminate groundwater, and for not taking reasonable measures to prevent MTBE from escaping the gasoline distribution system that defendants operated. The instant case is therefore unrelated to the issues in MDL 1358.

Plaintiff's Motion for Remand is set for hearing before the Hon. Robert E. Coyle on July 25, 2005. Defendants' opposition must be filed by July 11, 2005, and plaintiff's reply is due July 18, 2005. Because the motion will soon be fully briefed and heard, the Panel should not act until Judge Coyle has ruled on the pending motion.

Plaintiffs respectfully oppose the Panel's June 14, 2005, Conditional Transfer Order, and request that no further action be taken by the Panel until Judge Coyle has had an opportunity to address the merits of this removal.

Dated: June 29, 2005

*Evan Eickmeyer*
EVAN EICKMEYER, State Bar No. 166652
Attorneys for plaintiff City of Merced
MILLER, AXLINE & SAWYER
A Professional Corporation
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825
Telephone: (916) 488-6688
Facsimile: (916) 488-4288

---

[1] Plaintiff notes that the Conditional Transfer Order has styled the case *City of Merced v. Exxon Mobil Corp.*, but the defendant named first in the Complaint is Chevron U.S.A., Inc.

2

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached **NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER PURSUANT TO RULE 7.4(C) OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** was served on the following counsel of record via United States Mail, postage pre-paid, on this 29th day of June, 2005:

| | |
|---|---|
| Gregory G. Diaz, Esq.<br>City of Merced<br>678 West 18th Street<br>Merced, CA  95340 | Attorneys for plaintiff<br>City of Merced |
| David L. Schrader, Esq.<br>Morgan, Lewis & Bockius LLP<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA  90071-3132 | Attorneys for defendant<br>Chevron U.S.A., Inc. |
| William D. Temko, Esq.<br>Munger, Tolles & Olson, LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560 | Attorneys for defendant<br>Shell Oil Company |
| Jeffrey J. Parker, Esq.<br>Whitney D. Jones, Esq.<br>Sheppard, Mullin, Richter & Hampton, LLP<br>333 South Hope Street, 48th Floor<br>Los Angeles, CA  90071-1448 | Attorneys for defendant<br>ExxonMobil Corporation |
| Robin L. Greenwald, Esq.<br>Weitz & Luxenberg, PC.<br>180 Maiden Lane, 17th Floor<br>New York, NY  10038<br>(Also served via e-mail to: rgreenwald@weitzlux.com) | Plaintiffs' Liaison Counsel for<br>MDL 1358 |
| Peter J. Sacripanti, Esq.<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY  10020<br>(Also served via e-mail to: psacripanti@mwe.com) | Defendants' Liaison Counsel for<br>MDL 1358 |

Dated: June 29, 2005

CHRISTINA HISE