MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2005

FILED
CLERK'S OFFICE

PLEADING NO. 193

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL DOCKET NO. 1358

### IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

*City of Merced v. Exxon Mobil Corp., et al.*, E.D. California, C.A. No. 1:05-662

### NOTICE OF DESIGNATION OF ATTORNEY FOR DEFENDANTS KINDER MORGAN ENERGY PARTNERS, L.P. AND SFPP, L.P.

PLEASE TAKE NOTICE that Defendants Kinder Morgan Energy Partners, L.P. and SFPP, L.P. designate Reed Smith LLP, John Lynn Smith, 1999 Harrison Street, Suite 2400, Oakland, California 94612, as its counsel in this action. Please add this designation to the Panel Service List for this action so that Defendants' counsel may receive service of all pleadings, notices, orders and other papers relating to this action.

Dated: August 2, 2005

Respectfully submitted,

REED SMITH LLP

John Lynn Smith (SBN 154657)
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone: 510.763.2000
Facsimile: 510.273.8832

Counsel for the Defendants Kinder Morgan
Energy Partners, L.P. and SFPP, L.P.

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

2005 AUG -3 A 6:30

RECEIVED
CLERK'S OFFICE

**OFFICIAL FILE COPY** DOCSOAK-9786266.1

IMAGED AUG - 4 2005

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On August 2, 2005, I served the following document(s) by the method indicated below:

**NOTICE OF DESIGNATION OF ATTORNEY FOR DEFENDANTS KINDER MORGAN ENERGY PARTNERS, L.P. AND SFPP, L.P.**

☐ by transmitting via facsimile on this date from fax number 510.273.8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the parties at the email addresses listed below:

Stanley N. Alpert
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038

Whitney D. Jones
Sheppard, Mullin, Richter & Hampton, LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448

Peter J. Sacripanti
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

Gregory George Diaz
City of Merced
Deputy City Attorney
678 W. 18th Street
Merced, CA 95340

Duane C. Miller
Miller, Axline & Sawyer
1050 Fulton Avenue, Suite 100
Sacramento, CA 95825-4272

Proof Of Service

- 1 -

DOCSOAK-9786439.1-SLASARTE 8/2/05 4:23 PM

1  I declare under penalty of perjury under the laws of the United States that the above is true and
2  correct. Executed on August 2, 2005, at Oakland, California.

3

4  _Sandra A. Lasarte_ /s/

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof Of Service

- 2 -

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On August 3, 2005, I served the following document(s) by the method indicated below:

**NOTICE OF DESIGNATION OF ATTORNEY FOR DEFENDANTS KINDER MORGAN ENERGY PARTNERS, L.P. AND SFPP, L.P.**

☐ by transmitting via facsimile on this date from fax number 510.273.8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the parties at the email addresses listed below:

Allison Shue
Morgan Lewis & Bockius LLP
300 So. Grand Avenue, 22nd Avene
Los Angeles, CA 90071-3132

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 3, 2005, at Oakland, California.

_Cynthia Williams_

Proof Of Service