**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 25 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

**MDL Docket No. 1358**

ANTHONY SANGUINO and MARIA SANGUINO

   Plaintiffs,

vs.

BAIN'S AUTOMOTIVE, INC., D/B/A BAIN'S QWIK MART, EXXONMOBIL CORPORATION, JANE DOES 1-100, JON DOES, INC. 1-100

   Defendants.

United States District Court
District of New Jersey

Civil Action No. 2:05-cv-3743(JAG)

PLEADING NO. 198

### NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER PURSUANT TO RULE 7.4(C) OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Anthony Sanguino and Maria Sanguino hereby submit their Notice of Opposition to the Conditional Transfer Order filed on August 10, 2005.

Defendant Exxon Mobil Corporation's claims that the instant case is a "tag-along action to MDL 1358 is erroneous. The instant case does not involve "common questions of fact with actions previously transferred" to MDL 1358. In particular, the instant case involves not only drinking water contamination, but more importantly, it involves issues of vaporous MTBE contamination in Plaintiff's home, which is an ongoing health concern. In addition, the instant case is not a products liability action, as Plaintiffs are not suing Defendant for putting MTBE into gasoline, they are suing Defendant for its failure to warn about the propensity of MTBE to contaminate groundwater, and for not taking reasonable measures to prevent MTBE from escaping the gasoline distribution

RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**

IMAGED AUG 2 5 2005

system that Defendant operated. The instant case is therefore unrelated to the issues in MDL 1358.

Plaintiffs are filing a Motion for Leave to file a Motion to Remand before the Honorable Madeline Cox Arleo, U.S.M.J. concurrently with his Notice of Opposition. A courtesy copy shall be sent under separate cover. Plaintiffs are requesting the Motion be heard on September 26, 2005. Since this Motion will be fully briefed and heard in the immediate future, the Panel should not act until Judge Arleo has ruled on the Motion to Remand.

Plaintiffs respectfully oppose the Panel's August 10, 2005 Conditional Transfer Order, and request that no further action be taken by the Panel until Judge Arleo has had an opportunity to address the merits of this removal.

Dated: August 25, 2005

Stuart J. Lieberman, Esq. (SL0205)
Lieberman & Blecher, P.C.
10 Jefferson Plaza, Suite 100
Princeton, New Jersey 08540

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached **NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER PURSUANT TO RULE 7.4(C) OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** was served on the following counsel of record via facsimile and certified mail, return receipt requested, on this 25th day of August 2005:

| | |
|---|---|
| Marc A. Rollo, Esq.<br>Archer & Greiner, P.C.<br>One Centennial Square<br>P.O. Box 3000<br>Haddonfield, NJ 08033-0968 | Attorneys for Defendant<br>Exxon Mobil Corporation |
| David J. Montag<br>Milber Makris Plousadis & Seiden, LLP<br>411 Hackensack Avenue<br>Suite 303<br>Hackensack, NJ 07601 | Attorneys for Defendant<br>Bain's Automotive, Inc. |
| Stanley N. Alpert<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>17th Floor<br>New York, NY 10038 | Plaintiffs' Liaison Counsel<br>for MDL 1358 |
| Peter J. Sacripanti<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 | Defendants' Liaison Counsel<br>for MDL 1358 |

Dated: August 25, 2005

MARA EPSTEIN, ESQ.