MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 20 2005

FILED
CLERK'S OFFICE

PLEADING NO 201

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

| | | |
|---|---|---|
| Carl G. Morgan, *et al* | * | United States District Court District of Maryland |
| Plaintiffs | * | C.A. No. 1:05-108 (Judge Marvin Garbis) |
| v. | * | |
| Exxon Mobil Corp. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-16)
PURSUANT TO RULE 7.4(C) OF THE RULES OF PROCEDURE
OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs, Carl G. Morgan, *et al*, hereby submit their Notice of Opposition to the Conditional Transfer Order (CTO-16) filed on September 2, 2005.

Defendant's claim that the instant case is a "tag-along action" to MDL 1358 is erroneous. The instant case does not involve "common questions of fact with actions previously transferred" to MDL 1358. In particular, the instant case is not a products liability action because Plaintiffs' claims are not based upon the Defendant's decision to utilize MTBE in its

LAW OFFICES
NOLAN, PLUMHOFF
& WILLIAMS,
CHARTERED

OFFICIAL FILE COPY

IMAGED SEP 20 2005

gasoline. Rather, Plaintiffs' claims are predicated on the escape of gasoline constituents, including MTBE, from a service station that the Defendant owned. Plaintiffs' claims sound in common law and state tort actions, particularly nuisance, trespass, negligence and strict liability. The instant case is, therefore, unrelated to the issues in MDL 1358.

Plaintiffs respectfully oppose the Panel's September 2, 2005 Conditional Transfer Order.

Dated: September 16, 2005

Robert L. Hanley, Jr. 00150
Nolan, Plumhoff & Williams, Chartered
502 Washington Avenue, Suite 700
Towson, MD 21204
(410) 823-7800
fax - (410) 296-2765
rhanley@nolanplumhoff.com

Attorneys for Plaintiffs, Carl G. Morgan, Patricia A. Morgan, Kristen M. Raynor, Keith Spencer, Leroy A. Chenworth, Jr., Jean T. Chenworth, Fallston Properties, LLC, Don-Bar, Inc., David H. March, Catherine C. March, Jeffrey Kundratic, Cathleen Kundratic, James G. Wagner, Sr. and Darlene R. Wagner

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the attached NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER PURSUANT TO RULE 7.4(C) OF THE RULES OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION was served on the following counsel of record via United States Mail, postage prepaid, on this 16th day of September, 2005.

| | |
|---|---|
| Daniel J. Hanley<br>Hanley & Hanley<br>206 Washington Avenue<br>Towson, MD 21204 | Attorney for the Plaintiffs |
| Peter John Sacripanti<br>James A. Pardo<br>Stephen J. Riccardulli<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020-1605 | Attorneys for Defendant,<br>ExxonMobil Corporation |
| and | |
| Andrew Gendron<br>Brien M. Penn<br>VENABLE LLP<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201-2978 | Attorneys for Defendant,<br>ExxonMobil Corporation |
| Robin L. Greenwald<br>Weitz & Luxenberg, PC<br>180 Maiden Lane, 17th Floor<br>New York, NY 10038 | Plaintiffs' Liaison Counsel<br>for MDL 1358 |
| Peter J. Sacripanti<br>McDermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 | Defendant's Liaison Counsel<br>for MDL 1358 |

Dated: September 16, 2005

Robert L. Hanley Jr.

LAW OFFICES
NOLAN, PLUMHOFF
& WILLIAMS,
CHARTERED