**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED**

**OCTOBER 12, 2005**

**MICHAEL J. BECK
CLERK OF THE PANEL**

# *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL*

## HEARING SESSION ORDER

IT IS ORDERED that on November 17, 2005, a hearing session will be held in Houston, Texas, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that at said hearing session the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section A of the attached Schedule shall be designated for oral argument.

IT IS FURTHER ORDERED that at said hearing session the matters listed on Section B of the attached Schedule shall be considered without oral argument, pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to issue a subsequent notice designating any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

**IMAGED** OCT 1 2 2005

SCHEDULE OF MATTERS FOR HEARING SESSION
November 17, 2005 -- Houston, Texas

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

MDL-1721 -- In re Cessna 208 Series Aircraft Products Liability Litigation

Motion of plaintiff Donald Emmons for centralization of the following actions in the United States District Court for the District of Kansas:

District of Idaho

*Julie Beth Ingram, et al. v. Cessna Aircraft Co., et al.*, C.A. No. 1:05-271

Northern District of Illinois

*Donald Emmons, etc. v. Cessna Aircraft Co., et al.*, C.A. No. 1:04-8024

Northern District of Texas

*John David Morris, et al. v. Cessna Aircraft Co.*, C.A. No. 3:05-15

District of Utah

*Roberta Villanueva, et al. v. Cessna Aircraft Co., et al.*, C.A. No. 1:05-97

Schedule of Matters for Hearing Session, Section A                                      p. 2
Houston, Texas


MDL-1723 -- In re KPMG LLP Tax Shelters Investment Litigation

      Motion of plaintiff Edward H. Arnold for centralization of the following actions in the United States District Court for the Southern District of New York:


        District of New Jersey

*Marvin Simon, et al. v. KPMG, LLP, et al.*, C.A. No. 2:05-3189

        Southern District of New York

*Roger Heumann, et al. v. KPMG, LLP*, C.A. No. 1:05-6919
*Edward H. Arnold v. KPMG, LLP, et al.*, C.A. No. 1:05-7349


MDL-1724 -- In re Viagra Products Liability Litigation

      Motion of plaintiffs James Thompson and Arthur Sokol for centralization of the following actions in the United States District Court for the Western District of Louisiana or alternatively the United States District Court for the District of Minnesota or the United States District Court for the Southern District of Florida:


        District of Arizona

*William Dougherty v. Pfizer, Inc.*, C.A. No. 2:05-1854

        Middle District of Florida

*David Hall v. Pfizer, Inc.*, C.A. No. 6:05-667

        Southern District of Florida

*Arthur Sokol v. Pfizer, Inc.*, C.A. No. 9:05-80750

        District of Minnesota

*Robert Campen v. Pfizer, Inc.*, C.A. No. 0:05-1874

Schedule of Matters for Hearing Session, Section A                    p. 3
Houston, Texas


MDL-1724 (Continued)


### District of New Jersey

*Charles J. Sansone v. Pfizer, Inc.*, C.A. No. 1:04-3548

### Eastern District of North Carolina

*Jimmy Grant v. Pfizer, Inc.*, C.A. No. 4:05-73

### Southern District of Texas

*James Thompson v. Pfizer, Inc.*, C.A. No. 4:05-1985


### MDL-1725 -- In re Delphi Corp. Securities, Derivative & "ERISA" Litigation

Motion of defendants Delphi Corporation, et al., for centralization of the following actions in the United States District Court for the Southern District of New York:


