# MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2005

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

)
)
)     MDL No. 1358
)
IN RE: Methyl Tertiary Butyl Ether          )
("MTBE") Products Liability Litigation       )     **NOTICE OF DESIGNATED**
)     **ATTORNEY**
)
)

NOTICE is hereby given pursuant to Rule 5.2(c), <u>Rules of Procedure of The Judicial Panel on
Multidistrict Litigation,</u> that the undersigned attorney is designated to receive service on behalf
of Plaintiffs in *Howard Graham and Rhea McMannis, individually and on behalf of all others
similarly situated, vs. Shell Oil Company and Mobil Corporation,* S.D. Ill. Case No. 05-703-
MJR, for matters relating to practice before this panel.  The Panel Service List should be
modified to reflect this designation.

Dated: November 7, 2005

KOREIN TILLERY, LLC

BY: _____
AARON M. ZIGLER
Gateway One on the Mall
701 Market St., Suite 300
St. Louis, MO  63101
Phone:  314/241-4844
Fax:  314/241-3525

***Attorneys for Howard Graham
and Rhea McMannis.***



RECEIVED
CLERK'S OFFICE
2005 NOV -1  P 2: 28
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

PLEADING NO. 211

# OFFICIAL FILE COPY
IMAGED NOV - 8 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**NOV - 8 2005**

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| ) | |
| ) | |
| ) | MDL No. 1358 |
| IN RE: Methyl Tertiary Butyl Ether ) | |
| ("MTBE") Products Liability Litigation ) | **ENTRY OF APPEARANCE** |
| ) | |
| ) | |
| ) | |

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for Howard Graham and Rhea McMannis for the purpose of opposing transfer of *Howard Graham and Rhea McMannis, individually and on behalf of all others similarly situated, vs. Shell Oil Company and Mobil Corporation,* S.D. Ill. Case No. 05-703-MJR, to MDL No. 1358.

Dated: November 7, 2005

KOREIN TILLERY, LLC

BY: _____

AARON M. ZIGLER
Gateway One on the Mall
701 Market St., Suite 300
St. Louis, MO 63101
Phone: 314/241-4844
Fax: 314/241-3525

*Attorneys for Howard Graham*
*and Rhea McMannis.*

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

2005 NOV -7 P 2: 28

RECEIVED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

NOV - 8 2005

FILED
CLERK'S OFFICE

)
)
)          MDL No. 1358
IN RE: Methyl Tertiary Butyl Ether          )
("MTBE") Products Liability Litigation          )          **CERTIFICATE OF SERVICE**
)
)
)

I, Aaron M. Zigler, certify that on November 7, 2005, I caused copies of the foregoing

NOTICE OF OPPOSITION, ENTRY OF APPEARANCE, NOTICE OF DESIGNATED

ATTORNEY and this Proof of Service to be served by U.S. Mail upon the parties identified on

the attached Involved Counsel List (CTO-18) as well as the Court appointed Liaison Counsel

noted below in accordance with Rule 5.2(e).

KOREIN TILLERY, LLC

BY:

AARON M. ZIGLER
Gateway One on the Mall
701 Market St., Suite 300
St. Louis, MO  63101
Phone:  314/241-4844
Fax:  314/241-3525

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2005

FILED
CLERK'S OFFICE

**INVOLVED COUNSEL LIST (CTO-18)**

**DOCKET NO. 1358**

**IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY
LITIGATION**

Edward Abrahm Cohen
Thompson & Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101-1611

Celeste A. Evangelisti
Barron & Budd
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219-4281

John E. Galvin
Fox Galvin, LLC
One Memorial Drive
Eighth Floor
St. Louis, MO 63102

Robin Greenwald
Weitz & Luxenberg
180 Maiden Lane
17th Floor
New York, NY 10038

Peter J. Sacripanti
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

Stephen M. Tillery
Korein Tillery, LLC
10 Executive Woods Court
Belleville, IL 62226-2030

Aaron M. Zigler
Korein Tillery, LLC
701 Market Street, Suite 300
St. Louis, MO 63101

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5096

2005 NOV -1 P 2: 28
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

RECEIVED
CLERK'S OFFICE