**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2005

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | ) ) ) ) MDL No. 1358 ) ) **NOTICE OF OPPOSITION TO** ) **TRANSFER** ) ) ) |

NOTICE is hereby given pursuant to Rule 7.4.(c), <u>Rules of Procedure of The Judicial Panel on Multidistrict Litigation</u>, of the Plaintiffs' opposition to the transfer of the following case referenced in Schedule CTO-18 to the Conditional Transfer Order entered October 21, 2005 ("CTO-18") in the above captioned MDL proceeding:

*Howard Graham and Rhea McMannis, individually and on behalf of all others similarly situated, vs. Shell Oil Company and Mobil Corporation*, S.D. Ill. Case No. 05-703-MJR

Dated: November 7, 2005

PLEADING NO. 212

KOREIN TILLERY, LLC

BY: [signature]
AARON M. ZIGLER
Gateway One on the Mall
701 Market St., Suite 300
St. Louis, MO 63101
Phone: 314/241-4844
Fax: 314/241-3525

*Attorneys for Howard Graham and Rhea McMannis.*

2005 NOV -7 P 2:28
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

OFFICIAL FILE COPY
IMAGED NOV - 8 2005

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2005

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | ) ) ) MDL No. 1358 ) ) **CERTIFICATE OF SERVICE** ) ) ) ) |

I, Aaron M. Zigler, certify that on November 7, 2005, I caused copies of the foregoing NOTICE OF OPPOSITION, ENTRY OF APPEARANCE, NOTICE OF DESIGNATED ATTORNEY and this Proof of Service to be served by U.S. Mail upon the parties identified on the attached Involved Counsel List (CTO-18) as well as the Court appointed Liaison Counsel noted below in accordance with Rule 5.2(e).

KOREIN TILLERY, LLC

BY: _____
AARON M. ZIGLER
Gateway One on the Mall
701 Market St., Suite 300
St. Louis, MO 63101
Phone: 314/241-4844
Fax: 314/241-3525

RECEIVED CLERK'S OFFICE 2005 NOV -7 P 2:28 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

11/07/05 13:31 FAX 314 241 3525    Case MDL No. 1358   Document 212   Filed 11/08/05   Page 3 of 3   ☐006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 8 2005

FILED
CLERK'S OFFICE

## INVOLVED COUNSEL LIST (CTO-18)
## DOCKET NO. 1358
### IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

Edward Abrahm Cohen
Thompson & Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101-1611

Celeste A. Evangelisti
Barron & Budd
3102 Oaklawn Avenue
Suite 1100
Dallas, TX 75219-4281

John E. Galvin
Fox Galvin, LLC
One Memorial Drive
Eighth Floor
St. Louis, MO 63102

Robin Greenwald
Weitz & Luxenberg
180 Maiden Lane
17th Floor
New York, NY 10038

Peter J. Sacripanti
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

Stephen M. Tillery
Korein Tillery, LLC
10 Executive Woods Court
Belleville, IL 62226-2030

Aaron M. Zigler
Korein Tillery, LLC
701 Market Street, Suite 300
St. Louis, MO 63101

Craig H. Zimmerman
McDermott, Will & Emery
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5096

2005 NOV -7 P 2:28
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE