JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 1358**

APR 2 5 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-21)

On October 10, 2000, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 77 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*

Michael J. Beck
Clerk of the Panel

**PLEADING NO. 222**

## OFFICIAL FILE COPY

IMAGED APR 2 5 2006

## SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1358
## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY
## LITIGATION

DIST. DIV. C.A. #              CASE CAPTION

MASSACHUSETTS
MA   1   06-10548      Town of Middleborough, et al. v. Amerada Hess Corp., et al.

WISCONSIN EASTERN
WIE  1   06-328        St. Nicholas Parish v. Amerada Hess Corp., et al.
WIE  1   06-329        Coffey Insurance Services v. Amerada Hess Corp., et al.
WIE  1   06-330        Freedom Sanitary District #1 v. Amerada Hess Corp., et al.
WIE  1   06-331        Capital Credit Union v. Amerada Hess Corp., et al.
WIE  1   06-332        Brenda Abrahamson, et al., v. Amerada Hess Corp., et al.
WIE  1   06-333        Town of Freedom v. Amerada Hess Corp., et al.