**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 15 2006

FILED
CLERK'S OFFICE

LAW OFFICES
PETER G. ANGELOS
A PROFESSIONAL CORPORATION

ONE CHARLES CENTER
100 N. CHARLES STREET
BALTIMORE, MARYLAND 21201-3804
(410) 649-2000  (800) 252-6622

MARY V. KOCH (MD)
Direct: 410.649.2119
Fax: 410.649.2101
mvk@lawpga.com

OTHER OFFICES:
PHILADELPHIA, PENNSYLVANIA
HARRISBURG, PENNSYLVANIA
BETHLEHEM, PENNSYLVANIA
WILMINGTON, DELAWARE
KNOXVILLE, TENNESSEE

June 14, 2006

**Via Fax (202) 502-2888**

Michael J. Beck
Clerk, Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Re: MDL-1358 (In re MTBE Litig.). This document relates to: *Larrabee*, et al v. Exxon Mobil Corp., et al., Civil Action No. 1:06-cv-01059-MJG (U.S.D. Md.)

Dear Mr. Beck:

Our firm represents Plaintiffs in the above-referenced *Larrabee* action, currently pending in the federal Maryland District Court. This letter constitutes *Larrabee* Plaintiffs' Notice of Opposition to the Conditional Transfer Order (CTO-22) entered by the JPMDL on May 30, 2006.

Plaintiffs oppose any MDL treatment of the *Larrabee* case, including the proposed transfer identified in CTO-22 (and, in fact, no federal court has subject matter jurisdiction over the *Larrabee* action). The full basis for Plaintiffs' opposition to the proposed transfer will be stated in a motion to vacate the conditional transfer order, to be filed by Plaintiffs.

Thank you for your time and attention to this matter. Please contact me with any questions.

Yours truly,

Mary V. McNamara-Koch

cc: Andrew Gendron, Venable, LLP
Robin Greenwald, Weitz & Luxemburg, P.C.
Peter J. Sacripanti, McDermott, Will & Emery
Harry C. Storm, Lerch, Early & Brewer, Chtd.

UNION PARK CENTER · 5205 HARFORD ROAD · BALTIMORE, MD 21214-1845 410-426-4600 (800) 492-3240 FAX 410-426-1263
111 S. GEORGE STREET UNIT 2 CUMBERLAND, MD 21502 301-766-2700 FAX 301-766-2703

**OFFICIAL FILE COPY**  IMAGED JUN 1 5 2006