MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 3 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1358

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-24)

On October 10, 2000, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 84 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED JUL 1 4 2006

# SCHEDULE CTO-24 - TAG-ALONG ACTIONS

## DOCKET NO. 1358
## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MARYLAND** | |
| MD 1 06-1448 | Jeff Alban, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1449 | David M. Albert, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1450 | Robert Babcock, etc. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1451 | Mirza A. Baig, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1452 | Robert Denny Barnett, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1453 | Linda Berlin, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1454 | William C. Bieber v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1455 | Martin J. Blair, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1456 | Martin L. Brady, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1457 | Robert B. Butler, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1458 | Thomas J. Carroll, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1459 | Carol E. Copeland, etc. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1460 | Brian Cormier, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1461 | Michael F. Cremen, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1462 | John Csicsek, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1463 | Michael Davis, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1464 | Mae E. DeDeo v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1465 | Lisa E. DeKoomen, etc. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1466 | Ricci DePasquale, Sr., et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1467 | Ronald W. Diedeman, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1468 | Jai Dixon, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1469 | Barry Faber, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1470 | Thomas L. Facinoli, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1471 | Gary T. Flora, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1472 | David J. Fritz, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1473 | Claude R. Gollihue, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1474 | Allan Gottschalk, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1475 | Martin Greenblatt, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1476 | David S. Gregory, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1477 | Herman J. Hannan, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1478 | Thomas A. Howe, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1479 | Jeffrey Jenkins, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1480 | Bernard R. Kropfelder, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1481 | Glenn C. Kukucka, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1482 | John Lanting, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1483 | Robert I. Libertini, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1484 | Terry Martin, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1485 | Edward McLewee, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1486 | Jeffrey L. Munson, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1487 | Michael Oberlin, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1488 | Robert J. Peters, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1489 | C. Boyd Pfeiffer, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1490 | Gary L. Rosch, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1491 | Leslie Rush, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1492 | Michael Schech, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1493 | Nancy Simms, etc. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1494 | Robert G. Stroup, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1495 | Anthony Tirocchi, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1496 | Steven W. Tizard, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1497 | Roger I. Tolle, Jr., et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1498 | Kurt A. Vacovsky, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1499 | Michael S. Vogler, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1500 | Franz Wittelsberger, etc. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1501 | Thomas W. Anderson, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1502 | Hilton Ryan Dobb, et al. v. Exxon Mobil Oil Corp., et al. |
| MD 1 06-1503 | Jeffrey P. Shimp, et al. v. Exxon Mobil Oil Corp., et al. |