JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 1358

JUL 17 2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1358

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION*

*Isaiah Machin, et al. v. Taylor Investments, LLC, et al.*, N.D. California, C.A. No. 4:06-3243

## NOTICE OF OPPOSITION
## TO CONDITIONAL TRANSFER ORDER (CTO-23)

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs ISAIAH MACHIN, et al., will file a motion to vacate the Judicial Panel on Multidistrict Litigation's June 29, 2006 Conditional Transfer Order (CTO-23) pursuant to Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Rule 7.4(d).

DATED: July 17, 2006            BRAYTON❖PURCELL LLP

                                By: _____
                          For   Clayton W. Kent, Esq. (SBN 123164)
                                Attorneys for Plaintiffs

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
Novato, California 94945
(415) 898-1555
(415) 898-1247 (fax)
ckent@braytonlaw.com

Pleading No. 229

2006 JUL 17 P 2:15
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**     IMAGED JUL 17 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2006

FILED
CLERK'S OFFICE

**PROOF OF SERVICE**

State of California )
)
County of Marin )

Short Title: Machin, et al., v. Taylor Investments, et al.,
Case No.: U.S.D.C. Case No. C06-03243 CW

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is 222 Rush Landing Road, Novato, California, 94948.

On July 17, 2006, I served the within document(s):

**NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-23)**

[XX] (By Mail) By causing each such envelope to be served by depositing same, with postage thereon fully prepaid, with the United States Postal Service in the ordinary course of business at Novato, California. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct and I am employed in the office of a member of the bar of this court at whose direction the service was made. This declaration was executed on July 17, 2006, California.

FOR CLAYTON W. KENT
BRAYTON❖PURCELL LLP

BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

RECEIVED
2006 JUL 17 P 2:15
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
CLERK'S OFFICE

K:\Medmal\9408\proofofservice.fmo.pld.wpd

07/17/2006 11:14 4158981247 BRAYTON PURCELL PAGE 04/05
Case MDL No. 1358   Document 229   Filed 07/17/06   Page 3 of 4

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2006

FILED
CLERK'S OFFICE

## SERVICE LIST

| | |
|---|---|
| Michael T. Zarro, Esq.<br>Morgan, Lewis & Bockius, LLP<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071 | Attorneys for<br>Union Oil Company of California, Union Oil Development Corporation, Unocal Corporation, Unocal Supply Company, Unocal Foundation, Unocal Intl. Supply & Trading Co., Unocal Land & Development Company, Unocal Limited and Unocal Pipeline Company |
| Hojoon Hwang, Esq.<br>Blanca Young, Esq.<br>Munger, Tolles, & Olson, LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907 | Attorneys for<br>Shell Oil Company, Shell Oil Company Foundation and Shell Oil Products Company, LLC |
| Carl B. Shapiro, Esq.<br>Shapiro & Shapiro<br>404 San Anselmo Avenue<br>San Anselmo, CA 94960 | Attorneys for<br>Ahamad Avash, Ali Salkhi and A& Agas |
| John W. Elliot<br>Elliot & Elliot<br>225 W. Santa Clara Street<br>Suite 950<br>San Jose, CA 95113 | |
| Robert J. Gordon<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>17h Floor<br>New York, NY 10038-4925 | |
| Robin Greenwald<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>40h Floor<br>New York, NY 10038 | |
| Matthew T. Heartney<br>Arnold & Porter, LLP<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017-5844 | |
| Patricia A. Madrid<br>NM Attorney General's Office<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | |
| Peter J. Sacripanti<br>Mc Dermott, Will & Emery<br>50 Rockefeller Plaza<br>New York, NY 10020 | |

K:\Medmal\9408\proofofservice.fmo.pld.wpd

| | |
|---|---|
| Victor M. Sher<br>Sher & Leff, LLP<br>450 Mission Street<br>Suite 400<br>San Francisco, CA 94105 | |
| Glenn R. Smith<br>NM Attorney General's Office<br>111 Lonas, N.W.<br>#300<br>Albuquerque, NM 87102 | |
| Scott Summy<br>Baron & Budd<br>The Centrum Building, Suite 1100<br>3102 Oak Lawn Avenue<br>22nd Floor<br>Los Angeles, CA 90071-3132 | |

K:\Medmal\9408\proofofservice.fmo.pld.wpd