

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 24 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|   |   |
|---|---|
| IN RE:<br><br>METHYL TERTIARY BUTYL ETHER<br>PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1358<br>)<br>) This Document Relates to:<br>)<br>) *Isaiah Machin, et al., v. Taylor Investments, LLC,*<br>) *et al.*, N.D. California, C.A. No. 4:06-3243<br>)<br>)<br>)<br>) CORPORATE DISCLOSURE STATEMENT FOR<br>) BP CORPORATION NORTH AMERICA INC., BP<br>) AMERICA INC., BP AMERICA PRODUCTION<br>) COMPANY, AND BP AMOCO CHEMICAL<br>) COMPANY |

PLEADING NO. 236

OFFICIAL FILE COPY

IMAGED AUG 25 2006

Pursuant to Rule 5.3(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, the undersigned, counsel of record for defendants BP Corporation North America Inc., BP America Inc., BP America Production Company, and BP Amoco Chemical Company certifies that, to the best of their knowledge, as follows:

1. BP Corporation North America Inc. – the parent company of BP Corporation North America Inc is BP America Inc. No other publicly-held company owns more than 10% of BP Corporation North America Inc.'s stock.

2. BP America Inc. – the parent company of BP America Inc. is BP p.l.c. No other publicly-held company owns more than 10% of BP America Inc.'s stock.

3. BP America Production Company - the parent company of BP America Production Company is BP Company North America Inc. No other publicly-held company owns more than 10% of BP America Production Company's stock.

4. BP Amoco Chemical Company - the parent company of BP Amoco Chemical Company is BP Company North America Inc. No other publicly-held company owns more than 10% of BP Amoco Chemical Company's stock.

Dated: August 18, 2006

By: _____
Matthew T. Heartney
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Tel.: (213) 243-4000
Fax: (213) 243-4199

Attorneys for Defendants
BP CORPORATION NORTH
AMERICA INC., BP AMERICA INC.,
BP AMERICA PRODUCTION
COMPANY, and BP AMOCO
CHEMICAL COMPANY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 24 2006

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE: | ) MDL Docket No. 1358 |
|  | ) |
|  | ) This Document Relates to: |
|  | ) |
|  | ) *Isaiah Machin, et al., v. Taylor Investments, LLC,* |
|  | ) *et al.*, N.D. California, C.A. No. 4:06-3243 |
|  | ) |
|  | ) |
| **METHYL TERTIARY BUTYL ETHER** | ) **PROOF OF SERVICE** |
| **PRODUCTS LIABILITY LITIGATION** | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |
|  | ) |

# PROOF OF SERVICE

Short Title:   **Machin, et al. v. Taylor Investments, et al.**
Case No:      **USDC Case No. C 06-03243 CW**

    I am employed in Washington, District of Columbia. I am over the age of 18 and not a party to the within action. My business address is Arnold & Porter LLP, 555 Twelfth Street, N.W. Washington, D.C. 20004.

    On **August 18, 2006**, I served the following documents described as

## CORPORATE DISCLOSURE STATEMENT FOR BP CORPORATION NORTH AMERICA INC., BP AMERICA INC., BP AMERICA PRODUCTION COMPANY, AND BP AMOCO CHEMICAL COMPANY

**BY MAIL** I placed a true copy in sealed envelope addressed below with postage thereon prepaid in the United States Mail at 555 Twelfth Street, N.W. Washington, D.C. 20004. Executed on **August 18, 2006**, at Washington, D.C.

### SEE ATTACHED SERVICE LIST

**FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Katherine L. Eckhardt_ (signature)
Katherine L. Eckhardt

## SERVICE LIST

| | |
|---|---|
| Clayton W. Kent, Esq.<br>A. Russell Martin, Esq.<br>Brayton Purcell, LLP<br>222 Rush Landing Road<br>Novato, CA 94945<br>Telephone: (415) 898-1555 | Attorneys for Plaintiffs |
| Michael T. Zarro, Esq.<br>Morgan, Lewis & Bockius<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>Telephone: (213) 612-2500<br>Facsimile: (213) 612-2554 | Attorneys for Defendants<br>UNION OIL COMPANY OF CALIFORNIA, UNION OIL DEVELOPMENT CORPORATION, UNOCAL CORPORATION, UNOCAL SUPPLY COMPANY, UNOCAL FOUNDATION, UNOCAL INTL. SUPPLY & TRADING CO., UNOCAL LAND & DEVELOPMENT COMPANY, UNOCAL LIMITED and UNOCAL PIPELINE COMPANY |
| Hojoon Hwang, Esq.<br>Munger, Tolles & Olson, LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 | Attorneys for Defendants<br>SHELL OIL COMPANY, SHELL OIL COMPANY FOUNDATION and SHELL OIL PRODUCTS COMPANY LLC |
| Carl B. Shapiro, Esq.<br>Shapiro & Shapiro<br>404 San Anselmo Avenue<br>San Anselmo, CA 94960<br>Telephone: (415) 453-7611<br>Facsimile: (415) 453-2829 | Attorneys for Defendants<br>AHMAD AVASH, ALI SALKHI and A&A GAS |
| Greg Meisenhelder, Esq.<br>Elliott & Elliott<br>225 W. Santa Clara St., Suite 950<br>San Jose, CA 95113<br>Telephone: (408) 280-2160<br>Facsimile: (408) 277-0804 | Attorneys for Defendants<br>TAYLOR INVESTMENTS, LLC and IRVIN S. TAYLOR |
| Victor M. Sher, Esq.<br>Sher & Leff, LLP<br>450 Mission Street<br>Suite 400<br>San Francisco, CA 94105 | |

Robert J. Gordon, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
17th Floor
New York, NY 10038-4925

Peter J. Sacripanti, Esq.
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020

Glenn R. Smith, Esq.
NM Attorney General's Office
111 Lomas, N.W., #300
Albuquerque, NM 87102

Robin Greenwald, Esq.
Weitz & Luxenberg, P.C.
180 Maiden Lane
40th Floor
New York, NY 10038

Scott Summy, Esq.
Baron & Budd, P.C.
The Centrum Building, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-4281

Patricia A. Madrid, Esq.
NM Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508