

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 24 2006

FILED
CLERK'S OFFICE

PLEADING NO. 237

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE:<br><br>METHYL TERTIARY BUTYL ETHER<br>PRODUCTS LIABILITY LITIGATION | ) MDL Docket No.: 1358<br>)<br>) This document relates to:<br>)<br>) *Isaiah Machin, et al., v. Taylor Investments,*<br>) *LLC, et al.,*<br>) Case No. C06-3243 CW<br>)<br>) **DISCLOSURE STATEMENT OF**<br>) **DEFENDANT UNOCAL ENTITIES**<br>) **PURSUANT TO RULE 5.3 OF THE RULES**<br>) **FOR MULTIDISTRICT LITIGATION:**<br>)<br>) Union Oil Company of California;<br>) Unocal Corporation;<br>) Union Oil Development Corporation;<br>) Unocal Supply Company;<br>) Unocal Foundation;<br>) Unocal Intl. Supply & Trading Co.;<br>) Unocal Land & Development Company;<br>) Unocal Limited; and<br>) Unocal Pipeline Company<br>) |

Pursuant to Rule 5.3 of the Rules for Multidistrict Litigation, the undersigned counsel of record for Defendants Union Oil Company of California; Unocal Corporation; Union Oil Development Corporation; Unocal Supply Company; Unocal Foundation; Unocal Intl. Supply & Trading Co.; Unocal Land & Development Company; Unocal Limited; and Unocal Pipeline Company (collectively "UNOCAL ENTITIES") certify, to the best of their knowledge, as follows:

**OFFICIAL FILE COPY**

IMAGED AUG 25 2006

1. Unocal Corporation is a Delaware corporation and 100 percent of its stock is owned by Chevron Corporation. Chevron Corporation is a publicly traded corporation. Chevron Corporation does not have a parent corporation and no publicly held corporation owns ten percent or more of its stock.

2. Union Oil Company of California is a California corporation and 100 percent of its stock is owned by its parent corporation, Unocal Corporation.

3. Union Oil Development Corporation is a California corporation and 100 percent of its stock is owned by Union Oil Company of California.

4. Unocal Supply Company is a Delaware corporation and 100 percent of its stock is owned by Union Oil Company of California.

5. Unocal Foundation is a California corporation and 100 percent of its stock is owned by Union Oil Company of California.

6. Unocal Intl. Supply & Trading Co. is a California corporation and a wholly owned subsidiary of Unocal International Corporation, a wholly owned subsidiary of Union Oil Company of California.

7. Unocal Land & Development Company is a California corporation and 100 percent of its stock is owned by Union Oil Company of California.

8. Unocal Limited is a California Corporation and 100 percent of its stock is owned by Union Oil Company of California.

9.      Unocal Pipeline Company is a California corporation and 100 percent of its stock is owned by Union Oil Company of California.

Dated: August 17, 2006

MORGAN, LEWIS & BOCKIUS LLP
DAVID L. SCHRADER, State Bar No. 149638
MICHAEL T. ZARRO, State Bar No. 110171
CATHERINE N. MITCHELL, State Bar No 222384
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071
Tel:  213.612.2500
Fax:  213.612.2501

By _____
Michael T. Zarro
Attorneys for Defendant
UNOCAL ENTITIES

**PROOF OF SERVICE**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 24 2006

FILED
CLERK'S OFFICE

State of California      )
                         ) SS.
County of Marin          )

Short Title:   **Machin, et al. v. Taylor Investments, et al.**
Case No.:      **U.S.D.C. Case No. C06-03243 CW**

    I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California 90071-3132.

    On August 17, 2006, I served the within document(s):

> **DISCLOSURE STATEMENT OF DEFENDANT UNOCAL ENTITIES PURSUANT TO RULE 5.3 OF THE RULES FOR MULTIDISTRICT LITIGATION:**

[X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

### SEE ATTACHED SERVICE LIST

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on August 17, 2006, at Los Angeles, California.

    I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Marji Arjas

...

## SERVICE LIST

**Isaiah Machin, et al. v. Taylor Investments LLC, et al.**

| Attorney | Party(ies) Served |
|---|---|
| John W. Elliott, Esq.<br>Greg E. Meisenhelder, Esq.<br>Elliott & Elliott<br>225 W. Santa Clara St., Suite 950<br>San Jose, California  95113 | Attorneys for Taylor Investments, LLC and Irvin S. Taylor |
| Clayton W. Kent, Esq.<br>Russell Martin, Esq.<br>Brayton & Purcell<br>222 Rush Landing Road<br>Novato, California  94945 | Attorneys for Plaintiffs |
| Hojoon Hwang, Esq.<br>Blanca Young, Esq.<br>Munger, Tolles & Olson, LLP<br>560 Mission Street, 27th Floor<br>San Francisco, California  94105-2907 | Attorneys for Shell Oil Company, Shell Oil Company Foundation and Shell Oil Products Company LLC |
| Carl B. Shapiro, Esq.<br>Shapiro & Shapiro<br>404 San Anselmo Avenue<br>San Anselmo, California  94960 | Attorneys for Ahamad Avash, Ali Salkhi, and A & A Gas |
| Matthew T. Heartney, Esq.<br>Stephanie B. Weirick, Esq.<br>Arnold & Porter LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017 | Attorneys for BP Corporation North America, Inc., BP America Inc., BP America Production Company, and BP Amoco Chemical Company |
| Robin Greenwald, Esq.<br>Weitz & Luxenberg, P.C.<br>180 Maiden Lane<br>40th Floor<br>New York, N.Y.  10038 | Liaison Counsel for Plaintiffs in MDL 1358 |
| Peter J. Sacripanti, Esq.<br>Stephen J. Riccardulli, Esq.<br>McDermott Will & Emery LLP<br>340 Madison Avenue<br>New York, New York  10017 | Liaison Counsel for Defendants in MDL 1358 |