MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 24 2006

FILED
CLERK'S OFFICE

PLEADING NO. 2391

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| *In Re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation* | Docket No.: 1358<br><br>This document relates to:<br><br>*Isaiah Machin, et al., v. Taylor Investments, LLC, et al.*, N.D. California, C.A. No. 4:06-3243<br><br>**DISCLOSURE STATEMENT PURSUANT TO RULE OF PROCEDURE OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION 5.3 OF SHELL OIL COMPANY, SHELL OIL COMPANY FOUNDATION AND SHELL OIL PRODUCTS COMPANY** |

OFFICIAL FILE COPY

IMAGED AUG 2 5 2006

1205243.1

In Re MTBE Prods. Liab. Litig., MDL 1358;
C.A. No. 4:06-3243

Pursuant to Rule of Procedure of the Judicial Panel on Multidistrict Litigation 5.3, the undersigned counsel of record for defendants Shell Oil Company, Shell Oil Products Company, Shell Oil Company Foundation, certify, to the best of their knowledge, as follows:

1. Shell Oil Company, Shell Oil Products Company, LLC, Shell Oil Company Foundation directly or indirectly, wholly-owned subsidiaries of Shell Petroleum, Inc., a Delaware corporation. Royal Dutch Shell plc is the overall parent of Shell Petroleum, Inc.

DATED: August 18, 2006

MUNGER, TOLLES & OLSON LLP

By: _____
HOJOON HWANG

Attorneys for Defendants
Shell Oil Company, Shell Oil Products
Company, LLC, Shell Oil Company
Foundation

HOJOON HWANG
PATRICK J. CAFFERTY, JR.
BLANCA F. YOUNG
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

1205243.1

-2-

In Re MTBE Prods. Liab. Litig., MDL 1358;
C.A. No. 4:06-3243