**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 16 2006

FILED
CLERK'S OFFICE

# DOCKET NO. 1358

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

*Isaiah Machin, et al. v. Taylor Investment, LLC, et al.*, N.D. California, C.A. No. 3:06-3243
*John F. Larrabee, et al. v. Exxon Mobil Oil Corp., et al.*, D. Maryland, C.A. No. 1:06-1059

### BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,[*] ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

## TRANSFER ORDER

Presently before the Panel are motions by plaintiffs in these actions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate the Panel's orders conditionally transferring the actions to the Southern District of New York for inclusion in the Section 1407 proceedings occurring there in this docket. The oil company defendants[1] in each action favor inclusion of their respective actions in MDL-1358 proceedings.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that these actions share questions of fact with actions in this litigation previously transferred to the Southern District of New York. Transfer of these actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. The Panel further finds that transfer of these actions is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Southern District of New York was a proper Section 1407 forum for actions involving allegations relating to MTBE contamination. *See In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, 2000 U.S. Dist. LEXIS 14901 (J.P.M.L. Oct. 10, 2000).

---

[*] Judge Motz took no part in this decision as it related to the Maryland *Larrabee* action.

[1] In *Machin*: Shell Oil Co., Shell Oil Co. Foundation and Shell Oil Product Co. LLC; Union Oil Co. of California, Union Oil Development Corp., Unocal Corp., Unocal Supply Co., Unocal Foundation, Unocal Intl. Supply & Trading Co., Unocal Land & Development Co., Unocal Ltd. and Unocal Pipeline Co.; and BP Corp. North America, Inc., BP America Inc., BP America Production Co. and BP Amoco Chemical Co.
   In *Larrabee*: Exxon Mobil Corp.

PLEADING NO. 240

**OFFICIAL FILE COPY** IMAGED OCT 16 2006

J

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

Wm. Terrell Hodges
Chairman