JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 10 2007

FILED
CLERK'S OFFICE

# THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1358

### IN RE Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

*The City of Crystal River v. Amerada Hess Corp., et al.,* M.D. Florida, C.A. No. 5:07-120

### CONDITIONAL TRANSFER ORDER (CTO-27)

On October 10, 2000, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 146 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 247

**OFFICIAL FILE COPY**
IMAGED JUL 1 1 2007