Case MDL No. 1358  Document 248  Filed 07/26/07  Page 1 of 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 0 2007

FILED
CLERK'S OFFICE

MDL 1358

THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 1358

*IN RE Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*

*The City of Crystal River v. Amerada Hess Corp., et al.*, M.D. Florida, C.A. No. 5:07-120

**CONDITIONAL TRANSFER ORDER (CTO-27)**

On October 10, 2000, the Panel transferred two civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 146 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Shira Ann Scheindlin.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Scheindlin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 10, 2000, and, with the consent of that court, assigned to the Honorable Shira Ann Scheindlin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 2 6 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OFFICIAL FILE COPY**

IMAGED JUL 2 6 2007

PLEADING NO. 248