MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2007

FILED
CLERK'S OFFICE

PLEADING NO. 256

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION § § § § § | |
| This Document Relates To: § | MDL Docket No. 1358 |
| *Harrison, et al. v. 7-Eleven, Inc., et al.* Cause No. 07-01179 (D. Md.) § § § | |
| and § | |
| *Ryan, et al. v. 7-Eleven, Inc., et al.* Cause No. 07-02770 (D. Md.) § § § | |

**DEFENDANT 7-ELEVEN, INC.'S NOTICE OF OPPOSITION
TO CONDITIONAL TRANSFER ORDER NO. 30**

7-Eleven, Inc. ("7-Eleven"), a Defendant in *Harrison, et al. v. 7-Eleven, Inc., et al.*, Cause No. 07-01179 in the United States District Court for the District of Maryland ("*Harrison*"), and *Ryan, et al. v. 7-Eleven, Inc., et al.*, Cause No. 07-02770 in the United States District Court for the District of Maryland ("*Ryan*"), pursuant to R.P.J.P.M.L. 7.4(c), hereby notifies the Judicial Panel on Multidistrict Litigation of its opposition to Conditional Transfer Order No. 30 entered on November 8, 2007. The reasons for 7-

DEFENDANT 7-ELEVEN, INC.'S NOTICE OF OPPOSITION
TO CONDITIONAL TRANSFER ORDER NO. 30                           Page 1
2361505.2/SP/76088/0389/112607

OFFICIAL FILE COPY   IMAGED NOV 27 2007

Eleven's opposition will be set forth in a motion to vacate and accompanying brief to be filed with the Panel in accordance with R.P.J.P.M.L. 7.4(d).

Respectfully submitted,

*[signature]*

**MICHAEL A. WALSH**
Texas State Bar No. 00790146
New York 2032191
**COURTNEY L. JONES**
Texas State Bar No. 24007457
**JADD F. MASSO**
Texas State Bar No. 24041411
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
Telephone: 214-651-4300
Facsimile: 214-651-4330

**ATTORNEYS FOR DEFENDANT 7-ELEVEN, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via certified mail, return receipt requested, on this 26th day of November, 2007.

Mary V. Koch
Law Offices of Peter G. Angelos
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
E-mail: mvk@lawpga.com
*Attorneys for all Plaintiffs*

Richard L. Miller
Monshower, Miller & Magrogan, LLP
10451 Twin Rivers Road, Suite 230
Columbia, Maryland 21044
E-mail: rmiller@monmilmag.com
*Attorneys for RE/MAX Greater Metro and Edgar C. Whittington*

Michael D. Lorensen
Bowles Rice McDavid Graff & Love
101 South Queen Street
P.O. Drawer 1419
Martinsburg, West Virginia 25402
*Attorney for Frall Developers, Inc.*

Michael S. Baig
Foley and Lardner LLP
321 N. Clark St. Ste. 2800
Chicago, IL 60610-4764
E-mail: mbaig@foley.com
*Attorney for ENSR Corporation*

Joseph Dowell Edmondson, Jr.
Foley and Lardner LLP
3000 K St. NW Ste. 500
Washington, D.C. 20007
E-mail: jedmondson@foleylaw.com
*Attorney for ENSR Corporation*

Matthew A. Ranck
Eccleston and Wolf PC
2001 S St NW Ste 310
Washington, DC 20009-1125
E-mail: ranck@ewdc.com
*Attorneys for Rollinmead Realty, Inc. and Chris Erichsen*

Robin Greenwald
Weitz & Luxenberg, PC
180 Maiden Lane, 40th Floor
New York, New York 10038
*MDL 1358 Liaison Counsel for Plaintiffs*

Peter John Sacripanti
McDermott Will & Emery LLP
340 Madison Avenue, 14th Floor
New York, New York 10173
*MDL 1358 Liaison Counsel for Defendants*

_____
MICHAEL A. WALSH