MDL 1358

NOV 27 2007

FILED
CLERK'S OFFICE

# BEFORE THE U.S. JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:     *
METHYL TERTIARY BUTYL
ETHER ("MTBE")     *
PRODUCTS LIABILITY
LITIGATION     *

                                                                                   MDL Docket No. 1358

This Document Relates to:     *

*Ryan, et al. v. 7-Eleven, Inc., et al.*     *
C.A. No. 07-02770 (D. Md.)

    *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLEADING NO. 257

## DEFENDANTS RE/MAX GREATER METRO'S AND EDGAR C. WHITTINGTON'S REVISED NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. 30

Re/Max Greater Metro and Edgar C. Whittington, defendants in <u>Ryan, et al. v. 7-Eleven, Inc., et al.</u>, Case No. 07-02770-JFM, pending in the United States District Court for the District of Maryland (Northern District), hereby notifies the Judicial Panel on Multidistrict Litigation, pursuant to R.P.J.P.M.L. 7.4(c), of their opposition to Conditional Transfer Order No. 30 entered on November 8, 2007. The reasons for defendants' opposition will be set forth in a motion to vacate and accompanying brief to be filed with the Panel in accordance with R.P.J.P.M.L. 7.4(d) or, in the alternative, by joining in such motion and brief as filed by other defendants in the referenced civil actions.

2007 NOV 27 P 12:36
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

**OFFICIAL FILE COPY**
IMAGED NOV 27 2007

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2007

FILED
CLERK'S OFFICE

_____
Richard L. Miller, Esq., #11045
Monshower, Miller & Magrogan, LLP
10451 Twin Rivers Road, Suite 230
Columbia, Maryland 21044
(410) 730-4860 (phone)
(410) 730-1093 (fax)
rmiller@monmilmag.com (e-mail)

Attorneys for Defendants
Re/Max Greater Metro and
Edgar C. Whittington

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of November, 2007, a copy of the foregoing Defendants Re/Max Greater Metro's and Edgar C. Whittington's Revised Notice of Opposition to Conditional Transfer Order No. 30 was served by first-class United States mail, postage prepaid, to:

>Mary V. Koch, Esq.
>Law Offices of Peter G. Angelos
>One Charles Center
>100 N. Charles Street, 22nd Floor
>Baltimore, Maryland 21201;

>Michael A. Walsh, Esq.
>Courtney L. Jones, Esq.
>Jadd F. Masso, Esq.
>Strasburger & Price, LLP.
>901 Main Street
>Suite 4400
>Dallas, Texas 75202-3794;

>Michael D. Lorensen, Esq.
>Bowles, Rice, McDavid, Graff & Love
>101 South Queen Street
>P.O. Drawer 1419
>Martinsburg, West Virginia 25402;

2007 NOV 27 P 12: 35
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE



Michael S. Baig, Esq.
Foley and Lardner, LLP
321 N. Clark Street
Suite 2800
Chicago, Illinois 60610-4764;

Joseph Dowell Edmondson, Jr., Esq.
Foley and Lardner, LLP
3000 K Street, NW
Suite 500
Washington, D.C. 20007;

Matthew A. Ranck, Esq.
Eccleston and Wolf, PC
2001 S. Street, NW
Suite 310
Washington, D.C. 20009-1125;

Robin Greenwald, Esq.
Weitz & Luxenberg, PC
180 Maiden Lane
40th Floor
New York, New York 10038
Liason Counsel;

Peter John Sacripanti, Esq.
McDermott, Will & Emery, LLP
340 Madison Avenue
14th Floor
New York, New York 10173
Liason Counsel.

_____
Richard L. Miller

4303.000.opp.cond.transfer.revised.wpd