Nov-27-07 11:46am From-ECCLESTON & WOLF 2028571762 T-861 P.002/04 F-987
Case MDL No. 1358 Document 258 Filed 11/27/07 Page 1 of 3
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
NOV 27 2007
FILED
CLERK'S OFFICE

**MDL 1358**

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL  \*
ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION  \*

\*   MDL No. 1358

Thomas E. Ryan, Jr., et al. v. 7-Eleven, Inc., et al.,  \*
D. Maryland, C.A. No. 1:07-2770

\*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS ROLLINMEAD REALTY, INC. AND CHRIS ERICHSEN'S NOTICE OF OPPOSITION TO TRANSFER TO JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Rollinmead Realty, Inc. and Chris Erichsen ("Defendants"), Defendants in the above-captioned matter *Thomas E. Ryan, Jr., et al. v. 7-Eleven, Inc., et al.*, D. Maryland, C.A. No. 1:07-2770, by their undersigned counsel, hereby notify the United States Judicial Panel on Multidistrict Litigation of their opposition to the Conditional Transfer Order (CTO-30) entered on November 8, 2007. The reasons for Defendants' opposition will be set forth in a motion to vacate the Conditional Transfer Order and brief in support thereof to be filed in accordance with R.P.J.P.M.L. 7.4(d).

Dated: November 27, 2007

Respectfully submitted,

Matthew A. Ranck (D. Md. #23762)
Eccleston and Wolf, P.C.
2001 S Street, N.W., Suite 310
Washington, D.C. 20009
(202) 857-1696 (telephone)
(202) 857-0762 (facsimile)
ranck@ewdc.com
*Attorney for Defendants Rollinmead Realty, Inc. and Chris Erichsen*

PLEADING NO. 258

**OFFICIAL FILE COPY**

IMAGED NOV 27 2007

Nov-27-07 11:47am From-ECKERT & WOLF 358 T-051 P.03/04 F-987
Case MDL No. 1358 Document 258 Filed 11/27/07 Page 2 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th of November, 2007, a copy of the foregoing Defendants' Notice of Opposition to Transfer to Judicial Panel on Multidistrict Litigation was sent first class, postage prepaid to:

Mary V. McNamara Koch
Craig M. Silverman
Law Offices of Peter G. Angelos
One Charles Center
100 N. Charles St., 22nd Floor
Baltimore, MD 21201
*Attorneys for Plaintiffs Ryan*

Michael S. Baig
Foley and Lardner, LLP
321 N. Clark St., Suite 2800
Chicago, IL 60610-4764
*Attorney for Defendant ENSR Corporation*

Joseph Dowell Edmondson, Jr.
Foley and Lardner, LLP
3000 K St., N.W., Suite 500
Washington, D.C. 20007
*Attorney for Defendant ENSR Corporation*

Michael A. Walsh
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, TX 75202-3794
*Attorney for Defendant 7-Eleven, Inc.*

Michael Douglas Lorensen
Bowles, Rice, McDavid, Graff and Love, PLLC
101 S. Queen St.
P.O. Box 1419
Martinsburg, WV 25402
*Attorney for Defendant Frall Developers*

2007 NOV 27 A 11: 54
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Richard L. Miller
Monshower, Miller and Magrogan, LLP
10451 Twin Rivers Road
Suite 230
Columbia, MD 21044
*Attorney for Defendants RE/Max*
*Greater Metro and Edgar C. Whittington*

_____
Matthew A. Ranck