MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY § 
BUTYL ETHER ("MTBE") § 
PRODUCTS LIABILITY LITIGATION § 
§ 
§ 
This Document Relates To: § MDL Docket No. 1358
§ 
Ryan, et al. v. 7-Eleven, Inc., et al. § 
Cause No. 07-02770 (D. Md.) § 
§ 
§ 

## DEFENDANT ENSR CORPORATION'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. 30

Defendant ENSR Corporation ("ENSR"), a Defendant in *Ryan, et al. v. 7-Eleven, Inc., et al.*, Cause No. 07-02770 in the United States District Court for the District of Maryland ("*Ryan*"), pursuant to R.P.J.P.M.L. 7.4(c), hereby notifies the Judicial Panel on Multidistrict Litigation of its opposition to Conditional Transfer Order No. 30 entered on November 8, 2007. The reasons for ENSR's opposition will be set forth in a motion to vacate and accompanying brief to be filed with the Panel in accordance with R.P.J.P.M.L. 7.4(d).

Respectfully submitted,

ENSR CORPORATION

By _____
Joseph D. Edmondson, Jr.
(Dist. of Md. Bar No. 09481)
FOLEY & LARDNER LLP
3000 K St., N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300 (Phone)
(202) 672-5399 (FAX)

PLEADING NO. 260

2007 NOV 26 P 4:49
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

Case MDL No. 1358   Document 260   Filed 11/27/07   Page 2 of 3

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 27 2007

FILED
CLERK'S OFFICE

Michael S. Baig
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610-4764
(312) 832-4359 (Phone)
(312) 832-4700 (Fax)
Counsel for Defendant ENSR Corporation

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via first class mail, postage prepaid, on this 26th day of November, 2007.

Mary V. Koch
Law Offices of Peter G. Angelos
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
E-mail: mvk@lawpga.com
*Attorneys for all Plaintiffs*

Richard L. Miller
Monshower, Miller & Magrogan, LLP
10451 Twin Rivers Road, Suite 230
Columbia, Maryland 21044
E-mail: rmiller@monmilmag.com
*Attorneys for RE/MAX Greater Metro and Edgar C. Whittington*

Michael D. Lorensen
Bowles Rice McDavid Graff & Love
101 South Queen Street
P.O. Drawer 1419
Martinsburg, West Virginia 25402
*Attorney for Frall Developers, Inc.*

(Certificate Continued)

Michael A. Walsh
Courtney L. Jones
Jadd F. Masso
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
*Attorneys For Defendant*
*7-Eleven, Inc.*

Matthew A. Ranck
Eccleston and Wolf PC
2001 S St NW Ste 310
Washington, DC 20009-1125
E-mail: ranck@ewdc.com
*Attorneys for Rollinmead Realty, Inc.*

Robin Greenwald
Weitz & Luxenberg, PC
180 Maiden Lane, 40th Floor
New York, New York 10038
*MDL 1358 Liaison Counsel for Plaintiffs*

Peter John Sacripanti
McDermott Will & Emery LLP
340 Madison Avenue, 14th Floor
New York, New York 10173
*MDL 1358 Liaison Counsel for Defendants*

_____
Joseph D. Edmondson, Jr.