MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 1 2007

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | § § § § MDL Docket No. 1358 § |
| This Document Relates To: | § § |
| *Harrison, et al. v. 7-Eleven, Inc., et al.* Cause No. 07-01179 (D. Md.) | § § § |
| and | § § |
| *Ryan, et al. v. 7-Eleven, Inc., et al.* Cause No. 07-02770 (D. Md.) | § § § § § |

PLEADING NO. 261

### DEFENDANT FRALL DEVELOPERS, INC.'S MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 30

COMES NOW, Frall Developers, Inc. ("Frall Developers"), by counsel a Defendant in *Harrison, et al. v. 7-Eleven, Inc., et al.*, Cause No. 07-01179 in the United States District Court for the District of Maryland ("*Harrison*"), and *Ryan, et al. v. 7-Eleven, Inc., et al.*, Cause No. 07-02770 in the United States District Court for the District of Maryland ("*Ryan*"), and hereby moves the Judicial Panel on multidistrict litigation to vacate conditional Transfer Order No. 30 entered on November 8, 2007 for the reasons set forth below:

IMAGED DEC 1 2 2007   OFFICIAL FILE COPY

Your Defendant, Frall Developers, has been made aware of the response being filed by Defendant 7-Eleven, Inc. and herewith states its joinder in this Motion and adoption of the facts, law and argument set forth therein.

The sole purpose for filing this separate Motion is to show to the panel Frall's alleged involvement in the transaction given rise to the two cases sought to be subject of the Conditional Transfer Order No. 30.

Frall Developers, Inc. owns the property on which 7-Eleven conducts its business which includes the maintenance of underground storage tanks. See ¶ 9 of the Complaint filed in *Ryan* (attached to 7-Eleven's motion as Exhibit C) and ¶ 6 in the *Harrison* Complaint (attached to 7-Eleven's motion as Exhibit B).

Frall does not refine or market gasoline or any of its constituent's parts. Nor does any such common nor is any such allegation made in the Complaints which are subject to the Conditional Transfer Order No. 30.

Plaintiffs further do not contend that Frall Developers, Inc. even handled gasoline. See *Harrison* Complaint at ¶ 31 and *Ryan* Complaint at ¶ 36. The sole basis on which Frall Developers, Inc. has been brought into this matter is because it owned the real estate on which 7-Eleven conducted its business.

In summary and consistent with the argument set forth in 7-Eleven's Motion and Consolidated Memorandum, the joinder of Frall Developers into this multidistrict litigation will not serve the convenience of the witnesses or parties nor will the issues being developed through the Multidistrict Litigation No. 1358 aid in the development or resolution of the Ryan's or

Harrison's claims against Frall Developers, Inc. It is not alleged nor could it be alleged that Frall Developers knew about, misrepresented or conspired to market MTBE without disclosing its risks to downstream users, the Federal Government or the public. Frall Developers is a landlord that rents property to commercial entities such as 7-Eleven. *In re* METHYL TERTIARY BUTYL ETHER (MTBE) Products Liability Action, 2000 U.S. Dist. LEXIS 14901 at *2 (J.P.M.L., October 10, 2000).

WHEREFORE, for the reasons set forth above and for all those reasons set forth by the Defendant 7-Eleven, Inc. your Defendant Frall Developers, Inc. respectfully requests the Panel vacate Conditional Transfer Order No. 30.

Respectfully submitted,

_____
**MICHAEL D. LORENSEN**
W. Va. Bar No. 2241
Va. Bar No. 42971
Md. U.S. District Court No. 14876
**BOWLES RICE MCDAVID GRAFF & LOVE, LLP**
101 South Queen Street
Martinsburg, WV 25401

**ATTORNEYS FOR DEFENDANT FRALL DEVELOPERS, INC.**



JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2007

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via certified mail, return receipt requested, on this 10th day of December, 2007.

Mary V. Koch
Law Offices of Peter G. Angelos
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
E-mail: mvk@lawpga.com
*Attorneys for all Plaintiffs*

Richard L. Miller
Monshower, Miller & Magrogan, LLP
10451 Twin Rivers Road, Suite 230
Columbia, Maryland 21044
E-mail: rmiller@monmilmag.com
*Attorneys for RE/MAX Greater Metro and Edgar C. Whittington*

Michael A. Walsh
Courtney L. Jones
Jadd F. Masso
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
*Attorney for 7-Eleven, Inc.*

Michael S. Baig
Foley and Lardner LLP
321 N. Clark St. Ste. 2800
Chicago, IL 60610-4764
E-mail: mbaig@foley.com
*Attorney for ENSR Corporation*

Joseph Dowell Edmondson, Jr.
Foley and Lardner LLP
3000 K St. NW Ste. 500
Washington, D.C. 20007
E-mail: jedmondson@foleylaw.com
*Attorney for ENSR Corporation*

Matthew A. Ranck
Eccleston and Wolf PC
2001 S St NW Ste 310
Washington, DC 20009-1125
E-mail: ranck@ewdc.com
*Attorneys for Rollinmead Realty, Inc.*

Robin Greenwald
Weitz & Luxenberg, PC
180 Maiden Lane, 40th Floor
New York, New York 10038
*MDL 1358 Liaison Counsel for Plaintiffs*

Peter John Sacripanti
McDermott Will & Emery LLP
340 Madison Avenue, 14th Floor
New York, New York 10173
*MDL 1358 Liaison Counsel for Defendants*

_____
**MICHAEL D. LORENSEN**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 11 2007

FILED
CLERK'S OFFICE

# SCHEDULE OF INVOLVED ACTIONS

*Thomas E. Ryan, Jr., Paula C. Ryan, and Thomas E. Ryan, III v. 7-Eleven, Inc., ENSR Corporation, Frall Developers, Inc., RE/MAX Greater Metro, Edgar C. Whittington, Rollinmead Realty, Inc., and Chris Erichsen*

> United States District Court for the District of Maryland, Baltimore Division
>
> Civil Action No. 1:07-CV-02770
>
> Hon. J. Frederick Motz

*Michael Harrison, Hope Harrison, and April Matlock v. 7-Eleven, Inc. and Frall Developers, Inc.*

> United States District Court for the District of Maryland, Baltimore Division
>
> Civil Action No. 1:07-CV-01179
>
> Hon. William D. Quarles, Jr.