JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 13 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on January 30, 2008, the Panel will convene a hearing session in Phoenix, Arizona, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule.

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

John G. Heyburn II
Chairman

D. Lowell Jensen          J. Frederick Motz
Robert L. Miller, Jr.     Kathryn H. Vratil
David R. Hansen           Anthony J. Scirica

IMAGED DEC 1 3 2007

SCHEDULE OF MATTERS FOR HEARING SESSION
January 30, 2008 -- Phoenix, Arizona

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

**MDL No. 1903 -- IN RE: PEPSICO, INC., BOTTLED WATER MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants PepsiCo, Inc., and The Pepsi Bottling Group, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

Southern District of New York

Brian Fielman v. PepsiCo, Inc., et al., C.A. No. 7:07-6815
Carmen Collado v. PepsiCo, Inc., et al., C.A. No. 7:07-6874

Western District of Tennessee

Stacey Anderson, et al. v. PepsiCo, Inc., et al., C.A. No. 2:07-2514

Southern District of Texas

Christina Villa, et al. v. PepsiCo, Inc., et al., C.A. No. 4:07-3060

**MDL No. 1904 -- IN RE: OSI RESTAURANT PARTNERS, LLC, FAIR AND ACCURATE CREDIT TRANSACTIONS ACT (FACTA) LITIGATION**

Motion of defendant OSI Restaurant Partners, LLC, for centralization of the following actions in the United States District Court for the Eastern District of Pennsylvania:

Northern District of Illinois

Steven Troy v. Carrabba's Italian Grill, Inc., C.A. No. 1:07-4329

Eastern District of Pennsylvania

Gerald D. Wells, Jr., et al. v. OSI Restaurant Partners, Inc., et al., C.A. No. 2:07-1431
David Sochin v. OSI Restaurant Partners, Inc., et al., C.A. No. 2:07-2228

MDL No. 1904 (Continued)


### Western District of Pennsylvania

Lauren C. Hughes, et al. v. OSI Restaurant Partners, Inc., C.A. No. 2:07-1197


## MDL No. 1905 -- IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION

Motion of plaintiffs Frederick Santitoro, et al., for centralization of certain of the following actions in a single United States district court; motion of plaintiff David Wood for centralization of certain of the following actions in the United States District Court for the District of Puerto Rico or, in the alternative, the United States District Court for the Northern District of California; motion of plaintiffs Linda J. White and Doug Venning for centralization of certain of the following actions in the United States District Court for the Southern District of Florida; and motion of plaintiff John North for centralization of the following actions in the United States District Court for the Southern District of Florida:

### Northern District of California

Jeneane Baque v. Medtronic, Inc., C.A. No. 3:07-5352
Willie West, et al. v. Medtronic, Inc., et al., C.A. No. 3:07-5697

### Southern District of Florida

John North v. Medtronic, Inc., et al., C.A. No. 1:07-22764
Eugene Clasby v. Medtronic, Inc., et al., C.A. No. 1:07-22768
Mary M. Wardwell, etc. v. Medtronic, Inc., et al., C.A. No. 9:07-81034
Doug Venning v. Medtronic, Inc., et al., C.A. No. 9:07-81056
Leroy Coffee v. Medtronic, Inc., et al., C.A. No. 9:07-81094

### District of Kansas

Phillip S. Brown v. Medtronic, Inc., et al., C.A. No. 2:07-2542

Schedule of Matters for Hearing Session, Section A                    p. 3
Phoenix, Arizona


MDL No. 1905 (Continued)


### Eastern District of Louisiana

Keith Paul Trosclair v. Medtronic, Inc., et al., C.A. No. 2:07-7565
Henry J. Theriot, et al. v. Medtronic, Inc., et al., C.A. No. 2:07-8441

### Western District of Louisiana

Randall Stone v. Medtronic, Inc., et al., C.A. No. 3:07-1902
Mattie Ley Johnson Londo v. Medtronic, Inc., et al., C.A. No. 6:07-1809
Dianna Sonnier v. Medtronic, Inc., et al., C.A. No. 6:07-1889

