**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 20 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | § | |
|---|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | § § § § § | |
| This Document Relates To: | § | MDL Docket No. 1358 |
| *Harrison, et al. v. 7-Eleven, Inc., et al.* Cause No. 07-01179 (D. Md.) | § § § | |
| and | § | |
| *Ryan, et al. v. 7-Eleven, Inc., et al.* Cause No. 07-02770 (D. Md.) | § § § § | |

PLEADING NO. 267

### DEFENDANT 7-ELEVEN, INC.'S CORPORATE DISCLOSURE STATEMENT

In accordance with R.P.J.P.M.L. 5.3, Defendant 7-Eleven, Inc. hereby discloses as follows:

1.  7-Eleven, Inc. is wholly owned by Seven-Eleven Japan Co., Ltd. ("SEJ"). SEJ holds the common stock of 7-Eleven, Inc. directly and through two wholly owned holding companies, SEJ Service LLC, and SEJ Finance LLC.

2.  SEJ is wholly owned by Seven & I Holdings Co., Ltd., whose stock is publicly traded on the Tokyo Stock Exchange.

**OFFICIAL FILE COPY**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Respectfully submitted,    DEC 20 2007

FILED
CLERK'S OFFICE

*[signature]*

**MICHAEL A. WALSH**
Texas State Bar No. 00790146
New York Bar No. 2032191
**COURTNEY L. JONES**
Texas State Bar No. 24007457
**JADD F. MASSO**
Texas State Bar No. 24041411
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
Telephone: 214-651-4300
Facsimile: 214-651-4330

**ATTORNEYS FOR DEFENDANT
7-ELEVEN, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via certified mail, return receipt requested, on December _10_, 2007.

Mary V. Koch
Law Offices of Peter G. Angelos
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
E-mail: mvk@lawpga.com
*Attorneys for all Plaintiffs*

Richard L. Miller
Monshower, Miller & Magrogan, LLP
10451 Twin Rivers Road, Suite 230
Columbia, Maryland 21044
E-mail: rmiller@monmilmag.com
*Attorneys for RE/MAX Greater Metro and Edgar C. Whittington*

Michael D. Lorensen
Bowles Rice McDavid Graff & Love
101 South Queen Street
P.O. Drawer 1419
Martinsburg, West Virginia 25402
*Attorney for Frall Developers, Inc.*

Michael S. Baig
Foley and Lardner LLP
321 N. Clark St. Ste. 2800
Chicago, IL 60610-4764
E-mail: mbaig@foley.com
*Attorney for ENSR Corporation*

Joseph Dowell Edmondson, Jr.
Foley and Lardner LLP
3000 K St. NW Ste. 500
Washington, D.C. 20007
E-mail: jedmondson@foleylaw.com
*Attorney for ENSR Corporation*

Matthew A. Ranck
Eccleston and Wolf PC
2001 S St NW Ste 310
Washington, DC 20009-1125
E-mail: ranck@ewdc.com
*Attorneys for Rollinmead Realty, Inc. and Chris Erichsen*

Robin Greenwald
Weitz & Luxenberg, PC
180 Maiden Lane, 40th Floor
New York, New York 10038
*MDL 1358 Liaison Counsel for Plaintiffs*

Peter John Sacripanti
McDermott Will & Emery LLP
340 Madison Avenue, 14th Floor
New York, New York 10173
*MDL 1358 Liaison Counsel for Defendants*

_____
MICHAEL A. WALSH