**MDL** 1 3 5 8

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**Feb 11, 2008**

**FILED
CLERK'S OFFICE**

**IN RE: METHYL TERTIARY BUTYL ETHER
("MTBE") PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Michael Harrison, et al. v. 7-Eleven, Inc., et al., | ) | |
| D. Maryland, C.A. No. 1:07-1179 | ) | MDL No. 1358 |
| Thomas E. Ryan, Jr., et al. v. 7-Eleven, Inc., et al., | ) | |
| D. Maryland, C.A. No. 1:07-2770 | ) | |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

**Before the entire Panel**[*]: All defendants in these two actions pending in the District of Maryland move, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate our order conditionally transferring the actions to the Southern District of New York for inclusion in MDL No. 1358. Plaintiffs in these actions oppose the motions to vacate, contending that these actions fall within the scope of MDL No. 1358 such that transfer is appropriate.

After considering all argument of counsel, we find that (1) unique questions of fact in these actions predominate over any questions of fact which may be shared with previously centralized MDL No. 1358 actions; and (2) transfer of these actions to the Southern District of New York would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. The actions pending in MDL No. 1358 relate to allegations that various oil company, refiner and MTBE manufacturing defendants and others knew about and misrepresented the nature of MTBE and conspired to market MTBE without disclosing its risks to downstream users, the federal government or the public. Although the two actions now before us involve allegations of ground water contamination by gasoline and its constituents, including MTBE, the complaints in the two actions focus on individual claims relating to leaking underground storage tanks at one Maryland location against only the property owner, service station operator, an environmental remediation company and real estate agents. These claims will likely require unique discovery and other pretrial proceedings. Accordingly, we are persuaded that inclusion of these two actions in MDL No. 1358 is not warranted.

---

[*] Judge Motz took no part in the disposition of this matter with respect to the *Ryan* action.



**IMAGED** FEB 1 1 2008

-2-

IT IS THEREFORE ORDERED that our conditional transfer order designated as "CTO-30" is vacated.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

D. Lowell Jensen              J. Frederick Motz*
Robert L. Miller, Jr.         Kathryn H. Vratil
David R. Hansen               Anthony J. Scirica