**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 1358 - In re Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

*Deborah v. Spiroff, et al. V. Exxon Mobil Corp., et al.*, E.D. New York, C.A. No. 1:06-2865

## NOTICE OF OPPOSITION TO CTO-33

I represent Defendant Roux Associates, Inc. ("Roux") in the above captioned action which is included on the conditional transfer order (CTO-33), issued January 29, 2009. Defendant Roux respectfully submits this opposition to CTO-33. I understand that the motion and brief to vacate are due on or before March 2, 2009.

Dated: February 13, 2009
New York, New York

Respectfully Submitted,

[signature]

John F. Tully
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Tel:  (212) 318-3060
Email: jtully@fulbright.com

*Counsel For Defendant Roux Associates, Inc.*

cc: Attached Involved Counsel List

PLEADING NO. 275

2009 FEB 13 A 10: 09
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
RECEIVED
CLERK'S OFFICE

70500215.1

**OFFICIAL FILE COPY** IMAGED FEB 13 2009

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

Kathleen B. Grieser, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 13th day of February, 2009, I caused the accompanying Notice of Opposition to CTO-33 to be served upon all of the parties to this action, as named on the attached Involved Counsel List, by First Class United States Mail.

*[signature]*
Kathleen B. Grieser

2009 FEB 13 A 10:09
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

70500215.1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2009

FILED
CLERK'S OFFICE

**IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION**

MDL No. 1358

## INVOLVED COUNSEL LIST (CTO-33)

Marc Jay Bern
NAPOLI BERN RIPKA & ASSOCIATES LLP
350 5th Avenue
Suite 7413
New York, NY 10118

Jonathan K. Cooperman
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178

Celeste A. Evangelisti
BARON & BUDD PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

Robin Greenwald
WEITZ & LUXENBERG PC
180 Maiden Lane
40th Floor
New York, NY 10038

Michael Denis Hall
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Brian A. McGill
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Margaret M. Murphy
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER
150 East 42nd Street
New York, NY 10017-5639

Mathew Paul Ross
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER
150 East 42nd Street
New York, NY 10017-5639

Cheryl A. Sabnis
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, CA 94111

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922

Victor Marc Sher
SHER & LEFF LLP
450 Mission Street
Suite 400
San Francisco, CA 94105

John F. Tully
FULBRIGHT & JAWORSKI LLP
666 Fifth Avenue
New York, NY 10103

2009 FEB 13 A 10: 09
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
RECEIVED CLERK'S OFFICE

70500215.1