**MDL 1358**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

### MDL No. 1358 In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

*Deborah V. Spiroff, et al. v. Exxon Mobil Corp., et al.*, E.D. New York, C.A. No. 1:06-2865

## NOTICE OF OPPOSITION TO CTO-33

I represent Defendant BP Products North America Inc. ("BP") in the above captioned action which is included on the conditional transfer order (CTO-33) issued January 29, 2009. Defendant BP respectfully submits this opposition to CTO-33. I understand that the motion and brief to vacate are due on or before March 2, 2009.

Dated: February 13, 2009
New York, New York

Respectfully Submitted,

By: Jonathan K. Cooperman
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York  10178
*Attorneys for Defendant*
*BP Products North America Inc.*

cc: Attached Involved Counsel List

PLEADING NO. 277

RECEIVED
CLERK'S OFFICE
2009 FEB 13 A 10: 52
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**OFFICIAL FILE COPY**

IMAGED FEB 13 2009

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

J. Jamari Buxton, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 13th day of February, 2009, I caused the accompanying Notice of Opposition to CTO-33 to be served upon all of the parties to this action, as named in the attached Involved Counsel List, by First Class United States Mail.

J. Jamari Buxton

RECEIVED
CLERK'S OFFICE
2009 FEB 13 A 10: 52
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB 13 2009

FILED
CLERK'S OFFICE

# IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

**MDL No. 1358**

## INVOLVED COUNSEL LIST (CTO-33)

Marc Jay Bern
NAPOLI BERN RIPKA & ASSOCIATES LLP
350 5th Avenue
Suite 7413
New York, NY 10118

Jonathan K. Cooperman
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178

Celeste A. Evangelisti
BARON & BUDD PC
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

Robin Greenwald
WEITZ & LUXENBERG PC
180 Maiden Lane
40th Floor
New York, NY 10038

Michael Denis Hall
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Brian A. McGill
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Margaret M. Murphy
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
150 East 42nd Street
New York, NY 10017-5639

Mathew Paul Ross
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
150 East 42nd Street
New York, NY 10017-5639

Cheryl A. Sabnis
KING & SPALDING LLP
Four Embarcadero Center
Suite 3500
San Francisco, CA 94111

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922

Victor Marc Sher
SHER & LEFF LLP
450 Mission Street
Suite 400
San Francisco, CA 94105

John F. Tully
FULBRIGHT & JAWORSKI LLP
666 Fifth Avenue
New York, NY 10103


RECEIVED CLERK'S OFFICE 2009 FEB 13 A 10: 52 JUDICIAL PANEL ON MULTIDISTRICT LITIGATION