JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**MDL 1358**

MAR - 2 2009

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

-------------------------------------------------------------- x

IN RE:

METHYL BUTYL TERTIARY ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

: MDL Docket No. 1358
:
: This Document Relates to
: *Spiroff v. Exxon Mobil Corp., et*
: *al.*, Case No. 06-CV-2865
: (KAM)(RML)(E.D.N.Y.)
:
:
:
:
:
:
:

-------------------------------------------------------------- x

### ROUX ASSOCIATES, INC'S MOTION TO VACATE
### CONDITIONAL TRANSFER ORDER (CTO-33)

1.      Roux Associates, Inc. ("Roux") is a defendant in the action *Spiroff et al. v.*

*ExxonMobil Corporation et al.*, Case No. 1:06-CV-2865 (KAM) (RML) (E.D.N.Y.) ("*Spiroff*"),

which is identified as a "tag-a-long action" in Conditional Transfer Order 33 ("CTO-33"), issued

by the Judicial Panel on Multidistrict Litigation (the "Panel") on January 29, 2009 and

conditionally transferring the *Spiroff* matter to Multidistrict Litigation No. 1358 (the "MDL").

2.      Roux hereby moves the Panel to vacate CTO-33 as it applies to Roux on the

grounds that such action does not meet the required criteria for transfer and consolidation set

forth in 28 U.S.C. § 1407.

3.      Specifically, Plaintiffs have failed to establish a sufficient commonality of facts

between the *Spiroff* action and the MTBE MDL because, unlike the 150 cases pending in the

MDL, the *Spiroff* action does not set forth any allegations or causes of action concerning MTBE

or contamination of drinking water.

**OFFICIAL FILE COPY**

PLEADING NO. 279

4.      Moreover, Plaintiffs have failed to establish that transfer would promote the just and efficient conduct of the action. Plaintiffs' counsel is already counsel in the MDL, and accordingly, is already in a position to coordinate to ensure duplicative MTBE discovery is avoided. Second, even if the Panel were to transfer the instant action, related cases that share a greater commonality of facts with the Plaintiffs' claims, would continue in the EDNY, thereby obviating any presumed efficiencies gained in the transfer. Third, it would be highly inefficient to take the *Spiroff* action away from Magistrate Judge Levy, who possesses a unique familiarity with the facts alleged in the *Spiroff* action and the parallel cases pending in the EDNY.

5.      Lastly, transfer is inappropriate because Plaintiffs delayed in notifying the Panel of the *Spiroff* action and therefore have failed to meet their obligations under the Rules of Multidistrict Litigation.

6.      This Motion is based on ExxonMobil Corporation's ("ExxonMobil") Memorandum of Law in Support of its Motion To Vacate CTO-33, the Declarations of John J. Calandra, declared on February 27, 2009 and James A. Pardo, declared on February 27, 2009, Roux's Memorandum of Law in support thereof, along with the Declaration of John F. Tully, declared on February 27, 2009, the files, pleadings, and documents on file with the Panel, and upon such further documentary and oral evidence as may be presented in the hearing on this matter.

WHEREFORE, Roux respectfully requests that the Panel:

    A.  Vacate Conditional Transfer Order 33 as it applies to Roux;

    B.  Schedule oral argument on this Motion; and

    C.  Grant such other relief deemed just and appropriate.

Dated: February 27, 2009
      New York, New York

Respectfully Submitted,

By: John F. Tully
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
212-318-3000
jtully@fulbright.com

*Counsel For Defendant Roux Associates, Inc.*

cc:  Attached Panel Service List

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 2 2009

FILED
CLERK'S OFFICE

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

```
------------------------------------------------------------- x
                                          :    MDL Docket No. 1358
IN RE:                                    :
                                          :    This Document Relates to
METHYL BUTYL TERTIARY ETHER ("MTBE")      :    Spiroff v. Exxon Mobil Corp., et
PRODUCTS LIABILITY LITIGATION             :    al., Case No. 06-CV-2865
                                          :    (CBA)(RML)(E.D.N.Y.)
                                          :
                                          :
                                          :
                                          :
                                          :
                                          :
                                          :
------------------------------------------------------------- x
```

## ROUX ASSOCIATES, INC.'S
## MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION
## TO VACATE THE CONDITIONAL TRANSFER ORDER (CTO-33)

RECEIVED
CLERK'S OFFICE

2009 MAR -2  A 11: 40

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

Roux Associates, Inc. ("Roux"), a Defendant in the putative class action, *Spiroff et al. v. ExxonMobil Corporation et al.*, Case No. 06-CV-2865 (EDNY) ("*Spiroff* Action"), joins co-defendant ExxonMobil Corporation's ("ExxonMobil") Motion To Vacate CTO-33, which conditionally transfers the *Spiroff* Action to the MTBE[1] Multidistrict Litigation No. 1358 (hereinafter, the "MDL"), pending in the Southern District of New York ("SDNY") and respectfully submits this Memorandum of Law, together with the accompanying Declaration of John F. Tully, declared on February 27, 2009 (the "Tully Decl."), in support of its Motion.

