**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

----------------------------------------------------------x
IN RE:                                                    :   MDL Docket No. 1358
                                                          :
                                                          :   This Document Relates to
METHYL BUTYL TERTIARY ETHER ("MTBE")                      :   *Spiroff v. Exxon Mobil Corp., et*
PRODUCTS LIABILITY LITIGATION                             :   *al.*, Case No. 06-CV-2865
                                                          :   (KAM)(RML)(E.D.N.Y.)
                                                          :
                                                          :
----------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Roux Associates, Inc. represent that it has no parent corporation and that no publicly held entity owns more than 10% of its stock.

Dated: New York, New York
       March 5, 2009

Respectfully Submitted,

*[signature]*

John F. Tully, Esq.
Fulbright & Jaworski L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone: 212-318-3000
*Attorneys for Defendant Roux Associates, Inc.*

70510129.1

## CERTIFICATE OF SERVICE

    Pernell M. Telfort, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 5th day of March, 2009, I caused the accompanying Corporate Disclosure Statement to be served upon all of the parties to this action, as named on the attached Panel Service List, by First Class United States Mail.

_____
Pernell M. Telfort

**IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")**
**PRODUCTS LIABILITY LITIGATION**   MDL No. 1358

PANEL SERVICE LIST (EXCERPTED FROM CTO-33)

Marc Jay Bern
NAPOLI BERN RIPKA & ASSOCIATES LLP
350 5th Avenue
Suite 7413
New York, NY 10118

John J. Calandra
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Jonathan K. Cooperman
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178

Robin Greenwald
WEITZ & LUXENBERG PC
180 Maiden Lane
40th Floor
New York, NY 10038

Brian A. McGill
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Margaret M. Murphy
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
150 East 42nd Street
New York, NY 10017-5639

Mathew Paul Ross
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
150 East 42nd Street
New York, NY 10017-5639

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922

John F. Tully
FULBRIGHT & JAWORSKI LLP
666 Fifth Avenue
New York, NY 10103

70510129.1