MDL 1358

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 11 2009

FILED
CLERK'S OFFICE

---------------------------------------------- x

IN RE:

METHYL BUTYL TERTIARY ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

: MDL Docket No. 1358
:
: This Document Relates to
: *Spiroff v. Exxon Mobil Corp.*, et
: *al.*, Case No. 06-CV-2865
: (KAM)(RML)(E.D.N.Y.)
:
:
:

---------------------------------------------- x

### EXXON MOBIL CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3(a) of the Rules of Procedure of the Joint Panel on Multidistrict Litigation, the undersigned counsel of record for Exxon Mobil Corporation in the above-captioned matter certifies that Exxon Mobil Corporation is the corporate parent and that there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of ExxonMobil's stock.

Dated: March 9, 2009
  New York, New York

Respectfully Submitted,

McDERMOTT WILL & EMERY LLP

By: /s/ John J. Calandra
340 Madison Avenue
New York, New York 10173
212-547-5400
jcalandra@mwe.com

*Counsel For Defendant Exxon Mobil Corporation*

cc: Attached Service List

PLEADING NO. 283

**OFFICIAL FILE COPY**
**IMAGED** MAR 1 2 2009

RECEIVED CLERK'S OFFICE
2009 MAR 10 P 2: 4[?]

## CERTIFICATE OF SERVICE

Michael D. Hall, pursuant to 28 USC 1746, hereby declares under penalty of perjury, that on the 10th day of March, 2009, I caused the accompanying Exxon Mobil Corporation's Corporate Disclosure Statement to be served upon all counsel named in the attached Panel Service List. Such service was completed by sending a true and correct copy of the aforementioned document to the offices of said counsel via electronic mail.

Michael D. Hall

NYK 1200210-1.037771.0188

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

MDL No. 1358

## PANEL SERVICE LIST (EXCERPTED FROM CTO-33)

Deborah V. Spiroff, et al. v. Exxon Mobil Corp., et al., E.D. New York, C.A. No. 1:06-2865
(Judge Kiyo Matsumoto)

Marc Jay Bern
NAPOLI BERN RIPKA & ASSOCIATES LLP
350 5th Avenue
Suite 7413
New York, NY 10118

John J. Calandra
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Jonathan K. Cooperman
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178

Robin Greenwald
WEITZ & LUXENBERG PC
180 Maiden Lane
40th Floor
New York, NY 10038

Brian A. McGill
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Margaret M. Murphy
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER
150 East 42nd Street
New York, NY 10017-5639

Mathew Paul Ross
WILSON ELSER MOSKOWITZ EDELMAN &
DICKER
150 East 42nd Street
New York, NY 10017-5639

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922

John F. Tully
FULBRIGHT & JAWORSKI LLP
666 Fifth Avenue
New York, NY 10103