03/12/2009 16:51 FAX  2128087897     KELLEY DRYE & WARREN LLP         ☒003/006

MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2009

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---------------------------------------------------x
IN RE:                                             :    MDL Docket No. 1358
                                                   :
METHYL BUTYL TERTIARY ETHER ("MTBE")               :    This Document Relates to
PRODUCTS LIABILITY LITIGATION                      :    *Spiroff v. Exxon Mobil Corp., et
                                                   :    al.*, Case No. 06-CV-2865
                                                   :    (KAM)(RML)(E.D.N.Y.)
                                                   :
---------------------------------------------------x

PLEADING NO. 285

# CORPORATE DISCLOSURE STATEMENT
# OF BP PRODUCTS NORTH AMERICA INC.

BP Products North America Inc., by and through its counsel, hereby submits this corporate disclosure statement pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.

BP Products North America Inc. is an indirectly wholly-owned subsidiary of BP America Inc., which owns, controls and holds, with power to vote, all of the voting securities of BP Products North America Inc.

BP America Inc. is an indirectly wholly-owned subsidiary of BP p.l.c., which owns, controls and holds, with power to vote, all of the voting securities of BP America Inc.

**OFFICIAL FILE COPY**

2009 MAR 12 P 5:11
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

NY01/BYROM/1341069.1

IMAGED MAR 3 1 2009

No publicly held corporation owns 10% or more of BP Products North America Inc.'s stock.

Dated: March 12, 2009
　　　　New York, New York

Respectfully Submitted,

KELLEY DRYE & WARREN LLP

By: _____
Jonathan K. Cooperman (JC 1804)
J. Jamari Buxton (JB 6446)
101 Park Avenue
New York, New York 10178
*Attorneys for Defendant BP Products North America Inc.*

cc: Attached Panel Service List

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 27 2009

FILED
CLERK'S OFFICE

## CERTIFICATE OF SERVICE

J. Jamari Buxton, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, that on the 11th day of March, 2009, I caused the accompanying *Corporate Disclosure Statement of BP Products North America Inc.* to be served upon all of the parties to this action, as named in the attached Panel Service List, via electronic mail.

_____
J. Jamari Buxton

2009 MAR 12 P 5: 11
JUDICIAL PANEL ON
MULTIDISTRICT
LITIGATION
RECEIVED
CLERK'S OFFICE

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION                    MDL No. 1358

## PANEL SERVICE LIST (CTO-33)

Deborah V. Spiroff, et al. v. Exxon Mobil Corp., et al., E.D. New York, C.A. No. 1:06-2865 (Judge Kiyo Matsumoto)

Marc Jay Bern
NAPOLI BERN RIPKA & ASSOCIATES LLP
350 5th Avenue
Suite 7413
New York, NY 10118

John J. Calandra
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10017

Robin Greenwald
WEITZ & LUXENBERG PC
180 Maiden Lane
40th Floor
New York, NY 10038

Brian A. McGill
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Margaret M. Murphy
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
150 East 42nd Street
New York, NY 10017-5639

Mathew Paul Ross
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
150 East 42nd Street
New York, NY 10017-5639

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922

John F. Tully
FULBRIGHT & JAWORSKI LLP
666 Fifth Avenue
New York, NY 10103

NY01/BYROM/1341069.1