UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Apr 08, 2009**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION
  Deborah V. Spiroff, et al. v. Exxon Mobil Corp., et al.,    )
    E.D. New York, C.A. No. 1:06-2865                         )         MDL No. 1358

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Spiroff*) on January 29, 2009. Prior to expiration of that order's 15-day stay of transmittal, defendants in *Spiroff* filed notices of opposition to the proposed transfer and the subsequent motions and briefs to vacate the conditional transfer order. *Spiroff* has been pending since June 2006. The Panel has now been advised that all parties in *Spiroff*, including plaintiffs who notified the Panel that *Spiroff* was a potential tag-along action, agree that inclusion of *Spiroff* in MDL No. 1358 is not appropriate.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-33" filed on January 29, 2009, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel