UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 09, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*Village of Bethalto v. Ashland, Inc., et al.*, United States District Court for the Southern District of Illinois (Case No. 3:10-CV-396)<br><br>*Town of Kouts v. Ashland, Inc., et al.* United States District Court for the Northern District of Indiana (Case No. 2:10-CV-186) | MDL 1358 |

## DEFENDANTS' NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER 36

On behalf of the defendants listed in Attachment A, the undersigned counsel for Exxon Mobil Corporation submits this notice of opposition to Conditional Transfer Order ("CTO") No. 36, which would transfer *Village of Bethalto v. Ashland, Inc., et al.* and *Town of Kouts v. Ashland, Inc., et al.* to In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation, MDL 1358. Defendants will submit a motion and brief to vacate CTO 36 within 14 days.

- 2 -

Dated: July 8, 2010

                      Respectfully submitted,

                      MCDERMOTT WILL & EMERY LLP

                      Peter John Sacripanti
                      340 Madison Avenue
                      New York, NY  10017
                      (212) 547-5400
                      (212) 547-5444 (facsimile)

                      *Counsel for Defendants Exxon Mobil Corporation,*
                      *ExxonMobil Chemical Company, ExxonMobil Oil*
                      *Corporation and Mobil Corporation and on behalf of*
                      *all Defendants listed in Attachment A*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 09, 2010

FILED
CLERK'S OFFICE

## ATTACHMENT A

Ashland, Inc.
BP Amoco Chemical Company
BP Products North America Inc.
Chevron Corporation
Chevron U.S.A., Inc.
CITGO Petroleum Corporation
CITGO Refining and Chemicals Company, L.P.
ConocoPhillips Company
Crown Central LLC
El Paso Merchant Energy-Petroleum Company
Equilon Enterprises, LLC
Exxon Mobil Corporation
ExxonMobil Chemical Company
ExxonMobil Oil Corporation
Flint Hills Resources, L.P.
Gulf Oil Limited Partnership
Marathon Petroleum Company, LLC
Marathon Oil Company
Mobil Corporation
Motiva Enterprises, LLC
PDV Midwest Refining, L.L.C.
The Premcor Refining Group Inc.
Shell Oil Company
Shell Oil Products Company, LLC
Shell Petroleum, Inc.
Shell Trading (US) Company
Sunoco, Inc.
Sunoco, Inc. (R&M)
Texaco, Inc.
TMR Company
Total Petrochemicals USA, Inc.
Valero Energy Corporation
Valero Refining and Marketing Company
Valero Marketing and Supply Company