Case MDL No. 1358   Document 294   Filed 07/09/10   Pag

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 09, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION                                        MDL No. 1358

NOTICE OF FILED OPPOSITION
AND PUBLICATION OF BRIEFING SCHEDULE

Today, the Judicial Panel on Multidistrict Litigation filed the following pleading: Notice of Opposition filed by **defendants Ashland, Inc., BP Amoco Chemical Co., BP Products North America, Inc., Chevron Corp., Chevron U.S.A., Inc., CITGO Petroleum Corp., CITGO Refining and Chemicals Co., L.P., ConocoPhillips Co., Crown Central, LLC, El Paso Merchant Energy-Petroleum Co., Equilon Enterprises, LLC, Exxon Mobil Corp., Exxon Mobil Chemical Co., Exxon Mobil Oil Corp., Flint Hills Resources, L.P., Gulf Oil Limited Partnership, Marathon Petroleum Co., LLC, Marathon Oil Co., Mobil Corp., Motiva Enterprises, LLC, PDV Midwest Refining, LLC, The Premcor Refining Group, Inc., Shell Oil Co., Shell Oil Products Co., LLC, Shell Petroleum, Inc., Shell Trading (US) Co., Sunoco, Inc., Sunoco, Inc. (R&M), Texaco, Inc., TMR Co., Total Petrochemicals USA, Inc., Valero Energy Corp., Valero Refining and Marketing Co. and Valero Marketing and Supply Co.** to the proposed transfer of the referenced matter for coordinated or consolidated pretrial proceedings. In accordance with Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order is stayed until further order of the Panel.

The Motion and Brief to Vacate the Conditional Transfer Order must be received in the Panel office by the due date listed below. See Rule 5.1.1 et seq. for filing options and requirements. Counsel filing oppositions in more than one action should file a single motion and brief with an attached schedule of actions. **Fax transmission of the motion and brief or response will not be accepted.** *See* Panel Rule 5.1.2(d).

Papers must be served on the attached Panel Service List. Attach a copy of this list to the certificate of service. (Counsel who have subsequently made appearances in this action should be added to the certificate of service).

All papers and correspondence filed with the Panel in this matter must bear the docket number and caption assigned by the Panel as noted above. The briefing schedule is set as follows:

**Rule 5.3 Corporate Disclosure Statements Due on or Before:**   July 23, 2010

**Motion and Brief Due on or Before:**           July 23, 2010

**Responses Due on or Before:**           August 13, 2010

Failure to file and serve the required motion and brief within the allotted 14 days will be considered a withdrawal of the opposition, and the stay of the conditional transfer order will be lifted.

Counsel will be notified if/when this matter is scheduled for hearing before the Panel. Rule 7.2(i) requires any party or counsel in these actions to notify this office promptly of any potential tag-along in which that party is also named or in which that counsel appears.

Any recent official change in the status of a referenced action should be brought to the attention of the Clerk's office as soon as possible by facsimile at (202) 502-2888.

    FOR THE PANEL:

    Jeffery N. Lüthi
    Clerk of the Panel

**IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")**
**PRODUCTS LIABILITY LITIGATION**                                MDL No. 1358

## PANEL SERVICE LIST (CTO-36)

Village of Bethalto v. Ashland, Inc., et al., S.D. Illinois, C.A. No. 3:10-396
    (Judge G. Patrick Murphy)
Town of Kouts v. Ashland, Inc., et al., N.D. Indiana, C.A. No. 2:10-186
    (Judge Theresa L. Springmann)

William W. Barrett
WILLIAMS BARRETT & WILKOWSKI LLP
600 N. Emerson Avenue
Greenwood, IN 46143
**wbarrett@wbwlawyers.com**

Robin L. Greenwald
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
**rgreenwald@weitzlux.com**

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922
**psacripanti@mwe.com**

Bart C. Sullivan
FOX GALVIN LLC
One South Memorial Drive
12th Floor
St. Louis, MO 63102
**bsullivan@foxgalvin.com**

Scott Summy
BARON & BUDD PC
The Centrum Building, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-3605
**ssummy@baronbudd.com**

Andrew J. Yoder
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
**drew.yoder@bakerbotts.com**