UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** |

## CORPORATE DISCLOSURE STATEMENT

Defendants SHELL OIL PRODUCTS COMPANY, SHELL OIL PRODUCTS COMPANY, LLC, SHELL PETROLEUM, INC., TEXACO REFINING AND MARKETING INC., TEXACO REFINING AND MARKETING (EAST) INC. and TMR COMPANY hereby file this Corporate Disclosure Statement, identifying their parent companies and any publicly traded entity holding ten percent or more of their stock:

Royal Dutch Shell plc

Dated:  July 21, 2010

Respectfully submitted,

Richard E. Wallace, Jr.
Peter C. Condron
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W.
Harbourside – Suite 500
Washington, D.C.  20007
Telephone:  (202) 204-1000
Facsimile:  (202) 204-1001

Attorneys for Defendants Shell Oil Products Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Texaco Refining and Marketing Inc., Texaco Refining and Marketing (East) Inc. and TMR Company

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010
FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** |

## CORPORATE DISCLOSURE STATEMENT

Defendant MOTIVA ENTERPRISES LLC hereby files this Corporate Disclosure Statement, identifying its parent companies and any publicly traded entity holding ten percent or more of their stock.  Motiva Enterprises LLC, a Delaware limited liability company, is owned 50% by Saudi Refining Inc. (not publicly traded) and 50% by two Shell affiliates:  TMR Company and SOPC Holdings East LLC (neither are publicly traded).  The two Shell affiliates are indirect subsidiaries of Shell Oil Company, which in turn is an indirect subsidiary of Royal Dutch Shell plc, a publicly traded entity.

Dated:  July 21, 2010

Respectfully submitted,

Richard E. Wallace, Jr.
Peter C. Condron
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W.
Harbourside – Suite 500
Washington, D.C.  20007
Telephone:  (202) 204-1000
Facsimile:  (202) 204-1001

Attorneys for Defendant Motiva Enterprises LLC

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates To:<br><br>*Village of Bethalto v. Ashland Inc., et al.*, United States District Court for the Southern District of Illinois (Case No. 3:10-CV-396)<br><br>*Town of Kouts v. Ashland Inc., et al.*, United States District Court for the Northern District of Indiana (Case No. 2:10-CV-186) | **MDL No. 1358** |

## MARATHON OIL COMPANY'S AND MARATHON PETROLEUM COMPANY LLC'S STATEMENT PURSUANT TO RULE 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for Defendants Marathon Oil Company and Marathon Petroleum Company LLC certifies the following:

Marathon Oil Company and Marathon Petroleum Company LLC are wholly-owned subsidiaries of parent corporation Marathon Oil Corporation, which is a publicly held corporation.

Dated: July 21, 2010

Steven L. Leifer
BAKER BOTTS L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
(202) 639-7723

*Attorneys for Marathon Oil Company and Marathon Petroleum LLC*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

--------------------------------------------------------X

IN RE METHYL TERTIARY BUTYL ETHER
PRODUCTS LIABILITY LITIGATION

This Document Relates to:

*Village of Bethalto* v. *Ashland, Inc., et al.,*
United States District Court for the Southern
District of Illinois (Case No. 3:10-CV-396)

*Town of Kouts* v. *Ashland, Inc., et al.*
United States District Court for the Northern
District of Indiana (Case No. 2:1O-CV-186)

MDL No. 1358

### CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 5.3
### OF GULF OIL LIMITED PARTNERSHIP

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the

undersigned counsel of record for Gulf Oil Limited Partnership ("GOLP"), certifies that GOLP is

an indirect subsidiary of Cumberland Farms, Inc., and that no publicly held company holds 10%

or more of GOLP's stock.

Dated:  July 23, 2010

Respectfully submitted,

/s/ Chad W. Higgins
Chad W. Higgins (admitted *pro hac vice*)
Goodwin | Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000 (tel.)
(617) 523-1231 (fax)
chiggins@goodwinprocter.com

*Attorneys for Defendant*
*Gulf Oil Limited Partnership*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** |

### FLINT HILLS RESOURCES LP'S STATEMENT PURSUANT TO RULE 5.3(A)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Flint Hills Resources, LP ("FHR") certifies that FHR's corporate parent is Koch Industries, Inc., and that no publically-traded entity owns more than a 10% interest in FHR.

