Case MDL No. 1358   Document 297   Filed 07/28/10   Page 1 of 4

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|   |   |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Product Liability Litigation | MDL Docket No. 1358 |

**DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO RULE 5.3**

Pursuant to Rule 5.3 of the Judicial Panel on Multidistrict Litigation, Defendants Chevron Corporation (formerly known as ChevronTexaco Corporation), Chevron U.S.A., Inc., and Texaco Inc. state the following:

1. Chevron Corporation states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

2. Chevron U.S.A., Inc. states that its ultimate parent corporation is Chevron Corporation (formerly known as Chevron Texaco Corporation), and that no other publicly held corporation owns 10% or more of its stock.

3. Texaco Inc. states that its ultimate parent corporation is Chevron Corporation (formerly known as ChevronTexaco Corporation) and that no other publicly held corporation owns 10% or more of its stock.

Dated: July 23, 2010

Respectfully submitted,

_____
Robert A. Meadows
Charles C. Correll, Jr.
Russell D. Workman
Jamie Miller
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Richard E. Wallace, Jr.
Peter C. Condron
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W., Harbourside
Washington D.C., 20007
Telephone: (202) 204-1000
**Attorneys for Defendants, Chevron Corporation, Chevron U.S.A. Inc., and Texaco Inc.**

Case MDL No. 1358   Document 297   Filed 07/28/10   Page 3 of 4

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

## PROOF OF SERVICE

*Village of Bethalto v. Ashland, Inc., et al., Southern District of Illinois, C.A. No. 3:10-396*
*Town of Kouts v. Ashland, Inc., et al., Northern District of Indiana, C.A. No. 2:10-186*

I am a citizen of the United States, over 18 years of age and not party to the within action. I am employed in the county of Harris, Texas; my business address is 1100 Louisiana Street, Suite 4000, Houston, Texas 77002.

On July 23, 2010, I served the within document:

1. *Defendants' Disclosure Statement Pursuant to Rule 5.3*

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

**See Attached Service List**

[ ] **VIA FAX:** I caused such documents to be transmitted via fax to the stated parties at their respective facsimile numbers.

[ ] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter data is more than one day after date of deposit for mailing in affidavit.

[X] **VIA E-MAIL:** I caused such documents to be transmitted via electronic mail to the stated parties at their respective e-mail addresses.

[ ] **VIA HAND DELIVERY:** I caused such envelope, to be hand delivered to the stated parties.

[ ] **VIA EXPRESS CARRIER:** I caused such documents to be collected by an agent for _____ to be delivered to the offices of the stated parties.

I declare under penalty of perjury under the laws of the State of Texas that the foregoing is true and correct.

Executed on July 23, 2010, at Houston, Texas.

Jamie Miller

## PANEL SERVICE LIST

William W. Barrett
WILLIAMS BARRETT & WILKOWSKI LLP
600 N. Emerson Avenue
Greenwood, IN 46143
wbarrett@wbwlaywers.com

Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
mdl1358@weitzlux.com

Peter J. Sacripanti, Esq.
McDERMOTT, WILL & EMERY LLP
340 Madison Avenue, 14th Floor
New York, NY 10173-1922
mdl1358@mwe.com

Bart C. Sullivan
FOX GALVIN LLC
One South Memorial Drive
12th Floor
St. Louis, MO 63102
bsullivan@foxgalvin.com

Scott Summy
BARON & BUDD PC
The Centrum Building, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-3605
ssummy@baronbudd.com

Andrew J. Yoder
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
drew.yoder@bakerbotts.com