Case MDL No. 1358 Document 298 Filed 07/28/10 Page 1

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL No. 1358 |

This Document Pertains to:

*Village of Bethalto v. Ashland, Inc., et al.*; S.D. Illinois, C.A. 3:10-396 (Judge G. Patrick Murphy); and

*Town of Kouts v. Ashland, Inc., et al.*; N.D. Indiana, C.A. No. 2:10-186 (Judge Theresa L. Springmann)

### DEFENDANT TOTAL PETROCHEMICALS USA, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Judicial Panel on Multidistrict Litigation Rule of Procedure 5.3, Defendant TOTAL PETROCHEMICALS USA, INC. states that its parent corporation is TOTAL Delaware, Inc. TOTAL Delaware, Inc.'s parent corporation is TOTAL Holdings USA, Inc. TOTAL Holdings USA, Inc.'s parent corporation is TOTAL GESTION U.S.A., which is a French corporation. TOTAL GESTION U.S.A.'s parent corporation is TOTAL S.A., which is also a French corporation. TOTAL S.A. has no parent corporation. No other publicly held corporation owns 10% or more of TOTAL PETROCHEMICALS USA, INC.'s stock.

Respectfully submitted,

*[signature]*

M. Coy Connelly
Amy E. Parker
BRACEWELL & GIULIANI LLP
711 Louisiana St., Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 221-1335
Telecopier: (713) 221-2159

ATTORNEY FOR DEFENDANT
TOTAL PETROCHEMICALS USA, INC.

## PROOF OF SERVICE

I hereby certify that a true and correct copy of Defendant TOTAL PETROCHEMICAL USA, INC.'s Corporate Disclosure Statement was served upon all counsel listed on the Panel Service List (CTO-36) via electronic mail and all MDL 1358 counsel of record via LexisNexis File & Serve on the 23rd day of July, 2010.

*[signature]*

M. Coy Connelly

Case MDL No. 1358   Document 298   Filed 07/28/10   Page 3 of 3

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 28, 2010

FILED
CLERK'S OFFICE

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION

MDL No. 1358

## PANEL SERVICE LIST (CTO-36)

Village of Bethalto v. Ashland, Inc., et al., S.D. Illinois, C.A. No. 3:10-396
    (Judge G. Patrick Murphy)
Town of Kouts v. Ashland, Inc., et al., N.D. Indiana, C.A. No. 2:10-186
    (Judge Theresa L. Springmann)

William W. Barrett
WILLIAMS BARRETT & WILKOWSKI LLP
600 N. Emerson Avenue
Greenwood, IN 46143
**wbarrett@wbwlawyers.com**

Robin L. Greenwald
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
**rgreenwald@weitzlux.com**

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922
**psacripanti@mwe.com**

Bart C. Sullivan
FOX GALVIN LLC
One South Memorial Drive
12th Floor
St. Louis, MO 63102
**bsullivan@foxgalvin.com**

Scott Summy
BARON & BUDD PC
The Centrum Building, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-3605
**ssummy@baronbudd.com**

Andrew J. Yoder
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
**drew.yoder@bakerbotts.com**