UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Aug 12, 2010**

**FILED**
**CLERK'S OFFICE**

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on September 30, 2010, the Panel will convene a hearing session in Nashville, Tennessee, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 16.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 439 (2001).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 16.1(c). *Id*. The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 16.1(b), to designate any of those matters for oral argument. *Id*.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION:

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | Barbara S. Jones |

SCHEDULE OF MATTERS FOR HEARING SESSION
September 30, 2010 -- Nashville, Tennessee

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT[1]

MDL No. 2186 -- **IN RE: FRESH AND PROCESS POTATOES ANTITRUST LITIGATION**

Motion of plaintiffs Brigiotta's Farmland Produce and Garden Center, Inc., for centralization of the following actions in the United States District Court for the District of Idaho:

Central District of California

Todd Simon v. United Potato Growers of Idaho, Inc., et al., C.A. No. 2:10-4647

District of Idaho

Brigiotta's Farmland Produce and Garden Center, Inc. v. United Potato Growers of Idaho, Inc., et al., C.A. No. 4:10-307

---

[1] This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rule 7.2(a)(ii), 199 F.R.D. 425, 433-34 (2001). In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Rule 7.4, Id. at 435-36.

Schedule of Matters for Hearing Session, Section A										p. 2
Nashville, Tennessee

MDL No. 2187 -- **IN RE: AVAULTA PELVIC SUPPORT SYSTEMS PRODUCTS LIABILITY LITIGATION**

    Motion of plaintiffs for centralization of the following actions in the United States District Court for the Southern District of West Virginia or, in the alternative, the United States District Court for the Northern District of Georgia:

    <u>Northern District of Georgia</u>

    Gail Chaplin, et al. v. C.R. Bard, Inc., et al., C.A. No. 1:09-1876
    Cynthia H. Cowan, et al. v. C.R. Bard, Inc., et al., C.A. No. 1:09-3339
    Cindy Ezell, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3539
    Julie Dodd, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3540
    Janet McNally, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3541
    Patricia McCallan v. C.R. Bard, Inc., C.A. No. 1:09-3542
    Sally Pete, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3543
    Anne McVay, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3544
    Beatrice Santillan, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3545
    Mary Lou Riley v. C.R. Bard, Inc., C.A. No. 1:09-3546
    Kelly Poltermann, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3642
    Jacqueline M. Spangler v. C.R. Bard, Inc., et al., C.A. No. 1:09-3643
    Kathryn Huston, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3644
    Linda Rizzo, et al. v. C.R. Bard, Inc., C.A. No. 1:09-3645
    Jerry Dalman v. C.R. Bard, Inc., C.A. No. 1:09-3646
    Debra Broussard, et al. v. Caldera Medical, Inc., et al., C.A. No. 1:10-1021
    Jeannie Everly, et al. v. C.R. Bard, Inc., C.A. No. 1:10-1094
    Lucy Tyson, et al. v. C.R. Bard, Inc., C.A. No. 1:10-1913
    Susan B. Hirt, et al. v. Bard Peripheral Vascular, Inc., et al., C.A. No. 1:10-1924

    <u>District of South Dakota</u>

    Theresa Ann Padgett, et al. v. C.R. Bard, Inc., C.A. No. 5:09-5068

    <u>Northern District of West Virginia</u>

    Robin Fabian, et al. v. C.R. Bard, Inc., et al., C.A. No. 5:10-70

Schedule of Matters for Hearing Session, Section A     p. 3
Nashville, Tennessee

MDL No. 2187 (Continued)

        Southern District of West Virginia

    Angela Stroud, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-484
    Patty Lewis, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-485
    Louella Perry, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-524
    Martha Martin v. C.R. Bard, Inc., et al., C.A. No. 3:09-525
    Charlotte Deal, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-526
    Pamela Hatfield v. C.R. Bard, Inc., et al., C.A. No. 3:09-527
    Rayetta Baumgardner v. C.R. Bard, Inc., et al., C.A. No. 3:09-528
    Beulah Stephens, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-529
    Tammy Martin, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:09-625
    Linda Jones v. C.R. Bard, Inc., et al., C.A. No. 3:09-766
    Rebecca Smith v. C.R. Bard, Inc., et al., C.A. No. 3:09-893
    Mary Watson v. C.R. Bard, Inc., et al., C.A. No. 3:09-1555
    Tammy Clark, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:10-353
    Betty Adkins, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:10-824
    Marcie Holton, et al. v. C.R. Bard, Inc., et al., C.A. No. 3:10-857

