UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 12, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL No. 1358 |

This Document Pertains to:

*Village of Bethalto v. Ashland, Inc., et al.*; S.D. Illinois, C.A. 3:10-396 (Judge G. Patrick Murphy); and

*Town of Kouts v. Ashland, Inc., et al.*; N.D. Indiana, C.A. No. 2:10-186 (Judge Theresa L. Springmann)

**DEFENDANTS VALERO ENERGY CORPORATION, VALERO REFINING
AND MARKETING COMPANY, VALERO MARKETING
AND SUPPLY COMPANY, THE PREMCOR REFINING GROUP INC.,
AND VALERO REFINING COMPANY-OKLAHOMA'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 5.3(a) of the Judicial Panel on Multidistrict Litigation, the undersigned counsel makes the following disclosures:

Valero Energy Corporation is a publicly traded corporation under the symbol VLO. No entity owns 10% or more of the stock of Valero Energy Corporation.

Valero Refining and Marketing Company is not a publicly traded corporation. It is a direct subsidiary of Valero Energy Corporation.

Valero Marketing and Supply Company is not a publicly traded corporation. The indirect parent of Valero Marketing and Supply Company is Valero Energy Corporation.

The Premcor Refining Group Inc. is not a publicly traded corporation. The indirect parent of The Premcor Refining Group Inc. is Valero Energy Corporation.

Valero Refining Company – Oklahoma is not a publicly traded corporation. The indirect parent of Valero Refining Company – Oklahoma is Valero Energy Corporation.

Date: 6 August, 2010

_____
Andrew M. Taylor
Bracewell & Giuliani LLP
111 Congress Avenue, Suite 2300
Austin, Texas 78701-4061
Telephone: (512) 494-3601
Telecopier: (512) 479-3901

COUNSEL FOR DEFENDANTS
VALERO ENERGY CORPORATION, VALERO
REFINING AND MARKETING COMPANY,
VALERO MARKETING AND SUPPLY
COMPANY, VALERO REFINING COMPANY
- OKLAHOMA, VALERO REFINING - TEXAS,
L.P. (INCORRECTLY NAMED BY
PLAINTIFF AS "VALERO REFINING
COMPANY TEXAS, L.P., INDIVIDUALLY
AND AS SUCCESSOR-IN-INTEREST TO
VALERO REFINING COMPANY, TEXAS
AND VALERO REFINING COMPANY"), AND
THE PREMCOR REFINING GROUP INC.

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy of Defendants Valero Energy Corporation, Valero Refining And Marketing Company, Valero Marketing And Supply Company, The Premcor Refining Group Inc., Valero Refining Company-Oklahoma's Corporate Disclosure Statement was served upon all counsel listed on the Panel Service List (CTO-36) via electronic mail and all MDL 1358 counsel of record via LexisNexis File & Serve on the 6th day of August, 2010.

_____
Andrew M. Taylor

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION     MDL No. 1358

## PANEL SERVICE LIST (CTO-36)

Village of Bethalto v. Ashland, Inc., et al., S.D. Illinois, C.A. No. 3:10-396
    (Judge G. Patrick Murphy)
Town of Kouts v. Ashland, Inc., et al., N.D. Indiana, C.A. No. 2:10-186
    (Judge Theresa L. Springmann)

William W. Barrett
WILLIAMS BARRETT & WILKOWSKI LLP
600 N. Emerson Avenue
Greenwood, IN 46143
**wbarrett@wbwlawyers.com**

Robin L. Greenwald
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
**rgreenwald@weitzlux.com**

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922
**psacripanti@mwe.com**

Bart C. Sullivan
FOX GALVIN LLC
One South Memorial Drive
12th Floor
St. Louis, MO 63102
**bsullivan@foxgalvin.com**

Scott Summy
BARON & BUDD PC
The Centrum Building, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-3605
**ssummy@baronbudd.com**

Andrew J. Yoder
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
**drew.yoder@bakerbotts.com**