MDL 1358

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 13 2010

FILED
CLERK'S OFFICE

WEITZ
&
LUXENBERG
A PROFESSIONAL CORPORATION
• LAW OFFICES •
700 BROADWAY • NEW YORK, NY 10003
TEL. 212-558-5500 FAX 212-344-5461
WWW.WEITZLUX.COM

August 13, 2010

Request of Village of Bethalto and Town of Kouts
for Extension of Time to File Response -- GRANTED TO
AUGUST 16, 2010.
(sb - Aug 13, 2010)

*VIA ELECTRONIC MAIL AND FEDEX*

PLEADING NO. 301

Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

   Re: Docket No. 1358; Opposition to Motion to Vacate CTO-36 on behalf of *Village of Bethalto* and *Town of Kouts*; Request for Extension of Time

Dear Clerk of the Panel:

  This office represents plaintiffs in *Village of Bethalto v. Ashland, Inc., et al.*, Case No. 3:10-cv-396 (S.D. Ill.) and *Town of Kouts v. Ashland, Inc. et al.*, Case No. 2:10-cv-186 (N.D. Ind.). Both of these actions are "tag-along" actions subject to Conditional Transfer Order 36 (CTO-36), which was stayed by the United States Judicial Panel on Multidistrict Litigation (the "Panel") on July 9, 2010 pending resolution of defendants' Motion to Vacate Conditional Transfer Order 36.

  Under the briefing schedule issued by the Panel on July 9, 2010, plaintiffs' response to defendants' motion to vacate the conditional transfer order is due today, August 13, 2010. I have been involved in out-of-state meetings pertaining to another matter this week and I have not had access to my office, nor have I been able to work remotely. Accordingly, I hereby request that the Panel grant the *Village of Bethalto* and *Town of Kouts* an extension of time pursuant to Panel Rule 6.2 to respond to defendants' motion on or before August 16, 2010. Defendants' counsel who filed the subject motion to vacate has consented to this request.

Extension Letter to MDL (Bethalto & Kouts)
August 13, 2010

                      Respectfully submitted,

                      WEITZ & LUXENBERG, P.C.

                      */s Robin L. Greenwald*

                      Robin L. Greenwald
                      700 Broadway
                      New York, NY 10003
                      Tel.: (212) 558-5500
                      Fax: (212) 558-5506
                      Email: RGreenwald@weitzlux.com

                      *Counsel for Plaintiff Village of Bethalto*
                      *And Town of Kouts*

cc: All counsel on attached service list

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995

Extension Letter to MDL (Bethalto & Kouts)
August 13, 2010

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 13 2010

FILED
CLERK'S OFFICE

## SERVICE LIST

William W. Barrett
WILLIAMS BARRETT & WILKOWSKI LLP
600 N. Emerson Avenue
Greenwood, IN 46143
**wbarrett@wbwlawyers.com**

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922
**psacripanti@mwe.com**

Bart C. Sullivan
FOX GALVIN LLC
One South Memorial Drive
12th Floor
St. Louis, MO 63102
**bsullivan@foxgalvin.com**

Scott Summy
BARON & BUDD PC
The Centrum Building, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-3605
**ssummy@baronbudd.com**

Andrew J. Yoder
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
**drew.yoder@bakerbotts.com**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 13 2010

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL )
ETHER ("MTBE") )
PRODUCTS LIABILITY LITIGATION )
)
)
This Document Relates To: )
*Village of Bethalto, a Municipal* )            MDL 1358
*Corporation v. Ashland, Inc., et al.,* )
United States District Court for the )
Southern District of Illinois )
(Case No. 3:10-cv-00396-GPM-DGW) )
and
*Town of Kouts v. Ashland, Inc., et al.,*
United States District Court for the
Northern District of Indiana
(Case No. 2:10-cv-00186)

## CERTIFICATE OF SERVICE

Lyudmyla Vayner, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 13th day of August, 2010, caused to be served a true and correct copy of *the Plaintiffs' Letter to the MDL Panel Requesting Extension to Reply to Defendants' Opposition to Transfer Order*, by first class mail and electronic mail upon the following counsel for Defendants Exxon Mobil Corporation, Exxon Mobil Chemical Company, ExxonMobil Oil Corporation and Mobil Corporation and on behalf of all Defendants listed in Attachment A:

William W. Barrett
WILLIAMS BARRETT & WILKOWSKI LLP
600 N. Emerson Avenue
Greenwood, IN 46143
wbarrett@wbwlawyers.com

Peter J. Sacripanti
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
14th Floor
New York, NY 10173-1922
psacripanti@mwe.com

Bart C. Sullivan
FOX GALVIN LLC
One South Memorial Drive
12th Floor
St. Louis, MO 63102
bsullivan@foxgalvin.com

Scott Summy
BARON & BUDD PC
The Centrum Building, Suite 1100
3102 Oak Lawn Avenue
Dallas, TX 75219-3605
ssummy@baronbudd.com

Andrew J. Yoder
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002
drew.yoder@bakerbotts.com

Executed on August 13, 2010

_____
Lyudmyla Vayner

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 13 2010

FILED
CLERK'S OFFICE

## ATTACHMENT A

Ashland, Inc.
BP Amoco Chemical Company
BP Products North America Inc.
Chevron Corporation
Chevron U.S.A., Inc.
CITGO Petrolium Corporation
CITGO Refining and Chemicals Company, L.P.
ConocoPhillips Company
Crown Central LLC
El Paso Merchant Energy-Petroleum Company
Equilon Enterprises, LLC
Exxon Mobil Corporation
ExxonMobil Chemical Company
ExxonMobil Oil Corporation
Flint Hills Resources, L.P.
Gulf Oil Limited Partnership
Marathon Petroleum Company, LLC
Marathon Oil Company
Mobil Corporation
Motiva Enterprises, LLC
PDF Midwest Refining, L.L.C.
The Premcor Refining Group Inc.
Shell Oil Company
Shell Oil Products Company, LLC
Shell Petroleum, Inc.
Shell Trading (US) Company
Sunoco, Inc.
Sunoco, Inc. (R&M)
Texaco, Inc.
TMR Company
Total Petrochemicals USA, Inc.
Valero Energy Corporation
Valero Refining and Marketing Company
Valero Marketing and Supply Company