## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | |
| This Documents Relates To: ) ) | MDL 1358 |
| *City of Kennett, a Missouri Municipality v. Ashland Inc. et al.*, United States District Court for the Eastern District of Missouri (Case No. 1:10-cv-00148) ) ) ) ) ) | |
| *City of Pattonsburg, a Missouri Municipality v. Ashland Inc. et al.*, United States District Court for the Western District of Missouri (Case No. 5:10-cv-06119-FJG) | |

## NOTICE OF RELATED ACTIONS

Pursuant to Rules 7.2(i) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned counsel for Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, ExxonMobil Oil Corporation and Mobil Corporation hereby notify the Clerk of the Panel of the following "tag-along actions," as defined in JPML Rule 1.1, and state as follows:

1. The following action is now pending in the United States District Court for the Eastern District of Missouri: *City of Kennett, a Missouri Municipality v. Ashland Inc. et al.*, Case No. 1:10-cv-00148. (Complaint at Attachment A.)

2. The following action is now pending in the United States District Court for the Western District of Missouri: *City of Pattsonsburg, a Missouri Municipality v. Ashland Inc. et al.*, Case No. 5:10-cv-06119-FJG. (Complaint at Attachment B.)

3. These related cases are "tag-along actions" because they involve "common questions of fact with actions previously transferred under Section 1407" to MDL 1358. JPML Rule 1.1.

Dated: November 1, 2010

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

/s/ *Peter John Sacripanti*

Peter John Sacripanti
340 Madison Avenue
New York, NY 10017
(212) 547-5400
(212) 547-5444 (facsimile)

*Counsel for Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, ExxonMobil Oil Corporation and Mobil Corporation*