### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*City of Kennett, a Missouri Municipality v. Ashland Inc. et al.,*<br>United States District Court for the Eastern District of Missouri<br>(Case No. 1:10-cv-00148)<br><br>*City of Pattonsburg, a Missouri Municipality v. Ashland Inc. et al.,*<br>United States District Court for the Western District of Missouri<br>(Case No. 5:10-cv-06119-FJG) | ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>MDL 1358 |

### CERTIFICATE OF SERVICE

Lauren Handel, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 1st day of November, 2010, I caused to be served by first class mail upon the following counsel for Plaintiffs City of Kennett and City of Pattonsburg, a true and correct copy of the foregoing Notice of Related Actions:

Robert J. Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY  10003

Scott Summy
Carla Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas  75219-4281

Andrea Ravens Vandeloecht
CHAPMAN, COWHERD, TURNER & TSCHANNEN, P.C.
412 W. Helm
PO Box 218
Brookfield, MO  64628

*Lauren Handel*
Lauren Handel