## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*Bridgewater Water Department v. Atlantic Richfield Company, et al.*, United States District Court District of Massachusetts<br>(Case No. 1:10-cv-11500-RBC) | MDL 1358 |

### CERTIFICATE OF SERVICE

Lauren Handel, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 10th day of December, 2010, I caused to be served by first class mail upon the following counsel for Plaintiff, Bridgewater Water Department, a true and correct copy of the foregoing Notice of Related Actions:

Robert J. Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003

Richard M. Sandman
RODMAN, RODMAN & SANDMAN, P.C.
442 Main Street, Suite 300
Maiden, MA 02148

Scott Summy
Carla Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281

_/s/ Lauren Handel_
Lauren Handel