BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>) | |
| This Document Relates To: )<br>) | MDL 1358 |
| *Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al.,*<br>United States District Court for the District of Maryland<br>(Case No. 1:11-cv-01037) )<br>)<br>)<br>)<br>) | |

### NOTICE OF RELATED ACTION

Pursuant to Rules 7.2(i) and 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned counsel for Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, ExxonMobil Oil Corporation and Mobil Corporation hereby notify the Clerk of the Panel of the following "tag-along action," as defined in JPML Rule 1.1, and state as follows:

1.  The following action is now pending in the United States District Court for the District of Maryland: *Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al.*, Case No. 1:11-cv-01037. (Removal Notice and Complaint at Attachment A.)

- 2 -

2. This related case is a "tag-along action" because it involves "common questions of fact with actions previously transferred under Section 1407" to MDL 1358. JPML Rule 1.1.

Dated: April 25, 2011

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

*/s/ Peter John Sacripanti*

Peter John Sacripanti
340 Madison Avenue
New York, NY 10017
(212) 547-5400
(212) 547-5444 (facsimile)

*Counsel for Defendants Exxon Mobil Corporation, ExxonMobil Chemical Company, ExxonMobil Oil Corporation and Mobil Corporation*