## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | |
| This Documents Relates To: | MDL 1358 |
| *Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al.*, United States District Court for the District of Maryland (Case No. 1:11-cv-01037) | |

### CERTIFICATE OF SERVICE

Lauren Handel, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 25th day of April, 2011, I caused to be served by first class mail upon the following counsel for Plaintiffs Mayor and Council of Berlin, a true and correct copy of the foregoing Notice of Related Actions:

John M. Broaddus
WEITZ & LUXENBERG, P.C.
200 Lake Drive East, Suite 205
Cherry Hill, New Jersey 08002

Charles D. MacLeod
Jefferson L. Blomquist
FUNK & BOLTON, P.A.
315 High Street, Suite 202
Chestertown, Maryland 21620

Robert J. Gordon
Robin L. Greenwald
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, New York 10003

P. Scott Summy
Carla M. Burke
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281

_____
Lauren Handel