**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION** | § § § § § § | |
| This Document Relates To: | § | **MDL Docket No. 1358** |
| *Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al.* Cause No. 1:11-cv-01037 (D. Md.) | § § § § | |

**DEFENDANT 7-ELEVEN, INC.'S NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. 41**

7-Eleven, Inc. ("7-Eleven"), a Defendant in *Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al.*, Cause No. 1:11-cv-01037 in the United States District Court for the District of Maryland, pursuant to R.P.J.P.M.L. 7.1(c), hereby notifies the Judicial Panel on Multidistrict Litigation of its opposition to Conditional Transfer Order No. 41 entered on April 26, 2011. The reasons for 7-Eleven's opposition will be set forth in a motion to vacate and accompanying brief to be filed with the Panel in accordance with R.P.J.P.M.L. 7.1(f).

Respectfully submitted,

**MICHAEL A. WALSH**
Texas State Bar No. 00790146
New York State Bar No. 2032191
**COURTNEY JONES KIEFFER**
Texas State Bar No. 24007457
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
Telephone: 214-651-4300
Facsimile: 214-651-4330

**ATTORNEYS FOR DEFENDANT 7-ELEVEN, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via ECF on registered electronic filing participants or by regular mail on non-registered electronic filing participants, on May 3, 2011.

John McNeill Broaddus
116 Avon Rd.
Haverford, PA 19041
*Counsel for Plaintiffs*

P. Scott Summy
Carla M. Burke
Baron & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
*Counsel for Plaintiffs*

Robert J. Gordon
Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
*Counsel for Plaintiffs*

Charles D. MacLeod
Jefferson L. Blomquist

Funk & Bolton, PA
315 High St., Ste. 202
Chestertown, MD 21620
*Counsel for Plaintiffs*

David A. Super
Baker Botts L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendants Ashland, Inc., Hess Corp., Marathon Petroleum Co., LLC, and Marathon Oil Co.*

J. Andrew Langan, P.C.
Andrew R. Running
Wendy L. Bloom
Christopher J. Esbrook
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
*Counsel for Defendants Atlantic Richfield Co., BP Amoco Chemical Co., and BP Products North America, Inc.*

Michele E. Gutrick
Kirkland & Ellis LLP
655 Fifteenth St., NW
Washington, DC 20005
*Counsel for Defendants Atlantic Richfield Co., BP Amoco Chemical Co., and BP Products North America, Inc.*

Peter C. Condron
Wallace King Domike Reiskin
2900 K Street NW
Harbourside, Ste. 500
Washington, D.C. 20007
*Counsel for Defendants Chevron Corp., Chevron USA, Inc., Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Co., Shell Oil Products Co., LLC, Shell Trading (US) Co., Texaco, Inc., and TMR Co.*

Richard E. Wallace, Jr.
Wallace King Domike Reiskin
2900 K Street NW
Harbourside, Ste. 500
Washington, D.C. 20007
*Counsel for Defendants Chevron Corp., Chevron USA, Inc., and Texaco, Inc.*

Nathan P. Eimer
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Ave., Ste. 1100
Chicago, IL 60604
*Counsel for Defendants CITGO Petroleum Corp., CITGO Refining and Chemicals Co., LP, and PDV Midwest Refining, LLC*

David Samuel Panzer
Greenberg Traurig LLP
2101 L St. NW, Ste. 1000
Washington, D.C. 20037
*Counsel for Defendants Coastal Eagle Point Oil Co., Coastal Oil New England, and El Paso Merchant Energy-Petroleum*

John J. Lyons
Latham & Watkins LLP
355 South Grand Ave.
Los Angeles, CA 90071
*Counsel for Defendant ConocoPhillips Co.*

Alan E. Kraus
Keen M. Hausmann
Paul A. Rosenthal
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07101
*Counsel for Defendant ConocoPhillips Co.*

Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
*Counsel for Defendant Crown Central, LLC*

Evan J. Bananti
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110
*Counsel for Defendant Crown Central, LLC*

Lauren Erica Handel
Peter John Sacripanti
James A. Pardo
McDermott Will & Emery LLP
340 Madison Ave.
New York, NY 10017

*Counsel for Defendants Exxon Mobil Corp., Exxon Mobil Oil Corp., and Mobil Corp.*

Michael S. Nadel
McDermott Will & Emery LLP
600 Thirteenth St., NW
Washington, D.C. 20005
*Counsel for Defendants Exxon Mobil Corp., Exxon Mobil Oil Corp., and Mobil Corp.*

Harry S. Johnson
Whiteford Taylor and Preston LLP
Seven St. Paul St., Ste. 1400
Baltimore, MD 21202-1626
*Counsel for Defendant Flint Hills Resources, LP*

Warren N. Weaver
Whiteford Taylor and Preston LLP
Seven St. Paul St., Ste. 1400
Baltimore, MD 21202-1626
*Counsel for Defendant Flint Hills Resources, LP*

William P. Harrington
Matthew G. Parisi
Bleakley Platt & Schmidt, LLP
One North Lexington Ave.
White Plains, New York 10601
*Counsel for Defendant Getty Petroleum Marketing, Inc.*

Kathryn F. Lazarev
Goodwin Proctor LLP
901 New York Avenue, NW
Washington, D.C. 20001
*Counsel for Defendant Gulf Oil Limited Partnership*

Placid Refining Co., LLC
1940 Highway 1 North
Port Allen, LA 70767
*Last known address of Defendant Placid Refining Co., LLC*

Heidi P. Knight
Beveridge & Diamond, P.C.
201 N. Charles St., Ste. 2210
Baltimore, MD 21201-4150
*Counsel for Defendants Sunoco, Inc. and Sunoco, Inc. (R&M)*

Shelby J. Kelley
Bracewell & Giuliani LLP
2000 K Street, NW, Ste. 500
Washington, DC 20006
*Counsel for Defendants Valero Energy Corp., Valero Marketing and Supply Co., Valero Refining and Marketing Co., Valero Refining Co.-New Jersey, Valero Refining Co.-Delaware, The Premcor Refining Group, Inc., and Total Petrochemicals USA, Inc.*

**MICHAEL A. WALSH**