**<u>ATTACHMENT A</u>**

Defendants Chevron Corporation, Chevron U.S.A. Inc., Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, Texaco Inc.  and TMR Company