BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 1358    IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

## WITHDRAWAL AND SUBSTITUTION OF NOTICE OF APPEARANCE

**PARTIES REPRESENTED:**

Defendant Gulf Oil Limited Partnership

**SHORT CASE CAPTION:**

United States District Court District of Maryland Case No. 1:11-CV-01037-ELH; Mayor and Council of Berlin et al. v. 7-Eleven, Inc., et al.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The following designated attorney hereby gives notice of the withdrawal of his Notice of Appearance on behalf of Gulf Oil Limited Partnership in connection with the Notice of Appearance to be filed by Chad W. Higgins.

Dated: May 11, 2011                Respectfully submitted,

By: /s/ James W. McGarry
James W. McGarry
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel.: (617) 570-1000
Fax: (617) 523-1231
E-Mail: jmcgarry@goodwinprocter.com

## CERTIFICATE OF SERVICE

I certify that on May 11, 2011, a true and correct copy of this Notice of Appearance was electronically served on all counsel of record via LexisNexis File & Serve and the CM/ECF system.

_____
Brian Sullivan