BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---------------------------------------------------X

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL No. 1358

This Document Relates To:

*Mayor and Council of Berlin, et al. v. 7-Eleven, Inc. et al.*, 1:11-CV-01037-ELH (Removal from the Circuit Court for Baltimore City, Case No. 24-C-11-001207 OT)

---------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS COASTAL EAGLE POINT OIL COMPANY, COASTAL OIL NEW ENGLAND, AND EL PASO MERCHANT ENERGY-PETROLEUM COMPANY

Pursuant to Rule 5.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Defendants Coastal Eagle Point Oil Company, Coastal Oil New England, and El Paso Merchant Energy-Petroleum Company submit the following Corporate Disclosure Statement:

### A.   Coastal Eagle Point Oil Company

Coastal Eagle Point Oil Company's parent corporation is El Paso CGP Company. El Paso CGP Company is a wholly owned subsidiary of El Paso Corporation, which is a publicly held corporation.

### B.   Coastal Oil New England

Coastal Oil New England is a wholly-owned subsidiary of Cosbel Petroleum Corporation, which is a wholly-owned subsidiary of El Paso CGP Company, which in turn is a wholly-owned subsidiary of El Paso Corporation. El Paso Corporation is a publicly held corporation.

1

C. <u>**El Paso Merchant Energy-Petroleum Company**</u>

El Paso Merchant Energy-Petroleum Company's parent corporation is El Paso CGP Company. El Paso CGP Company is a wholly-owned subsidiary of El Paso Corporation, which is a publicly held corporation.

Dated: May 17, 2011

Respectfully submitted,

*[signature]*

Brent H. Allen (D.C. Bar #464934)
GREENBERG TRAURIG LLP
2101 L Street, N.W., Suite 1000
Washington, DC 20037
202.331.3100
202.331.3101 (Fax)
allenbr@gtlaw.com

*Attorney for Defendants Coastal Eagle Point Oil Co., Coastal Oil New England, and El Paso Merchant Energy-Petroleum Company (f/k/a Coastal Refining & Marketing, Inc.)*

## CERTIFICATE OF SERVICE

I certify that on May 17, 2011, a true and correct copy of this Corporate Disclosure Statement of Defendants Coastal Eagle Point Company, Coastal Oil New England, and El Paso Merchant Energy-Petroleum Company was electronically served on counsel of record via LexisNexis File & Serve.

