**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | |
| ) | MDL 1358 |
| This Document Relates To: ) ) *Mayor & Council of Berlin, et al.* ) *v. Ashland, Inc., et al.*, ) United States District Court for the ) District of Maryland ) (Case No. 1:11-cv-1037-ELH) ) ) _____ ) | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS CHEVRON CORPORATION, CHEVRON U.S.A. INC., AND TEXACO INC.**

Pursuant to JPML Rule 5.1, Chevron Corporation, Chevron U.S.A. Inc., and Texaco Inc. hereby identify the following publicly-traded parents or other affiliate corporations and publicly-held corporations that own 10 percent or more, directly or indirectly, of any of their stock:

      Chevron Corporation

2

Dated:  May 17, 2011

Respectfully submitted,

_____**/s/**_____
Peter C. Condron
Bar No. 15903
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W.
Harbourside – Suite 500
Washington D.C. 20007
Telephone: (202) 204-1000
Facsimile: (202) 204-1001
E-mail: pcondron@wallaceking.com

*Counsel for Defendants Chevron Corporation, Chevron U.S.A. Inc., and Texaco Inc.*

*Of counsel:*

Robert E. Meadows
Charles C. Correll, Jr.
James J. Maher
KING & SPALDING
1100 Louisiana, Suite 4000
Houston, Texas  77002
(713) 751-3200