**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | |
| | ) | MDL 1358 |
| This Document Relates To: | ) ) | |
| *Mayor & Council of Berlin, et al. v. Ashland, Inc., et al.*, United States District Court for the District of Maryland (Case No. 1:11-cv-1037-ELH) | ) ) ) ) ) ) ) | |
| _____ | ) | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS EQUILON ENTERPRISES LLC, MOTIVA ENTERPRISES LLC, SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY LLC, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY AND TMR COMPANY**

Pursuant to JPML Rule 5.1, Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company and TMR Company hereby identify the following publicly-traded parents or other affiliate corporations and publicly-held corporations that own 10 percent or more, directly or indirectly, of any of their stock:

        Royal Dutch Shell plc

2

Dated:  May 17, 2011

Respectfully submitted,

      /s/
Peter C. Condron
Bar No. 15903
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W.
Harbourside – Suite 500
Washington D.C. 20007
Telephone: (202) 204-1000
Facsimile: (202) 204-1001
E-mail: pcondron@wallaceking.com

*Counsel for Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, and TMR Company*