UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 1358

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

*Mayor and City Council of Berlin, et al. v. 7-Eleven, Inc. et al.*, Case No. 1:11-CV-01037

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CONOCOPHILLIPS COMPANY

Pursuant to JPML Rule 5.1, the undersigned, counsel of record for Defendant ConocoPhillips Company, states, to the best of its knowledge, as follows:

1. ConocoPhillips Company's parent is ConocoPhillips, which is a publicly traded company. ConocoPhillips does not have a parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: May 17, 2011

LATHAM & WATKINS LLP

John J. Lyons
355 South Grand Ave.
Los Angeles, CA 90071
(213) 485-1234

Alan E. Kraus
Keena M. Hausmann (admitted *pro hac vice*)
Paul A. Rosenthal
One Newark Center, 16th Floor
Newark, NJ 07101-3174
(973) 639-1234

*Attorneys for ConocoPhillips Company*

## CERTIFICATE OF SERVICE

I certify that on May 17, 2011, a true and correct copy of this Corporate Disclosure Statement of Defendant ConocoPhillips Company was electronically served on all counsel of record via LexisNexis File & Serve and the ECF system.

Paul Rosenthal