# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __1358__ & TITLE - IN RE: _Methyl Tertiary Butyl Ether ("MTBE") Products Liability Lit._

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

United States District Court for the District of Maryland, Case No. 1-11-cv-01037-ELH

_Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al._

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Ashland Inc.__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

   Not Applicable

The following publicly-held corporation(s) own 10% or more of the party's stock (attach lists if necessary):

   BlackRock, Inc. owns, directly or indirectly, 10% or more of the stock of Ashland Inc.

The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (_e.g._, by reason of insurance, a franchise agreement, or an indemnity agreement). Briefly describe the nature of the interest. (Note: parent, subsidiary, or affiliate corporations of a publicly-held corporation that falls within this category need not be disclosed.)

   Not Applicable

**OR**

This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

   Not Applicable

_____ by WCC          Baker Botts L.L.P.
   Signature of Attorney                        Name of Firm

1299 Pennsylvania Ave., NW                    Washington, DC  20004
   Address                                     City/State/Zip Code

Date   May 17, 2011

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## CERTIFICATE OF SERVICE

I certify that on <u>May 17, 2011</u> a true and correct copy of this <u>Corporate Disclosure Statement Of Defendant Ashland Inc.</u> was electronically served on counsel of record by electronic filing via LexisNexis File & Serve to counsel for Plaintiffs and Defendants in MDL No. 1358.

*William C. Cleveland*
William C. Cleveland