BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) MDL NO. 1358 (SAS) |
| This Documents Relates to: | ) ) |
| *Mayor and Council of Berlin et al. v. 7-Eleven, Inc. et al.*, United States District Court for the District of Maryland (Case No. 1:11-CV-01037) | ) ) ) ) |

### Mobil Corporation's Statement Pursuant to Rule 5.1

Pursuant to Rule 5.1 of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant Mobil Corporation certifies that Mobil Corporation's corporate parent is Exxon Mobil Corporation, and that Exxon Mobil Corporation owns 100% of Mobil Corporation's stock.

Dated: New York, New York
May 18, 2011

McDERMOTT, WILL & EMERY LLP

By: _____
Peter John Sacripanti
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
*Attorney for Defendant Mobil Corporation*