BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates to:<br><br>*Mayor and Council of Berlin et al. v. 7-Eleven, Inc. et al.*, United States District Court for the District of Maryland (Case No. 1:11-CV-01037) | MDL NO. 1358 (SAS) |

### ExxonMobil Oil Corporation's Statement Pursuant to Rule 5.1

Pursuant to Rule 5.1 of the Judicial Panel on Multidistrict Litigation, the undersigned counsel of record for defendant ExxonMobil Oil Corporation ("ExxonMobil Oil") certifies that ExxonMobil Oil's corporate parent is Mobil Corporation, and that Mobil Corporation owns 100% of ExxonMobil Oil's stock.

Dated: New York, New York
May 18, 2011

McDERMOTT, WILL & EMERY LLP

By: _/s/ Peter John Sacripanti_
Peter John Sacripanti
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
*Attorney for Defendant ExxonMobil Oil Corporation*