## CERTIFICATE OF SERVICE

I certify that on May 18, 2011, a true and correct copy of the within Corporate Disclosure Statements of Defendants Exxon Mobil Corporation, Mobil Corporation and ExxonMobil Oil Corporation were electronically served on all counsel of record via Lexis Nexis File & Serve.

*Lisa A. Gerson*

Lisa A. Gerson