BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

-----------------------------------------------------------------X
                                                                 :
**In re: Methyl Tertiary Butyl Ether**                           :
**("MTBE") Products Liability Litigation**                       :
                                                                 :    MDL Docket No. 1358
                                                                 :
This Document Relates to:                                        :
                                                                 :
*Mayor and Council of Berlin, et al. v.*                         :
*7-Eleven, Inc., et al.*                                         :
Case No. 1:11-cv-01037 (D. Md.)                                  :
-----------------------------------------------------------------X

### CORPORATE DISCLOSURE STATEMENTS
### OF DEFENDANTS CITGO PETROLEUM CORPORATION,
### CITGO REFINING AND CHEMICALS COMPANY L.P.
### AND PDV MIDWEST REFINING, L.L.C.

Pursuant to Rule 5.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, counsel of record for Defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company L.P. and PDV Midwest Refining, L.L.C. (collectively the "CITGO Defendants") state, to the best of their knowledge, as follows:

The ultimate parent of the CITGO Defendants is Petróleos de Venezuela Sociedad Anónima. None of the CITGO Defendants are publicly held, and no publicly-held corporation has an ownership interest in any parents or subsidiaries of the CITGO Defendants.

1

Dated: May 18, 2011                    Respectfully submitted,

CITGO PETROLEUM CORPORATION, CITGO
REFINING AND CHEMICALS COMPANY L.P. AND
PDV MIDWEST REFINING, L.L.C.

By:   /s/ Pamela R. Hanebutt

Nathan P. Eimer (neimer@eimerstahl.com)
 (New York Bar No. 1976067)
Pamela R. Hanebutt
 (phanebutt@eimerstahl.com)
Lisa S. Meyer (lmeyer@eimerstahl.com)
EIMER STAHL KLEVORN & SOLBERG LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Ph.   312-660-7600
Fax  312-692-1718

## CERTIFICATE OF SERVICE

I certify that on May 18, 2011, a true and correct copy of this **CORPORATE DISCLOSURE STATEMENTS OF DEFENDANTS CITGO PETROLEUM CORPORATION, CITGO REFINING AND CHEMICAL COMPANY L.P. AND PDV MIDWEST REFINING, L.L.C.** was electronically served on counsel of record by electronic filing via LexisNexis File & Serve for Plaintiffs and Defendants in *Mayor and Council of Berlin et al. v 7-Eleven Inc. et al.*, U.S. District Court for the District of Maryland.

_____