UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

MDL No. 1358

IN RE: METHYL TERTIARY BUTYL
ETHER ("MTBE") PRODUCTS LIABILITY
LITIGATION

*Mayor and City Council of Berlin, et al. v.
7-Eleven, Inc., et al.*, Case No. 1:11-CV-01037

---

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GETTY PETROLEUM MARKETING INC.

Pursuant to JPML Rule 5.1, the undersigned, counsel of record for Defendant Getty Petroleum Marketing Inc., states, to the best of its knowledge, as follows:

1. Cambridge Petroleum Holding Inc. is the parent corporation of Defendant Getty Petroleum Marketing Inc. ("GPMI") and owns 100% of the Stock of GPMI.

Dated: May 18, 2011

BLEAKLEY PLATT & SCHMIDT, LLP

BY: _____
WILLIAM P. HARRINGTON
MATTHEW G. PARISI
One North Lexington Avenue
P.O. Box 5056
White Plains, NY 10602-5056
(914) 949-2700

*Attorneys for Defendant Getty Petroleum Marketing Inc.*