## SCHEDULE

Name of Action Involved

*Mayor and Council of Berlin, City of Aberdeen, The Town of Chestertown, City of Salisbury, Commissioners of Sharptown, The City of Taneytown, and County Commissioners of Worcester County v. 7-Eleven, Inc., Ashland, Inc., Atlantic Richfield Company, BP Amoco Chemical Company, BP Products North America, Inc., Chevron Corporation, Chevron U.S.A. Inc., Citgo Petroleum Corporation, Citgo Refining and Chemicals Company, LP, Coastal Eagle Point Oil Company, Coastal Oil New England, ConocoPhillips Company, Crown Central, LLC, El Paso Merchant Energy-Petroleum, Equilon Enterprises, LLC, Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Flint Hills Resources, LP, Getty Petroleum Marketing, Inc., Gulf Oil Limited Partnership, Hess Corporation, Marathon Petroleum Company, LLC, Marathon Oil Company, Mobil Corporation, Motiva Enterprises, LLC, PDV Midwest Refining, LLC, Placid Refining Company, LLC, The Premcor Refining Group Inc., Shell Oil Company, Shell Oil Products Company, LLC, Shell Petroleum Inc., Shell Trading (US) Company, Sunoco, Inc., Sunoco, Inc. (R&M), Texaco, Inc., TMR Company, Total Petrochemicals USA, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company – New Jersey, Valero Refining Company – Delaware, LLC*

District Court and Division

Maryland District Court, Baltimore (Northern) Division

Civil Action Number

ELH-11-01037

Judge Assigned to Action

The Honorable Ellen Lipton Hollander



EXHIBIT A