**U.S. District Court**
**District of Maryland (Baltimore)**
**CIVIL DOCKET FOR CASE #: 1:11-cv-01037-ELH**

| | |
|---|---|
| Mayor and City Council of Berlin et al v. 7-Eleven, Inc. et al | Date Filed: 04/20/2011 |
| Assigned to: Judge Ellen L. Hollander | Jury Demand: Plaintiff |
| Demand: $9,999,000 | Nature of Suit: 240 Torts to Land |
| Case in other court: Circuit Court for Baltimore City, 24C-11-001207 | Jurisdiction: Federal Question |
| Cause: 28:1441 Petition for Removal- Torts to Land | |

**Plaintiff**

Mayor and City Council of Berlin     represented by **John McNeill Broaddus**
116 Avon Rd
Haverford, PA 19041
18567551115
Email: jbroaddus@weitzlux.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

City of Aberdeen     represented by **John McNeill Broaddus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

The Town of Chestertown     represented by **John McNeill Broaddus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

City of Salisbury     represented by **John McNeill Broaddus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Commissioners of Sharptown     represented by **John McNeill Broaddus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

The City of Taneytown     represented by **John McNeill Broaddus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

County Commissioners of Worcester County     represented by **John McNeill Broaddus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

EXHIBIT C

V.

**Defendant**

7-Eleven, Inc.                    represented by **Michael Douglas Lorensen**
Bowles Rice McDavid Graff and Love PLLC
101 S Queen St PO Box 1419
Martinsburg, WV 25402
13042644224
Fax: 13042673822
Email: mlorensen@bowlesrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Ashland, Inc.                     represented by **David Andrew Super**
Baker Botts LLP
1299 Pennsylvania Ave NW
Washington, DC 20004-2400
12026397700
Fax: 12026397890
Email: david.super@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Atlantic Richfield Company**

**Defendant**

**BP Amoco Chemical Company**

**Defendant**

**BP Products North America, Inc.**

**Defendant**

Chevron Corporation               represented by **Peter C Condron**
Wallace King Domike and Reiskin PLLC
2900 K St NW Ste 500
Washington, DC 20007
12022041000
Fax: 12022041001
Email: pcondron@wallaceking.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard E Wallace , Jr**
Wallace King Domike Reiskin
Harbourside Ste 500
2900 K St NW
Washington, DC 20007
12022041000
Fax: 12022041001
Email: rwallace@wallaceking.com
*ATTORNEY TO BE NOTICED*

**Ruben Francisco Reyna**

Wallace King Domike and Reiskin
1050 Thomas Jefferson St NW Ste 500
Washington, DC 20007
12022041000
Fax: 12022041001
Email: rreyna@wkmb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chevron U.S.A. Inc.**  represented by  **Peter C Condron**
Wallace King Comike and Reiskin PLLC
2900 K St NW Ste 500
Washington, DC 20007
12022041000
Fax: 12022041001
Email: pcondron@wallaceking.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard E Wallace , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruben Francisco Reyna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citgo Petroleum Corporation**

**Defendant**

**Citgo Refining and Chemicals Company, LP**

**Defendant**

**Coastal Eagle Point Oil Company**  represented by  **David Samuel Panzer**
Greenberg Traurig LLP
2101 L St NW Ste 1000
Washington, DC 20037
12023313100
Fax: 12023313101
Email: panzerd@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coastal Oil New England**  represented by  **David Samuel Panzer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ConcoPhillips Company**

**Defendant**

**Crown Central, LLC**

**Defendant**

**El Paso Merchant Energy-Petroleum**                    represented by **David Samuel Panzer**
                                                                                                  (See above for address)
                                                                                                  *LEAD ATTORNEY*
                                                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Equilon Enterprises, LLC**                                           represented by **Peter C Condron**
                                                                                                  (See above for address)
                                                                                                  *LEAD ATTORNEY*
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **Ruben Francisco Reyna**
                                                                                                  (See above for address)
                                                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Exxon Mobil Corporation**

**Defendant**

**Exxon Mobil Oil Corporation**

**Defendant**

**Flint Hills Resources, LP**                                          represented by **Warren N Weaver**
                                                                                                  Whiteford Taylor and Preston LLP
                                                                                                  Seven Saint Paul St Ste 1400
                                                                                                  Baltimore, MD 21202
                                                                                                  14103478700
                                                                                                  Fax: 14106596470
                                                                                                  Email: wweaver@wtplaw.com
                                                                                                  *LEAD ATTORNEY*
                                                                                                  *ATTORNEY TO BE NOTICED*

