# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 1358 _____ & TITLE - IN RE: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation
_____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Mayor and City Council of Berlin et al. v. 7-Eleven, Inc. et al., United States District Court of Maryland, Case No. MD/1:11-cv-01037
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for **See Exhibit A** _____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

   This party's parent, subsidiary and other affiliate corporations are listed below (for affiliates, briefly describe nature of affiliation; attach separate document if necessary)

# See Exhibit B

   The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

# Not Applicable

   The following publicly-held corporation(s), although not parties to the matter, have a financial interest in the outcome of the matter (e.g., by reason of insurance, a franchise agreement, or an indemnity agreement).  Briefly describe the nature of the interest.  (Note:  parent, subsidiary, or affiliate corporations of a publicly-held corporation that falls within this category need not be disclosed.)

# Not Applicable

**OR**

   This party does not have any parent, subsidiary or affiliate corporations; no publicly-held corporation owns 10% or more of the party's stock; and no publicly-held corporation has a financial interest in the outcome of the matter.

_____    # Kirkland & Ellis LLP
Signature of Attorney                Name of Firm

# 300 North LaSalle Street    # Chicago, IL 60654
Address                        City/State/Zip Code

Date **05/18/11** _____

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document.  All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

# EXHIBIT A

# **EXHIBIT A**

Atlantic Richfield Company

BP Amoco Chemical Company

BP Products North America Inc.

# EXHIBIT B

## **EXHIBIT B**

1.      Atlantic Richfield Company's parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

2.      BP Amoco Chemical Company's parent corporation is BP Company North America Inc. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

3.      BP Products North America Inc.'s parent corporations are BP Company North America Inc. and The Standard Oil Company. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales. The Standard Oil Company's parent corporations are BP America Inc. and BP Company North America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 18, 2011 a true and correct copy of this **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS ATLANTIC RICHFIELD COMPANY, BP AMOCO CHEMICAL COMPANY AND BP PRODUCTS NORTH AMERICA INC.,** was electronically served on counsel of record by electronic filing via LexisNexis File & Serve to counsel for Plaintiffs and Defendants in MDL No. 1358.

Christopher Esbrook