UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL No. 1358 |

This Document Pertains to:

*Mayor and City Council of Berlin, et al. v. 7-Eleven, Inc., et al.*; U.S. District Court for the District of Maryland, C.A. 1:11-CV-01037-ELH (Judge Ellen Lipton Hollander)

**DEFENDANTS VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING AND MARKETING COMPANY, VALERO REFINING COMPANY-NEW JERSEY, VALERO REFINING COMPANY-DELAWARE, AND THE PREMCOR REFINING GROUP INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Judicial Panel on Multidistrict Litigation Rule of Procedure 5.3, Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company-New Jersey, Valero Refining Company-Delaware[1], and The Premcor Refining Group Inc. (collectively "Valero Defendants"), by and through their attorneys, make the following disclosures:

Valero Energy Corporation states that it is a publicly traded corporation. No entity owns

---

[1] Valero Refining Company-Delaware is a non-existent entity and makes this Disclosure only to the extent Plaintiff seeks to assert a claim against it.

10% or more of the stock of Valero Energy Corporation. Valero Energy Corporation does not have a parent corporation.

Valero Refining and Marketing Company is not a publicly traded corporation. Valero Refining and Marketing Company states that its parent corporation is Valero Energy Corporation. Valero Energy Corporation does not have a parent corporation.

Valero Marketing and Supply Company is not a publicly traded corporation. The indirect parent of Valero Marketing and Supply Company is Valero Energy Corporation.

Valero Refining Company-New Jersey states that it changed its name to Paulsboro Refining Company LLC when it converted to an LLC. Paulsboro Refining Company LLC is not a publicly traded corporation. The parent of Paulsboro Refining Company LLC is PBF Holding Company LLC, which is not publicly traded. Paulsboro Refining Company LLC does not have a publicly traded parent.

The Premcor Refining Group Inc. is not a publicly traded corporation. The indirect parent of The Premcor Refining Group Inc. is Valero Energy Corporation.

Valero Refining Company-Delaware does not exist.

Respectfully submitted,

M. Coy Connelly
Eduardo S. Pérez
Amy E. Parker
Benjamin H. Patton
BRACEWELL & GIULIANI LLP
711 Louisiana St., Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 221-1335
Telecopier: (713) 221-2159
coy.connelly@bgllp.com

ATTORNEY FOR DEFENDANTS
VALERO ENERGY CORPORATION,
VALERO MARKETING AND SUPPLY
COMPANY, VALERO REFINING AND
MARKETING COMPANY, VALERO
REFINING COMPANY-NEW JERSEY, AND
THE PREMCOR REFINING GROUP INC.

## PROOF OF SERVICE

I hereby certify that a true and correct copy of Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company-New Jersey, Valero Refining Company-Delaware, and The Premcor Refining Group Inc. s Corporate Disclosure Statement was served upon all counsel listed on the Panel Service List (CTO-41) via electronic mail and all MDL 1358 counsel of record via LexisNexis File & Serve on the 18th day of May, 2011.

Benjamin H. Patton