UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL No. 1358 |
|---|---|

This Document Pertains to:

*Mayor and City Council of Berlin, et al. v. 7-Eleven, Inc., et al.*; U.S. District Court for the District of Maryland, C.A. 1:11-CV-01037-ELH (Judge Ellen Lipton Hollander)

### DEFENDANT TOTAL PETROCHEMICALS USA, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Judicial Panel on Multidistrict Litigation Rule of Procedure 5.3, Defendant TOTAL PETROCHEMICALS USA, INC. states that its parent corporation is TOTAL Delaware, Inc. TOTAL Delaware, Inc.'s parent corporation is TOTAL Holdings USA, Inc. TOTAL Holdings USA, Inc.'s parent corporation is TOTAL GESTION U.S.A., which is a French corporation. TOTAL GESTION U.S.A.'s parent corporation is TOTAL S.A., which is also a French corporation. TOTAL S.A. has no parent corporation. No other publicly held corporation owns 10% or more of TOTAL PETROCHEMICALS USA, INC.'s stock.

Respectfully submitted,

*[signature]*

M. Coy Connelly
Eduardo S. Pérez
Amy E. Parker
Benjamin H. Patton
BRACEWELL & GIULIANI LLP
711 Louisiana St., Suite 2300
Houston, Texas 77002-2770
Telephone: (713) 221-1335
Telecopier: (713) 221-2159
coy.connelly@bgllp.com

ATTORNEY FOR DEFENDANT
TOTAL PETROCHEMICALS USA, INC.

## PROOF OF SERVICE

I hereby certify that a true and correct copy of Defendant TOTAL PETROCHEMICAL USA, INC.'s Corporate Disclosure Statement was served upon all counsel listed on the Panel Service List (CTO-41) via electronic mail and all MDL 1358 counsel of record via LexisNexis File & Serve on the 18th day of May, 2011.

*[signature]*
Benjamin H. Patton