UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation

MDL 1358 (SAS)

**This Document Relates To:**

*Crescenta Valley Water District v. Mobil Corporation, et al.*, Case No. 07 Civ. 9453 (SAS)



## SUGGESTION TO REMAND

After reviewing Plaintiff Crescenta Valley Water District's request for the Court to suggest to the United States Judicial Panel on Multidistrict Litigation (the "Panel") that it remand to the Central District of California the lawsuit originally styled *Crescenta Valley Water District v. Mobil Corporation, et al.*, Case No. CV07-2630-JVS (the "Lawsuit"), for final pretrial and trial proceedings, and Defendants' statement of non-opposition to same, the Court hereby finds that the coordinated and consolidated pretrial proceedings in the Lawsuit have run their course. The Court therefore suggests that the Panel remand the Lawsuit to the District Court for the Central District of California for all additional pretrial and trial proceedings.[1]

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
May 17, 2011

---

[1] Prior to its transfer to this MDL No. 1358, the Lawsuit had been assigned to Judge James V. Selna, Judge of the United States District Court, Central District of California.