UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No:  **1358**                                                                                       Docket No. **354**

TO:  Andrew Walsh, Esq.

MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

_X__Incomplete Signature Page/Attorney Information/Represented Party (Rule 3.2(ii))

    **Action Required: Sign your name next to /s/.**

_X__CM/ECF Practice/Main Document/Attachment not correct (emails will not be accepted. Counsel will need to re-document

    **Action Required:  File Proof of Service as an attachment separate from the main document.**

Withdraw your previous filing using the Withdrawal event and File both of these documents under the Other Motions event.

    ***The time allotted to correct deficiencies is subject to change. Please read carefully to ensure full compliance.***

**Correction Deadline: May 23, 2011**

Dated: **May 20, 2011**                                                                FOR THE PANEL:

                                                                                Jeffery N. Luthi
                                                                                Clerk of the Panel