UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **1358**                                                            Docket Nos. **340 and 341**

TO:  Peter C. Condron, Esq.

MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

  x   Add Corporate Parent Companies, Affiliates and Subsidiaries

> **Action Required: Please docket an Amended Corporate Disclosure Statement and briefly describe nature of affiliation for each party.**

  x   Incomplete Signature Page/Attorney Information/Represented Party (Rule 3.2(ii))

> **Action Required: Sign your names next to /s/.**

Please Withdraw your previous filing using the Withdrawal event and File the document using the Corporate Disclosure Statement (Amended) event.

***The time allotted to correct deficiencies is subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: May 23, 2011**

Dated: **May 20, 2011**

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel