UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

MDL No: **1358**                                                              Docket Nos. **356 and 357**

TO:  **Benjamin H. Patton, Esq.**

MAJOR DEFICIENCY LIST
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an *Order Striking Pleading* may be issued by the Clerk of the Panel.

**Correction Required: 24 hours from date of Notice**

 x   Add Corporate Parent Companies, Affiliates and Subsidiaries

> **Action Required: Please docket an Amended Corporate Disclosure Statement and follow all steps which include adding affiliates and subsidiaries to the case(s) for all parties.**

Please Withdraw your previous filing using the Withdrawal event and File the document using the Corporate Disclosure Statement (Amended) event.

***The time allotted to correct deficiencies is subject to change. Please read carefully to ensure full compliance with Notice of Deficiency***

**Correction Deadline: May 23, 2011**

Dated: **May 20, 2011**

FOR THE PANEL:

*[signature]*

Jeffery N. Luthi
C l e r k   o f   t h e   P a n e l