## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To: <br><br> *Mayor & Council of Berlin, et al. v. Ashland, Inc., et al.,* United States District Court for the District of Maryland (Case No. 1:11-cv-1037-ELH) | MDL 1358 |

### AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS CHEVRON CORPORATION, CHEVRON U.S.A. INC., AND TEXACO INC.

Pursuant to JPML Rule 5.1, Chevron Corporation, Chevron U.S.A. Inc., and Texaco Inc. hereby identify the following publicly-traded parents or other affiliate corporations and publicly-held corporations that own 10 percent or more, directly or indirectly, of any of their stock:

Chevron Corporation

Defendants Chevron U.S.A. Inc. and Texaco Inc. are indirect subsidiaries of defendant Chevron Corporation.

1

Dated:  May 20, 2011

Respectfully submitted,

*[signature]*

Peter C. Condron
Bar No. 15903
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W.
Harbourside – Suite 500
Washington D.C. 20007
Telephone: (202) 204-1000
Facsimile: (202) 204-1001
E-mail: pcondron@wallaceking.com

*Counsel for Defendants Chevron Corporation, Chevron U.S.A. Inc., and Texaco Inc.*

*Of counsel:*

Robert E. Meadows
Charles C. Correll, Jr.
James J. Maher
KING & SPALDING
1100 Louisiana, Suite 4000
Houston, Texas  77002
(713) 751-3200