## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Mayor & Council of Berlin, et al. v. Ashland, Inc., et al.,*<br>United States District Court for the District of Maryland<br>(Case No. 1:11-cv-1037-ELH) | MDL 1358 |

## AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS EQUILON ENTERPRISES LLC, MOTIVA ENTERPRISES LLC, SHELL OIL COMPANY, SHELL OIL PRODUCTS COMPANY LLC, SHELL PETROLEUM, INC., SHELL TRADING (US) COMPANY AND TMR COMPANY

Pursuant to JPML Rule 5.1, Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company and TMR Company hereby identify the following publicly-traded parents or other affiliate corporations and publicly-held corporations that own 10 percent or more, directly or indirectly, of any of their stock:

Royal Dutch Shell plc

1

Defendants Equilon Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company and TMR Company are subsidiaries of Royal Dutch Shell plc. Motiva Enterprises LLC is a joint venture in which a subsidiary of Royal Dutch Shell plc owns a fifty percent interest. No other publicly-held entities own an interest in Motiva Enterprises LLC.

Dated: May 20, 2011

Respectfully submitted,

Peter C. Condron
Bar No. 15903
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W.
Harbourside – Suite 500
Washington D.C. 20007
Telephone: (202) 204-1000
Facsimile: (202) 204-1001
E-mail: pcondron@wallaceking.com

*Counsel for Defendants Equilon Enterprises LLC, Motiva Enterprises LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, and TMR Company*