BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | § § § § |
| This Document Relates To: | § § MDL No. 1358 |
| *Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al.* Cause No. 1:11-cv-01037 (D. Md.) | § § § § |

### DEFENDANT 7-ELEVEN, INC.'S STATEMENT IN RESPONSE TO NOTICE OF MAJOR DEFICIENCY (DKT# 359) WITHDRAWAL OF DKT# 354

On May 20, 2011 the Clerk of the Panel, Jeffery N. Luthi, notified 7-Eleven, Inc. that its filing contained major deficiencies which necessitated withdrawal of Document # 354, originally filed on May 18, 2011. The reason for the deficiency was failure to sign pursuant to Rule 3.2(ii) and failure file proof of service as a separate document.

Respectfully submitted,

/s/ *[signature]*
**MICHAEL A. WALSH**
Texas State Bar No. 00790146
New York State Bar No. 2032191
michael.walsh@strasburger.com
**COURTNEY JONES KIEFFER**
Texas State Bar No. 24007457
courtney.jones.kieffer@strasburger.com
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
Telephone: 214-651-4300
Facsimile: 214-651-4330

**ATTORNEYS FOR DEFENDANT 7-ELEVEN, INC.**