BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al.*<br>Cause No. 1:11-cv-01037 (D. Md.) | § § § § § § § § § §  MDL No. 1358 |

### DEFENDANT 7-ELEVEN, INC.'S CERTIFICATE OF SERVICE OF ITS STATEMENT IN RESPONSE TO NOTICE OF MAJOR DEFICIENCY (DKT# 359) WITHDRAWAL OF DKT# 354

The undersigned certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via ECF on registered electronic filing participants <u>or</u> by regular mail on non-registered electronic filing participants, on May 23, 2011.

/s/ *[signature]*
MICHAEL A. WALSH

John McNeill Broaddus
116 Avon Rd.
Haverford, PA 19041
*Counsel for Plaintiffs Mayor and Council of Berlin, City of Aberdeen, The Town of Chestertown, City of Salisbury, Commissioners of Sharptown, The City of Taneytown, and County Commissioners of Worcester County*

P. Scott Summy
Carla M. Burke
Baron & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
*Counsel for Plaintiffs Mayor and Council of Berlin, City of Aberdeen, The Town of Chestertown, City of Salisbury, Commissioners of Sharptown, The City of Taneytown, and County Commissioners of Worcester County*

Robert J. Gordon
Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
*Counsel for Plaintiffs Mayor and Council of Berlin, City of Aberdeen, The Town of Chestertown, City of Salisbury, Commissioners of Sharptown, The City of Taneytown, and County Commissioners of Worcester County*

Charles D. MacLeod
Jefferson L. Blomquist
Funk & Bolton, PA
315 High St., Ste. 202
Chestertown, MD 21620
*Counsel for Plaintiffs Mayor and Council of Berlin, City of Aberdeen, The Town of Chestertown, City of Salisbury, Commissioners of Sharptown, The City of Taneytown, and County Commissioners of Worcester County*

Steven L. Leifer
Baker Botts L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendants Ashland, Inc., Hess Corporation, and Marathon Oil Company*

David A. Super
Baker Botts L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendant Marathon Petroleum Company, LLC*

J. Andrew Langan, P.C.
Andrew R. Running
Wendy L. Bloom
Christopher J. Esbrook
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
*Counsel for Defendants Atlantic Richfield Company, BP Amoco Chemical Company, and BP Products North America, Inc.*

Michele E. Gutrick
Kirkland & Ellis LLP
655 Fifteenth St., NW

Washington, DC 20005
*Counsel for Defendants Atlantic Richfield Company, BP Amoco Chemical Company, and BP Products North America, Inc.*

Peter C. Condron
Wallace King Domike Reiskin
2900 K Street NW
Harbourside, Ste. 500
Washington, D.C. 20007
*Counsel for Defendants Chevron Corporation, Chevron USA, Inc., Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Co., Texaco, Inc., and TMR Company*

Richard E. Wallace, Jr.
Wallace King Domike Reiskin
2900 K Street NW
Harbourside, Ste. 500
Washington, D.C. 20007
*Counsel for Defendants Chevron Corporation, Chevron USA, Inc., and Texaco, Inc.*

Pamela R. Hanebutt
Eimer Stahl Klevorn & Solberg LLP
224 South Michigan Ave., Ste. 1100
Chicago, IL 60604
*Counsel for Defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company, LP, and PDV Midwest Refining, LLC*

David Samuel Panzer
Greenberg Traurig LLP
2101 L St. NW, Ste. 1000
Washington, D.C. 20037
*Counsel for Defendants Coastal Eagle Point Oil Company, Coastal Oil New England, and El Paso Merchant Energy-Petroleum*

Elizabeth A. Greenfield
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07102
*Counsel for Defendant ConocoPhillips Company*

Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178

*Counsel for Defendant Crown Central, LLC*

Lauren Erica Handel
Peter John Sacripanti
McDermott Will & Emery LLP
340 Madison Ave.
New York, NY 10017
*Counsel for Defendants Exxon Mobil Corporation, Exxon Mobil Oil Corporation, and Mobil Corporation*

Harry S. Johnson
Whiteford Taylor and Preston LLP
Seven St. Paul St., Ste. 1400
Baltimore, MD 21202-1626
*Counsel for Defendant Flint Hills Resources, LP*

Warren N. Weaver
Whiteford Taylor and Preston LLP
Seven St. Paul St., Ste. 1400
Baltimore, MD 21202-1626
*Counsel for Defendant Flint Hills Resources, LP*

Matthew G. Parisi
Bleakley Platt & Schmidt, LLP
One North Lexington Ave.
White Plains, New York 10602
*Counsel for Defendant Getty Petroleum Marketing, Inc.*

Chad W. Higgins
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, MA 02109
*Counsel for Defendant Gulf Oil Limited Partnership*

Daniel M. Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
*Counsel for Defendants Sunoco, Inc. and Sunoco, Inc. (R&M)*

M. Coy Connelly
Bracewell & Giuliani LLP
711 Louisiana Street, Ste. 2300
Houston, TX 77002

*Counsel for Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company-New Jersey, Valero Refining Company-Delaware, The Premcor Refining Group, Inc., and Total Petrochemicals USA, Inc.*

3433855.1/SP/76088/0607/052311