## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Mayor & Council of Berlin, et al. v. Ashland, Inc., et al.,* United States District Court for the District of Maryland (Case No. 1:11-cv-1037-ELH) | MDL 1358 |

### NOTICE OF WITHDRAWAL OF PLEADING

Chevron Corporation, Chevron U.S.A. Inc., and Texaco Inc. hereby withdraw their corporate disclosure statement filed May 17, 2011, as directed by the Clerk of the Panel. An amended corporate disclosure statement was filed on May 20, 2011.

Dated: May 24, 2011

Respectfully submitted,

*[signature]*

Peter C. Condron
Bar No. 15903
WALLACE KING DOMIKE & REISKIN PLLC
2900 K Street, N.W.
Harbourside – Suite 500
Washington D.C. 20007
Telephone: (202) 204-1000
Facsimile: (202) 204-1001
E-mail: pcondron@wallaceking.com

*Counsel for Defendants Chevron Corporation, Chevron U.S.A. Inc., and Texaco Inc.*

*Of counsel:*

Robert E. Meadows
Charles C. Correll, Jr.
James J. Maher
KING & SPALDING
1100 Louisiana, Suite 4000
Houston, Texas  77002
(713) 751-3200