BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION § § § § This Document Relates To: § § *Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al.* § § Cause No. 1:11-cv-01037 (D. Md.) § | MDL No. 1358 |

### DEFENDANT 7-ELEVEN, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO VACATE CONDITIONAL TRANSFER ORDER NO. 41 (Dkt # 367)

7-Eleven, Inc., a defendant in *Mayor and Council of Berlin, et al. v. 7-Eleven, Inc., et al.*, Cause No. 1:11-cv-01037 in the United States District Court for the District of Maryland, hereby withdraws its Motion to Vacate Conditional Transfer Order No. 41 (Dkt # 367) and its Notice of Opposition to Conditional Transfer Order (CTO 41) (Dkt # 322).

Respectfully submitted,

*/s/ Michael A. Walsh*

**MICHAEL A. WALSH**
Texas State Bar No. 00790146
New York State Bar No. 2032191
michael.walsh@strasburger.com
**COURTNEY JONES KIEFFER**
Texas State Bar No. 24007457
courtney.jones.kieffer@strasburger.com
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
Telephone: 214-651-4300
Facsimile: 214-651-4330

**ATTORNEYS FOR DEFENDANT 7-ELEVEN, INC.**