**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

_____

|  |  |  |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| | : | **MDL Docket No. 1358** |
| **METHYL-TERTIARY BUTYL** | : | |
| **ETHER PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |

_____

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rules 6.2(d) and 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Counsel for Plaintiffs *City of Manning, An Iowa Municipality*; and *City of Portageville, A Missouri Municipality*; hereby notifies the Clerk of the Panel of the following tag-along actions and state as follows:

1.	The following tag-along case is now pending in the United States District Court for the Northern District of Iowa, Central Division:

> *City of Manning, An Iowa Municipality v. Ashland Inc., et al.*
> Case No.   3:13-cv-03033-MWB
> (Complaint attached as Exhibit A)

2.	The following tag-along case is now pending in the United States District Court for the Eastern District of Missouri, Southeast Division:

> *City of Portageville, A Missouri Municipality v. Ashland Inc., et al.*
> Case No.   1:13-cv-00091-SNLJ
> (Complaint attached as Exhibit B)

3.      These related cases are tag-along actions because they involve "common questions of fact with actions previously transferred under Section 1407" to MDL No. 1358.  *See* JPML Rule 1.1 (h).

In 2004, the Panel transferred the original actions to MDL No. 1358 because they involved common questions of fact concerning "whether defendants knew about and misrepresented the nature of MTBE and conspired to market MTBE without disclosing its risks to downstream users, the federal government or the public" and "whether plaintiffs sustained drinking water contamination as a result of MTBE contamination."    The Panel has since issued over 40 Conditional Transfer Orders transferring over 160 pending actions to the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

The related actions allege the same common questions of fact as those transferred under the original Transfer Order and the subsequent Conditional Transfer Orders.  Given the substantially similar nature of the allegations involved, the Panel should consolidate and transfer these related cases to MDL No. 1358 "for the convenience of the parties and witnesses and [to] promote the just and efficient conduct of the actions."  28 U.S.C. § 1407.

WHEREFORE, Counsel for Plaintiff City of Manning, *An Iowa Municipality* and *City of Portageville, A Missouri Municipality* notifies the Panel of the foregoing potential tag-along cases.

**DATED:**  July _____3rd_____, 2013

RESPECTFULLY SUBMITTED,


_____/s/ Celeste A. Evangelisti_____
Scott Summy, *licensed in Texas, New York and North Carolina*
Celeste Evangelisti, *licensed in Texas, New York and California*
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-3605
Phone:  214-521-3605
Fax:  214-520-1181
ssummy@baronbudd.com
cevangelisti@baronbudd.com


Robert J. Gordon, *licensed in New York, Pennsylvania and New Jersey*
Robin Greenwald, *licensed in Illinois*
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, NY  10038-4925
Phone:  212-558-5500
Fax:  212-558-5506
rgordan@weitzlux.com
rgreenwald@weitzlux.com

***Attorneys for Plaintiffs***
***City of Manning, an Iowa Municipality***
***City of Portageville, A Missouri Municipality***