**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | **:** | |
| **IN RE:** | **:** | |
| | **:** | **MDL Docket No. 1358** |
| **METHYL-TERTIARY BUTYL** | **:** | |
| **ETHER PRODUCTS LIABILITY** | **:** | |
| **LITIGATION** | **:** | |
| | **:** | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via LexisNexis File & Serve and/or ECF on registered electronic filing participants on July ____3rd____, 2013.

P. Scott Summy
Carla M. Burke
Baron & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
Counsel for Plaintiffs City of Manning and City of Portageville

Robert J. Gordon
Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Counsel for Plaintiffs City of Manning and City of Portageville

Steven L. Leifer
Baker Botts L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400

Counsel for Defendants Ashland, Inc., Hess Corporation, Marathon Petroleum Company, LP and Marathon Oil Company

J. Andrew Langan, P.C.
Wendy L. Bloom
Christopher J. Esbrook
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Counsel for Defendants Atlantic Richfield Company, BP Amoco Chemical Company, BP-Husky Refining, LLC and BP Products North America, Inc.

Peter C. Condron
Richard E. Wallace, Jr.
Sedgwick LLP
2900 K Street NW
Harbourside, Ste. 500
Washington, D.C. 20007
Counsel for Defendants Chevron USA, Inc., Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Co., Texaco, Inc., TMRI-HLLC and Four Star Oil & Gas Company

Nathan Eimer
Pamela R. Hanebutt
Lisa Meyer
Eimer Stahl LLP
224 South Michigan Ave., Ste. 1100
Chicago, IL 60604
Counsel for Defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company, LP, and PDV Midwest Refining, LLC

Brent Hunter Allen
Dawn Ellison
Greenberg Traurig LLP
2101 L St. NW, Ste. 1000
Washington, D.C. 20037
Counsel for Defendants Coastal Eagle Point Oil Company, Coastal Oil New England, and El Paso Merchant Energy-Petroleum Company

Keena Mackay Hausmann
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, NJ 07102
Counsel for Defendant ConocoPhillips Company

John Lyons
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Counsel for Defendant ConocoPhillips Company

Jon Anderson
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Counsel for Defendant ConocoPhillips Company
Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Counsel for Defendant Crown Central, LLC

Peter John Sacripanti
James Pardo
Stephen Riccardulli
McDermott Will & Emery LLP
340 Madison Ave.
New York, NY 10017
Counsel for Defendants Exxon Mobil Corporation, Exxon Mobil Oil Corporation and Mobil
Corporation

John Guttmann
Daniel M. Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
Counsel for Defendants Sun Company, Inc. and Sunoco, Incorporated (R&M),

M. Coy Connelly
Bracewell & Giuliani LLP
711 Louisiana Street, Ste. 2300
Houston, TX 77002
Counsel for Defendants Valero Energy Corporation, Valero Marketing and Supply Company,
Valero Refining and Marketing Company, Valero Refining Company-New Jersey, Valero
Refining Company-Delaware, Valero Refining Company Texas, L.P., Valero Refining Company
– Oklahoma, The Premcor Refining Group, Inc. and Total Petrochemicals & Refining SA, Inc.

**DATED:**  July _____3rd_____, 2013

RESPECTFULLY SUBMITTED,


    /s/ Celeste A. Evangelisti
Scott Summy, *licensed in Texas, New York and North Carolina*
Celeste Evangelisti, *licensed in Texas, New York and California*
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-3605
Phone:  214-521-3605
Fax:  214-520-1181
ssummy@baronbudd.com
cevangelisti@baronbudd.com

Robert J. Gordon, *licensed in New York, Pennsylvania and New Jersey*
Robin Greenwald, *licensed in Illinois*
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, NY  10038-4925
Phone:  212-558-5500
Fax:  212-558-5506
rgordan@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiffs*
*City of Manning, an Iowa Municipality*
*City of Portageville, A Missouri Municipality*