JURY

# U.S. District Court
# Northern District of Iowa (Central Division)
# CIVIL DOCKET FOR CASE #: 3:13-cv-03033-MWB

| | |
|---|---|
| City of Manning v. Ashland Inc. et al | Date Filed: 06/27/2013 |
| Assigned to: Judge Mark W Bennett | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Leonard T Strand | Nature of Suit: 245 Tort Product Liability |
| Cause: 28:1332 Diversity-Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**City of Manning**  represented by  **Brian P Galligan**
Galligan Reid, PC
300 Walnut Street
Suite 5
\*\*ECF
Des Moines, IA 50309
515 282 3333
Fax: 282 0318
Email: bgalligan@galliganlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ashland Inc.**

**Defendant**

**Atlantic Richfield Company**

**Defendant**

**BP Amoco Chemical Company**

**Defendant**

**BP-Husky Refining, LLC**

**Defendant**

**BP Products North America Inc.**

**Defendant**

**Chevron U.S.A. Inc.**

**Defendant**

**Citgo Petroleum Corporation**

**Defendant**

**Citgo Refining and Chemicals Company. LP**

**Defendant**

**Coastal Eagle Point Oil Company**

**Defendant**

**Coastal Oil New England, Inc.**

**Defendant**

**ConocoPhillips Company**

**Defendant**

**Crown Central LLC**

**Defendant**

**El Paso Merchant Energy-Petroleum Company**

**Defendant**

**Equilon Enterprises, LLC**

**Defendant**

**Exxon Mobil Corporation**

**Defendant**

**ExxonMobil Oil Corporation**

**Defendant**

**Four Star Oil & Gas Company**

**Defendant**

Hess Corporation

**Defendant**

Marathon Oil Company

**Defendant**

Marathon Petroleum Company LP

**Defendant**

Mobil Corporation

**Defendant**

Motiva Enterprises, LLC

**Defendant**

PDV Midwest Refining, LLC

**Defendant**

The Premcor Refining Group, Inc.

**Defendant**

Shell Oil Company

**Defendant**

Shell Oil Products Company LLC

**Defendant**

Shell Petroleum, Inc.

**Defendant**

Shell Trading Company

**Defendant**

Sun Company, Inc.

**Defendant**

Sunoco, Incorporated

**Defendant**

Texaco, Inc.

**Defendant**

TMR Company

**Defendant**

Total Petrochemicals & Refining USA, Inc.

**Defendant**

TRMI-H, LLC

**Defendant**

Valero Energy Corporation

**Defendant**

Valero Marketing and Supply Company

**Defendant**

Valero Refining and Marketing Company

**Defendant**

Valero Refining Company - Oklahoma

**Defendant**

Valero Refining Company Texas, L.P.

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2013 | 1 | COMPLAINT *and Jury Demand* against All Defendants ( Filing fee $ 400 receipt number 0862-1623530.), filed by City of Manning. Scheduling Report due by 11/7/2013 (Attachments: # 1 Civil Cover Sheet, # 2 Attachment to Civil Cover Sheet) (Galligan, Brian) (Entered: 06/27/2013) |
| 06/28/2013 |   |   |

| | | |
|---|---|---|
| | | Judge Mark W Bennett and Magistrate Judge Leonard T Strand added. Conflicts reviewed as to parties and attorneys, none found. (ksy) (Entered: 06/28/2013) |
| 06/28/2013 | 2 | Summons Issued as to All Defendants. ****PLEASE MAKE COPIES OF SUMMONS FOR EACH DEFENDANT AND FILL IN REMAINING INFORMATION**** (Attachments: # 1 New Civil Case Packet)(IPM verified) (ksy) (Entered: 06/28/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/05/2013 07:42:40 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:13-cv-03033-MWB |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |