<span style="color:red">STAYED</span>

# U.S. District Court
# Eastern District of Missouri (LIVE) (Cape Girardeau)
# CIVIL DOCKET FOR CASE #: 1:13-cv-00091-SNLJ

City of Portageville v. Ashland, Inc.  
Assigned to: District Judge Stephen N. Limbaugh, Jr  
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/27/2013  
Jury Demand: Plaintiff  
Nature of Suit: 245 Tort Product Liability  
Jurisdiction: Diversity

## Plaintiff

**City of Portageville, Missouri**  
301 E. Main St.  
P.O. Box Drawer B  
Portageville, MO 63873  
573-379-5789  
*a Missouri municipality*

represented by **Terry M. McVey**  
CROW AND REYNOLDS  
308 1st Street  
P.O. Box 189  
Kennett, MO 63857-0189  
573-888-4664  
Fax: 573-888-0322  
Email: terry@crsmslaw.com  
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Ashland Inc.**  
c/o Registered Agent C T Corporation System  
120 South Central Avenue  
Clayton, MO 63105  
*formerly known as*  
New EXM, Inc.

## Defendant

**Atlantic Richfield Company**  
c/o Registered Agent C T Corporation System  
120 South Central Avenue  
Clayton, MO 63105

*Individually, as successor-by-merger to Atlantic Richfield Company (a Pennsylvania corporation)*
*formerly known as*
Atlantic Richfield Delaware Corporation
*doing business as*
ARCO Products Company

**Defendant**

**BP Amoco Chemical Company**
CT Corporation System
120 South Central Avenue
Clayton, MO 63105
*formerly known as*
Amoco Chemical Company
*formerly known as*
Amoco Chemicals Company
*formerly known as*
Amoco Chemicals Corporation

**Defendant**

**BP-Husky Refining, LLC**
c/o Registered Agent Secretary of State
600 West Main Street
Jefferson City, MO 65101

**Defendant**

**BP Products North America Inc.**
c/o Registered Agent Prentice-Hall Corp. System
221 Bolivar Street
Jefferson City, MO 65101
*individually and as successor-by-merger to BP Exploration and Oil Inc. and successor-in-interest to BP North America, Inc.*
*formerly known as*

Amoco Oil Company
*formerly known as*
The American Oil Company

**Defendant**

**Chevron U.S.A. Inc.**
c/o Registered Agent Prentice-Hall Corp. System
221 Bolivar Street
Jefferson City, MO 65101
*formerly known as*
Gulf Oil Corporation
*doing business as*
Chevron Products Company
*doing business as*
Chevron Chemical Company

**Defendant**

**Citgo Petroleum Corporation**
c/o Registered Agent The Corporation Company
120 South Central Avenue
Clayton, MO 63105
*formerly known as*
Cities Service RMT Corporation

**Defendant**

**Citgo Refining and Chemicals Company, LP**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101
*individually and as successor-by-merger to Citgo Refining and Chemicals Company*

**Defendant**

**Coastal Eagle Point Oil Company**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101

**Defendant**

**Coastal Oil New England, Inc.**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101
*formerly known as*
Belcher New England, Inc.

**Defendant**

**ConocoPhillips Company**
co Registered Agent United
States Corp. Company
221 Bolivar Street
Jefferson City, MO 65101
*individually, as successor-by-merger to Conoco, Inc. and Tosco Corporation*
*formerly known as*
Phillips Petroleum Company
*doing business as*
Phillips 66 Company
*doing business as*
Phillips Chemical Company
*doing business as*
Phillips Oil Company

**Defendant**

**Crown Central LLC**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101
*individually as successor-bymerger to Crown Central Petroleum and successor-in-interest to La Gloria Oil and Gas Company*

**Defendant**

**El Paso Merchant Energy-Petroleum Company**
c/o Registered Agent C T
Corporation System

120 South Central Avenue
Clayton, MO 63105
*formerly known as*
Coastal Refining & Marketing, Inc.
*formerly known as*
Coastal Derby Refining Company
*formerly known as*
Derby Refining Company
*formerly known as*
Colorado Oil and Gas Corporation

**Defendant**

**Equilon Enterprises LLC**
c/o Registered Agent The Corporation Company
120 South Central Avenue
Clayton, MO 63105
*individually and as successor-by-merger to Equiva Services LLC*
*doing business as*
Shell Oil Products U.S.

