BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:<br><br>METHYL-TERTIARY BUTYL<br>ETHER PRODUCTS LIABILITY<br>LITIGATION | :<br>:<br>:  MDL Docket No. 1358<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record via LexisNexis File & Serve and/or ECF on registered electronic filing participants on July ___17th___, 2013. In addition, each defendant named in the respective complaints shall be served a copy of the foregoing Notice of Potential Tag-Along Action at the time defendant is served with the Complaint via process server.

P. Scott Summy
Carla M. Burke
Baron & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
Counsel for Plaintiffs Town of Hinesburg and Town of Brewster, et al.

Richard M. Sandman
Rodman, Rodman & Sandman, P.C.
442 Main Street, Suite 300
Malden, MA  02148
Counsel for Plaintiffs Town of Hinesburg and Town of Brewster, et al.

Robert J. Gordon
Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Counsel for Plaintiffs Town of Hinesburg and Town of Brewster, et al.

Steven L. Leifer
Baker Botts L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Counsel for Defendant Hess Corporation

J. Andrew Langan, P.C.
Wendy L. Bloom
Christopher J. Esbrook
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Counsel for Defendants Atlantic Richfield Company, BP Amoco Chemical Company, and BP Products North America, Inc.

Peter C. Condron
Richard E. Wallace, Jr.
Sedgwick LLP
2900 K Street NW
Harbourside, Ste. 500
Washington, D.C. 20007
Counsel for Defendants Chevron USA, Inc., Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Co., Texaco, Inc., TMRI-HLLC and Four Star Oil & Gas Company

Nathan Eimer
Pamela R. Hanebutt
Lisa Meyer
Eimer Stahl LLP
224 South Michigan Ave., Ste. 1100
Chicago, IL 60604
Counsel for Defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company, LP, and PDV Midwest Refining, LLC

Brent Hunter Allen
Dawn Ellison
Greenberg Traurig LLP
2101 L St. NW, Ste. 1000
Washington, D.C. 20037
Counsel for Defendants Coastal Eagle Point Oil Company, Coastal Oil New England, and El Paso Merchant Energy-Petroleum Company

John Lyons
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Counsel for Defendant ConocoPhillips Company

Jon Anderson
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Counsel for Defendant ConocoPhillips Company

Peter John Sacripanti
James Pardo
Stephen Riccardulli
McDermott Will & Emery LLP
340 Madison Ave.
New York, NY 10017
Counsel for Defendants Exxon Mobil Corporation, Exxon Mobil Oil Corporation and Mobil Corporation

John Guttmann
Daniel M. Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
Counsel for Defendants Sun Company, Inc. and Sunoco, Incorporated (R&M),

M. Coy Connelly
Bracewell & Giuliani LLP
711 Louisiana Street, Ste. 2300
Houston, TX 77002
Counsel for Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company-New Jersey, Valero Refining Company-Delaware, Valero Refining Company Texas, L.P., Valero Refining Company – Oklahoma, and Total Petrochemicals & Refining SA, Inc.

      /S/    CELESTE A. EVANGELISTI
      CELESTE A. EVANGELISTI