# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:13-cv-11695-RWZ

Town of Brewster et al v. Atlantic Richfield
Company et al
Assigned to: Judge Rya W. Zobel
Demand: $9,999,000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/15/2013
Jury Demand: Plaintiff
Nature of Suit: 245 Tort Product
Liability
Jurisdiction: Diversity

**Plaintiff**

**Town of Brewster**                     represented by   **Richard M. Sandman**
                                                           Rodman Rodman & Sandman
                                                           442 Main Street
                                                           Malden, MA 02148-5122
                                                           781-322-3720
                                                           Fax: 781-324-6906
                                                           Email: rsandman@rrslaw.net
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**RIGR Realty, LLC**                     represented by   **Richard M. Sandman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harborside Village
Cooperative Corporation**                represented by   **Richard M. Sandman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**rEVO Biologics, Inc.**                 represented by   **Richard M. Sandman**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**St. Mark Coptic Orthodox Church**                  represented by   **Richard M. Sandman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RPI Blueberry, LLC**                  represented by   **Richard M. Sandman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Town of Hopkinton**                  represented by   **Richard M. Sandman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Town of Athol**                  represented by   **Richard M. Sandman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Atlantic Richfield Company**

**Defendant**

**BP Amoco Chemical Company**

**Defendant**

**BP Products North America, Inc.**

**Defendant**

**Chevron U.S.A., Inc.**

**Defendant**

**Citgo Petroleum Corporation**

**Defendant**

**Citgo Refining and Chemicals
Company, LP.**

**Defendant**

**ConocoPhillips Company**

**Defendant**

**El-Paso Merchant Energy-
Petroleum Company**

**Defendant**

**Equilon Enterprises LLC**

**Defendant**

**Exxon Mobil Corporation**

**Defendant**

**Exxonmobil Oil Corporation**

**Defendant**

**Four Star Oil & Gas Company**

**Defendant**

**Hess Corporation**

**Defendant**

**Mobil Corporation**

**Defendant**

**Motiva Enterprises LLC**

**Defendant**

**PDV Midwest Refining, LLC**

**Defendant**

**Shell Oil Company**

**Defendant**

**Shell Oil Products Company
LLC**

**Defendant**

**Shell Petroleum, Inc.**

**<u>Defendant</u>**
**Shell Trading (US) Company**

**<u>Defendant</u>**
**Sun Company, Inc.**

**<u>Defendant</u>**
**Sunoco, Incorporated (R&M)**

**<u>Defendant</u>**
**Texaco, Inc.**

**<u>Defendant</u>**
**TMR Company**

**<u>Defendant</u>**
**Total Petrochemicals & Refining USA, Inc.**

**<u>Defendant</u>**
**TRMI-H LLC**

**<u>Defendant</u>**
**Valero Energy Corporation**

**<u>Defendant</u>**
**Valero Marketing and Supply Company**

**<u>Defendant</u>**
**Valero Refining and Marketing Company**

**<u>Defendant</u>**
**Valero Refining Company - Oklahoma**

**<u>Defendant</u>**
**Valero Refining Company Texas, L.P.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2013 | 1 | COMPLAINT against All Defendants Filing fee: $ 400.00 receipt number 0101-4544642 (Fee Status: Filing Fee paid), filed by Harborside Village Cooperative Corporation, RIGR Realty, LLC, RPI Blueberry, LLC, St. Mark Coptic Orthodox Church, Town of Athol, Town of Brewster, Town of Hopkinton, rEVO Biologics, Inc. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Category Form)(Sandman, Richard) (Attachment 1 and Attachment 2 replaced on 7/16/2013 for PDF format) (Geraldino-Karasek, Clarilde). (Entered: 07/15/2013) |
| 07/16/2013 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Rya W. Zobel assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Judith G. Dein. (Abaid, Kimberly) (Entered: 07/16/2013) |
| 07/16/2013 | 3 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Geraldino-Karasek, Clarilde) (Entered: 07/16/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/18/2013 07:06:02 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cv-11695-RWZ |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |