ENE0

# U.S. District Court
## District of Vermont (Burlington)
## CIVIL DOCKET FOR CASE #: 2:13-cv-00198-jmc

| | |
|---|---|
| Hinesburg, Town of v. Atlantic Richfield Company et al | Date Filed: 07/16/2013 |
| Assigned to: Judge John M. Conroy | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Product Liability | Nature of Suit: 245 Tort Product Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Hinesburg, Town of**　　　represented by　**Ernest M. Allen, III , Esq.**
Stetler, Allen & Kampmann
95 St. Paul Street, Suite 304
Burlington, VT 05401
(802) 660-8646
Fax: (802) 863-6803
Email: budallenlaw@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Atlantic Richfield Company**
*individually,*
*formerly known as*
Atlantic Richfield Delaware Corporation
*doing business as*
ARCO Products Company
*successor by merger*
Atlantic Richfield Company (a Pennsylvania corporation)

**Defendant**

**BP Amoco Chemical Company**
*formerly known as*
Amoco Chemical Company

*formerly known as*
Amoco Chemicals Company
*formerly known as*
Amoco Chemicals Corporation

**Defendant**

**BP Products North America Inc.**
*individually and*
*formerly known as*
Amoco Oil Company
*formerly known as*
The American Oil Company
*successor by merger*
BP Exploration and Oil, Inc.
*other*
BP North America Inc.

**Defendant**

**Chevron U.S.A. Inc.**
*formerly known as*
Gulf Oil Corporation
*doing business as*
Chevron Products Company
*doing business as*
Chevron Chemical Company

**Defendant**

**Citgo Petroleum Corporation**
*formerly known as*
Cities Service RMT Corporation

**Defendant**

**Citgo Refining and Chemcals Company, LP**
*individually, and*
*successor by merger*
Citgo Refining and Chemicals Company

**Defendant**

**Coastal Eagle Point Oil Company**

**Defendant**

**Coastal Oil New England, Inc.**
*formerly known as*
Belcher New England, Inc.

**Defendant**

**ConocoPhillips Company**
*individually,*
*formerly known as*
Phillips Petroleum Company
*doing business as*
Phillips 66 Company
*doing business as*
Phillips Chemical Company
*doing business as*
Phillips Oil Company
*successor by merger*
Conoco, Inc.
*successor by merger*
Tosco Corporation

**Defendant**

**El Paso Merchant Energy-Petroleum Company**
*formerly known as*
Coastal Refining & Marketing, Inc.
*formerly known as*
Coastal Derby Refining Company
*formerly known as*
Derby Refining Company
*formerly known as*
Colorado Oil and Gas Corporation

**Defendant**

**Equilon Enterprises LLC**
*individually*

*doing business as*
Shell Oil Products US
*successor by merger*
Equiva Services LLC

**Defendant**

**Exxon Mobil Corporation**
*formerly known as*
Exxon Corporation
*doing business as*
ExxonMobil Refining and Supply Company
*doing business as*
Exxon Chemical U.S.A.
*doing business as*
ExxonMobil Chemical Corporation

**Defendant**

**ExxonMobil Oil Corporation**
*formerly known as*
Mobil Oil Corporation
*formerly known as*
Socony Vacuum Oil Company, Incorporated
*formerly known as*
Socony Mobil Oil Company, Inc.

**Defendant**

**Four Star Oil & Gas Company**
*formerly known as*
Getty Oil Company

**Defendant**

**Hess Corporation**
*formerly known as*
Amerada Hess Corporation

**Defendant**

**Mobil Corporation**

**Defendant**

**Motiva Enterprises LLC**
*formerly known as*
Star Enterprises LLC

**Defendant**

**PDV Midwest Refining, LLC**

**Defendant**

**Shell Oil Company**

**Defendant**

**Shell Oil Products Company LLC**
*doing business as*
Shell Oil Products Company

**Defendant**

**Shell Petroleum, Inc.**

**Defendant**

**Shell Trading (US) Company**
*individually*
*formerly known as*
Equiva Trading Company
*doing business as*
Stusco

**Defendant**

**Sun Company, Inc.**
*formerly known as*
Sunoco, Inc.
*formerly known as*
Sun Oil Company (PA)
*formerly known as*
Sun Oil Company

**Defendant**

**Sunoco, Incorporated (R&M)**
*also known as*
Sunoco, Inc. (R&M)
*formerly known as*

Sun Company, Inc. (R&M)
*formerly known as*
Sun Refining and Marketing Company
*formerly known as*
Sun Oil Company of Pennsylvania

**Defendant**

**Texaco, Inc.**
*formerly known as*
The Texas Corporation

**Defendant**

**TMR Company**
*individually and*
*formerly known as*
Texaco Refining and Marketing, Inc.
*successor by merger*
TRME Company
*formerly known as*
Texaco Refining and Marketing (East), Inc.

**Defendant**

**Total Petrochemicals & Refining USA, Inc.**
*formerly known as*
Atofina Petrochemicals, Inc.
*formerly known as*
Fina Oil and Chemical Company
*formerly known as*
American Petrofina Company of Texas

**Defendant**

**TRMI-H LLC**
*formerly known as*
TRMI Holdings Inc.
*formerly known as*
Texaco Refining and Marketing

Inc.
*formerly known as*
Getty Refining and Marketing Company
*formerly known as*
Getty Oil Company (Eastern Operations), Inc.

**Defendant**

**Valero Energy Corporation**

**Defendant**

**Valero Marketing and Supply Company**

**Defendant**

**Valero Refining and Marketing Company**

**Defendant**

**Valero Refining Company - Oklahoma**

**Defendant**

**Valero Refining Company Texas, L.P.**
*individually and*
*other*
Valero Refining Company - Texas
*other*
Valero Refining Company

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2013 | 1 | COMPLAINT against Atlantic Richfield Company, BP Amoco Chemical Company, BP Products North America Inc., Chevron U.S.A. Inc., Citgo Petroleum Corporation, Citgo Refining and Chemcals Company, LP, Coastal Eagle Point Oil Company, Coastal Oil New England, Inc., ConocoPhillips Company, El Paso Merchant Energy-Petroleum Company, Equilon Enterprises LLC, Exxon Mobil Corporation, ExxonMobil Oil Corporation, |

| | Four Star Oil & Gas Company, Hess Corporation, Mobil Corporation, Motiva Enterprises LLC, PDV Midwest Refining, LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, Sun Company, Inc., Sunoco, Incorporated (R&M), TMR Company, TRMI-H LLC, Texaco, Inc., Total Petrochemicals & Refining USA, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company - Oklahoma, Valero Refining Company Texas, L.P., Valero Refining and Marketing Company filed by Town of Hinesburg. Summonses and LR 73 Forms issued. (Attachments: # 1 Civil Cover Sheet)(hbc) (Entered: 07/17/2013) |
|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/18/2013 07:08:13 | | | |
| **PACER Login:** | jp0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:13-cv-00198-jmc |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |