BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | : | |
|---|---|---|
| IN RE: | : | |
| | : | MDL Docket No. 1358 |
| METHYL-TERTIARY BUTYL | : | |
| ETHER PRODUCTS LIABILITY | : | |
| LITIGATION | : | |
| | : | |

### AMENDED CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the of the Notice of Potential Tag-Along Action filed on July 17, 2013 (relating to *Town of Hinesburg vs. Atlantic Richfield Company, et al.* and *Town of Brewster, et al. vs. Atlantic Richfield Company, et al.*) has been served upon the following counsel of record for the respective defendants in MDL 1358 via LexisNexis File & Serve on July 17th, 2013. In addition, each defendant named in the respective complaints will be served a copy of the Notice of Potential Tag-Along Action at the time defendant is served with the Complaint(s) via process server at the address(es) listed below.

P. Scott Summy
Carla M. Burke
Baron & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
Counsel for Plaintiffs Town of Hinesburg and Town of Brewster, et al.

Richard M. Sandman
Rodman, Rodman & Sandman, P.C.
442 Main Street, Suite 300
Malden, MA  02148
Counsel for Plaintiffs Town of Hinesburg and Town of Brewster, et al.

Robert J. Gordon
Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Counsel for Plaintiffs Town of Hinesburg and Town of Brewster, et al.

Steven L. Leifer
Baker Botts L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Counsel for Defendant Hess Corporation

J. Andrew Langan, P.C.
Wendy L. Bloom
Christopher J. Esbrook
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Counsel for Defendants Atlantic Richfield Company, BP Amoco Chemical Company, and BP Products North America, Inc.

Peter C. Condron
Richard E. Wallace, Jr.
Sedgwick LLP
2900 K Street NW
Harbourside, Ste. 500
Washington, D.C. 20007
Counsel for Defendants Chevron USA, Inc., Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Co., Texaco, Inc., TMRI-HLLC, TMR Company, and Four Star Oil & Gas Company

Nathan Eimer
Pamela R. Hanebutt
Lisa Meyer
Eimer Stahl LLP
224 South Michigan Ave., Ste. 1100
Chicago, IL 60604
Counsel for Defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company, LP, and PDV Midwest Refining, LLC

Brent Hunter Allen
Dawn Ellison
Greenberg Traurig LLP
2101 L St. NW, Ste. 1000
Washington, D.C. 20037
Counsel for Defendants Coastal Eagle Point Oil Company, Coastal Oil New England, and El Paso Merchant Energy-Petroleum Company

John Lyons
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Counsel for Defendant ConocoPhillips Company

Jon Anderson
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Counsel for Defendant ConocoPhillips Company

Peter John Sacripanti
James Pardo
Stephen Riccardulli
McDermott Will & Emery LLP
340 Madison Ave.
New York, NY 10017
Counsel for Defendants Exxon Mobil Corporation, Exxon Mobil Oil Corporation and Mobil Corporation

John Guttmann
Daniel M. Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
Counsel for Defendants Sun Company, Inc. and Sunoco, Incorporated (R&M),

M. Coy Connelly
Bracewell & Giuliani LLP
711 Louisiana Street, Ste. 2300
Houston, TX 77002
Counsel for Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company-New Jersey, Valero Refining Company-Delaware, Valero Refining Company Texas, L.P., Valero Refining Company – Oklahoma, and Total Petrochemicals & Refining SA, Inc.

**Atlantic Richfield Company**
501 Westlake Park Boulevard
Houston, TX 77079

c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**BP Amoco Chemical Company**
c/o Registered Agent
C T Corporation System
400 Cornerstone DR ST240
Williston, VT 05495

c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**BP Products North America Inc.**
c/o Registered Agent
Prentice-Hall Corp. System, Inc.
159 State Street
Montpelier, VT 05602

c/o Registered Agent
Prentice-Hall Corporation System, Inc., The
84 State St.
Boston, MA 02109

**Chevron U.S.A. Inc.**
c/o Registered Agent
Prentice-Hall Corp. System, Inc.
159 State Street
Montpelier, VT 05602

c/o Registered Agent
Prentice-Hall Corporation System, Inc., The
84 State St.
Boston, MA 02109

**Citgo Petroleum Corporation**
c/o Registered Agent
C T Corporation System
400 Cornerstone DR ST240
Williston, VT 05495

c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**Citgo Refining and Chemicals Company, LP**
6100 South Yale Avenue
Tulsa, Oklahoma 74136

**Coastal Eagle Point Oil Company**
1001 Louisiana Street, Suite 1000
Houston, TX 77002

**Coastal Oil New England, Inc.**
1001 Louisiana Street, Suite 1000
Houston, TX   77002

**ConocoPhillips Company**
c/o Registered Agent
United States Corporation Company
159 State Street
Montpelier, VT 05602.

c/o Registered Agent
U.S. Corporation Company
84 State St.
Boston, MA 02108

**El Paso Merchant Energy-Petroleum Company**
1001 Louisiana Street, Suite 1000
Houston, TX   77002

c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**Equilon Enterprises LLC**
c/o Registered Agent
C T Corporation System
400 Cornerstone DR ST240
Williston, VT 05495

c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**Exxon Mobil Corporation**
c/o Registered Agent
Corporation Service Company
State Street
Montpelier, VT 05602

**ExxonMobil Oil Corporation**
c/o Registered Agent
Prentice-Hall Corp. System, Inc.
159 State Street
Montpelier, VT 05602

c/o Registered Agent
Corporation Service Company
84 State St.
Boston, MA 02109

**Four Star Oil & Gas Company**
6001 Bollinger Canyon Road
San Ramon, CA  94583

c/o Registered Agent
Prentice-Hall Corporation System, Inc., The
84 State St.
Boston, MA 02109

**Hess Corporation**
c/o Registered Agent
C T Corporation System
400 Cornerstone DR ST240
Williston, VT 05495

c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**Mobil Corporation**
800 Bell Street, Suite 1503
Houston, TX 77002

c/o Registered Agent
The Prentice-Hall Corporation System, Inc.
84 State St.
Boston, MA 02109

**Motiva Enterprises LLC**
c/o Registered Agent
C T Corporation System
400 Cornerstone DR ST240
Williston, VT 05495

c/o Registered Agent
C T Corporation System
155 Federal Street, Ste 700
Boston, MA  02110

**PDV Midwest Refining, LLC**
1293 Eldridge Parkway
Houston, TX 77077

**Shell Oil Company**
c/o Registered Agent
C T Corporation System
400 Cornerstone DR ST240
Williston,  VT 05495

**Shell Oil Products Company LLC**
910 Louisiana Street
Houston, TX   77002

c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**Shell Petroleum, Inc.**
910 Louisiana Street
Houston, TX  77002

**Shell Trading (US) Company**
c/o Registered Agent
C T Corporation System
400 Cornerstone DR ST240
Williston, VT 05495

c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**Sun Company, Inc.**
1209 Orange Street
Wilmington, DE  19801

**Sunoco, Incorporated (R&M)**
c/o Registered Agent
C T Corporation System
400 Cornerstone DR ST240
Williston, VT 05495

c/o Registered Agent
C T Corporation System
155 Federal Street Ste 700
Boston, MA  02110

**Texaco, Inc.**
6001 Bollinger Canyon Road
San Ramon, CA  94583

c/o Registered Agent
The Prentice-Hall Corporation System
84 State Street
Boston, MA 02109

**TMR Company**
c/o Registered Agent
C T Corporation System
400 Cornerstone DR ST240
Williston, VT 05495

c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**TRMI-H LLC**
6001 Bollinger Canyon Road
San Ramon, CA  94583

c/o Registered Agent
Corporation Service Company
84 State St.
Boston, MA 02109

**Total Petrochemicals & Refining USA, Inc.**
1201 Louisiana Street, Suite 1800
Houston, TX 77002
c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**Valero Energy Corporation**
One Valero Way
San Antonio, TX   78429

**Valero Marketing and Supply Company**
c/o Registered Agent
C T Corporation System
400 Cornerstone DR ST240
Williston, VT 05495

c/o Registered Agent
C T Corporation  System
155 Federal Street, Ste 700
Boston, MA  02110

**Valero Refining and Marketing Company**
One Valero Way
San Antonio, TX  78429

**Valero Refining Company – Oklahoma**
One Valero Way
San Antonio, TX  78429

**Valero Refining Company Texas, L.P**
One Valero Way
San Antonio, TX  78429

**DATED:**   July      18th     , 2013

                RESPECTFULLY SUBMITTED,


                   /S/    CELESTE A. EVANGELISTI
                CELESTE A. EVANGELISTI