**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:<br><br>METHYL-TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION | : <br> : <br> :    MDL Docket No. 1358 <br> : <br> : <br> : <br> : |

## AMENDED CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Notice of Potential Tag-Along Action filed on July 3, 2013 (relating to *City of Manning, An Iowa Municipality v. Ashland Inc., et al.* and *City of Portageville, A Missouri Municipality v. Ashland Inc., et al.*) was served upon the following counsel of record for the respective defendants in MDL 1358 via LexisNexis File & Serve on July 3rd, 2013. In addition, each defendant named in the respective complaints is in the process of being served a copy of the Notice of Potential Tag-Along Action along with the Complaint(s) via process server at the addresses listed below. Defendants Citgo Refining and Chemicals Company, LP, Coastal Eagle Point Oil Company, Coastal Oil New England, Inc., Crown Central LLC, Equilon Enterprises LLC, Hess Corporation, Marathon Petroleum Company LP, Motiva Enterprises LLC, PDV Midwest Refining, LLC, Shell Oil Products Company LLC, TRMI-H LLC, Valero Refining Company Texas, L.P., Atlantic Richfield Company, and BP-Husky Refining, LLC are not being served with the Notice of Potential Tag-Along Action in conjunction with service of the complaint in the *Portageville* action because a First Amended Complaint was filed July 16, 2013 removing these defendants from the case. Hess Corporation and Crown Central LLC are not being served with the Notice of Potential Tag-Along Action in conjunction with service of the complaint in the *Manning* action because they were improperly named in the complaint and Plaintiff is not pursuing its claim against these entities.

P. Scott Summy
Carla M. Burke
Baron & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
Counsel for Plaintiffs City of Manning and City of Portageville

Robert J. Gordon
Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Counsel for Plaintiffs City of Manning and City of Portageville

Steven L. Leifer
Baker Botts L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Counsel for Defendants Ashland, Inc., Hess Corporation, Marathon Petroleum Company, LP and Marathon Oil Company

J. Andrew Langan, P.C.
Wendy L. Bloom
Christopher J. Esbrook
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Counsel for Defendants Atlantic Richfield Company, BP Amoco Chemical Company, BP-Husky Refining, LLC and BP Products North America, Inc.

Peter C. Condron
Richard E. Wallace, Jr.
Sedgwick LLP
2900 K Street NW
Harbourside, Ste. 500
Washington, D.C. 20007
Counsel for Defendants Chevron USA, Inc., Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Co., Texaco, Inc., TMRI-HLLC, TMR Company, and Four Star Oil & Gas Company

Nathan Eimer
Pamela R. Hanebutt
Lisa Meyer
Eimer Stahl LLP
224 South Michigan Ave., Ste. 1100
Chicago, IL 60604
Counsel for Defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company, LP, and PDV Midwest Refining, LLC

Brent Hunter Allen
Dawn Ellison
Greenberg Traurig LLP
2101 L St. NW, Ste. 1000
Washington, D.C. 20037
Counsel for Defendants Coastal Eagle Point Oil Company, Coastal Oil New England, and El Paso Merchant Energy-Petroleum Company

John Lyons
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Counsel for Defendant ConocoPhillips Company

Jon Anderson
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
Counsel for Defendant ConocoPhillips Company

Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Counsel for Defendant Crown Central, LLC

Peter John Sacripanti
James Pardo
Stephen Riccardulli
McDermott Will & Emery LLP
340 Madison Ave.
New York, NY 10017
Counsel for Defendants Exxon Mobil Corporation, Exxon Mobil Oil Corporation and Mobil Corporation

John Guttmann
Daniel M. Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
Counsel for Defendants Sun Company, Inc. and Sunoco, Incorporated (R&M),

M. Coy Connelly
Bracewell & Giuliani LLP
711 Louisiana Street, Ste. 2300
Houston, TX 77002
Counsel for Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company-New Jersey, Valero Refining Company-Delaware, Valero Refining Company Texas, L.P., Valero Refining Company – Oklahoma, The Premcor Refining Group, Inc. and Total Petrochemicals & Refining SA, Inc.

**Ashland Inc.**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**Atlantic Richfield Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**BP Amoco Chemical Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**BP-Husky Refining, LLC**
4001 Cedar Point Road
Oregon, OH  43616-1310

**BP Products North America Inc.**
c/o Registered Agent
Prentice-Hall Corporation System
505 5th Avenue, Suite 729
Des Moines, IA 50309

c/o Registered Agent
Prentice-Hall Corporation System
221 Bolivar Street
Jefferson City, MO  65101

**Chevron U.S.A. Inc.**
c/o Registered Agent
Prentice-Hall Corporation System
505 5th Avenue, Suite 729
Des Moines, IA  50309

c/o Registered Agent
Prentice-Hall Corporation System
221 Bolivar Street
Jefferson City, MO  65101

**Citgo Petroleum Corporation**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

c/o Registered Agent
The Corporation Company
120 South Central Avenue
Clayton, MO  63105

**Citgo Refining and Chemicals Company, LP**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA  50319

**Coastal Eagle Point Oil Company**
1001 Louisiana Street, Suite 1000
Houston, TX   77002

**Coastal Oil New England, Inc.**
1001 Louisiana Street, Suite 1000
Houston, TX   77002

**ConocoPhillips Company**
c/o Registered Agent
United States Corporation Company
505 5th Avenue, Suite 729
Des Moines, IA   50309

c/o Registered Agent
United States Corporation Company
221 Bolivar Street
Jefferson City, MO   65101

**El Paso Merchant Energy-Petroleum Company**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA   50319

c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO   63105

**Equilon Enterprises LLC**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA   50309

**Exxon Mobil Corporation**
c/o Registered Agent
Corporation Service Company
505 5th Avenue, Suite 729
Des Moines, IA   50309

c/o Registered Agent
Corporation Service Company
221 Bolivar Street
Jefferson City, MO 65101

**ExxonMobil Oil Corporation**
c/o Registered Agent
Prentice-Hall Corporation System
505 5th Avenue, Suite 729
Des Moines, IA 50309

**Four Star Oil & Gas Company**
6001 Bollinger Canyon Road
San Ramon, CA 94583

**Marathon Oil Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA 50309

c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO 63105

**Marathon Petroleum Company LP**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA 50309

**Mobil Corporation**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA 50319

800 Bell Street
Suite 1503
Houston, TX 77002

**Motiva Enterprises LLC**
OSP 25th Floor
910 Louisiana Street
Houston, TX   77002

**PDV Midwest Refining, LLC**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA   50319

**The Premcor Refining Group Inc.**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA   50319

c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO   63105

**Shell Oil Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA   50309

c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO   63105

**Shell Oil Products Company LLC**
910 Louisiana Street
Houston, TX   77002

**Shell Petroleum, Inc.**
910 Louisiana Street
Houston, TX   77002

**Shell Trading (US) Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**Sun Company, Inc.**
1209 Orange Street
Wilmington, DE  19801

c/o Registered Agent
The Corporation Company
120 South Central Avenue
Clayton, MO  63105

**Sunoco, Incorporated (R&M)**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**Texaco, Inc.**
6001 Bollinger Canyon Road
San Ramon, CA  94583

c/o Registered Agent
Prentice-Hall Corp. System
221 Bolivar Street
Jefferson City, MO  65101

**TMR Company**
910 Louisiana Street
Houston, TX   77002

**TRMI-H LLC**
6001 Bollinger Canyon Road
San Ramon, CA   94583

**Total Petrochemicals & Refining USA, Inc.**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA   50309

c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO   63105

**Valero Energy Corporation**
One Valero Way
San Antonio, TX   78429

**Valero Marketing and Supply Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA   50309

c/o Registered Agent
The Corporation Company
120 South Central Avenue
Clayton, MO   63105

**Valero Refining and Marketing Company**
One Valero Way
San Antonio, TX   78429

**Valero Refining Company – Oklahoma**
One Valero Way
San Antonio, TX   78429

**Valero Refining Company Texas, L.P**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA  50319


**DATED:**  July      18th     , 2013

                                RESPECTFULLY SUBMITTED,


                                   /s/ Celeste A. Evangelisti
Scott Summy, *licensed in Texas, New York and North Carolina*
Celeste Evangelisti, *licensed in Texas, New York and California*
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-3605
Phone:  214-521-3605
Fax:  214-520-1181
ssummy@baronbudd.com
cevangelisti@baronbudd.com

Robert J. Gordon, *licensed in New York, Pennsylvania and New Jersey*
Robin Greenwald, *licensed in Illinois*
**WEITZ & LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, NY  10038-4925
Phone:  212-558-5500
Fax:  212-558-5506
rgordan@weitzlux.com
rgreenwald@weitzlux.com

*Attorneys for Plaintiffs*
*City of Manning, an Iowa Municipality*
*City of Portageville, A Missouri Municipality*