BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*City of Manning, An Iowa Municipality v. Ashland Inc., et al.,* No. 3:13-cv-03033-MWB (N.D. Iowa)<br><br>*City of Portageville, A Missouri Municipality v. Ashland Inc., et al.,* No. 1:13-cv-00091-SNLJ (E.D. Mo.)<br><br>*Town of Hinesburg v. Atlantic Richfield Company, et al.,* No. 2:13-cv-198 (D. Vt.)<br><br>*Town of Brewster, et al. v. Atlantic Richfield Company, et al.,* No. 1:13-cv-11695-RWZ (D. Mass.) | MDL No. 1358 (SAS) |

## NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER NO. 42

PLEASE TAKE NOTICE that the defendants listed in Attachment A, by and through the undersigned counsel for Exxon Mobil Corporation, submit this notice of opposition to Conditional Transfer Order ("CTO") No. 42, which would transfer *City of Manning, An Iowa Municipality v. Ashland Inc., et al.,* No. 3:13-cv-03033-MWB (N.D. Iowa), *City of Portageville, A Missouri Municipality v. Ashland Inc., et al.,* No. 1:13-cv-00091-SNLJ (E.D. Mo.), *Town of Hinesburg v. Atlantic Richfield Company, et al.,* No. 2:13-cv-198 (D. Vt.), and *Town of Brewster, et al. v. Atlantic Richfield Company, et al.,* No. 1:13-cv-11695-RWZ (D. Mass.) to *In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation*, MDL 1358. Defendants will submit a motion and brief to vacate CTO 42 within 14 days.

Dated:  July 29, 2013

Respectfully submitted,

MCDERMOTT WILL & EMERY LLP

_____
Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
340 Madison Avenue
New York, New York 10173
(212) 547-5400
(212) 547-5444 (facsimile)

*Counsel for Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and Mobil Corporation and on behalf of all Defendants listed in Attachment A*

## ATTACHMENT A

Ashland Inc.
Atlantic Richfield Company
BP Amoco Chemical Company
BP-Husky Refining, LLC
BP Products North America Inc.
Chevron U.S.A. Inc.
CITGO Petroleum Corporation
CITGO Refining and Chemicals Company L.P.
ConocoPhillips Company
Equilon Enterprises LLC
Exxon Mobil Corporation
ExxonMobil Oil Corporation
Four Star Oil & Gas Company
Hess Corporation
Marathon Oil Company
Marathon Petroleum Company LP
Mobil Corporation
Motiva Enterprises LLC
PDV Midwest Refining, LLC
Shell Oil Company
Shell Oil Products Company LLC
Shell Petroleum, Inc.
Shell Trading (US) Company
Sun Company, Inc.
Sunoco, Incorporated (R&M)
Texaco Inc.