BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*City of Manning, An Iowa Municipality v. Ashland Inc., et al.,* No. 3:13-cv-03033-MWB (N.D. Iowa)<br><br>*City of Portageville, A Missouri Municipality v. Ashland Inc., et al.,* No. 1:13-cv-00091-SNLJ (E.D. Mo.)<br><br>*Town of Hinesburg v. Atlantic Richfield Company, et al.,* No. 2:13-cv-198 (D. Vt.)<br><br>*Town of Brewster, et al. v. Atlantic Richfield Company, et al.,* No. 1:13-cv-11695-RWZ (D. Mass.) | MDL No. 1358 (SAS) |

## CERTIFICATE OF SERVICE

Lisa A. Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 29th day of July, 2013, I caused to be served by first class mail and electronic mail upon the following counsel for Plaintiffs, and on all counsel of record in MDL 1358 by Lexis Nexis File & Serve, a true and correct copy of the within Notice of Opposition to Conditional Transfer Order No 42.

| | |
|---|---|
| Robert J. Gordon, Esq.<br>Robin Greenwald, Esq.<br>WEITZ & LUXENBERG, P.C.<br>700 Broadway<br>New York, New York 10003<br>RGordon@weitzlux.com<br>RGreenwald@weitzlux.com | Scott Summy, Esq.<br>Celeste Evangelisti, Esq.<br>BARON & BUDD, P.C.<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, Texas 75219<br>SSummy@baronbudd.com<br>CEvangelisti@baronbudd.com |
| Brian P. Galligan, Esq.<br>GALLIGAN REID, P.C.<br>300 Walnut Street, Suite 5<br>Des Moines, IA 50309<br>bgalligan@galliganlaw.com | Terry M. McVey, Esq.<br>CROW, REYNOLDS, SHETLEY, MCVEY & SCHERER, LLP<br>308 First Street / P.O. Box 189<br>Kennett, MO 63857<br>terry@crsmslaw.com |

| Richard M. Sandman, Esq. | E.M. Allen, Esq. |
| RODMAN, RODMAN & SANDMAN, P.C. | STETLER, ALLEN & KAMPMANN |
| 442 Main Street, Suite 300 | 95 St. Paul Street |
| Malden, MA 02148 | Burlington, VT 05401 |
| rsandman@rrslaw.net | budallenlaw@aol.com |

_/s/ Lisa A. Gerson_
Lisa A. Gerson