BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

_____

IN RE:                                           :
                                                 :
                                                 :     MDL Docket No. 1358
METHYL-TERTIARY BUTYL                            :
ETHER PRODUCTS LIABILITY                         :
LITIGATION                                       :
                                                 :
_____

## CERTIFICATE OF SERVICE

     I, Alan E. Kraus, hereby certify that on Thursday, August 1, 2013, true and correct copies of the annexed Corporate Disclosure Statement, dated August 1, 2013, were caused to be electronically filed through the Court's ECF service, and also served in accordance with the Federal Rules of Civil Procedure via First Class United States mail delivery upon:

P. Scott Summy
Carla M. Burke
Celest Evangelisti
Baron & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX  75219-3605
*Counsel for Plaintiffs City of Manning and City of Portageville*

Robert J. Gordon
Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
*Counsel for Plaintiffs City of Manning and City of Portageville*

Steven L. Leifer
Baker Botts L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Counsel for Defendants Ashland, Inc., Hess Corporation, Marathon Petroleum Company, LP and Marathon Oil Company*

J. Andrew Langan, P.C.
Wendy L. Bloom
Christopher J. Esbrook
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
*Counsel for Defendants Atlantic Richfield Company, BP Amoco Chemical Company, BP-Husky Refining, LLC and BP Products North America, Inc.*

Peter C. Condron
Richard E. Wallace, Jr.
Sedgwick LLP
2900 K Street NW
Harbourside, Ste. 500
Washington, D.C. 20007
*Counsel for Defendants Chevron USA, Inc., Equilon Enterprises, LLC, Motiva Enterprises, LLC, Shell Oil Company, Shell Oil Products Company, LLC, Shell Petroleum, Inc., Shell Trading (US) Co., Texaco, Inc., TMRI-HLLC, TMR Company, and Four Star Oil & Gas Company*

Nathan Eimer
Pamela R. Hanebutt
Lisa Meyer
Eimer Stahl LLP
224 South Michigan Ave., Ste. 1100
Chicago, IL 60604
*Counsel for Defendants CITGO Petroleum Corporation, CITGO Refining and Chemicals Company, LP, and PDV Midwest Refining, LLC*

Brent Hunter Allen
Dawn Ellison
Greenberg Traurig LLP
2101 L St. NW, Ste. 1000
Washington, D.C. 20037
*Counsel for Defendants Coastal Eagle Point Oil Company, Coastal Oil New England, and El Paso Merchant Energy-Petroleum Company*

Jon Anderson
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925
*Counsel for Defendant ConocoPhillips Company*

Ben M. Krowicki
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
*Counsel for Defendant Crown Central, LLC*

Peter John Sacripanti
James Pardo
Stephen Riccardulli
McDermott Will & Emery LLP
340 Madison Ave.
New York, NY 10017
*Counsel for Defendants Exxon Mobil Corporation, Exxon Mobil Oil Corporation and Mobil Corporation*

John Guttmann
Daniel M. Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
*Counsel for Defendants Sun Company, Inc. and Sunoco, Incorporated (R&M)*

M. Coy Connelly
Bracewell & Giuliani LLP
711 Louisiana Street, Ste. 2300
Houston, TX 77002
*Counsel for Defendants Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining and Marketing Company, Valero Refining Company-New Jersey, Valero Refining Company-Delaware, Valero Refining Company Texas, L.P., Valero Refining Company Oklahoma, The Premcor Refining Group, Inc. and Total Petrochemicals & Refining SA, Inc.*

**Ashland Inc.**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**Ashland Inc.**
c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**Atlantic Richfield Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**BP Amoco Chemical Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**BP Amoco Chemical Company**
c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**BP-Husky Refining, LLC**
4001 Cedar Point Road
Oregon, OH  43616-1310

**BP Products North America Inc.**
c/o Registered Agent
Prentice-Hall Corporation System
505 5th Avenue, Suite 729
Des Moines, IA 50309

**BP Products North America Inc.**
c/o Registered Agent
Prentice-Hall Corporation System
221 Bolivar Street
Jefferson City, MO  65101

**Chevron U.S.A. Inc.**
c/o Registered Agent
Prentice-Hall Corporation System
505 5th Avenue, Suite 729
Des Moines, IA  50309

**Chevron U.S.A. Inc.**
c/o Registered Agent
Prentice-Hall Corporation System
221 Bolivar Street
Jefferson City, MO  65101

**Citgo Petroleum Corporation**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**Citgo Petroleum Corporation**
c/o Registered Agent
The Corporation Company
120 South Central Avenue
Clayton, MO  63105

**Citgo Refining and Chemicals Company, LP**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA  50319

**Coastal Eagle Point Oil Company**
1001 Louisiana Street, Suite 1000
Houston, TX   77002

**Coastal Oil New England, Inc.**
1001 Louisiana Street, Suite 1000
Houston, TX   77002

**El Paso Merchant Energy-Petroleum Company**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA  50319

**El Paso Merchant Energy-Petroleum Company**
c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**Equilon Enterprises LLC**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**Exxon Mobil Corporation**
c/o Registered Agent
Corporation Service Company
505 5th Avenue, Suite 729
Des Moines, IA  50309

**Exxon Mobil Corporation**
c/o Registered Agent
Corporation Service Company
221 Bolivar Street
Jefferson City, MO  65101

**ExxonMobil Oil Corporation**
c/o Registered Agent
Prentice-Hall Corporation System
505 5th Avenue, Suite 729
Des Moines, IA  50309

**Four Star Oil & Gas Company**
6001 Bollinger Canyon Road
San Ramon, CA  94583

**Marathon Oil Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**Marathon Oil Company**
c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**Marathon Petroleum Company LP**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**Mobil Corporation**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA  50319

**Mobil Corporation**
800 Bell Street
Suite 1503
Houston, TX 77002

**Motiva Enterprises LLC**
OSP 25th Floor
910 Louisiana Street
Houston, TX   77002

**PDV Midwest Refining, LLC**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA  50319

**The Premcor Refining Group Inc.**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA  50319

**The Premcor Refining Group Inc.**
c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**Shell Oil Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**Shell Oil Company**
c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**Shell Oil Products Company LLC**
910 Louisiana Street
Houston, TX   77002

**Shell Petroleum, Inc.**
910 Louisiana Street
Houston, TX   77002

**Shell Trading (US) Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA   50309

**Shell Trading (US) Company**
C T Corporation System
120 South Central Avenue
Clayton, MO   63105

**Sun Company, Inc.**
1209 Orange Street
Wilmington, DE   19801

**Sun Company, Inc.**
c/o Registered Agent
The Corporation Company
120 South Central Avenue
Clayton, MO   63105

**Sunoco, Incorporated (R&M)**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA   50309

**Sunoco, Incorporated (R&M)**
c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO   63105

**Texaco, Inc.**
6001 Bollinger Canyon Road
San Ramon, CA   94583

**Texaco, Inc.**
c/o Registered Agent
Prentice-Hall Corp. System
221 Bolivar Street
Jefferson City, MO  65101

**TMR Company**
910 Louisiana Street
Houston, TX  77002

**TRMI-H LLC**
6001 Bollinger Canyon Road
San Ramon, CA  94583

**Total Petrochemicals & Refining USA, Inc.**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**Total Petrochemicals & Refining USA, Inc.**
c/o Registered Agent
C T Corporation System
120 South Central Avenue
Clayton, MO  63105

**Valero Energy Corporation**
One Valero Way
San Antonio, TX  78429

**Valero Marketing and Supply Company**
c/o Registered Agent
C T Corporation System
500 East Court Avenue
Des Moines, IA  50309

**Valero Marketing and Supply Company**
c/o Registered Agent
The Corporation Company
120 South Central Avenue
Clayton, MO  63105

**Valero Refining and Marketing Company**
One Valero Way
San Antonio, TX  78429

**Valero Refining Company – Oklahoma**
One Valero Way
San Antonio, TX  78429

**Valero Refining Company Texas, L.P**
c/o Secretary of State
Lucas State Office Building
321 E. Walnut
Des Moines, IA  50319

**DATED:**   August 1, 2013
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　   /s/ Alan E. Kraus
　　　　　　　　　　　　　　　　　　　　Alan E. Kraus
　　　　　　　　　　　　　　　　　　　　**LATHAM & WATKINS, LLP**
　　　　　　　　　　　　　　　　　　　　885 Third Avenue, Suite 1000
　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　Phone:  212-906-1200
　　　　　　　　　　　　　　　　　　　　Fax:  212-751-4864
　　　　　　　　　　　　　　　　　　　　alan.kraus@lw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　*ConocoPhillips Company*