**ATTACHMENT**

<u>Short Case Captions:</u>

*Town of Brewster, et al. v. Atlantic Richfield Company, et al.*,
United States District Court for the District of Massachusetts
(Case No. 1:13-cv-11695)

*Town of Hinesburg  v. Atlantic Richfield Company, et al.*,
United States District Court for the District of Vermont
(Case No. 2:13-cv-00198)