BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates To:<br><br>*Town of Brewster, et al. v. Atlantic Richfield Company, et al.*,<br>United States District Court for the District of Massachusetts (Case No. 1:13-cv-11695)<br><br>*Town of Hinesburg v. Atlantic Richfield Company, et al.*,<br>United States District Court for the District of Vermont (Case No. 2:13-cv-00198) | MDL No. 1358 |

### CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.

August 2, 2013

/s/ Steven L. Leifer
Steven L. Leifer
BAKER BOTTS L.L.P.
The Warner Building
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 639-7723
Fax: (202) 585-1040
sleifer@bakerbotts.com