**ATTACHMENT**

<u>Short Case Captions:</u>

*City of Manning, An Iowa Municipality v. Ashland Inc., et al.*,
United States District Court for the Northern District of Iowa
(Case No. 3:13-cv-03033)

*City of Portageville, A Missouri Municipality v. Ashland, Inc, et al.*,
United States District Court for the Eastern District of Missouri
(Case No. 1:13-cv-00091)