BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates To:<br><br>*City of Manning, An Iowa Municipality v. Ashland Inc., et al.*,<br>United States District Court for the Northern District of Iowa (Case No. 3:13-cv-03033)<br><br>*City of Portageville, A Missouri Municipality v. Ashland Inc., et al.*,<br>United States District Court for the Eastern District of Missouri (Case No. 1:13-cv-00091) | MDL No. 1358 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2013, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.

August 2, 2013

/s/ Steven L. Leifer
Steven L. Leifer
BAKER BOTTS L.L.P.
The Warner Building
1299 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 639-7723
Fax: (202) 585-1040
sleifer@bakerbotts.com