## DECLARATION OF SERVICE

I, William A. Walsh, hereby declare under perjury of law that a true copy of

1. Notice of Appearance
2. Corporate Disclosure Statement – RIGR Realty LLC
3. Corporate Disclosure Statement – St. Mark Coptic Orthodox Church
4. Corporate Disclosure Statement – Harborside Village Coop. Corp.
5. Corporate Disclosure Statement – RPI Blueberry, LLC
6. Corporate Disclosure Statement – rEVO Biologics, Inc.

Was served via e-mail, pursuant to Judge Shira A. Scheindlin's Case Management Order, dated April 1, 2004 [Section IV] upon Peter Sacripanti, Esq. and Robin Greenwald, Esq. in their capacity as liaison counsel, and via LNFS on the 9th day of August, 2013.

*William A. Walsh* (signature)

William A. Walsh