# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:       **September 26, 2013**

LOCATION OF HEARING SESSION:   United States Court of Appeals
                               James A. Byrne United States Courthouse
                               Ceremonial Courtroom, 1st Floor
                               601 Market Street
                               Philadelphia, Pennsylvania  19106-1729

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:30 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **September 9, 2013.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, United States Third Circuit Court of Appeals

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on September 26, 2013, the Panel will convene a hearing session in Philadelphia, Pennsylvania, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| Kathryn H. Vratil | Paul J. Barbadoro |
| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | Sarah S. Vance |

SCHEDULE OF MATTERS FOR HEARING SESSION
September 26, 2013 -- Philadelphia, Pennsylvania

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT[1]

MDL No. 2470 - **IN RE:  SCHNUCK MARKETS, INC., CUSTOMER DATA SECURITY BREACH LITIGATION**

Motion of plaintiffs Robert Domiano, et al., to transfer the following actions to the United States District Court for the Eastern District of Missouri:

Central District of Illinois

Cassandra Atteberry v. Schnuck Markets Inc., C.A. No. 2:13-02112

Northern District of Illinois

Mary Akelaitis v. Schnuck Markets, Inc., C.A. No. 3:13-50142

Southern District of Illinois

Laverne Rippy v. Schnuck Markets, Inc., C.A. No. 3:13-00471

Eastern District of Missouri

Robert Domiano, et al. v. Schnuck Markets, Inc., C.A. No. 4:13-00683

---

[1]   This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer.  See Panel Rules 6.1 and 6.2.  In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.

## MDL No. 2471 - **IN RE: VEHICLE CARRIER SERVICES ANTITRUST LITIGATION**

Motion of plaintiffs Joan MacQuarrie, et al., to transfer the following actions to the United States District Court for the Northern District of California:

<u>Northern District of California</u>

Joan MacQuarrie, et al. v. Nippon Yusen Kabushiki Kaisha, et al., C.A. No. 3:13-02409

<u>Southern District of California</u>

David Schroeder v. Nippon Yusen Kabushiki Kaisha, et al., C.A. No. 3:13-01319

<u>Middle District of Florida</u>

Kenneth A. Nelson, et al. v. Nippon Yusen Kabushiki Kaisha, et al.,
  C.A. No. 3:13-00604
Esteban Adame v. Nippon Yusen Kabushiki Kaisha, et al., C.A. No. 3:13-00651

<u>District of New Jersey</u>

F. Ruggiero & Sons, Inc., et al. v. NYK Line (North America) Inc., et al.,
  C.A. No. 2:13-03306
Bethanne Knudson v. NYK Line (North America) Inc., et al., C.A. No. 2:13-03485

## MDL No. 2472 - **IN RE: LOESTRIN 24 FE ANTITRUST LITIGATION**

Motion of defendants Warner Chilcott (US), LLC; Warner Chilcott Public Limited Company; Warner Chilcott Company, Inc.; Warner Chilcott Company, LLC; Warner Chilcott Laboratories Ireland Limited; Warner Chilcott Holdings Company III, Ltd.; Warner Chilcott Corporation; Warner Chilcott Sales (US), LLC; Actavis, Inc.; Watson Laboratories, Inc.; Lupin Ltd.; and Lupin Pharmaceuticals, Inc., to transfer the following actions to the United States District Court for the District of New Jersey:

<u>Eastern District of Pennsylvania</u>

United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund v. Warner Chilcott (US), LLC, et al., C.A. No. 2:13-01807

Schedule of Matters for Hearing Session, Section A                    p. 3
Philadelphia, Pennsylvania

MDL No. 2472 (Continued)

### Eastern District of Pennsylvania (Continued)

New York Hotel Trades Council & Hotel Association of New York City, Inc.,
    et al. v. Warner Chilcott Public Limited Company, et al., C.A. No. 2:13-02000
Fraternal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund v. Warner
    Chilcott Public Limited Company, et al., C.A. No. 2:13-02014
Electrical Workers 242 and 294 Health & Welfare Fund v. Warner Chilcott Public
    Limited Company, et al., C.A. No. 2:13-02862

### District of Rhode Island

City of Providence v. Warner Chilcott Public Limited Company, et al.,
    C.A. No. 1:13-00307
American Sales Company, LLC v. Warner Chilcott Public Limited Company, et al.,
    C.A. No. 1:13-00347

MDL No. 2473 - **IN RE: MONSANTO COMPANY GENETICALLY-ENGINEERED
           WHEAT LITIGATION**

Motion of plaintiffs Center for Food Safety, et al., to transfer the following actions to the
United States District Court for the Eastern District of Washington:

### District of Idaho

Behrend, Behrend & Knittel Farms, et al. v. Monsanto Company, C.A. No. 4:13-00250

### District of Kansas

Ernest Barnes v. Monsanto Company, C.A. No. 6:13-01218

### District of Oregon

Rudolf Farm, LLC v. Monsanto Company, C.A. No. 2:13-00951

Schedule of Matters for Hearing Session, Section A                    p. 4
Philadelphia, Pennsylvania

MDL No. 2473 (Continued)

Eastern District of Washington

Dreger Enterprises, et al. v. Monsanto Company, C.A. No. 2:13-00211
Center for Food Safety, et al. v. Monsanto Company, C.A. No. 2:13-00213

MDL No. 2474 - **IN RE: H&R BLOCK IRS FORM 8863 LITIGATION**

Motion of defendant HRB Tax Group, Inc., to transfer the following actions to the United
States District Court for the Western District of Missouri:

Central District of California

Juan Ortega, et al. v. H&R Block, Inc., et al., C.A. No. 2:13-02023

Northern District of California

Maighan O. Perry Dreyling, et al. v. H&R Block, Inc. et al., C.A. No. 3:13-02011
Nicholas Cauthen v. H&R Block, Inc., et al., C.A. No. 3:13-02142

Middle District of Florida

Robert Lefebvre, et al. v. H&R Block, Inc., et al., C.A. No. 8:13-01196

Southern District of Illinois

Ursula Millett, et al. v. H&R Block, Inc., et al., C.A. No. 3:13-00346

Southern District of Indiana

Lisa Marie Waugh v. H&R Block, Inc., et al., C.A. No. 1:13-00705

Western District of Kentucky

Mark Wilkerson, et al. v. H&R Block, Inc., et al., C.A. No. 4:13-00029

Schedule of Matters for Hearing Session, Section A                    p. 5
Philadelphia, Pennsylvania


MDL No. 2474 (Continued)


#### Western District of Louisiana

Justin Ramsey, et al. v. H&R Block, Inc., et al., C.A. No. 3:13-00878

#### Eastern District of Michigan

Arthur Green, et al. v. H&R Block, Inc., et al., C.A. No. 4:13-11206

#### Western District of Michigan

Jessica Scruggs, et al. v. H&R Block, Inc., et al., C.A. No. 1:13-00326

#### Western District of Missouri

Kirsten Bullock v. HRB Tax Group, Inc., C.A. No. 4:13-00422

#### District of New Jersey

Danielle Pooley v. H&R Block, Inc., et al., C.A. No. 1:13-01549

#### Middle District of Pennsylvania

Cameron Cox, et al. v. H&R Block, Inc., et al., C.A. No. 3:13-01101


MDL No. 2475 - **IN RE: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION**

Motion of plaintiff Prime International Trading, Ltd., to transfer the following actions to the United States District Court for the Southern District of New York:

#### Middle District of Louisiana

David Harter v. BP PLC, et al., C.A. No. 3:13-00337

Schedule of Matters for Hearing Session, Section A                          p. 6
Philadelphia, Pennsylvania


MDL No. 2475 (Continued)


        <u>Southern District of New York</u>

    Prime International Trading, Ltd. v. BP PLC et al., C.A. No. 1:13-03473
    Michael Sevy v. BP PLC, et al., C.A. No. 1:13-03587
    Gregory Smith v. BP PLC et al., C.A. No. 1:13-03944
    Patricia Benvenuto v. BP PLC, et al., C.A. No. 1:13-04142
    White Oaks Fund LP v. BP PLC et al., C.A. No. 1:13-04553


MDL No. 2476 - **IN RE: CREDIT DEFAULT SWAPS ANTITRUST LITIGATION**

    Motion of plaintiff Sheet Metal Workers Local No. 33 Cleveland District Pension Plan
to transfer the following actions to the United States District Court for the Northern District of
Illinois:

        <u>Northern District of Illinois</u>

    Sheet Metal Workers Local No. 33 Cleveland District Pension Plan v. Bank of America
      Corporation, et al., C.A. No. 1:13-03357
    Unipension Fondsmaeglerselskab A/S, et al. v. Bank of America Corporation, et al.,
      C.A. No. 1:13-04979

        <u>Southern District of New York</u>

    Value Recovery Fund LLC v. JPMorgan Chase & Co., et al., C.A. No. 1:13-04928


MDL No. 2477 - **IN RE: ELECTROLUX DRYER PRODUCTS LIABILITY LITIGATION**

    Motion of plaintiff American Family Mutual Insurance Company to transfer the following
actions to the United States District Court for the Northern District of Illinois:

        <u>Northern District of Alabama</u>

    Farmers Insurance Exchange v. Electrolux Home Products, Inc., C.A. No. 2:12-01993
    Fire Insurance Exchange v. Electrolux Home Products, Inc., C.A. No. 7:12-01992

Schedule of Matters for Hearing Session, Section A                    p. 7
Philadelphia, Pennsylvania

MDL No. 2477 (Continued)

### Eastern District of Arkansas

Tammie Humphrey v. Electrolux Home Products, Inc., C.A. No. 4:12-00157

### Central District of California

TOPA Insurance Company v. Electrolux North America Inc., et al., C.A. No. 5:13-01011
Shawn Roberts, et al. v. Electrolux Home Products, Inc., C.A. No. 8:12-01644

### Southern District of California

American National Property and Casualty Company v. Electrolux Home Products, Inc.,
    C.A. No. 3:11-01340

### Northern District of Florida

Tower Hill Prime Insurance Co. v. Electrolux Home Products, Inc., C.A. No. 5:12-00095

### Northern District of Georgia

Mohammad Abu-Abed v. Electrolux Home Products, Inc., C.A. No. 1:12-00571

### Central District of Illinois

Badger Mutual Insurance Company v. Electrolux North America, Inc.,
    C.A. No. 1:13-01207

### Northern District of Illinois

Allstate Insurance Company v. Electrolux Home Products, Inc., C.A. No. 1:09-06379
State Farm Fire and Casualty Company, et al. v. Electrolux Home Products, Inc.,
    C.A. No. 1:11-08946
The Travelers Property Casualty Insurance Company v. Electrolux Home Products, Inc.,
    C.A. No. 1:12-02386
American Family Mutual Insurance Company v. Electrolux Home Products, Inc.,
    C.A. No. 1:12-09309

Schedule of Matters for Hearing Session, Section A                    p. 8
Philadelphia, Pennsylvania


MDL No. 2477 (Continued)


      <u>Northern District of Illinois</u> (Continued)

Thomas White v. Electrolux Home Products, Inc., C.A. No. 1:13-01617
Member Select Insurance Company v. Electrolux North America, Inc.
    C.A. No. 1:13-03665
Member Select Insurance Company v. Electrolux Home Products, Inc., et al.,
    C.A. No. 1:13-04097

      <u>Northern District of Indiana</u>

Homesite Insurance Company of The Midwest v. Electrolux Home Products, Inc, et al.,
    C.A. No. 1:11-00042
Indiana Farm Bureau Insurance Company v. Electrolux Home Products, Inc.,
    C.A. No. 1:13-00028
Justin Alexander v. Electrolux Home Products, Inc., C.A. No. 2:12-00047
State Farm Fire & Casualty Company v. Electrolux Home Products, Inc.,
    C.A. No. 3:08-00436

      <u>Southern District of Indiana</u>

Allstate Insurance Company v. Electrolux Home Products, Inc., C.A. No. 1:11-01616
Indiana Farm Bureau Insurance Company v. Electrolux Home Products, Inc.,
    C.A. No. 1:13-00174

      <u>Western District of Kentucky</u>

Kentucky Farm Bureau Mutual Insurance Company v. Electrolux Home Products, Inc.,
    C.A. No. 3:12-00732

      <u>Western District of Louisiana</u>

State Farm Fire & Casualty Insurance Co. v. Electrolux Home Products, Inc.,
    C.A. No. 2:12-02702

Schedule of Matters for Hearing Session, Section A                                        p. 9
Philadelphia, Pennsylvania


MDL No. 2477 (Continued)


#### Eastern District of Michigan

Citizens Insurance Company of America v. Electrolux Home Products, Inc.,
  C.A. No. 2:12-13799

#### District of New Hampshire

Bernard K., et al., v. Electrolux Home Products, Inc., C.A. No. 1:12-00195

#### District of New Jersey

New Jersey Manufacturers Insurance Group/ASO Linda Ann Pawlowski v. Electrolux,
  Inc., C.A. No. 2:10-01952
New Jersey Manufacturers Insurance Group v. Electrolux Home Products, Inc.,
  C.A. No. 3:12-01966
New Jersey Manufacturers Insurance Company, et al. v. Electrolux Home Products,
  Inc., C.A. No. 3:12-02815

#### Eastern District of New York

Automobile Insurance Company of Hartford, Connecticut v. Electrolux Home Products,
  Inc., C.A. No. 1:08-03237
The Charter Oak Fire Insurance Company, et al. v. Electrolux Home Products, Inc.,
  C.A. No. 1:11-05936
Travco Insurance Company, et al. v. Electrolux Home Products, Inc.,
  C.A. No. 1:12-02475
Metropolitan Property & Casualty Insurance Company v. Electrolux Home Products,
  Inc., C.A. No. 1:12-05065
The Charter Oak Fire Insurance Company v. Electrolux Home Products, Inc.,
  C.A. No. 2:10-01351
State Farm Fire & Casualty Company v. Electrolux Home Products, Inc.,
  C.A. No. 2:10-03901

Schedule of Matters for Hearing Session, Section A                    p. 10
Philadelphia, Pennsylvania


MDL No. 2477 (Continued)


      Northern District of New York

Broome Co-Operative Insurance Company v. Electrolux North America, Inc.,
    C.A. No. 6:13-00132

      Southern District of New York

Oleg Cassini, Inc. v. Electrolux Home Products, Inc., C.A. No. 1:11-01237

      Northern District of Ohio

Allstate Insurance Co. v. Electrolux Home Products, Inc., C.A. No. 1:12-02729
Allstate Insurance Company v. Electrolux Home Products, Inc., et al.,
    C.A. No. 1:13-00345
American Family Mutual Insurance Company v. Electrolux Home Products, Inc.,
    C.A. No. 3:12-03000

      Southern District of Ohio

State Automobile Mutual Insurance Company v. Electrolux Home Products, Inc.,
    C.A. No. 1:12-00843

      Eastern District of Pennsylvania

State Farm Fire & Casualty Insurance Company v. Electrolux North America, Inc.,
    et al., C.A. No. 2:12-06957
Christopher Monastero, et al. v. Electrolux Home Products, Inc., C.A. No. 2:13-02458
State Farm Fire & Casualty Company v. Electrolux Home Products, Inc.,
    C.A. No. 2:13-02562

      Western District of Wisconsin

American Family Mutual Insurance Company, et al. v. Electrolux Home Products, Inc.,
    C.A. No. 3:11-00678

MDL No. 2478 - **IN RE: CONVERGENT TELEPHONE CONSUMER PROTECTION
ACT LITIGATION**

Motion of defendant Convergent Outsourcing, Inc., to transfer the following actions to the
United States District Court for the District of Connecticut:

<u>District of Arizona</u>

Cherie Laursen v. Convergent Outsourcing, Inc., C.A. No. 2:13-01199

<u>Eastern District of California</u>

Demetrius Orozco v. Convergent Outsourcing, Inc., C.A. No. 2:13-00785

<u>District of Connecticut</u>

Victoria Rutigliano, et al. v. Convergent Outsourcing, Inc., C.A. No. 3:12-01532

<u>Northern District of Illinois</u>

Cindy Vazquez v. Convergent Outsourcing, Inc., C.A. No. 1:13-00968

<u>District of Maryland</u>

Yvonne Carrington v. Convergent Outsourcing, Inc., C.A. No. 8:13-01689

<u>Middle District of Pennsylvania</u>

Michael Prukala v. Convergent Resources Holdings, LLC, C.A. No. 3:13-01915

<u>Western District of Washington</u>

Jack Permison v. Comcast Holdings Corporation, et al., C.A. No. 3:12-05714

MDL No. 2479 - **IN RE: UBS FINANCIAL SERVICES INC. EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Motion of defendant UBS Financial Services Inc. to transfer the following actions to the United States District Court for the Eastern District of Texas:

Northern District of California

Charles Mok v. UBS Financial Services, Inc., C.A. No. 5:13-02022

Eastern District of Texas

Mark T. Eddingston, et al. v. UBS Financial Services, Inc., C.A. No. 2:12-00422
Bill Hendricks, et al. v. UBS Financial Services, Inc., C.A. No. 2:12-00606

MDL No. 2480 - **IN RE: DIGIMEDIA HOLDINGS GROUP, LLC, PATENT LITIGATION**

Motion of defendants Access.1 Communications Corporation and NM Licensing LLC to transfer the following actions to the United States District Court for the District of Delaware:

District of Delaware

Mission Abstract Data LLC v. Beasley Broadcast Group Inc., et al., C.A. No. 1:11-00176

Eastern District of Texas

DigiMedia Holdings Group, LLC v. Access.1 Communications Corp.,
    C.A. No. 2:13-00131
DigiMedia Holdings Group, LLC v. Hunt County Radio LLC, C.A. No. 2:13-00132
DigiMedia Holdings Group, LLC v. NM Licensing LLC, C.A. No. 2:13-00133
DigiMedia Holdings Group, LLC v. Tomlinson-Leis Communications LP,
    C.A. No. 2:13-00134

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

**MDL No. 1358 - IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION**

Opposition of defendants Exxon Mobil Corporation, et al., to transfer of the following actions to the United States District Court for the Southern District of New York:

Northern District of Iowa

City of Manning v. Ashland Inc., et al., C.A. No. 3:13-03033

District of Massachusetts

Town of Brewster, et al. v. Atlantic Richfield Company, et al., C.A. No. 1:13-11695

Eastern District of Missouri

City of Portageville v. Ashland, Inc., et al., C.A. No. 1:13-00091

District of Vermont

Town of  Hinesburg v. Atlantic Richfield Company, et al., C.A. No. 2:13-00198

**MDL No. 1720 - IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**

Oppositions of plaintiffs Target Corporation, et al., and 7-Eleven, Inc., et al., to transfer of their respective following actions to the United States District Court for the Eastern District of New York:

Southern District of New York

Target Corporation, et al. v. Visa Inc., et al., C.A. No. 1:13-03477
7-Eleven, Inc., et al. v. Visa Inc., et al., C.A. No. 1:13-04442

MDL No. 1871 - **IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United
States District Court for the Eastern District of Pennsylvania:

> Central District of California

John Syrek, et al. v. SmithKline Beecham Corporation, C.A. No. 8:13-00987

> Northern District of California

Alyssa Anderson, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03042
Bessie Buckley, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03043
Carlie Spiers, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03046
Renetta Barnes, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03047
Jo-Mar Adkins, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03048
Paula Ackerman, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03049
Tauheedah Aleem, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03051
Raymond E. Esche, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03062
Donna Allen, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03063
Margaret Arvizu, et al. v. McKesson Corporation, C.A. No. 3:13-03064
Osey Joshlin, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03065
Deadra Catlett, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03067
Charles Allender, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03068
Audie Dadus, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03069
Mike Albayrak, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03095
Sylvia J. Summa, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03097
Ronald Travis, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03099
Henry Adams, et al. v. McKesson Corporation et al., C.A. No. 3:13-03102
Mary Anderson, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03104
Vanessa Allen, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03110
Janice Aud, et al. v. GlaxoSmithKline LLC, et al., C.A. No. 3:13-03111
Loretta Alvarez v. McKesson Corporation, et al., C.A. No. 3:13-03112
Brenda Armstrong v. McKesson Corporation, et al., C.A. No. 3:13-03113
Wilma Hargrove, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03114
Melissa Poff, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03115
Maxio Alvarez, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03116
Rosalynn Alaimalo v. McKesson Corporation, et al., C.A. No. 3:13-03146
Steven Brock v. McKesson Corporation, et al., C.A. No. 3:13-03149

Schedule of Matters for Hearing Session, Section B                          p. 15
Philadelphia, Pennsylvania


MDL No. 1871 (Continued)


Northern District of California (Continued)

Santiago Flores, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03153
Bobby Butler, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03154
Shukry Messih, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03155
Connie Emana, et al. vs McKesson Corporation, et al., C.A. No. 3:13-03157
Esther Ortiz, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03159
Oscar Torres v. McKesson Corporation. et al., C.A. No. 3:13-03160
Eugene Parks, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03162
Marie Lueck, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03167
Linda Dudley, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03168
Gil Hermosillo, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03169
Dorothy Jones, et al. v. McKesson Corporation, et al., C.A. No. 3:13-03170
Ronald Fortune, et al. v. GlaxoSmithKline LLC., et al., C.A. No. 3:13-03172
Latresha Harrison, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03045
James Fields, et al. v. McKesson Corporation, C.A. No. 4:13-03050
Melissa Ball, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03053
Vickie Aaron, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03054
Willie Allen, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03066
Carlos Tarango, et al. v. SmithKline Beecham Corporation, et al., C.A. No. 4:13-03070
Samona Myers, et al. v. McKesson Corporation, C.A. No. 4:13-03096
Frank Pandolfo, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03100
Eva Lamb, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03101
Clarissa August, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03103
Elizabeth Pacheco, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03107
JoAnne West, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03109
Margarita Cruz, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03150
Patricia Boreni, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03152
Johnnie Johnson v. McKesson Corporation, et al., C.A. No. 4:13-03158
Yaqub Yaqub, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03161
Manuel Zavala, Jr., et al. v. McKesson Corporation, et al., C.A. No. 4:13-03163
Sylvia Muniz, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03171
Marvin Ashley, et al. v. McKesson Corporation, et al., C.A. No. 4:13-03173

MDL No. 1871 (Continued)

### Southern District of Illinois

Charles Reeves, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00675
Robert Sullivan, Jr., et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00676
Richard Jamison, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00677
Adell Font, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00678
Terence Williams, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00680
Ronald Mekal, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00683
George Ira Carroll, et al. v. SmithKline Beecham Corporation, C.A. No. 3:13-00685

## MDL No. 1964 - **IN RE: NUVARING PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Desirae Buyak, et al., and Talaya Clarke, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Missouri:

### Northern District of California

Desirae Buyak, et al. v. Organon USA Inc., et al., C.A. No. 3:13-03128
Talaya Clarke, et al. v. Organon USA, Inc., et al., C.A. No. 4:13-02290

## MDL No. 2100 - **IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Maryam T. Bennett, et al., to transfer of the following action to the United States District Court for the Southern District of Illinois:

### Northern District of Georgia

Maryam T. Bennett, et al. v. Bayer Healthcare Pharmaceuticals Inc., et al.,
    C.A. No. 2:13-00112

MDL No. 2158 - **IN RE: ZIMMER DUROM HIP CUP PRODUCTS LIABILITY
                LITIGATION**

Opposition of plaintiffs Ronald J. Farabaugh, et al., to transfer of the following action to
the United States District Court for the District of New Jersey:

Southern District of Ohio

Ronald J. Farabaugh, et al. v. Zimmer Holdings Inc., et al., C.A. No. 2:13-00685

MDL No. 2179 - **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN
                THE GULF OF MEXICO, ON APRIL 20, 2010**

Oppositions of plaintiffs Andrew J. Ditch; Naussera Zadeh; Bama Sea Products, Inc.;
JBS Packing Company, et al.; Nyoka Curtis, et al.; Peggy Kemp, Individually and in her
Capacity as the Surviving Natural Mother of Roy Wyatt Kemp, Deceased; Stephen Stone, et al.;
and Linda Trang Tran, et al., to transfer of their respective following actions to the United States
District Court for the Eastern District of Louisiana:

Middle District of Florida

Andrew J. Ditch v. Kenneth R. Feinberg, et al., C.A. No. 2:13-00531
Naussera Zadeh v. Kenneth R. Feinberg, et al., Bky. Advy. No. 8:12-00771
Bama Sea Products, Inc. v. BP Exploration & Production, Inc., et al.,
     C.A. No. 8:13-01464

Eastern District of Texas

JBS Packing Company, et al. v. BP Exploration & Production Inc., et al.,
     C.A. No. 1:13-00435

Southern District of Texas

Nyoka Curtis, et al. v. BP America Production Company, C.A. No. 4:13-01533
Peggy Kemp, Individually and in her Capacity as the Surviving Natural Mother of Roy
     Wyatt Kemp, Deceased v. BP America Production Company, C.A. No. 4:13-01535
Stephen Stone, et al. v. BP Exploration & Production, Inc., et al., C.A. No. 4:13-01671
Linda Trang Tran, et al. v. BP Exploration and Production, Inc., et al.,
     C.A. No. 4:13-01785

**MDL No. 2187 - IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION**

Opposition of defendant W.L Gore & Associates, Inc., to transfer of the following action
to the United States District Court for the Southern District of West Virginia:

<u>District of Arizona</u>

Helen L. Tirmenstein v. W.L. Gore & Associates Inc., et al., C.A. No. 3:13-08179

**MDL No. 2197 - IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT
PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Gerald G. Goodwin, et al., to transfer of the following action to
the United States District Court for the Northern District of Ohio:

<u>District of Massachusetts</u>

Gerald G. Goodwin, et al. v. DJD Medical, Inc., et al., C.A. No. 1:13-11538

**MDL No. 2218 - IN RE: CAMP LEJEUNE, NORTH CAROLINA, WATER
CONTAMINATION LITIGATION**

Opposition of plaintiff Geoffery D. Johnston to transfer of the following action to the
United States District Court for the Northern District of Georgia:

<u>Southern District of West Virginia</u>

Geoffery D. Johnston v. Administrator of the Environmental Protection Agency, et al.,
C.A. No. 3:13-10995

MDL No. 2244 - **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Karen S. Ricigliano to transfer of the following action to the United States District Court for the Northern District of Texas:

Northern District of California

Karen S. Ricigliano v. DePuy Orthopaedics Inc., et al., C.A. No. 5:13-02451

MDL No. 2262 - **IN RE: LIBOR-BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION**

Opposition of plaintiffs Charles Schwab Corporation, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

Northern District of California

Charles Schwab Corporation, et al. v. Bank of America Corporation, et al., C.A. No. 4:13-02244

MDL No. 2272 - **IN RE: ZIMMER NEXGEN KNEE IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of defendants Zimmer, Inc.; Zimmer Holdings, Inc.; and Zimmer Surgical, Inc., f/k/a Zimmer Orthopaedic Surgical Products, Inc., to transfer of the following action to the United States District Court for the Northern District of Illinois:

Middle District of Pennsylvania

Tammy Granite v. Zimmer, Inc., et al., C.A. No. 4:13-01582

MDL No. 2295 - **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION**

Opposition of plaintiff Lee Arthur Momient to transfer of the following action to the United States District Court for the Southern District of California:

Northern District of Illinois

Lee Arthur Momient v. Portfolio Recovery Associates LLC, C.A. No. 1:13-04648

MDL No. 2325 - **IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Kelly Pecoraro, et al., and Clemencia Lopez, et al., to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Central District of California

Kelly Pecoraro, et al. v. Frances Sanghei-Kim Lineback, et al., C.A. No. 5:13-00987

Northern District of California

Clemencia Lopez, et al. v. Pfeffer, et al., C.A. No. 3:13-03341

MDL No. 2326 - **IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Dana Bergeron and Sharon Jennings-Welch, et al., and defendants Donald Long, M.D., and Donald Long, M.D., P.A., to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Eastern District of Texas

Dana Bergeron v. Donald Long, M.D., et al., C.A. No. 1:13-00429

Schedule of Matters for Hearing Session, Section B                         p. 21
Philadelphia, Pennsylvania


MDL No. 2326 (Continued)


### Eastern District of Wisconsin

Sharon Jennings-Welch, et al. v. Wisconsin Injured Patients and Families Compensation
    Fund, et al., C.A. No. 2:13-00644


MDL No. 2327 - **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS
            LIABILITY LITIGATION**

Oppositions of plaintiffs Dana Lemay, et al.; Bridgette Marie Fitzgerald, et al.; Alicia
Malcolm; Patricia L. Hammons; Gail Musewicz, et al.; Maria D. Delacruz, et al.; and Juanita
Ramirez, et al., and defendants Our Lady of Lourdes Hospital at Pasco and LifeCell Corporation
to transfer of their respective following actions to the United States District Court for the Southern
District of West Virginia:

### District of Connecticut

Dana Lemay, et al. v. Johnson & Johnson, et al., C.A. No. 3:13-00926

### Eastern District of Missouri

Bridgette Marie Fitzgerald, et al. v. Johnson & Johnson, et al., C.A. No. 4:13-01118

### Western District of Missouri

Alicia Malcolm v. Ethicon, Inc., et al., C.A. No. 3:13-05083

### Eastern District of Pennsylvania

Patricia L. Hammons v. Ethicon, Inc., et al., C.A. No. 2:13-04086
Gail Musewicz, et al. v. Ethicon, Inc., et al., C.A. No. 2:13-04087
Maria D. Delacruz, et al. v. Ethicon, Inc., et al., C.A. No. 2:13-04088

### Northern District of Texas

Delinda Gay v. LifeCell Corporation, C.A. No. 3:13-02639

Schedule of Matters for Hearing Session, Section B                    p. 22
Philadelphia, Pennsylvania


MDL No. 2327 (Continued)


       <u>Western District of Washington</u>

     Juanita Ramirez, et al. v. Our Lady of Lourdes Hospital at Pasco, et al.,
       C.A. No. 2:13-01108


MDL No. 2333 - **IN RE: MI WINDOWS AND DOORS, INC., PRODUCTS LIABILITY
          LITIGATION**

     Oppositions of defendant MI Windows and Doors, Inc., to transfer of the following actions
to the United States District Court for the District of South Carolina:

       <u>District of Maryland</u>

     Alex M. Kruger, et al. v. MI Windows and Doors, Inc., C.A. No. 1:13-01325

       <u>Eastern District of Pennsylvania</u>

     Kerry Dewitt v. MI Windows and Doors, Inc., C.A. No. 2:13-03052


MDL No. 2342 - **IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS
          LIABILITY LITIGATION**

     Opposition of plaintiffs A.D., et al., to transfer of the following action to the United States
District Court for the Eastern District of Pennsylvania:

       <u>Northern District of California</u>

     A.D., et al. v. Pfizer, Inc., et al., C.A. No. 3:13-02466

Schedule of Matters for Hearing Session, Section B                                    p. 23
Philadelphia, Pennsylvania


**MDL No. 2384 - IN RE: SWISHER HYGIENE, INC., SECURITIES AND DERIVATIVE
              LITIGATION**

Opposition of plaintiffs Glen Miller, et al., to transfer of the following action to the
United States District Court for the Western District of North Carolina:

        Southern District of Florida

    Glen Miller, et al. v. Swisher Hygiene Inc., et al., C.A. No. 0:13-61292


**MDL No. 2418 - IN RE: PLAVIX MARKETING, SALES PRACTICES AND PRODUCTS
              LIABILITY LITIGATION (NO. II)**

Oppositions of plaintiffs Larry J. Douglas, et al.; Howard Jones, et al.; and Jim Hood to
transfer of their respective following actions to the United States District Court for the District of
New Jersey:

        Northern District of California

    Larry J. Douglas, et al. v. Bristol-Myers Squibb Company, C.A. No. 4:13-02331
    Howard Jones, et al. v. Bristol-Myers Squibb Company, et al., C.A. No. 4:13-02415

        Northern District of Mississippi

    Jim Hood v. Bristol-Myers Squibb Company, et al., C.A. No. 1:12-00179


**MDL No. 2428 - IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE
              PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Dawn Casian, et al., to transfer of the following action to the
United States District Court for the District of Massachusetts:

        Central District of California

    Dawn Casian, et al. v. Fresenius USA, Inc., et al., C.A. No. 2:13-04079

Schedule of Matters for Hearing Session, Section B                                    p. 24
Philadelphia, Pennsylvania


## MDL No. 2434 - **IN RE: MIRENA IUD PRODUCTS LIABILITY LITIGATION**

Oppositions of defendants Bayer HealthCare Pharmaceuticals, Inc.; Bayer Pharmaceuticals Corporation; Berlex Laboratories, Inc.; and Berlex, Inc., to transfer of the following actions to the United States District Court for the Southern District of New York:

Eastern District of Louisiana

Latoya Barnes Thompson, et al. v. Bayer Healthcare Pharmaceuticals, Inc.,
   C.A. No. 2:13-03702

Eastern District of Missouri

Maria Oropeza v. Bayer Pharmaceuticals Corporation, et al., C.A. No. 4:13-01017


## MDL No. 2441 - **IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Anne-Lise Gercke to transfer of the following action to the United States District Court for the District of Minnesota:

Southern District of Florida

Anne-Lise Gercke v. Howmedica Osteonics Corp., et al., C.A. No. 9:13-80615

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)      Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)      Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

      (i)   The parties affected by a motion to transfer may agree to waive oral argument.  The Panel will take this into consideration in determining the need for oral argument.

(c)      Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

      (i)    the dispositive issue(s) have been authoritatively decided; or

      (ii)   the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)      Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

      (i)    Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

      (ii)   The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

- 2 -

(e)    <u>Duty to Confer</u>.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)    <u>Time Limit for Oral Argument</u>.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.