BEFORE THE JUDICIAL PANEL ON MULTIDISRICT LITIGATION

----------------------------------------------------------------X
**In re: Methyl Tertiary Butyl Ether ("MTBE")**   :
**Products Liability Litigation**   :
   :
----------------------------------------------------------------X
   :
**This Document Relates To:**   :
   :
*City of Manning, An Iowa Municipality*   :
*v. Ashland Inc., et al.,* **3:13-cv-03033**   :
   :
*City of Portageville, A Missouri Municipality*   X   **MDL No. 1358**
*v. Ashland Inc., et al.,* **1:13-cv-00091**   :
   :
*Town of Brewster, et al. v. Atlantic Richfield Co.,*   :
*et al.,* **1:13-cv-11695**   :
   :
*Town of Hinesburg v. Atlantic Richfield Co.,*   :
*et al.,* **2:13-cv-00198**   :
----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2013, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.

August 12, 2013                           Respectfully submitted,

                                          ___/s/ *James J. Maher*_____
                                          Robert E. Meadows
                                          James J. Maher
                                          KING & SPALDING LLP
                                          1100 Louisiana, Suite 4000
                                          Houston, Texas 77002
                                          Telephone: (713) 751-3200
                                          Facsimile: (713) 751-3290

2

Charles C. Correll, Jr.
King & Spalding LLP
101 Second Street, Suite 2300
San Francisco, California 94015
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

**Attorneys for Defendants Chevron U.S.A. Inc., Four Star Oil and Gas Company, and Texaco, Inc.**