# King & Spalding

King & Spalding LLP
1100 Louisiana Street
Suite 4000
Houston, Texas  77002-5213
www.kslaw.com

James J. Maher
Counsel
Direct Dial: 713/276-7403
Direct Fax:  713/751-3290
jmaher@kslaw.com

August 12, 2013

**VIA CM/ECF**
Mr. Jeffery N. Lüthi
Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
One Columbus Circle, NE, Room G-255
Washington, DC 20002

    Re:    MDL 1358:  *In Re: Methyl-Tertiary Butyl Ether Products Liability Litigation*

              NYS/1:00-cv-01898; *Donna Berisha, et al.  v. Amerada Hess Corp., et al.*

Dear Mr. Lüthi:

    A Notice of Appearance was filed today on behalf of Defendants, Chevron U.S.A. Inc., Four Star Gas and Oil Company, and Texaco, Inc. [Docket Entry No. 402 and Docket Entry No. 2 in associated *Berisha* case].  We request this document be removed from the dockets, as it was filed in error.

    Thank you for your cooperation regarding this matter.  Should you have any questions, please do not hesitate to contact me.

    Sincerely,

    /s/ *James J. Maher*

    James J. Maher

JJM/tyk