## BEFORE THE JUDICIAL PANEL ON MULTIDISRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | |
| This Document Relates To: | |
| *City of Manning, An Iowa Municipality v. Ashland Inc., et al.,* 3:13-cv-03033 | MDL No. 1358 |
| *City of Portageville, A Missouri Municipality v. Ashland Inc., et al.,* 1:13-cv-00091 | |
| *Town of Brewster, et al. v. Atlantic Richfield Co., et al.,* 1:13-cv-11695 | |
| *Town of Hinesburg v. Atlantic Richfield Co., et al.,* 2:13-cv-00198 | |

## CERTIFICATE OF SERVICE

I hereby certifity that on August 12, 2013, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via this Court's ECF system.

August 12, 2013

Respectfully submitted,

  /s/ *James J. Maher*
Robert E. Meadows
James J. Maher
KING & SPALDING LLP
1100 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290

Charles C. Correll, Jr.
King & Spalding LLP

101 Second Street, Suite 2300
San Francisco, California 94015
Telephone:  (415) 318-1200
Facsimile:  (415) 318-1300

**Attorneys for Defendants Chevron U.S.A. Inc., Four Star Oil and Gas Company, and Texaco, Inc.**