**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation )<br><br>This Document Relates To: )<br><br>*City of Manning, An Iowa Municipality v. Ashland Inc., et al.,* ) United States District Court for the Northern District of Iowa (Case No. 3:13-cv-03033) )<br><br>*City of Portageville, A Missouri Municipality v. Ashland Inc., et al.,* ) United States District Court for the Eastern District of Missouri (Case No. 1:13-cv-00091) )<br><br>*Town of Brewster, et al. v. Atlantic Richfield Company, et al.,* ) United States District Court for the District of Massachusetts (Case No. 1:13-cv-11695) )<br><br>*Town of Hinesburg v. Atlantic Richfield Company, et al.,* ) United States District Court for the District of Vermont (Case No. 2:13-cv-00198) ) | **MDL No. 1358** |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2013, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.


August 13, 2013

/s/ Peter C. Condron
SEDGWICK LLP
Peter C. Condron
2900 K Street, N.W., Harbourside
Suite 500
Washington, D.C. 20007
Telephone: (202) 204-1000
Fax: (202) 204-1001
Peter.Condron@sedgwicklaw.com