MDL No. _____ & TITLE - IN RE: _____

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated.  I am aware that only one attorney can be designated for each party.

_____
            Date                                  Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: _____       Fax No.: _____

Email Address: _____

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format.  (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance.  Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

**SHORT CASE CAPTION(s):**

- *City of Manning v. Ashland Inc. et al.*,
  No. IAN 3:13-cv-03033 (N.D. Iowa June 26, 2013)

- *Town of Brewster et al. v. Atlantic Richfield Company et al.*,
  No. MA 1:13-cv-11695 (D. Mass. July 15, 2013)

- *Hinesburg, Town of v. Atlantic Richfield Company et al.*,
  No. VT 2:13-cv-00198 (D. Vt. July 16, 2013)

- *City of Portageville v. Ashland Inc.*,
  No. MOE 1:13-cv-00091 (D. Mo. July 17, 2013)

## **PROOF OF SERVICE**

  I hereby certify that a true and correct copy of Defendant Total Petrochemicals & Refining USA, Inc.'s Notice of Appearance was served via CM-ECF and upon all MDL 1358 counsel of record via LexisNexis File & Serve on the 13th day of August, 2013.

                /s/ M. Coy Connelly
                M. Coy Connelly

4351542.2