## ATTACHMENT

**Short Case Captions:**

*City of Manning v. Ashland Inc., et al.*,
United States District Court for the Northern District of Iowa
(Case No. IAN 3:13-cv-03033)

*Town of Brewster, et al. v. Atlantic Richfield Company, et al.*,
United States District Court for the District of Massachusetts
(Case No. 1:13-cv-11695)

*Town of Hinesburg v. Atlantic Richfield Company, et al.*,
United States District Court for the District of Vermont
(Case No. 2:13-cv-00198)