# ATTACHMENT

**<u>Short Case Captions:</u>**

*City of Portageville, A Missouri Municipality v. Ashland, Inc, et al.*,
United States District Court for the Eastern District of Missouri
(Case No. 1:13-cv-00091)