BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") ) | |
| Products Liability Litigation ) | |
| ) | |
| This Document Relates To: ) | |
| ) | |
| *City of Portageville v. Ashland, Inc., et al.*, ) | **MDL No. 1358** |
| United States District of Missouri ) | |
| (Case No. MOE 1:13-cv-00091) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2013, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.

August 13, 2013

/s/ Nathan P. Eimer
Nathan P. Eimer
Eimer Stahl LLP
224 S. Michigan Ave., Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7660
Fax: (312) 692-1718
neimer@eimerstahl.com