BEFORE THE JUDICIAL PANEL ON MULTIDISRICT LITIGATION

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

This Document Relates To:

*City of Manning, An Iowa Municipality
v. Ashland Inc., et al.*, 3:13-cv-03033

*City of Portageville, A Missouri Municipality
v. Ashland Inc., et al.*, 1:13-cv-00091

MDL No. 1358

*Town of Brewster, et al. v. Atlantic Richfield Co.,
et al.*, 1:13-cv-11695

*Town of Hinesburg v. Atlantic Richfield Co.,
et al.*, 2:13-cv-00198

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of Sunoco, Inc. and Sunoco, Inc. (R&M)'s Corporate Disclosure Statement and Notice of Appearance to be served on counsel of record for all parties via this Court's ECF system on August 12, 2013 and via LexisNexis File and Serve on August 13, 2013.

August 13, 2013

Respectfully submitted,

John S. Guttmann
Beveridge & Diamond, P.C.
1350 I Street, NW
Washington, D.C. 20005
Telephone: (202) 789-6020
Fax: (202) 789-6177
JGuttmann@bdlaw.com