**UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL No. 1358 |

This Document Pertains to:

*City of Manning v. Ashland Inc. et al.*, No. IAN 3:13-cv-03033 (N.D. Iowa June 26, 2013);

*Town of Brewster et al. v. Atlantic Richfield Company et al.*, No. MA 1:13-cv-11695 (D. Mass. July 15, 2013);

*Hinesburg, Town of v. Atlantic Richfield Company et al.*, No. VT 2:13-cv-00198 (D. Vt. July 16, 2013); and

*City of Portageville v. Ashland Inc.*, No. MOE 1:13-cv-00091 (D. Mo. July 17, 2013).

**DEFENDANT TOTAL PETROCHEMICALS & REFINING USA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Judicial Panel on Multidistrict Litigation Rule of Procedure 5.3, Defendant Total Petrochemicals & Refining USA, Inc. (formerly known as TOTAL PETROCHEMICALS USA, INC.) states that its parent corporation is TOTAL Delaware, Inc.  TOTAL Delaware, Inc.'s parent corporation is TOTAL Holdings USA, Inc.  TOTAL Holdings USA, Inc.'s parent

-2-

corporation is TOTAL GESTION U.S.A., which is a French corporation.  TOTAL GESTION U.S.A.'s parent corporation is TOTAL S.A., which is also a French corporation.  TOTAL S.A. has no parent corporation.  No other publicly held corporation owns 10% or more of Total Petrochemicals & Refining USA, Inc.'s stock.

-3-

Dated: August 13, 2013                             Respectfully submitted,


                                                              /s/ M. Coy Connelly
                                                              M. Coy Connelly
                                                              Amy E. Parker
                                                              Kimberly G. Alberts
                                                              BRACEWELL & GIULIANI LLP
                                                             711 Louisiana St., Suite 2300
                                                             Houston, Texas 77002-2770
                                                             Telephone:  (713) 221-1335
                                                             Telecopier:  (713) 221-2159
                                                             coy.connelly@bgllp.com

                                                             ATTORNEYS FOR DEFENDANT
                                                             TOTAL PETROCHEMICALS & REFINING
                                                             USA, INC.


## PROOF OF SERVICE

    I hereby certify that a true and correct copy of Defendant Total Petrochemicals & Refining USA, Inc.'s Corporate Disclosure Statement was served via CM-ECF and upon all MDL 1358 counsel of record via LexisNexis File & Serve on the 13th day of August, 2013.


                                                             /s/ M. Coy Connelly
                                                                 M. Coy Connelly