BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This Document Relates To:<br><br>*City of Manning v. Ashland Inc., et al.*,<br>United States District Court for the Northern District of Iowa (Case No. IAN 3:13-cv-03033)<br><br>*City of Portageville v. Ashland, Inc., et al.*,<br>United States District of Missouri<br>(Case No. MOE 1:13-cv-00091)<br><br>*Town of Brewster, et al. v. Atlantic Richfield Company, et al.*,<br>United States District Court for the District of Massachusetts (Case No. 1:13-cv-11695)<br><br>*Town of Hinesburg v. Atlantic Richfield Company, et al.*,<br>United States District Court for the District of Vermont (Case No. 2:13-cv-00198) | **MDL No. 1358** |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2013, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.

| | |
|---|---|
| August 13, 2013 | /s/ Nathan P. Eimer<br>Nathan P. Eimer<br>Eimer Stahl LLP<br>224 S. Michigan Ave., Suite 1100<br>Chicago, Illinois 60604<br>Telephone: (312) 660-7660<br>Fax: (312) 692-1718<br>neimer@eimerstahl.com |