*City of Manning v. Ashland Inc., et al.*, No. IAN 3:13-cv-03033 (N.D. Iowa June 26, 2013)

*Town of Brewster, et al. v. Atlantic Richfield Company, et al.*, No. MA 1:13-cv-11695 (D.Mass. July 15, 2013)

*Town of Hinesburg v. Atlantic Richfield Company, et al.*, No. VT 2:13-cv-00198 (D. Vt. July 16, 2013)