# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation )<br>)<br>)<br>This Document Relates To: )<br>)<br>*City of Manning v. Ashland Inc., et al.*, )<br>United States District Court for the Northern District )<br>of Iowa (Case No. IAN 3:13-cv-03033) )<br>)<br>*Town of Brewster, et al. v. Atlantic Richfield* )<br>*Company, et al.*, )<br>United States District Court for the District )<br>of Massachusetts (Case No. 1:13-cv-11695) )<br>)<br>*Town of Hinesburg v. Atlantic Richfield Company,* )<br>*et al.*, )<br>United States District Court for the District )<br>of Vermont (Case No. 2:13-cv-00198) ) | **MDL No. 1358** |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2013, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.

August 13, 2013

/s/ Nathan P. Eimer
Nathan P. Eimer
Eimer Stahl LLP
224 S. Michigan Ave., Suite 1100
Chicago, Illinois 60604
Telephone: (312) 660-7660
Fax: (312) 692-1718
neimer@eimerstahl.com