# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __1358__ & TITLE - IN RE: __Methyl Tertiary Butyl Ether ("MTBE") Products__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See attached appendix A
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __See attached appendix B__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☐   This party's parent corporation(s) are listed below:

☐   The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☐   This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Peter J. Sacripanti                                McDermott Will & Emery LLP
_____                          _____
       Signature of Attorney                                    Name of Firm

340 Madison Avenue                                     New York, New York 10173
_____                          _____
            Address                                           City/State/Zip Code

Date __August 13, 2013__

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement.
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## APPENDIX A

*City of Manning v. Ashland Inc., et al.,* No. IAN 3:13-cv-03033 (N.D. Iowa June 26, 2013)

*City of Portageville v. Ashland, Inc., et al.,* No. MOE 1:13-cv-00091 (D. Mo. July 17, 2013)

*Town of Hinesburg v. Atlantic Richfield Company, et al.,* No. VT 2:13-cv-00198 (D. Vt. July 16, 2013)

*Town of Brewster, et al., v. Atlantic Richfield Company, et al.,* No. MA 1:13-cv-11695 (D. Mass. July 15, 2013) – not yet served with complaint

**APPENDIX B**

Pursuant to Rule 5.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, counsel of record for Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation and Mobil Corporation certifies that:

(1) Exxon Mobil Corporation is the corporate parent, and there are no publicly held corporation(s) (domestic or foreign) that own 10% or more of Exxon Mobil Corporation's stock;

(2) Mobil Corporation's corporate parent is Exxon Mobil Corporation, and Exxon Mobil Corporation owns 100% of Mobil Corporation's stock;

(3) ExxonMobil Oil Corporation's corporate parent is Mobil Corporation, and Mobil Corporation owns 100% of ExxonMobil Oil Corporation's stock.

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (SAS) |
| This document pertains to: *City of Manning, An Iowa Municipality v. Ashland Inc., et al.*, No. 3:13-cv-03033-MWB (N.D. Iowa) *City of Portageville, A Missouri Municipality v. Ashland Inc., et al.*, No. 1:13-cv-00091-SNLJ (E.D. Mo.) *Town of Hinesburg v. Atlantic Richfield Company, et al.*, No. 2:13-cv-198 (D. Vt.) *Town of Brewster, et al. v. Atlantic Richfield Company, et al.*, No. 1:13-cv-11695-RWZ (D. Mass.) | |

## CERTIFICATE OF SERVICE

Lisa A. Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 13th day of August, 2013, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.

_____
Lisa A. Gerson