**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 (SAS) |
| This document pertains to:<br><br>*City of Manning, An Iowa Municipality v. Ashland Inc., et al.,* No. 3:13-cv-03033-MWB (N.D. Iowa)<br><br>*City of Portageville, A Missouri Municipality v. Ashland Inc., et al.,* No. 1:13-cv-00091-SNLJ (E.D. Mo.)<br><br>*Town of Hinesburg v. Atlantic Richfield Company, et al.,* No. 2:13-cv-198 (D. Vt.)<br><br>*Town of Brewster, et al. v. Atlantic Richfield Company, et al.,* No. 1:13-cv-11695-RWZ (D. Mass.) | |

**SCHEDULE OF CASES PURSUANT TO JPML 6.1(b)**

Pursuant to JPML Rule 6.1(b), below is a numbered Schedule providing the complete name of each action involved; the district court where each action is pending; the civil action number of each action; and the name of the judge assigned each action. Attached at Exhibits A-H are copies of all complaints and docket sheet for each action listed on the Schedule, pursuant to JPML Rule 6.1(b)(iv).

| | Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiff:**<br>City of Manning<br><br>**Defendants:**<br>Ashland Inc. (formerly known as New EXM Inc.);<br>Atlantic Richfield Company, (formerly known as Atlantic Richfield Delaware Corporation), individually, as successor-by-merger to Atlantic Richfield Company (a Pennsylvania corporation), and doing business as ARCO Products Company;<br>BP Amoco Chemical Company, (f/k/a Amoco Chemical Company, Amoco Chemicals Company and Amoco Chemicals Corporation);<br>BP-Husky Refining, LLC<br>BP Products North America Inc., (f/k/a Amoco Oil Company and The American Oil Company, individually and as successor-by-merger to BP Exploration and Oil Inc. and successor-in-interest to BP North America, Inc.;<br>Chevron U.S.A. Inc. (f/k/a Gulf Oil Corporation and d/b/a Chevron Products Company and Chevron Chemical Company);<br>Citgo Petroleum Corporation (f/k/a Cities Service RMT Corporation);<br>Citgo Refining and Chemicals Company, LP, individually, and as successor-by-merger to Citgo Refining and Chemicals Company;<br>Coastal Eagle Point Oil Company;<br>Coastal Oil New England, Inc. (f/k/a Belcher New England, Inc.);<br>ConocoPhillips Company, (f/k/a Phillips Petroleum Company and d/b/a Phillips 66 Company, Phillips Chemical Company, and Phillips Oil Company), individually, as successor-by-merger to Conoco, Inc. and Tosco Corporation;<br>El Paso Merchant Energy-Petroleum Company, (f/k/a Coastal Refining & Marketing, Inc., Coastal Derby Refining Company, Derby Refining Company and as Colorado Oil and Gas Corporation);<br>Equilon Enterprises LLC, (d/b/a Shell Oil Products US), individually, as successor-by-merger to Equiva Services LLC; | N.D. Iowa | 13-cv-3033 | Mark W. Bennett |

| | | | | |
|---|---|---|---|---|
| | Exxon Mobil Corporation, (f/k/a Exxon Corporation and d/b/a ExxonMobil Refining and Supply Company, Exxon Chemical U.S.A., and ExxonMobil Chemical Corporation);<br>ExxonMobil Oil Corporation, (f/k/a Mobil Oil Corporation, Socony Mobil Oil Company, Inc., and Socony Vacuum Oil Company, Incorporated);<br>Four Star Oil & Gas Company (f/k/a Getty Oil Company);<br>Marathon Petroleum Company LP (f/k/a Marathon Petroleum Company LLC, Embro Supply, LLC, and Marathon Ashland Petroleum LLC);<br>Mobil Corporation;<br>Motiva Enterprises LLC, (f/k/a Star Enterprises, LLC);<br>PDV Midwest Refining, LLC;<br>The Premcor Refining Group Inc., (f/k/a Clark Refining & Marketing, Inc., Clark Oil & Refining Corporation, and AOC Acquisition Corporation);<br>Shell Oil Company;<br>Shell Oil Products Company LLC, (d/b/a Shell Oil Products Company);<br>Shell Petroleum, Inc.;<br>Shell Trading (US) Company, (individually, f/k/a Equiva Trading Company and d/b/a Stusco);<br>Sun Company, Inc., (f/k/a Sunoco, Inc., Sun Oil Company (PA) and Sun Oil Company). | | | |
| 2. | **Plaintiffs:**<br>Town Of Brewster;<br>RIGR Realty, LLC;<br>Harborside Village Cooperative Corporation;<br>rEVO Biologics, Inc.;<br>St. Mark Coptic Orthodox Church;<br>RPI Blueberry, LLC;<br>Town of Hopkinton;<br>Town of Athol.<br><br>**Defendants:**<br>Atlantic Richfield Company, (formerly known as Atlantic Richfield Delaware Corporation), individually, as successor-by-merger to Atlantic Richfield Company (a Pennsylvania corporation), and doing business as ARCO Products Company; | D. Massachusetts | 13-11695 | Rya W. Zobel |

| | | | |
|---|---|---|---|
| BP Amoco Chemical Company, (f/k/a Amoco Chemical Company, Amoco Chemicals Company and Amoco Chemicals Corporation); BP Products North America Inc., (f/k/a Amoco Oil Company and The American Oil Company, individually and as successor-by-merger to BP Exploration and Oil Inc. and successor-in-interest to BP North America, Inc.; Chevron U.S.A. Inc. (f/k/a Gulf Oil Corporation and d/b/a Chevron Products Company and Chevron Chemical Company); Citgo Petroleum Corporation (f/k/a Cities Service RMT Corporation); Citgo Refining and Chemicals Company, LP, individually, and as successor-by-merger to Citgo Refining and Chemicals Company; ConocoPhillips Company, (f/k/a Phillips Petroleum Company and d/b/a Phillips 66 Company, Phillips Chemical Company, and Phillips Oil Company), individually, as successor-by- merger to Conoco, Inc. and Tosco Corporation; El Paso Merchant Energy-Petroleum Company, (f/k/a Coastal Refining & Marketing, Inc., Coastal Derby Refining Company, Derby Refining Company and as Colorado Oil and Gas Corporation); Equilon Enterprises LLC, (d/b/a Shell Oil Products US), individually, as successor-by-merger to Equiva Services LLC; Exxon Mobil Corporation, (f/k/a Exxon Corporation and d/b/a ExxonMobil Refining and Supply Company, Exxon Chemical U.S.A., and ExxonMobil Chemical Corporation); ExxonMobil Oil Corporation, (f/k/a Mobil Oil Corporation, Socony Mobil Oil Company, Inc., and Socony Vacuum Oil Company, Incorporated); Four Star Oil & Gas Company (f/k/a Getty Oil Company); Hess Corporation (f/k/a Amerada Hess Corporation); Mobil Corporation; Motiva Enterprises LLC, (f/k/a Star Enterprises, LLC); PDV Midwest Refining, LLC; Shell Oil Company; Shell Oil Products Company LLC, (d/b/a Shell Oil | | | |

| | | | | |
|---|---|---|---|---|
| | Products Company);<br>Shell Petroleum, Inc.;<br>Shell Trading (US) Company, (individually, f/k/a Equiva Trading Company and d/b/a Stusco)<br>Sun Company, Inc., (f/k/a Sunoco, Inc., Sun Oil Company (PA) and Sun Oil Company);<br>Sunoco, Incorporated (R&M), (a/k/a, Sunoco, Inc. (R&M), f/k/a Sun Company, Inc. (R&M), Sun Refining and Marketing Company, and Sun Oil Company of Pennsylvania);<br>Texaco, Inc. (f/k/a The Texas Corporation);<br>TMR Company (f/k/a Texaco Refining and Marketing, Inc., individually and as successor-by-merger to TRME Company (f/k/a Texaco Refining and Marketing (East), Inc.));<br>Total Petrochemicals & Refining USA, Inc., (f/k/a Atofina Petrochemicals, Inc., Fina Oil and Chemical Company, and American Petrofina Company of Texas);<br>TRMI-H LLC (f/k/a TRMI Holdings Inc., Texaco Refining and Marketing Inc., Getty Refining and Marketing Company, and Getty Oil Company (Eastern Operations), Inc.);<br>Valero Energy Corporation<br>Valero Marketing and Supply Company;<br>Valero Refining and Marketing Company;<br>Valero Refining Company – Oklahoma;<br>Valero Refining Company Texas, L.P., individually and as successor-in-interest to Valero Refining Company - Texas and Valero Refining Company. | | | |
| 3. | **Plaintiff:**<br>City of Portageville<br><br>**Defendants:**<br>Ashland Inc. (formerly known as New EXM Inc.);<br>BP Amoco Chemical Company, (f/k/a Amoco Chemical Company, Amoco Chemicals Company and Amoco Chemicals Corporation);<br>BP Products North America Inc., (f/k/a Amoco Oil Company and The American Oil Company, individually and as successor-by-merger to BP Exploration and Oil Inc. and successor-in-interest to BP North America, Inc.;<br>Chevron U.S.A. Inc. (f/k/a Gulf Oil Corporation and d/b/a Chevron Products Company and Chevron | E.D. Missouri | 13-0091-SNLJ | Stephen N. Limbaugh |

| | | | |
|---|---|---|---|
| Chemical Company);<br>Citgo Petroleum Corporation (f/k/a Cities Service RMT Corporation);<br>ConocoPhillips Company, (f/k/a Phillips Petroleum Company and d/b/a Phillips 66 Company, Phillips Chemical Company, and Phillips Oil Company), individually, as successor-by-merger to Conoco, Inc. and Tosco Corporation;<br>El Paso Merchant Energy-Petroleum Company, (f/k/a Coastal Refining & Marketing, Inc., Coastal Derby Refining Company, Derby Refining Company and as Colorado Oil and Gas Corporation);<br>Exxon Mobil Corporation, (f/k/a Exxon Corporation and d/b/a ExxonMobil Refining and Supply Company, Exxon Chemical U.S.A., and ExxonMobil Chemical Corporation);<br>ExxonMobil Oil Corporation, (f/k/a Mobil Oil Corporation, Socony Mobil Oil Company, Inc., and Socony Vacuum Oil Company, Incorporated);<br>Four Star Oil & Gas Company (f/k/a Getty Oil Company);<br>Marathon Oil Company (f/k/a USS Holdings Company);<br>Mobil Corporation;<br>The Premcor Refining Group Inc., (f/k/a Clark Refining & Marketing, Inc., Clark Oil & Refining Corporation, and AOC Acquisition Corporation);<br>Shell Oil Company;<br>Shell Petroleum, Inc.;<br>Shell Trading (US) Company, (individually, f/k/a Equiva Trading Company and d/b/a Stusco);<br>Sun Company, Inc., (f/k/a Sunoco, Inc., Sun Oil Company (PA) and Sun Oil Company);<br>Sunoco, Incorporated (R&M), (a/k/a, Sunoco, Inc. (R&M), f/k/a Sun Company, Inc. (R&M), Sun Refining and Marketing Company, and Sun Oil Company of Pennsylvania);<br>Texaco, Inc. (f/k/a The Texas Corporation);<br>TMR Company (f/k/a Texaco Refining and Marketing, Inc., individually and as successor-by-merger to TRME Company (f/k/a Texaco Refining and Marketing (East), Inc.));<br>Total Petrochemicals & Refining USA, Inc., (f/k/a Atofina Petrochemicals, Inc., Fina Oil and Chemical Company, and American Petrofina | | | |

| | | | | |
|---|---|---|---|---|
| | Company of Texas);<br>Valero Energy Corporation;<br>Valero Marketing and Supply Company;<br>Valero Refining and Marketing Company;<br>Valero Refining Company – Oklahoma. | | | |
| 4. | **Plaintiff:**<br>Town of Hinesburg<br><br>**Defendants:**<br>Atlantic Richfield Company, (formerly known as Atlantic Richfield Delaware Corporation), individually, as successor-by-merger to Atlantic Richfield Company (a Pennsylvania corporation), and doing business as ARCO Products Company;<br>BP Amoco Chemical Company, (f/k/a Amoco Chemical Company, Amoco Chemicals Company and Amoco Chemicals Corporation) ;<br>BP Products North America Inc., (f/k/a Amoco Oil Company and The American Oil Company, individually and as successor-by-merger to BP Exploration and Oil Inc. and successor-in-interest to BP North America, Inc.);<br>Chevron U.S.A. Inc. (f/k/a Gulf Oil Corporation and d/b/a Chevron Products Company and Chevron Chemical Company);<br>Citgo Petroleum Corporation (f/k/a Cities Service RMT Corporation);<br>Citgo Refining and Chemicals Company, LP, individually, and as successor-by-merger to Citgo Refining and Chemicals Company;<br>Coastal Eagle Point Oil Company Coastal Oil New England, Inc. (f/k/a Belcher New England, Inc.);<br>ConocoPhillips Company, (f/k/a Phillips Petroleum Company and d/b/a Phillips 66 Company, Phillips Chemical Company, and Phillips Oil Company), individually, as successor-by-merger to Conoco, Inc. and Tosco Corporation;<br>EI Paso Merchant Energy-Petroleum Company, (f/k/a Coastal Refining & Marketing, Inc., Coastal Derby Refining Company, Derby Refining Company and as Colorado Oil and Gas Corporation);<br>Equilon Enterprises LLC, (d/b/a Shell Oil Products US), individually, as successor-by-merger to Equiva Services LLC;<br>Exxon Mobil Corporation, (f/k/a Exxon Corporation and d/b/a ExxonMobil Refining and Supply Company, Exxon Chemical U.S.A., and ExxonMobil Chemical | D. Vermont | 2:13-cv-00198 | John M. Conroy |

| | | | |
|---|---|---|---|
| Corporation) <br> ExxonMobil Oil Corporation, (f/k/a Mobil Oil Corporation, Socony Mobil Oil Company, Inc., and Socony Vacuum Oil Company, Incorporated); <br> Four Star Oil & Gas Company (f/k/a Getty Oil Company); <br> Hess Corporation (f/k/a Amerada Hess Corporation); <br> Mobil Corporation; <br> Motiva Enterprises LLC, (f/k/a Star Enterprises, LLC); <br> PDV Midwest Refining, LLC; <br> Shell Oil Company Shell Oil Products Company LLC, (d/b/a Shell Oil Products Company); <br> Shell Petroleum, Inc.; <br> Shell Trading (US) Company, (individually, f/k/a Equiva Trading Company and d/b/a Stusco) Sun Company, Inc., (f/k/a Sunoco, Inc., Sun Oil Company (PA) and Sun Oil Company); <br> Sunoco, Incorporated (R&M), (a/k/a, Sunoco, Inc. (R&M), f/k/a Sun Company, Inc. (R&M), Sun Refining and Marketing Company, and Sun Oil Company of Pennsylvania); <br> Texaco, Inc. (f/k/a The Texas Corporation); <br> TMR Company (f/k/a Texaco Refining and Marketing, Inc., individually and as successor-by-merger to TRME Company (f/k/a Texaco Refining and Marketing (East), Inc.; <br> Total Petrochemicals & Refining USA, Inc., (f/k/a Atofina Petrochemicals, Inc., Fina Oil and Chemical Company, and American Petrofina Company of Texas); <br> TRMI-H LLC (f/k/a TRMI Holdings Inc., Texaco Refining and Marketing Inc., Getty Refining and Marketing Company, and Getty Oil Company (Eastern Operations), Inc.); <br> Valero Energy Corporation; <br> Valero Marketing and Supply Company; <br> Valero Refining and Marketing Company; <br> Valero Refining Company –Oklahoma; <br> Valero Refining Company Texas, L.P., individually and as successor-in-interest to Valero Refining Company -Texas and Valero Refining Company. | | | |