# Exhibit B

JURY,STAYED

# U.S. District Court
# Northern District of Iowa (Central Division)
# CIVIL DOCKET FOR CASE #: 3:13-cv-03033-MWB

City of Manning v. Ashland Inc. et al
Assigned to: Judge Mark W Bennett
Referred to: Magistrate Judge Leonard T Strand
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/27/2013
Jury Demand: Plaintiff
Nature of Suit: 245 Tort Product Liability
Jurisdiction: Diversity

**Plaintiff**

**City of Manning**  represented by  **Brian P Galligan**
Galligan Reid, PC
300 Walnut Street
Suite 5
\*\*ECF
Des Moines, IA 50309
515 282 3333
Fax: 282 0318
Email: bgalligan@galliganlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Celeste Evangelisti**
Baron & Budd, PC
3102 Oak Lawn Avenue
Suite 1100
\*\*\*ECF
Dallas, TX 75219
214-521-3605
Fax: 314-520-1181
Email: cevangelisti@baronbudd.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ashland Inc.**

**Defendant**

**Atlantic Richfield Company**

**Defendant**

**BP Amoco Chemical Company**

**Defendant**

**BP-Husky Refining, LLC**

**Defendant**

**BP Products North America Inc.**

**Defendant**

**Chevron U.S.A. Inc.**

**Defendant**

**Citgo Petroleum Corporation**

**Defendant**

**Citgo Refining and Chemicals Company. LP**

**Defendant**

**Coastal Eagle Point Oil Company**

**Defendant**

**Coastal Oil New England, Inc.**

**Defendant**

**ConocoPhillips Company**

**Defendant**

**Crown Central LLC**

**Defendant**

**El Paso Merchant Energy-Petroleum Company**

**Defendant**

**Equilon Enterprises, LLC**

**Defendant**

| | | |
|---|---|---|
| **Exxon Mobil Corporation** | represented by | **Abbey C Furlong**<br>Lane & Waterman, LLP<br>220 N. Main Street<br>Suite 600<br>ECF<br>Davenport, IA 52801<br>563 324 3246<br>Fax: 324 1616<br>Email: afurlong@l-wlaw.com |

      *ATTORNEY TO BE NOTICED*

      **Robert VP Waterman , Jr**
Lane & Waterman, LLP
220 North Main Street
Suite 600
ECF
Davenport, IA 52801
563 333 6618
Fax: 324 1616
Email: bwaterman@l-wlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**ExxonMobil Oil Corporation**     represented by **Abbey C Furlong**
(See above for address)
*ATTORNEY TO BE NOTICED*

      **Robert VP Waterman , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Four Star Oil & Gas Company**

**Defendant**

**Hess Corporation**

**Defendant**

**Marathon Oil Company**

**Defendant**

**Marathon Petroleum Company LP**

**Defendant**

**Mobil Corporation**     represented by **Abbey C Furlong**
(See above for address)
*ATTORNEY TO BE NOTICED*

      **Robert VP Waterman , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Motiva Enterprises, LLC**

**Defendant**

**PDV Midwest Refining, LLC**

**Defendant**

**The Premcor Refining Group, Inc.**

**Defendant**

**Shell Oil Company**

**Defendant**

**Shell Oil Products Company LLC**

**Defendant**

**Shell Petroleum, Inc.**

**Defendant**

**Shell Trading Company**

**Defendant**

**Sun Company, Inc.**

**Defendant**

**Sunoco, Incorporated**

**Defendant**

**Texaco, Inc.**

**Defendant**

**TMR Company**

**Defendant**

**Total Petrochemicals & Refining USA, Inc.**

**Defendant**

**TRMI-H, LLC**

**Defendant**

**Valero Energy Corporation**

**Defendant**

**Valero Marketing and Supply Company**

**Defendant**

**Valero Refining and Marketing Company**

**Defendant**

**Valero Refining Company - Oklahoma**

**Defendant**

**Valero Refining Company Texas, L.P.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2013 | 1 | COMPLAINT *and Jury Demand* against All Defendants ( Filing fee $ 400 receipt number 0862-1623530.), filed by City of Manning. Scheduling Report due by 11/7/2013 (Attachments: # 1 Civil Cover Sheet, # 2 Attachment to Civil Cover Sheet) (Galligan, Brian) (Entered: 06/27/2013) |
| 06/28/2013 |   | Judge Mark W Bennett and Magistrate Judge Leonard T Strand added. Conflicts reviewed as to parties and attorneys, none found. (ksy) (Entered: 06/28/2013) |
| 06/28/2013 | 2 | Summons Issued as to All Defendants. ****PLEASE MAKE COPIES OF SUMMONS FOR EACH DEFENDANT AND FILL IN REMAINING INFORMATION**** (Attachments: # 1 New Civil Case Packet)(IPM verified) (ksy) (Entered: 06/28/2013) |
| 07/08/2013 | 3 | MOTION for Leave to Appear *Pro Hac Vice* by Celeste Evangelisti ( Pro Hac Vice Fee $ 75 receipt number 0862-1628835) by Plaintiff City of Manning (Attachments: # 1 Certificate of Good Standing, # 2 ECF Registration) (Galligan, Brian) Modified text on 7/9/2013 (ksy). (Entered: 07/08/2013) |
| 07/09/2013 | 4 | ORDER granting 3 Motion for Leave to Appear Pro Hac Vice by Celeste Evangelisti on behalf of Plaintiff City of Manning. Signed by Clerk on 7/9/13. (ksy)(conflicts reviewed, none found. IPM verified) (Entered: 07/09/2013) |
| 08/08/2013 | 5 | NOTICE of Appearance by Robert VP Waterman, Jr on behalf of Exxon Mobil Corporation, ExxonMobil Oil Corporation, Mobil Corporation (Waterman, Robert) (Entered: 08/08/2013) |
| 08/08/2013 | 6 | NOTICE of Appearance by Abbey C Furlong on behalf of Exxon Mobil Corporation, ExxonMobil Oil Corporation, Mobil Corporation (Furlong, Abbey) (Entered: 08/08/2013) |
| 08/08/2013 | 7 | MOTION to Stay *Proceedings (Unopposed)* by Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, Mobil Corporation (Waterman, Robert) (Entered: 08/08/2013) |
| 08/09/2013 | 8 | ORDER: Granting 7 Motion to Stay Proceedings: **See text of Order for further information**. Signed by Judge Mark W Bennett on 08/09/13. (kfs) (Entered: 08/09/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/13/2013 09:45:18 | | | |
| **PACER Login:** | es0405 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:13-cv-03033-MWB |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |