# Exhibit D

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:13-cv-11695-RWZ

Town of Brewster et al v. Atlantic Richfield Company et al  
Assigned to: Judge Rya W. Zobel  
Demand: $9,999,000  
Cause: 28:1332 Diversity-Product Liability  

Date Filed: 07/15/2013  
Jury Demand: Plaintiff  
Nature of Suit: 245 Tort Product Liability  
Jurisdiction: Diversity  

**Plaintiff**

**Town of Brewster** represented by **Richard M. Sandman**  
Rodman Rodman & Sandman  
442 Main Street  
Malden, MA 02148-5122  
781-322-3720  
Fax: 781-324-6906  
Email: rsandman@rrslaw.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RIGR Realty, LLC** represented by **Richard M. Sandman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harborside Village Cooperative Corporation** represented by **Richard M. Sandman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**rEVO Biologics, Inc.** represented by **Richard M. Sandman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**St. Mark Coptic Orthodox Church** represented by **Richard M. Sandman**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RPI Blueberry, LLC** represented by **Richard M. Sandman**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Town of Hopkinton** represented by **Richard M. Sandman**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Town of Athol** represented by **Richard M. Sandman**
*(See above for address)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Atlantic Richfield Company**
*individually, as successor-by-merger to Atlantic Richfield Company (a Pennsylvania corporation)*

*formerly known as*
Atlantic Richfield Delaware Corporation
*doing business as*
Arco Products Company

**Defendant**

**BP Amoco Chemical Company**
*formerly known as*
Amoco Chemical Company

**Defendant**

**BP Products North America, Inc.**
*formerly known as*
Amoco Oil Company

**Defendant**

**Chevron U.S.A., Inc.**
*formerly known as*
Gulf Oil Corporation
*doing business as*
Chevron Products Company
*doing business as*

Chevron Chemical Company

**Defendant**

**Citgo Petroleum Corporation**
*formerly known as*
Cities Service RMT Corporation

**Defendant**

**Citgo Refining and Chemicals Company, LP.**

**Defendant**

**ConocoPhillips Company**
*agent of*
Phillips Petroleum Company
*doing business as*
Phillips 66 Company
*doing business as*
Phillips Chemical Company

**Defendant**

**El-Paso Merchant Energy-Petroleum Company**
*formerly known as*
Coastal Refining and Marketing, Inc.
*formerly known as*
Coastal Derby Refining Company
*formerly known as*
Derby Refining Company
*formerly known as*
Colorado Oil and Gas Corporation

**Defendant**

**Equilon Enterprises LLC**
*doing business as*
Shell Oil Products

**Defendant**

| | |
|---|---|
| **Exxon Mobil Corporation**<br>*formerly known as*<br>Exxon Corporation<br>*doing business as*<br>Exxon Mobil Refining and Supply Company,<br>*doing business as*<br>Exxon Chemical U.S.A<br>*formerly known as*<br>Exxon Mobil Chemical Corporation, | represented by **Deborah E. Barnard**<br>Holland & Knight, LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>617-523-2700<br>Fax: 617-523-6850<br>Email: deborah.barnard@hklaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

        **Michael T. Maroney**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
617-523-2700
Fax: 617-523-6850
Email: michael.maroney@hklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Exxonmobil Oil Corporation**     represented by   **Deborah E. Barnard**
*formerly known as*     (See above for address)
Mobil Oil Corporation     *LEAD ATTORNEY*
*formerly known as*     *ATTORNEY TO BE NOTICED*
Socony Mobil Oil Company
*formerly known as*     **Michael T. Maroney**
Socony Vacuum Oil Company, Inc.     (See above for address)
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Four Star Oil & Gas Company**
*formerly known as*
Getty Oil Company

**Defendant**

**Hess Corporation**
*formerly known as*
Amerada Hess Corporation

**Defendant**

**Mobil Corporation**     represented by   **Deborah E. Barnard**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Michael T. Maroney**
    (See above for address)
    *ATTORNEY TO BE NOTICED*

**Defendant**

**Motiva Enterprises LLC**
*formerly known as*
Star Enterprises LLC

**Defendant**

**PDV Midwest Refining, LLC**

**Defendant**

**Shell Oil Company**

**Defendant**

**Shell Oil Products Company LLC**
*doing business as*
Shell Oil Products Company

**Defendant**

**Shell Petroleum, Inc.**

**Defendant**

**Shell Trading (US) Company**
*formerly known as*
Equiva Trading Company
*doing business as*
Stusco Sun Company, inc

**Defendant**

**Sun Company, Inc.**
*formerly known as*
Sunoco, Inc.
*formerly known as*
Sun Oil Company (PA)
*agent of*
Sun Oil Company

**Defendant**

**Sunoco, Incorporated (R&M)**
*also known as*
Sunoco, Inc. (R&M)
*formerly known as*
Sun Company, Inc. (R&M)

**Defendant**

**Texaco, Inc.**
*formerly known as*
The Texas Corporation

**Defendant**

**TMR Company**
*formerly known as*
Texaco Refining and Marketing, Inc.,

**Defendant**

**Total Petrochemicals & Refining USA, Inc.**

*formerly known as*
Atofina Petrochemicals, Inc.,
*formerly known as*
Fina Oil and Chemical Company

**Defendant**

**TRMI-H LLC**
*formerly known as*
TRMI Holdings Inc
*formerly known as*
Texaco Refining and Marketing Inc.
*formerly known as*
Getty Refining and Marketing Company,

**Defendant**

**Valero Energy Corporation**

**Defendant**

**Valero Marketing and Supply Company**

**Defendant**

**Valero Refining and Marketing Company**

**Defendant**

**Valero Refining Company - Oklahoma**

**Defendant**

**Valero Refining Company Texas, L.P.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2013 | 1 | COMPLAINT against All Defendants Filing fee: $ 400.00 receipt number 0101-4544642 (Fee Status: Filing Fee paid), filed by Harborside Village Cooperative Corporation, RIGR Realty, LLC, RPI Blueberry, LLC, St. Mark Coptic Orthodox Church, Town of Athol, Town of Brewster, Town of Hopkinton, rEVO Biologics, Inc. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Category Form)(Sandman, Richard) (Attachment 1 and Attachment 2 replaced on 7/16/2013 for PDF format) (Geraldino-Karasek, Clarilde). (Entered: 07/15/2013) |
| 07/16/2013 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Rya W. Zobel assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Judith G. Dein. (Abaid, Kimberly) (Entered: 07/16/2013) |
| 07/16/2013 | 3 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Geraldino-Karasek, Clarilde) (Entered: 07/16/2013) |
| | | |

| 08/07/2013 | 4 | NOTICE of Appearance by Michael T. Maroney on behalf of Exxon Mobil Corporation, Exxonmobil Oil Corporation, Mobil Corporation (Maroney, Michael) (Entered: 08/07/2013) |
| --- | --- | --- |
| 08/07/2013 | 5 | NOTICE of Appearance by Deborah E. Barnard on behalf of Exxon Mobil Corporation, Exxonmobil Oil Corporation, Mobil Corporation (Barnard, Deborah) (Entered: 08/07/2013) |
| 08/07/2013 | 6 | MOTION to Stay *(Unopposed)* by Exxon Mobil Corporation, Exxonmobil Oil Corporation, Mobil Corporation. (Attachments: # 1 Exhibit A)(Maroney, Michael) (Entered: 08/07/2013) |
| 08/08/2013 | 7 | Judge Rya W. Zobel: ORDER entered. re 6 MOTION to Stay *(Unopposed)* filed by Exxon Mobil Corporation, Exxonmobil Oil Corporation, Mobil Corporation (Urso, Lisa) (Entered: 08/08/2013) |

| **PACER Service Center** | | | |
| --- | --- | --- | --- |
| **Transaction Receipt** | | | |
| 08/13/2013 10:47:16 | | | |
| **PACER Login:** | es0405 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cv-11695-RWZ |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |