# Exhibit H

ENE0,STAYED

# U.S. District Court
## District of Vermont (Burlington)
### CIVIL DOCKET FOR CASE #: 2:13-cv-00198-jmc

Hinesburg, Town of v. Atlantic Richfield Company et al
Assigned to: Judge John M. Conroy
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/16/2013
Jury Demand: Plaintiff
Nature of Suit: 245 Tort Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Hinesburg, Town of**     represented by     **Ernest M. Allen, III , Esq.**
Stetler, Allen & Kampmann
95 St. Paul Street, Suite 304
Burlington, VT 05401
(802) 660-8646
Fax: (802) 863-6803
Email: budallenlaw@aol.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Atlantic Richfield Company**
*individually, as successor-by-merger to Atlantic Richfield Company (a Pennsylvania corporation)*

*formerly known as*
Atlantic Richfield Delaware Corporation
*doing business as*
ARCO Products Company
*successor by merger*
Atlantic Richfield Company (a Pennsylvania corporation)

**Defendant**

**BP Amoco Chemical Company**
*formerly known as*
Amoco Chemical Company
*formerly known as*
Amoco Chemicals Company
*formerly known as*
Amoco Chemicals Corporation

**Defendant**

**BP Products North America Inc.**
*individually and as successor-by-merger to BP Exploration and Oil Inc. and successor-in-interest to BP North America Inc.*
*formerly known as*
Amoco Oil Company
*formerly known as*
American Oil Company, The
*successor by merger*
BP Exploration and Oil, Inc.
*other*
BP North America Inc.

**Defendant**

**Chevron U.S.A. Inc.**
*formerly known as*
Gulf Oil Corporation
*doing business as*
Chevron Products Company
*doing business as*
Chevron Chemical Company

**Defendant**

**Citgo Petroleum Corporation**
*formerly known as*
Cities Service RMT Corporation

**Defendant**

**Citgo Refining and Chemicals Company, LP**
*individually, and as*
*successor by merger*
Citgo Refining and Chemicals Company

**Defendant**

**Coastal Eagle Point Oil Company**

**Defendant**

**Coastal Oil New England, Inc.**
*formerly known as*
Belcher New England, Inc.

**Defendant**

**ConocoPhillips Company**
*individually, as successor-by-merger to Conoco, Inc. and Tosco Corporation*
*formerly known as*
Phillips Petroleum Company

*doing business as*
Phillips 66 Company
*doing business as*
Phillips Chemical Company
*doing business as*
Phillips Oil Company
*successor by merger*
Conoco, Inc.
*successor by merger*
Tosco Corporation

**Defendant**

**El Paso Merchant Energy-Petroleum Company**
*formerly known as*
Coastal Refining & Marketing, Inc.
*formerly known as*
Coastal Derby Refining Company
*formerly known as*
Derby Refining Company
*formerly known as*
Colorado Oil and Gas Corporation

**Defendant**

**Equilon Enterprises LLC**
*individually, as successor-by-merger to Equiva Services LLC*
*doing business as*
Shell Oil Products US
*successor by merger*
Equiva Services LLC

**Defendant**

**Exxon Mobil Corporation**                   represented by **Gregory A. Weimer , Esq.**
*formerly known as*                                          Lynn, Lynn & Blackman, P.C.
Exxon Corporation                                            76 St. Paul Street, Suite 400
*doing business as*                                          Burlington, VT 05401
ExxonMobil Refining and Supply Company                       (802) 860-1500
*doing business as*                                          Email: gweimer@lynnlawvt.com
Exxon Chemical U.S.A.                                        *ATTORNEY TO BE NOTICED*
*doing business as*
ExxonMobil Chemical Corporation

**Defendant**

**ExxonMobil Oil Corporation**                represented by **Gregory A. Weimer , Esq.**
*formerly known as*                                          (See above for address)
Mobil Oil Corporation                                        *ATTORNEY TO BE NOTICED*

*formerly known as*
Socony Vacuum Oil Company, Incorporated
*formerly known as*
Socony Mobil Oil Company, Inc.

**Defendant**

**Four Star Oil & Gas Company**
*formerly known as*
Getty Oil Company

**Defendant**

**Hess Corporation**
*formerly known as*
Amerada Hess Corporation

**Defendant**

| | |
|---|---|
| **Mobil Corporation** | represented by **Gregory A. Weimer , Esq.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Motiva Enterprises LLC**
*formerly known as*
Star Enterprises LLC

**Defendant**

**PDV Midwest Refining, LLC**

**Defendant**

**Shell Oil Company**

**Defendant**

**Shell Oil Products Company LLC**
*doing business as*
Shell Oil Products Company

**Defendant**

**Shell Petroleum, Inc.**

**Defendant**

**Shell Trading (US) Company**
*individually*
*formerly known as*
Equiva Trading Company
*doing business as*
Stusco

**Defendant**

**Sun Company, Inc.**
*formerly known as*
Sunoco, Inc.
*formerly known as*
Sun Oil Company (PA)
*formerly known as*
Sun Oil Company

**Defendant**

**Sunoco, Incorporated (R&M)**
*also known as*
Sunoco, Inc. (R&M)
*formerly known as*
Sun Company, Inc. (R&M)
*formerly known as*
Sun Refining and Marketing Company
*formerly known as*
Sun Oil Company of Pennsylvania

**Defendant**

**Texaco, Inc.**
*formerly known as*
Texas Corporation, The

**Defendant**

**TMR Company**
*individually and as successor-by-merger to*
TRME Company
*formerly known as*
Texaco Refining and Marketing, Inc.
*successor by merger*
TRME Company
*formerly known as*
Texaco Refining and Marketing (East), Inc.

**Defendant**

**Total Petrochemicals & Refining USA, Inc.**
*formerly known as*
Atofina Petrochemicals, Inc.
*formerly known as*
Fina Oil and Chemical Company
*formerly known as*
American Petrofina Company of Texas

**Defendant**

**TRMI-H LLC**
*formerly known as*
TRMI Holdings Inc.
*formerly known as*
Texaco Refining and Marketing Inc.
*formerly known as*
Getty Refining and Marketing Company
*formerly known as*
Getty Oil Company (Eastern Operations), Inc.

**Defendant**

**Valero Energy Corporation**

**Defendant**

**Valero Marketing and Supply Company**

**Defendant**

**Valero Refining and Marketing Company**

**Defendant**

**Valero Refining Company - Oklahoma**

**Defendant**

**Valero Refining Company Texas, L.P.**
*individually and as successor-in-interest to*
*Valero Refining Company - Texas and Valero*
*Refining Company*
*other*
Valero Refining Company - Texas
*other*
Valero Refining Company

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2013 | 1 | COMPLAINT against Atlantic Richfield Company, BP Amoco Chemical Company, BP Products North America Inc., Chevron U.S.A. Inc., Citgo Petroleum Corporation, Citgo Refining and Chemcals Company, LP, Coastal Eagle Point Oil Company, Coastal Oil New England, Inc., ConocoPhillips Company, El Paso Merchant Energy-Petroleum Company, Equilon Enterprises LLC, Exxon Mobil Corporation, ExxonMobil Oil Corporation, Four Star Oil & Gas Company, Hess Corporation, Mobil Corporation, Motiva Enterprises LLC, PDV Midwest Refining, LLC, Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, Sun Company, Inc., Sunoco, Incorporated (R&M), TMR Company, TRMI-H LLC, Texaco, Inc., Total Petrochemicals & Refining USA, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero Refining Company - Oklahoma, Valero Refining Company Texas, L.P., Valero Refining and Marketing Company filed by Town of Hinesburg. Summonses and LR 73 Forms issued. (Attachments: # 1 Civil Cover Sheet)(hbc) (Entered: 07/17/2013) |

| | | |
|---|---|---|
| 07/18/2013 | 2 | COPY of Notice of Potential Tag-Along Action to Judicial Panel on Multidistrict Litigation re: MDL Docket No. 1358 (In Re: Methyl-Tertiary Butyl Ether Products Liability Litigation) by Town of Hinesburg. (law) (Entered: 07/18/2013) |
| 08/01/2013 | 3 | COPY of Notice of Opposition to Conditional Transfer Order No. 42 (MDL No. 1358 SAS) by Exxon Mobil Corporation, ExxonMobil Oil Corporation, and Mobil Corporation. (Attachments: # 1 Cover Letter) (law) (Entered: 08/01/2013) |
| 08/09/2013 | 4 | STIPULATED MOTION to Stay Proceedings filed by Exxon Mobil Corporation, ExxonMobil Oil Corporation, Mobil Corporation. (Attachments: # 1 Schedule A, # 2 Exhibit A, # 3 Text of Proposed Order, # 4 Certificate of Service)(law) (Entered: 08/09/2013) |
| 08/12/2013 | 5 | ORDER granting 4 STIPULATED MOTION to Stay Proceedings. Signed by Judge John M. Conroy on 8/12/2013. (hbc) (Entered: 08/12/2013) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/13/2013 10:59:53 | | | |
| **PACER Login:** | es0405 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:13-cv-00198-jmc |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |