**UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE:  METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | MDL No. 1358 |

This Document Pertains to:

    *City of Manning v. Ashland Inc. et al.*, No. IAN 3:13-cv-03033 (N.D. Iowa June 26, 2013);

    *Town of Brewster et al. v. Atlantic Richfield Company et al.*, No. MA 1:13-cv-11695 (D. Mass. July 15, 2013);

    *Hinesburg, Town of v. Atlantic Richfield Company et al.*, No. VT 2:13-cv-00198 (D. Vt. July 16, 2013); and

    *City of Portageville v. Ashland Inc.*, No. MOE 1:13-cv-00091 (D. Mo. July 17, 2013).


**DEFENDANTS VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING AND MARKETING COMPANY, VALERO REFINING COMPANY--OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., AND THE PREMCOR REFINING GROUP INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

    Pursuant to Judicial Panel on Multidistrict Litigation Rule of Procedure 5.3, Defendants

VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY,

VALERO REFINING AND MARKETING COMPANY, VALERO REFINING COMPANY–

OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., and THE PREMCOR REFINING GROUP INC. (collectively, "Valero Defendants"), by and through their attorneys, make the following disclosures:

VALERO ENERGY CORPORATION states that it is a publicly traded corporation.  No entity owns 10% or more of the stock of Valero Energy Corporation.  Valero Energy Corporation does not have a parent corporation.

VALERO REFINING AND MARKETING COMPANY is not a publicly traded corporation.  Valero Refining and Marketing Company states that its parent corporation is Valero Energy Corporation.

VALERO REFINING COMPANY–OKLAHOMA is not a publicly traded corporation. The ultimate parent of Valero Refining Company–Oklahoma is Valero Energy Corporation.

VALERO REFINING COMPANY TEXAS, L.P. does not exist.  A similarly named entity exists as Valero Refining–Texas, L.P.  Valero Refining–Texas, L.P. is not a publicly traded corporation.  The ultimate parent of Valero Refining–Texas, L.P. is Valero Energy Corporation.

THE PREMCOR REFINING GROUP INC. is not a publicly traded corporation.  The ultimate parent of The Premcor Refining Group Inc. is Valero Energy Corporation.

-3-

Dated: August 13, 2013				Respectfully submitted,

         James F. Bennett
         Erika M. Anderson
         Selena L. Evans
         DOWD BENNETT LLP
         7733 Forsyth Blvd., 19th Floor
         St. Louis, Missouri 63105
         Telephone: (314) 889-7300
         Telecopier: (314) 863-1272
         jbennett@dowdbennett.com
         eanderson@dowdbennett.com
         sevans@dowdbennett.com

         /s/ M. Coy Connelly
         M. Coy Connelly
         Amy E. Parker
         Kimberly G. Alberts
         BRACEWELL & GIULIANI LLP
         711 Louisiana St., Suite 2300
         Houston, Texas 77002-2770
         Telephone:  (713) 221-1335
         Telecopier:  (713) 221-2159
         coy.connelly@bgllp.com

         ATTORNEYS FOR DEFENDANTS
         VALERO ENERGY CORPORATION,
         VALERO MARKETING AND SUPPLY
         COMPANY, VALERO REFINING AND
         MARKETING COMPANY, VALERO
         REFINING COMPANY–OKLAHOMA,
         VALERO REFINING COMPANY TEXAS,
         L.P., AND THE PREMCOR REFINING
         GROUP INC.

-4-

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy of Defendants VALERO ENERGY CORPORATION, VALERO MARKETING AND SUPPLY COMPANY, VALERO REFINING AND MARKETING COMPANY, VALERO REFINING COMPANY – OKLAHOMA, VALERO REFINING COMPANY TEXAS, L.P., and THE PREMCOR REFINING GROUP INC.'s Corporate Disclosure Statement was served via CM-ECF and upon all MDL 1358 counsel of record via LexisNexis File & Serve on the 13th day of August, 2013.

/s/ M. Coy Connelly
M. Coy Connelly