# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __1358__ & TITLE - IN RE: __Methyl Tertiary Butyl Ether (MTBE) Products__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

See attached Appendix A

---

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __See attached Appendix B__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation(s) are listed below:

See attached Appendix B

[✓] The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

See attached Appendix B

**OR**

[ ] This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| | |
|---|---|
| /s/ J. Andrew Langan | Kirkland & Ellis LLP |
| Signature of Attorney | Name of Firm |
| 300 North LaSalle Street | Chicago, Illinois 60654 |
| Address | City/State/Zip Code |

Date  August 14, 2013

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## CORPORATE DISCLOSURE STATEMENT
## APPENDIX A

### CASE CAPTIONS:

- *City of Manning, An Iowa Municipality v. Ashland Inc., et al.*, United States District Court for the Northern District of Iowa (Case No. 3:13-cv-03033)

- *City of Portageville v. Ashland, Inc., et al.*, United States District Court for the Eastern District of Missouri (Case No. 1:13-cv-00091)

- *Town of Brewster, et al. v. Atlantic Richfield Company, et al.*, United States District Court for the District of Massachusetts (Case No. 1:13-cv-11695)

- *Town of Hinesburg v. Atlantic Richfield Company, et al.*, United States District Court for the District of Vermont (Case No. 2:13-cv-00198)

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
CORPORATE DISCLOSURE STATEMENT
APPENDIX B

Pursuant to Rule 5.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, counsel of record for Defendants Atlantic Richfield Company, BP Amoco Chemical Company, BP-Husky Refining, LLC, and BP Products North America Inc. certifies that:

1. Atlantic Richfield Company's parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

2. BP Amoco Chemical Company's parent corporation is BP Company North America Inc. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

3. BP-Husky Refining, LLC's parent corporations are Husky Oil Toledo Company and Toledo Refinery Holding Company LLC.

Husky Oil Toledo Company is a publicly traded corporation organized under the laws of Canada.

Toledo Refinery Holding Company LLC's parent corporation is BP Products North America Inc. BP Products North America Inc.'s parent corporation is The Standard Oil Company. The Standard Oil Company's parent corporation is BP Company North America Inc.

BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

    4.    BP Products North America Inc.'s parent corporation is The Standard Oil Company. The Standard Oil Company's parent corporation is BP Company North America Inc. BP Company North America Inc.'s parent corporation is BP Corporation North America Inc. BP Corporation North America Inc.'s parent corporation is BP America Inc. BP America Inc.'s parent corporation is BP Holdings North America Limited. BP Holdings North America Limited's parent corporation is BP p.l.c., which is a publicly traded corporation organized under the laws of England and Wales.

## CERTIFICATE OF SERVICE

I, Sylvia Winston, an attorney, hereby certify that on August 14, 2013, I caused a true and correct copy of the foregoing *CORPORATE DISCLOSURE STATEMENT* to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.