# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 1358 & TITLE - IN RE: Methyl Tertiary Butyl Ether (MTBE) Products

## NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

See Attachment

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

See Attachment

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| August 14, 2013 | /s/ J. Andrew Langan |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

J. Andrew Langan, P.C., Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, Illinois 60654

Telephone No.: (312) 862-2000       Fax No.: (312) 862-2200

Email Address: alangan@kirkland.com

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
## NOTICE OF APPEARANCE
## ATTACHMENT

**PARTIES REPRESENTED (indicate plaintiff or defendant)**

Defendants Atlantic Richfield Company, BP Amoco Chemical Company, BP-Husky Refining, LLC, and BP Products North America Inc.

**SHORT CASE CAPTION(s)**

- *City of Manning, An Iowa Municipality v. Ashland Inc., et al.*, United States District Court for the Northern District of Iowa (Case No. 3:13-cv-03033)

- *City of Portageville v. Ashland, Inc., et al.*, United States District Court for the Eastern District of Missouri (Case No. 1:13-cv-00091)

- *Town of Brewster, et al. v. Atlantic Richfield Company, et al.*, United States District Court for the District of Massachusetts (Case No. 1:13-cv-11695)

- *Town of Hinesburg v. Atlantic Richfield Company, et al.*, United States District Court for the District of Vermont (Case No. 2:13-cv-00198)

## CERTIFICATE OF SERVICE

I, Sylvia Winston, an attorney, hereby certify that on August 14, 2013, I caused a true and correct copy of the foregoing *NOTICE OF APPEARANCE* to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.

_____