UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LIGIATION
MDL No. 1358: *In re Methyl-Tertiary Butyl Ethers Products Liability Litigation*

## CERTIFICATE OF SERVICE

I, William A. Walsh, an attorney, hereby certify that on the 19th day of August, 2013, copies of the "Amended Corporate Disclosure Statements" for St. Mark Coptic Orthodox Church, rEVO Biologics, Inc., RPI Blueberry, LLCRIGR Realty, LLC and Harborside Village Coop. Corp. were served upon all parties of Record via Electronic and were subsequently re-served on August 26, 2013 on liaison counsel for both sides via electronic mail.

Dated: Aug. 26, 2013

William A. Walsh