UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re: Methyl Tertiary Butyl Ether ("MTBE")         **Master File No. 1:00-1898**
Products Liability Litigation                        **MDL 1358 (SAS)**
                                                     **M21-88**

**This Document Relates To:** *City of Merced*
*Redevelopment Agency, et al. v. Exxon Mobil*
*Corporation, et al., 1:08-cv-06306*

## SUGGESTION TO REMAND

After reviewing the request of all parties for the Court to suggest to the United States

Judicial Panel on Multidistrict Litigation (the "Panel") that it remand to the Eastern District of

California—Fresno Division the lawsuit originally styled *City of Merced Redevelopment Agency,*

*et al. v. Exxon Mobil Corporation, et al.,* Case No. 1:08-CV-00714-LJO-GSA (the "Lawsuit"),

for final pretrial and trial proceedings, the Court hereby finds that the coordinated and

consolidated pretrial proceedings in the Lawsuit have run their course. The Court therefore

suggests that the Panel remand the Lawsuit to the District Court for the Eastern District of

California—Fresno Division for all additional pretrial and trial proceedings on the sole

remaining claim under the Polanco Redevelopment Act.[1]

SO ORDERED:

9/17/13

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
        September 17, 2013

---

[1]     Prior to its transfer to this MDL No. 1358, the Lawsuit had been assigned to Judge
Lawrence J. O'Neill, Judge of the United States District Court, Eastern District of California.