UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>**This Document Relates To:** *City of Merced Redevelopment Agency, et al. v. Exxon Mobil Corporation, et al.*, 1:08-cv-06306 | **Master File No. 1:00-1898**<br>**MDL 1358 (SAS)**<br>**M21-88** |

## SUGGESTION TO REMAND

After reviewing the request of all parties for the Court to suggest to the United States Judicial Panel on Multidistrict Litigation (the "Panel") that it remand to the Eastern District of California—Fresno Division the lawsuit originally styled *City of Merced Redevelopment Agency, et al. v. Exxon Mobil Corporation, et al.*, Case No. 1:08-CV-00714-LJO-GSA (the "Lawsuit"), for final pretrial and trial proceedings, the Court hereby finds that the coordinated and consolidated pretrial proceedings in the Lawsuit have run their course. The Court therefore suggests that the Panel remand the Lawsuit to the District Court for the Eastern District of California—Fresno Division for all additional pretrial and trial proceedings on the sole remaining claim under the Polanco Redevelopment Act.[1]

SO ORDERED:

Dated: New York, New York
September 17, 2013

Shira A. Scheindlin
U.S.D.J.

9/17/13

---

[1] Prior to its transfer to this MDL No. 1358, the Lawsuit had been assigned to Judge Lawrence J. O'Neill, Judge of the United States District Court, Eastern District of California.