**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

MDL No. _____ & TITLE - IN RE: _____

## NOTICE OF APPEARANCE

*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

_____
          Date                              Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: _____          Fax No.:_____

Email Address: _____

**Instructions:**

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# **APPENDIX**

*Town of Brewster, et al., v. Atlantic Richfield Company, et al.,* No. MA 1:13-cv-11695 (D. Mass. July 15, 2013)

*Town of Hinesburg v. Atlantic Richfield Company, et al.,* No. VT 2:13-cv-00198 (D. Vt. July 16, 2013)

BEFORE THE JUDICIAL PANEL ON MULTIDISRICT LITIGATION

----------------------------------------------------------------X
**In re: Methyl Tertiary Butyl Ether ("MTBE")**    :
**Products Liability Litigation**                  :
----------------------------------------------------------------X
                                                   :
**This Document Relates To:**                      :
                                                   :
*Town of Brewster, et al. v. Atlantic Richfield Co.,*  :
*et al.,* **1:13-cv-11695**                        :
                                                   :
*Town of Hinesburg v. Atlantic Richfield Co.,*   X          MDL No. 1358
*et al.,* **2:13-cv-00198**                        :
----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, I caused a true and correct copy of the foregoing to be served on counsel of record for all parties via LexisNexis File & Serve and this Court's ECF system.

October 3, 2013                              Respectfully submitted,


                                             ___/s/ *James J. Maher*_____
                                             Robert E. Meadows
                                             James J. Maher
                                             KING & SPALDING LLP
                                             1100 Louisiana, Suite 4000
                                             Houston, Texas 77002
                                             Telephone: (713) 751-3200
                                             Facsimile: (713) 751-3290

                                             Charles C. Correll, Jr.
                                             King & Spalding LLP
                                             101 Second Street, Suite 2300
                                             San Francisco, California 94015
                                             Telephone: (415) 318-1200
                                             Facsimile: (415) 318-1300

                                             **Attorneys for Defendant**
                                             **TRMI-H-LLC**