BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, United States District Court for the District of Puerto Rico (Case No. 3:13-cv-01678-ADC) | MDL 1358 |

## NOTICE OF RELATED ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned counsel for Defendants Esso Standard Oil Company (Puerto Rico), Exxon Caribbean Sales Inc., Exxon Company USA, Exxon Mobil Sales and Supply LLC, Exxon Mobil Corporation and ExxonMobil Refining & Supply Corp. hereby notify the Clerk of the Panel of the following "tag-along action," as defined in JPML Rule 1.1, and state as follows:

1. The following action is now pending in the United States District Court for the District of Puerto Rico: *Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, Case No. 3:13-cv-01678-ADC. (Complaint at Attachment A.)

2. This related case is a "tag-along action" because it involves "common questions of fact with actions previously transferred under Section 1407" to MDL 1358. JPML Rule 1.1.

3.      WHEREFORE, Counsel for Defendants Esso Standard Oil Company (Puerto Rico), Exxon Caribbean Sales Inc., Exxon Company USA, Exxon Mobil Sales and Supply LLC, Exxon Mobil Corporation and ExxonMobil Refining & Supply Corp. notifies the Panel of the foregoing potential tag-along case.

Dated: New York, New York
       January 16, 2014

By:  /s Peter John Sacripanti
Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
McDERMOTT, WILL & EMERY
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
psacripanti@mwe.com

*Attorneys for Defendants Esso Standard Oil Company (Puerto Rico), Exxon Caribbean Sales Inc., Exxon Company USA, Exxon Mobil Sales and Supply LLC, Exxon Mobil Corporation and ExxonMobil Refining & Supply Corp.*