## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

MDL 1358

This Documents Relates To:

*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, United States District Court for the District of Puerto Rico (Case No. 3:13-cv-01678-ADC)

## CERTIFICATE OF SERVICE

Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 16th day of January, 2014, I caused to be served by first class mail upon the following counsel, a true and correct copy of the foregoing Notice of Related Actions:

_____
Lisa Gerson

| | |
|---|---|
| John K. Dema, Esq.<br>Scott E. Kauff, Esq.<br>Law Offices of John K. Dema, P.C.<br>1236 Strangd Street, Suite 103<br>Christiansted, St. Croix<br>U.S. Virgin Islands 00820-5008 | Orlando H. Martinez, Esq.<br>Orlando H. Martinez Law Offices<br>Centro de Seguros, Suite 413<br>701 Ponce de Leon Avenue<br>San Juan, Puerto Rico 00907 |
| Elaine Maldonado-Matias<br>SEPULVADO & MALDONADO<br>252 Ponce de Leon Ave.<br>Citibank Tower, 19th Floor<br>San Juan, PR 00918 | Stephen Dillard<br>Jessica Farley<br>FULBRIGHT & JAWORSKI LLP<br>1301 McKinney, Suite 5100<br>Houston, TX 77010 |

| | |
|---|---|
| Steven L. Leifer<br>Christopher Danley<br>BAKER BOTTS L.L.P.<br>The Warner Building<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400 | James B. Harris<br>THOMPSON & KNIGHT LLP<br>1722 Routh Street<br>Suite 1500<br>Dallas, TX 75201 |
| Peter C. Condron<br>Richard E. Wallace, Jr.<br>SEDGWICK LLP<br>2900 K Street NW<br>Harbourside, Ste. 500<br>Washington, D.C. 20007 | Pamela R. Hanebutt<br>Lisa Meyer<br>EIMER STAHL LLP<br>224 South Michigan Ave., Ste. 1100<br>Chicago, IL 60604 |
| Brent Hunter Allen<br>GREENBERG TRAURIG LLP<br>2101 L St. NW, Ste. 1000<br>Washington, D.C. 20037 | Robert D. Wilson, Jr.<br>LITTLETON JOYCE UGHETTA PARK & KELLY LLP<br>The Centre at Purchase<br>Four Manhattanville Road, Suite 202<br>Purchase, NY 10577 |
| John Guttmann<br>Daniel Krainin<br>BEVERIDGE & DIAMOND, P.C.<br>477 Madison Avenue, 15th Floor<br>New York, NY 10022 | James J. Maher<br>KING & SPALDING LLP<br>1100 Louisiana Suite 4000<br>Houston, TX 77002 |
| Sara N. Lewis<br>MOUND COTTON WOLLAN & GREENGRASS<br>One Battery Park Plaza<br>New York, NY 10004 | Juan A.. Marques<br>Alejandra J. Cepeda Diaz<br>MCCONNELL VALDES LLC<br>270 Muñoz Rivera Avenue<br>Hato Rey, Puerto Rico 00918 |
| David Langlois<br>SUTHERLAND ASBILL & BRENNAN LLP<br>The Grace Building, 40th Floor<br>1114 Avenue of the Americas<br>New York, NY 10036 | Kevin Bruno<br>Frank Dante<br>BLANK ROME LLP<br>130 N. 18th Street<br>Philadelphia, PA 19107 |
| Michael A. Walsh<br>Strasburger & Price LLP<br>901 Main Street, Suite 4400<br>Dallas, TX 75202 | Soo Y. Kim<br>SEDGWICK LLP<br>2 World Financial Center<br>225 Liberty Street 28th Floor<br>New York, NY 10281 |