BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*Commonwealth of Puerto Rico, et al. v. Shell Oil Co., et al.*, United States District Court for the District of Puerto Rico (Case No. 3:13-cv-01678-ADC) | MDL 1358 |

## CERTIFICATE OF SERVICE

Lisa Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 16th day of January, 2014, I caused to be served by first class mail upon the following counsel, a true and correct copy of the foregoing Notice of Related Actions:

John K. Dema, Esq.
Scott E. Kauff, Esq.
Law Offices of John K. Dema, P.C.
1236 Strangd Street, Suite 103
Christiansted, St. Croix
U.S. Virgin Islands 00820-5008
*Plaintiffs*

Orlando H. Martinez, Esq.
Orlando H. Martinez Law Offices
Centro de Seguros, Suite 413
701 Ponce de Leon Avenue
San Juan, Puerto Rico 00907
*Plaintiffs*

Elaine Maldonado-Matias
SEPULVADO & MALDONADO
252 Ponce de Leon Ave.
Citibank Tower, 19th Floor
San Juan, PR 00918
*Total Petroleum Puerto Rico Corporation*

Stephen Dillard
Jessica Farley
FULBRIGHT & JAWORSKI LLP
1301 McKinney, Suite 5100
Houston, TX 77010
*PC Puerto Rico, LLC (fka Chevron Puerto Rico, LLC); Chevron Phillip Chemical Puerto Rico CORE, Inc.; ConocoPhillips Company*

Steven L. Leifer
Christopher Danley
BAKER BOTTS L.L.P.
The Warner Building
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
*Hess Corporation; Hess Energy Trading Company, LLC; Hovensa L.L.C.; Hess Oil Virgin Islands Corporation*

James B. Harris
THOMPSON & KNIGHT LLP
1722 Routh Street
Suite 1500
Dallas, TX 75201
*Petrobas America, Inc.*

Peter C. Condron
Richard E. Wallace, Jr.
SEDGWICK LLP
2900 K Street NW
Harbourside, Ste. 500
Washington, D.C. 20007
*Shell Oil Company; Shell Chemical Yabucoa, Inc.; Shell Trading (US) Company; Motiva Enterprises LLC; Equilon Enterprises LLC; Shell International Petroleum Company Limited; Shell Western Supply and Trading Limited*

Pamela R. Hanebutt
Lisa Meyer
EIMER STAHL LLP
224 South Michigan Ave., Ste. 1100
Chicago, IL 60604
*CITGO Regining and Chemical Company, LP; CITGO International P.R.; CITGO Petroleum Corporation; CITGO International Latin America*

Brent Hunter Allen
GREENBERG TRAURIG LLP
2101 L St. NW, Ste. 1000
Washington, D.C. 20037
*Puma Energy Caribe, LLC; Puma Energy Puerto Rico, Inc.; Puma Energy International, B.V.; Trafigura A.G.; Trafigura Beheer, B.V.*

Robert D. Wilson, Jr.
LITTLETON JOYCE UGHETTA PARK & KELLY LLP
The Centre at Purchase
Four Manhattanville Road, Suite 202
Purchase, NY 10577
*Idemitsu Apollo Corporation*

John Guttmann
Daniel Krainin
BEVERIDGE & DIAMOND, P.C.
477 Madison Avenue, 15th Floor
New York, NY 10022
*Sunoco, Inc.; Sunoco Inc. (R&M); Puerto Rico Sun Oil Company, LLC*

James J. Maher
KING & SPALDING LLP
1100 Louisiana Suite 4000
Houston, TX 77002
*Chevron Corporation; Chevron U.S.A. Inc.; Chevron International Oil Company, Inc.; Texaco International Trade Inc.; Texaco Petroleum Inc.; Texaco Refining and Marketing, Inc.; Chevron Caribbean, Inc.; Chevron Estrella Puerto Rico, Inc.; Chevron Texaco Global Trading*

Sara N. Lewis
MOUND COTTON WOLLAN & GREENGRASS
One Battery Park Plaza
New York, NY 10004
*Trammo Petroleum, Inc.; Trammo Caribbean, Inc.*

David Langlois
SUTHERLAND ASBILL & BRENNAN LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036
*Vitol, S.A.; Vitol, Inc.; Vitol Energy (Bermuda) Ltd.*

Michael A. Walsh
Strasburger & Price LLP
901 Main Street, Suite 4400
Dallas, TX 75202
*Tauber Oil Company*

485 Madison Avenue
New York, NY 10022
*ENI USA R&M Co., Inc.*

101 North Lathrop Ave.
Savannah, GA 31415
*Colonial Group Inc.*
*Colonial Oil Industries, Inc.*
*Colonial Caribbean Inc.*

Juan A. Marques
Alejandra J. Cepeda Diaz
MCCONNELL VALDES LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
*Sol Puerto Rico Ltd. (fka Shell Company Puerto Rico Ltd.)*

Kevin Bruno
Frank Dante
BLANK ROME LLP
130 N. 18th Street
Philadelphia, PA 19107
*Lyondell Chemical Company*

Soo Y. Kim
SEDGWICK LLP
2 World Financial Center
225 Liberty Street 28th Floor
New York, NY 10281
*TPC Group Inc. (fka Texas Petrochemical Company)*

Road 901 Km 2.7
Bo. Camino Nuevo
Yabucoa, Puerto Rico 00767
*Buckeye Caribbean Terminals LLC*

San Felipe Plaza, Suite 2100
5847 San Felipe
Houston, TX 77057
*Atlantic Trading & Marketing Inc.*

That on the 17th day of January, 2014, I caused to be served by first class mail upon the following counsel, a true and correct copy of the foregoing Notice of Related Actions on:

Adrián Sánchez-Pagán
Sifre & Muñoz-Noya, PSC
33 Bolivia st., Ste. 500
San Juan, P.R. 00917
*Peerless Oil and Chemicals, Inc.*

_____