BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, United States District Court for the Eastern District of Pennsylvania (Case No. 2:14-cv-04327-HB) | MDL 1358 |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned counsel for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation hereby notify the Clerk of the Panel of the following "tag-along action," as defined in JPML Rule 1.1, and state as follows:

1. The following action is now pending in the United States District Court for the Eastern District of Pennsylvania, having been removed from the Pennsylvania Court of Common Pleas: *Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, Case No. 2:14-cv-04327-HB. (Complaint at Attachment A.)

2. This case is a potential "tag-along action" because it involves "common questions of fact with … actions previously transferred to an existing MDL[.]" JPML Rule 1.1(h); *see also*

Oct. 10, 2000 JPML Original Transfer Order (the actions to be transferred involve common questions of fact including, "whether defendants knew about and misrepresented the nature of MTBE and conspired to market MTBE without disclosing its risk to downstream users ... [and] whether plaintiffs sustained drinking water contamination as a result of MTBE contamination."); *Compl.* ¶¶ 167, 202, 275 (alleging that defendants failed to fully disclose knowledge of MTBE, that defendants made misrepresentations in the marketing of MTBE, and that contamination of the waters of the Commonwealth with MTBE was the result of defendants' conduct).

3.  WHEREFORE, Counsel for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation notifies the Panel of the foregoing potential tag-along case.

Dated: New York, New York
       July 18, 2014

By:  /s Peter John Sacripanti
Peter John Sacripanti
James A. Pardo
Stephen J. Riccardulli
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
psacripanti@mwe.com

*Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation*