BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*Commonwealth of Pennsylvania v. Exxon Mobil Corporation, et al.*, United States District Court for the Eastern District of Pennsylvania (Case No. 2:14-cv-04327-HB) | MDL 1358 |

## CERTIFICATE OF SERVICE

Lisa A. Gerson, pursuant to 28 U.S.C. 1746, hereby declares under penalty of perjury, that on the 18th day of July, 2014, I caused to be served by first class mail upon the below counsel, a true and correct copy of the foregoing Notice of Potential Tag-Along Action.

s/ Lisa A. Gerson

James A. Donahue, III, Esquire
Pennsylvania Office Of Attorney General
Strawberry Square, 14th Floor
Harrisburg, PA  17120
*Counsel for Plaintiff*

Daniel Berger, Esquire
Tyler E. Wren, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
*Counsel for Plaintiff*

Linda C. Barrett, Esquire
Governor's Office Of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA  17101
*Counsel for Plaintiff*

Stewart L. Cohen, Esquire
Robert L. Pratter, Esquire
Michael Coren, Esquire
Cohen, Placitella & Roth, P.C.
Two Commerce Square
Suite 2900, 2001 Market Street
Philadelphia, PA  19103
*Counsel for Plaintiff*

| | |
|---|---|
| Duane Miller, Esquire<br>Michael Axline, Esquire<br>Miller & Axline, P.C.<br>1050 Fulton Avenue, Suite 100<br>Sacramento, CA  95825<br>*Counsel for Plaintiff* | Paul G. Gagne, Esquire<br>Edward M. Dunham, Jr.<br>Kleinbard Bell & Brecker LLP<br>One Liberty Place, 46th Floor<br>Philadelphia, PA  19103<br>*Counsel for American Refining Group, Inc.* |

And to the Unrepresented Parties:

Atlantic Richfield Company
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

BP America, Inc.
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

BP Amoco Chemical Company
116 Pine Street, Suite 320
Harrisburg, PA  17101

BP Products North America, Inc.
c/o The Prentice Hall Corp System
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

BP West Productions, LLC
4 Centrepointe Drive
Lapalma, CA  90263

Chemtura Corporation
c/o CT Corporation Service Co.
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

Chevron U.S.A. Inc.
c/o CT Corporation Service Co
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

Citgo Refining and Chemicals Company, L.P.
1802 Neuces Bay Boulevard
Corpus Christi, TX  78469

Lyondell Bassell Industries NV
Lyondell Bassell Tower
1221 McKinney Street, Suite 700
Houston, TX  77010

Marathon Oil Corporation
5555 San Felipe Road
Houston, TX  77056

Marathon Petroleum Company, LP
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA  17110

Motiva Enterprises, LLC
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA  17110

North Atlantic Refining Ltd
PO Box 40
1 Refinery Road
Come By Chance, NL A0B 1N0 Canada

Nustar Terminals Operations Partnership LP
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Phillips 66
P.O. Box 4428
Houston, TX  77210

Phillips 66 Company
c/o CT Corporation Service Co
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

Coastal Eagle Point Oil Company
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Conoco Phillips Company
c/o CT Corporation Service Co
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

Crown Central, L.L.C.
c/o CT Corporation Service Co
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

Cumberland Farms, Inc.
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Duke Energy Merchants, LLC
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

El Paso Merchant Energy-Petroleum
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA  17110

Energy Merchant, LLC
c/o Lesis Document Services
2595 Interstate Drive, Suite 103
Harrisburg, PA  17110

Equilon Enterprises, LLC
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

George E. Warren Corporation
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Premcor Refining Group, Inc.
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Premcor USA, Inc.
1700 East Putnam Avenue
Old Greenwich, CT  06870

Shell Oil Company
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA  17110

Shell Oil Products Company, LLC
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA  17101

Sun Company, Inc.
c/o CT Corporation System
2592 Interstate Drive, Suite 103
Harrisburg, PA  17101

Sunoco Incorporated (R&M)
c/o CT Corporation System
2595 Interstate Drive, Suite 103
Harrisburg, PA  17101

Texaco, Inc.
c/o CT Corporation System
2595 Interstate Drive, Suite 103
Harrisburg, PA  17101

TMR Company
910 Louisiana Street
Houston, TX  77002

TRMI-H, LLC
6001 Bollinger Canyon Road
San Ramon, CA  94583

Total Petrochemicals and Refining USA, Inc.
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Getty Petroleum Marketing, Inc.
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Getty Properties Corporation
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Gulf Oil Limited Partnership
c/o CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA  17110

Hess Corporation
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Houston Refining, LP
12000 Lawndale Street
Houston, TX  77017

Lukoil Americas Corporation
1500 Hempstead Turnpike
East Meadow, NY  11554

United Refining Company
15 Bradley Street
Warren, PA  16365

Valero Energy Corporation
One Valero Way
San Antonio, TX  78249

Valero Marketing and Supply Company
c/o CT Corporation System
1515 Market Street
Philadelphia, PA  19102

Valero Refining and Marketing Company
One Valero Way
San Antonio, TX  78249

Vitol S.A., Inc.
1100 Louisiana Street, Suite 5500
Houston, TX  77002

Western Refining Yorktown, Inc.
c/o CT Corporation
1515 Market Street
Philadelphia, PA  19102

Peter John Sacripanti
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Tel: (212) 547-5400
Fax: (212) 547-5444
psacripanti@mwe.com
*Attorneys for Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation*