**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| New Jersey Department of Environmental Protection v. | ) | |
|     Amerada Hess Corp., | ) | MDL No. 1358 |
| S.D. New York, C.A. No. 1:08-00312 | ) | |
| (D. New Jersey, C.A. No. 3:07-05284) | ) | |

**SEPARATION OF CLAIMS AND
CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings regarding certain claims in the action on this conditional remand order have been completed as to nineteen allegedly contaminated sites (Trial Sites) listed in the suggestion of remand, and that remand of those claims against the referenced non-settling defendants to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate. *See* Suggestion of Remand (S.D.N.Y. filed Feb. 24, 2015) (Attachment A).[1]

IT IS THEREFORE ORDERED that the claims concerning the nineteen Trial Sites in the above-captioned civil action be separated and remanded to the transferor court, as to the following defendants: Sunoco, Inc.; Sunoco, Inc.(R&M); ExxonMobil Corporation; Mobil Corporation; ExxonMobil Oil Corporation; Getty Petroleum Marketing, Inc.; Getty Properties Corp.; Gulf Acquisition LLC; Gulf Oil Limited Partnership; Cumberland Farms, Inc.; Shell Oil Company; Shell Oil Products Company LLC; Shell Trading (US) Company; BP America, Inc.; BP Amoco Chemical Company; BP Amoco Corporation; BP Products North America, Inc.; and ConocoPhillips Company.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of New York.

---

[1] The suggestion of remand states that, due to settlements and certain pretrial rulings, "the only defendants remaining at the trial sites are: Sunoco, Mobil, ExxonMobil, Getty Properties Corp., Getty Petroleum Marketing Inc., Gulf Oil Ltd. Partnership, Cumberland Farms, Shell, BP, and ConocoPhillips."

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of New York with a stipulation or designation of the contents of the record to be remanded.

        FOR THE PANEL:

        /Jeffery N. Lüthi
        Clerk of the Panel