UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Methyl Tertiary Butyl Ether ("MTBE")
Products Liability Litigation

Master File No. 1:00 - 1898
MDL 1358 (SAS)
M21-88

**This Document Relates to:**

*New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*
No. 1:08-cv-00312-SAS

## (JOINT PROPOSED) SUGGESTION TO REMAND

On January 3, 2008, the Judicial Panel on Multidistrict Litigation transferred the case captioned *New Jersey Department of Environmental Protection, et al. v. Atlantic Richfield Co., et al.*, Case No. 08-cv-00312 (S.D.N.Y.); 3:07-cv-5284 (D.N.J.) (the "Action"), to this Court for coordinated and consolidated pretrial proceedings in MDL No. 1358. The Action involves alleged contamination of groundwater with methyl-tertiary butyl ether ("MTBE") at thousands of sites in the state of New Jersey.

On March 11, 2010, this Court issued Case Management Order #60, which set forth a procedure for the parties to select a subset of those sites (the "Trial Sites") on which fact and expert discovery would proceed. The Trial Sites are:

| *Site ID #* | *Site Name* |
|---|---|
| # 2156 | Skyline Service Center |
| # 4476 | Valero/APCO |
| # 6187 | West Windsor Getty |
| # 8857 | Livingston Exxon |
| # 9224 | Bloomfield Sunoco |
| # 10792 | Maple Shade CITGO |
| # 11126 | Baker's Waldwick Gulf |
| # 11346 | Shell Ridgewood |

| Site ID # | Site Name |
|---|---|
| # 15442 | 5 Points BP |
| # 41958 | HP Delta |
| # 4215 | Tinton Falls Boro DPW Facility |
| # 4318 | Leonardo State Marina |
| # 4729 | Colts Neck DPW Garage |
| # 8076 | NJDOT W. Orange Maintenance Yard |
| # 13363 | Camp Pedricktown WWTP |
| # 15814 | RC Cape May Holdings Corp. |
| # 42523 | Scarborough Office Tank |
| # 59237 | Tamcrest Country Club |
| # NJ0609001 | NJ State Prison Bayside |

The Court hereby finds that discovery on the Trial Sites has been substantially completed and that the coordinated and consolidated pretrial proceedings have run their course with respect to claims related to the Trial Sites.

The Court therefore suggests that the Panel remand to the United States District Court for the District of New Jersey all remaining claims as to the Trial Sites – consistent with CMO 107 (attached)[1] – for all further proceedings, including additional pretrial and trial proceedings. As of this time this Court will retain jurisdiction over the remainder of the Action in order to conduct coordinated and consolidated pretrial proceedings.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
February 24, 2015

---

[1] Due to settlements and rulings that occurred after entry of CMO 107 the only defendants remaining at the trial sites are: Sunoco, Mobil, ExxonMobil, Getty Properties Corp., Getty Petroleum Marketing Inc., Gulf Oil Ltd. Partnership, Cumberland Farms, Shell, BP, and ConocoPhillips.

2

Case MDL No. 1358 Document 455-2 Filed 04/15/15 Page 3 of 4
Case 1:08-cv-00312-SAS Document 422 Filed 02/24/15 Page 3 of 4
Case 1:08-cv-00312-SAS Document 256 Filed 12/27/12 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/12

IN THE UNITED STATERS DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION

This document relates to:

*New Jersey Department of Environmental Protection v. Atlantic Richfield Co., et al.*
No. 08 Civ. 00312

Master File No. 1-00-1898
MDL 1358 (SAS)
M21-88

**SHIRA A. SCHEINDLIN, U.S.D.J.**

[Pls' Proposed] CASE MANAGEMENT ORDER NO. 10

After conference with the parties, it is hereby ORDERED that Plaintiffs' claims with respect to the nineteen Trial Sites are limited to only the defendant or defendants identified below for each Site:

| Trial Site Name (Site ID #) | Identified Defendants |
|---|---|
| Skyline Service Center (# 2156) | Sunoco; Texaco; CITGO; Chevron |
| Valero/APCO (# 4476) | Valero; Mobil; ExxonMobil |
| West Windsor Getty (# 6187) | Chevron; Texaco; Getty Properties Corp.; Getty Petroleum Marketing, Inc. |
| Livingston Exxon (# 8857) | ExxonMobil |
| Bloomfield Sunoco (# 9224) | Sunoco |
| Maple Shade CITGO (# 10792) | Hess; CITGO |
| Baker's Waldwick Gulf (# 11126) | Gulf Oil Ltd. Partnership; Cumberland Farms; Chevron |
| Shell Ridgewood (# 11346) | Shell |
| 5 Points BP (# 15442) | CITGO; BP |
| HP Delta (# 41958) | Getty Properties Corp.; Texaco; BP; CITGO; ConocoPhillips; Chevron |
| Tinton Falls Boro DPW Facility (# 4215) | NONE |
| Leonardo State Marina (# 4318) | CITGO; Coastal |
| Colts Neck DPW Garage (# 4729) | NONE |
| NJDOT W. Orange Maintenance Yard (# 8076) | Gulf |

Case MDL No. 1358 Document 455-12 Filed 04/15/15 Page 4 of 4
Case 1:08-cv-00312-SAS Document 422 Filed 02/24/15 Page 4 of 4
Case 1:08-cv-00312-SAS Document 256 Filed 12/27/12 Page 2 of 2

| | |
|---|---|
| Camp Pedricktown W WTP (# 13363) | NONE |
| RC Cape May Holdings Corp. (# 15814) | NONE |
| Scarborough Office Tank (# 42523) | NONE |
| Tamcrest Country Club (# 59237) | NONE |
| NJ State Prison Bayside (# NJ0609001) | Coastal |

SO ORDERED:

DATED: New York, New York
December 26, 2012

Shira A. Scheindlin
U.S.D.J.

2