BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: | : |
| | : |
| | :   MDL Docket No. 1358 |
| METHYL-TERTIARY BUTYL | : |
| ETHER PRODUCTS LIABILITY | : |
| LITIGATION | : |
| | : |

## NOTICE OF POTENTIAL TAG-ALONG ACTION

Pursuant to Rules 6.2(d) and 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Counsel for Plaintiffs *City of Breaux Bridge, Louisiana* hereby notifies the Clerk of the Panel of the following tag-along action and states as follows:

1.  The following tag-along case is now pending in the United States District Court, Western District of Louisiana:

    *City of Breaux Bridge, Louisiana vs. Alon Refining Krotz Springs, Inc., et al.*
    Case No. 6:15-cv-01959
    (Complaint attached as Exhibit A)

2.  This related case is a tag-along action because it involves "common questions of fact with actions previously transferred under Section 1407" to MDL No. 1358. *See* JPML Rule 1.1 (h).

    In 2004, the Panel transferred the original actions to MDL No. 1358 because they involved common questions of fact concerning "whether defendants knew about and misrepresented the nature of MTBE and conspired to market MTBE without disclosing its risks to downstream users, the federal government or the public" and "whether plaintiffs sustained

drinking water contamination as a result of MTBE contamination."  The Panel has since issued over 40 Conditional Transfer Orders transferring over 160 pending actions to the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

The related action alleges the same common questions of fact as those transferred under the original Transfer Order and the subsequent Conditional Transfer Orders.  Given the substantially similar nature of the allegations involved, the Panel should consolidate and transfer this related case to MDL No. 1358 "for the convenience of the parties and witnesses and [to] promote the just and efficient conduct of the actions."  28 U.S.C. § 1407.

WHEREFORE, Counsel for Plaintiff *City of Breaux Bridge, Louisiana* notifies the Panel of the foregoing potential tag-along case.

**DATED:**   July 9, 2015

Respectfully submitted,

*/s/ Celeste A. Evangelisti*

Celeste Evangelisti, *licensed in Texas, New York and California*
Scott Summy, *licensed in Texas, New York and North Carolina*
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-3605
Phone:  214-521-3605
Fax:  214-520-1181
ssummy@baronbudd.com
cevangelisti@baronbudd.com

William A Walsh
**WEITZ &LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Phone: 212-558-5500
Fax: 212-558-5506
wwalsh@weitzlux.com

Randy P. Angelle
**Boyer, Hebert, Abels & Angelle, LLC**
401 E. Mills Avenue
Breaux Bridge, LA  70517
Phone: 337-366-8285
Fax: 337-332-0633

Philip F. Cossich, Jr.
Christina Cossich
**Cossich, Sumich, Parsiola & Taylor LLC**
8397 Highway 23, Suite 100
Belle Chasse, LA   70037
Phone: 504-394-9000
Fax: 504-394-9110
pcossich@cossichlaw.com
ccossich@cossichlaw.com

*Attorneys for Plaintiff*