BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

|  | : |  |
|---|---|---|
| **IN RE:** | : |  |
|  | : | **MDL Docket No. 1358** |
| **METHYL-TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION** | : |  |
|  | : |  |
|  | : |  |
|  | : |  |

## SCHEDULE OF ACTIONS

|  | **Plaintiffs** | **Defendant** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | City of Breaux Bridge, Louisiana | Alon Refining Krotz Spring, Inc. | United States District Court – Western District of Louisiana | 6:15-cv-01959 |  |

Dated:  July 9, 2015

_____
Celeste Evangelisti, *licensed in Texas, New York and California*
Scott Summy, *licensed in Texas, New York and North Carolina*
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219-3605
Phone:  214-521-3605
Fax:  214-520-1181
ssummy@baronbudd.com
cevangelisti@baronbudd.com

William A Walsh
**WEITZ &LUXENBERG, P.C.**
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
Phone: 212-558-5500
Fax: 212-558-5506
wwalsh@weitzlux.com

Randy P. Angelle
**Boyer, Hebert, Abels & Angelle, LLC**
401 E. Mills Avenue
Breaux Bridge, LA  70517
Phone: 337-366-8285
Fax: 337-332-0633

Philip F. Cossich, Jr.
Christina Cossich
**Cossich, Sumich, Parsiola & Taylor LLC**
8397 Highway 23, Suite 100
Belle Chasse, LA   70037
Phone: 504-394-9000
Fax: 504-394-9110
pcossich@cossichlaw.com
ccossich@cossichlaw.com

*Attorneys for Plaintiff*