**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

---

|  |  |  |
|---|---|---|
| | : | |
| **IN RE:** | : | |
| | : | **MDL Docket No. 1358** |
| **METHYL-TERTIARY BUTYL** | : | |
| **ETHER PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |

---

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the of the Notice of Potential Tag-Along Action filed on July 9, 2015 (relating to *City of Breaux Bridge, Louisiana vs. Alon Refining Krotz Springs, Inc.*) has been served upon the following counsel of record for the respective defendants in MDL 1358 via File and Serve Xpress on July 9, 2015.  In addition, each defendant named in the respective complaint will be served a copy of the Notice of Potential Tag-Along Action at the time defendant is served with the Complaint(s) via process server at the addresses listed below.

Scott Summy
Carla M. Burke
Baron & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
*Counsel for Plaintiff City of Breaux Bridge, Louisiana*

William A Walsh
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038-4925
*Counsel for Plaintiff City of Breaux Bridge, Louisiana*

Randy P. Angelle
Boyer, Hebert, Abels & Angelle, LLC
401 E. Mills Avenue
Breaux Bridge, LA  70517
*Counsel for Plaintiff City of Breaux Bridge, Louisiana*

Philip F. Cossich, Jr.
Christina Cossich
Cossich, Sumich, Parsiola & Taylor LLC
8397 Highway 23, Suite 100
Belle Chasse, LA   70037
*Counsel for Plaintiff City of Breaux Bridge, Louisiana*

**Alon Refining Krotz Springs, Inc.**
Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

J. Clifford Gunter, III
Amy E. Parker
Bracewell & Patterson L.L.P.
711 Louisiana St.
Suite 2900
Houston, TX 77002-2781
(713) 221-1335
Email: clifford.gunter@bgllp.com
        Amy.parker@bgllp.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Registered Agent James Ranspot
12700 Park Central Drive, Ste. 1600
Dallas, TX  75251

**Ashland Oil Inc.**
Brian A. McGill
McDermott Will & Emery
600 13th St NW

Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Jeffrey A. Lamken
Baker Botts, LLP
30 Rockefeller Plaza
New York, NY 10112
(202) 639-7978
Email: jlamken@mololamken.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Steven Lawerence Leifer
Baker Botts LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 639-7723
Email: sleifer@bakerbotts.com

Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Atlantic Richfield Company**
Andrew A. Kassof
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312) 861-2200
Email: akassof@kirkland.com

Registered Agent C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX  75201

**BP Products North America Inc.**

Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096

(202) 756-8109
Email: bmcgill@mwe.com

Stephen Joseph Riccardulli
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017
(212) 547-5444
Email: sriccardulli@mwe.com

Peter Andrew Bellacosa
Khara A. Coleman
Christopher J. Esbrook
Kirkland & Ellis LLP (IL)
300 North LaSalle Street
Chicago, IL 60654
(312) 861-2200
Email: pbellacosa@kirkland.com
        khara.coleman@kirkland.com
        christopher.esbrook@kirkland.com

James Anthony Pardo
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: jpardo@mwe.com

Marie S. Dennis
Sedgwick LLP (DC)
2900 K Street, NW Suite 500
Washington, DC 20001
(202) 204-1001
Email: marie.dennis@sedgwicklaw.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Lawrence Allen Cox
Matthew T. Heartney
Arnold & Porter LLP (CA)
777 South Figueroa Street
44th floor

Los Angeles, CA 90017
(213) 243-4199
Email: lawrence.cox@aporter.com
        matthew.heartney@aporter.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Registered Agent The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, LA  70802-6129

**Chevron U.S.A. Inc.**
Brian A. McGill
James Anthony Pardo
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com
        jpardo@mwe.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Peter C. Condron
Richard E. Wallace, Jr.
Sedgwick LLP (DC)
2900 K Street, NW Suite 500
Washington, DC 20001
(202) 204-1001
Email: peter.condron@sedgwicklaw.com

rick.wallace@sedgwicklaw.com

Stephen Joseph Riccardulli
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017
(212) 547-5444
Email: sriccardulli@mwe.com

Registered Agent The Prentice-Hall Corporation System, Inc.
320 Somerulos Street
Baton Rouge, LA  70802-6129

**CITGO Petroleum Corporation**
Brian A. McGill
James Anthony Pardo
Stephen Joseph Riccardulli
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com
        jpardo@mwe.com
        sriccardulli@mwe.com

Katherine L. Adams
Honeywell
Post Office Box 2245
101 Columbia Road
Morristown, NJ 07962-2245
(973) 455-3296

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Lisa S. Meyer
Nathan P. Eimer
Pamela R. Hanebutt
Ronit C. Barrett
Eimer Stahl Klevorn & Solberg
122 S. Michigan Avenue
Suite 1776
Chicago, IL 60603

(312) 435-9345
Email: lmeyer@eimerstahl.com
        neimer@eimerstahl.com
        phanebutt@eimerstahl.com
        rbarrett@eimerstahl.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Samuel Joseph Abate, Jr
Pepper Hamilton, LLP (NYC)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 808-2700
Email: abates@pepperlaw.com

Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**CITGO Refining and Chemicals Company L.P.**
Ronit C. Barrett
Eimer, Stahl, Klevorn & Solberg, LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
(312) 660-7600
Email: rbarrett@eimerstahl.com

Samuel Joseph Abate, Jr
Pepper Hamilton, LLP (NYC)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 808-2700
Email: abates@pepperlaw.com

Registered Agent C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX  75201

**Coastal Eagle Point Oil Company**
Brian A. McGill

McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Keara L. Kelley
Howrey LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-6610
Email:kellyk@howrey.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Steven R. Gustavson
Baker Botts LLP (NY)
30 Rockefeller Plaza
44th Floor
New York, NY 10112
(212) 259-2580
Email: steven.gustavson@bakerbotts.com

Registered Agent Marie Garcia, Senior Process Specialist
c/o  C T Corporation System
1999 Bryan Street, Suite 900
Dallas, TX  75201

**ConocoPhillips Company**
Alan E. Kraus
John Lyons
Latham & Watkins LLP (NJ)
1 Newark Center, 16th Floor
Newark, NJ 07101
(973) 639-1234

Email: alan.kraus@lw.com
        john.lyons@lw.com

Jon D. Anderson
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
(714) 540-1235
Email: jon.anderson@lw.com

James Anthony Pardo
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: jpardo@mwe.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Stephen Joseph Riccardulli
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017
(212) 547-5444
Email: sriccardulli@mwe.com

Registered Agent United States Corporation Company
320 Somerulos Street
Baton Rouge, LA  70802-6129

**Diamond Shamrock Refining Company, L.P.**
Bart C. Sullivan
Fox Galvin, LLC
One Memorial Drive, 12th Floor

St. Louis, MO 63102
(314) 588-7000
Email: bsullivan@foxgalvin.com

Registered Agent C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX  75201

**El Paso Merchant Energy-Petroleum Company**
Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Keara L. Kelley
Lesly K. Lawrence-Hammer
Howrey LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-6610
Email: kellyk@howrey.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Steven R. Gustavson
Baker Botts LLP (NY)
30 Rockefeller Plaza
44th Floor
New York, NY 10112
(212) 259-2580
Email: steven.gustavson@bakerbotts.com

Registered Agent C T Corporation System

5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Equilon Enterprises LLC**
Peter C. Condron
Sedgwick LLP (DC)
2900 K Street, NW Suite 500
Washington, DC 20001
(202) 204-1001
Email: peter.condron@sedwicklaw.com

Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Exxon Mobil Corporation**
Andrew Gendron
Venable Baetjer and Howard LLP
Two Hopkins Plz
Ste 1800
Baltimore, MD 21201
(410) 244-7400
Email: agendron@venable.com

Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

James Anthony Pardo
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: jpardo@mwe.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Michael J. De Vinne
Venable LLP

Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201
(410) 244-7400
Email: mvinne@venable.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Stephen Joseph Riccardulli
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017
(212) 547-5444
Email: sriccardulli@mwe.com

Registered Agent Corporation Service Company
320 Somerulos St.
Baton Rouge, LA  70802-6129

**ExxonMobil Oil Corporation**
Howard A. Rosenthal
Archer & Greiner, P.C.
One Liberty Place
1650 Market St.
32nd Floor
Philadelphia, PA 19103-7393
(215) 963-3300
Email: hrosenthal@archerlaw.com

Registered Agent Corporation Service Company
320 Somerulos St.
Baton Rouge, LA  70802-6129

**Marathon Oil Company**
Jeffrey A. Lamken
Baker Botts, LLP
30 Rockefeller Plaza
New York, NY 10112
(202) 639-7978
Email: jlamken@mololamken.com

Bonnie L. Love, Senior Corporate Operations Specialist

c/o  Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Marathon Petroleum Company LP**
Steven Lawerence Leifer
Baker Botts LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 639-7723
Email: sleifer@bakerbotts.com

Registered agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Mobil Corporation**
Abbey C. Furlong
Lane & Waterman, LLP
220 N. Main Street
Suite 600
Davenport, IA 52801
(563) 324-3246
Email: afurlong@l-wlaw.com

Debra Laird, Office of the Secretary
5959 Las Colinas Boulevard
Irving, TX  75039

**Motiva Enterprises LLC**
Alejandro J. Cepeda-Diaz
Jan C. Rodriguez-Munoz
Juan A. Marques-Diaz
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
(787) 759-9292
Email: ajc@mcvpr.com

Alejandro J. Diaz
Paul Hastings LLP (CT)
1055 Washington Blvd., 10th Floor
Stamford, CT 06901

Brian A. McGill
McDermott Will & Emery

600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Richard E. Wallace, Jr.
Sedgwick LLP (DC)
2900 K Street, NW Suite 500
Washington, DC 20001
(202) 204-1001
Email: rick.wallace@sedgwicklaw.com

Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Paulsboro Refining Company, LLC**
Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

James F. Bennett
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1410
Clayton, MO 63105
(314) 889-7302
Email: jbennett@dowdbennett.com

Lawrence P. Riff
Steptoe & Johnson, LLP

633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Registered Agent C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX  75201

**PDV Midwest Refining, L.L.C.**
Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Ronit C. Barrett
Eimer Stahl Klevorn & Solberg
122 S. Michigan Avenue
Suite 1776
Chicago, IL 60603
(312) 435-9345
Email: rbarrett@eimerstahl.com

Samuel Joseph Abate, Jr

Pepper Hamilton, LLP (NYC)
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 808-2700
Email: abates@pepperlaw.com

Registered Agent Marie Garcia, Senior Process Specialist
c/o  C T Corporation System
1999 Bryan Street, Suite 900
Dallas, TX  75201

**The Premcor Refining Group Inc.**
Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Daniel C. Nester
Bryan Cave LLP
One Metropolitan Square Building
211 N. Broadway
Suite 3600
St. Louis, MO 63102
(314) 259-2000
Email: dcnester@bryancave.com

James F. Bennett
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1410
Clayton, MO 63105
(314) 889-7302
Email: jbennett@dowdbennett.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014

(410) 838-5522
Email: pishak@starkandkeenan.com

Selena L. Evans
Dowd & Marotta LLC
11520 Nuckols Rd.
Suite 101
Glen Allen, VA 23059
(314) 889-7355
Email: sevans@dowdbennett.com

Registered Agent C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX  75201

**Shell Oil Company**
Alejandro J. Diaz
Paul Hastings LLP (CT)
1055 Washington Blvd., 10th Floor
Stamford, CT 06901

Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

James Anthony Pardo
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: jpardo@mwe.com

Jan C. Rodriguez-Munoz
Juan A. Marques-Diaz
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
(787) 759-9292
Email: ajc@mcvpr.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071

(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Stephen Joseph Riccardulli
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017
(212) 547-5444
Email: sriccardulli@mwe.com

Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Shell Oil Products Company LLC**
Bart C. Sullivan
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000
Email: bsullivan@foxgalvin.com

Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Shell Petroleum, Inc.**
Alejandro J. Cepeda-Diaz
Jan C. Rodriguez-Munoz
Juan A. Marques-Diaz
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
(787) 759-9292
Email: ajc@mcvpr.com

Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096

(202) 756-8109
Email: bmcgill@mwe.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Registered Agent The Corporation Trust Company
1209 Orange Street
Wilmington, DE  19801

**Shell Trading (US) Company**
Alec C. Zacaroli
Wallace King Domike & Reiskin, PLLC
2900 K Street, N.W.
Harbourside, Suite 500
Washington, DC 20007
(202) 965-6021

Alejandro J. Diaz
Paul Hastings LLP (CT)
1055 Washington Blvd., 10th Floor
Stamford, CT 06901

Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Jan C. Rodriguez-Munoz
Juan A. Marques-Diaz
McConnell Valdes LLC
P.O. Box 364225
San Juan, PR 00936-4225
(787) 759-9292

Email: ajc@mcvpr.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Sunoco, Inc.**
Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Daniel A. Eisenberg
John S. Guttmann
Mark A. Turco
Nessa Elise Horewitch Coppinger
Beveridge & Diamond, P.C. (DC)
1350 I Street, N.W.
Suite 700
Washington, DC 20005
(202) 789-6000
Email: deisenberg@bdlaw.com
        jguttmann@bdlaw.com
        mturco@bdlaw.com
        ncoppinger@bdlaw.com

Robert Brager
Beveridge & Diamond, P.C.
201 North Charles Street
Suite 2210
Baltimore, MD 21201

(410) 230-3850
Email: rbrager@bdlaw.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Registered Agent Corporation Service Company
320 Somerulos St.
Baton Rouge, LA  70802-6129

**Sunoco, Inc. (R&M)**
Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Daniel A. Eisenberg
Mark A. Turco
Nessa Elise Horewitch Coppinger
Beveridge & Diamond, P.C. (DC)
1350 I Street, N.W.
Suite 700
Washington, DC 20005
(202) 789-6000
Email: deisenberg@bdlaw.com
        mturco@bdlaw.com
        ncoppinger@bdlaw.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Registered Agent Corporation Service Company
320 Somerulos St.
Baton Rouge, LA  70802-6129

**Texaco Inc**.
Alec C. Zacaroli
Wallace King Domike & Reiskin, PLLC
2900 K Street, N.W.
Harbourside, Suite 500
Washington, DC 20007
(202) 965-6021

William F. Hughes
Sedgwick LLP (DC)
2900 K Street NW Suit 500
Washington, DC 20007
(202) 204-1000
Email: bill.hughes@sedgwicklaw.com

Registered Agent The Prentice-Hall Corporation System, Inc.
2710 Gateway Oaks Dr., Ste. 150N
Sacramento, CA  95833

**TMR Company**
Alec C. Zacaroli
Wallace King Domike & Reiskin, PLLC
2900 K Street, N.W.
Harbourside, Suite 500
Washington, DC 20007
(202) 965-6021

Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Total Petrochemicals & Refining USA, Inc.**
Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**TRMI-H LLC**
Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

James Anthony Pardo

McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: jpardo@mwe.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Richard E. Wallace, Jr.
Sedgwick LLP (DC)
2900 K Street, NW Suite 500
Washington, DC 20001
(202) 204-1001
Email: rick.wallace@sedgwicklaw.com

Stephen Joseph Riccardulli
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10017
(212) 547-5444
Email: sriccardulli@mwe.com

Registered Agent Corporation Service Company
2338 West Royal Palm Road, Suite J
Phoenix, AZ  85021

**Ultramar Energy, Inc.**
James F. Bennett
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1410
Clayton, MO 63105
(314) 889-7302
Email: jbennett@dowdbennett.com

Selena L. Evans
Dowd & Marotta LLC
11520 Nuckols Rd.
Suite 101
Glen Allen, VA 23059
(314) 889-7355
Email: sevans@dowdbennett.com

Registered Agent The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

**Valero Energy Corporation**
Bart C. Sullivan
Fox Galvin, LLC
One Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000
Email: bsullivan@foxgalvin.com

Registered Agent Marie Garcia, Senior Process Specialist
c/o  C T Corporation System
1999 Bryan Street, Suite 900
Dallas, TX  75201

**Valero Marketing and Supply Company**
James F. Bennett
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1410
Clayton, MO 63105
(314) 889-7302
Email: jbennett@dowdbennett.com

Registered Agent C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA  70808

**Valero Refining and Marketing Company**
Brian A. McGill
McDermott Will & Emery
600 13th St NW
Washington, DC 20005-3096
(202) 756-8109
Email: bmcgill@mwe.com

Lawrence P. Riff
Steptoe & Johnson, LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
(213) 439-9400
Email: lriff@steptoe.com

Paul W. Ishack
Stark & Keenan
30 Office Street
Bel Air, MD 21014
(410) 838-5522
Email: pishak@starkandkeenan.com

Registered Agent C T Corporation System
1999 Bryan St., Ste. 900
Dallas, TX  75201

**Valero Refining-Texas, L.P.**
Kelly J.H. Murrie
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
(314) 889-7303

Registered Agent Marie Garcia, Senior Process Specialist
c/o  CT Corporation System
1999 Bryan Street, Suite 900
Dallas, TX   75201


DATED:   July 9, 2015

Respectfully submitted,


CELESTE A. EVANGELISTI