UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Orange County Water District v. Unocal Corp., et al., | ) | |
| S.D. New York, C.A. No. 1:04-04986 | ) | MDL No. 1358 |
| (C.D. California, C.A. No. 8:03-01742) | ) | |

**SEPARATION OF CLAIMS AND
CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings regarding certain claims in the above-captioned action have been completed as to sixteen allegedly contaminated sites ("focus plume sites") and that remand of the claims with respect to those sites and defendants to the transferor court, as provided in 28 U.S.C. §1407(a), is appropriate. *See* Suggestion of Remand & Exhibit 1 (S.D.N.Y. filed Sept. 29, 2015) (Attachment A).

IT IS THEREFORE ORDERED that the pending claims concerning the sixteen focus plume sites in the above-captioned civil action be separated and remanded to the transferor court as to the following defendants, as set forth in Attachment A: Chevron U.S.A., Inc.; ConocoPhillips Company & Tosco; Exxon Mobil Corporation; ExxonMobil Oil Corporation; G&M Oil; and Union Oil.

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of New York.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of New York with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel