UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION      MDL No. 1358

ORDER REASSIGNING LITIGATION

Due to the impending retirement of the Honorable Shira A. Scheindlin, the Southern District of New York has notified the Panel of the need to reassign this litigation to another judge in that district.

IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Paul A. Engelmayer for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

_Sarah Vance_
Sarah S. Vance
Chair