UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION                                MDL No. 1358

### ORDER REVOKING REASSIGNMENT ORDER

BY ORDER OF THE PANEL, the order issued on April 4, 2016, reassigning this litigation, is hereby REVOKED.

FOR THE PANEL

*Sarah Vance*
_____
Sarah S. Vance
Chair