UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1358

ORDER REASSIGNING LITIGATION

      Due to the retirement of the Honorable Shira A. Scheindlin, the Southern District of New York has notified the Panel of the need to reassign this litigation to another judge in that district.

      IT IS THEREFORE ORDERED that, with the consent of that court, this litigation is reassigned to the Honorable Vernon S. Broderick for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

      FOR THE PANEL

      _____
      Sarah S. Vance
      Chair