BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 |
| This document pertains to: *Short, et al. v. Amerada Hess Corp., et al.,* No. 1:16-CV-00204 (D.N.H.) | |

## NOTICE OF POTENTIAL TAG-ALONG

Pursuant to Rule 7.1(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the undersigned counsel for defendant CITGO Petroleum Corporation hereby notifies the Clerk of the Panel of the following potential "tag-along" action, as defined in JPML Rule 1.1, and states as follows:

1. The following action is now pending in the United States District Court for the District of New Hampshire, having been removed from Cheshire County Superior Court in New Hampshire: *Patrick Short, et al. v. Amerada Hess Corporation, et al.*, Case No. 1:16-CV-00204 (D.N.H.).  (Complaint at Attachment A.)

2. This case is a potential "tag-along action" because it may involve "common questions of fact with . . . actions previously transferred to an existing MDL[.]" JPML Rule 1.1(h); *see also* Oct. 10, 2000 JPML Transfer Order (the actions to be transferred involve common questions of fact including, "whether defendants knew about and misrepresented the nature of MTBE and conspired to market MTBE without disclosing its risks to downstream users . . . [and] whether plaintiffs sustained drinking water contamination as a result of MTBE contamination"); Compl. ¶¶ 67-69 (alleging that defendants failed to fully disclose knowledge of MTBE, that defendants made

misrepresentations in the marketing of MTBE, and that contamination of the waters in West Swanzey, New Hampshire with MTBE was the result of defendants' conduct).

  3. WHEREFORE, counsel for CITGO Petroleum Corporation notifies the Panel of the foregoing potential tag-along case.

Dated: May 20, 2016       Respectfully submitted,

                /s/ Nathan P. Eimer
              Nathan P. Eimer
              Eimer Stahl LLP
              224 S. Michigan Ave., Suite 1100
              Chicago, IL 60604
              Phone: (312) 660-7600
              Fax: (312) 692-1718
              neimer@eimerstahl.com

              Counsel for CITGO Petroleum Corporation