**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 |

**NOTICE OF POTENTIAL TAG-ALONG**
<u>**SCHEDULE OF ACTIONS**</u>

| Case Name | Filed | Court | Docket Number | Judge |
|---|---|---|---|---|
| *Short, et al. v. Amerada Hess Corp., et al.* | Filed Apr. 11, 2016 in State Court<br><br>Removed May 20, 2016 | D.N.H. | 1:16-CV-00204 | |