BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*Short, et al. v. Amerada Hess Corp., et al.,* No. 1:16-CV-00204 (D.N.H.) | MDL No. 1358 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I electronically filed the above with the Court of Clerk, via the ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Judicial Panel on Multidistrict Litigation's electronic filing system. Additionally, I further certify that a copy of the foregoing has been served on the following parties by first-class US Mail, postage prepaid, on the 20th day of May, 2016:

Peter G. McGrath
Daniel J. Corley
McGrath Law Firm, PA
20 Montgomery Street
Concord, NH 03301
603-224-7111
**Attorneys for Plaintiffs**

Deborah Barnard
Holland & Knight LLP
10 Saint James Avenue, 11th Floor
Boston, MA 02116
617-619-9240
**Attorney for Defendants ExxonMobil Corporation**
**and ExxonMobil Oil Corporation**

Steve J. Bonnette
The Law Office of Steve J. Bonnette, P.C
20 Central Square, Suite 2A
Keene, NH 03431
603-499-7193
sbonnette@bonnettelaw.com
**Attorney for Defendant Shri Ganesh Corp.**

/s/ Nathan P. Eimer