BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation | MDL No. 1358 |
| This document pertains to: *Short, et al. v. Amerada Hess Corp., et al.,* No. 1:16-CV-00204 (D.N.H.) | |

## AMENDED CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that, on May 20, 2016, a Notice of Potential Tag-Along and related attachments were electronically filed with the Clerk of Court, via the ECF system. Service of that filing was made by operation of the Judicial Panel on Multidistrict Litigation's electronic filing system to ECF-registered liaison counsel for Plaintiffs and Defendants in MDL 1358, as well as attorneys for Plaintiffs, Defendant Shri Ganesh Corp., and Defendants ExxonMobil Corporation and ExxonMobil Oil Corporation via US Mail, but, other defendants in the original action were inadvertently not served. I certify that a copy of this Amended Certificate of Service as well as the filing made on May 20, 2016, has been served on the following parties by first-class US Mail, postage prepaid, on the 23rd day of May, 2016:

| | |
|---|---|
| Peter G. McGrath<br>Daniel J. Corley<br>McGrath Law Firm, PA<br>20 Montgomery Street<br>Concord, NH 03301<br>603-224-7111<br>**Attorneys for Plaintiffs** | Steve J. Bonnette<br>The Law Office of Steve J. Bonnette, P.C<br>20 Central Square, Suite 2A<br>Keene, NH 03431<br>603-499-7193<br>sbonnette@bonnettelaw.com<br>**Attorney for Defendant Shri Ganesh Corp.** |

Deborah Barnard
Holland & Knight LLP
10 Saint James Avenue, 11th Floor
Boston, MA 02116
617-619-9240
**Attorney for Defendants**
**ExxonMobil Corporation and**
**ExxonMobil Oil Corporation**

**Joseph Hart**
36 Whittier Street
Andover, MA 01810

**Faham and Shagugta Effendi**
685 Main Street
Keene, NH 03431

**Peterborough Oil Co., Inc.** [2]
665 Main Street
Leominster, MA 01453

**Richard Cartier**[1]
18 Herald Road
Ashburnham, MA 01430

Service was not made on the following parties, initially named in the complaint, because they were dismissed from this action prior to removal from state court: Amerada Hess Corporation, ChevronTexaco Corporation, Chevron U.S.A., Inc., ConocoPhillips Co., and Lyondell Chemical Company.

/s/ Nathan P. Eimer

---

[1] Plaintiffs have alleged that this is the address for Peterborough Oil Company. According to New Hampshire corporate records, Peterborough Oil Company was dissolved on December 30, 2008.

[2] Plaintiffs have alleged that Richard Cartier resides at this address. Upon information and belief, the defendant is believed to be Richard E. Cartier, who previously resided on Sand Hill Road and has been deceased since August 16, 2006.