BEFORE THE
UNITED STATED JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In re Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation**

This document pertains to:                                MDL Docket No. 1358

*Short, et al. v. Amerada Hess Corp., et al.,*
No. 1:16-CV-00204 (D.N.H.)

MOTION FOR TRANSFER OF ACTION TO THE
SOUTHERN DISTRICT OF NEW YORK PURSUANT TO
28 U.S.C. § 1407 FOR COORDINATED PRETRIAL PROCEEDINGS

  Defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation (collectively, "ExxonMobil"), defendants in the New Hampshire action listed above, respectfully move this Panel pursuant to 28 U.S.C. § 1407 and Rules 6.1, 6.2 and 7.1(b)(i) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML Rule(s)"), to transfer the matter entitled *Short, et al. v. Amerada Hess Corp., et al.* ("*Short*") to MDL Docket No. 1358 for coordinated pretrial proceedings.  ExxonMobil brings this motion on its behalf and on behalf of certain other defendants.[1]  In support of its Motion, ExxonMobil states as follows:

  1. The *Short* matter is now pending in the United States District Court for the District of New Hampshire, No. 1:16-CV-00204, having been removed from Cheshire County Superior Court in New Hampshire.  *See* Exhibit A.

  2. On May 20, 2016, counsel for CITGO Petroleum Corporation notified the Panel that *Short* was a potential "tag-along action" because it may involve "common questions of fact with … actions previously transferred to an existing MDL[.]"  JPML Rule 1.1(h).

---

[1] Defendants Shri Ganesh Corporation c/o Dharnem Patel, Joseph Hart, and Peterborough Oil join this Motion. Defendant Richard Cartier is deceased, and to ExxonMobil's understanding, defendants Faham B. Effendi and Shagufta N. Effendi have not yet been served.

1

3.      On June 2, 2016, ExxonMobil received a Notice to Counsel from the Clerk of the Panel, pursuant to JPML Rule 7.1(b)(i), stating he had determined that the *Short* matter was not appropriate for inclusion in MDL No. 1358.

4.      In accordance with JPML Rule 7.1(b)(i), ExxonMobil now moves for transfer pursuant to Rules 6.1 and 6.2.

5.      The *Short* action should be transferred to MDL 1358 because it shares complex questions of fact with other actions that the Panel has transferred to this MDL since it was created by the Panel in 2000, and transfer will promote the just and efficient conduct of this litigation.

6.      Each case pending in federal court alleging the same complex questions of fact has been placed in MDL 1358.

7.      This Motion is accompanied by a Memorandum of Law in its support.

Dated: June 15, 2016                    Respectfully submitted,

EXXON MOBIL CORPORATION and
EXXONMOBIL OIL CORPORATION

By their attorney,

*/s/ Deborah E. Barnard*
Deborah E. Barnard
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 854-2700
Fax: (617) 854-6850
*deborah.barnard@hklaw.com*