BEFORE THE
UNITED STATED JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In re Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation**

This document pertains to:                                  MDL Docket No. 1358

*Short, et al. v. Amerada Hess Corp., et al.,*
No. 1:16-CV-00204 (D.N.H.)

## SCHEDULE OF ACTIONS

| Case Name | Filed | Court | Docket Number | Judge |
|---|---|---|---|---|
| *Short, et al. v. Amerada Hess Corp., et al.* | Filed Apr. 11, 2016 in State Court<br><br>Removed May 20, 2016 | D.N.H. | 1:16-cv-00204-JL | Honorable Joseph N. Laplante |

#46857091_v1