**BEFORE THE
UNITED STATED JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**In re Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation**

This document pertains to:                     MDL Docket No. 1358

*Short, et al. v. Amerada Hess Corp., et al.,*
No. 1:16-CV-00204 (D.N.H.)

## PROOF OF SERVICE

I, the undersigned, hereby certify that on June 15, 2016, the foregoing document was electronically filed with the Clerk of this Court, via the ECF system. Service of that filing was made by operation of the Judicial Panel on Multidistrict Litigation's electronic filing system to ECF-registered liaison counsel for Plaintiffs and Defendants in MDL 1358. I also certify that the foregoing document was served on the following parties by first-class US Mail, postage prepaid, on June 15, 2016:

| | |
|---|---|
| Peter G. McGrath | Steve J. Bonnette |
| Daniel J. Corley | The Law Office of Steve J. Bonnette, P.C. |
| McGrath Law Firm, PA | 20 Central Square, Suite 2A |
| 20 Montgomery Street | Keene, NH 03431 |
| Concord, NH 03301 | (603) 499-7193 |
| (603) 224-7111 | **Attorney for Defendant Shri Ganesh Corp.** |
| **Attorneys for Plaintiffs** | |

Stephen H. Roberts
Hoefle, Phoenix, Gormley & Roberts, P.A.
127 Parrott Avenue
Portsmouth, NH 03801
(603) 436-0666
**Attorney for Defendants Peterborough Oil Co. and Joseph Hart**

Nathan P. Eimer
Eimer Stahl LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604

(312) 660-7600
**Attorney for Defendant CITGO Petroleum Corp.**

Faham and Shagugta Effendi
685 Main Street
Keene, NH 03431

Service was not made on the following defendants: Richard Cartier (deceased) and Amerada Hess Corp., ChevronTexaco Corp., Chevron U.S.A., Inc., ConocoPhillips Co., and Lyondell Chemical Co. (dismissed from this action prior to removal from state court).

/s/ Deborah E. Barnard
Deborah E. Barnard