BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

In re Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation

This document pertains to:                MDL Docket No. 1358

Short, et al. v. Amerada Hess Corp., et al.,
No. 1:16-CV-00204 (D.N.H.)

## PROOF OF SERVICE

I, the undersigned hereby certify that on June 23, 2016, the Notice of Corporate Disclosure Statement was electronically filed with the Clerk of this Court, via the ECF system. Service of that filing was made by operation of the Judicial Panel on Multidistrict Litigation's electronic filing system to ECF-registered liaison counsel for Plaintiffs and Defendants in MDL 1358. I also certify that the foregoing documents were served on the following parties by first-class US Mail, postage prepaid on June 23, 2016:

Peter G. McGrath
Daniel J. Corley
McGrath Law Firm, PA
20 Montgomery Street
Concord, NH 03301
**Attorneys for Plaintiffs**

Deborah E. Barnard
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
**Attorney for Exxon Mobil Corporation and ExxonMobil Oil Corporation**

Stephen H. Roberts
Hoefle, Phoenix, Gormley & Roberts, P.A.
127 Parrott Avenue
Portsmouth, NH 03801
**Attorney for Defendants Peterborough Oil Co. and Joseph Hart**

Nathan P. Eimer
Eimer Stahl LLP
224 S. Michigan Avenue, Suite 1100
Chicago, IL 60604
**Attorney for Defendants CITGO Petroleum Corp.**

Faham and Shagugta Effendi
685 Main Street
Keene, NH 03431

/S/ Steve J. Bonnette