**BEFORE THE**
**UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

**In re Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation**

This document pertains to:                                   **MDL Docket No. 1358**

*Short, et al. v. Amerada Hess Corp., et al.,*
No. 1:16-CV-00204 (D.N.H.)

## EXHIBIT A – PARTIES REPRESENTED

Defendant - Joseph Hart

Defendant - Peterborough Oil Company, Inc.