**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**In re Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation**

This document pertains to:                           **MDL Docket No. 1358**

*Short, et al. v. Amerada Hess Corp., et al.,*
No. 1:16-CV-00204 (D.N.H.)


**PROOF OF SERVICE**


I, the undersigned, hereby certify that on June 27, 2016, the Corporate Disclosure Statement of Peterborough Oil Company, Inc. was electronically filed with the Clerk of this Court, via the ECF system. Service of that filing was made by operation of the Judicial Panel on Multidistrict Litigation's electronic filing system to ECF-registered liaison counsel for Plaintiffs and Defendants in MDL 1358. I also certify that the foregoing document was served on the following parties by first-class US Mail, postage prepaid on June 27, 2016:


Faham and Shagugta Effendi
685 Main Street
Keene, NH  03431

/s/ Stephen H. Roberts
Attorney for Peterborough Oil
Company, Inc.