BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

MDL No. 1358 & Title – IN RE: Patrick Short, et al v. Amerada Hess Corporation, et al.

## NOTICE TO WITHDRAW

The undersigned counsel for Shri Ganesh Corp. hereby withdraws its Notice of Appearance and Corporate Disclosure Statement filed contemporaneously with this Honorable Court on June 23, 2016 as Docket Number 476 In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Litigation, MDL No. 1358.

/S/ Steve J. Bonnette

20 Central Square

Law Office of Steve J. Bonnette, P.C.

Keene, NH 03431

Dated: 6/27/2016