BEFORE THE
UNITED STATED JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**In re Methyl Tertiary Butyl Ether
("MTBE") Products Liability Litigation**

This document pertains to:                     MDL Docket No. 1358

*Short, et al. v. Amerada Hess Corp., et al.,*
No. 1:16-CV-00204 (D.N.H.)

## PROOF OF SERVICE

I, the undersigned, hereby certify that on June 28, 2016, the Corporate Disclosure Statement of ExxonMobil Oil Corporation was electronically filed with the Clerk of this Court, via the ECF system. Service of that filing was made by operation of the Judicial Panel on Multidistrict Litigation's electronic filing system to ECF-registered liaison counsel for Plaintiffs and Defendants in MDL 1358. I also certify that the foregoing document was served on the following parties by first-class US Mail, postage prepaid, on June 28, 2016:

  Faham and Shagugta Effendi
  685 Main Street
  Keene, NH 03431

Service was not made on the following defendants: Richard Cartier (deceased) and Amerada Hess Corp., ChevronTexaco Corp., Chevron U.S.A., Inc., ConocoPhillips Co., and Lyondell Chemical Co. (dismissed from this action prior to removal from state court).

                                        */s/ Deborah E. Barnard*
                                        Deborah E. Barnard

#47030905_v1