BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*Short, et al. v. Amerada Hess Corp., et al.,* No. 1:16-CV-00204 (D.N.H.) | MDL No. 1358 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 28, 2016, a Notice of Appearance was electronically filed with the Clerk of Court, via the ECF system. Service of that filing was made by operation of the Judicial Panel on Multidistrict Litigation's electronic filing system to ECF-registered liaison counsel for Plaintiffs and Defendants in MDL 1358. Service also has been made on the following parties by first-class U.S. Mail, postage prepaid, on this date:

Peter G. McGrath
Daniel J. Corley
McGrath Law Firm, PA
20 Montgomery Street
Concord, NH 03301
603-224-7111
**Attorneys for Plaintiffs**

Deborah Barnard
Holland & Knight LLP
10 Saint James Avenue, 11th Floor
Boston, MA 02116
617-619-9240
**Attorney for Defendants**
**ExxonMobil Corporation and ExxonMobil Oil Corporation**

**Faham and Shagufta Effendi**
685 Main Street
Keene, NH 03431

**Shri Ganesh Corp.**
968 West Swanzey Road
Swanzey, NH  03446

Steve J. Bonnette
The Law Office of Steve J. Bonnette, P.C.
20 Central Square, Suite 2A
Keene, NH  03431
603-499-7193
**Attorney for Defendant Shri Ganesh Corp.**

Stephen H. Roberts
Hoefle, Phoenix, Gormley & Roberts, P.A.
127 Parrott Avenue
Portsmouth, NH  03801
603-436-0666
**Attorney for Defendants Peterborough Oil Co. and Joseph Hart**

      Service was not made on the following parties, initially named in the complaint: Amerada Hess Corporation, ChevronTexaco Corporation, Chevron U.S.A., Inc., ConocoPhillips Co., and Lyondell Chemical Company (dismissed from this action prior to removal from state court), and Richard Cartier (deceased).

                                                           /s/ Nathan P. Eimer