# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

### NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION:      **September 29, 2016**

LOCATION OF HEARING SESSION:      E. Barrett Prettyman United States Courthouse
Ceremonial Courtroom No. 20, 6th Floor
333 Constitution Avenue, N.W.
Washington, D.C.  20001

TIME OF HEARING SESSION:  In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) need not attend the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **September 12, 2016.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, United States District for the District of District of Columbia

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on September 29, 2016, the Panel will convene a hearing session in Washington, D.C., to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

_____
Sarah S. Vance
Chair

Marjorie O. Rendell             Charles R. Breyer
Lewis A. Kaplan                 Ellen Segal Huvelle
R. David Proctor                Catherine D. Perry

SCHEDULE OF MATTERS FOR HEARING SESSION
September 29, 2016 -- Washington, D.C.

**SECTION A**
**MATTERS DESIGNATED FOR ORAL ARGUMENT**

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)

MDL No. 2731 – **IN RE: SPROUTS FARMERS MARKET, INC., EMPLOYEE DATA**
**SECURITY BREACH**

Motion of plaintiff Debra Price to transfer the following actions to the United States District Court for the District of Arizona:

District of Arizona

PRICE v. SPROUTS FARMERS MARKET INCORPORATED, C.A. No. 2:16-02047

Central District of California

PORRAS, ET AL. v. SPROUTS FARMERS MARKET, INC., ET AL.,
    C.A. No. 5:16-01005

Southern District of California

HERNANDEZ v. SPROUTS FARMERS MARKET, INC., ET AL.,
    C.A. No. 3:16-00958
CASTELLANO v. SPROUTS FARMERS MARKET, INC., ET AL.,
    C.A. No. 3:16-01184

MDL No. 2732 – **IN RE: TIME WARNER CABLE, INC., TELEPHONE CONSUMER**
**PROTECTION ACT (TCPA) LITIGATION**

Motion of plaintiffs John Fontes, et al., to transfer the following actions to the United States District Court for the Central District of California:

Central District of California

FONTES v. TIME WARNER CABLE INC., C.A. No. 2:14-02060
CONSTANTINO v. TIME WARNER CABLE, INC., C.A. No. 2:15-08235
ROSENTHAL v. TIME WARNER CABLE, INC., C.A. No. 2:16-00082

ERRINGTON v. TIME WARNER CABLE, INC., C.A. No. 5:15−02196
WOLFRAM v. TIME WARNER CABLE, INC., C.A. No. 5:16−00335
MILLER v. TIME WARNER CABLE INC., C.A. No. 8:16−00329

      <u>Southern District of New York</u>

MEJIA v. TIME WARNER CABLE INC., C.A. No. 1:15−06445
JOHNSON v. TIME WARNER CABLE, INC., C.A. No. 1:15−06518

      <u>Northern District of Texas</u>

KNIGHT v. TIME WARNER CABLE, INC., C.A. No. 4:15−00686

**MDL No. 2733** − **IN RE: UBER TECHNOLOGIES, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Motion of plaintiff Carmellia Calmese to transfer the following actions to the United States District Court for the Northern District of Illinois:

      <u>Central District of California</u>

KOLLOUKIAN v. UBER TECHNOLOGIES, INC., C.A. No. 2:15−02856
LAINER v. UBER TECHNOLOGIES INC., C.A. No. 2:15−09925

      <u>Northern District of California</u>

LATHROP, ET AL. v. UBER TECHNOLOGIES, INC., C.A. No. 3:14−05678
KAFATOS v. UBER TECHNOLOGIES, INC., C.A. No. 3:15−03727
NORMAN v. UBER TECHNOLOGIES, INC., C.A. No. 3:16−02907

      <u>Southern District of Florida</u>

SHAVER v. UBER TECHNOLOGIES, INC., C.A. No. 1:16−22067

      <u>Northern District of Illinois</u>

VERGARA v. UBER TECHNOLOGIES, INC., C.A. No. 1:15−06942
JOHNSON v. UBER TECHNOLOGIES, INC., C.A. No. 1:16−05468
CALMESE v. UBER TECHNOLOGIES, INC., C.A. No. 1:16−06277
JOHNSON v. UBER TECHNOLOGIES, INC., C.A. No. 3:16−50113

Western District of Texas

CUBRIA v. UBER TECHNOLOGIES, INC., C.A. No. 1:16‑00544

MDL No. 2734 – **IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Denise Miley, et al., and defendants Bristol-Myers Squibb Company; Otsuka Pharmaceutical Co., Ltd.; and Otsuka America Pharmaceutical, Inc., to transfer the following actions to the United States District Court for the Northern District of Florida:

Central District of California

GIBSON, ET AL. v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL.,
    C.A. No. 2:16‑03930

Eastern District of California

SEARS, ET AL. v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL.,
    C.A. No. 1:16‑00065
REYNOLDS, ET AL. v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL.,
    C.A. No. 1:16‑00357
HARPER‑MOSLEY v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL.,
    C.A. No. 1:16‑00609
VICKERS, ET AL. v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL.,
    C.A. No. 1:16‑00737

Northern District of California

PAMINTUAN v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL.,
    C.A. No. 3:16‑00254

Middle District of Florida

CLARKE v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL., C.A. No. 2:16‑00447
REESE v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL., C.A. No. 8:16‑00116
BOWMAN v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL.,
    C.A. No. 8:16‑00117

Northern District of Florida

PEREZ v. BRISTOL‑MYERS SQUIBB COMPANY, ET AL., C.A. No. 3:16‑00251

VIECHEC, ET AL. v. BRISTOL−MYERS SQUIBB COMPANY, ET AL.,
   C.A. No. 3:16−00291

     Southern District of Indiana

MEYER v. BRISTOL−MYERS SQUIBB COMPANY, ET AL., C.A. No. 1:16−00191

     District of Maryland

KINDER, ET AL. v. BRISTOL−MYERS SQUIBB COMPANY, ET AL.,
   C.A. No. 1:16−00170
DAVIS v. BRISTOL−MYERS SQUIBB COMPANY, ET AL., C.A. No. 1:16−00171
SCHAAP v. BRISTOL−MYERS SQUIBB COMPANY, ET AL., C.A. No. 1:16−00172
BUTLER, ET AL. v. BRISTOL−MYERS SQUIBB COMPANY, ET AL.,
   C.A. No. 1:16−00173

     District of Minnesota

MILEY, ET AL. v. BRISTOL−MYERS SQUIBB COMPANY, ET AL.,
   C.A. No. 0:16−00067

     Western District of Missouri

LELAND v. BRISTOL−MYERS SQUIBB COMPANY, ET AL., C.A. No. 6:16−03023

     District of New Jersey

CLARK, ET AL. v. BRISTOL−MYERS SQUIBB COMPANY, ET AL.,
   C.A. No. 3:16−01313
COTTRELL v. BRISTOL−MYERS SQUIBB COMPANY, ET AL.,
   C.A. No. 3:16−01802
JOHNSON v. BRISTOL−MYERS SQUIBB COMPANY, ET AL.,
   C.A. No. 3:16−01841

     Eastern District of Pennsylvania

TRIPLER, ET AL. v. BRISTOL−MYERS SQUIBB COMPANY, ET AL.,
   C.A. No. 2:16−00244

     Middle District of Pennsylvania

EDGAR, ET AL. v. BRISTOL−MYERS SQUIBB COMPANY, ET AL.,
   C.A. No. 1:16−00654

BOWMAN, ET AL. v. BRISTOL−MYERS SQUIBB COMPANY, ET AL.,
C.A. No. 1:16−01140

**MDL No. 2735 − IN RE: COLGATE OPTIC WHITE TOOTHPASTE MARKETING
AND SALES PRACTICES LITIGATION**

Motion of plaintiff Melissa L. Vigil to transfer the following actions to the United States
District Court for the Southern District of New York:

Central District of California

DEAN v. COLGATE−PALMOLIVE CO., C.A. No. 5:15−00107

Northern District of California

VIGIL v. COLGATE−PALMOLIVE CO., C.A. No. 3:16−02697

Southern District of New York

CANALE v. COLGATE−PALMOLIVE CO., C.A. No. 7:16−03308

**MDL No. 2736 − IN RE: KOHL'S TELEPHONE CONSUMER PROTECTION ACT
(TCPA) LITIGATION**

Motion, as amended, of plaintiff Mark Ankcorn to transfer the following actions to the
United States District Court for the Northern District of Illinois:

Central District of California

PEPKA v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 2:16−04293
FERRER v. KOHL'S COPORATION, C.A. No. 5:16−01300
SUCHITE v. KOHL'S CORP., C.A. No. 8:15−01535

District of Connecticut

MANNING v. KOHL'S DEPT STORES, INC., C.A. No. 3:16−00315

Middle District of Florida

MONTALBO v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 5:15−00482
DOUGLAS v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 6:15−01185
THOMPSON v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 6:16−00525

HUMPHREY v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 6:16‒00812
PRITCHARD v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 8:16‒01049

    Northern District of Florida

SIMMONS v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 1:16‒00150

    Northern District of Illinois

ANKCORN v. KOHL'S CORPORATION, C.A. No. 1:15‒01303

    District of Minnesota

LARSEN v. CAPITAL ONE BANK, NA, ET AL., C.A. No. 0:15‒04510

    District of Nevada

SPENCER v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 2:14‒01646
SELF‒FORBES v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 2:16‒01092

    District of New Jersey

MASLATON v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 3:16‒01663
LEVIN v. CAPITAL ONE FINANCIAL CORPORATION, ET AL.,
   C.A. No. 3:16‒03580

    Eastern District of Pennsylvania

WINNER, ET AL. v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 2:16‒01541
MCFADDEN v. KOHL'S CORPORATION, C.A. No. 2:16‒01763
RAMSEY v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 2:16‒03306

    Middle District of Pennsylvania

COOK v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 1:16‒00108
CRANOR v. KOHL'S DEPARTMENT STORES, INC., C.A. No. 4:16‒00356

    Eastern District of Texas

BUZAN, ET AL. v. KOHL'S CORPORATION, C.A. No. 1:16‒00180

Eastern District of Wisconsin

HERNANDEZ v. KOHL'S DEPARTMENT STORES, INC., ET AL.,
    C.A. No. 2:15‒01180

MDL No. 2737 ‒ **IN RE: 21ST CENTURY ONCOLOGY CUSTOMER DATA SECURITY
    BREACH LITIGATION**

Motion of defendants 21st Century Oncology Holdings, Inc.; 21st Century Oncology,
LLC; 21st Century Oncology Management Services, Inc.; 21st Century Oncology, Inc.; 21st
Century Services, LLC; and 21st Century Oncology of California to transfer the following
actions to the United States District Court for the Middle District of Florida:

Central District of California

BONILLA v. 21ST CENTURY ONCOCLOGY OF CALIFORNIA, ET AL.,
    C.A. No. 5:16‒01434

Northern District of California

PADILLA v. 21ST CENTURY ONCOLOGY HOLDINGS, INC., ET AL.,
    C.A. No. 3:16‒03711
CORBEL, ET AL. v. 21ST CENTURY ONCOLOGY OF CALIFORNIA,
    ET AL., C.A. No. 4:16‒02944

Middle District of Florida

KAPLAN v. 21ST CENTURY ONCOLOGY HOLDINGS, INC., C.A. No. 2:16‒00210
DICKMAN v. 21ST CENTURY ONCOLOGY HOLDINGS, INC., ET AL.,
    C.A. No. 2:16‒00218
POLOVOY v. 21ST CENTURY ONCOLOGY HOLDINGS, INC.,
    C.A. No. 2:16‒00219
BIMONTE, ET AL. v. 21ST CENTURY ONCOLOGY, INC., ET AL.,
    C.A. No. 2:16‒00223
SCHWARTZ, ET AL. v. 21ST CENTURY, C.A. No. 2:16‒00241
RUSSELL v. 21ST CENTURY ONCOLOGY HOLDINGS, INC., C.A. No. 2:16‒00242
BABURCHAK, ET AL. v. 21ST CENTURY ONCOLOGY, LLC, ET AL.,
    C.A. No. 2:16‒00245
BARBIERI v. 21ST CENTURY ONCOLOGY HOLDINGS, INC.,
    C.A. No. 2:16‒00252
RADAUSCHER, ET AL. v. 21ST CENTURY ONCOLOGY HOLDINGS, INC.,
    C.A. No. 2:16‒00257

TRELEASE v. 21ST CENTURY ONCOLOGY HOLDINGS, INC.,
    C.A. No. 2:16‒00258
DELGADO v. 21ST CENTURY ONCOLOGY HOLDINGS, INC.,
    C.A. No. 2:16‒00259
MEULENBERG, ET AL. v. 21ST CENTURY ONCOLOGY HOLDINGS, INC.,
    C.A. No. 2:16‒00332
BIRKEN‒SIKORA, ET AL. v. 21ST CENTURY ONCOLOGY HOLDINGS, INC.,
    ET AL., C.A. No. 2:16‒00334

MDL No. 2738 ‒ **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Tanashiska Lumas to transfer the following actions to the United States District Court for the Southern District of Illinois:

    <u>Eastern District of California</u>

ESTRADA v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14‒01051

    <u>Northern District of California</u>

GOULD v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:16‒03838

    <u>Northern District of Illinois</u>

MUSGROVE v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:16‒06847

    <u>Southern District of Illinois</u>

MIHALICH v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:14‒00600
LUMAS v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:16‒00741

    <u>Middle District of Louisiana</u>

ANDERSON v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:16‒00447

    <u>Northern District of Mississippi</u>

RICH‒WILLIAMS v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:16‒00121

     <u>District of New Jersey</u>

CHAKALOS v. JOHNSON & JOHNSON, ET AL., C.A. No. 3:14−07079

     <u>Western District of Oklahoma</u>

ROBB, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 5:16−00620

     <u>Eastern District of Pennsylvania</u>

BORS v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:16−02866

     <u>Middle District of Tennessee</u>

KUHN v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:16−00055

**MDL No. 2739** − **IN RE: ESSURE BIRTH CONTROL DEVICE PRODUCTS LIABILITY LITIGATION**

     Motion of plaintiffs Helen McLaughlin; Ruth Ruble; Melda Strimel; Susan Stelzer; Heather Walsh; Stacy Clarke, et al.; Valerie Souto, et al.; Yolonda Bailey, et al.; Bradley Bailey, et al.; Stacy Morgan, et al; Melissa Tulgetske, et al.; Claudia Abbey, et al.; Mandy Burgis, et al.; Krystal Donahue, et al.; Harmony Mantor, et al.; Christine O'Donnell, et al.; Cynthia Gross, et al.; Danielle Johnson; Jennifer Summerlin, et al.; Kristyn Rodvill, et al.; Madeline Bernal, et al.; Jammie Aponte, et al.; and Alexandra Dunstan, et al., to transfer the following actions to the United States District Court for the Eastern District of Pennsylvania:

     <u>Northern District of California</u>

SCOTT v. BAYER CORPORATION, ET AL., C.A. No. 3:16−03369
AIGNER, ET AL. v. BAYER CORPORATION, ET AL., C.A. No. 3:16−03437

     <u>District of Idaho</u>

RICHARDSON, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC.,
   ET AL., C.A. No. 4:15−00443

     <u>Eastern District of Missouri</u>

DORMAN, ET AL. v. BAYER CORPORATION, ET AL., C.A. No. 4:16−00601
WILLIAMS, ET AL. v. BAYER CORPORATION, ET AL., C.A. No. 4:16−01105

Eastern District of Pennsylvania

MCLAUGHLIN v. BAYER, CORP., ET AL., C.A. No. 2:14−07315
RUBLE v. BAYER, CORP., ET AL., C.A. No. 2:14−07316
STRIMEL v. BAYER, CORP., ET AL., C.A. No. 2:14−07317
STELZER v. BAYER, CORP., ET AL., C.A. No. 2:14−07318
WALSH v. BAYER CORP., ET AL., C.A. No. 2:15−00384
CLARKE, ET AL. v. BAYER, CORP., ET AL., C.A. No. 2:16−01645
SOUTO, ET AL. v. BAYER, CORP., ET AL., C.A. No. 2:16−01921
BAILEY, ET AL. v. BAYER CORP., ET AL., C.A. No. 2:16−02154
BAILEY, ET AL. v. BAYER, CORP., ET AL., C.A. No. 2:16−02166
MORGAN, ET AL. v. BAYER, CORP., ET AL., C.A. No. 2:16−02717
TULGETSKE, ET AL. v. BAYER CORP., ET AL., C.A. No. 2:16−03049
ABBEY, ET AL. v. BAYER CORP., ET AL., C.A. No. 2:16−03409
BURGIS, ET AL. v. BAYER CORP., ET AL., C.A. No. 2:16−03589
DONAHUE, ET AL. v. BAYER, CORP., ET AL., C.A. No. 2:16−03710
MANTOR, ET AL. v. BAYER, CORP., ET AL., C.A. No. 2:16−03730
O'DONNELL, ET AL. v. BAYER CORP., ET AL., C.A. No. 2:16−03731
GROSS, ET AL. v. BAYER, CORP., ET AL., C.A. No. 2:16−03732
JOHNSON ET AL. v. BAYER, CORP, ET AL., C.A. No. 2:16−03733
SUMMERLIN, ET AL. v. BAYER CORP., ET AL., C.A. No. 2:16−03766
RODVILL, ET AL. v. BAYER, CORP., ET AL., C.A. No. 2:16−03767
BERNAL, ET AL. v. BAYER, CORP., ET AL., C.A. No. 2:16−03768
APONTE, ET AL. v. BAYER CORP., ET AL., C.A. No. 2:16−03769
DUNSTAN, ET AL. v. BAYER CORP., ET AL., C.A. No. 5:16−01458

## MDL No. 2740 − **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Kelly Gahan and Veronica Smith to transfer the following actions to the United States District Court for the Eastern District of Louisiana:

Central District of California

COLLINS v. SANOFI S.A., ET AL., C.A. No. 2:16−05418

Northern District of California

DODSON v. SANOFI S.A., ET AL., C.A. No. 4:16−01251

- 10 -

District of Colorado

GAHAN v. SANOFI S.A., ET AL., C.A. No. 1:15−02777
LEITH v. SANOFI S.A., ET AL., C.A. No. 1:16−00741

Northern District of Illinois

SPANN v. SANOFI S.A., ET AL., C.A. No. 1:16−03038
PISTONE v. SANOFI S.A., ET AL., C.A. No. 1:16−04028
TRAYLOR v. SANOFI S.A., ET AL., C.A. No. 1:16−05651
JOHNSON v. SANOFI−AVENTIS U.S. LLC, ET AL., C.A. No. 1:16−06754
WYSOCKI v. SANOFI S.A., ET AL., C.A. No. 1:16−07059

Southern District of Illinois

CHASE v. SANOFI S.A., ET AL., C.A. No. 3:16−00588
DALTON v. SANOFI S.A., ET AL., C.A. No. 3:16−00718
KOONTZ v. SANOFI S.A., ET AL., C.A. No. 3:16−00805

District of Kansas

DETRIXHE v. SANOFI S.A., ET AL., C.A. No. 2:16−02250

Eastern District of Louisiana

BEMISS v. SANOFI S.A., ET AL., C.A. No. 2:16−06425
SMITH v. SANOFI S.A., ET AL., C.A. No. 2:16−07794
WEBB v. SANOFI S.A., ET AL., C.A. No. 2:16−10763
WALTER v. SANOFI S.A., ET AL., C.A. No. 2:16−12706
SMITH v. SANOFI S.A., ET AL., C.A. No. 2:16−12943

Middle District of Louisiana

BURNEY v. SANOFI S.A., ET AL., C.A. No. 3:16−00388

District of Minnesota

TOUCHI−PETERS v. SANOFI S.A., ET AL., C.A. No. 0:16−02464

Southern District of Mississippi

JONES v. SANOFI S.A., ET AL., C.A. No. 3:16−00288
CARPENTER v. SANOFI S.A., ET AL., C.A. No. 3:16−00289
CHASE v. SANOFI S.A., ET AL., C.A. No. 3:16−00404
TOLEFREE v. SANOFI S.A., ET AL., C.A. No. 3:16−00412
GRINES v. SANOFI S.A., ET AL., C.A. No. 3:16−00488

Western District of North Carolina

MOTTOLA v. SANOFI S.A., ET AL., C.A. No. 3:16−00255
WOOD v. SANOFI S.A., ET AL., C.A. No. 3:16−00261

Northern District of Ohio

CARSON v. SANOFI S.A., ET AL., C.A. No. 1:16−00165

District of South Carolina

MEYERS v. SANOFI SA, ET AL., C.A. No. 3:16−02536
CLINKSCALES v. SANOFI SA, ET AL., C.A. No. 6:16−02376

Eastern District of Tennessee

ADAMS v. SANOFI−AVENTIS, S.A., ET AL. (JRG2), C.A. No. 3:16−00365

Northern District of Texas

FREE v. SANOFI S.A., ET AL., C.A. No. 2:16−00074

Western District of Texas

GORNIAK v. SANOFI S.A., ET AL., C.A. No. 1:16−00637

MDL No. 2741 − **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Edwin Hardeman and Emanuel Richard Giglio to transfer the following actions to the United States District Court for the Southern District of Illinois:

Central District of California

MCCALL v. MONSANTO COMPANY, C.A. No. 2:16−01609

- 12 -

HERNANDEZ, ET AL. v. MONSANTO COMPANY, C.A. No. 2:16−01988
JOHANSING v. MONSANTO COMPANY, C.A. No. 2:16−05035
SANDERS, ET AL. v. MONSANTO COMPANY, C.A. No. 5:16−00726

    <u>Eastern District of California</u>

MENDOZA v. MONSANTO COMPANY, C.A. No. 1:16−00406

    <u>Northern District of California</u>

HARDEMAN v. MONSANTO COMPANY, ET AL., C.A. No. 3:16−00525
STEVICK, ET AL. v. MONSANTO COMPANY, C.A. No. 3:16−02341

    <u>Southern District of California</u>

GIGLIO v. MONSANTO COMPANY, ET AL., C.A. No. 3:15−02279

    <u>Southern District of Florida</u>

RUIZ, ET AL. v. MONSANTO COMPANY, C.A. No. 9:16−80539

    <u>District of Hawaii</u>

SHEPPARD, ET AL. v. MONSANTO COMPANY, C.A. No. 1:16−00043
JOHNSON v. MONSANTO COMPANY, C.A. No. 1:16−00075

    <u>Northern District of Illinois</u>

GIBBS v. MONSANTO COMPANY, C.A. No. 1:16−07588

    <u>Southern District of Illinois</u>

BRIDGEMAN v. MONSANTO COMPANY, C.A. No. 3:16−00812
HARRIS v. MONSANTO COMPANY, ET AL., C.A. No. 3:16−00823
PATTERSON v. MONSANTO COMPANY, C.A. No. 3:16−00825

    <u>Western District of Kentucky</u>

MEANS v. MONSANTO COMPANY, C.A. No. 5:16−00112

Eastern District of Louisiana

WORK v. RAGAN AND MASSEY, INC., ET AL., C.A. No. 2:16‒07491

District of Massachusetts

SCHEFFER v. MONSANTO COMPANY, C.A. No. 1:16‒11489

Northern District of Mississippi

COUEY v. MONSANTO COMPANY, C.A. No. 4:16‒00149

District of Nebraska

DOMINA, ET AL. v. MONSANTO COMPANY, C.A. No. 4:16‒03074

Western District of Wisconsin

PORATH v. MONSANTO COMPANY, C.A. No. 3:16‒00518

MDL No. 2742 ‒ **IN RE: SUNEDISON, INC., SECURITIES LITIGATION**

Motion of plaintiff Municipal Employees' Retirement System of Michigan to transfer the following actions to the United States District Court for the Southern District of New York:

Northern District of California

COBALT PARTNERS, LP, ET AL. v. SUNEDISON, INC., ET AL.,
    C.A. No. 3:16‒02263
GLENVIEW CAPITAL PARTNERS, L.P., ET AL. v. SUNEDISON, INC., ET AL.,
    C.A. No. 3:16‒02264
BLOOM, ET AL. v. SUNEDISON, INC., ET AL., C.A. No. 3:16‒02265
OMEGA CAPITAL INVESTORS, L.P., ET AL. v. SUNEDISON, INC., ET AL.,
    C.A. No. 3:16‒02268
BELTRAN v. TERRAFORM GLOBAL, INC., ET AL., C.A. No. 5:15‒04981
PYRAMID HOLDINGS, INC. v. TERRAFORM GLOBAL, INC., ET AL.,
    C.A. No. 5:15‒05068
OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM v.
    SUNEDISON, INC., ET AL., C.A. No. 5:16‒02267
BADRI v. TERRAFORM GLOBAL, INC., ET AL., C.A. No. 5:16‒02269
IRON WORKERS MID‒SOUTH PENSION FUND v. TERRAFORM GLOBAL, INC.,
    ET AL., C.A. No. 5:16‒02270

- 14 -

PATEL v. TERRAFORM GLOBAL, INC., ET AL., C.A. No. 5:16−02272
FRASER v. TERRAFORM GLOBAL, INC., ET AL., C.A. No. 5:16−02273

District of Maryland

CHAMBLEE v. TERRAFORM POWER, INC., ET AL., C.A. No. 8:16−00981

Eastern District of Missouri

HOROWITZ v. SUNEDISON, INC., ET AL., C.A. No. 4:15−01769
USENKO v. SUNEDISON, INC., ET AL., C.A. No. 4:16−00076
CHURCH v. CHATILA, ET AL., C.A. No. 4:16−00628

MDL No. 2743 − **IN RE: LUMBER LIQUIDATORS CHINESE−MANUFACTURED LAMINATE FLOORING DURABILITY MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Jesus Abad, et al., to transfer the following actions to the United States District Court for the Central District of California:

Central District of California

ABAD, ET AL. v. LUMBER LIQUIDATORS, INC., C.A. No. 2:15−03795
DUNKIN v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05276
STRONG v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05283
LEONARD, ET AL. v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05286
RYAN v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05287
MANZO v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05289
HENSLEY v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05290
BENNETT v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05299
HOTALING, ET AL. v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05302
WEBSTER v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05398
JACKSON v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05406
MCPHERSON v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05409
KUNICKI v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05413
GOODLING v. LUMBER LIQUIDATORS, INC., C.A. No. 2:16−05414

Middle District of Florida

GREEN v. LUMBER LIQUIDATORS, INC., C.A. No. 8:16−02142

Southern District of Mississippi

BOLIN v. LUMBER LIQUIDATORS, INC., C.A. No. 3:16‒00590

MDL No. 2744 ‒ **IN RE: FCA US LLC MONOSTABLE ELECTRONIC GEARSHIFT LITIGATION**

Motion of plaintiff Timothy Weber to transfer the following actions to the United States District Court for the Eastern District of Michigan:

Central District of California

WALL, ET AL. v. FCA US LLC, C.A. No. 5:16‒01341

Eastern District of Michigan

VOSBURGH v. FCA US LLC, C.A. No. 2:16‒12571
WEBER v. FCA US LLC, C.A. No. 2:16‒12574
HARTT, ET AL. v. FCA US LLC, C.A. No. 2:16‒12758

Eastern District of New York

MACK, ET AL. v. FCA US LLC, C.A. No. 2:16‒04133

Middle District of Tennessee

HARBIN, ET AL. v. FCA US LLC, C.A. No. 2:16‒00055

**SECTION B**
**MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT**

MDL No. 1358 – **IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE")**
**PRODUCTS LIABILITY LITIGATION**

  Motion of defendants Exxon Mobil Corporation and ExxonMobil Oil Corporation to transfer the following action to the United States District Court for the Southern District of New York:

    <u>District of New Hampshire</u>

  SHORT, ET AL. v. AMERADA HESS CORPORATION, ET AL., C.A. No. 1:16‒00204

MDL No. 1570 – **IN RE: TERRORIST ATTACKS ON SEPTEMBER 11, 2001**

  Opposition of plaintiffs Underwriting Members of Lloyd's Syndicate 2, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

    <u>Western District of Pennsylvania</u>

  UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, ET AL. v. AL RAJHI
    BANK, ET AL., C.A. No. 3:16‒00019

MDL No. 1720 – **IN RE: PAYMENT CARD INTERCHANGE FEE AND MERCHANT**
**DISCOUNT ANTITRUST LITIGATION**

  Opposition of plaintiff Broadway Grill, Inc., to transfer of the *Broadway Grill, Inc.*, action to the United States District Court for the Eastern District of New York and motion of defendants Visa Inc.; Visa U.S.A. Inc.; Visa International Service Association; MasterCard Incorporated; and MasterCard International Incorporated to transfer *The Home Depot, Inc.,* action to the United States District Court for the Eastern District of New York:

    <u>Northern District of California</u>

  BROADWAY GRILL, INC. v. VISA INC., ET AL., C.A. No. 4:16‒04040

    <u>Northern District of Georgia</u>

  THE HOME DEPOT, INC., ET AL. v. VISA INC., ET AL., C.A. No. 1:16‒01947

- 17 -

MDL No. 1916 – **IN RE: CHIQUITA BRANDS INTERNATIONAL, INC., ALIEN TORT STATUTE AND SHAREHOLDERS DERIVATIVE LITIGATION**

Oppositions of plaintiffs Jane Does (1-144), et al., and John Doe 1, et al., and defendants Chiquita Brands International, Inc.; Fernando Aguirre; Cyrus Freidheim; Robert Kistinger; Charles Keiser; Steven Warshaw; William Tsacalis; Robert Olson; and Carla A. Hills to remand, under 28 U.S.C. § 1407(a), of the following actions to their respective transferor courts:

<u>District of District of Columbia</u>

DOES (1–144) v. CHIQUITA BRANDS INTERNATIONAL, INC., ET AL.,
    C.A. No. 1:07–01048

<u>District of New Jersey</u>

DOE 1, ET AL. v. CHIQUITA BRANDS INTERNATIONAL, INC., ET AL.,
    C.A. No. 2:07–03406

MDL No. 2543 – **IN RE: GENERAL MOTORS LLC IGNITION SWITCH LITIGATION**

Opposition of plaintiffs Loe Anne Pino, et al., to transfer of the following action to the United States District Court for the Southern District of New York:

<u>District of Rhode Island</u>

PINO v. GENERAL MOTORS LLC, ET AL., C.A. No. 1:16–00285

MDL No. 2591 – **IN RE: SYNGENTA AG MIR162 CORN LITIGATION**

Opposition of plaintiffs Thomas Terway, et al., to transfer of the following action to the United States District Court for the District of Kansas:

<u>District of Nevada</u>

TERWAY, ET AL. v. SYNGENTA SEEDS, LLC, ET AL., C.A. No. 2:16–01587

MDL No. 2592 – **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Glenda McConnell, et al., to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Western District of Missouri

MCCONNELL, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, ET AL., C.A. No. 4:16‒00794

MDL No. 2599 – **IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Lawrence E. Casper to transfer of the following action to the United States District Court for the Southern District of Florida:

District of New Jersey

CASPER v. BMW OF NORTH AMERICA, LLC., C.A. No. 2:16‒02961

MDL No. 2672 – **IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of California:

Central District of California

GRYCZMAN, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL., C.A. No. 2:16‒05068

District of Colorado

BERRY, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL., C.A. No. 1:16‒01368
LORD, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL., C.A. No. 1:16‒01371
KEHL, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL., C.A. No. 1:16‒01372
NORTON, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL., C.A. No. 1:16‒01373
VANN, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL., C.A. No. 1:16‒01375

RICHIE, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
　　C.A. No. 1:16–01378
CIONE, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
　　C.A. No. 1:16–01482
CIONE, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
　　C.A. No. 1:16–01483

　　　　Middle District of Florida

YARIN v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
　　C.A. No. 8:16–01382

　　　　Eastern District of Louisiana

ABBASI v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
　　C.A. No. 2:16–12956

　　　　Western District of Missouri

MOLLE AUTOMOTIVE GROUP, LLC D/B/A MOLLE VOLKSWAGEN v.
　　VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 2:16–04151
HENLEY, JR. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
　　C.A. No. 4:16–00619

　　　　District of New Jersey

BORRELLI v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 1:16–04147
JDN AA, LLC v. VOLKSWAGEN GROUP OF AMERICA, INC.,
　　C.A. No. 2:16–03748

　　　　Western District of Oklahoma

PRUITT v. VOLKSWAGEN AG, ET AL., C.A. No. 5:16–00759

　　　　District of South Carolina

RICKENMANN v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
　　C.A. No. 3:16–02426

　　　　Northern District of Texas

DYE, ET AL. v. PORSCHE CARS NORTH AMERICA, INC., ET AL.,
　　C.A. No. 4:16–00537

<u>Western District of Texas</u>

SULLIVAN v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 1:16–00634
BUOY, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
    C.A. No. 1:16–00635
CHEEK, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
    C.A. No. 1:16–00706
ALTSCHUL, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
    C.A. No. 1:16–00713

<u>Western District of Washington</u>

FARMER v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
    C.A. No. 3:16–05611

MDL No. 2705 – **IN RE: 100% GRATED PARMESAN CHEESE MARKETING AND
SALES PRACTICES LITIGATION**

Oppositions of plaintiffs David Greenstein and Rebekah Prewitt, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

<u>Central District of California</u>

GREENSTEIN v. KRAFT HEINZ COMPANY, C.A. No. 2:16–03345

<u>Northern District of California</u>

PREWITT, ET AL. v. SAFEWAY INC., C.A. No. 3:16–02753

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)     Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)     Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)  The parties affected by a motion to transfer may agree to waive oral argument.  The Panel will take this into consideration in determining the need for oral argument.

(c)     Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)     the dispositive issue(s) have been authoritatively decided; or
(ii)    the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)     Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)  Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
(ii)  The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e)     Duty to Confer.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)     Time Limit for Oral Argument.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.