**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*State of Rhode Island v. Alon Refining, et al.*, United States District Court for the District of Rhode Island (Case No. CA16-495) | MDL No. 1358 |

## SCHEDULE OF ACTIONS

| Case Name | Filed | Court | Docket Number | Judge |
|---|---|---|---|---|
| *State of Rhode Island v. Alon Refining, et al.* | September 6, 2016 | D.R.I. | 1:16-cv-00495-S-PAS | Honorable William E. Smith |