BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*State of Rhode Island v. Alon Refining, et al.*, United States District Court for the District of Rhode Island (Case No. CA16-495) | MDL No. 1358 |

## NOTICE OF CERTAIN DEFENDANTS' MOTION
## FOR TRANSFER OF ACTION PURSUANT TO 28 U.S.C. § 1407

Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation and Mobil Corporation, and on behalf of the Defendants listed in Attachment A, (collectively, "Defendants"), respectfully move this Panel pursuant to 28 U.S.C. § 1407 and Rules 6.1, 6.2 and 7.1(b)(i) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("JPML Rule(s)"), to transfer the matter entitled *State of Rhode Island v. Alon Refining, et al.* ("*Rhode Island*") to MDL Docket No. 1358 for coordinated pretrial proceedings.

Defendants' motion is based upon the accompanying Memorandum of Law in Support of Certain Defendants' Motion for Transfer of Action Pursuant to 28 U.S.C. § 1407 and any reply brief or oral argument that may be permitted.

Dated: New York, New York
   November 21, 2016

By: _____
James A. Pardo
Lisa A. Gerson
McDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, New York 10173
Tel: (212) 547-5400
Fax: (212) 547-5444

*Attorneys for Defendants Exxon Mobil Corporation, ExxonMobil Oil Corporation, and Mobil Corporation*

*And*

*On behalf of the Defendants Identified on Attachment A*

**Attachment A**

Alon Refining Krotz Springs
Atlantic Richfield Company
BP Products North America
Coastal Eagle Point Oil Company
Equilon Enterprises LLC
Exxon Mobil Corporation
ExxonMobil Oil Corporation
Hess Corporation
Marathon Oil Company
Marathon Petroleum Company LP
Mobil Corporation
Motiva Enterprises LLC
Paulsboro Refining Company, LLC
Shell Oil Company
Shell Oil Products Company LLC
Shell Petroleum, Inc.
Shell Trading (US) Company
Sunoco, Inc. (R&M)
Total Petrochemical & Refining USA, Inc.
The Premcor Refining Group, Inc.
Ultramar Energy
Valero Energy Corporation
Valero Marketing and Supply Company
Valero Refining-Texas, L.P.