BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*State of Rhode Island v. Alon Refining, et al.*, United States District Court for the District of Rhode Island (Case No. CA16-495) | MDL No. 1358 |

## WITHDRAWAL OF DOCUMENT 492 "NOTICE OF TAG-ALONG" AND DOCUMENT 494 "MOTION TO TRANSFER (TAG-ALONG)" FOR DEFENDANT EXXON MOBIL CORPORATION

Defendant Exxon Mobil Coroporation hereby withdraws document 492 "Notice of Tag-Along" and document 494 "Motion to Transfer (Tag-Along)" filed on November 21st and November 22nd 2016 for the purpose of immidate refiling properly spreading the docket entry.

Dated: November 22, 2016

Respectfully submitted,

McDermott Will & Emery

By: s/ *Lisa Gerson*
Lisa Gerson
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5769
Facsimile: (212) 547-5444
Email: lgerson@mwe.com

*Attorneys for Exxon Mobil Corporation*