BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*State of Rhode Island v. Alon Refining, et al.*, United States District Court for the District of Rhode Island (Case No. CA16-495) | MDL No. 1358 |

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for EXXON MOBIL CORPORATION certifies that this party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

The undersigned counsel for EXXONMOBIL OIL CORPORATION certifies that its party is a non-governmental corporate party and its parent corporation is EXXON MOBIL CORPORATION.

The undersigned counsel for MOBIL OIL CORPORATION certifies that its party is a non-governmental corporate party and its parent corporation is EXXON MOBIL CORPORATION.

Date: 12/05/16

/s/ James A. Pardo
McDermott Will & Emery
340 Madison Avenue
New York, New York 10173