BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE METHYL TERTIARY-BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File C.A. No. 1:00-1898<br>MDL 1358 |
| **This document relates to:**<br>*State of Rhode Island v. Alon Refining et al.*; United States District Court for the District of Rhode Island (Case No.: CA16-495) | |

_____

## NOTICE OF APPEARANCE - EXHIBIT A

The undersigned counsel represents the following Defendant companies in the above captioned matter:

Paulsboro Refining Company LLC

The Premcor Refining Group

Ultramar Energy Corporation

Valero Energy Corporation

Valero Marketing and Supply Company

Valero Refining-Texas, L.P.


Date: December 5, 2016                             /s/ Erika Anderson
                                                   Dowd Bennett LLP
                                                   7733 Forsyth Blvd., Suite 1900
                                                   Clayton, Missouri 63105