BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| |
|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION |
| This Document Relates To: |
| *State of Rhode Island v. Alon Refining, et al.*, United States District Court for the District of Rhode Island (Case No. CA 16-495) |

MDL NO. 1358

### CERTIFICATION OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Appearance of Carlton D. Wilde, III has been served upon the following counsel of record by File & ServeXpress, electronic mail, and/or ECF, on this 6th day of December, 2016.

_____
Carlton D. Wilde, III

P. Scott Summy
Baron & Budd, PC
3102 Oak Lawn Ave., Ste, 1100
Dallas, TX 75219
(214)521-3605
SSummy@baronbudd.com
*State of Rhode Island*

Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
(212) 558-5500
RGreenwald@weitzlux.com
*State of Rhode Island*

Frank Dante
Blank Rome LLP
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103-6998
(212) 885-5000
Dante@BlankRome.com
*Alon Refining Krotz Springs*

Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2064
alangan@kirkland.com
*Atlantic Richfield Company*
*BP Products North America Inc.*

Steve Leifer
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
(202) 639-7700
sleifer@bakerbotts.com
*Ashland, Inc.*
*Hess Corporation*
*Marathon Oil Company*
*Marathon Petroleum Company, LP*

Charles Correll
King & Spalding
101 Second Street, Suite 2300
San Francisco, CA 94105
(415)318-1200
CCorrell@KSLAW.com
*Chevron US.A. Inc.*
*TRMI-H LLC.*

Pam Hanebutt
Eimer Stahl
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
phanebutt@EimerStahl.com
(312) 660-7600
*CITGO Petroleum Corporation*
*CITGO Refining and Chemicals Company, L.P.*
*PDV Midwest Refining Company, LLC*

James Messenger
Gordon & Rees
21 Custom House Street, 5th Floor
Boston, MA 02110
(857) 263-2000
jmessenger@gordonrees.com
*Coastal Eagle Point Oil Company*

Matthew Thurlow
Latham & Watkins
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200
Matthew.Thurlow@lw.com
*ConocoPhillips Company*

Peter Condron
Sedgwick
2900 K Street NW, Harbourside, Suite 500
Washington, D.C. 20007-5127
(202) 204-1000
Peter.Condron@sedgwicklaw.com
*Equilon Enterprises LLC*
*Motiva Enterprises*
*Shell Oil Company*
*Shell Oil Products Company LLC*
*Shell Petroleum, Inc.*
*Shell Trading (US) Company*
*TMR Company*

Glenn Pogust
Kaye Scholer LLP
250 West 55th Street
New York, NY 100019
(212)836-7801
Glenn.Pogust@kayescholer.com
*Highlands Fuel Delivery, LLC*
*Irving Oil Limited*

Kelly Murrie
Dowd Bennett
7733 Forsyth Blvd., Suite 1900
St, Louis, MO 63105
(314) 889-7300
kmurrie@dowdbennett.com
*Paulsboro Refining Company, LLC*
*The Premcor Refining Group*
*Ultramar Energy, Inc.*
*Valero Energy Corporation*
*Valero Marketing and Supply Company*
*Valero-Refining-Texas, L.P.*

-4-

Daniel Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue
New York, NY 10022
(212) 702-5417
DKrainin@bdlaw.com
*Sunoco, Inc. (R&M)*

James A. Pardo
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173
jpardo@mwe.com
*Exxon Mobil Corporation*
*ExxonMobil Oil Corporation*
*Mobil Corporation*