BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION  ) ) ) ) | Master File C.A. No. 1:10-1898 MDL 1358 |
| This document relates to: ) ) *State of Rhode Island v. Alon Refining Krotz Springs, et al.*; United States District of Rhode Island (Case No. 1:16-cv-00495) ) ) ) ) ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing NOTICE OF APPEARANCE OF NEIL F.X. KELLY, Assistant Attorney General for the Plaintiff, State of Rhode Island, has been served upon the following counsel of record by File & Serve Xpress, electronic mail, and/or ECF, on this  6th  day of December, 2016.

        Respectfully submitted,

        State of Rhode Island
        By its Attorney

        /s/ Neil F.X. Kelly

        Neil F.X. Kelly, #4515
        Assistant Attorney General
        150 South Main Street
        Providence, RI 02903
        (401) 274-4400 ext. 2284
        Fax: (401) 222-2995
        nkelly@riag.ri.gov

P. Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
(214) 521-3605
SSummy@baronbudd.com
*State of Rhode Island*

Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
(212) 558-550
RGreenwald@weitzlux.com
*State of Rhode Island*


Peter F. Kilmartin, Attorney General
Rebecca T. Partington, Assistant Attorney General
Michael Rubin, Assistant Attorney General
Department of Attorney General
Civil Division
150 South Main Street
Providence, RI  02903
401-274-4400
MRubin@riag.ri.gov; rpartington@riag.ri.gov
*State of Rhode Island*

Frank Dante
Blank Rome LLP
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103-6998
(212) 885-5000
Dante@BlankROme.com
*Alon Refining Krotz Springs, Inc.*

Andrew R. Running
J. Andrew Langan
Bradley H. Weidenhammer
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2064
andrew.running@kirkland.com
andrew.langan@kirkland.com
bradley.weidenhammer@kirkland.com
*Atlantic Richfield Company*
*BP Products North America Inc*.

Steve Leifer
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
(202) 639-7700
leifer@bakerbotts.com
*Ashland, Inc.*
*Hess Corporation*
*Marathon Oil Company*
*Marathon Petroleum Company, LP*

Charles Correll
King & Spalding
101 Second Street, Suite 2300
San Francisco, CA 94105
(415) 318-1200
CCorrell@KSLAW.com
*Chevron U.S.A. Inc.*
*TRMI-HLLC*

Lisa S. Meyer
Nathan P. Eimer
Pamela R. Hanebutt
Eimer Stahl
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
neimer@eimerstahl.com
phanebutt@eimerstahl.com
lmeyer@eimerstahl.com
(312) 660-7600
*CITGO Petroleum Corporation*
*CITGO Refining and Chemicals Company, L.P.*
*PDV Midwest Refining Company, LLC*

James Messenger
Gordon & Rees
21 Custom House Street, 5th Floor
Boston, MA 02110
(857) 263-2000
jmessenger@gordonrees.com
*Coastal Eagle Point Oil Company*

Matthew Thurlow
Lathan & Watkins
555 Eleventh Street NW, Suite 1000
Washington, DC  20004-1304
(202) 637-1051
Matthew.Thurlow@lw.com
*ConocoPhillips Company*

Mary Rose Alexander
Latham & Watkins LLP
330 N. Wabash Ave., Suite 2800
Chicago, IL  60611
(312) 876-7700
mary.rose.alexander@lw.com
*ConocoPhillips Company*

Peter Condron
Sedgwick
2900 K Street NW, Harbourside
Suite 500
Washington, DC  20007-5127
(202) 204-1000
Peter.Condron@sedgwicklaw.com
*Equilon Enterprise LLC*
*Motiva Enterprises*
*Shell Oil Company*
*Shell Oil Products Company LLC*
*Shell Petroleum, Inc.*
*Shell Trading (US) Company*
*TMR Company*

James A. Pardo
Peter Sacripanti
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
(212) 547-5353
jpardo@mwe.com
*Exxon Mobil Corporation*
*Exxon Mobil Oil Corporation*
*Mobil Oil Corporation*

Glenn J. Pogust
James D. Herschlein
Kaye Scholer LLP
250 West 55th Street
New York, NY  10019
glenn.pogust@kayescholer.com
james.herschlein@kayescholer.com
*Highlands Fuel Delivery, LLC*
*Irving Oil Limited*

Daniel Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue
New York, NY 10022
(212) 702-5417
DKrainin@bdlaw.com
*Sunoco, Inc. (R&M)*

Amy Parker
Bracewell & Giuliani
711 Louisiana Street, Suite 2300
Houston, TX  77002-2770
(713) 223-2300
Amy.Parker@bracewelllaw.com
*Total Petrochemicals & Refining USA, Inc.*

Erika Anderson
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1900
Clayton, MO  63105
(314) 677-4419
eanderson@dowdbennett.com
*Paulsboro Refining Company LLC*
*The Premcor Refining Group*
*Ultramar Energy Corporation*
*Valero Energy Corporation*
*Valero Marketing and Supply Company*
*Valero Refining-Texas, L.P.*

John A. Tarantino
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
jtarantino@apslaw.com
*Atlantic Richfield Company*
*BP Products North America Inc.*

Gerald J. Petros
Ryan M. Gainor
Hinckley Allen
100 Westminster Street, Suite 1500
Providence, RI 02903
(401) 274-2000
gpetros@hinckleyallen.com; rgainor@hinckleyallen.com
*Counsel for Highlands Fuel Delivery, LLC*
*Irving Oil, Ltd.*

Matthew T. Oliverio
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI  02903
(401) 861-2900
mto@om-rilaw.com
*Exxon Mobil Corporation*
*ExxonMobil Oil Corporation*
*Mobil Corporation*

Anthony A. Bongiorno
McDermott Will & Emery LLP
28 State Street
Boston, MA  02109
abongiorno@mwe.com
*Exxon Mobil Corporation*
*ExxonMobil Oil Corporation*
*Mobil Corporation*

Deborah E. Barnard
Holland & Knight LLP
10 S. James Avenue
Boston, MA  02116
doborah.barnard@hklaw.com
*Exxon Mobil Corporation*
*ExxonMobil Oil Corporation*
*Mobil Corporation*

Stephen J. MacGillivray
John E. Bulman
PIERCE ATWOOD LLP
72 Pine Street
Providence, RI  02903
401-588-5113
smacgillivray@PierceAtwood.com
jbulman@PierceAtwood.com
*CITGO Petroleum Corporation*
*CITGO Refining and Chemicals Company L.P.*
*PDV Midwest Refining, L.L.C.*

Robert G. Flanders, Jr.
Whelan, Corrente, Flanders, Kinder & Siket LL
100 Westminster Street, Suite 710
Providence, RI  02903
401-270-4500
rflanders@whelancorrente.com
*ConocoPhillips Company*

Paul M. Sanford
Benjamin Caldwell
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI  02903
psanford@burnslev.com
bcaldwell@burnslev.com
(401) 831-8330
*Ultramar Energy, Inc.*
*Valero Energy Corporation*
*Valero Marketing and Supply Company*
*Valero-Refining Texas, LP*
*Paulsboro Refining Company, LLC*