BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*State of Rhode Island. v. Alon Refining Krotz Springs et al.,* No. 1:16-CV-00495 (D.R.I.) | MDL No. 1358 |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 6, 2016, a Notice of Appearance for Nathan P. Eimer, Eimer Stahl LLP, on behalf of Defendants CITGO Petroleum Corp., CITGO Refining and Chemicals Co. L.P., and PDV Midwest Refining, L.L.C. was electronically filed with the Clerk of Court, via the ECF system. Service of that filing was made by operation of the Judicial Panel on Multidistrict Litigation's electronic filing system to ECF-registered liaison counsel for Plaintiffs and Defendants in MDL 1358. Service also has been made on the following parties by electronic mail on this date:

Carla Burke Pickrel
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
214-521-3605
cburkepickrel@baronbudd.com

*Attorneys for State of Rhode Island*

William A. Walsh
Weitz & Luxenberg
700 Broadway
New York, NY 10003
212-558-5836
wwalsh@weitzlux.com

*Attorney for State of Rhode Island*

Frank Dante
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
212-885-5000
Dante@BlankRome.com

Matthew D Thurlow
Latham & Watkins LLP
555 11th Street NW
Suite 1000
Washington, DC 20004
202-637-1051
matthew.thurlow@lw.com

*Attorney for Alon Refining Krotz Springs*

Peter Condron
Sedgwick
2900 K Street NW
Harbourside, Suite 500
Washington, D.C. 20007-5127
202-204-1000
peter.condron@sedgwicklaw.com

*Attorney for Equilon Enterprises LLC, Motiva Enterprises, Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, TMR Company*

Kelly Murrie
Dowd Bennett
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
314-889-7300
kmurrie@dowdbennett.com

*Attorney for Paulsboro Refining Company, LLC, The Premcor Refining Group, Ultramar Energy, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero-Refining-Texas, L.P.*

Steve Leifer
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
202-639-7700
sleifer@bakerbotts.com

*Attorney for Ashland, Inc., Hess Corporation, Marathon Oil Company, Marathon Petroleum Company, LP*

*Attorney for Conoco Phillips Company*

Glenn Pogust
Kaye Scholer LLP
250 West 55th Street
New York, NY 100019
212-836-7801
glenn.pogust@kayescholer.com

*Attorney for Highlands Fuel Delivery, LLC, Irving Oil Limited*

J. Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-2064
alangan@kirkland.com

*Attorney for Atlantic Richfield Company, BP Products North America, Inc.*

Charles Correll
King & Spaulding
101 Second Street, Suite 2300
San Francisco, CA 94105
415-318-1200
ccorrell@kslaw.com

*Attorney for Chevron U.S.A. Inc., TRMI-H LLC*

| | |
|---|---|
| James Messenger<br>Gordon & Rees<br>21 Custom House Street, 5th Floor<br>Boston, MA 02110<br>857-263-2000<br>jmessenger@gordonrees.com<br><br>*Attorney for Coastal Eagle Point Oil Company* | Daniel Krainin<br>Beveridge & Diamond, P.C.<br>477 Madison Avenue<br>New York, NY 10022<br>212-702-5417<br>dkrainin@bdlaw.com<br><br>*Attorney for Sunoco, Inc. (R&M)* |
| Amy Parker<br>Bracewell & Giuliani<br>711 Lousiana Street, Suite 2300<br>Houston, TX 77002-2770<br>713-223-2300<br>Amy.parker@bracewelllaw.com<br><br>*Attorney for Petrochemicals & Refining USA, Inc.* | Deborah E. Barnard<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>617-619-9240<br>deborah.barnard@hklaw.com<br><br>*Attorney for Exxon Mobil Corporation, ExxonMobil Oil Corporation, Mobil Corporation* |

                                                      /s/ Nathan P. Eimer