BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litigation<br><br>This document pertains to:<br><br>*State of Rhode Island. v. Alon Refining Krotz Springs et al.,* No. 1:16-CV-00495 (D.R.I.) | MDL No. 1358 |

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on December 6, 2016, Corporate Disclosure Statements for Defendants CITGO Petroleum Corp., CITGO Refining and Chemicals Company L.P. and PDV Midwest Refining, L.L.C. were electronically filed with the Clerk of Court, via the ECF system. Service of that filing was made by operation of the Judicial Panel on Multidistrict Litigation's electronic filing system to ECF-registered liaison counsel for Plaintiffs and Defendants in MDL 1358. Service also has been made on the following parties by electronic mail on this date:

| | |
|---|---|
| Carla Burke Pickrel<br>Baron & Budd, P.C.<br>3102 Oak Lawn Ave., Ste. 1100<br>Dallas, TX 75219<br>214-521-3605<br>cburkepickrel@baronbudd.com<br><br>*Attorneys for State of Rhode Island* | William A. Walsh<br>Weitz & Luxenberg<br>700 Broadway<br>New York, NY 10003<br>212-558-5836<br>wwalsh@weitzlux.com<br><br>*Attorney for State of Rhode Island* |
| Frank Dante<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103-6998<br>212-885-5000<br>Dante@BlankRome.com | Matthew D Thurlow<br>Latham & Watkins LLP<br>555 11th Street NW<br>Suite 1000<br>Washington, DC 20004<br>202-637-1051<br>matthew.thurlow@lw.com |

| | |
|---|---|
| *Attorney for Alon Refining Krotz Springs* | *Attorney for Conoco Phillips Company* |
| Peter Condron<br>Sedgwick<br>2900 K Street NW<br>Harbourside, Suite 500<br>Washington, D.C. 20007-5127<br>202-204-1000<br>peter.condron@sedgwicklaw.com | Glenn Pogust<br>Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 100019<br>212-836-7801<br>glenn.pogust@kayescholer.com |
| *Attorney for Equilon Enterprises LLC, Motiva Enterprises, Shell Oil Company, Shell Oil Products Company LLC, Shell Petroleum, Inc., Shell Trading (US) Company, TMR Company* | *Attorney for Highlands Fuel Delivery, LLC, Irving Oil Limited* |
| Kelly Murrie<br>Dowd Bennett<br>7733 Forsyth Blvd., Suite 1900<br>St. Louis, MO 63105<br>314-889-7300<br>kmurrie@dowdbennett.com | J. Andrew Langan<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>312-862-2064<br>alangan@kirkland.com |
| *Attorney for Paulsboro Refining Company, LLC, The Premcor Refining Group, Ultramar Energy, Inc., Valero Energy Corporation, Valero Marketing and Supply Company, Valero-Refining-Texas, L.P.* | *Attorney for Atlantic Richfield Company, BP Products North America, Inc.* |
| Steve Leifer<br>Baker Botts LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004-2400<br>202-639-7700<br>sleifer@bakerbotts.com | Charles Correll<br>King & Spaulding<br>101 Second Street, Suite 2300<br>San Francisco, CA 94105<br>415-318-1200<br>ccorrell@kslaw.com |
| *Attorney for Ashland, Inc., Hess Corporation, Marathon Oil Company, Marathon Petroleum Company, LP* | *Attorney for Chevron U.S.A. Inc., TRMI-H LLC* |

| | |
|---|---|
| James Messenger<br>Gordon & Rees<br>21 Custom House Street, 5th Floor<br>Boston, MA 02110<br>857-263-2000<br>jmessenger@gordonrees.com<br><br>*Attorney for Coastal Eagle Point Oil Company* | Daniel Krainin<br>Beveridge & Diamond, P.C.<br>477 Madison Avenue<br>New York, NY 10022<br>212-702-5417<br>dkrainin@bdlaw.com<br><br>*Attorney for Sunoco, Inc. (R&M)* |
| Amy Parker<br>Bracewell & Giuliani<br>711 Lousiana Street, Suite 2300<br>Houston, TX 77002-2770<br>713-223-2300<br>Amy.parker@bracewelllaw.com<br><br>*Attorney for Petrochemicals & Refining USA, Inc.* | Deborah E. Barnard<br>Holland & Knight LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>617-619-9240<br>deborah.barnard@hklaw.com<br><br>*Attorney for Exxon Mobil Corporation, ExxonMobil Oil Corporation, Mobil Corporation* |

                                                     /s/ Nathan P. Eimer