# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __1358__ & TITLE - IN RE: __MTBE Products Liability Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

State of Rhode Island v. Alon Refining Krotz Springs et al., 16-cv-00495 (D.R.I.)

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Coastal Eagle Point Oil Company__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑ This party's parent corporation(s) are listed below:

Coastal Eagle Point Oil Company is 100% owned by its parent, El Paso CGP Company, L.L.C.  El Paso CGP Company, L.L.C. is 100% owned by its parent corporation, Kinder Morgan, Inc.

☑ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

Kinder Morgan, Inc. is a publicly-traded corporation whose common stock trades on the New York Stock Exchange under the symbol "KMI."  Kinder Morgan, Inc. has no corporate parent and there are no publicly held corporations that own 10% or more of Kinder Morgan, Inc.'s stock.

**OR**

☐ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ James L. Messenger                                  Gordon & Rees, LLP
_____                               _____
   Signature of Attorney                                      Name of Firm

21 Custom House Street, 5th Floor                       Boston, MA 02110
_____                               _____
         Address                                             City/State/Zip Code

Date __12/6/2016__

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document.  All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.