**BEFORE THE JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*State of Rhode Island v. Alon Refining, et al.,* United States District Court for the District of Rhode Island (Case No. CA16-495) | MDL No. 1358 |

**<u>CERTIFICATION OF SERVICE</u>**

The undersigned certifies that a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT ON BEHALF OF COASTAL EAGLE POINT OIL COMPANY, L.L.C. has been served upon the following counsel of record by LexisNexis File & Serve, electronic mail and/or ECF, on this 6th day of December, 2016.

/s/ Brian J. Wall

P. Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
(214) 521-3605
SSummy@baronbudd.com
*State of Rhode Island*

Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
(212) 558-550
RGreenwald@weitzlux.com
*State of Rhode Island*

Frank Dante
Blank Rome LLP
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103-6998
(212) 885-5000
Dante@BlankROme.com
*Alon Refining Krotz Springs*

Andrew Langan
Kikland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2064
alangan@kirkland.com
*Atlantic Richfield Company*
*BP Products North America Inc.*

Steve Leifer
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
(202) 639-7700
sleifer@bakerbotts.com
*Ashland, Inc.*
*Hess Corporation*
*Marathon Oil Company*
*Marathon Petroleum Company, LP*

Charles Correll
King & Spalding
101 Second Street, Suite 2300
San Francisco, CA 94105
(415) 318-1200
CCorrell@KSLAW.com
*Chevron U.S.A. Inc.*
*TRMI-HLLC*

Pam Hanebutt
Eimer Stahl
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
phanebutt@EimerStahl.com
(312) 660-7600
*CITGO Petroleum Corporation*
*CITGO Refining and Chemicals Company, L.P.*
*PDV Midwest Refining Company, LLC*

Matthew Thurlow
Lathan & Watkins
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004-1304
(202) 637-2200
Matthew.Thurlow@lw.com
*ConocoPhillips Company*

Peter Condron
Sedgwick
2900 K Street NW, Harbourside, Suite 500
Washington, D.C. 20007-5127
(202) 204-1000
Peter.Condron@sedgwicklaw.com
*Equilon Enterprise LLC*
*Motiva Enterprises*
*Shell Oil Company*
*Shell Oil Products Company LLC*
*Shell Petroleum, Inc.*
*Shell Trading (US) Company*
*TMR Company*

James Pardo
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
(212) 547-5353
jpardo@mwe.com
*Exxon Mobil Corporation*
*Exxon Mobil Oil Corporation*
*Mobil Oil Corporation*

Glenn Pogust
Kaye Scholer LLP
250 West 55th Street
New York, NY 100019
(212) 836-7801
Glenn.Pogust@kayescholer.com
*Highlands Fuel Delivery, LLC*
*Irving Oil Limited*

Kelly Murrie
Dowd Bennett
77733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
(324) 899-7300
kmurrie@dowdbennett.com
*Paulsboro Refining Company, LLC*
*The Premcor Refining Group*
*Ultramar Energy, Inc.*
*Valero Energy Corporation*
*Valero Marketing and Supply Company*
*Valero-Refining-Texas, LP*

Daniel Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue
New York, NY 10022
(212) 702-5417
DKrainin@bdlaw.com
*Sunoco, Inc. (R&M)*

Amy Parker
Bracewell & Giuliani
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2770
(713) 223-2300
Amy.Parker@bracewelllaw.com
*Total Petrochemicals & Refining USA, Inc.*