# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

MDL No. 1358    & Title - **IN RE**: MTBE PRODUCTS LIABILITY LITIGATION

## NOTICE OF APPEARANCE
(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**
Alon Refining Krotz Springs

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**
State of Rhode Island v. Alon Refining, et al., District of Rhode Island, 16-CV-00495

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| 12/6/16 | /s/ Frank A. Dante |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:** Frank A. Dante, Blank Rome LLP, 130 N. 18th St, Philadelphia, PA 19103

Telephone No.: 215-569-5645        Fax No.: 215-832-5645

Email Address: dante@blankrome.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*State of Rhode Island v. Alon Refining, et al.,*<br>United States District Court for the District of Rhode Island (Case No. CA16-495) | MDL No. 1358 |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below a true and correct copy of the foregoing Notice of Appearance of Frank A. Dante on behalf of Alon Refining Krotz Springs has been served upon the following counsel of record via Electronic Mail or ECF:

P. Scott Summy
Baron & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
(214) 521-3605
SSummy@baronbudd.com
*State of Rhode Island*

Robin Greenwald
Weitz & Luxemberg, PC
700 Broadway
New York, NY 10003
(212) 558-5500
RGreenwald@weitzlux.com
*State of Rhode Island*

James A. Pardo
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173
(212) 547-5353
*Exxon Mobil Corporation, Exxonmobil Oil Corporation, and Mobil Corporation*

Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312( 862-2064
alangan@kirkland.com
*Atlantic Richfield Company, BP Prods. North Am., Inc.*

Steve Leifer
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 639-7700
Sleifer@bakerbotts.com
*Ashland, Inc., Hess Corporation, Marathon Oil Co., Marathon Petroleum Co., LP*

Charles Correll
King & Spalding
101 Second Street, Suite 2300
San Francisco, CA 94105
(415) 318-1200
CCorrell@KSLAW.com
*Chevron U.S.A. Inc., TRMI-H LLC*

Pam Hanebutt
Eimer Stahl
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
phanebutt@EimerStahl.com
(312) 660-7600
*CITGO Petroleum Corp., CITGO Refining and Chem. Co., L.P., PDV Midwest Refining Co., LLC*

James Messenger
Gordon & Rees
21 Custom House Street, 5th Floor
Boston, MA 02110
(857) 263-2000
jmessenger@gordonrees.com
*Coastal Eagle Point Oil Company*

Matthew Thurlow
Latham & Watkins
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

2

Matthew.Thurlow@lw.com
*ConocoPhillips Company*

Peter Condron
Sedgwick
2900 K Street NW, Harbourside, Suite 500
Washington, D.C. 20007
(202) 204-1000
Peter.Condron@sedgwicklaw.com
*Equilon Enterprises LLC, Motiva Enterprises, Shell Oil Co., Shell Oil Products Co. LLC, Shell Petroleum, Inc., Shell Trading (US) Company, TMR Company*

Glenn Pogust
Kaye Sholer LLP
250 West 55th Street
New York, NY 10019
(212) 836-7801
Glenn.Pogus@kayesholer.com
*Highlands Fuel Delivery, LLC, Irving Oil Ltd.*

Kelly Murrie
Dowd Bennett
7733 Forsyth Blvd., Suite 1900
St. Louis, Mo. 63105
(314) 889-7300
kmurrie@dowdbennett.com
*Paulsboro Refining Company, LLC, The Premcor Refining Group, Ultramar Energy, Inc., Valero Energy Corp., Valero Marketing and Supply Co., Valero-Refining-Texas, L.P.*

Daniel Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue
New York, NY 10022
(212) 702-5417
DKrainin@bdlaw.com
*Sunoco, Inc. (R&M)*

Amy Parker<br>
Bracewell & Giuliani<br>
711 Louisiana Street, Suite 2300<br>
Houston, Texas 77002<br>
(713) 223-2300<br>
Amy.Parker@bracewelllaw.com<br>
*Total Petrochemicals & Refining USA, Inc.*

/s/ *Frank A. Dante*

December 6, 2016