# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __1358__  & TITLE - IN RE: __MTBE PRODUCTS LIBAILITY LITIGATION__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

State of Rhode Island v. Alon Refining, et al., District of Rhode Island, 16-CV-00495

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Alon Refining Krotz Springs__, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑   This party's parent corporation(s) are listed below:

Alon Refining Krotz Springs, Inc.'s indirect parent is Alon USA Energy, Inc., a public company

☑   The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

Delek US Holdings, Inc. owns approximately 47.2% of Alon USA Energy, Inc.

**OR**

☐   This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| /s/ Frank A. Dante | Blank Rome LLP |
|---|---|
| Signature of Attorney | Name of Firm |
| 130 N. 18th St. | Philadelphia, PA 19103 |
| Address | City/State/Zip Code |

Date __12/6/16__

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*State of Rhode Island v. Alon Refining, et al.,*<br>United States District Court for the District of Rhode Island (Case No. CA16-495) | MDL No. 1358 |

### CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below a true and correct copy of the foregoing Corporate Disclosure Statement on behalf of Alon Refining Krotz Springs has been served upon the following counsel of record via Electronic Mail or ECF:

P. Scott Summy
Baron & Budd, PC
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
(214) 521-3605
SSummy@baronbudd.com
*State of Rhode Island*

Robin Greenwald
Weitz & Luxemberg, PC
700 Broadway
New York, NY 10003
(212) 558-5500
RGreenwald@weitzlux.com
*State of Rhode Island*

James A. Pardo
McDermott Will & Emery
340 Madison Avenue
New York, NY 10173
(212) 547-5353
*Exxon Mobil Corporation, Exxonmobil Oil Corporation, and Mobil Corporation*

Andrew Langan
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312( 862-2064
alangan@kirkland.com
*Atlantic Richfield Company, BP Prods. North Am., Inc.*

Steve Leifer
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 639-7700
Sleifer@bakerbotts.com
*Ashland, Inc., Hess Corporation, Marathon Oil Co., Marathon Petroleum Co., LP*

Charles Correll
King & Spalding
101 Second Street, Suite 2300
San Francisco, CA 94105
(415) 318-1200
CCorrell@KSLAW.com
*Chevron U.S.A. Inc., TRMI-H LLC*

Pam Hanebutt
Eimer Stahl
224 South Michigan Ave., Suite 1100
Chicago, IL 60604
phanebutt@EimerStahl.com
(312) 660-7600
*CITGO Petroleum Corp., CITGO Refining and Chem. Co., L.P., PDV Midwest Refining Co., LLC*

James Messenger
Gordon & Rees
21 Custom House Street, 5th Floor
Boston, MA 02110
(857) 263-2000
jmessenger@gordonrees.com
*Coastal Eagle Point Oil Company*

Matthew Thurlow
Latham & Watkins
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200

Matthew.Thurlow@lw.com
*ConocoPhillips Company*

Peter Condron
Sedgwick
2900 K Street NW, Harbourside, Suite 500
Washington, D.C. 20007
(202) 204-1000
Peter.Condron@sedgwicklaw.com
*Equilon Enterprises LLC, Motiva Enterprises, Shell Oil Co., Shell Oil Products Co. LLC, Shell Petroleum, Inc., Shell Trading (US) Company, TMR Company*

Glenn Pogust
Kaye Sholer LLP
250 West 55th Street
New York, NY 10019
(212) 836-7801
Glenn.Pogus@kayesholer.com
*Highlands Fuel Delivery, LLC, Irving Oil Ltd.*

Kelly Murrie
Dowd Bennett
7733 Forsyth Blvd., Suite 1900
St. Louis, Mo. 63105
(314) 889-7300
kmurrie@dowdbennett.com
*Paulsboro Refining Company, LLC, The Premcor Refining Group, Ultramar Energy, Inc., Valero Energy Corp., Valero Marketing and Supply Co., Valero-Refining-Texas, L.P.*

Daniel Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue
New York, NY 10022
(212) 702-5417
DKrainin@bdlaw.com
*Sunoco, Inc. (R&M)*

Amy Parker<br>
Bracewell & Giuliani<br>
711 Louisiana Street, Suite 2300<br>
Houston, Texas 77002<br>
(713) 223-2300<br>
Amy.Parker@bracewelllaw.com<br>
*Total Petrochemicals & Refining USA, Inc.*

_/s/ Frank A. Dante_

December 6, 2016