# BEFORE THE JUDICIAL PANEL ON
# MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*State of Rhode Island v. Alon Refining, et al.*, United States District Court for the District of Rhode Island (Case No. CA16-495) | MDL No. 1358 |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Corporate Disclosure Statement on Behalf of Sunoco, Inc. (R&M) was served on all counsel of record via File & ServeXpress on this 6th day of December, 2016.

_____
Graham C. Zorn