**BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | |
| This document relates to: *State of Rhode Island v. Alon Refining, et al.*, United States District Court for the District of Rhode Island (Case No. CA16-495) | MDL No. 1358 |

**CERTIFICATE OF SERVICE**

     The undersigned certifies that a true and correct copy of the foregoing Notice of Appearance on Behalf of Sunoco, Inc. (R&M) was served on all counsel of record via File & ServeXpress on this 6th day of December, 2016.

                                                                             _____
                                                                             Graham C. Zorn