## ATTACHMENT A

Hess Corporation

Marathon Oil Company

Marathon Petroleum Company LP