BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE METHYL TERTIARY BUTYL ETHER PRODUCTS LIABILITY LITIGATION**<br><br>**This document pertains to:**<br><br>*State of Rhode Island v. Alon Refining, et al.,*<br>**Case No. 16-CIV-00495** | Master File No. 1:00-1898<br>MDL 1358 (SAS)<br>M21-88 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2016, a true and correct copy of Steven Leifer's Notice of Appearance was electronically served on counsel of record in *State of Rhode Island v. Alon Refining, et al.*, No. 16-CV-00495, via the Judicial Panel Multidistrict Litigation's CM/ECF system.

/s/
Christopher Danley