BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE:  METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION | Master File C.A. No. 1:10-1898<br>MDL 1358 |
| This document relates to: | |
| *State of Rhode Island v. Alon Refining Krotz Springs, et al.*; United States District of Rhode Island (Case No. 1:16-cv-00495) | |

**PLANITIFF'S MEMORANDUM OF LAW IN SUPPORT OF CERTAIN DEFENDANTS MOTION FOR TRANSFER OF ACTION PURSUANT TO 28 U.S.C. 1407**

**I.     BACKGROUND**

Plaintiff, State of Rhode Island (The "State"), submits this memorandum to support Certain Defendants' Motion for Transfer of Action Pursuant to 28 U.S.C. §1407, dated November 22, 2016.  Doc. No. 498.  The State agrees with Defendants that the Panel should transfer the instant litigation, *State of Rhode Island v. Alon Refining Krotz Springs, et al.* from the United States District of Rhode Island (Case No. 1:16-cv-00495), to the MDL 1358 Court in the Southern District of New York.  The MDL 1358 Court is currently managing four other sovereign states' lawsuits alleging statewide MTBE contamination and offers the most efficient approach for handling pretrial proceedings in this MTBE case.

In addition, the State will respond to the Panel's question about the steps the parties have taken to pursue alternatives to centralization.

## II.     ARGUMENT

### A.     Consolidation Promotes Speedy Resolution of Cases.

The State wishes to reiterate two points of particular concern.  First, the MDL 1358 Court currently oversees four cases brought by state sovereigns (*New Jersey*, *Pennsylvania*, and *Puerto Rico* I and II).  These cases implicate similar questions about applying the depth of MTBE jurisprudence to a sovereign's statewide case.  One court should decide these questions to conserve judicial resources and prevent inconsistent results.

Second, the MDL has efficiently and effectively promoted the just resolution of other similar cases.  The State's counsel has represented over two hundred public water providers in MTBE litigation.  Counsel has found that working within the established structure of the MDL in cases involving MTBE enabled the parties to resolve those cases without duplicative discovery efforts or wasteful motion practice.  The MDL is uniquely positioned to provide a predictable and workable forum for the litigation of this case.

### B.     Alternatives to Centralization Are Impractical or Impossible.

One of the MDL's key values to litigants is the established procedures already in place in MTBE cases – specifically, its enforcement of a series of case management orders that apply to all parties.  Judge Scheindlin developed these rules in the combined MTBE litigations over time and with the participation of the parties to those cases including many of the defendants in this action.  That is not to say that the parties in those cases agreed to every nuance; they certainly litigated the aspects of the procedures that the court eventually adopted, but they now accept those established procedures as the parameters of a workable system.  If the MDL Panel leaves the parties to their own devices, without the established framework of the MDL to resolve the disputes that arise it is unlikely that the parties would reach and apply the same rules by agreement.

Parties in any other court also face re-arguing the myriad legal issues that are settled "law of the case" in the MDL. While a court may ultimately follow Judge Scheindlin's rulings, the parties could waste significant time and resources in extensive motion practice. In contrast, if the State's case is consolidated in the MDL, the parties get a "head start" with the considerable discovery issues in this case. The parties would be subject immediately to the existing case management orders and discovery would proceed under a schedule that is well-defined having been improved over time, so there would be no delay in the prosecution of the case. Transfer removes the need for another court to address complex discovery issues in the first instance that the MDL 1358 Court has already resolved. A transfer will also embrace judicial efficiency and economy as the system has already and take advantage of the existing court's resolution of hundreds of plaintiffs' lawsuits. Absent a transfer, the District Court for the District of Rhode Island will need to reinvent the wheel and commit long hours addressing issues already subject to thousands of pages of decisions by the MDL 1358 Court.

Because the attempts at cooperation between the parties cannot imitate the MDL's established case management orders, pretrial orders, and established law, alternatives to centralization would be highly inefficient and impractical. Litigation in other courts is possible, of course. But only in the MDL does that litigation reach maximum efficiency and efficacy.

Finally, this litigation is at its inception with only the Complaint having been filed. Defendants have not yet responded to the Complaint. There have not been steps taken as alternatives to centralization of this litigation.

### III. CONCLUSION

For the reasons stated, Plaintiff, State of Rhode Island, request that this matter be transferred to the MDL 1358 Court.

        Respectfully submitted,

        STATE OF RHODE ISLAND

        By Its Attorney,
        PETER F. KILMARTIN
        ATTORNEY GENERAL

        /s/ Neil F.X. Kelly
        _____
        Neil F.X. Kelly (Bar No. 4515)
        Assistant Attorney General
        150 South Main Street
        Providence, Rhode Island 02903
        Tel: (401) 274-4400 ext. 2284
        Fax: (401) 222-3016
        nkelly@riag.ri.gov

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true and correct copy of the foregoing document has been served upon the following counsel of record by File & Serve Xpress, electronic mail, and/or ECF, on this 13th day of December, 2016.

                                          /s/ Neil F.X. Kelly

P. Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Ave., Ste. 1100
Dallas, TX 75219
(214) 521-3605
SSummy@baronbudd.com
*State of Rhode Island*

Robin Greenwald
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
(212) 558-550
RGreenwald@weitzlux.com
*State of Rhode Island*


Peter F. Kilmartin, Attorney General
Rebecca T. Partington, Assistant Attorney General
Michael Rubin, Assistant Attorney General
Department of Attorney General
Civil Division
150 South Main Street
Providence, RI  02903
401-274-4400
MRubin@riag.ri.gov; rpartington@riag.ri.gov
*State of Rhode Island*

Frank Dante
Blank Rome LLP
One Logan Square, 130 North 18th Street
Philadelphia, PA 19103-6998
(212) 885-5000
Dante@BlankROme.com
*Alon Refining Krotz Springs, Inc.*

5

Andrew R. Running
J. Andrew Langan
Bradley H. Weidenhammer
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2064
andrew.running@kirkland.com
andrew.langan@kirkland.com
bradley.weidenhammer@kirkland.com
*Atlantic Richfield Company*
*BP Products North America Inc.*

Steve Leifer
Baker Botts LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
(202) 639-7700
leifer@bakerbotts.com
*Ashland, Inc.*
*Hess Corporation*
*Marathon Oil Company*
*Marathon Petroleum Company, LP*

Charles Correll
King & Spalding
101 Second Street, Suite 2300
San Francisco, CA 94105
(415) 318-1200
CCorrell@KSLAW.com
*Chevron U.S.A. Inc.*
*TRMI-HLLC*

Lisa S. Meyer
Nathan P. Eimer
Pamela R. Hanebutt
Eimer Stahl
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
neimer@eimerstahl.com
phanebutt@eimerstahl.com
lmeyer@eimerstahl.com
(312) 660-7600
*CITGO Petroleum Corporation*
*CITGO Refining and Chemicals Company, L.P.*
*PDV Midwest Refining Company, LLC*

James Messenger
Gordon & Rees
21 Custom House Street, 5th Floor
Boston, MA 02110
(857) 263-2000
jmessenger@gordonrees.com
*Coastal Eagle Point Oil Company*

Matthew Thurlow
Lathan & Watkins
555 Eleventh Street NW, Suite 1000
Washington, DC  20004-1304
(202) 637-1051
Matthew.Thurlow@lw.com
*ConocoPhillips Company*

Mary Rose Alexander
Latham & Watkins LLP
330 N. Wabash Ave., Suite 2800
Chicago, IL  60611
(312) 876-7700
mary.rose.alexander@lw.com
*ConocoPhillips Company*

Peter Condron
Sedgwick
2900 K Street NW, Harbourside
Suite 500
Washington, DC  20007-5127
(202) 204-1000
Peter.Condron@sedgwicklaw.com
*Equilon Enterprise LLC*
*Motiva Enterprises*
*Shell Oil Company*
*Shell Oil Products Company LLC*
*Shell Petroleum, Inc.*
*Shell Trading (US) Company*
*TMR Company*

James A. Pardo
Peter Sacripanti
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
(212) 547-5353
jpardo@mwe.com
*Exxon Mobil Corporation*
*Exxon Mobil Oil Corporation*
*Mobil Oil Corporation*


Glenn J. Pogust
James D. Herschlein
Kaye Scholer LLP
250 West 55th Street
New York, NY  10019
glenn.pogust@kayescholer.com
james.herschlein@kayescholer.com
*Highlands Fuel Delivery, LLC*
*Irving Oil Limited*

Daniel Krainin
Beveridge & Diamond, P.C.
477 Madison Avenue
New York, NY 10022
(212) 702-5417
DKrainin@bdlaw.com
*Sunoco, Inc. (R&M)*

Amy Parker
Bracewell & Giuliani
711 Louisiana Street, Suite 2300
Houston, TX  77002-2770
(713) 223-2300
Amy.Parker@bracewelllaw.com
*Total Petrochemicals & Refining USA, Inc.*

Erika Anderson
Dowd Bennett LLP
7733 Forsyth Blvd., Suite 1900
Clayton, MO  63105
(314) 677-4419
eanderson@dowdbennett.com
*Paulsboro Refining Company LLC*
*The Premcor Refining Group*
*Ultramar Energy Corporation*
*Valero Energy Corporation*
*Valero Marketing and Supply Company*
*Valero Refining-Texas, L.P.*


John A. Tarantino
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
jtarantino@apslaw.com
*Atlantic Richfield Company*
*BP Products North America Inc.*

Gerald J. Petros
Ryan M. Gainor
Hinckley Allen
100 Westminster Street, Suite 1500
Providence, RI 02903
(401) 274-2000
gpetros@hinckleyallen.com; rgainor@hinckleyallen.com
*Counsel for Highlands Fuel Delivery, LLC*
*Irving Oil, Ltd.*

Matthew T. Oliverio
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI  02903
(401) 861-2900
mto@om-rilaw.com
*Exxon Mobil Corporation*
*ExxonMobil Oil Corporation*
*Mobil Corporation*

Anthony A. Bongiorno
McDermott Will & Emery LLP
28 State Street
Boston, MA  02109
abongiorno@mwe.com
*Exxon Mobil Corporation*
*ExxonMobil Oil Corporation*
*Mobil Corporation*

Deborah E. Barnard
Holland & Knight LLP
10 S. James Avenue
Boston, MA  02116
doborah.barnard@hklaw.com
*Exxon Mobil Corporation*
*ExxonMobil Oil Corporation*
*Mobil Corporation*

Stephen J. MacGillivray
John E. Bulman
PIERCE ATWOOD LLP
72 Pine Street
Providence, RI  02903
401-588-5113
smacgillivray@PierceAtwood.com
jbulman@PierceAtwood.com
*CITGO Petroleum Corporation*
*CITGO Refining and Chemicals Company L.P.*
*PDV Midwest Refining, L.L.C.*

Robert G. Flanders, Jr.
Whelan, Corrente, Flanders, Kinder & Siket LL
100 Westminster Street, Suite 710
Providence, RI  02903
401-270-4500
rflanders@whelancorrente.com
*ConocoPhillips Company*

Paul M. Sanford
Benjamin Caldwell
Burns & Levinson LLP
One Citizens Plaza, Suite 1100
Providence, RI  02903
psanford@burnslev.com
bcaldwell@burnslev.com
(401) 831-8330
*Ultramar Energy, Inc.*
*Valero Energy Corporation*
*Valero Marketing and Supply Company*
*Valero-Refining Texas, LP*
*Paulsboro Refining Company, LLC*