## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: METHYL TERTIARY BUTYL ETHER ("MTBE") PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates To:<br><br>*State of Rhode Island v. Alon Refining Krotz Springs, et al.*, United States District Court for the District of Rhode Island (Case No. CA16-495) | MDL No. 1358 |

## AMENDED CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for EXXON MOBIL CORPORATION certifies that this party does not have any parent corporations, and no publicly-held corporation owns 10% or more of the party's stock.

The undersigned counsel for EXXONMOBIL OIL CORPORATION certifies that this party's corporate parent is Mobil Corporation, and Mobil Corporation owns 100% of ExxonMobil Oil Corporation's stock.

The undersigned counsel for MOBIL CORPORATION certifies that this party's corporate parent is Exxon Mobil Corporation, and Exxon Mobil Corporation owns 100% of Mobil Corporation's stock.

Date: 12/15/16

/s/ James A. Pardo
McDermott Will & Emery
340 Madison Avenue
New York, New York 10173