DUPLICATE MINUTE ORDER

```
┌─────────────────────────────────────────┐
│ USDC SDNY                                 │
│ DOCUMENT                                  │
│ ELECTRONICALLY FILED                      │
│ DOC #:_____               │
│ DATE FILED:  12/15/2014                   │
└─────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1:11-cv-00479(SAS)

Bridgewater Water Department,
                              Plaintiff

-against-

Atlantic Richfield Company et al,
                              Defendant

Original filed in
1:03-cv-01027(SAS)

**MINUTE ORDER PURSUANT TO
MEMORANDUM FROM THE
ADMINISTRATIVE OFFICE OF THE
U.S. COURTS, DATED JUNE 15TH, 1973**

This case having been pending for more than three years, all  presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the  same manner as if this minute order had not been entered.

SO  ORDERED:  December 15, 2014
DATED: New York, N.Y.

*Loretta A. Preska*

_____
*Chief Judge*

Case MDL No. 1358 Document 535 Filed 12/15/14 Page 2 of 1

DUPLICATE MINUTE ORDER

> USDC SDNY
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:** _____
> **DATE FILED:** __12/15/2014__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Pattonsburg,

                Plaintiff

     -against-

Ashland et al,

                Defendant

1:10-cv-08743(SAS)

Original filed in
1:03-cv-01027(SAS)

**MINUTE ORDER PURSUANT TO
MEMORANDUM FROM THE
ADMINISTRATIVE OFFICE OF THE
U.S. COURTS, DATED JUNE 15TH, 1973**

This case having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED: December 15, 2014
DATED: New York, N.Y.

*Loretta A. Preska*
_____
*Chief Judge*

Case 1:10-cv-08742-SAS Document 77 Filed 12/15/14 Page 1 of 1

DUPLICATE MINUTE ORDER

```
┌─────────────────────────────────────┐
│  USDC SDNY                           │
│  DOCUMENT                            │
│  ELECTRONICALLY FILED                │
│  DOC #:_____               │
│  DATE FILED:  12/15/2014             │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1:10-cv-08742(SAS)

Kennett, City Of et al,

Plaintiff

-against-

Ashland, Inc. et al,

Defendant

Original filed in
1:03-cv-01027(SAS)

**MINUTE ORDER PURSUANT TO
MEMORANDUM FROM THE
ADMINISTRATIVE OFFICE OF THE
U.S. COURTS, DATED JUNE 15TH, 1973**

This case having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED: December 15, 2014
DATED: New York, N.Y.

*Loretta A. Preska*

_____
*Chief Judge*

DUPLICATE MINUTE ORDER

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** _12/15/2014_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRESCENTA VALLEY WATER DISTRICT,

                Plaintiff

-against-

EXXON MOBIL CORPORATION,

                Defendant

1:10-cv-07232(SAS)

Original filed in
1:03-cv-01027(SAS)

**MINUTE ORDER PURSUANT TO MEMORANDUM FROM THE ADMINISTRATIVE OFFICE OF THE U.S. COURTS, DATED JUNE 15TH, 1973**

This case having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED: December 15, 2014
DATED: New York, N.Y.

*Loretta A. Preska*
_____
*Chief Judge*

DUPLICATE MINUTE ORDER

```
┌─────────────────────────────────────┐
│  USDC SDNY                           │
│  DOCUMENT                            │
│  ELECTRONICALLY FILED                │
│  DOC #: _____      │
│  DATE FILED:  12/15/2014             │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Village of Roanoke,

                     Plaintiff

        -against-

Ashland, Inc., et al,

                    Defendant

1:09-cv-06554(SAS)

Original filed in
1:03-cv-01027(SAS)

**MINUTE ORDER PURSUANT TO
MEMORANDUM FROM THE
ADMINISTRATIVE OFFICE OF THE
U.S. COURTS, DATED JUNE 15TH, 1973**

     This case having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

     Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED:  December 15, 2014
DATED: New York, N.Y.

*Loretta A. Preska*

_____

*Chief Judge*

DUPLICATE MINUTE ORDER

```
┌────────────────────────────────────────┐
│  USDC SDNY                             │
│  DOCUMENT                              │
│  ELECTRONICALLY FILED                  │
│  DOC #:_____        │
│  DATE FILED:  12/15/2014               │
└────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

City of Pomona,

              Plaintiff

       -against-

Chevron,USA, Inc. et al,

              Defendant

1:09-cv-03738(SAS)

Original filed in
1:03-cv-01027(SAS)

**MINUTE ORDER PURSUANT TO
MEMORANDUM FROM THE
ADMINISTRATIVE OFFICE OF THE
U.S. COURTS, DATED JUNE 15TH, 1973**

     This case having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

     Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED: December 15, 2014
DATED: New York, N.Y.

*Loretta A. Preska*

_____

*Chief Judge*