ORIGINAL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Coraopolis Water And Sewer Authority, |
| Plaintiff |
| -against- |
| Ashland,Inc.et al, |
| Defendant |

1:10-cv-07874(SAS)

**MINUTE ORDER PURSUANT TO
MEMORANDUM FROM THE
ADMINISTRATIVE OFFICE OF THE
U.S. COURTS, DATED JUNE 15TH, 1973**

    The attached list of cases having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain these files as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for each case.

    Nothing contained in this minute order shall be considered a dismissal or disposition of these matters, and should further proceedings in them become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED:
DATED: New York, N.Y.
       June 4, 2015

*Loretta A. Preska*
Chief Judge

# THREE YEAR OLD CASE LIST

| JUDGE | CASE NUMBER | PLAINTIFF | DEFENDANT | DATE FILED |
|---|---|---|---|---|
| Crotty | 1:10-cv-09227(PAC) | ABC | DEF | 12/09/2010 |
| Ramos | 2:11-cv-02165(ER) | Nathel & Nathel Inc. | Sang IL Farm Inc. et al | 03/29/2011 |
| Scheindlin | 1:10-cv-07874(SAS) | Coraopolis Water And Sewer Authority | Ashland,Inc.et al | 10/15/2010 |
| Scheindlin | 1:10-cv-08182(SAS) | Village of Bethalto | Ashland,Inc. et al | 10/28/2010 |
| Scheindlin | 1:10-cv-8184(SAS) | Kouts Town of | Ashland Inc et al | 10/28/2010 |
| Scheindlin | 1:11-cv-04072(SAS) | Mayor and City Council of Berlin et al | 7-Eleven, Inc. et al | 06/15/2011 |
| Stanton | 1:12-cv-04145(LLS) | Securities and Exchange Commission | Konior et al | 05/24/2012 |
| Stanton | 2:12-cv-01486(LLS) | The Estate of FU CI FENG | ABMB Trucking Limited Liability Company et al | 02/28/2012 |

1

DUPLICATE MINUTE ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mayor and City Council of Berlin et al,
                Plaintiff

-against-

7-Eleven, Inc. et al,
                Defendant

1:11-cv-04072(SAS)

Original filed in
1:10-cv-07874(SAS)

**MINUTE ORDER PURSUANT TO
MEMORANDUM FROM THE
ADMINISTRATIVE OFFICE OF THE
U.S. COURTS, DATED JUNE 15TH, 1973**

      This case having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

      Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED: June 4, 2015
DATED: New York, N.Y.

*Loretta A. Preska*
_____
*Chief Judge*

DUPLICATE MINUTE ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kouts Town of ,

                    Plaintiff

     -against-

Ashland Inc et al,

                    Defendant

1:10-cv-8184(SAS)

Original filed in
1:10-cv-07874(SAS)

**MINUTE ORDER PURSUANT TO MEMORANDUM FROM THE ADMINISTRATIVE OFFICE OF THE U.S. COURTS, DATED JUNE 15TH, 1973**

      This case having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

      Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED: June 4, 2015
DATED: New York, N.Y.

*Loretta A. Preska*
_____
*Chief Judge*

DUPLICATE MINUTE ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Village of Bethalto,

                Plaintiff

    -against-

Ashland, Inc. et al,

                Defendant

1:10-cv-08182(SAS)

Original filed in
1:10-cv-07874(SAS)

**MINUTE ORDER PURSUANT TO
MEMORANDUM FROM THE
ADMINISTRATIVE OFFICE OF THE
U.S. COURTS, DATED JUNE 15TH, 1973**

      This case having been pending for more than three years, all presently contemplated proceedings having been completed, and there having been no action for more than twelve months, there appears to be no further reason at this time to maintain this action as open for statistical purposes, the Clerk is instructed to complete a JS-6 closing report for this case.

      Nothing contained in this minute order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this minute order had not been entered.

SO ORDERED: June 4, 2015
DATED: New York, N.Y.

*Loretta A. Preska*
_____
*Chief Judge*