BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litig.

Case No. 1:00-1898, MDL 1358, M21-88

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the following attorney information change(s) for :

### Peter C. Condron

OLD FIRM:   Firm Name:  Sedgwick LLP
Firm Address:  2900 K Street NW, Suite 500, Washington, DC 20007
Firm Tel. #:  202-204-1000
Firm Fax #:  202-204-1001

NEW FIRM:   Firm Name:  Crowell & Moring LLP
Firm Address:  1001 Pennsylvania Avenue NW, Washington, DC 20004
Firm Tel. #:  202-624-2558
Firm Fax #:  202-628-5116

I, Peter C. Condron, will continue to be counsel of record on the above-entitled case at my new firm.

Dated:  November 12, 2019

Respectfully submitted,

/s/ *Peter C. Condron*
Peter C. Condron
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

## CERTIFICATE OF SERVICE

I certify that on November 12, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation, using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses that they have provided to the Court.  This filing may be accessed through that system.

/s/ *Peter C. Condron*
Peter C. Condron