**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In Re:  Methyl Tertiary Butyl Ether ("MTBE") Products Liability Litig. | Case No. 1:00-1898, MDL 1358, M21-88 |

**WITHDRAWAL - NOTICE OF CHANGE OF ADDRESS**

Please take notice that the filing earlier today for a change of address for Peter C. Condron (ECF #541) was filed in error.  We hereby withdraw the notice.

Dated:  November 12, 2019                              Respectfully submitted,

_/s/ Peter C. Condron_
Peter C. Condron
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

**CERTIFICATE OF SERVICE**

I certify that on November 12, 2019 a true and correct copy of the foregoing was electronically filed with the Clerk of the Judicial Panel on Multidistrict Litigation, using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses that they have provided to the Court.  This filing may be accessed through that system.

_/s/ Peter C. Condron_
Peter C. Condron