### Southern District of Florida

*Sidney Bernstein v. Delphi Trust I, et al.*, C.A. No. 9:05-80307

### Eastern District of Michigan

*Mary M. Brewer, et al. v. Delphi Corp., et al.*, C.A. No. 2:05-70882
*Steven Kramer, et al. v. Delphi Corp., et al.*, C.A. No. 2:05-70940
*Steven Willis, et al. v. Delphi Corp., et al.*, C.A. No. 2:05-71030
*Neal C. Folck v. Delphi Corp., et al.*, C.A. No. 2:05-71200
*Michael Polito, et al. v. Delphi Corp., et al.*, C.A. No. 2:05-71249
*Chris Glinka v. Delphi Corp., et al.*, C.A. No. 2:05-71291
*Kimberly Chase-Orr v. Delphi Corp., et al.*, C.A. No. 2:05-71339
*Clemie Hunter v. Delphi Corp., et al.*, C.A. No. 2:05-71396
*Edward Hammer v. Delphi Corp., et al.*, C.A. No. 2:05-71397
*Thomas A. Reilly, Jr. v. Delphi Corp., et al.*, C.A. No. 2:05-71398
*Greg Bartell v. Delphi Corp., et al.*, C.A. No. 2:05-71437
*Thomas Kessler, et al. v. Delphi Corp., et al.*, C.A. No. 2:05-71508

Schedule of Matters for Hearing Session, Section A                    p. 4
Houston, Texas

MDL-1725 (Continued)

#### Eastern District of Michigan (Continued)

*Larry A. Williams v. Delphi Corp., et al.*, C.A. No. 2:05-71620
*Daniel Lazor v. Delphi Corp., et al.*, C.A. No. 2:05-71897
*Carolyn Hanners v. Delphi Corp., et al.*, C.A. No. 2:05-72198
*Shawn Dangerfield, etc. v. J.T. Battenberg, III, et al.*, C.A. No. 2:05-72550

#### Southern District of New York

*Johnie Cox, et al. v. Delphi Corp., et al.*, C.A. No. 1:05-2637
*Thomas Morrison v. Delphi Corp., et al.*, C.A. No. 1:05-2656
*Robert Hillman v. Delphi Corp., et al.*, C.A. No. 1:05-2732
*Vanessa Jones v. Delphi Corp., et al.*, C.A. No. 1:05-3323
*Ira Gaines v. Delphi Corp., et al.*, C.A. No. 1:05-3439
*Frank J. Fosbre, Jr., etc. v. J.T. Battenberg, III, et al.*, C.A. No. 1:05-3490
*Policemen's Annuity & Benefit Fund of Chicago v. Delphi Corp., et al.*,
   C.A. No. 1:05-4476

## MDL-1726 -- In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation

Motion of plaintiffs Harold Vantosh, et al., and Raymond F. Manners, et al., for centralization of certain of the following actions in the United States District Court for the Southern District of Florida or, alternatively, the United States District Court for the Eastern District of New York and motion of plaintiffs Peter M. Dudek and United Food & Commercial Workers Union & Employers Midwest Benefits Fund for centralization of certain of the following actions in the United States District Court for the District of Minnesota:

#### Eastern District of Arkansas

*Mike Nichols v. Medtronic, Inc., et al.*, C.A. No. 4:05-681

#### Central District of California

*Chris T. Wilson v. Medtronic, Inc.*, C.A. No. 2:05-3321

Schedule of Matters for Hearing Session, Section A                    p. 5
Houston, Texas


MDL-1726 (Continued)


### District of Connecticut

*Jeffrey Stein v. Medtronic, Inc.*, C.A. No. 3:05-670

### Middle District of Florida

*Earl Baker, et al. v. Medtronic, Inc.*, C.A. No. 3:05-440
*Albert Rose v. Medtronic, Inc.*, C.A. No. 5:05-330
*Jose Jimenez v. Medtronic, Inc.*, C.A. No. 8:05-1088

### Southern District of Florida

*Joyce Ware, et al. v. Medtronic, Inc., et al.*, C.A. No. 0:05-61468
*Louis Blau v. Medtronic, Inc.*, C.A. No. 1:05-22386
*David Downes v. Medtronic, Inc.*, C.A. No. 9:05-80746
*Kathy Higginbotham v. Medtronic, Inc.*, C.A. No. 9:05-80747
*Milton Yolles v. Medtronic, Inc.*, C.A. No. 9:05-80773
*Harold Vantosh, et al. v. Medtronic, Inc.*, C.A. No. 9:05-80782

### Northern District of Illinois

*Marion Preston, et al. v. Medtronic, Inc.*, C.A. No. 1:05-4609

### District of Minnesota

*Peter M. Dudek v. Medtronic, Inc.*, C.A. No. 0:05-1252
*United Food & Commercial Workers Union & Employers Midwest Benefits Fund* v.
  *Medtronic, Inc.*, C.A. No. 0:05-2074

### Eastern District of New York

*Raymond F. Manners, et al. v. Medtronic, Inc.*, C.A. No. 2:05-1617
*Daniel Tineo v. Medtronic, Inc.*, C.A. No. 2:05-3929

### Western District of North Carolina

*Virgil H. Cook, et al. v. Medtronic, Inc.*, C.A. No. 1:05-247

Schedule of Matters for Hearing Session, Section A                    p. 6
Houston, Texas


MDL-1726 (Continued)


### District of South Carolina

*Kenneth A. Willis, Sr., et al. v. Medtronic, Inc.*, C.A. No. 3:05-2020
*Christopher J. Yahnis v. Medtronic, Inc.*, C.A. No. 4:05-1937
*Marty W. Eldridge, et al. v. Medtronic, Inc.*, C.A. No. 8:05-1882

### Eastern District of Tennessee

*Jeffrey C. Kellar, et al. v. Medtronic, Inc.*, C.A. No. 4:05-42

### Eastern District of Texas

*John Daniel v. Medtronic, Inc.*, C.A. No. 5:05-119

### Southern District of West Virginia

*Dale Riggs v. Medtronic, Inc.*, C.A. No. 3:05-694

### Eastern District of Wisconsin

*Donald Zigman v. Medtronic, Inc.*, C.A. No. 2:05-617


### MDL-1727 -- In re COBRA Tax Shelters Litigation

Motion of defendant United States of America for centralization of the following actions in the United States District Court for the Southern District of Indiana:

### Southern District of Indiana

*Carmel Partners, et al. v. United States of America*, C.A. No. 1:04-1661

### Western District of Texas

*Gary Woods, etc. v. United States of America*, C.A. No. 5:05-216
*Gary Woods, etc. v. United States of America*, C.A. No. 5:05-217

Schedule of Matters for Hearing Session, Section A                    p. 7
Houston, Texas

## MDL-1728 -- In re Grand Theft Auto Video Game Consumer Litigation

Motion of plaintiffs Florence Cohen, Robert Samario, and Susan Carlson for centralization of the following actions in the United States District Court for the Southern District of New York:

### Southern District of New York

*In re Grand Theft Auto Video Game Consumer Litigation*, C.A. No. 1:05-6734
*Robert Samario v. Take-Two Interactive Software, Inc., et al.*, C.A. No. 1:05-6767
*Susan Carlson v. Take-Two Interactive Software, Inc., et al.*, C.A. No. 1:05-6907

### Eastern District of Pennsylvania

*Cindy Casey v. Take-Two Interactive Software, Inc., et al.*, C.A. No. 2:05-4268

## MDL-1729 -- In re Annuity Marketing and Sales Practices Litigation

Motion of plaintiffs Edward A. Inferrera, et al.; Bernard McCormack; Vida F. Negrete, etc. ; and Marie N. Sweeney for centralization of the following actions in a single United States district court in California:

### Central District of California

*Edward A. Inferrera, et al. v. AmerUs Life Insurance Co., et al.*, C.A. No. 2:05-2617
*Bernard McCormack v. American Equity Investment Life Insurance Co., et al.*,
   C.A. No. 2:05-6735
*Vida F. Negrete, etc. v. Fidelity & Guaranty Life Insurance Co.*, C.A. No. 2:05-6837
*Vida F. Negrete, etc. v. Allianz Life Insurance Co. of North America*, C.A. No. 2:05-6838

### Southern District of California

*Anthony J. Iorio, et al. v. Asset Marketing Systems, Inc., et al.*, C.A. No. 3:05-633
*Marie N. Sweeney v. National Western Life Insurance Co.*, C.A. No. 3:05-1018

### Middle District of Florida

*Evelyn Edwards v. AmerUs Group Co., et al.*, C.A. No. 8:05-1590

Schedule of Matters for Hearing Session, Section A                    p. 8
Houston, Texas


MDL-1729 (Continued)


### District of Hawaii

*Leatrice C. Yokoyama, et al. v. Midland National Life Insurance Co.*, C.A. No. 1:05-303

### District of Kansas

*Glen Studley, et al. v. American Investor Life Insurance Co., Inc.*, C.A. No. 5:05-4051

### Eastern District of Pennsylvania

*Walter B. Gilmour, et al. v. Barry O. Bohmueller, et al.*, C.A. No. 2:04-2535
*Beryl Price, et al. v. AmerUs Group Co., et al.*, C.A. No. 2:04-3329
*George J. Miller v. AmerUs Group Co., et al.*, C.A. No. 2:04-3799
*Harcourt N. Trimble, III, etc. v. Brett B. Weinstein, et al.*, C.A. No. 2:05-2101
*Richard Stein, et al. v. AmerUs Group Co., et al.*, C.A. No. 2:05-2391


## MDL-1730 -- In re Hypodermic Products Antitrust Litigation

Motion of defendant Becton Dickinson & Company for centralization of the following actions in a single United States district court:


### District of New Jersey

*Louisiana Wholesale Drug Co., Inc., et al. v. Becton Dickinson & Co.*,
C.A. No. 2:05-1602
*Dik Drug Co. v. Becton Dickinson & Co.*, C.A. No. 2:05-4465

### Eastern District of Pennsylvania

*SAJ Distributors, Inc. v. Becton Dickinson & Co.*, C.A. No. 2:05-4763

### Eastern District of Tennessee

*Jabo's Pharmacy, Inc. v. Becton Dickinson & Co.*, C.A. No. 2:05-162

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL-875 -- In re Asbestos Products Liability Litigation (No. VI)

Oppositions of plaintiffs and defendants Certainteed Corporation and General Electric Company to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

### Southern District of Mississippi

*Charles Bunnell v. Metropolitan Life Insurance Co., et al.*, C.A. No. 1:05-328
*Jerry A. Harrell v. Minnesota Mining & Manufacturing Co., et al.*, C.A. No. 1:05-341
*Estate of Clyde Lang v. Abex Corp., et al.*, C.A. No. 1:05-344
*Eddie Gilmore v. Abex Corp., et al.*, C.A. No. 1:05-345
*Hunter C. Martin v. Abex Corp., et al.*, C.A. No. 1:05-346
*Walter Lee Stokes v. Abex Corp., et al.*, C.A. No. 1:05-347

### Southern District of New York

*Peter J. Funk, et al. v. General Electric Co., et al.*, C.A. No. 1:05-5730

### Western District of Pennsylvania

*Dolores M. Neth, etc. v. Anchor Packing Co., et al.*, C.A. No. 2:05-1062

### Eastern District of Virginia

*Harriett C. King v. Northrop Grumman Systems Corp., et al.*, C.A. No. 4:05-2951

MDL-875 (Continued)


Opposition of defendant Union Pacific Railroad Company to remand, under 28 U.S.C. § 1407(a), of certain claims in the following action to the United States District Court for the Southern District of Texas:


Eastern District of Pennsylvania

*Felix T. Ramirez, et al. v. Union Pacific Railroad Co.* (S.D. Texas, C.A. No. 3:98-630)


MDL-1358 -- In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

Oppositions of plaintiffs Carl G. Morgan, et al., and Anthony Sanguino, et al., to transfer of their respective following actions to the United States District Court for the Southern District of New York:


District of Maryland

*Carl G. Morgan, et al. v. ExxonMobil Corp.*, C.A. No. 1:05-108

District of New Jersey

*Anthony Sanguino, et al. v. Bain's Automotive, Inc., et al.*, C.A. No. 2:05-3743


MDL-1405 -- In re California Wholesale Electricity Antitrust Litigation

Motion of defendant Deseret Generation & Transmission Cooperative for transfer of the following action to the United States District Court for the Southern District of California:


Central District of California

*City of Anaheim v. Deseret Generation & Transmission Cooperative*, C.A. No. 8:05-298

MDL-1456 -- In re Pharmaceutical Industry Average Wholesale Price Litigation

Oppositions of plaintiffs The People of the State of Illinois; Commonwealth of Kentucky, etc.; State of Minnesota, etc.; The People of the State of New York, etc.; and State of Wisconsin to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

Northern District of Illinois

*The People of the State of Illinois v. Alpharma, Inc., et al.*, C.A. No. 1:05-4056

Eastern District of Kentucky

*Commonwealth of Kentucky, etc. v. Alpharma, Inc., et al.*, C.A. No. 3:05-47
*Commonwealth of Kentucky, etc. v. Abbott Laboratories, Inc.*, C.A. No. 3:05-48
*Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.*, C.A. No. 3:05-49

District of Minnesota

*State of Minnesota, etc. v. Pharmacia Corp.*, C.A. No. 0:05-1394

Northern District of New York

*People of the State of New York, etc. v. Pharmacia Corp.*, C.A. No. 1:05-872
*The People of the State of New York, etc. v. Aventis Phamaceuticals, Inc.*,
   C.A. No. 1:05-873
*The People of the State of New York, etc. v. GlaxoSmithkline, PLC, et al.*,
   C.A. No. 1:05-874

Western District of Wisconsin

*State of Wisconsin v. Abbott Laboratories, et al.*, C.A. No. 3:05-408

## MDL-1457 -- In re Allstate Insurance Co. Underwriting and Rating Practices Litigation

Opposition of plaintiff Adela A. Guerra to transfer of the following action to the United States District Court for the Middle District of Tennessee:

### Eastern District of Louisiana

*Adela A. Guerra v. Trans Union LLC*, C.A. No. 2:05-1820

## MDL-1487 -- In re WorldCom, Inc., Securities & "ERISA" Litigation

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Southern District of New York:

### Middle District of Florida

*Gary Click, et al. v. Citigroup, Inc., et al.*, C.A. No. 2:05-397
*Hugh Alford, et al. v. Citigroup, Inc., et al.*, C.A. No. 5:05-359

### Middle District of Georgia

*Billy Johnson, et al. v. Citigroup, Inc., et al.*, C.A. No. 5:05-252
*Glen Bloemker, et al. v. Citigroup, Inc., et al.*, C.A. No. 5:05-306

### Northern District of Georgia

*James Allen, et al. v. Citigroup, Inc., et al.*, C.A. No. 1:05-1951
*Richard Anderson, et al. v. Citigroup, Inc., et al.*, C.A. No. 1:05-1957
*Samuel Ferrell, et al. v. Citigroup, Inc., et al.*, C.A. No. 1:05-2082

### Southern District of Georgia

*Billy C. Bedsole, et al. v. Citigroup, Inc., et al.*, C.A. No. 1:05-112
*Charles B. Lax, et al. v. Citigroup, Inc., et al.*, C.A. No. 4:05-131

MDL-1487 (Continued)


### Southern District of Mississippi

*MCI, Inc. v. Arthur Andersen, LLP, et al.*, C.A. No. 3:05-436
*Janice Kemp, etc. v. Bernard J. Ebbers, et al.*, C.A. No. 3:05-488
*Mark C. Escude v. Bernard J. Ebbers, et al.*, C.A. No. 3:05-491


## MDL-1507 -- In re Prempro Products Liability Litigation

Oppositions of plaintiffs Barbara D. Graham; Antonia Fenner, et al.; and Stephanie Toler, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Arkansas:


### Middle District of Alabama

*Barbara D. Graham v. Wyeth, et al.*, C.A. No. 2:05-624

### Eastern District of Missouri

*Antonia Fenner, et al. v. Wyeth, et al.*, C.A. No. 4:05-1101

### Southern District of West Virginia

*Stephanie Toler, et al. v. Wyeth, et al.*, C.A. No. 2:05-547


## MDL-1513 -- In re Wireless Telephone Services Antitrust Litigation

Opposition of plaintiff Michael T. Maloney to transfer of the following action to the United States District Court for the Southern District of New York:


### District of South Carolina

*Michael T. Maloney v. Sprint Corp., et al.*, C.A. No. 1:05-1994

MDL-1535 -- In re Welding Fume Products Liability Litigation

Opposition of plaintiff Wallace Reed Bullard to transfer of the following action to the United States District Court for the Northern District of Ohio:

Eastern District of Texas

*Wallace Reed Bullard v. Airco, Inc., et al.*, C.A. No. 2:05-307

MDL-1551 -- In re Reciprocal of America (ROA) Sales Practices Litigation

Opposition of plaintiff Charles Michael Howe, M.D., to transfer of the following action to the United States District Court for the Western District of Tennessee:

Northern District of Alabama

*Charles Michael Howe, M.D. v. The Jackson County Healthcare Authority, et al.*, C.A. No. 5:05-1315

MDL-1553 -- In re Silica Products Liability Litigation

Opposition of plaintiffs Harold D. Lindgren and Kenneth West to transfer of their respective following actions to the United States District Court for the Southern District of Texas:

Southern District of Mississippi

*Harold D. Lindgren v. 3M Co., et al.*, C.A. No. 1:05-386
*Kenneth West v. 3M Co., et al.*, C.A. No. 5:05-149

MDL-1566 -- In re Western States Wholesale Natural Gas Antitrust Litigation

Opposition of plaintiff Sinclair Oil Corporation to transfer of the following action to the United States District Court for the District of Nevada:

District of Wyoming

*Sinclair Oil Corp. v. El Paso Marketing, LP*, C.A. No. 1:05-155

MDL-1578 -- In re UICI "Association-Group" Insurance Litigation

Opposition of plaintiff Edward E. Litwak to transfer of the following action to the United States District Court for the Northern District of Texas:

Southern District of California

*Edward E. Litwak v. UICI, et al.*, C.A. No. 3:05-1427

MDL-1604 -- In re Ocwen Federal Bank FSB Mortgage Servicing Litigation

Oppositions of plaintiffs Joe Jordan, et al., and Anatoly Pritsker to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

Northern District of Alabama

*Joe Jordan, et al. v. Ocwen Federal Bank, FSB, et al.*, C.A. No. 7:05-1588

District of Maryland

*Anatoly Pritsker v. Ocwen Financial Services, Inc., et al.*, C.A. No. 1:05-1832

Schedule of Matters for Hearing Session, Section B                                    p. 16
Houston, Texas


MDL-1610 -- In re Conseco Life Insurance Co. Cost of Insurance Litigation

Opposition of plaintiff William J. Harte to transfer of the following action to the United
States District Court for the Central District of California:


Northern District of Illinois

*William J. Harte v. Conseco Life Insurance Co.*, C.A. No. 1:05-4142


MDL-1629 -- In re Neurontin Marketing, Sales Practices and Products Liability Litigation

Opposition of plaintiffs Joan Craft, et al., to transfer of the following action to the United
States District Court for the District of Massachusetts:


Middle District of Florida

*Joan Craft, et al. v. Pfizer, Inc., et al.*, C.A. No. 2:05-310


MDL-1657 -- In re Vioxx Products Liability Litigation

Oppositions of plaintiffs and defendant Juan Marcos Garcia, M.D., to transfer of their
respective following actions to the United States District Court for the Eastern District of
Louisiana:


Southern District of Alabama

*Marguerite Woods v. Merck & Co., Inc., et al.*, C.A. No. 2:05-425

Middle District of Florida

*Barbara Fowler-Browning, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-586

MDL-1657 (Continued)

### Northern District of Illinois

*James Zafiratos v. Merck & Co., Inc., et al.*, C.A. No. 1:05-3784
*Norbert Cipowski, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-4103

### Southern District of Illinois

*Stanley Hayes v. Merck & Co., Inc., et al.*, C.A. No. 3:05-450
*Myrtle Bohannon v. Merck & Co., Inc., et al.*, C.A. No. 3:05-527
*John G. Smith, Jr. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-529
*Clara Kirkendall v. Merck & Co., Inc., et al.*, C.A. No. 3:05-562
*Mary Hardin v. Merck & Co., Inc., et al.*, C.A. No. 3:05-563

### Western District of Kentucky

*Lois Hammond, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-351

### Eastern District of Missouri

*Harriet Aldridge, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-847
*Mona Swint, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-879
*Sam Fife, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-880
*Vanita Copeland, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-881

### District of Nevada

*Duane Allen Carlson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-599
*Nina Baker, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-625
*Daniel Morrison, et al. v. Merck & Co., Inc., et al.*, C.A. No. 2:05-627
*Sharon Himmel, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-334
*Sean Regan, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-336

### Western District of New York

*Lynn Krieger v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6338

Schedule of Matters for Hearing Session, Section B                    p. 18
Houston, Texas

MDL-1657 (Continued)

### District of Oregon

*Wayne S. Harger v. Merck & Co., Inc., et al.*, C.A. No. 6:05-6184

### Eastern District of Tennessee

*Louise Denton v. Merck & Co., Inc.*, C.A. No. 2:05-170

### Southern District of Texas

*Jackie Roberts, etc. v. Juan Marcos Garcia, M.D., et al.*, C.A. No. 1:05-210

## MDL-1663 -- In re Insurance Brokerage Antitrust Litigation

Oppositions of plaintiffs Emerson Electric Company and Slay Industries, et al., and defendant Navigators Insurance Services of Texas, Inc., to transfer of their respective following actions to the United States District Court for the District of New Jersey:

### Western District of Louisiana

*Cameron Offshore Boats, Inc. v. Marsh USA, Inc., et al.*, C.A. No. 2:05-608

### Eastern District of Missouri

*Emerson Electric Co. v. Marsh USA, Inc., et al.*, C.A. No. 4:05-455
*Slay Industries, et al. v. Marsh & McLennan Companies, Inc., et al.*, C.A. No. 4:05-964

MDL-1674 -- In re Community Bank of Northern Virginia Mortgage Lending Practices
                    Litigation

Opposition of plaintiffs Stephanie Spann, et al., to transfer of the following action to the
United States District Court for the Western District of Pennsylvania:

Northern District of Illinois

*Stephanie Spann, et al. v. Community Bank of Northern Virginia, et al.*,
   C.A. No. 1:03-7022

MDL-1700 -- In re FedEx Ground Package System, Inc., Employment Practices Litigation
                    (No. II)

Opposition of plaintiffs Ronald Perry, et al., to transfer of the following action to the
United States District Court for the Northern District of Indiana:

District of Massachusetts

*Ronald Perry, et al. v. FedEx Ground Package System, Inc.*, C.A. No. 1:05-10976

MDL-1702 -- In re Air Crash Near Kirksville, Missouri, on October 19, 2004

Oppositions of plaintiffs Dodi Meyer Miller, etc., and Russ Bonham, et al., to transfer of
their respective following actions to the United States District Court for the Eastern District of
Missouri:

Southern District of New York

*Dodi Meyer Miller, etc. v. American Airlines, Inc., et al.*, C.A. No. 1:05-7637

Northern District of Texas

*Russ Bonham, et al. v. AMR Corp., et al.*, C.A. No. 3:05-1458

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the</u>
<u>Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001). Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter. In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel. Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria. <u>See generally</u> <u>In</u>
<u>re "East of the Rockies" Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel. The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:

   (i)    the dispositive issue(s) have been authoritatively decided; or
   (ii)   the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.

Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised. If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules. Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter. The time shall be divided equally among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.