### District of Minnesota

Kelly Luisi, et al. v. Medtronic, Inc., et al., C.A. No. 0:07-4250
Harvey Lee Conway, Jr., et al. v. Medtronic, Inc., et al., C.A. No. 0:07-4270
Linda J. White v. Medtronic, Inc., et al., C.A. No. 0:07-4412
Rodney C. Kesti v. Medtronic, Inc., et al., C.A. No. 0:07-4442
Jesse Noonan v. Medtronic, Inc., et al., C.A. No. 0:07-4528

### Western District of Missouri

Kenneth R. Carlile v. Medtronic, Inc., et al., C.A. No. 5:07-6110

### District of Puerto Rico

Russell Nelson, et al. v. Medtronic, Inc., et al., C.A. No. 3:07-1969
David Wood v. Medtronic, Inc., et al., C.A. No. 3:07-1971
Frederick Santitoro, et al. v. Medtronic, Inc., et al., C.A. No. 3:07-1972
Norman Black v. Medtronic, Inc., et al., C.A. No. 3:07-2014
Gilberto Colon-Perez, et al. v. Medtronic, Inc., et al., C.A. No. 3:07-2021
William E. Storms v. Medtronic, Inc., et al., C.A. No. 3:07-2049
Gerald Phaup, Jr. v. Medtronic, Inc., et al., C.A. No. 3:07-2050
Carlos Milan, et al. v. Medtronic, Inc., et al., C.A. No. 3:07-2064

**MDL No. 1906 -- IN RE: MEDICARE FEE SCHEDULE LOCALITY LITIGATION**

Motion of plaintiffs County of Santa Cruz, et al., for centralization of the following actions in the United States District Court for the Northern District of California:

Eastern District of California

Yolanda E. Marchetti, et al. v. Michael O. Leavitt, C.A. No. 2:07-1179

Northern District of California

County of Santa Cruz, et al. v. Michael O. Leavitt, C.A. No. 3:07-2888

**MDL No. 1907 -- IN RE: AURORA DAIRY CORP. ORGANIC MILK MARKETING
AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Rebecca Freyre, et al., for centralization of the following actions in the United States District Court for the District of Colorado:

District of Colorado

Rebecca Freyre, et al. v. Aurora Dairy Corp., C.A. No. 1:07-2183
Mona Still, et al. v. Aurora Dairy Corp., C.A. No. 1:07-2188

Southern District of Florida

Maya Fiallos v. Aurora Dairy Corp., C.A. No. 1:07-22748

Eastern District of Missouri

Kristine Mothershead, et al. v. Aurora Dairy Corp., C.A. No. 4:07-1701

**MDL No. 1908 -- IN RE: CMA MORTGAGE, INC., FAIR CREDIT REPORTING ACT (FCRA) LITIGATION**

Motion of defendant Jason Wanek for centralization of the following actions in the United States District Court for the Southern District of Indiana:

<u>Southern District of Indiana</u>

American Family Mutual Insurance Co. v. C.M.A. Mortgage, Inc., et al., C.A. No. 1:06-1044

<u>Eastern District of Wisconsin</u>

Mary Forrest v. C.M.A. Mortgage, Inc., C.A. No. 2:06-14

**MDL No. 1909 -- IN RE: GADOLINIUM CONTRAST DYES PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Alisha A. Hagwood, et al.; Robert W. Murray, et al.; Carolyn Hall, etc.; Lance A. Voeltner; Paul W. Frazier, et al.; John G. Walker, et al.; Beverly Rockwell, etc.; Gwendolyn Dennis; Danielle Marie Snyder; Jeanetta Deason; Greta Carolus, et al.; and Ronald E. Corkern, III, for centralization of the following actions in the United States District Court for the Southern District of Ohio:

<u>Eastern District of Arkansas</u>

Roland Thomas v. General Electric Co., et al., C.A. No. 4:07-936

<u>Central District of California</u>

Cynthia Kay Mitchell v. Berlex Labs, Inc., et al., C.A. No. 5:07-433

<u>District of Colorado</u>

Greta Carolus, et al. v. General Electric Co., et al., C.A. No. 1:07-714

<u>Northern District of Georgia</u>

Mary Davis, etc. v. General Electric Co., et al., C.A. No. 4:07-202

Schedule of Matters for Hearing Session, Section A                          p. 6
Phoenix, Arizona


MDL No. 1909 (Continued)


### Western District of Louisiana

Ronald E. Corkern, III v. General Electric Co., et al., C.A. No. 1:07-979

### District of Minnesota

William Clark v. General Electric Co., et al., C.A. No. 0:07-3818

### Western District of Missouri

Abraham Showalter, et al. v. General Electric Co., et al., C.A. No. 5:07-6102

### Northern District of Ohio

John G. Walker, et al. v. Tyco Healthcare Group LP, et al., C.A. No. 1:07-741
Beverly Rockwell, etc. v. Bayer Healthcare Pharmaceuticals, Inc., et al.,
   C.A. No. 1:07-1564
Gwendolyn Dennis v. General Electric Co., et al., C.A. No. 1:07-2849
James Babione v. General Electric Co., et al., C.A. No. 3:07-1977

### Southern District of Ohio

Alisha A. Hagwood, et al. v. General Electric Co., et al., C.A. No. 2:07-548
Robert W. Murray, et al. v. General Electric Co., et al., C.A. No. 2:07-612
Carolyn Hall, etc. v. General Electric Co., et al., C.A. No. 2:07-942
Lance A. Voeltner v. General Electric Co., et al., C.A. No. 2:07-943
Paul W. Frazier, et al. v. Bayer Corp., et al., C.A. No. 2:07-1005

### District of South Carolina

Anna White v. General Electric Co., et al., C.A. No. 2:07-1740

### Middle District of Tennessee

Danielle Marie Snyder v. GE Healthcare, Inc., et al., C.A. No. 3:07-290
Jeanetta Deason v. General Electric Co., et al., C.A. No. 3:07-619

MDL No. 1909 (Continued)


### Middle District of Tennessee (Continued)


Jerry Henley, et al. v. Tyco International, Ltd., et al., C.A. No. 3:07-774
Kerry Kurt Phillips, et al. v. General Electric Co., et al., C.A. No. 3:07-824

### Southern District of Texas

Lloyd Massie, et al. v. Bayer Healthcare, LLC, et al., C.A. No. 3:07-368

### Western District of Texas

Donna Lee v. General Electric Co., et al., C.A. No. 5:07-825
Ray Rodriguez, et al. v. General Electric Co., et al., C.A. No. 5:07-826


## MDL No. 1910 -- IN RE: PHOENIX LICENSING, L.L.C., PATENT LITIGATION

Motion of defendants Citibank, N.A.; Citibank USA, N.A.; Citibank (South Dakota), N.A.; CitiMortgage, Inc.; Citigroup, Inc.; Citi Assurance Services, Inc.; and Citicorp Credit Services, Inc., for centralization of the following actions in the United States District Court for the District of Delaware or, in the alternative, the United States District Court for the Northern District of Illinois or the United States District Court for the District of Arizona:

### District of Arizona

State Farm Mutual Automobile Insurance Co. v. LPL Licensing, L.L.C., et al.,
   C.A. No. 2:07-1329
State Farm Bank, F.S.B. v. LPL Licensing, L.L.C., et al., C.A. No. 2:07-1895
United Services Automobile Association v. LPL Licensing, L.L.C., et al.,
   C.A. No. 2:07-1968

### District of Delaware

Citicorp Credit Services, Inc. v. LPL Licensing, L.L.C., et al., C.A. No. 1:07-649

MDL No. 1910 (Continued)

### Northern District of Illinois

Discover Products, Inc. v. Phoenix Licensing, L.L.C., et al., C.A. No. 1:07-5776

### Eastern District of Texas

Phoenix Licensing, L.L.C., et al. v. Chase Manhattan Mortgage Corp., et al.,
C.A. No. 2:07-387

## MDL No. 1911 -- IN RE: MICHELIN NORTH AMERICA, INC., PAX SYSTEM MARKETING AND SALES PRACTICES LITIGATION

Motion of defendant Michelin North America, Inc., for centralization of the following actions in the United States District Court for the District of Maryland:

### District of Arizona

Larry Palmer, et al. v. American Honda Motor Co., Inc., et al., C.A. No. 2:07-1904

### Southern District of Florida

Michelle Smith v. American Honda Motor Co., Inc., et al., C.A. No. 0:07-61524

### Northern District of Illinois

Charles L. Williams v. American Honda Motor Co., Inc., et al., C.A. No. 1:07-5933

### Southern District of New York

Nicholas Longo, et al. v. American Honda Motor Co., Inc., et al., C.A. No. 7:07-9339

## MDL No. 1912 -- **IN RE: FASTENERS ANTITRUST LITIGATION**

Motion of plaintiffs Harris Manufacturing Co., Inc.; Fishman & Tobin, Inc.; Allan Zipper Co., Inc.; Greenman, Inc.; Doubles Marketing & Sales, Inc.; and Leeding Sales Co., Inc., for centralization of certain of the following actions in the United States District Court for the Eastern District of Pennsylvania and motion of plaintiffs Goodwill Industries of South Florida, Inc.; Intratext, SA; and Dana Undies, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

### Southern District of New York

Goodwill Industries of South Florida, Inc. v. William Prym GmbH & Co., KG, et al.,
   C.A. No. 1:07-9691
Intratext, SA v. William Prym GmbH & Co., KG, et al., C.A. No. 1:07-9720
Cocoe Voci, Inc. v. William Prym GmbH, KG, et al., C.A. No. 1:07-9929
Dana Undies, Inc. v. Coats PLC, et al., C.A. No. 1:07-10340

### Eastern District of Pennsylvania

Harris Manufacturing Co., Inc. v. YKK Corp., et al., C.A. No. 2:07-4602
Fishman & Tobin, Inc. v. YKK Corp., et al., C.A. No. 2:07-4617
Allan Zipper Co., Inc. v. YKK Corp., et al., C.A. No. 2:07-4654
Greenman, Inc. v. YKK Corp., et al., C.A. No. 2:07-4667
Doubles Marketing & Sales, Inc. v. YKK Corp., et al., C.A. No. 2:07-4672
Leeding Sales Co., Inc. v. YKK Corp., et al., C.A. No. 2:07-4674

## MDL No. 1913 -- **IN RE: TRANSPACIFIC PASSENGER AIR TRANSPORTATION ANTITRUST LITIGATION**

Motion of plaintiffs Donald Wortman, et al., for centralization of the following actions in the United States District Court for the Northern District of California:

### Central District of California

Andrew Barton, et al. v. Air New Zealand, et al., C.A. No. 2:07-7392

### Northern District of California

Donald Wortman, et al. v. Air New Zealand, et al., C.A. No. 3:07-5634

Schedule of Matters for Hearing Session, Section A                    p. 10
Phoenix, Arizona


**MDL No. 1914 -- IN RE: MERCEDES-BENZ TELE AID CONTRACT LITIGATION**

Motion of defendant Mercedes-Benz USA, LLC, for centralization of the following actions in the United States District Court for the District of New Jersey:

<u>Central District of California</u>

Cristian Pellegrini v. Mercedes-Benz USA, LLC, C.A. No. 2:07-4530

<u>District of New Jersey</u>

S.B. Atlass v. Mercedes-Benz USA, LLC, C.A. No. 2:07-2720

<u>Western District of Washington</u>

Lois Stowers, et al. v. Mercedes-Benz USA, LLC, C.A. No. 2:07-1797


**MDL No. 1915 -- IN RE: AIMCO, INC., FAIR LABOR STANDARDS ACT LITIGATION**

Motion of plaintiffs for centralization of the following actions in the United States District Court for the District of District of Columbia:

<u>Northern District of Alabama</u>

Paul Bone, et al. v. Apartment Investment & Management Co., et al., C.A. No. 2:07-1311

<u>District of Arizona</u>

Kevin Boland, et al. v. Apartment Investment & Management Co., et al., C.A. No. 2:07-1370

<u>Northern District of California</u>

Joseph Dominguez, et al. v. Apartment Investment & Management Co., et al., C.A. No. 3:05-4824
Joseph Dominguez, et al. v. AIMCO Properties, L.P., et al., C.A. No. 3:07-3245
Kenneth Campbell, et al. v. Apartment Investment & Management Co., et al., C.A. No. 3:07-3640

MDL No. 1915 (Continued)


### District of Colorado

Mark Hill, et al. v. Apartment Investment & Management Co., et al., C.A. No. 1:07-1492

### District of District of Columbia

William T. Chase, et al. v. AIMCO Properties, L.P., et al., C.A. No. 1:03-1683

### Middle District of Florida

William Angulo, et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 3:07-643

### Northern District of Georgia

Ricky Thomas, et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 1:07-1638

### Northern District of Illinois

Travis Bishop, Jr., et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 1:07-3952

### Southern District of Indiana

Gable Common, et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 1:07-921

### Western District of Kentucky

Robert Randolph, et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 3:07-371

MDL No. 1915 (Continued)

### District of Maryland

Marvin Barton, et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 8:06-192
William T. Chase, et al. v. AIMCO Properties, L.P., et al., C.A. No. 8:07-1394
Wendell Aceituno, et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 8:07-1869

### Eastern District of Michigan

Michael Birchett, Jr., et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 2:07-12939

### Western District of Missouri

Johnny Conner, et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 4:07-502

### District of New Jersey

Linda Hulse, et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 3:07-3256

### Southern District of New York

John Galloway, et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 1:07-6435

### Western District of North Carolina

Samuel Crawford, et al. v. Apartment Investment & Management Co., et al.,
    C.A. No. 3:07-274

MDL No. 1915 (Continued)

### Southern District of Ohio

Derrick Davis, et al. v. Apartment Investment & Management Co., et al.,
   C.A. No. 1:07-542

### Eastern District of Pennsylvania

Gilbert Mitchell, et al. v. Apartment Investment & Management Co., et al.,
   C.A. No. 2:07-2915

### District of South Carolina

Harold Cordle, et al. v. Apartment Investment & Management Co., et al.,
   C.A. No. 7:07-2175

### Middle District of Tennessee

Barry Burns, et al. v. Apartment Investment & Management Co., et al.,
   C.A. No. 3:07-746

### Eastern District of Texas

Christopher Bell v. Apartment Investment & Management Co., et al., C.A. No. 2:07-291

### Western District of Virginia

Lawrence Dunbar, et al. v. Apartment Investment & Management Co., et al.,
   C.A. No. 3:07-34

MDL No. 1916 -- **IN RE: CHIQUITA BRANDS INTERNATIONAL, INC., ALIEN TORT STATUTE AND SHAREHOLDERS DERIVATIVE LITIGATION**

Motion of defendants Chiquita Brands International, Inc., and Chiquita Fresh North America LLC for centralization of the following actions in the United States District Court for the District of District of Columbia:

District of District of Columbia

Jane/John Does 1-144 v. Chiquita Brands International, Inc., C.A. No. 1:07-1048
Sheet Metal Workers Local #218 (S) Pension Fund, etc. v. Roderick M. Hills, et al., C.A. No. 1:07-1957

Southern District of Florida

Antonio Gonzalez Carrizosa, et al. v. Chiquita Brands International, Inc., et al., C.A. No. 0:07-60821

District of New Jersey

John Doe #1, et al. v. Chiquita Brands International, Inc., C.A. No. 2:07-3406

Southern District of New York

Juan Does 1-377, et al. v. Chiquita Brands International, Inc., C.A. No. 1:07-10300

Southern District of Ohio

City of Philadelphia Public Employees Retirement System, etc. v. Fernando Aguirre, et al., C.A. No. 1:07-851

MDL No. 1917 -- **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**

Motion of plaintiff Crago, Inc., for centralization of the following actions in the United States District Court for the Northern District of California:

Northern District of California

Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al., C.A. No. 3:07-5944

MDL No. 1917 (Continued)


### Southern District of New York

Andrew Kindt v. Matsushita Electric Industrial Co., Ltd., et al., C.A. No. 1:07-10322


## MDL No. 1918 -- IN RE: COUNTRYWIDE FINANCIAL CORP., ET AL., REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA) LITIGATION

Motion of plaintiffs Juline Masse, et al., for centralization of the following actions in the United States District Court for the District of New Jersey:

### Middle District of Florida

Juline Masse, et al. v. Countrywide Financial Corp., et al., C.A. No. 2:07-580

### District of New Jersey

Betsy Marple v. Countrywide Financial Corp., et al., C.A. No. 1:07-4402


## MDL No. 1919 -- IN RE: WASHINGTON MUTUAL, INC. SECURITIES, DERIVATIVE & "ERISA" LITIGATION

Motion of defendant Washington Mutual, Inc., for centralization of the following actions in the United States District Court for the Western District of Washington:

### Southern District of New York

Dennis Koesterer v. Washington Mutual, Inc., et al., C.A. No. 1:07-9801
Joel Abrams, et al. v. Washington Mutual, Inc., et al., C.A. No. 1:07-9806

### Western District of Washington

Mark Nelson v. John F. Woods, et al., C.A. No. 2:07-1809
Tom Sneva, etc. v. Kerry K. Killinger, et al., C.A. No. 2:07-1826
Lynne Harrison, etc. v. Kerry K. Killinger, et al., C.A. No. 2:07-1827

MDL No. 1919 (Continued)


### Western District of Washington (Continued)

Gregory Bushansky v. Washington Mutual, Inc., et al., C.A. No. 2:07-1874
Vincent Bussey v. Washington Mutual, Inc., et al., C.A. No. 2:07-1879


**MDL No. 1920 -- IN RE: SATURN L-SERIES TIMING CHAIN PRODUCTS LIABILITY
LITIGATION**

Motion of plaintiff Amy Faust  for centralization of the following actions in the United
States District Court for the District of Nebraska:

### Northern District of Illinois

Linda S. Marchetta v. General Motors Corp., et al., C.A. No. 1:07-5362
William P. Anderson v. Saturn Corp., C.A. No. 1:07-6213

### District of Nebraska

Amy Faust v. General Motors Corp., et al., C.A. No. 8:07-298

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

     Oppositions of plaintiffs Elizabeth Machnik, etc.; Fernando Agusto Silva; Lewis Shifflett, et al.; William J. Hilbert, Jr., et al.; Christian Holinka; and Henry Barabin, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

        District of Connecticut

Elizabeth Machnik, etc. v. Buffalo Pumps, Inc., et al., C.A. No. 3:07-357

        Eastern District of Louisiana

Fernando Agusto Silva v. CertainTeed Corp., et al., C.A. No. 2:07-6259

        District of Maryland

Lewis Shifflett, et al. v. AC&R Insulation Co., Inc., et al., C.A. No. 1:07-2397

        District of Massachusetts

William J. Hilbert, Jr., et al. v. McDonnell Douglas Corp., et al., C.A. No. 1:07-11900

        Southern District of New York

Christian Holinka v. Baxter Healthcare Corp., et al., C.A. No. 1:07-8019

        Western District of Washington

Henry Barabin, et al. v. Albany International Corp., et al., C.A. No. 2:07-1454

**MDL No. 1203 -- IN RE: DIET DRUGS (PHENTERMINE/FENFLURAMINE/
DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Lorraine D. Aragon to transfer of the following action to the
United States District Court for the Eastern District of Pennsylvania:

<u>Central District of California</u>

Lorraine D. Aragon v. Wyeth, et al., C.A. No. 2:07-7038

**MDL No. 1214 -- IN RE: GREAT SOUTHERN LIFE INSURANCE COMPANY SALES
PRACTICES LITIGATION**

Opposition of defendant Great Southern Life Insurance Co. to remand, under 28 U.S.C. §
1407(a), of the following action to the United States District Court for the Northern District of
California:

<u>Northern District of Texas</u>

Manuel A. Espinoza, et al. v. Great Southern Life Insurance Co., C.A. No. 3:00-2420
    (N.D. California, C.A. No. 3:00-763)

**MDL No.1358 -- IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS
LIABILITY LITIGATION**

Oppositions of defendants 7-Eleven, Inc.; Re/Max Greater Metro; Edgar C. Whittington;
Rollinmead Realty, Inc.; Chris Erichsen; Frall Developers, Inc.; and ENSR Corp., to transfer of
their respective following actions to the United States District Court for the Southern District of
New York:

<u>District of Maryland</u>

Michael Harrison, et al. v. 7-Eleven, Inc., et al., C.A. No. 1:07-1179
Thomas E. Ryan, Jr., et al. v. 7-Eleven, Inc., et al., C.A. No. 1:07-2770

**MDL No. 1373 -- IN RE: BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCTS LIABILITY LITIGATION**

Opposition of defendants Bridgestone/Firestone North American Tire, LLC and Ford Motor Company to transfer of the following action to the United States District Court for the Southern District of Indiana:

Western District of Arkansas

Mike Dinkel, etc. v. Bridgestone/Firestone North American Tire, LLC, et al.,
   C.A. No. 2:07-2102

**MDL No. 1491 -- IN RE: AFRICAN-AMERICAN SLAVE DESCENDANTS LITIGATION**

Motion of plaintiffs Timothy Hurdle, et al., for remand, pursuant to 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Central District of California:

Northern District of Illinois

Timothy Hurdle, et al. v. FleetBoston Financial Corp., et al., C.A. No. 1:03-2644
   (N.D. California, C.A. No. 3:02-4653)

**MDL No. 1535 -- IN RE: WELDING FUME PRODUCTS LIABILITY LITIGATION**

Oppositions of defendants The BOC Group, Inc.; The ESAB Group, Inc.; Hobart Brothers Company; The Lincoln Electric Company; Union Carbide Corp.; CBS Corp.; Select Arc, Inc.; Thermadyne Holding Corp.; Arcos Industries, L.L.C.; Deloro Stellite, L.P.; and Stoody Company to remand, under 28 U.S.C. § 1407(a), of the following action to the United States District Court for the Southern District of Mississippi:

Northern District of Ohio

Robert E. Jowers, et al. v. Airgas-Gulf States, Inc., et al., C.A. No. 1:07-17010
   (S.D. Mississippi, C.A. No. 1:06-1187)

Schedule of Matters for Hearing Session, Section B                                    p. 20
Phoenix, Arizona


## MDL No. 1596 -- **IN RE: ZYPREXA PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff State of California ex rel. Jaydeen Vicente to transfer of the following action to the United States District Court for the Eastern District of New York:

### Northern District of California

State of California ex rel. Jaydeen Vicente v. Eli Lilly & Co., C.A. No. 3:07-4911


## MDL No. 1626 -- **IN RE: ACCUTANE PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Carrie Shellhammer to transfer of the following action to the United States District Court for the Middle District of Florida:

### Northern District of California

Carrie Shellhammer v. Merck & Co., Inc., et al., C.A. No. 3:07-5586


## MDL No. 1657 -- **IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Mary M. Charles, etc.; Cecelia Jensen, etc.; Charles Erving, et al.; Dianne Dalton, et al.; Sergei Chepilko; and The People of the State of New York, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

### District of Alaska

Mary M. Charles, etc. v. Merck & Co., Inc., et al., C.A. No. 4:07-21

### Northern District of Mississippi

Cecelia Jensen, etc. v. Merck & Co., Inc., et al., C.A. No. 4:07-166
Charles Erving, et al. v. Merck & Co., Inc., et al., C.A. No. 4:07-169

### Southern District of Mississippi

Dianne Dalton, et al. v. Merck & Co., Inc., C.A. No. 3:07-576

MDL No. 1657 (Continued)


### Eastern District of New York

Sergei Chepilko v. Merck & Co., Inc., C.A. No. 1:07-4098

### Southern District of New York

The People of the State of New York, et al. v. Merck & Co., Inc., C.A. No. 1:07-8434


## MDL No. 1700 -- IN RE: FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION (NO. II)

Opposition of plaintiff Theodore Holloway, Jr., to transfer of the following action to the United States District Court for the Northern District of Indiana:

### District of Maryland

Theodore Holloway, Jr. v. FedEx Ground Package System, Inc., C.A. No. 1:07-2173


## MDL No. 1715 -- IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Oppositions of plaintiffs Victor H. Sanchez; Andrew Dlugolecki; and Douglas B. Campbell, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

### Central District of California

Victor H. Sanchez v. Argent Mortgage Co., LLC, C.A. No. 8:07-984

### District of Connecticut

Andrew Dlugolecki v. Town & Country Credit Corp., et al., C.A. No. 3:07-1113

### District of Maine

Douglas B. Campbell, et al. v. Ameriquest Mortgage Co., Bky. Advy. No. 2:07-2087

MDL No. 1718 -- **IN RE: FORD MOTOR CO. SPEED CONTROL DEACTIVATION
SWITCH PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Timothy L. Bost, II, et al., and State Farm Lloyds Insurance Co.,
etc., to transfer of their respective following actions to the United States District Court for the
Eastern District of Michigan:

<u>Southern District of Ohio</u>

Timothy L. Bost, II, et al. v. Ford Motor Co., C.A. No. 3:07-376

<u>Northern District of Texas</u>

State Farm Lloyds Insurance Co., etc. v. Ford Motor Co., C.A. No. 4:07-589

MDL No. 1742 -- **IN RE: ORTHO EVRA PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Theresa Yates; George Edward Fite, et al.; and Carrie L.
Watkins to transfer of their respective following actions to the United States District Court for
the Northern District of Ohio:

<u>Northern District of Illinois</u>

Theresa Yates v. Johnson & Johnson, et al., C.A. No. 1:07-5966

<u>Western District of North Carolina</u>

George Edward Fite, et al. v. Ortho-McNeil Pharmaceutical, Inc., et al.,
C.A. No. 1:07-318

<u>Eastern District of Wisconsin</u>

Carrie L. Watkins v. Ortho-McNeil Pharmaceutical, Inc., et al., C.A. No. 2:07-897

Schedule of Matters for Hearing Session, Section B                    p. 23
Phoenix, Arizona

MDL No. 1784 -- **IN RE: MCDONALD'S FRENCH FRIES LITIGATION**

Opposition of plaintiffs M.M., et al., to transfer of the following action to the United States District Court for the Northern District of Illinois:

Eastern District of Missouri

M.M., et al. v. McDonald's Corp., et al., C.A. No. 4:07-1802

MDL No. 1811 -- **IN RE: GENETICALLY MODIFIED RICE LITIGATION**

Opposition of plaintiff The Simpson Company to transfer of the following action to the United States District Court for the Eastern District of Missouri:

Southern District of Texas

The Simpson Co. v. Bayer CropScience, LP, et al., C.A. No. 3:07-518

MDL No. 1832 -- **IN RE: PILGRIM'S PRIDE FAIR LABOR STANDARDS ACT LITIGATION**

Oppositions of plaintiff Elaine L. Chao and defendant Pilgrim's Pride Corp. to transfer of the following action to the United States District Court for the Western District of Arkansas:

Northern District of Texas

Elaine L. Chao v. Pilgrim's Pride Corp., C.A. No. 3:07-1352

MDL No. 1845 -- **IN RE: CONAGRA PEANUT BUTTER PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Larry Colvin to transfer of the following action to the United States District Court for the Northern District of Georgia:

Western District of Washington

Larry Colvin v. ConAgra Foods, Inc., C.A. No. 2:07-1376

Schedule of Matters for Hearing Session, Section B                      p. 24
Phoenix, Arizona


**MDL No. 1871 -- IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs J. Terry Holland, et al., to transfer of the following action to the
United States District Court for the Eastern District of Pennsylvania:

<u>Eastern District of Tennessee</u>

J. Terry Holland, et al. v. GlaxoSmithKline, PLC, C.A. No. 3:07-266


**MDL No. 1877 -- IN RE: CLASSICSTAR MARE LEASE LITIGATION**

Oppositions of plaintiffs AA-J Breeding, LLC, et al., and Larry McNeill  to transfer of
their respective following actions to the United States District Court for the Eastern District of
Kentucky:

<u>Eastern District of Michigan</u>

AA-J Breeding, LLC, et al. v. GeoStar Corp., et al., C.A. No. 1:07-12849

<u>District of Utah</u>

Larry McNeill v. GeoStar Corp., et al., C.A. No. 2:06-911

PROCEDURES FOR ORAL ARGUMENT BEFORE THE
UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

All oral argument is governed by the provisions of Rule 16.1 of the <u>Rules of Procedure of the
Judicial Panel on Multidistrict Litigation</u> (effective April 2, 2001).  Rule 16.1(g) allows a
maximum of twenty minutes for oral argument in each matter.  In most cases, however, less time
is necessary for the expression of all views and the Panel reserves the prerogative of reducing the
time requested by counsel.  Accordingly, counsel should be careful not to overstate the time
requested for oral argument.

The Panel insists that counsel limit all oral argument to the appropriate criteria.  <u>See generally</u> <u>In
re "East of the Rockies"</u> <u>Concrete Pipe Antitrust Cases</u>, 302 F. Supp. 244, 255-56 (J.P.M.L.
1969) (concurring opinion) (discussion concerning criteria for transfer).

Rule 16.1 is duplicated in its entirety hereafter for your convenience.

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)      Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman. The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)      Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.12 and 5.2 of these Rules.

(c)      No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
   (i)      the dispositive issue(s) have been authoritatively decided; or
   (ii)     the facts and legal arguments are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)      In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.12 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)      Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)      Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)      Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

(h)      So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.   Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

(i)      After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.