## ARGUMENT

Roux has read ExxonMobil's brief and believes that the arguments set forth by ExxonMobil are sound and thoroughly address all relevant points. Therefore, Roux does not wish to burden this Panel with reading duplicative arguments on what it believes are obvious points fully set forth by ExxonMobil.

Roux wishes to highlight that the essence of the *Spiroff* Action is the remediation of a historical oil spill in the Greenpoint area of Brooklyn, New York, not the contamination of drinking water, the essence of the MTBE MDL. Because the issues set forth in the *Spiroff* Action are unrelated to the MTBE MDL, CTO-33 should be vacated.

---

[1] MTBE is an acronym for Methyl-Tertiary Butyl Ether, a gasoline additive.

## **CONCLUSION**

Roux joins in ExxonMobil's Motion To Vacate CTO-33, which conditionally transfers

the *Spiroff* Action to the MTBE MDL for all the reasons set forth in ExxonMobil's

Memorandum of Law and respectfully request that CTO-33 be vacated with respect to *Spiroff et*

*al. v. ExxonMobil Corporation et al.* and that this case be remanded to the EDNY.

Dated: New York, New York
      February 27, 2009

                Respectfully Submitted,

                *John F. Tully*

                John F. Tully, Esq.
                Fulbright & Jaworski L.L.P.
                666 Fifth Avenue
                New York, New York 10103
                Telephone: 212-318-3000
                *Attorneys for Defendant Roux Associates, Inc.*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

```
------------------------------------------------------------- x
                                                    :   MDL Docket No. 1358
IN RE:                                              :
                                                    :   This Document Relates to
METHYL BUTYL TERTIARY ETHER ("MTBE")                :   Spiroff v. Exxon Mobil Corp., et
PRODUCTS LIABILITY LITIGATION                       :   al., Case No. 06-CV-2865
                                                    :   (KAM)(RML)(E.D.N.Y.)
                                                    :
                                                    :
                                                    :   DECLARATION OF
                                                    :   JOHN F. TULLY
                                                    :
                                                    :
------------------------------------------------------------- x
```

JOHN F. TULLY an attorney-at-law in good standing admitted to practice in the United

States District Court for the Southern and Eastern District of New York, deposes and says:

1.        I am counsel at Fulbright & Jaworski L.L.P., attorneys for Defendant Roux

Associates, Inc. ("Roux") in the above-captioned action.  I submit this affirmation to join in co-

defendant ExxonMobil Corporation's ("ExxonMobil") Motion To Vacate CTO-33, which

conditionally transfers *Spiroff et al. v. ExxonMobil Corporation et al.*, Case No. 06-CV-2865

(E.D.N.Y.) ("*Spiroff*") to the MTBE Multidistrict Litigation No. 1358 (hereinafter, the "MDL"),

pending in the Southern District of New York ("SDNY").

2.        A full recitation of facts is set forth in the Declarations of John J. Calandra and James A.

Pardo declared on February 27, 2009 (the "Calandra Decl." and "Pardo Decl.," respectively) and

the exhibits attached thereto.  Roux joins ExxonMobil in respectfully requesting that the Court

grant the relief requested in the Motion, for the reasons set forth in the Calandra Decl. and the

Pardo Decl. and the accompanying memorandum of law.

Dated: February 27, 2009
New York, New York

John F. Tully, Esq.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 2 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

Kathleen B. Grieser, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 27th day of February, 2009, I caused the accompanying Motion and Brief to Vacate the Conditional Transfer Order, along with the Declaration of John F. Tully to be served upon all of the parties to this action, as named on the attached Panel Service List, by First Class United States Mail.  A copy of the motion has been mailed by First Class United States Mail for filing to the clerk of the Eastern District of New York.

Kathleen B. Grieser

RECEIVED
CLERK'S OFFICE

2009 MAR -2  A 11: 40

JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION

**IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")**
**PRODUCTS LIABILITY LITIGATION**                                    MDL No. 1358

PANEL SERVICE LIST (EXCERPTED FROM CTO-33)

Marc Jay Bern
NAPOLI BERN RIPKA & ASSOCIATES
LLP
350 5th Avenue
Suite 7413
New York, NY 10118

John J. Calandra
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Jonathan K. Cooperman
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178

Robin Greenwald
WEITZ & LUXENBERG PC
180 Maiden Lane
40th Floor
New York, NY 10038

Brian A. McGill
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Margaret M. Murphy
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER
150 East 42nd Street
New York, NY 10017-5639

Mathew Paul Ross
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER
150 East 42nd Street
New York, NY 10017-5639

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922

John F. Tully
FULBRIGHT & JAWORSKI LLP
666 Fifth Avenue
New York, NY 10103