Dated:  Richmond, Virginia
        July 22, 2010

                                FLINT HILLS RESOURCES, LP


                                By:    /s/ George P. Sibley, III
                                       Joseph C. Kearfott
                                       George P. Sibley, III
                                       HUNTON & WILLIAMS LLP
                                       Riverfront Plaza, East Tower
                                       951 E. Byrd St.
                                       Richmond, Virginia 23219
                                       (804) 788-8200
                                       (804) 788-8218 (fax)
                                       jkearfott@hunton.com
                                       gsibley@hunton.com

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:                                    )
                                          )
MTBE PRODUCTS LITIGATION                  )          MDL Docket No. 1358
                                          )

### EL PASO MERCHANT ENERGY-PETROLEUM COMPANY'S J.P.M.L. RULE 5.3 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 5.3, J.P.M.L., El Paso Merchant Energy-Petroleum Company submits the following Corporate Disclosure Statement:

El Paso Merchant Energy-Petroleum Company's parent corporation is El Paso CGP Company. El Paso CGP Company is a wholly owned subsidiary of El Paso Corporation, which is a publicly-held corporation.

Dated:  July 23, 2010

Brent Allen
HOWREY LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 783-0800

*Attorneys for Defendant El Paso Merchant Energy-Petroleum Company*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** |

**Crown Central LLC's Statement Pursuant to Rule 5.3(a)**

Pursuant to Rule 5.3(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Crown Central LLC certifies that Crown Central LLC is a privately held limited liability company whose sole member is Crown Central Holdings, Inc., which is 100% owned by Rosemore Holdings, Inc., which is 100% owned by Rosemore, Inc. None of the firms listed here is publicly held.

Dated: Hartford, Connecticut
        July 21, 2010

                        CROWN CENTRAL LLC


                        By: /s/ Ben M. Krowicki
                        Ben M. Krowicki
                        BINGHAM MCCUTCHEN, LLP
                        One State Street
                        Hartford, CT  06103-3178
                        860.240.2700

                        Evan J. Benanti
                        BINGHAM MCCUTCHEN LLP
                        One Federal Street
                        Boston, MA  02110
                        617.951.8000

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: Methyl Tertiary Butyl Ether    )
("MTBE") Product Liability Litigation  )
                            )
―――――――――――――――― )  MDL No. 1358
                            )
                            )  **CONOCOPHILLIPS COMPANY'S**
                            )  **DISCLOSURE STATEMENT**
                            )  **PURSUANT TO RULE 5.3(A)**
                            )
                            )

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned, counsel of record for defendant ConocoPhillips Company, certifies, to the best of their knowledge, as follows:

      1.     ConocoPhillips Company's parent is ConocoPhillips, which is a publicly traded company.  ConocoPhillips does not have a parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: July 20, 2010                       LATHAM & WATKINS LLP

                                                 John L. Lyons
                                               355 South Grand Ave.
                                               Los Angeles, CA 90071
                                               (213) 485-1234

                                               Alan E. Kraus
                                             Keena M. Hausmann (admitted *pro hac vice*)
                                               One Newark Center, 16th Floor
                                             Newark, NJ 07101-3174
                                             (973) 639-1234

                                             *Attorneys ConocoPhillips Company*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In re Methyl Tertiary-Butyl Ether ("MTBE") Products Liability Litigation** _____ <br><br> **This document relates to:** <br><br> *Village of Bethalto v. Ashland, Inc., et al.,* **United States District Court for the Southern District of Illinois (Case No. 3:10-CV-396)** <br><br> *Town of Kouts v. Ashland, Inc., et al.,* **United States District Court for the Northern District of Indiana (Case No. 2 10 CV 186)** _____ | ) <br> ) <br> ) <br> ) <br> ) <br> )  **MDL Docket No. 1358 (SAS)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

RULE 5.3 CORPORATE DISCLOSURE STATEMENTS
OF DEFENDANTS CITGO PETROLEUM CORPORATION,
CITGO REFINING AND CHEMICALS COMPANY L.P. AND
PDV MIDWEST REFINING, L.L.C.

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company L.P. and PDV Midwest Refining, L.L.C. hereby make the following Corporate Disclosure Statements:

CITGO Petroleum Corporation's parent corporation is PDV America, Inc., which is a wholly owned subsidiary of PDV Holding, Inc., which is a wholly owned subsidiary of Petróleos de Venezuela Sociedad Anónima.  No publicly-held corporation owns 10% or more of its stock.

CITGO Refining and Chemicals Company L.P. is a limited partnership.  The limited partner is CITGO Investment Company, whose parent corporation is CITGO Petroleum Corporation.  The general partner is CITGO Petroleum Corporation.  No publicly held corporation owns 10% or more of its stock.

PDV Midwest Refining, L.L.C. is 100% owned by VPHI Midwest, Inc., whose parent corporation is CITGO Petroleum Corporation.  No publicly held corporation owns 10% or more of its stock.

Dated:  July 23, 2010                    Respectfully submitted,

CITGO PETROLEUM CORPORATION, CITGO
REFINING AND CHEMICALS COMPANY L.P. AND
PDV MIDWEST REFINING, L.L.C.

By: _Lisa S. Meyer /cj_

Nathan P. Eimer (neimer@eimerstahl.com)
   (New York Bar No. 1976067)
Pamela R. Hanebutt
   (phanebutt@eimerstahl.com)
Lisa S. Meyer (lmeyer@eimerstahl.com)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Ph.  312-660-7600
Fax  312-692-1718

2

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 23rd day of July, 2010, a copy of the foregoing CORPORATE DISCLOSURE STATEMENTS OF DEFENDANTS CITGO PETROLEUM CORPORATION, CITGO REFINING AND CHEMICALS COMPANY L.P. AND PDV MIDWEST REFINING, L.L.C.  was served upon all parties of record via LexisNexis File and Serve.

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re:** Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | **MDL No. 1358** |

## CORPORATE DISCLOSURE STATEMENT FOR DEFENDANTS ATLANTIC RICHFIELD COMPANY, ARCO PRODUCTS COMPANY, BP AMOCO CHEMICAL COMPANY AND BP PRODUCTS NORTH AMERICA INC.

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for Defendants Atlantic Richfield Company, ARCO Products Company, BP Amoco Chemical Company and BP Products North America Inc. submit the following Corporate Disclosure Statement:

1. Atlantic Richfield Company's parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

2. ARCO Products Company's parent corporation is Atlantic Richfield Company. Atlantic Richfield Company's parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

3. BP Amoco Chemical Company's parent corporation is BP Company North America Inc. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North

America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

4.      BP Products North America Inc.'s parent corporations are BP Company North America Inc. and The Standard Oil Company.

BP Company North America Inc.'s parent corporation is BP Corporation North America Inc.  BP Corporation North America Inc.'s parent corporation is BP America Inc.  BP America Inc.'s parent corporation is BP Holdings North America Limited.  BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

The Standard Oil Company's parent corporations are BP America Inc. and BP Company North America Inc.  BP America Inc.'s parent corporation is BP Holdings North America Limited.  BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.  BP Company North America Inc.'s parent corporation is BP Corporation North America Inc.  BP Corporation North America Inc.'s parent corporation is BP America Inc.   BP America Inc.'s parent corporation is BP Holdings North America Limited.  BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

Dated: July 23, 2010                    Respectfully Submitted,


                                        _____
                                        J. Andrew Langan, P.C.
                                        Wendy Bloom
                                        Christopher J. Esbrook
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, IL 60654
                                        (312) 862-2000 Telephone
                                        (312) 862-2200 Facsimile

                                        *Attorneys for Defendants Atlantic Richfield
                                        Company, ARCO Products Company,
                                        BP Amoco Chemical Company and BP
                                        Products North America Inc.*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE")<br>Products Liability Litigation<br><br>This Document Relates To:<br><br>*Village of Bethalto v. Ashland Inc., et al.,*<br>United States District Court for the Southern<br>District of Illinois (Case No. 3:10-CV-396)<br><br>*Town of Kouts v. Ashland Inc., et al.,*<br>United States District Court for the Northern<br>District of Indiana (Case No. 2:10-CV-186) | **MDL No. 1358** |

### ASHLAND INC.'S STATEMENT PURSUANT TO RULE 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for Defendant Ashland Inc. certifies the following:

There are no parent corporations of Ashland Inc. Based upon information contained in form 13G/A filed by BlackRock, Inc., BlackRock, Inc. owns, directly or indirectly, 10% or more of the stock of Ashland Inc.

Dated: July 22, 2010

Steven L. Leifer
BAKER BOTTS L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
(202) 639-7723

*Attorneys for Ashland Inc.*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION )<br><br>This Documents Relates to:<br><br>*Village of Bethalto v. Ashland, Inc., et al.,*<br>United States District Court for the Southern<br>District of Illinois (Case No. 3:10-CV-396)<br><br>*Town of Kouts v. Ashland, Inc., et al.*<br>United States District Court for the Northern<br>District of Indiana (Case No. 2 10 CV 186) | MDL NO. 1358 (SAS) |

**ExxonMobil Chemical Company's Statement Pursuant to Rule 5.3(a)**

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant ExxonMobil Chemical Company certifies that ExxonMobil Chemical Company is a division of Exxon Mobil Corporation, and that there are no publicly held corporations (domestic or foreign) that own 10% or more of Exxon Mobil Corporation's stock.


Dated: New York, New York
        July 23, 2010

                              EXXONMOBIL CHEMICAL COMPANY


                              By: _____
                                  Peter John Sacripanti
                                  McDERMOTT, WILL & EMERY
                                  50 Rockefeller Plaza
                                  New York, New York 10020
                                  Tel: (212) 547-5400
                                  Fax: (212) 547-5444

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates to:<br><br>*Village of Bethalto v. Ashland, Inc., et al.,*<br>United States District Court for the Southern District of Illinois (Case No. 3:10-CV-396)<br><br>*Town of Kouts v. Ashland, Inc., et al.*<br>United States District Court for the Northern District of Indiana (Case No. 2 10 CV 186) | MDL NO. 1358 (SAS) |

### ExxonMobil Oil Corporation's Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant ExxonMobil Oil Corporation ("ExxonMobil Oil") certifies that ExxonMobil Oil's corporate parent is Mobil Corporation, and that Mobil Corporation owns 100% of ExxonMobil Oil's stock..

Dated: New York, New York
        July 23, 2010

EXXONMOBIL OIL CORPORATION

By: _____
    Peter John Sacripanti
    McDERMOTT, WILL & EMERY
    50 Rockefeller Plaza
    New York, New York 10020
    Tel: (212) 547-5400
    Fax: (212) 547-5444

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 1358 (SAS) |
| This Documents Relates to: | ) ) | |
| *Village of Bethalto v. Ashland, Inc., et al.,* United States District Court for the Southern District of Illinois (Case No. 3:10-CV-396) | ) ) ) ) | |
| *Town of Kouts v. Ashland, Inc., et al.* United States District Court for the Northern District of Indiana (Case No. 2 10 CV 186) | ) ) ) | |

### Mobil Corporation's Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Mobil Corporation certifies that Mobil Corporation's corporate parent is Exxon Mobil Corporation, and that Exxon Mobil Corporation owns 100% of Mobil Corporation's stock.

Dated: New York, New York
        July 23, 2010

                                    MOBIL CORPORATION

                                    By: _____
                                    Peter John Sacripanti
                                    McDERMOTT, WILL & EMERY
                                    50 Rockefeller Plaza
                                    New York, New York 10020
                                    Tel: (212) 547-5400
                                    Fax: (212) 547-5444

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
| | ) MDL NO. 1358 (SAS) |
| This Documents Relates to: | ) ) |
| *Village of Bethalto v. Ashland, Inc., et al.,* United States District Court for the Southern District of Illinois (Case No. 3:10-CV-396) | ) ) ) ) ) |
| *Town of Kouts v. Ashland, Inc., et al.* United States District Court for the Northern District of Indiana (Case No. 2 10 CV 186) | ) ) ) ) |

### Exxon Mobil Corporation's Statement Pursuant to Rule 5.3(a)

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Exxon Mobil Corporation ("ExxonMobil") certifies that ExxonMobil is the corporate parent, and that there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of ExxonMobil's stock.

Dated:  New York, New York
        July 23, 2010

                              EXXON MOBIL CORPORATION

                              By: _____
                              Peter John Sacripanti
                              McDERMOTT, WILL & EMERY
                              50 Rockefeller Plaza
                              New York, New York 10020
                              Tel: (212) 547-5400
                              Fax: (212) 547-5444

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |
|  | ) MDL 1358 |
| This Documents Relates To: | ) ) ) |
|  | ) |
| *Village of Bethalto v. Ashland, Inc., et al.*, United States District Court for the Southern District of Illinois (Case No. 3:10-CV-396) | ) ) ) |
|  | ) |
| *Town of Kouts v. Ashland, Inc., et al.* United States District Court for the Northern District of Indiana (Case No. 2 10 CV 186) | ) ) ) |
|  | ) |

## CERTIFICATE OF SERVICE

Lauren Handel, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 23rd day of July, 2010, I caused to be served by first class mail and electronic mail upon counsel listed on the attached Panel Service List (except Peter Sacripanti of my firm) a true and correct copy of the following documents:

- Defendants Motion to Vacate Conditional Transfer Order 36

- Ashland Inc.'s Statement Pursuant to Rule 5.3(a)

- Corporate Disclosure Statement for Defendants Atlantic Richfield Company, ARCO Products Company, BP Amoco Chemical Company and BP Products North America Inc.

- Rule 5.3 Corporate Disclosure Statements of Defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company L.P., and PDV Midwest Refining, L.L.C.

- ConocoPhillips Company's Disclosure Statement Pursuant to Rule 5.3(a)

- Crown Central LLC's Statement Pursuant to Rule 5.3(a)

- El Paso Merchant Energy-Petroleum Company's JPML Rule 5.3 Corporate Disclosure Statement

- Exxon Mobil Corporation's Statement Pursuant to Rule 5.3(a)

- ExxonMobil Chemical Company's Statement Pursuant to Rule 5.3(a)

- ExxonMobil Oil Corporation's Statement Pursuant to Rule 5.3(a)

- Flint Hills Resources LP's Statement Pursuant to Rule 5.3(a)

- Corporate Disclosure Statement Pursuant to Rule 5.3 of Gulf Oil Limited Partnership

- Marathon Oil Company's and Marathon Petroleum Company LLC's Statement Pursuant to Rule 5.3(a)

- Mobil Corporation's Statement Pursuant to Rule 5.3(a)

- Corporate Disclosure Statement of Motiva Enterprises LLC

- Corporate Disclosure Statement of Shell Oil Products Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Texaco Refining and Marketing Inc., Texaco Refining and Marketing (East) Inc., and TMR Company

- Defendants Valero Energy Corporation, Valero Refining and Marketing Company, Valero Marketing and Supply Company, The Premcor Refining Group Inc., Valero Refining Company-Oklahoma's Disclosure Statement Pursuant to Rule 5.3 of the JPML

Lauren Handel

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION                              MDL No. 1358

### PANEL SERVICE LIST (CTO-36)

Village of Bethalto v. Ashland, Inc., et al., S.D. Illinois, C.A. No. 3:10-396
    (Judge G. Patrick Murphy)
Town of Kouts v. Ashland, Inc., et al., N.D. Indiana, C.A. No. 2:10-186
    (Judge Theresa L. Springmann)

William W. Barrett
WILLIAMS BARRETT & WILKOWSKI LLP
600 N. Emerson Avenue
Greenwood, IN 46143
wbarrett@wbwlawyers.com

Robin L. Greenwald
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
rgreenwald@weitzlux.com

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922
psacripanti@mwe.com

Bart C. Sullivan
FOX GALVIN LLC
One South Memorial Drive
12th Floor
St. Louis, MO 63102
bsullivan@foxgalvin.com

Scott Summy
BARON & BUDD PC
The Centrum Building, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-3605
ssummy@baronbudd.com

Andrew J. Yoder
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
drew.yoder@bakerbotts.com