MDL No. 2188 -- **IN RE: APPLE INC. IPHONE 4 MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

    Motions of plaintiffs David Popik and Michael James Goodlick, et al., for centralization of certain of the following actions in the United States District Court for the Northern District of California and motion, as amended, of Steve Tietze for centralization of certain of the following actions in the United States District Court for the Northern District of California:

        Northern District of California

    Greg Aguilera, II v. Apple, Inc., et al., C.A. No. 3:10-3056
    Michael James Goodlick, et al. v. Apple, Inc., et al., C.A. No. 5:10-2862
    Alan Benvenisty v. Apple, Inc., C.A. No. 5:10-2885
    Christopher Dydyk v. Apple, Inc., C.A. No. 5:10-2897
    Jeffrey Rodgers v. Apple, Inc., C.A. No. 5:10-2916
    David Popik v. Apple, Inc., et al., C.A. No. 5:10-2928
    Steve Tietze v. Apple Inc., C.A. No. 5:10-2929

Schedule of Matters for Hearing Session, Section A                                  p. 4
Nashville, Tennessee

MDL No. 2188 (Continued)

        Northern District of California (Continued)

Charles Pasano v. Apple, Inc., et al., C.A. No. 5:10-3010
A. Todd Mayo v. Apple, Inc., et al., C.A. No. 5:10-3017

        Southern District of Florida

Stacy Milrot v. Apple Inc., et al., C.A. No. 0:10-61130

        District of Massachusetts

Dr. Thomas Gionis v. Apple, Inc., et al., C.A. No. 1:10-11110

        District of Maryland

Kevin McCaffrey, et al. v. Apple, Inc., et al., C.A. No. 1:10-1776

        Middle District of Tennessee

David C. Purdue v. Apple, Inc., et al., C.A. No. 3:10-687

        Southern District of Texas

Hung Michael Nguyen v. Apple, Inc., C.A. No. 3:10-252

MDL No. 2189 -- **IN RE: BP SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

    Motion of plaintiff Charis Moule for centralization of the following actions in the United States District Court for the Northern District of Illinois:

        Northern District of Illinois

Charis Moule v. BP Corp., North America, Inc., et al., C.A. No. 1:10-3990
Syed Arshadullah, et al. v. BP, PLC, et al., C.A. No. 1:10-4026

Schedule of Matters for Hearing Session, Section A                 p. 5
Nashville, Tennessee

MDL No. 2189 (Continued)

      Southern District of New York

  Ralph Whitley v. BP, PLC, et al., C.A. No. 1:10-4935

MDL No. 2190 -- **IN RE: MCNEIL CONSUMER HEALTHCARE, ET AL., MARKETING AND SALES PRACTICES LITIGATION**

    Motion of plaintiff John Smith for centralization of certain of the following actions in the United States District Court for the Northern District of Illinois and motion of plaintiff Dana Rivera for centralization of the following actions in the United States District Court for the Central District of California:

      Central District of California

  Dana Rivera v. Johnson & Johnson, et al., C.A. No. 2:10-5216

      Northern District of Illinois

  John Smith v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-3198
  Wayne Burrell v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-4252
  Jennifer DeGroot v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-4253
  Justin Michaud v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-4254
  Landy Nguyen v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-4255
  Emile Roberson, et al. v. McNeil Consumer Healthcare, et al., C.A. No. 1:10-4256

      Eastern District of Pennsylvania

  Barbara Haviland, et al. v. McNeil Consumer Healthcare, et al., C.A. No. 2:10-2195

Schedule of Matters for Hearing Session, Section A                                    p. 6
Nashville, Tennessee


MDL No. 2191 -- **IN RE: TRANSOCEAN LTD. SECURITIES LITIGATION**

    Motion of plaintiff Johnson Investment Counsel, Inc., for centralization of the following actions in the United States District Court for the Southern District of New York:

    Eastern District of Louisiana

Thomas Yuen, et al. v. Transocean, Ltd., et al., C.A. No. 2:10-1467

    Southern District of New York

Johnson Investment Counsel, Inc. v. Transocean, Ltd., et al., C.A. No. 1:10-4515


MDL No. 2192 -- **IN RE: FEDEX OFFICE AND PRINT SERVICES, INC., CALIFORNIA WAGE AND HOUR EMPLOYMENT PRACTICES LITIGATION**

    Motion of defendant FedEx Office and Print Services, Inc., for centralization of the following actions in the United States District Court for the Central District of California:

    Central District of California

Narek Eloyan, et al. v. FedEx Office & Print Services, Inc., et al., C.A. No. 2:10-4715

    Northern District of California

Gary Minor, et al. v. FedEx Office & Print Services, Inc., et al., C.A. No. 3:09-1375


MDL No. 2193 -- **IN RE: BANK OF AMERICA HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) CONTRACT LITIGATION**

    Motion of plaintiffs Isaac Mikhail, et al., for centralization of the following actions in the United States District Court for the District of New Jersey or, in the alternative, the United States District Court for the Central District of California, or the United States District Court for the Western District of Washington:

    District of Arizona

Teresa Follmer, et al. v. Bank of America, NA, et al., C.A. No. 2:10-1435

Schedule of Matters for Hearing Session, Section A            p. 7
Nashville, Tennessee


MDL No. 2193 (Continued)


      Central District of California

Debra Matthews v. BAC Home Loans Servicing, LP, et al., C.A. No. 2:10-5506

      Northern District of California

Britta Brewer, et al. v. Bank of America, NA, et al., C.A. No. 3:10-1884

      Eastern District of Louisiana

Dominique Flicher, et al. v. BAC Home Loan Servicing, LP, et al., C.A. No. 2:10-1902

      District of Massachusetts

Patricia Johnson v. BAC Home Loans Servicing, LP, C.A. No. 1:10-10316
Francilot Mangura v. BAC Home Loans Servicing, LP, C.A. No. 1:10-11008

      District of New Jersey

Isaac Mikhail, et al. v. Bank of America, NA, et al., C.A. No. 2:10-3630

      Eastern District of Pennsylvania

Joseph Haber, et al. v. Bank of America, NA, et al., C.A. No. 2:10-3524

      Western District of Washington

Michael Chugg v. BAC Home Loans Servicing LP, et al., C.A. No. 2:10-332
Kamie Kahlo, et al. v. Bank of America NA, et al., C.A. No. 2:10-488
Anthony Soper, et al. v. Bank of America, N.A., et al., C.A. No. 2:10-1194

      Southern District of West Virginia

Beatrice D.C. Zubaidi v. Countrywide Home Loans Servicing, LP, C.A. No. 2:09-1070
Marion V. Smith v. BAC Home Loans Servicing, LP, C.A. No. 2:10-354

Schedule of Matters for Hearing Session, Section A                                           p. 8
Nashville, Tennessee


MDL No. 2193 (Continued)


        <u>Eastern District of Wisconsin</u>

    Anna Modenhauer v. BAC Home Loan Servicing LP, et al., C.A. No. 2:10-544

# SECTION B
# MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 875 -- **IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)**

     Oppositions of plaintiffs Linda Olschewske, et al.; Dale Powers; and Ronald Eckerle to transfer of their respective following actions to the United States District Court for the Eastern District of Pennsylvania:

     Northern District of California

     Linda Olschewske, et al. v. Asbestos Defendants, et al., C.A. No. 4:10-1729
     Dale Powers v. Allis Chalmer Corp. Product Liability Trust, et al., C.A. No. 4:10-1921

     Eastern District of Louisiana

     Ronald Eckerle v. Northrop Grumman Shipbuildings, Inc., et al., C.A. No. 2:10-1460

MDL No. 1358 -- **IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION**

     Opposition of defendants Ashland, Inc., et al., to transfer of the following actions to the United States District Court for the Southern District of New York:

     Southern District of Illinois

     Village of Bethalto v. Ashland, Inc., et al., C.A. No. 3:10-396

     Northern District of Indiana

     Town of Kouts v. Ashland, Inc., et al., C.A. No. 2:10-186

Schedule of Matters for Hearing Session, Section B                                    p. 10
Nashville, Tennessee


MDL No. 1551 -- **IN RE: RECIPROCAL OF AMERICA (ROA) SALES PRACTICES LITIGATION**

      Opposition of plaintiff Bullock County Hospital to transfer of the following action to the United States District Court for the Western District of Tennessee:

      <u>Middle District of Alabama</u>

      Bullock County Hospital v. Ronald Ferguson, et al., C.A. No. 2:10-429


MDL No. 1769 -- **IN RE: SEROQUEL PRODUCTS LIABILITY LITIGATION**

      Opposition of defendants AstraZeneca LP and AstraZeneca Pharmaceuticals LP to remand, under 28 U.S.C. § 1407(a), of 5,999 actions to their respective transferor courts (these actions are listed in MDL No. 1769 pleading numbers 353 and 356).


MDL No. 1905 -- **IN RE: MEDTRONIC, INC., SPRINT FIDELIS LEADS PRODUCTS LIABILITY LITIGATION**

      Opposition of plaintiff Robin Perry, etc., to transfer of the following action to the United States District Court for the District of Minnesota:

      <u>Eastern District of Texas</u>

      Robin Perry, etc. v. Medtronic, Inc., C.A. No. 6:10-306


MDL No. 1928 -- **IN RE: TRASYLOL PRODUCTS LIABILITY LITIGATION**

      Opposition of defendants Bayer Corp.; Bayer HealthCare Pharmaceuticals, Inc.; and Bayer HealthCare LLC to transfer of the following action to the United States District Court for the Southern District of Florida:

      <u>District of New Jersey</u>

      Laurie Simpson, et al. v. Bayer Pharmaceutical Corp., et al., C.A. No. 2:05-3895

Schedule of Matters for Hearing Session, Section B                          p. 11
Nashville, Tennessee

MDL No. 1968 -- **IN RE: DIGITEK PRODUCTS LIABILITY LITIGATION**

     Oppositions of plaintiff Felecia Beasley, etc., and defendants Guardian Pharmacies, LLC; Guardian Pharmacy of Southeast Georgia, LLC; and Senior Care Pharmacy of Statesboro to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

     Middle District of Alabama

     Felecia Beasley, etc. v. Actavis Group hf, et al., C.A. No. 2:10-375

     Southern District of Georgia

     Stephen Yarbrough, et al. v. Actavis Totowa, LLC, et al., C.A. No. 4:10-129


MDL No. 2029 -- **IN RE: ONLINE DVD RENTAL ANTITRUST LITIGATION**

     Opposition of movant Blockbuster Inc. to transfer of the following action to the United States District Court for the Northern District of California:

     Northern District of Texas

     In re: Rule 45 Deposition Subpoena served on Blockbuster Inc., Misc. No. 3:10-67


MDL No. 2036 -- **IN RE: CHECKING ACCOUNT OVERDRAFT LITIGATION**

     Oppositions of plaintiff Harold J. Joseph and defendants BancorpSouth, Inc., and Webster Bank, N.A., to transfer of their respective following actions to the United States District Court for the Southern District of Florida:

     Northern District of Florida

     Shane Swift v. BancorpSouth, Inc., C.A. No. 1:10-90

     Western District of Missouri

     Harold J. Joseph, Jr. v. Commerce Bank N.A., et al., C.A. No. 4:10-685

Schedule of Matters for Hearing Session, Section B                                        p. 12
Nashville, Tennessee

MDL No. 2036 (Continued)

        Southern District of New York

    Jane Emmons v. Webster Bank, N.A., C.A. No. 1:10-4172

MDL No. 2047 -- **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION**

    Motions of plaintiffs Taylor Morrison, Inc., et al., and defendants Lennar Corp.; Lennar Homes, LLC; and U.S. Home Corp. to transfer their respective following actions to the United States District Court for the Eastern District of Louisiana:

        Middle District of Florida

    Taylor Morrison, Inc., et al. v. American International Specialty Lines Insurance Co.,
      C.A. No. 8:10-1347

        Southern District of Florida

    Mid-Continent Casualty Co. v. Active Drywall South, Inc., et al., C.A. No. 1:10-20859
    Mid-Continent Casualty Co. v. JDM Builders, Inc., et al., C.A. No. 1:10-20862

MDL No. 2068 -- **IN RE: LIGHT CIGARETTES MARKETING AND SALES PRACTICES LITIGATION**

    Opposition of plaintiffs Lisa Watson, et al., to transfer of the following action to the United States District Court for the District of Maine:

        Eastern District of Arkansas

    Lisa Watson, et al. v. Altria Group, Inc., et al., C.A. No. 4:10-396

Schedule of Matters for Hearing Session, Section B								p. 13
Nashville, Tennessee


MDL No. 2073 -- **IN RE: OPTIMAL STRATEGIC U.S. EQUITY FUND SECURITIES LITIGATION**

     Opposition of plaintiffs Abraham Rembaum, et al., to transfer of the following action to the United States District Court for the Southern District of Florida:

     Southern District of New York

     Abraham Rembaum, et al. v. Banco Santander, S.A., et al., C.A. No. 1:10-4095


MDL No. 2100 -- **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

     Opposition of plaintiff Shevawn Feeney to transfer of the following action to the United States District Court for the Southern District of Illinois:

     Northern District of Illinois

     Shevawn Feeney v. Bayer Corp., et al., C.A. No. 1:10-3696


MDL No. 2119 -- **IN RE: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) LITIGATION**

     Motion of plaintiffs Michele A. Christian, et al., to transfer the following action to the United States District Court for the District of Arizona:

     Eastern District of Pennsylvania

     Michele A. Christian, et al. v. Fulton Financial Corp., et al., C.A. No. 5:10-789

Schedule of Matters for Hearing Session, Section B                              p. 14
Nashville, Tennessee


MDL No. 2151 -- **IN RE: TOYOTA MOTOR CORP. UNINTENDED ACCELERATION MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

     Oppositions of plaintiffs Beverly Ifergan; Mary O'Rourke, et al.; and Janice Markowitz to transfer of their respective following actions to the United States District Court for the Central District of California:

     Eastern District of New York

     Beverly Ifergan v. Toyota Motor Sales U.S.A., Inc., et al., C.A. No. 1:10-1116

     Southern District of Ohio

     Mary O'Rourke, et al. v. Toyota Motor Sales U.S.A., Inc., C.A. No. 3:10-124

     Western District of Pennsylvania

     Janice Markowitz v. Toyota Motor Sales U.S.A., Inc., C.A. No. 2:10-644


MDL No. 2158 -- **IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY LITIGATION**

     Opposition of defendant Zimmer, Inc., to transfer of the following action to the United States District Court for the District of New Jersey:

     Middle District of Florida

     Karen Stinson v. Zimmer, Inc., C.A. No. 8:10-1079

RULE 16.1:   HEARING SESSIONS AND ORAL ARGUMENT

(a)   Hearing sessions of the Panel for the presentation of oral argument and consideration of matters taken under submission without oral argument shall be held as ordered by the Panel.  The Panel shall convene whenever and wherever desirable or necessary in the judgment of the Chairman.  The Chairman shall determine which matters shall be considered at each hearing session and the Clerk of the Panel shall give notice to counsel for all parties involved in the litigation to be so considered of the time, place and subject matter of such hearing session.

(b)   Each party filing a motion or a response to a motion or order of the Panel under Rules 7.2, 7.3, 7.4 or 7.6 of these Rules may file simultaneously therewith a separate statement limited to one page setting forth reasons why oral argument should, or need not, be heard.  Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard," and shall be filed and served in conformity with Rules 5.1.2 and 5.2 of these Rules.

(c)   No transfer or remand determination regarding any action pending in the district court shall be made by the Panel when any party timely opposes such transfer or remand unless a hearing session has been held for the presentation of oral argument except that the Panel may dispense with oral argument if it determines that:
   (i)   the dispositive issue(s) have been authoritatively decided; or
   (ii)  the facts and legal arguments are adequately presented in the briefs and record,
      and the decisional process would not be significantly aided by oral argument.
Unless otherwise ordered by the Panel, all other matters before the Panel, such as a motion for reconsideration, shall be considered and determined upon the basis of the papers filed.

(d)   In those matters in which oral argument is not scheduled by the Panel, counsel shall be promptly advised.  If oral argument is scheduled in a matter the Clerk of the Panel may require counsel for all parties who wish to make or to waive oral argument to file and serve notice to that effect within a stated time in conformity with Rules 5.1.2 and 5.2 of these Rules.  Failure to do so shall be deemed a waiver of oral argument by that party. If oral argument is scheduled but not attended by a party, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision by the Panel on the basis of the papers filed.

(e)   Except for leave of the Panel on a showing of good cause, only those parties to actions scheduled for oral argument who have filed a motion or written response to a motion or order shall be permitted to appear before the Panel and present oral argument.

(f)   Counsel for those supporting transfer or remand under Section 1407 and counsel for those opposing such transfer or remand are to confer separately prior to the oral argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication.

(g)   Unless otherwise ordered by the Panel, a maximum of twenty minutes shall be allotted for oral argument in each matter.  The time shall be divided equally among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.

- 2 -

       (h)     So far as practicable and consistent with the purposes of Section 1407, the offering of oral testimony before the Panel shall be avoided.  Accordingly, oral testimony shall not be received except upon notice, motion and order of the Panel expressly providing for it.

       (i)     After an action or group of actions has been set for a hearing session, consideration of such action(s) may be continued only by order of the Panel on good cause shown.