                                                                                                  **Harry S Johnson**
                                                                                                  Whiteford Taylor and Preston LLP
                                                                                                  Seven St Paul St Ste 1400
                                                                                                  Baltimore, MD 21202-1626
                                                                                                  14103478700
                                                                                                  Email: hjohnson@wtplaw.com
                                                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Getty Petroleum Marketing, Inc.**

**Defendant**

**Gulf Oil Limited Partnership**                                     represented by **Kathryn Faye Lazarev**
                                                                                                  Goodwin Procter LLP
                                                                                                  901 New York Ave NW
                                                                                                  Washington, DC 20001
                                                                                                  12023464000
                                                                                                  Fax: 12023464444
                                                                                                  Email: klazarev@goodwinprocter.com
                                                                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Hess Corporation**                                     represented by **David Andrew Super**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Marathon Petroleum Company, LLC**                       represented by **David Andrew Super**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Marathon Oil Company**                                  represented by **David Andrew Super**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Mobil Corporation**

**Defendant**

**Motiva Enterprises, LLC**                               represented by **Peter C Condron**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Ruben Francisco Reyna**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**PDV Midwest Refining, LLC**

**Defendant**

**Placid Refining Company, LLC**

**Defendant**

**The Premcor Refining Group Inc.**                       represented by **Shelby Jeanne Kelley**
                                                         Bracewell & Giuliani LLP
                                                         2000 K St NW Ste 500
                                                         Washington, DC 20006
                                                         12028285859
                                                         Fax: 12022231125
                                                         Email: shelby.kelley@bgllp.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Shell Oil Company**                                     represented by **Peter C Condron**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Ruben Francisco Reyna**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Shell Oil Products Company, LLC**    represented by **Peter C Condron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruben Francisco Reyna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shell Petroleum Inc.**    represented by **Ruben Francisco Reyna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shell Trading (US) Company**    represented by **Peter C Condron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruben Francisco Reyna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Sunoco, Inc.

**Defendant**

Sunoco, Inc. (R&M)

**Defendant**

Texaco, Inc.    represented by **Peter C Condron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard E Wallace , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruben Francisco Reyna**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TMR Company**    represented by **Peter C Condron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ruben Francisco Reyna**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Defendant | | |
|---|---|---|
| **Total Petrochemicals USA, Inc.** | represented by | **Shelby Jeanne Kelley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Defendant | | |
|---|---|---|
| **Valero Energy Corporation** | represented by | **Shelby Jeanne Kelley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Defendant | | |
|---|---|---|
| **Valero Marketing and Supply Company** | represented by | **Shelby Jeanne Kelley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Defendant | | |
|---|---|---|
| **Valero Refining and Marketing Company** | represented by | **Shelby Jeanne Kelley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Defendant | | |
|---|---|---|
| **Valero Refining Company - New Jersey** | represented by | **Shelby Jeanne Kelley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Defendant | | |
|---|---|---|
| **Valero Refining Company - Delaware, LLC** | represented by | **Shelby Jeanne Kelley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2011 | 1 | NOTICE OF REMOVAL from Circuit Court for Baltimore City, case number 24C11-001207. ( Filing fee $ 350 receipt number 14637050480), filed by TMR Company, Shell Trading (US) Company, Texaco, Inc., Chevron Corporation, Chevron U.S.A. Inc., Motiva Enterprises, LLC, Shell Oil Company, Equilon Enterprises, LLC, Shell Oil Products Company, LLC. (Attachments: # 1 Civil Cover Sheet)(raf, Deputy Clerk) (Entered: 04/22/2011) |
| 04/20/2011 | 2 | COMPLAINT against 7-Eleven, Inc., Ashland, Inc., Atlantic Richfield Company, BP Amoco Chemical Company, BP Products North America, Inc., Chevron Corporation, Chevron U.S.A. Inc., Citgo Petroleum Corporation, Citgo Refining and Chemicals Company, LP, Coastal Eagle Point Oil Company, Coastal Oil New England, ConcoPhillips Company, Crown Central, LLC, El Paso Merchant Energy-Petroleum, Equilon Enterprises, LLC, Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Flint Hills Resources, LP, Getty Petroleum Marketing, Inc., Gulf Oil Limited Partnership, Hess Corporation, Marathon Oil Company, Marathon Petroleum Company, LLC, Mobil Corporation, Motiva Enterprises, LLC, PDV Midwest Refining, LLC, Placid Refining Company, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Petroleum Inc., Shell Trading (US) Company, Sunoco, Inc., Sunoco, Inc. (R&M), TMR Company, Texaco, Inc., The Premcor Refining Group Inc., Total Petrochemicals USA, Inc., |

| | | |
|---|---|---|
| | | Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company - Delaware, LLC, Valero Refining Company - New Jersey, Valero Refining and Marketing Company, filed by City of Salisbury, Mayor and City Council of Berlin, The City of Taneytown, County Commissioners of Worcester County, City of Aberdeen, Commissioners of Sharptown, The Town of Chestertown.(raf, Deputy Clerk) (Entered: 04/22/2011) |
| 04/20/2011 | | Jury Trial Demand by City of Aberdeen, City of Salisbury, Commissioners of Sharptown, County Commissioners of Worcester County, Mayor and City Council of Berlin, The City of Taneytown, The Town of Chestertown. (raf, Deputy Clerk) (Entered: 04/22/2011) |
| 04/20/2011 | 3 | Summons Issued 60 days as to Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Trading (US) Company, TMR Company. (raf, Deputy Clerk) (Entered: 04/22/2011) |
| 04/20/2011 | 4 | CONSENT TO REMOVAL by Ashland, Inc., Atlantic Richfield Company, BP Amoco Chemical Company, BP Products North America, Inc., Citgo Petroleum Corporation, Citgo Refining and Chemicals Company, LP, Coastal Eagle Point Oil Company, Coastal Oil New England, ConcoPhillips Company, Crown Central, LLC, El Paso Merchant Energy-Petroleum, Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Flint Hills Resources, LP, Getty Petroleum Marketing, Inc., Gulf Oil Limited Partnership, Hess Corporation, Marathon Oil Company, Marathon Petroleum Company, LLC, Mobil Corporation, PDV Midwest Refining, LLC, Sunoco, Inc., Sunoco, Inc. (R&M), The Premcor Refining Group Inc., Total Petrochemicals USA, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company - Delaware, LLC, Valero Refining Company - New Jersey, Valero Refining and Marketing Company re 1 Notice of Removal, (raf, Deputy Clerk) (Entered: 04/22/2011) |
| 04/20/2011 | | THE ABOVE PLEADINGS 2-3 ARE COPIES FILED IN THE CIRCUIT COURT FOR BALTIMORE CITY. (raf, Deputy Clerk) (Entered: 04/22/2011) |
| 04/20/2011 | 5 | Local Rule 103.3 Disclosure Statement by Chevron Corporation, Chevron U.S.A. Inc., Texaco, Inc. identifying Corporate Parent Chevron Corporation for Chevron Corporation, Chevron U.S.A. Inc., Texaco, Inc. (raf, Deputy Clerk) (Entered: 04/22/2011) |
| 04/20/2011 | 6 | Local Rule 103.3 Disclosure Statement by Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Trading (US) Company, TMR Company identifying Corporate Parent Royal Dutch Shell plc for Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Trading (US) Company, TMR Company. (raf, Deputy Clerk) (Entered: 04/22/2011) |
| 04/20/2011 | 7 | Local Rule 7.1 Disclosure Statement as to ConocoPhillips Company (raf, Deputy Clerk) (Entered: 04/22/2011) |
| 04/22/2011 | 8 | STANDING ORDER re: removal. Signed by Judge Ellen L. Hollander on 4/22/11. (raf, Deputy Clerk) (Entered: 04/22/2011) |
| 04/25/2011 | 9 | Correspondence re: removal notification. (c/m to Condron, Broaddus and Wallace on 4/25/11). (raf, Deputy Clerk) (Entered: 04/25/2011) |
| 04/25/2011 | 10 | Local Rule 103.7 Corporate Disclosure Statement. (Hovermill, Joseph) Modified on 4/26/2011 (dass, Deputy Clerk). (Entered: 04/25/2011) |
| 04/26/2011 | 11 | Local Rule 103.3 Disclosure Statement by Crown Central, LLC. (McDougall, Masai) (Entered: 04/26/2011) |
| 04/26/2011 | 12 | Local Rule 103.3 Disclosure Statement by Coastal Eagle Point Oil Company, Coastal Oil New England, El Paso Merchant Energy-Petroleum identifying Corporate Parent El Paso Corporation for Coastal Eagle Point Oil Company, Coastal Oil New England, El Paso Merchant Energy-Petroleum.. (Panzer, David) (Entered: 04/26/2011) |
| 04/26/2011 | 13 | MOTION for Extension of Time to File Response/Reply by Ashland, Inc., Atlantic Richfield |

| | | |
|---|---|---|
| | | Company, BP Amoco Chemical Company, BP Products North America, Inc., Chevron Corporation, Chevron U.S.A. Inc., Citgo Petroleum Corporation, Citgo Refining and Chemicals Company, LP, Coastal Eagle Point Oil Company, Coastal Oil New England, ConcoPhillips Company, Crown Central, LLC, El Paso Merchant Energy-Petroleum, Equilon Enterprises, LLC, Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Flint Hills Resources, LP, Getty Petroleum Marketing, Inc., Gulf Oil Limited Partnership, Hess Corporation, Marathon Oil Company, Marathon Petroleum Company, LLC, Mobil Corporation, Motiva Enterprises, LLC, PDV Midwest Refining, LLC, Placid Refining Company, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Petroleum Inc., Shell Trading (US) Company, Sunoco, Inc., Sunoco, Inc. (R&M), TMR Company, Texaco, Inc., Total Petrochemicals USA, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company - Delaware, LLC, Valero Refining Company - New Jersey, Valero Refining and Marketing Company. Responses due by 5/13/2011 (Attachments: # 1 Text of Proposed Order)(Reyna, Ruben) (Entered: 04/26/2011) |
| 04/26/2011 | 14 | Local Rule 103.3 Disclosure Statement by Atlantic Richfield Company, BP Amoco Chemical Company, BP Products North America, Inc.. (Gutrick, Michele) (Entered: 04/26/2011) |
| 04/27/2011 | 15 | Paperless ORDER granting 13 Defendants' Motion for Extension of Time to File Response/Reply. Signed by Judge Ellen L. Hollander on 4/27/11. (Hollander, Ellen) (Entered: 04/27/2011) |
| 04/27/2011 | 16 | Local Rule 103.3 Disclosure Statement by Exxon Mobil Corporation, Exxon Mobil Oil Corporation, Mobil Corporation. (Nadel, Michael) (Entered: 04/27/2011) |
| 04/27/2011 | 17 | Local Rule 103.3 Disclosure Statement by Sunoco, Inc., Sunoco, Inc. (R&M) identifying Corporate Parent Sunoco, Inc. for Sunoco, Inc., Sunoco, Inc. (R&M).. (Knight, Heidi) (Entered: 04/27/2011) |
| 04/27/2011 | 18 | MOTION to Remand to State Court by 7-Eleven, Inc. Responses due by 5/16/2011 (Lorensen, Michael) (Entered: 04/27/2011) |
| 04/27/2011 | 19 | Local Rule 103.3 Disclosure Statement by 7-Eleven, Inc. identifying Corporate Parent Illinois Union Insurance Company, Corporate Parent Seven-Eleven Japan Co., Ltd, Corporate Parent Seven and I Holdings Co., Ltd., Corporate Parent Chartis Specialty Insurance Co. for 7-Eleven, Inc... (Lorensen, Michael) (Entered: 04/27/2011) |
| 04/27/2011 | 20 | Local Rule 103.3 Disclosure Statement by Total Petrochemicals USA, Inc.. (Kelley, Shelby) (Entered: 04/27/2011) |
| 04/27/2011 | 21 | Local Rule 103.3 Disclosure Statement by The Premcor Refining Group Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company - Delaware, LLC, Valero Refining Company - New Jersey, Valero Refining and Marketing Company. (Kelley, Shelby) (Entered: 04/27/2011) |
| 04/27/2011 | 22 | NOTICE of Appearance by Kathryn Faye Lazarev on behalf of Gulf Oil Limited Partnership (Lazarev, Kathryn) (Entered: 04/27/2011) |
| 04/27/2011 | 23 | Local Rule 103.3 Disclosure Statement by Gulf Oil Limited Partnership. (Lazarev, Kathryn) (Entered: 04/27/2011) |
| 04/28/2011 | 24 | NOTICE of Appearance by Shelby Jeanne Kelley on behalf of Total Petrochemicals USA, Inc. (Kelley, Shelby) (Entered: 04/28/2011) |
| 04/28/2011 | 25 | NOTICE of Appearance by Shelby Jeanne Kelley on behalf of The Premcor Refining Group Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company - Delaware, LLC, Valero Refining Company - New Jersey, Valero Refining and Marketing Company (Kelley, Shelby) (Entered: 04/28/2011) |
| 04/28/2011 | 26 | Local Rule 103.3 Disclosure Statement by Flint Hills Resources, LP identifying Other Affiliate Koch Industries, Inc. for Flint Hills Resources, LP.. (Weaver, Warren) (Entered: 04/28/2011) |

| | | |
|---|---|---|
| 04/29/2011 | 27 | NOTICE of Appearance by David Andrew Super on behalf of Ashland, Inc., Hess Corporation, Marathon Oil Company, Marathon Petroleum Company, LLC (Super, David) (Entered: 04/29/2011) |
| 04/29/2011 | 28 | Local Rule 103.3 Disclosure Statement by Ashland, Inc.. (Super, David) (Entered: 04/29/2011) |
| 04/29/2011 | 29 | Local Rule 103.3 Disclosure Statement by Hess Corporation. (Super, David) (Entered: 04/29/2011) |
| 04/29/2011 | 30 | Local Rule 103.3 Disclosure Statement by Marathon Oil Company, Marathon Petroleum Company, LLC. (Super, David) (Entered: 04/29/2011) |
| 05/02/2011 | 31 | NOTICE by Texaco, Inc. re 1 Notice of Removal, *Supplemental Removal Notice* (Attachments: # 1 Exhibit Original Complaint, # 2 Exhibit Process Served on Texaco Inc.)(Condron, Peter) (Entered: 05/02/2011) |
| 05/04/2011 | 32 | ORDER SETTING briefing schedule regarding the pending motion to remand and the notices of removal. Signed by Judge Ellen L. Hollander on 5/4/11. (dass, Deputy Clerk) (Entered: 05/04/2011) |
| 05/05/2011 | 33 | Correspondence re: Shell Petroleum Inc. Consent to Removal (Attachments: # 1 Supplement Consent of Shell Petroleum Inc.)(Condron, Peter) (Entered: 05/05/2011) |
| 05/05/2011 | 34 | NOTICE by Chevron Corporation re 8 Order *Concerning Removal* (Condron, Peter) (Entered: 05/05/2011) |
| 05/17/2011 | 35 | CERTIFICATE of Counsel re 1 Notice of Removal, *Certification Regarding State Court Records* by Peter C Condron on behalf of Chevron Corporation (Attachments: # 1 Exhibit Notice of Dismissal - Placid Refining, LLC)(Condron, Peter) (Entered: 05/17/2011) |

| 04/29/2011 | 27 | NOTICE of Appearance by David Andrew Super on behalf of Ashland, Inc., Hess Corporation, Marathon Oil Company, Marathon Petroleum Company, LLC (Super, David) (Entered: 04/29/2011) |
|---|---|---|
| 04/29/2011 | 28 | Local Rule 103.3 Disclosure Statement by Ashland, Inc.. (Super, David) (Entered: 04/29/2011) |
| 04/29/2011 | 29 | Local Rule 103.3 Disclosure Statement by Hess Corporation. (Super, David) (Entered: 04/29/2011) |
| 04/29/2011 | 30 | Local Rule 103.3 Disclosure Statement by Marathon Oil Company, Marathon Petroleum Company, LLC. (Super, David) (Entered: 04/29/2011) |
| 05/02/2011 | 31 | NOTICE by Texaco, Inc. re 1 Notice of Removal, *Supplemental Removal Notice* (Attachments: # 1 Exhibit Original Complaint, # 2 Exhibit Process Served on Texaco Inc.)(Condron, Peter) (Entered: 05/02/2011) |
| 05/04/2011 | 32 | ORDER SETTING briefing schedule regarding the pending motion to remand and the notices of removal. Signed by Judge Ellen L. Hollander on 5/4/11. (dass, Deputy Clerk) (Entered: 05/04/2011) |
| 05/05/2011 | 33 | Correspondence re: Shell Petroleum Inc. Consent to Removal (Attachments: # 1 Supplement Consent of Shell Petroleum Inc.)(Condron, Peter) (Entered: 05/05/2011) |
| 05/05/2011 | 34 | NOTICE by Chevron Corporation re 8 Order *Concerning Removal* (Condron, Peter) (Entered: 05/05/2011) |
| 05/17/2011 | 35 | CERTIFICATE of Counsel re 1 Notice of Removal, *Certification Regarding State Court Records* by Peter C Condron on behalf of Chevron Corporation (Attachments: # 1 Exhibit Notice of Dismissal - Placid Refining, LLC)(Condron, Peter) (Entered: 05/17/2011) |