**Defendant**

**Exxon Mobil Corporation**
c/o Registered Agent
Corporation Service Company
221 Bolivar Street
Jefferson City, MO 65101
*formerly known as*
Exxon Corporation
*doing business as*
ExxonMobil Refining and Supply Company
*doing business as*
Exxon Chemical USA
*doing business as*
ExxonMobil Chemical Corporation

**Defendant**

**ExxonMobil Oil Corporation**
c/o Registered Agent Prentice-Hall Corporation System
221 Bolivar Street
Jefferson City, MO 65101
*formerly known as*
Mobil Oil Corporation
*formerly known as*
Socony Mobil Oil Company, Inc.
*formerly known as*
Socony Vacuum Oil Company, Incorporated

**Defendant**

**Four Star Oil & Gas Company**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101
*formerly known as*
Getty Oil Company

**Defendant**

**Hess Corporation**
c/o Registered Agent C T Corporation System
120 South Central Avenue
Clayton, MO 63105
*formerly known as*
Amerada Hess Corporation

**Defendant**

**Marathon Oil Company**
c/o Registered Agent C T Corporation System
120 South Central Avenue
Clayton, MO 63105
*formerly known as*
USS Holdings Company

**Defendant**

**Marathon Petroleum Company LP**
c/o Registered Agent C T Corporation System
120 South Central Avenue
Clayton, MO 63105
*formerly known as*
Marathon Petroleum Company, LLC
*formerly known as*
Embro Supply, LLC
*formerly known as*
Marathon Ashland Petroleum LLC

### Defendant

**Mobil Corporation**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101

### Defendant

**Motiva Enterprises LLC**
c/o Registered Agent C T Corporation System
120 South Central Avenue
Clayton, MO 63105
*formerly known as*
Star Enterprises, LLC

### Defendant

**PDV Midwest Refining, LLC**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101

### Defendant

**The Premcor Refining Group Inc.**
c/o Registered Agent C T Corporation System
120 South Central Avenue

Clayton, MO 63105
*formerly known as*
Clark Refining & Marketing, Inc.
*formerly known as*
Clark Oil & Refining Corporation
*formerly known as*
AOC Acquisition Corporation

### Defendant

**Shell Oil Company**
c/o registerd Agent C T Corporation System
120 South Central Avenue
Clayton, MO 63105

### Defendant

**Shell Oil Products Company LLC**
c/o Registered Agent C T Corporation System
120 South Central Avenue
Clayton, MO 63105
*doing business as*
Shell Oil Products Company

### Defendant

**Shell Petroleum, Inc.**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101

### Defendant

**Shell Trading (US) Company**
c/o registered Agent C T Corporation System
120 South Central Avenue
Clayton, MO 63105
*formerly known as*
Equiva Trading Company

*doing business as*
Stusco

### Defendant

**Sun Company, Inc.**
c/o Registered Agent The
Corporation Company
120 South Central Avenue
Clayton, MO 63105
*formerly known as*
Sunoco, Inc.
*formerly known as*
Sun Oil Company (PA)
*formerly known as*
Sun Oil Company

### Defendant

**Sunoco, Incorporated (R&M)**
c/o Registered Agent C T
Corporation System
120 South Central Avenue
Clayton, MO 63105
*also known as*
Sunoco, Inc. (R&M)
*formerly known as*
Sun Company, Inc. (R&M)
*formerly known as*
Sun Refining and Marketing
Company
*formerly known as*
Sun Oil Company of
Pennsylvania

### Defendant

**Texaco, Inc.**
c/o Registered Agent Prentice-
Hall Corp. System
221 Bolivar Street
Jefferson City, MO 65101
*formerly known as*
The Texas Corporation

**Defendant**

**TMR Company**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101
*individually and as successor-by-merger to TRME Company*
*formerly known as*
Texaco Refining and Marketing, Inc.
*formerly known as*
Texaco Refining and Marketing (East), Inc.

**Defendant**

**Total Petrochemicals & Refining USA, Inc.**
c/o Registered Agent C T Corporation System
120 South Central Avenue
Clayton, MO 63105
*formerly known as*
Atofina Petrochemicals Inc.
*formerly known as*
Fina Oil and Chemical Company
*formerly known as*
American Petrofina Company of Texas

**Defendant**

**TRMI-H LLC**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101
*formerly known as*
TRMI Holdings, Inc.
*formerly known as*
Texaco Refining and Marketing, Inc.
*formerly known as*
Getty Refining and Marketing Company

*formerly known as*
Getty Oil Company (Eastern Operations), Inc.

### Defendant

**Valero Energy Corporation**
c/o Registered Agent Secretary of State
600 West Main Street
Jefferson City, MO 65101

### Defendant

**Valero Marketing & Supply Company**
c/o Registered Agent The Corporation Company
120 South Central Avenue
Clayton, MO 63105

### Defendant

**Valero Refining & Marketing Company**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101

### Defendant

**Valero Refining Company - Oklahoma**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101

### Defendant

**Valero Refining Company Texas, L.P.**
c/o Secretary of State
600 West Main Street
Jefferson City, MO 65101
*inidividually, and as successor-in-interest to Valero Refining*

*Company - Texas and Valero Refining Company*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2013 | 1 | COMPLAINT against defendant Ashland Inc., Atlantic Richfield Company, BP-Husky Refining, LLC, BP Products North America Inc., Chevron U.S.A. Inc., Citgo Petroleum Corporation, Citgo Refining and Chemicals Company, LP, Coastal Eagle Point Oil Company, Coastal Oil New England, Inc., ConocoPhillips Company, Crown Central LLC, El Paso Merchant Energy-Petroleum Company, Equilon Enterprises LLC, Exxon Mobil Corporation, ExxonMobil Oil Corporation, Four Star Oil & Gas Company, Hess Corporation, Marathon Oil Company, Marathon Petroleum Company LP, Mobil Corporation, Motiva Enterprises LLC, PDV Midwest Refining, LLC, The Premcor Refining Group Inc., Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, Sun Company, Inc., Sunoco, Incorporated (R&M), Texaco, Inc., TMR Company, Total Petrochemicals & Refining USA, Inc., TRMI-H LLC, Valero Energy Corporation, Valero Marketing & Supply Company, Valero Refining & Marketing Company, Valero Refining Company - Oklahoma, Valero Refining Company Texas, L.P. with receipt number 0865-3875721, in the amount of $400 Jury Demand,, filed by City of Portageville, Missouri. (McVey, Terry) (Entered: 06/27/2013) |
| 06/27/2013 | 2 | WAIVER of Service issued defendant All Defendants. sent to All Defendants on June 27, 2013 filed by City of Portageville, Missouri. Waiver of Service due by 7/26/2013. (McVey, Terry) (Entered: 06/27/2013) |
| 06/28/2013 |  | Case Opening Notification Waivers issued 39, Disclosure of Corporate Interest issued to 39. Judge Assigned: U.S. District Judge Stephen N. Limbaugh Jr.. (MRS) (Entered: 06/28/2013) |
| 07/02/2013 | 3 | MEMORANDUM AND ORDER..IT IS HEREBY ORDERED that, by July 16, 2013, plaintiff shall file an amended complaint which shall allege facts establishing the citizenship of each of the defendant LLCs and LPs members. IT IS FURTHER ORDERED that if plaintiff does not timely and fully comply with this order, this matter will be dismissed for lack of subject matter jurisdiction.IT IS FURTHER ORDERED that all other |

| | | proceedings in this case are STAYEDpending further order of this Court. Response to Court due by 7/16/2013.. Signed by District Judge Stephen N. Limbaugh, Jr on 7/2/13. (MRS) (Entered: 07/02/2013) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/05/2013 07:45:18 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cv-00091-SNLJ |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |